LATHAM & WATKINS LLP
Kristin N. Murphy (SBN 268285)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
kristin.murphy@lw.com

*Attorneys for Defendant GigaCloud Technology Inc*

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Plaintiff Rock Villanueva*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK VILLANUEVA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, KWOK HEI DAVID LAU, XIN WAN, FRANK LIN, XING HUANG, and AEGIS CAPITAL CORP., <br><br> Defendants. | Case No. 2:23-cv-09134-SPG-MRW <br><br> STIPULATION TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

Plaintiff Rock Villanueva ("Plaintiff") and Defendant GigaCloud Technology Inc ("GigaCloud") hereby stipulate and agree as follows:

WHEREAS, on October 30, 2023, Plaintiff filed the Complaint in the above-captioned action (the "Action"), a putative class action arising under the Securities

STIPULATION - 2:23-cv-09134-SPG-MRW

1

Act of 1933 (the "Securities Act") and Securities Exchange Act of 1934 (the "Exchange Act") against GigaCloud, certain officers and directors of GigaCloud, and Aegis Capital Corp.;

WHEREAS, undersigned counsel for GigaCloud are authorized to accept, and hereby do accept, service of the Summons and Complaint in this Action on behalf of GigaCloud, without prejudice and without waiver of any defenses, objections or arguments in this Action or any other matter, including without limitation any arguments regarding personal jurisdiction or venue, except as to sufficiency of service of process of the Summons and Complaint;

WHEREAS, a forum selection clause in GigaCloud's operative Articles of Association governing the securities at issue in this Action provides, in relevant part:

> Unless the Company consents in writing to the selection of an alternative forum, the United States District Court for the Southern District of New York (or, if the United States District Court for the Southern District of New York lacks subject matter jurisdiction over a particular dispute, the state courts in New York County, New York) shall be the exclusive forum within the United States for the resolution of any complaint asserting a cause of action arising out of or relating in any way to the federal securities laws of the United States, regardless of whether such legal suit, action, or proceeding also involves parties other than the Company. Any person or entity purchasing or otherwise acquiring any Share or other securities in the Company shall be deemed to have notice of and consented to the provisions of this Article. Without prejudice to the foregoing, if the provision in this Article is held to be illegal, invalid or unenforceable under applicable law, the legality, validity or enforceability of the rest of these Articles shall not be affected and this Article shall be interpreted and construed to the maximum extent possible to apply in the relevant jurisdiction with whatever modification or deletion may be necessary so as best to give effect to the intention of the Company.

WHEREAS, Plaintiff and GigaCloud have met and conferred and agree that this forum selection clause applies to this Action and thus requires this Action to proceed in the United States District Court for the Southern District of New York, such that, consequently, transfer pursuant to 28 U.S.C. § 1404(a) is appropriate;

STIPULATION - 2:23-cv-09134-SPG-MRW

2

WHEREAS, the parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, no response to any pleading in this Action, including any motion brought pursuant to Federal Rule of Civil Procedure 12, should occur until after this Action has been transferred to the United States District Court for the Southern District of New York, and that court has the opportunity to consider and order a schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1.      Pursuant to 28 U.S.C. § 1404(a), this Action shall be transferred to the United States District Court for the Southern District of New York.

2.      All deadlines in this Action shall be adjourned pending that court's appointment of a lead plaintiff.

3.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action, except as expressly noted herein concerning service of process.

STIPULATION - 2:23-cv-09134-SPG-MRW

DATED:  November 20, 2023

**POMERANTZ LLP**

*/s Jennifer Pafiti*
Jennifer Pafiti
Attorneys for Rock Villanueva

**LATHAM & WATKINS LLP**

*/s/ Kristin N. Murphy*
Kristin N. Murphy
Attorneys for Defendant GigaCloud
Technology Inc

*All signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*