JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCK VILLANUEVA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, KWOK HEI DAVID LAU, XIN WAN, FRANK LIN, XING HUANG, and AEGIS CAPITAL CORP.,<br><br>Defendants. | Case No. 2:23-cv-09134-SPG-MRW<br><br>**ORDER GRANTING STIPULATION TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK [ECF NO. 12]** |

On November 20, 2023, Plaintiff Rock Villanueva ("Plaintiff") and Defendant GigaCloud Technology Inc ("GigaCloud") filed Stipulation Transferring Case to United States District Court for the Southern District of New York (the "Stipulation").

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Pursuant to 28 U.S.C. §1404(a), this Action shall be transferred to the United States District Court for the Southern District of New York;

2. All deadlines in this Action shall be adjourned pending that court's appointment of a lead plaintiff; and

-1-

3. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint (the "Complaint") (Dkt. No. 1) filed in this Action, except as to sufficiency of service of process of the Summons and Complaint.

IT IS SO ORDERED.

Dated: November 22, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE