ACCO,(MRWx),CLOSED,DISCOVERY,MANADR,RELATED–G,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:23–cv–09134–SPG–MRW

| | |
|---|---|
| Rock Villanueva v. GigaCloud Technology Inc et al | Date Filed: 10/30/2023 |
| Assigned to: Judge Sherilyn Peace Garnett | Date Terminated: 11/22/2023 |
| Referred to: Magistrate Judge Michael R. Wilner | Jury Demand: Plaintiff |
| Related Case:  2:23–cv–08381–SPG–MRW | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:78m(a) Securities Exchange Act | Jurisdiction: Federal Question |

**Plaintiff**

**Rock Villanueva**                                      represented by   **Jennifer Pafiti**
*Individually and on Behalf of All Others*                               Pomerantz LLP
*Similarly Situated*                                                      1100 Glendon Avenue, 15th Floor
                                                                          Los Angeles, CA 90024
                                                                          310–405–7190
                                                                          Email: jpafiti@pomlaw.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GigaCloud Technology Inc**                            represented by   **Kristin Nicole Murphy**
                                                                          Latham and Watkins LLP
                                                                          650 Town Center Drive 20th Floor
                                                                          Costa Mesa, CA 92626
                                                                          714–540–1235
                                                                          Fax: 714–755–8290
                                                                          Email: kristin.murphy@lw.com
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Lei Wu**

**Defendant**

**Kwok Hei David Lau**

**Defendant**

**Xin Wan**

**Defendant**

**Frank Lin**

**Defendant**

**Xing Huang**

**<u>Defendant</u>**

**Aegis Capital Corp.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2023 | Ï 1 | COMPLAINT Receipt No: ACACDC–36314750 – Fee: $402, filed by Plaintiff Rock Villanueva. (Attachments: # 1 Certification, # 2 Schedule A) (Attorney Jennifer Pafiti added to party Rock Villanueva(pty:pla))(Pafiti, Jennifer) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Rock Villanueva. (Pafiti, Jennifer) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Rock Villanueva. (Pafiti, Jennifer) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 4 | Certification and Notice of Interested Parties filed by Plaintiff Rock Villanueva, (Pafiti, Jennifer) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Fernando M. Olguin and Magistrate Judge Maria A. Audero. (ghap) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 10/30/2023) |
| 10/30/2023 | Ï 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Aegis Capital Corp., GigaCloud Technology Inc, Xing Huang, Kwok Hei David Lau, Frank Lin, Xin Wan, Larry Lei Wu. (ghap) (Entered: 10/30/2023) |
| 11/06/2023 | Ï 9 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case– filed. Related Case No: 2:23–cv–08381 SPG(MRWx). Case transferred from Magistrate Judge Maria A. Audero and Judge Fernando M. Olguin to Judge Sherilyn Peace Garnett and Magistrate Judge Michael R. Wilner for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:23–cv–09134 SPG(MRWx). Signed by Judge Sherilyn Peace Garnett (rn) (Entered: 11/06/2023) |
| 11/06/2023 | Ï 10 | STANDING ORDER FOR NEWLY ASSIGNED CIVIL CASES by Judge Sherilyn Peace Garnett.READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This case has been assigned to United States District Judge Sherilyn Peace Garnett. (iv) (Entered: 11/07/2023) |
| 11/20/2023 | Ï 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Kristin Nicole Murphy counsel for Defendant GigaCloud Technology Inc. Adding Kristin N. Murphy as counsel of record for GigaCloud Technology Inc for the reason indicated in the G–123 Notice. Filed by Defendant GigaCloud Technology Inc. (Attorney Kristin Nicole Murphy added to party GigaCloud Technology Inc(pty:dft))(Murphy, Kristin) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 12 | STIPULATION to Transfer Case to United States District Court for the Southern District of New York filed by Defendant GigaCloud Technology Inc. (Attachments: # 1 Proposed Order)(Murphy, Kristin) (Entered: 11/20/2023) |
| 11/22/2023 | Ï 13 | ORDER GRANTING STIPULATION TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK 12 by Judge Sherilyn Peace Garnett transferring case to Southern District of New York. (MD JS–6. Case Terminated.) (rolm) (Entered: 11/27/2023) |