UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
               :
ROCK VILLANUEVA, *individually and on behalf of all* :
*others similarly situated*,               :
               :     23-CV-10645 (JMF)
          Plaintiff,     :
               :     <u>ORDER REGARDING</u>
    -v-          :     <u>NOTICE TO PURPORTED</u>
               :     <u>PLAINTIFF CLASS</u>
GIGACLOUD TECHNOLOGY INC et al.,   :     <u>MEMBERS</u>
               :
         Defendants.   :
               :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 30, 2023, Plaintiff filed a putative class action in the U.S. District Court for the Central District of California, on behalf of a class "consisting of all persons and entities that purchased or otherwise acquired GigaCloud" securities between August 18, 202 and September 27, 2023. ECF No. 1. ("Compl."), ¶ 75. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. On November 22, 2023, this case was transferred to this District, *see* ECF No. 13, based on the parties' stipulation that a forum selection clause in the Articles of Association governing the securities at issue "applies to this Action and [] requires this Action to proceed" here, *see* ECF No. 12, at 2.

       Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

       It is hereby ORDERED that **no later than December 14, 2023**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

       SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge