**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROCK VILLANUEVA, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:23-cv-10645 (JMF) |
| v. | **NOTICE OF APPEARANCE** |
| GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, KWOK HEI DAVID LAU, XIN WAN, FRANK LIN, XING HUANG, and AEGIS CAPITAL CORP., | |
| Defendants. | |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendant GigaCloud Technology Inc, in the above-captioned action:

> Jeff G. Hammel
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email: jeff.hammel@lw.com

Dated: December 12, 2023

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Jeff G. Hammel
Jeff G. Hammel
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jeff.hammel@lw.com

*Attorneys for Defendant*
*GigaCloud Technology Inc*