UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCK VILLANUEVA, Individually and on Behalf of All Others Similarly Situated, | Case No.  1:23-cv-10645-JMF |
| Plaintiff, | DECLARATION OF J. ALEXANDER HOOD II |
| vs. | |
| GIGACLOUD TECHNOLOGY INC., LARRY LEI WU, KWOK HEI DAVID LAU, XIN WAN, FRANK LIN, XING HUANG, and AEGIS CAPITAL CORP., | |
| Defendants. | |

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a partner of the law firm of Pomerantz LLP, counsel on behalf of Plaintiff Rock Villanueva in the above-captioned action (the "Action"), and have personal knowledge of the facts set forth herein.  I make this Declaration in response to the Court's Order, entered on December 15, 2023 (the "Order") (Dkt. No. 23), which in relevant part directs Plaintiff's counsel to "promptly serve a copy of this Order on each of the defendants and on any other party that filed a lead plaintiff motion in the Central District of California and, no later than December 18, 2023, [to] docket proof of such service." *Id.* at 4.

2.      At approximately 8:47 a.m. EST on December 18, 2023, I served a copy of the Order via email on counsel for: (i) the three movants who filed lead plaintiff motions in the Central District of California; and (ii) Defendant GigaCloud Technology, Inc. ("GigaCloud").  True and correct copies of my email to counsel and the Order attached thereto are appended hereto collectively as Exhibit A.

1

3.      Defendants Larry Lei Wu, Kwok Hei David Lau, Xin Wan, Frank Lin and Xin Huang (collectively, the "Individual Defendants") are directors and/or officers of GigaCloud, a company headquartered in Hong Kong.  Upon information and belief, the Individual Defendants are residents of Hong Kong or elsewhere in the People's Republic of China.  The Individual Defendants have yet to be served with the Summons and Complaint in this Action, the service of which will necessarily require compliance with the Hague Service Convention.  Counsel have neither appeared for the Individual Defendants in this Action nor otherwise contacted Plaintiff's counsel on their behalf.  Accordingly, given the time and effort involved in effecting service pursuant to the Hague Service Convention, I respectfully submit that Plaintiff's counsel will be unable to serve the Court's Order on the Individual Defendants on or before December 18, 2023.

4.      Defendant Aegis Capital Corp. ("Aegis") is, upon information and belief, headquartered in New York, New York.  The Complaint in this action was filed on October 30, 2023.  Accordingly, pursuant to Fed. R. Civ. P. 4(m), the deadline for timely service of the Summons and Complaint upon Aegis is January 28, 2024 (*i.e.*, 90 days from October 30, 2023). Counsel have neither appeared for Aegis in this Action nor otherwise contacted Plaintiff's counsel on its behalf.  Although my firm has commenced efforts to effect service of the Summons and Complaint, as well as the Court's Order, upon Aegis, I respectfully submit that Plaintiff's counsel will be unable to serve the Court's Order on Aegis on or before December 18, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 18, 2023, at New Canaan, Connecticut.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

2