UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                          :

ROCK VILLANUEVA, *individually and on behalf of all*   :
*others similarly situated*,   :
                                                                          :            23-CV-10645 (JMF)
                             Plaintiff,           :

           -v-                                       :

GIGACLOUD TECHNOLOGY INC et al.,        :

                             Defendants.   :
------------------------------------------------------------------X

THOMAS J. KINNALLY, *individually and on behalf of*   :
*all others similarly situated*,   :
                                     :            23-CV-10684 (JMF)
                             Plaintiff,           :

           -v-                                     :                 <u>ORDER</u>

GIGACLOUD TECHNOLOGY INC et al.,        :

                             Defendants.   :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 4, 2023, Plaintiff Kinnally filed a class action lawsuit (the "Kinnally Action") in the Central District of California on behalf of purchasers of GigaCloud securities between August 18, 2022 and September 27, 2023.  *See* 23-CV-8381 (C.D. Cal.).  On October 30, 2023, Plaintiff Villanueva filed a separate class action lawsuit (the "Villanueva Action") in the same court on behalf of the same class.  *See* 23-CV-9134 (C.D. Cal.).  Both actions were subsequently transferred to this District and accepted by this Court as related.  Plaintiff Kinnally,

along with movants Sashi Rajan and Meir Spear, moves to consolidate the two actions. *See* 23-CV-10684, ECF Nos. 24, 28; 23-CV-10645, ECF Nos. 26, 29.

Upon initial review, the cases appear to involve common questions of law and fact and the Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **January 10, 2024**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. Unless and until the Court orders otherwise, the motion deadlines and the hearing date for appointment of a lead plaintiff, *see* 23-CV-10684, ECF No. 20, remain in effect. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **January 10, 2024**.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each unserved Defendant in accordance with the Court's Order dated December 19, 2023. *See* 23-CV-10684, ECF No. 22.

SO ORDERED.

Dated: December 27, 2023
  New York, New York

_____
JESSE M. FURMAN
United States District Judge