AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION ) ) ) | Case No. 1:23-cv-10645-JMF |
| THIS DOCUMENT RELATES TO: ) ) ) | ALL ACTIONS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meir Spear.

Date: 01/18/2024

/s/Brian B. Alexander
*Attorney's signature*

Brian B. Alexander (BA1984)
*Printed name and bar number*

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Fl
New York, NY 10016
*Address*

balexander@rosenlegal.com
*E-mail address*

(212) 686-1060
*Telephone number*

(212) 202-3827
*FAX number*