**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Case No. 1:23-cv-10645-JMF<br><br>**CLASS ACTION**<br><br>**ALL ACTIONS**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants GigaCloud Technology Inc, Larry Lei Wu, and Xin Wan:

> Jeff G. Hammel
> Latham & Watkins LLP
> 1271 Avenue of the Americas
> New York, New York, 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email: jeff.hammel@lw.com

Dated: January 19, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Jeff G. Hammel
Jeff G. Hammel
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jeff.hammel@lw.com

*Attorneys for Defendants GigaCloud Technology Inc, Larry Lei Wu, and Xin Wan*