UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                                               :   Case No. 1:23-cv-10645-JMF

IN RE GIGACLOUD TECHNOLOGY INC   :
SECURITIES LITIGATION                          :   **CLASS ACTION**

------------------------------------------------------------ X

THIS DOCUMENT RELATES TO:                :
                                                                            :   **NOTICE OF APPEARANCE**
ALL ACTIONS                                           :
------------------------------------------------------------ X

      PLEASE TAKE NOTICE that the undersigned attorney appears as counsel in the above-captioned case on behalf of Defendant Aegis Capital Corp.

Dated: New York, New York
       March 13, 2024

                                        SICHENZIA ROSS FERENCE CARMEL LLP

                                        By:  */s/ John J. Elliott*
                                        John J. Elliott, Esq.
                                        1185 Avenue of the Americas, 31st Floor
                                        New York, New York 10036
                                        Telephone: 646-963-2228
                                        Facsimile: 212-930-9725
                                        Email: jelliott@srfc.law

                                        *Attorneys for Defendant Aegis Capital Corp.*