**Jason C. Hegt**
+1.212.906.1686
Jason.Hegt@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

April 22, 2024

> Application GRANTED.  The initial pretrial conference scheduled for May 8, 2024 is hereby ADJOURNED *sine die*.  The Clerk is directed to terminate ECF No. 75.
>
> SO ORDERED.
>
> *[signature]*
>
> April 22, 2024

**VIA ECF**

Hon. Jesse M. Furman
United States District Court, Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

Re: *In re GigaCloud Technology Inc Securities Litigation*
No. 1:23-cv-10645-JMF – Request to Adjourn Pretrial Conference

Dear Judge Furman:

We represent GigaCloud Technology Inc, Larry Lei Wu, Iman Schrock, and Xin Wan (together, the "Moving Defendants") in the above-referenced matter.  We write pursuant to Rules 2.E and 4.A of Your Honor's Individual Rules and Practices in Civil Cases to request an adjournment of the pretrial conference currently scheduled for May 8, 2024 at 9:00 A.M. until the Court's resolution of the Moving Defendants' forthcoming motion to dismiss.  *See* ECF No. 53.  Under the current schedule for this case, the motion to dismiss will be fully briefed on August 15, 2024.  *See* ECF No. 54.  We have conferred with Plaintiffs and Defendant Aegis Capital Corp., who consent to this request.

This is the Moving Defendants' first request for adjournment.  Pursuant to the Private Securities Litigation Reform Act of 1995, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss."  *See* 15 U.S.C. § 78u-4(b)(3)(B).  Because the focus of the initial pretrial conference is to set a discovery schedule, courts in this Circuit routinely adjourn such conference until the resolution of motion to dismiss.  *See, e.g.*, Order Granting Letter Motion, *Hunt v. Alamo,* No. 1:23-cv-09151 (PAE) (S.D.N.Y. Nov. 14, 2023) ECF No. 22 (pending motion to dismiss); Order Granting Letter Motion, *Gordon v. Nielsen Holdings plc.*, No. 1:18-cv-07143 (JFK) (S.D.N.Y. Sept. 26, 2018) ECF No. 20 (same); *see also* Order Granting Letter Motion, *Venning v. Primark US Corp.*, No. 1:23-cv-10176 (JMF) (S.D.N.Y. Feb. 29, 2024) ECF No. 17 (forthcoming motion for judgment on the pleadings).  Accordingly, the Moving Defendants respectfully request that the pretrial conference be adjourned *sine die* and rescheduled, if necessary, following resolution of their motion to dismiss.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Jason C. Hegt
Jason C. Hegt
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)