**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION | **Case No. 1:23-cv-10645-JMF** |
| | **<u>CLASS ACTION</u>** |
| THIS DOCUMENT RELATES TO: | **ALL ACTIONS** |
| ALL ACTIONS | **<u>NOTICE OF GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, IMAN SCHROCK, XIN WAN, AND AEGIS CAPITAL CORP.'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Hanyu Xie, dated May 17, 2024, the exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendants GigaCloud Technology Inc, Larry Lei Wu, Iman Schrock, Xin Wan, and Aegis Capital Corp. ("Moving Defendants") before the Honorable Jesse M. Furman, in Courtroom 1105 of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order dismissing the Amended Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.

PLEASE TAKE FURTHER NOTICE that in accordance with the Order entered in this action on January 19, 2024 (ECF No. 54), Plaintiffs' deadline to serve their opposition is July 16, 2024, and Moving Defendants' deadline to serve a reply is August 15, 2024.

Dated:     May 17, 2024
            New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Jason C. Hegt
     Jeff G. Hammel
     Jason C. Hegt
     Hanyu (Iris) Xie
     Chengliang (Larry) Hong
     1271 Avenue of the Americas
     New York, New York 10020
     Telephone: (212) 906-1200
     Facsimile: (212) 751-4864
     Email:  jeff.hammel@lw.com
     Email: jason.hegt@lw.com
     Email: iris.xie@lw.com
     Email: larry.hong@lw.com

*Attorneys for GigaCloud Technology Inc,*
*Larry Lei Wu, Iman Schrock, and Xin Wan*

**SICHENZIA ROSS FERENCE CARMEL LLP**

By: /s/ John J. Elliot
     Sameer Rastogi, Esq.
     John J. Elliott, Esq.
     1185 Avenue of the Americas, 31st Floor
     New York, New York 10036
     Telephone: (212) 930-9700
     Facsimile: (212) 930-9725
     Email: srastogi@srfc.law
     Email: jelliott@srfc.law

*Attorneys for Aegis Capital Corp.*