APPENDIX A
Statements Challenged in Plaintiffs' Amended Class Action Complaint[1]

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 1. | August 19, 2022<br><br>Prospectus, Ex. 2 at 2<br><br>¶ 68 | "**Overview**" of the "**PROSPECTUS SUMMARY**"<br><br>"*We have artificial intelligence software, or AI, that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network*. Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk.<br><br>*We leverage our proprietary data and AI to accelerate the network effects in our marketplace*. As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle." | X | X | | X | X |

---

[1] The statements and sources above are drawn from Plaintiffs' Amended Class Action Complaint, filed March 18, 2024.  *See* ECF No. 59. All references to "¶ _" are to the paragraphs in the Amended Complaint.  Red text denotes surrounding context that is omitted from the Amended Complaint.  All emphasis, with the exception of that which has been added to the red text, has been supplied by Plaintiffs.

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 2. | August 19, 2022<br><br>Prospectus, Ex. 2 at 5<br><br>¶ 70 | **"Our Strengths"**<br>"We believe that the following components contribute to our success and differentiate us from our competitors:<br>• Pioneering cross-border B2B ecommerce marketplace for the large parcel market;<br>• Compelling value proposition to both sellers and buyers enhanced by network effects;<br>• Industry-leading supply chain capabilities;<br>• Our technology system;<br>• *Data intelligence powered by AI*; and<br>• Experienced and innovative team." | X | X | X | X | X |
| 3. | August 19, 2022<br><br>Prospectus, Ex. 2 at 32<br><br>¶¶ 49, 141 | *"System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations."*<br><br>"The satisfactory performance, reliability and availability of our marketplace, software such as our AI, data analytics tools, warehouse management system and other technology infrastructures are *critical to our reputation and our ability to acquire and retain customers*, as well as maintain adequate customer service levels." | X | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 4. | August 19, 2022<br><br>Prospectus, Ex. 2 at 32<br><br>¶ 78 | *"System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations."*<br><br>*"We use complex AI software* in our technology infrastructure, which we seek to continually update and improve. We may not always be successful in executing these upgrades and improvements, and the operation of our systems may be subject to failure. In particular, we may in the future experience slowdowns or interruptions in our marketplace or our warehouse management system when we are updating them, and new technologies or infrastructures may not be fully integrated with existing systems on a timely basis, or at all. Our revenues depend on the number of sellers and buyers who trade in our marketplace and the amount of GMV we can handle. Unavailability of our marketplace or our logistics algorithm would reduce the volume of GMV in our business operations." | X | X | | X | X |
| 5. | August 19, 2022<br><br>Prospectus, Ex. 2 at 157<br><br>¶ 72 | **"Competitive Strengths"**<br><br>**"Data Intelligence Powered by AI"**<br><br>*"We leverage self-learning AI to improve our operating efficiency. Our system is capable of automating and optimizing inventory globally based on historical data, rebalancing our merchandise across warehouses to maximize first mile collection and last mile delivery efficiency*. We have also developed trading pattern analytics tools that constantly analyze transaction patterns, generating insightful information to suppliers to make well-informed decision regarding markets. We also leverage our data analytics in order to provide supply chain finance solutions to select quality suppliers based on our extensive data on their performance and quality." | X | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 6. | August 19, 2022<br><br>Prospectus, Ex. 2 at 158<br><br>¶ 74 | **"Logistics Network and Value-added Services"**<br><br>**"*Warehousing Network*"**<br><br>…<br><br>"*We use AI and data analytics to determine optimal distribution of inventory among our warehouses under a unified warehouse management system* and provide a virtual warehousing solution for sellers and buyers in our marketplace. *Our AI-powered warehousing management system solves the many practical problems faced by sellers and buyers in connection with complex, cross-border transactions involving large parcel goods*." | X | X | | X | X |
| 7. | August 19, 2022<br><br>Prospectus, Ex. 2 at 161<br><br>¶ 76 | **"Logistics Network and Value Added Services"**<br><br>**"*AI Algorithm and Data Analysis*"**<br><br>"*Our in-house reinforcement learning algorithms are built to optimize our inventory management across our multiple warehouses around the world, analyzing historical data to determine how to manage our inventory and even where to establish our next warehouse. Our algorithm also accounts for the fragility of certain types of inventory and reduces the number of times a product is moved*. Each time a product is handled, there is an increased chance of damage, which is an issue embedded in the home furnishing industry.<br><br>We also create sales analytics and provide them to our sellers for a fee. *The services provide meaningful value to our sellers bringing products to new markets and support a high retention rate*. Additionally, we leveraged the data collected on each seller's inventory, sales history and performance to establish a credit profile under our supply chain financing program." | X | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 8. | August 2, 2022<br><br>Free Writing Prospectus, Ex. 3 at 12<br><br>¶¶ 51, 80 | | X | X | | X | X |

5

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 9. | October 3, 2022<br><br>Aegis Analyst Report, Ex. 10 at 5<br><br>¶ 54 | **"Data analytics help drive growth"**<br><br>"As GigaCloud Technology continues to rapidly penetrate the global e-commerce sector, the company is building up a highly enviable and proprietary resource with regards to customer data/ The company's artificial intelligence (AI) software, which generates seller ratings and credit profiles with volume data, can leverage such data to develop analytical and predictive tools such as sales forecasts, which can in turn help sellers more efficiently manage inventory and pricing."<br><br>Such optimization strategies naturally help encourage additional sellers to join the platform and transact in the GigaCloud Marketplace. Increasing numbers of both sellers and buyers naturally lead to a growing cycle, as evidenced by the company's rapid top line expansion in recent years." | | X | X | X | X |
| 10. | November 30, 2022<br><br>Q3 2022 Earnings Results Press Release[2], Ex. 12 at 1<br><br>¶ 132<br><br>Speaker: Wu | Wu: "Going forward, we will continue to leverage our data-driven solutions, technological capability and resources to expand and optimize our marketplace, gain market share and better serve our global customers with a stable and efficient B2B e-commerce platform." | | X | | X | X |

---

[2] This statement was inaccurately cited by Plaintiffs as from the August 15, 2023 Earnings Press Release, but was actually from the November 30, 2022 Press Release.

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 11. | March 17, 2023<br><br>Q4 2022 Earnings Call Presentation, Ex. 13 at 10<br><br>¶ 164 | | | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 12. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 10<br><br>¶ 162 | **"Risks Related to Our Business and Industry"**<br><br>*"System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations."*<br><br>"We use **complex AI software** in our technology infrastructure, which we seek to continually update and improve. We may not always be successful in executing these upgrades and improvements, and the operation of our systems may be subject to failure. In particular, we may in the future experience slowdowns or interruptions in our marketplace or our warehouse management system when we are updating them, and new technologies or infrastructures may not be fully integrated with existing systems on a timely basis, or at all. Our revenues depend on the number of sellers and buyers who trade in our marketplace and the amount of GMV we can handle. Unavailability of our marketplace or our logistics algorithm would reduce the volume of GMV in our business operations." | | X | | X | X |
| 13. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 67<br><br>¶ 156 | "*We have AI software that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network*. Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk." | | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 14. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 67<br><br>¶ 156 | "*We leverage our proprietary data and AI to accelerate the network effects in our marketplace*. As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle." | | X | | X | X |
| 15. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 71<br><br>¶ 158 | **"Logistics Network and Value-added Services"**<br><br>*"Warehousing Network"*<br>…<br>"*We use AI and data analytics to determine optimal distribution of inventory among our warehouses under a unified warehouse management system* and provide a virtual warehousing solution for sellers and buyers in our marketplace. *Our AI-powered warehousing management system solves the many practical problems faced by sellers and buyers in connection with complex, cross-border transactions involving large parcel goods*." | | X | | X | X |
| 16. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 73<br><br>¶ 142 | **"1P Inventory Management"**<br><br>"We believe we have an industry-leading average large parcel inventory turnover rate for our own inventory of 71 days for 2022, 65 days in 2021 and 53 days for 2020. We use AI and data science to help with inventory management, including deciding when to place orders and in what quantities." | | X | X | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 17. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 73<br><br>¶ 160 | **"Logistics Network and Value-added Services"**<br><br>**"AI Algorithm and Data Analysis"**<br><br>**"*Our in-house reinforcement learning algorithms are built to optimize our inventory management across our multiple warehouses around the world, analyzing historical data to determine how to manage our inventory and even where to establish our next warehouse. Our algorithm also accounts for the fragility of certain types of inventory and reduces the number of times a product is moved*. Each time a product is handled, there is an increased chance of damage, which is an issue embedded in the home furnishing industry.**<br><br>We also create sales analytics and provide them to our sellers for a fee. ***The services provide meaningful value to our sellers bringing products to new markets and support a high retention rate***. Additionally, we leveraged the data collected on each seller's inventory, sales history and performance to establish a credit profile under our supply chain financing program." | | X | | X | X |
| 18. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 76<br><br>¶ 126 | **"Competition"**<br><br>"In connection with our GigaCloud Marketplace, we compete with other ecommerce platforms on which sellers and buyers trade merchandise, particularly large parcel items. For 1P, the market for the online goods that we sell is highly competitive, fragmented and rapidly changing. We compete with other similar manufacturers.<br><br>Carrying out ecommerce business involves multiple technology capabilities, including but not limited to cloud computing, big data analytics, and artificial intelligence to create competitive advantages in business operations." | | X | | X | X |

10

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 19. | April 24, 2023<br><br>Form 20-F, Ex. 11 at 111<br><br>¶ 141 | **"Key Factors Affecting Our Results of Operations"**<br><br>**"Our Ability to Effectively Invest in our Infrastructure and Technology Platform"**<br><br>"Our results of operations depend in part on our ability to invest in our infrastructure and technology platform to cost-effectively meet the demands of our anticipated growth. As of December 31, 2022, our global logistics network included 21 warehouses with an aggregate gross floor area of over four million square feet in four countries. Additionally, we maintain partnerships with several major shipping, trucking and freight service providers."<br><br>"Our ability to improve our operational efficiency *depends on our ability to invest in our technology infrastructure and platform, including our virtual warehousing solution and AI technology*. We successfully improved our warehouse management solutions over the past year." | | X | | X | X |
| 20. | May 24, 2023<br><br>Q1 2023 Earnings Call Transcript, Ex. 14 at 4<br><br>¶¶ 168<br><br>Speaker: Wu | Wu: "First and foremost, I want to express my pride in the entire GigaCloud family for yet another remarkable quarter where we continued to *revolutionize the industry with our innovative business model and state-of-the-art technology*." | | X | X | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 21. | May 24, 2023<br><br>Q1 2023 Earnings Call Transcript, Ex. 14 at 6<br><br>¶¶ 170-71<br><br>Speaker: Schrock | Q: "My question is, could you please provide updates for your technological upgrades on your platform and how they contribute to the long-term success of your platform?"<br><br>A, Schrock: "Sure. I'll take this question, David. So a lot of the technological investments this year will be centered around optimizing the buyer and the seller data exchange to streamline the overall efficiency of the marketplace. We're in the B2B sector. *So there are recurring transactions and data and machine learning can improve that process and make it more efficient. And with that being said, machine learning and the algorithms are a huge, huge part of what we do because unlike any other company, we optimize the process from end to end*. And with that, I alluded to this as well earlier, over 1/4 of our entire workforce is dedicated to IT and engineering, and they're all dedicated – their daily activity is into making this process as efficient and as effective as possible and our quest to make the cross-border B2B even better." | | X | X | X | X |

12

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 22. | May 24, 2023<br><br>Q1 2023 Earnings Call Presentation, Ex. 15 at 10<br><br>¶ 173 | | | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 23. | June 6, 2023<br><br>LD Micro Invitational[3] (4:45 – 5:06)<br><br>¶ 178<br><br>Speaker: Schrock | Schrock: "I'm going to show you the 3 aspects of the business. At the very center of the business, the engine of the business is the *algorithm enabled technology stack, that involves AI and machine learning*. And there are 3 components like the propellers of a plane engine, that attach to this core of data." | | X | X | X | X |
| 24. | June 6, 2023<br><br>LD Micro Invitational (9:55 – 10:19)<br><br>¶ 180<br><br>Speaker: Schrock | Schrock: "And *we are actually the only company in this space that load balances using AI* from the source so that it sits in a strategic location so it's closer to the end consumer. So not only the product can get to the end consumer faster, not only can be more efficient, but also it prevents damages. As furniture being big and bulky, additional touchpoints means additional chances for the product getting damaged." | | X | X | X | X |

---

[3] For Statements 23, 24, and 25, a video recording of the June 6, 2023 LD Micro Invitational can be found here: https://ldinv13.sequireevents.com/ by searching for "GigaCloud Technology Inc" in the search bar and registering to view the recording. Time stamps for each statement are provided above.

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 25. | June 6, 2023<br><br>LD Micro Invitational (10:32 - 11:14)<br><br>¶ 183<br><br>Speaker: Schrock | Schrock: "***The technology stack that is powered by AI and machine learning***, sits at core of various data points, and that's what makes us super strong, is that we utilize the data, like this end consumer data, because we deliver almost all of our orders directly to the end consumer, we can see what the consumers are buying and from where. And ***we utilize that data to continuously improve that load optimization that I just talked about that we do using algorithms*** to help the participants of the marketplace, whether its 1P or 3P, to take advantage of the most up to date data, to send their product to the exact locations where it has less touchpoints and quicker delivery time to the consumer." | | X | X | X | X |
| 26. | August 15, 2023<br><br>Q2 2023 Earnings Results Press Release, Ex. 16 at 2<br><br>¶ 132<br><br>Speaker: Wu | Wu: "Despite a challenging market environment for large parcel merchandise, our unique business model and technological advances have propelled us to achieve another quarter of exceptional operational and financial results." | | X | X | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 27. | August 15, 2023<br><br>Q2 2023 Earnings Call Transcript, Ex. 17 at 4<br><br>¶ 187<br><br>Speaker: Wu | Schrock: "We are dedicated to changing the way suppliers and resellers do business in buying, selling and shipping all things large and bulky through the ***state-of-the-art technology and innovation***, we believe this message and mission are resonating given the success of our marketplace.<br><br>Our outstanding profitability resulted in an ending cash balance of $181.5 million, up from $143.5 million as of December 31, 2022. As we have mentioned in the past, the strength of our balance sheet gives us the ability to selectively evaluate targets for tuck-in acquisitions. Our criteria for potential targets range from companies that would further penetrate our existing target markets, ***add new capabilities to our already robust technology stack***, penetrate a new segment of market or technology that would further enhance our users' experience on GigaCloud platform." | | X | X | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 28. | August 15, 2023<br><br>Q2 2023 Earnings Call Presentation, Ex. 18 at 13<br><br>¶ 189 | | | X | | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 29. | GigaCloud Website, Ex. 19 at 4<br><br>¶ 153 | Webpage titled "Our Business Model"<br><br>With more than ¼ of our global workforce committed to the fields of engineering and information technology, we find ourselves at the forefront of innovation and progress. At the heart of our success lies our advanced A.I. and M.L. technology stack, strategically integrated across every facet of our Marketplace's operations, including our sales channels. From product and warehousing data to buyer, seller, and end customer data that permeates various aspects of our business, this state-of-the-art technological infrastructure streamlines our processes every step of the way.<br><br> | | X | X | X | X |

| | Date & Source | Challenged Statement | Same Statement at Issue in Both '33 Act and '34 Act Claims | Not False or Misleading | Inactionable Puffery or Opinion | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 30. | GigaCloud Website, Ex. 20 at 3<br><br>¶ 151 | Webpage titled "A.I., Machine Learning, and Tech"<br><br>**Big Data Driven Technology Stack Powered by AI & Machine Learning Drives Incremental Operating Efficiencies**<br><br> | | X | | X | X |