**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE GIGACLOUD TECHNOLOGY
INC SECURITIES LITIGATION

---

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**Case No. 1:23-cv-10645-JMF**

**CLASS ACTION**

**ALL ACTIONS**

**DECLARATION OF HANYU (IRIS) XIE IN SUPPORT OF GIGACLOUD
TECHNOLOGY INC, LARRY LEI WU, IMAN SCHROCK, XIN WAN, AND AEGIS
CAPITAL CORP.'S MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Hanyu (Iris) Xie, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney in the law firm of Latham & Watkins LLP, counsel for Defendants GigaCloud Technology Inc ("GigaCloud"), Larry Lei Wu, Iman Schrock, and Xin Wan in the above-captioned matter.  I am admitted to practice and am a member of good standing of the Bars of the State of New York and this Court.

2.      I submit this Declaration in Support of GigaCloud, Messrs. Wu, Schrock, and Wan, and Aegis Capital Corp. ("Aegis")'s Motion to Dismiss the Amended Class Action Complaint (the "Amended Complaint").  I am familiar with all of the facts and circumstances set forth herein.

3.      Attached as Exhibit 1 is a true and correct copy of the Amended Complaint, filed March 18, 2014 (ECF No. 59).

4.      Attached as Exhibit 2 is a true and correct excerpt of GigaCloud's Prospectus, filed August 17, 2022 with the U.S. Securities and Exchange Commission.

5.      Attached as Exhibit 3 is a true and correct copy of GigaCloud's Issuer Free Writing Prospectus, filed August 2, 2022 with the U.S. Securities and Exchange Commission.

1

6.    Attached as Exhibit 4 is a true and correct copy of a report by Culper Research titled "GigaCloud Technology Inc (NASDAQ:GCT): If It's Too Good To Be True…," dated September 28, 2023.

7.    Attached as Exhibit 5 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Responds to Short-Seller Report," dated September 29, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the U.S. Securities and Exchange Commission.

8.    Attached as Exhibit 6 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Refutes Misleading Claims in Short Seller Report," dated October 9, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the U.S. Securities and Exchange Commission.

9.    Attached as Exhibit 7 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Announces Completion of Independent Review," dated November 13, 2023, which was attached as an exhibit to GigaCloud's 6-K, filed with the U.S. Securities and Exchange Commission.

10.    Attached as Exhibit 8 is a compilation of the historical price data for GigaCloud's common stock for the period of August 17, 2022 to March 18, 2024, retrieved from Bloomberg.

11.    Attached as Exhibit 9 is a true and correct copy of a draft report by the National Institute Standards and Technology, U. S. Department of Commerce, titled "U.S. Leadership in AI:  A Plan for Federal Engagement in Developing Technical Standards and Related Tools," dated August 9, 2019.

12.    Attached as Exhibit 10 is a true and correct copy of Aegis's analyst report on GigaCloud, dated October 3, 2022.

13.    Attached as Exhibit 11 is a true and correct excerpt of GigaCloud's Form 20-F for Fiscal Year 2022, filed on April 24, 2023 with the U.S. Securities and Exchange Commission.

14.    Attached as Exhibit 12 is a true and correct copy of GigaCloud's press release announcing Third Quarter 2022 Financial Results, dated November 30, 2022, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the U.S. Securities and Exchange Commission.

15.    Attached as Exhibit 13 is a true and correct copy of GigaCloud's presentation during the Fourth Quarter 2022 Earnings Call, dated March 17, 2023.

16.    Attached at Exhibit 14 is a true and correct copy of the transcript from GigaCloud's First Quarter 2023 Earnings Call, dated May 24, 2023.

17.    Attached as Exhibit 15 is a true and correct copy of GigaCloud's presentation during the First Quarter 2023 Earnings Call, dated May 24, 2023.

18.    Attached as Exhibit 16 is a true and correct copy of GigaCloud's press release announcing Second Quarter and First Half 2023 Financial Results, dated August 15, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the U.S. Securities and Exchange Commission.

19.    Attached as Exhibit 17 is a true and correct copy of the transcript from GigaCloud's Second Quarter 2023 Earnings Call, dated August 15, 2023.

20.    Attached as Exhibit 18 is a true and correct copy of GigaCloud's presentation during the Second Quarter 2023 Earnings Call, dated August 15, 2023.

21.    Attached as Exhibit 19 is a true and correct excerpt of GigaCloud's webpage titled "Our Business Model," last accessed May 17, 2024.

22.    Attached as Exhibit 20 is a  true and correct excerpt of GigaCloud's webpage titled "A.I., Machine Learning, and Tech," last accessed May 17, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2024
       New York, New York

_____

Hanyu (Iris) Xie

4