# EXHIBIT 2

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-266058
and Registration No. 333-266943

# GigaCloud Technology Inc

## 2,940,000 Class A Ordinary Shares

---

This is an initial public offering of 2,940,000 Class A ordinary shares, par value $0.05 per share, by GigaCloud Technology Inc. The initial public offering price of our Class A ordinary shares is $12.25 per Class A ordinary share.

Prior to this offering, there has been no public market for our shares. Our Class A ordinary shares have been approved for listing on the Nasdaq Global Market, or Nasdaq, under the symbol "GCT."

In this prospectus, "Cayman Islands holding company" refers to GigaCloud Technology Inc, our Cayman Islands holding company and its predecessor entity; "we," "us," "our company," "our," "our group" or "GigaCloud Group" refers to GigaCloud Technology Inc, our Cayman Islands holding company, its predecessor entity, together as a group with its subsidiaries and, in the context of describing our operations and consolidated financial statements, its consolidated variable interest entities, or VIEs, and any subsidiaries of its consolidated VIEs; "Hong Kong Subsidiary" refers to GigaCloud Technology (HongKong) Limited, a wholly-owned subsidiary of GigaCloud Technology Inc in Hong Kong principally for operating the B2B GigaCloud Marketplace; and "PRC Subsidiaries" refer to operating subsidiaries of GigaCloud Technology Inc in mainland China principally for procurement and providing inter-group services to the group companies.

We are an "emerging growth company" as defined under applicable securities laws in the United States, or the U.S., and are eligible for reduced public company reporting requirements.

See "Risk Factors" beginning on page 31 to read about factors you should consider before buying our Class A ordinary shares.

GigaCloud Technology Inc is a holding company incorporated in the Cayman Islands and not a direct Chinese or Hong Kong operating company. As a holding company with no material operations of its own, GigaCloud Technology Inc conducts its operations through its principal subsidiaries incorporated in mainland China, Hong Kong, Japan and the United States and principal consolidated VIEs incorporated in the United States and the United Kingdom. Our corporate structure involves unique risks to investors as they are purchasing equity securities in a Cayman Islands holding company with operations conducted by our subsidiaries and consolidated VIEs, and not equity securities of our subsidiaries based in mainland China, Hong Kong, Japan and the United States, nor equity securities of our consolidated VIEs based in the United States and the United Kingdom. The Class A ordinary shares offered in this offering are shares of our Cayman Islands holding company instead of the shares of our subsidiaries or consolidated VIEs. Investors will not and may never directly hold equity interests in our subsidiaries or consolidated VIEs, including the equity interests in our principal subsidiaries based in mainland China, Hong Kong, Japan and the United States and our principal consolidated VIEs based in the United States and the United Kingdom. While our current corporate structure does not contain any VIE in the People's Republic of China, or the PRC, and our group has no intention establishing any VIEs in the PRC in the future, if in the future our group's corporate structure were to contain a VIE, the PRC regulatory authorities could disallow the VIE structure, which would likely result in a material change in our operations and/or a material change in the value of the securities we are registering for sale, including that it could cause the value of such securities to significantly decline or in extreme cases, become worthless. We do not own any equity interest in the consolidated VIEs. We control and receive the economic benefits of our consolidated VIEs and their business operations through certain contractual arrangements. Uncertainties exist as to our ability to enforce the VIE agreements, and the enforceability of the VIE agreements has not been tested in a court of law. For a description of our corporate structure and our contractual arrangements with our consolidated VIEs and the risks related to our corporate structure, see "Corporate History and Structure—Contractual Arrangements with Our Consolidated VIEs and their Shareholders," "Risk Factors—Risks Related to Our Corporate Structure—We rely on contractual arrangements with our consolidated VIEs and their shareholders for a portion of our business operations. These arrangements may not be as effective as direct ownership in providing operational control," and "Risk Factors—Risks Related to Doing Business in China—The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers, may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time, which could result in a material change in our operations and/or the value of the securities we are registering for sale."

The PRC government has recently indicated an intent to exert more oversight and control over securities offerings and control over overseas and domestic companies, in companies with operations in mainland China and Hong Kong, including enhancing supervision over companies with operations in mainland China that are listed overseas using VIE structure, and that the PRC regulatory authorities could disallow the use of such VIE holding structure. We do not believe that we are directly subject to these regulatory actions or statements, as we do not currently have any VIE in the PRC. However, the rules and regulations and the enforcement thereof in China can change quickly. The PRC regulatory authorities could change the rules, regulations and policies regarding foreign ownership in the industry in which we operate, which would likely result in material change in our operations and/or a material change in the value of the securities we are registering for sale, including that it could cause the value of the securities to significantly decline, or become worthless. The PRC government may intervene in or influence our operations in mainland China and Hong Kong as the government deems appropriate to further regulatory, political and societal goals. Any such action, taken by the PRC government, could result in a material change in our operations, significantly limit or completely hinder our ability to offer or continue to offer securities to investors and cause the value of the securities we are registering for sale to significantly decline or in extreme cases, become worthless. See "Risk Factors—Risks Related to Doing Business in China —The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers, may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time, which could result in a material change in our operations and/or the value of the securities we are registering for sale."

On June 30, 2020, the Standing Committee of the National People's Congress of the PRC, or the Standing Committee of the NPC, promulgated the Law of the People's Republic of China on Safeguarding National Security in the Hong Kong Special Administrative Region, or the Law of PRC on Safeguarding National Security in Hong Kong. The interpretation of the Law of the PRC on Safeguarding National Security in Hong Kong involves a degree of uncertainty. Recently, the PRC government announced that it would step up supervision of overseas listed PRC businesses. Under the new measures, the PRC government will enhance regulation of cross-border data flows and security, crack down on illegal activity in the securities market and punish fraudulent securities issuance, market manipulation and insider trading. The PRC government will also check sources of funding for securities investment and control leverage ratios. The PRC government has also opened a probe into several U.S.-listed technology companies focusing on anti-monopoly, financial technology regulation and more recently, with the passage of the PRC Data Security Law, how companies collect, store, process and transfer personal data. Currently these laws (other than the Law of the PRC on Safeguarding National Security in Hong Kong) are expected to apply to mainland China domestic businesses, rather than businesses in Hong Kong which operate under a different set of laws from mainland China. However, there can be no assurance that the government of Hong Kong will not enact similar laws and regulations applicable to companies operating in Hong Kong. For example, the PRC government may pressure the government of Hong Kong to enact similar laws and regulations to those in the PRC, which may seek to exert control over offerings conducted overseas by Hong Kong companies. If any or all of the foregoing were to occur, it could lead to a material adverse change in GigaCloud Group's operations and limit or hinder our ability to offer securities to overseas investors or remain listed in the United States. This could cause the value of the securities we are registering for sale to significantly decline or become worthless. See "Risk Factors—Risks Related to Doing Business in China—Implementation of the Law of the PRC on Safeguarding National Security in Hong Kong involves uncertainty, and the recent policy pronouncements by the PRC government regarding business activities of U.S.-listed PRC businesses may negatively impact GigaCloud Group's existing and future operations in Hong Kong."

Although we have operations in many locations globally, we face various legal and operational risks and uncertainties as a result of being based in and having operations in mainland China and Hong Kong. We launched our GigaCloud Marketplace under our Hong Kong Subsidiary in 2019. Our PRC Subsidiaries perform cost functions and internal operational functions, but our PRC Subsidiaries do not generate revenue in the PRC. Accordingly, the laws and regulations of the PRC have an impact on the operational and procurement aspects of our business. Furthermore, the PRC government has authority to exert political and economic influence on the ability of a company with operations in mainland China and Hong Kong to conduct business, accept foreign investment or list on the United States or the other foreign exchange. For example, we may face risks associated with regulatory approvals of offshore offerings, anti-monopoly regulatory actions, oversight on cybersecurity and data privacy, the lack of inspection of the Public Company Accounting Oversight Board, or the PCAOB, of our auditors, as well as regulatory risks relating to companies in Hong Kong. Based on our inquiry with the relevant PRC government authority and the advice of our PRC legal counsel, we believe we, including our PRC Subsidiaries and our Hong Kong Subsidiary, are currently not required to file with the Cyberspace Administration of China, or the CAC, for a cybersecurity review as of the date hereof, because (i) our B2B ecommerce platform, our GigaCloud Marketplace, is operated in Hong Kong under our Hong Kong Subsidiary with under one million users, and (ii) our GigaCloud Marketplace is a B2B ecommerce platform and any data we collected on our sellers and buyers are limited without any personal information. See "Risk Factors—Risks Related to Doing Business in China—The approval or other administration requirements of the China Securities Regulatory Commission, or the CSRC, or other PRC governmental authorities, may be required in connection with this offering under PRC regulation or any new laws, rules or regulations to be enacted, and if required, we cannot assure you that we will be able to obtain such approval. The regulation also establishes more complex procedures for acquisitions conducted by foreign investors that could make it more difficult for us to grow through acquisitions." In light of recent statements and regulatory actions by the PRC government related to the PRC's extension of authority into Hong Kong, there is also risk that the PRC government may intervene or influence our operations in Hong Kong, as our operations in Hong Kong are subject to political and economic influence from the PRC government. Our Hong Kong Subsidiary may be subject to direct intervention or influence from the PRC government in the future due to changes in laws or other unforeseeable reasons. Such risk could impact our ability to conduct our business, accept foreign investments, or list on the United States or the other foreign exchange, result in a material change in our operations and/or the value of our Class A ordinary shares or could significantly limit or completely hinder our ability to offer or continue to offer Class A ordinary shares and/or other securities to investors and cause the value of the securities we are registering for sale to significantly decline or be worthless. See "Risk Factors—Risks Related to Doing Business in China—The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers, may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time, which could result in a material change in our operations and/or the value of the securities we are registering for sale," and "Risk Factors—Risks Related to Doing Business in China—We operate our GigaCloud Marketplace through our Hong Kong Subsidiary. If the PRC government were to extend its oversight into companies in Hong Kong, our Hong Kong Subsidiary may be subject to additional regulations which could have a material effect on our business operations."

On December 2, 2021, the SEC adopted amendments to finalize rules implementing the submission and disclosure requirements in the Holding Foreign Companies Accountable Act, or the HFCA Act. The rules apply to registrants the SEC identifies as having filed an annual report with an audit report issued by a registered public accounting firm that is located in a foreign jurisdiction and that the PCAOB is unable to inspect or investigate, or the Commission-Identified Issuers. The final amendments require Commission-Identified Issuers to submit documentation to the SEC establishing that it is not owned or controlled by a governmental entity in the public accounting firm's foreign jurisdiction. Furthermore, on June 22, 2021, the U.S. Senate passed the Accelerating Holding Foreign Companies Accountable Act, which, if enacted into law would amend the HFCA Act and require the SEC to prohibit an issuer's securities from trading on U.S. stock exchanges if its auditor is not subject to PCAOB inspections for two consecutive "non-inspection" years instead of three, and therefore reducing the time before our securities may be prohibited from trading on the Nasdaq or other U.S. stock exchanges, and this ultimately could result in our Class A ordinary shares being delisted. On September 22, 2021, the PCAOB adopted a final rule implementing the HFCA Act, which provides a framework for the PCAOB to use when determining, as contemplated under the HFCA Act, whether the PCAOB is unable to inspect or investigate completely registered public accounting firms located in a foreign jurisdiction because of a position taken by one or more authorities in that jurisdiction. On December 16, 2021, the PCAOB issued a report on its determinations that the PCAOB is unable to inspect or investigate completely PCAOB-registered public accounting firms headquartered in mainland China and Hong Kong, because of positions taken by PRC authorities in those jurisdictions. The PCAOB included in its report a list of registered public accounting firms headquartered in mainland China and Hong Kong that the PCAOB is unable to inspect or investigate completely, including our auditor, KPMG Huazhen LLP. Our Class A ordinary shares may be delisted under the HFCA Act if the PCAOB is unable to inspect auditors who are located in China and if we fail to implement measures to enable PCAOB' inspection of our auditor. The delisting of our Class A ordinary shares, or the threat of their being delisted, may materially and adversely affect the value of your investment. Additionally, the inability of the PCAOB to conduct inspections deprives our investors of the benefits of such inspections."

We have operations in many locations globally through our principal subsidiaries incorporated in mainland China, Hong Kong, Japan and the United States and our principal consolidated VIEs incorporated in the United States and the United Kingdom. If needed, cash can be transferred between our holding company and consolidated subsidiaries through intercompany fund advances. In 2019, GigaCloud Technology Inc, our Cayman Islands holding company (i) received a total of $4.4 million in cash from our subsidiaries and our consolidated VIEs, of which nil was from our Hong Kong Subsidiary or our PRC Subsidiaries; and (ii) transferred a total of $3.3 million in cash to our subsidiaries and our consolidated VIEs, of which $1.0 million was to our Hong Kong Subsidiary and $1.4 million was to Suzhou Dajianyun Transport Co., Ltd., or Suzhou GigaCloud. In 2020, GigaCloud Technology Inc (i) received a total of $12.3 million in cash from our subsidiaries and our consolidated VIEs, of which $1.1 million was from our Hong Kong Subsidiary and nil from our PRC Subsidiaries; and (ii) transferred a total of $2.1 million in cash to our subsidiaries and our consolidated VIEs, of which $1.8 million was to our Hong Kong Subsidiary. In 2021, GigaCloud Technology Inc (i) received a total of $6.7 million in cash, of which $6.7 million was from our Hong Kong Subsidiary; and (ii) transferred a total of $18.6 million in cash to our subsidiaries, of which $15.5 million was to our Hong Kong Subsidiary and $0.1 million was to GigaCloud Trading (HongKong) Limited. In the three months ended March 31, 2022, GigaCloud Technology Inc (i) did not receive any cash transfer from our subsidiaries or consolidated VIEs; and (ii) transferred a total of $10.1 million to our subsidiaries, of which $10.0 million was to our Hong Kong Subsidiary and $0.1 million was to GigaCloud Trading (HongKong) Limited. Suzhou GigaCloud was a consolidated VIE in mainland China from 2018 to February 2021, and we acquired 100% of the equity interest in Suzhou GigaCloud in February 2021, which then became our indirect wholly-owned subsidiary. In 2019, Suzhou GigaCloud did not have any transfers, dividends or distributions with our Cayman Islands holding company or other intercompany entities. In 2020 and 2021, Suzhou GigaCloud received a total of $0.4 million and $1.5 million, respectively, in cash from our Hong Kong Subsidiary. In the three months ended March 31, 2022, Suzhou GigaCloud received a total of $0.3 million in cash from our Hong Kong Subsidiary. In 2020 and 2021, Suzhou GigaCloud transferred a total of nil and $0.5 million, respectively, in cash to our subsidiary in Japan and our consolidated VIE in the United States. In the three months ended March 31, 2022, Suzhou GigaCloud did not have any transfers, dividends or distributions with our Cayman Islands holding company or other intercompany entities. In 2019, 2020, 2021 and the three months ended March 31, 2022, GigaCloud Technology (Suzhou) Co., Ltd., our wholly-owned subsidiary in mainland China, transferred a total of $0.04 million, nil, $0.06 million and nil, respectively, in cash to our subsidiaries in mainland China. In 2019, 2020, 2021 and the three months ended March 31, 2022, GigaCloud Technology (Suzhou) Co., Ltd. received a total of $3.1 million in cash, of which $1.7 million was from our Hong Kong Subsidiary and $1.4 million was from GigaCloud Technology Inc, $4.6 million in cash from our Hong Kong Subsidiary, $15.1 million in cash, of which $15.0 million was from our Hong Kong Subsidiary and $0.1 million was from one of our PRC Subsidiaries, and $2.9 million in cash from our Hong Kong Subsidiary, respectively. As of the date of this prospectus, other than the cash transfer described hereto, there were no transfer of other assets between our Cayman Islands holding company, our subsidiaries and VIEs. Our subsidiaries and consolidated VIEs have never made any dividends or distributions to our Cayman Islands holding company, or to investors. Similarly, our Cayman Islands holding company has not declared or made any dividend or other distribution to its shareholders, including U.S. investors, in the past. If we decide to pay dividends on any of our ordinary shares in the future, as a holding company, we will be dependent on receipt of funds from our principal subsidiaries in Hong Kong, Japan and the United States and our principal consolidated VIEs in the United States and the United Kingdom. There are currently no restrictions on foreign exchange and our ability to transfer cash among our Cayman Islands holding company and our principal subsidiaries and consolidated VIEs, as applicable, in Hong Kong, Japan, the United States and the United Kingdom, or to investors. Although we did not rely on our PRC Subsidiaries in dividends or other distributions on equity in the past, in the event that our PRC Subsidiaries were to issue dividends or distribution to us of our respective shareholders outside of mainland China. In the PRC, the PRC government imposes controls over currency conversion which, as is our company's exercise foreign currency control. To date, there have not been any such dividends or distributions from our PRC Subsidiaries to our subsidiaries located outside of mainland China. In addition, save as disclosed above, as of the date of this prospectus, none of our subsidiaries have ever issued any dividends or distributions to their respective shareholders outside of mainland China. In the PRC, the PRC government imposes controls over the convertibility of the Renminbi into foreign currencies and the remittance of currency out of the PRC which may restrict our PRC Subsidiaries' ability to transfer cash from our PRC Subsidiaries to our other non-mainland China entities. To the extent cash is generated in our PRC Subsidiaries, and may need to be used to fund operations outside of mainland China, such funds may not be available due to limitations placed by the PRC government. Furthermore, to the extent assets (other than cash) in our business are located in mainland China or held by a mainland China entity, the assets may not be available to fund operations or for other use outside of mainland China due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer assets by the PRC government. If certain PRC laws and regulations, including existing laws and regulations and those enacted or promulgated in the future were to become applicable to our Hong Kong Subsidiary in the future, and to the extent cash is generated in our Hong Kong Subsidiary and to the extent assets (other than cash) in our business are located in Hong Kong or held by a Hong Kong entity and may need to be used to fund operations outside of Hong Kong, such funds or assets may not be available due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer funds or assets by the PRC government. Furthermore, there can be no assurance that the PRC government will not intervene or impose restrictions on GigaCloud Group's ability to transfer or distribute cash within its organization, which could result in an inability or prohibition on making transfers or distributions to entities outside of mainland China and Hong Kong and adversely affect its business. Saved as the foregoing limitations imposed by the PRC government as described hereto, there are currently no limitations on our or our subsidiaries' ability to transfer cash to investors. See "Risk Factors—Risks Related to Doing Business in China—Governmental control of currency conversion may limit our ability to utilize our revenues, transfer or distribute cash within our group effectively and affect the value of your investment."

We currently have not maintained any cash management policies that dictate the purpose, amount and procedure of fund transfers among our Cayman Islands holding company, our subsidiaries, the consolidated VIEs, or investors. Rather, the funds can be transferred in accordance with the applicable laws and regulations. See "Prospectus Summary—Cash Transfers and Dividend Distribution." We may require additional capital resources in the future and we may seek to issue additional equity or debt securities or obtain new or expanded credit facilities, which could subject us to operating and financing covenants, working requirements to maintain certain amount of cash reserves. See "Risk Factors—Risks Related to Our Business and Industry—Our ability to raise capital in the future may be limited, and our failure to raise capital when needed could prevent us from growing."

**Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

| | Per Class A ordinary share | Total |
|---|---|---|
| Initial public offering price | $   12.25 | $36,015,000 |
| Underwriting discounts and commissions (1) | $   0.98 | $ 2,881,200 |
| Proceeds, before expenses, to us | $   11.27 | $33,133,800 |

(1)     For additional information on underwriting compensation, see "Underwriting."

We have granted the underwriter a 45-day option to purchase up to an aggregate of 441,000 additional Class A ordinary shares, representing 15% of the Class A ordinary shares sold in the offering, from GigaCloud Technology Inc solely to cover over-allotments, if any, at the initial public offering price less the underwriting discounts and commissions.

Immediately prior to the completion of this offering, our outstanding share capital will consist of Class A ordinary shares and Class B ordinary shares. Mr. Larry Lei Wu, our chairman of board of directors and chief executive officer, will beneficially own all of our issued Class B ordinary shares and will be able to exercise approximately 75.1% of the total voting power of our issued and outstanding share capital immediately following the completion of this offering. Holders of Class A ordinary shares and Class B ordinary shares will have the same rights except for voting and conversion rights. Each Class A ordinary share will be entitled to one vote, and each Class B ordinary share will be entitled to ten votes. Class A ordinary shares and Class B ordinary shares vote together as a single class on all matters submitted to a vote of our shareholders, except as may otherwise be required by law. Each Class B ordinary share will be convertible into Class A ordinary shares at any time by the holder thereof. Class A ordinary shares will not be convertible into Class B ordinary shares under any circumstances.

Certain entities affiliated with DCM, one of our principal shareholders, have agreed to purchase, and have been allocated by the underwriter, an aggregate of 816,300 Class A ordinary shares in this offering at the initial public offering price, representing approximately 27.8% of the Class A ordinary shares being offered in this offering, assuming the underwriter does not exercise their over-allotment option. The underwriter will receive the same underwriting discounts and commissions on any shares purchased by these parties as the underwriter will on any other shares sold to the public in this offering. See "Underwriting." Upon the completion of this offering, we will be a "controlled company" as defined under the Nasdaq Stock Market Listing Rules because Mr. Larry Lei Wu, our chairman of board of directors and chief executive officer, will hold more than 50% of our voting power for the election of directors through TALENT BOOM GROUP LIMITED and Ji Xiang Hu Tong Holdings Limited, the entities controlled by Mr. Wu. In addition, our directors, officers and certain affiliated shareholders will own a substantial majority of our shares and will be able to exercise a substantial majority of the total voting power of our total voting power of our total issued and outstanding ordinary shares immediately upon the completion of this offering, assuming the underwriter does not exercise the option to purchase additional Class A ordinary shares. See "Principal Shareholders" for details.

The underwriter expects to deliver the Class A ordinary shares against payment in U.S. dollars in New York, New York on or about August 22, 2022

Sole Book-Running Manager

**Aegis Capital Corp.**

PROSPECTUS DATED AUGUST 17, 2022

**TABLE OF CONTENTS**

| | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 31 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 95 |
| USE OF PROCEEDS | 97 |
| DIVIDEND POLICY | 98 |
| CAPITALIZATION | 99 |
| DILUTION | 103 |
| ENFORCEABILITY OF CIVIL LIABILITIES | 105 |
| CORPORATE HISTORY AND STRUCTURE | 107 |
| SELECTED CONSOLIDATED FINANCIAL AND OPERATING DATA | 113 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 117 |
| BUSINESS | 150 |
| REGULATION | 167 |
| MANAGEMENT | 185 |
| PRINCIPAL SHAREHOLDERS | 195 |
| RELATED PARTY TRANSACTIONS | 199 |
| DESCRIPTION OF SHARE CAPITAL | 200 |
| SHARES ELIGIBLE FOR FUTURE SALE | 216 |
| TAXATION | 218 |
| UNDERWRITING | 227 |
| EXPENSES RELATING TO THIS OFFERING | 237 |
| LEGAL MATTERS | 238 |
| EXPERTS | 239 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | 240 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |

We and the underwriter have not authorized anyone to provide you with information different from tha  contained in this prospectus or in any related free-writing prospectus  We take no responsibility for  and can provide no assurance as to the reliability of  any other information that others may give you  We are offering to sell  and seeking offers to buy the Class A ordinary shares o fered hereby  but only under circumstances and in jurisdictions where offers and sales are permitted and lawful to do so  The information contained in this prospectus is current only as of its date regardless of the time of delivery of this prospectus or of any sale of the Class A ordinary shares

Neither we nor the underwriter has done anything that would permit this offering or possession or distribution of this prospectus or any filed free writing prospectus in any jurisdiction where other action for that purpose is required  other than in the U S  Persons outside the U S  who come into possession of this prospectus or any filed free writing prospectus must inform themselves about  and observe any restrictions relating to  the offering of the Class A ordinary shares and the distribution of this prospectus or any filed free writing prospectus outside the U S

**Until September 11, 2022 (the 25th day after the date of this prospectus), all dealers that buy, sell or trade Class A ordinary shares, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.**

Table of Contents

## PROSPECTUS SUMMARY

*The following summary is qualified in its entirety by, and should be read in conjunction with, the more detailed information and financial statements appearing elsewhere in this prospectus  In addition to this summary, we urge you to read the entire prospectus carefully, especially the risks of investing in our Class A ordinary shares discussed under "Risk Factors," "Business," and information contained in "Management's Discussion and Analysis of Financial Condition and Results of Operations" before deciding whether to invest in our Class A ordinary shares  This prospectus contains information from an industry report commissioned by us and prepared by Frost & Sullivan, a third-party independent research firm  We refer to this report as the Frost and Sullivan Report*

**Overview**

We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise  Our B2B ecommerce platform  which we refer to as the "GigaCloud Marketplace " integrates everything from discovery  payments and logistics tools into one easy-to-use platform  Our global marketplace seamlessly connects manufacturers  primarily in Asia  with resellers  primarily in the U S   Asia and Europe  to execute cross-border transactions with confidence  speed and efficiency  We offer a true comprehensive solution that transports products from the manufacturer's warehouse to end customers  all at one fixed price  We first launched our marketplace in January 2019 by focusing on the global furniture market and have since expanded into additional categories such as home appliances and fitness equipment  GigaCloud Marketplace is one of the fastest growing la ge parcel B2B marketplaces with over $190 5 million  $414 2 million and $438 1 million of gross merchandise value  or GMV transacted in our marketplace in 2020  2021 and the 12 months ended March 31  2022  respectively

We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers  who are typically sellers in our marketplace and online resellers  who are typically buyers in our marketplace  could transact without borders  Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U S  and Europe  Our GigaCloud Marketplace enables manufacturers to deliver their products around the world  Additionally  online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution  Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and growing catalog of products at wholesale prices supported by industry-leading global fulfillment capabilities

To enhance our marketplace experience  we sell our own inventory  or 1P through the GigaCloud Marketplace and to and through third-party ecommerce websites  such as Rakuten in Japan  Amazon and Walmart in the U S  and Wayfair in the United Kingdom  or the U K  These 1P revenues expand our market presence  reduce inventory and logistics risk for sellers  create more products for buyers  drive volume-based cost efficiencies for sourcing products  provide us with proprietary data and increase the velocity of sales on our marketplace  1P revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 78 2%  76 3%  78 4% and 72 2% of total revenues in 2020  2021 and the three months ended March 31  2021 and 2022  respectively  As our GigaCloud Marketplace continues to grow  we expect 1P revenues as a percentage of total revenues to decline over time

We have built a cross-border fulfillment network optimized for large parcel products  We operate warehouses in four countries across North America  Europe and Asia  The U S  is our la gest market  We operate 21 large-scale warehouses around the world totaling over four million square feet of storage space  cover 11 ports of destination with over ten thousand annual containers  and have an extensive shipping and trucking network via partnerships with major shipping  trucking and freight service providers  By servicing the entire supply chain  we

offer sellers and buyers in our marketplace enhanced visibility into product inventory  reducing turnover time and lower transaction costs  On average  we are able to deliver products to end customers within one week of their order and at a fixed rate that is cheaper than standard rates from FedEx and UPS

We have artificial intelligence software  or AI  that generates seller ratings and credit profiles through volume data  Additionally  our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network  Our software platform includes flexible trading tools with which sellers can set prices based on quantities  delivery dates and fulfillment methods  and buyers have the option to purchase merchandise individually or in bulk

We leverage our proprietary data and AI to accelerate the network effects in our marketplace  As our marketplace grows  we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts  This information is valuable to our sellers as it allows them to efficiently manage inventory and pricing  As sellers succeed in our marketplace  more sellers join  which expands our merchandise offerings  Our broad merchandise selection  competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace  More buyer activity leads to more sellers  creating a virtuous cycle

In 2020  we had 210 active third-party sellers  or active 3P sellers and 1 689 active buyers in our GigaCloud Marketplace  representing a year-over-year increase of 195 8% and 283 0%  respectively  In 2020  our users transacted $190 5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112 777  This is a 437 0% year-over-year increase in GigaCloud Marketplace GMV and a 40 2% year-over-year increase in average spend per buyer from 2019  respectively  Combined with off-platform ecommerce GMV of $93 2 million  the total transactions that we facilitated aggregated a GMV of $283 7 million in 2020

In 2021  we had 382 active 3P sellers and 3 566 active buyers in our GigaCloud Marketplace  representing a year-over-year increase of 81 9% and 111 1%  respectively  In 2021  our users transacted $414 2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116 150  This is a 117 4% year-over-year increase in GigaCloud Marketplace GMV and a 3 0% year-over-year increase in average spend per buyer from 2020  respectively  Combined with off-platform ecommerce GMV of $127 6 million  the total transactions that we facilitated aggregated a GMV of $541 8 million in 2021

In the 12 months ended March 31  2022  we had 410 active 3P sellers and 3 782 active buyers in our GigaCloud Marketplace  representing a year-over-year increase of 73 7% and 76 9%  respectively  In the 12 months ended March 31  2022  our users transacted $438 1 million of GigaCloud Marketplace GMV with an average spend per buyer of $115 845  This is a 69 1% year-over-year increase in GigaCloud Marketplace GMV and a 4 4% year-over-year decrease in average spend per buyer from the 12 months ended March 31  2021  respectively  Combined with off-platform ecommerce GMV of $122 7 million  the total transactions that we facilitated aggregated a GMV of $560 8 million in the 12 months ended March 31  2022  representing a 54 1% increase in GMV year-over-year from the 12 months ended March 31  2021

We experienced significant growth over the last three years  In 2019  2020  2021 and the three months ended March 31  2021 and 2022:

- We generated total revenues of $122 3 million  $275 5 million  $414 2 million  $94 5 million and $112 4 million  respectively  representing 125 3% and 50 4% year-over-year growth in 2020 and 2021  respectively  and 19 0% period-over-period growth in the three months ended March 31  2022;

Table of Contents

- We generated gross profit of $22 2 million  $75 1 million  $89 6 million  $20 9 million and $16 9 million  respectively  representing 18 1%  27 3%  21 6%  22 1% and 15 0% of total revenues  respectively;

- Our net income was $2 9 million  $37 5 million (restated)  $29 3 million  $8 0 million (restated) and $4 7 million  respectively; and

- Our Adjusted EBITDA was $4 9 million  $45 5 million  $48 0 million  $10 0 million and $6 9 million  respectively

See "Selected Consolidated Financial and Operating Data—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA

Below is a summary of our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace: | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| GigaCloud Marketplace GMV (in $ thousands) | $35 468 | $190 480 | $414 192 | $259 050 | $438 126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1 689 | 3 566 | 2 138 | 3 782 |
| Spend per active buyer (in $) | $80 427 | $112 777 | $116 150 | $121 165 | $115 845 |

Despite the global disruption including fulfillment network capacity and supply chain constraints caused by the COVID-19 pandemic  our growth was accelerated by the trend of consumers purchasing products online  as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs during the COVID-19 pandemic  In the second quarter of 2020  our GigaCloud MarketPlace GMV grew at 122 9% compared to the previous quarter  which was the highest quarter-over-quarter growth rate of our GigaCloud MarketPlace GMV in 2020  We believe the onset of the COVID-19 pandemic has accelerated the adoption of our marketplace and our GigaCloud MarketPlace GMV continued to grow in the remaining quarters in 2020  2021 and in the first quarter of 2022

**Our Value Proposition to Sellers**

We lower the barriers to entry for sellers in our marketplace  who are able to quickly gain access to the key global markets in which we operate  including the U S   the U K   Germany and Japan  Sellers can directly connect with resellers in our marketplace and leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics  We manage the entire logistics process from the moment the product leaves the factory floor  and simplify the process by offering a flat rate program for shipping and handling  Leveraging our algorithm  we determine when and where to ship a product  reduce the amount of time a product is handled and select the most effective delivery mechanism for the product  Sellers are able to leverage our warehouse space  which we charge on a per cubic foot per day basis  in order to increase warehouse utilization rates and reduce cost  Our platform provides multiple channels through which sellers can sell their product  enhancing their inventory turnover rate and increasing their profitability  Many of the sellers operating in our GigaCloud Marketplace were originally suppliers of our 1P inventory that later joined the GigaCloud Marketplace as 3P sellers

**Our Value Proposition to Buyers**

Our marketplace offers one-stop-shop logistics solutions for a broad catalog of large parcel products sourced globally  We o fer virtual warehousing and multiple fulfillment solutions including cloud courier  cloud

3

Table of Contents

wholesale fulfillment  white glove and drop shipping solutions so buyers do not need to manage physical order fulfillment  With 21 large-scale warehouses strategically positioned in key markets around the world  we have the capability to reach over 90% of customers in the lower 48 states in the U S  within an average of three days of delivery time  Our solution effectively minimizes inventory risk for buyers and allows them to reach customers across geographies at an a fordable price

We also provide buyers the optionality to pre-sell products through their own channels before placing an order in GigaCloud Marketplace  This significantly reduces buyers' working capital needs and allow them to scale more efficiently

**Our Market Opportunity**

The U S  B2B large parcel market is massive and underpenetrated by ecommerce  largely due to the supply chain complexities of moving bulky items  We expect increasing adoption of end-to-end B2B ecommerce marketplaces by manufacturers and resellers globally as they compete against large ecommerce platforms in today's digital retail economy

The U S  B2B market is estimated at $14 8 trillion  nearly three times the size of the U S  retail sales market and is currently underpenetrated by ecommerce  According to Frost and Sullivan  ecommerce penetration for U S  B2B sales is estimated at 9 0%  lagging U S retail sales penetration of 14 3%  indicating substantial room for long-term growth  Frost and Sullivan estimates that U S  B2B ecommerce sales has reached $1 3 trillion in 2020 and it is expected to grow at a compound annual growth rate  or CAGR  of 10 7% from 2020 to 2025  reaching $2 2 trillion



U.S. B2B Ecommerce Sales (in $ trillions)

4

Table of Contents

Benefiting from the proliferation of the internet and smart phones  consumers are increasingly making purchase decisions online  Today's ecommerce platforms offer consumers a wide selection of products  shopping schedule flexibility  multiple payment options and speedy delivery services unmatched by brick-and-mortar stores  In the core large parcel categories including furnitu e and home appliance  COVID-19 has accelerated the trend of consumers purchasing products online  as consumers a e furnishing their apartments and homes to better serve their work-at-home and play-at-home needs  We expect this trend to continue in the coming years as remote working arrangements have become increasingly common  Frost and Sullivan estimates online sales for furniture and home appliance have reached $16 2 billion and $10 0 billion in 2020  respectively  and they are expected to grow at a CAGR of 10 1% and 6 6% to $26 1 billion and $13 8 billion from 2020 to 2025  respectively

**U.S. Furniture Market (in $ billions)**



**U.S. Home Appliance Market (in $ billions)**



In today's digital retail economy  B2B ecommerce marketplaces play a critical role in leveling the playing field between small to medium-sized retailers and large ecommerce platforms  To win customers  resellers not only compete on product quality and price  but also on selection  delivery speed and customer service  Delivering on all of these criteria is especially challenging in the large parcel market given the difficulties of moving bulky items  Small to medium-sized resellers often lack the resources to invest in their own supply chains and therefore tend to st uggle to compete against well capitalized large ecommerce platfo ms

B2B ecommerce marketplaces offer low-cost end-to-end supply chain solutions so that resellers can focus on growing sales without needing to create their own supply chains  We believe B2B marketplaces will become an increasingly important part of the digital retail economy

**Our Strengths**

We believe that the following components contribute to our success and differentiate us from our competitors:

- Pioneering cross-border B2B ecommerce marketplace for the la ge parcel market;

- Compelling value proposition to both sellers and buyers enhanced by network effects;

- Industry-leading supply chain capabilities;

- Our technology system;

- Data intelligence powered by AI; and

- Experienced and innovative team

5

Table of Contents

**Our Strategies**

We intend to pursue the following growth strategies:

- Grow and diversify seller base and SKUs;

- Grow buyer base and engagement;

- Expand product offerings; and

- Expand geographic coverage

**Corporate History and Structure**

On August 29  2006  we incorporated Oriental Standard Human Resources Holdings Limited  our holding company  as a limited liability company in the Cayman Islands  We began our ecommerce business in Japan in 2010 through our wholly-owned subsidiary  Oriental Standard Japan Co   Ltd  We expanded to the U K  in 2013 through our consolidated VIE  B T M TRAVEL AND TRADING LTD  and further expanded to the U S  through our acquisition of COMPTREE INC  in 2014  COMPTREE INC  was renamed as GIGACLOUD TECHNOLOGY (USA) INC  in July 2021  In January 2019  we launched our ecommerce platform  GigaCloud Marketplace  through our Hong Kong Subsidiary GigaCloud Technology (HongKong) Limited (formerly known as Giga Cloud Logistics (Hong Kong) Limited)  As our marketplace and our ecommerce business continue to grow  we believe it is important to have a name for our holding company that is more representative of our businesses  Effective February 28  2021  our holding company's name is changed from Oriental Standard Human Resources Holdings Limited to GigaCloud Technology Inc

6

The chart below shows our corporate structure and identifies our principal subsidiaries and principal consolidated VIEs described above as of the date of this prospectus:



(1)    GIGA CLOUD LOGISTICS INC, our principal consolidated VIE, is wholly owned by Mr Kunming Xu, our employee

(2)    B T M TRAVEL AND TRADING LTD, our principal consolidated VIE, is wholly owned by Mr Wenbo Dou, our employee

(3)    COMHARBOR LIMITED, our principal consolidated VIE, is wholly owned by Mr Wenjun Chang, our employee

(4)    BRIHOME LIMITED, our principal consolidated VIE, is wholly owned by Mr Yaoxuan Wang, our employee

In 2013  2017 and 2018  GigaCloud Technology Inc (formerly known as Oriental Standard Human Resources Holdings Limited)  our holding company and an exempted company with limited liability incorporated in the Cayman Islands  entered into a series of control agreements with our consolidated VIEs and their respective shareholders  including our four principal consolidated VIEs established and operating in the U S and the U K   namely GIGA CLOUD LOGISTICS INC  B T M TRAVEL AND TRADING LTD  COMHARBOR LIMITED  and BRIHOME LIMITED  We entered into contractual arrangements with our principal consolidated VIEs because we needed to expeditiously set up our business in overseas market with minimized administrative constraints to capture market opportunities  In certain instances  the contractual arrangements provided us with potentially the flexibility to conduct business activities that could be subjected to restrictions on foreign investment  For example  the PRC government had imposed foreign ownership restriction and the licensing and permit requirements for companies in the industry of telecommunications service  and we had a consolidated VIE set up initially in mainland China from 2018 to 2020  To our knowledge  our subsidiaries and consolidated VIEs are not conducting business activities that are subject to restrictions on foreign

Table of Contents

investment  We launched our GigaCloud Marketplace under our Hong Kong Subsidiary  GigaCloud Technology (HongKong) Limited (fo merly known as Giga Cloud Logistics (Hong Kong) Limited) in 2019  As our business scale in the overseas markets continued to grow and in anticipation of this offering  we began to restructure our non-principal VIEs into wholly-owned subsidiaries  From 2018 to 2020  we had one consolidated VIE in mainland China  namely Suzhou GigaCloud  and in February 2021  we entered into a termination agreement with Suzhou GigaCloud to terminate the control agreement with respect to Suzhou GigaCloud  and in February 2021  GigaCloud Technology (Suzhou) Co  Ltd  (formerly known as Oriental Standard Network Technology (Suzhou) Co  Ltd ) acquired 100% of the equity interest in Suzhou GigaCloud which then became our indirect wholly-owned subsidiary in mainland China and we do not currently have any VIE in mainland China  We intend to continue our corporate restructuring  To the extent permissible by applicable laws and without the potential for disruptions to our operations  we will obtain direct ownership in all of the VIEs that are currently effective and we intend to complete our corporate restructuring within 12 months after the completion of this offering  As of the date of this prospectus  we conduct our business operations across 13 subsidiaries and seven consolidated VIEs  among those  eight of which are our principal subsidiaries and four of which are our principal consolidated VIEs

All of our consolidated VIEs contributed an aggregate of 14 2%  8 4%  10 7% and 9 6% to our total assets as of December 31  2019  2020 and 2021 and March 31  2022  respectively  All of our consolidated VIEs contributed an aggregate of 13 6%  12 9%  11 5%  10 3% and 12 0% to our revenues in 2019  2020  2021 and the three months ended March 31  2021 and 2022  respectively  See "Corporate History and Structure—Contractual Arrangements with Our Consolidated VIEs and their Shareholders" and our consolidated financial statements and the related notes included elsewhere in this prospectus

For a more detailed description of our corporate history and structure  see "Corporate History and Structure " For a detailed description of the risks associated with our corporate structure and the contractual arrangements that support our corporate structure  see "Risk Factors—Risks Related to Our Corporate Structure "

**Summary of Risk Factors**

An investment in our Class A ordinary shares is subject to a number of risks  including risks related to our business and industry  risks related to our corporate structure  risks related to doing business in China and risks related to our Class A ordinary shares and this offering  You should carefully consider all of the information in this prospectus before making an investment in our Class A ordinary shares  The following list summarizes some  but not all  of these risks  Please read the information in the section entitled "Risk Factors" for a more thorough description of these and other risks

*Risks Related to Our Business and Industry*

- Uncertainties in economic conditions and their impact on the ecommerce industry  particularly for large parcel merchandise  could adversely impact our operating results

- Our historical growth rates and performance may not be sustainable or indicative of our future growth and financial results  We cannot guarantee that we will be able to maintain the growth rate we have experienced to date

- System interruptions that impair access to our GigaCloud Marketplace  or other performance failures in our technology infrastructure  could damage our reputation and results of operations

- Our international operations are subject to a variety of legal  regulatory  political and economic risks

- If we fail to maintain and expand our relationships with third-party platforms and sellers and buyers in our marketplace  our revenues and results of operations will be harmed

- Risks associated with the manufacturers of the products we sell as our own inventory could materially adversely a fect our financial performance as well as our reputation and brand

- If we fail to manage our inventory effectively  our results of operations  financial condition and liquidity may be materially and adversely affected

- We depend on our relationships with third-parties  including third-party carriers  and changes in our relationships with these parties could adversely impact our revenues and profits

- We may not be successful in optimizing our warehouses and fulfillment network

- Damage to our brand image could have a material adverse effect on our growth strategy and our business  financial condition results of operations and prospects

- Our efforts to launch new products or services may not be successful

- The COVID-19 pandemic could materially and adversely impact our business

***Risks Related to Our Corporate Structure***

- We rely on contractual arrangements with our consolidated VIEs and their shareholders for a portion of our business operations These arrangements may not be as effective as direct ownership in providing operational control

- Our strategic decision to enter into contractual arrangements with our consolidated VIEs and their shareholders may subject the beneficiaries of the consolidated VIEs to greater uncertainty as to the legality of their share ownership

- Any failure by our consolidated VIEs or their shareholders to perform their obligations under such contractual arrangements would have a material and adverse effect on our business

- We may lose the ability to use  or otherwise benefit from  the assets held  or the services provided by our consolidated VIEs which could severely disrupt our business  render us unable to conduct some or all of our business operations and constrain our growth

- You may face difficulties in protecting your interests  and your ability to protect your rights through U S  courts may be limited because we are incorporated under Cayman Islands law

***Risks Related to Doing Business in China***

- See "Risk Factors—Risks Related to Doing Business in China—We could be adversely affected by political tensions between the U S  and the PRC "

- See "Risk Factors—Risks Related to Doing Business in China—Changes in the political and economic policies of the PRC government may materially and adversely affect our business  financial condition and results of operations and may result in our inability to sustain our growth and expansion strategies "

Table of Contents

- There are uncertainties regarding the PRC legal system  including risks and uncertainties regarding the enforcement of laws  as well as the PRC's extension of authority into Hong Kong  and that rules and regulations in the PRC can change quickly with little advance notice  The PRC has not developed a fully integrated legal system  and recently enacted laws  rules and regulations may not sufficiently cover all aspects of economic activities in the PRC or may be subject to significant degrees of interpretation by PRC regulatory agencies  Because the PRC laws  rules and regulations often give the relevant regulator significant discretion in how to enforce them  the interpretation and enforcement of these laws  rules and regulations involve uncertainties and can be inconsistent and unpredictable  See "Risk Factors—Risks Related to Doing Business in China—There are uncertainties regarding the PRC legal system "

- See "Risk Factors—Risks Related to Doing Business in China—The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers  may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time  which could result in a material change in our operations and/or the value of the securities we are registering for sale "

- We operate our GigaCloud Marketplace through our Hong Kong Subsidiary  If the PRC government were to extend its oversight into companies in Hong Kong, our Hong Kong Subsidiary may be subject to additional regulations which could have a material effect on our business operations  In light of recent statements and regulatory actions by the PRC government related to the PRC's extension of authority into Hong Kong  there is risk that the PRC government may intervene or influence our operations in Hong Kong, as our operations in Hong Kong are subject to political and economic influence from the PRC government  Our Hong Kong Subsidiary may be subject to direct intervention or influence from the PRC government in the future due to changes in laws or other unforeseeable reasons  If our Hong Kong Subsidiary were to become subject to direct intervention or influence of the PRC government  our Hong Kong Subsidiary may be required to obtain licenses for the operation of our ecommerce platform GigaCloud Marketplace and be subject to regulations restricting or prohibiting foreign ownership  Such risks could impact our ability to conduct our business  accept foreign investments  or list on a U S  or other foreign exchange  result in a material change in our operations and/or the value of our Class A ordinary shares or could significantly limit or completely hinder our ability to o fer or continue to offer Class A ordinary shares and/or other securities to investors and cause the value of the securities we are registering for sale to significantly decline or be worthless  See "Risk Factors—Risks Related to Doing Business in China—We operate our GigaCloud Marketplace through our Hong Kong Subsidiary  If the PRC government were to extend its oversight into companies in Hong Kong, our Hong Kong Subsidiary may be subject to additional regulations which could have a material effect on our business operations "

- See "Risk Factors—Risks Related to Doing Business in China—Implementation of the Law of the PRC on Safeguarding National Security in Hong Kong involves uncertainty  and the recent policy pronouncements by the PRC government regarding business activities of U S -listed PRC businesses may negatively impact GigaCloud Group's existing and future operations in Hong Kong "

- See "Risk Factors—Risks Related to Doing Business in China—The approval or other administration requirements of the China Securities Regulatory Commission  or the CSRC  or other PRC governmental authorities  may be required in connection with this o fering under a PRC regulation or any new laws  rules or regulations to be enacted  and if required  we cannot assure you

Table of Contents

that we will be able to obtain such approval  The regulation also establishes more complex procedures for acquisitions conducted by foreign investors that could make it more difficult for us to grow through acquisitions ”

- See "Risk Factors—Risks Related to Doing Business in China—The CSRC has released for public consultation the draft rules for companies based in China seeking to conduct initial public offerings in overseas markets  While such rules have not yet been adopted  the PRC government may exert more oversight and control over offerings that are conducted overseas and foreign investment in issuers based in mainland China and Hong Kong  which could significantly limit or completely hinder our ability to o fer or continue to offer our ordinary shares to investors and could cause the value of our ordinary shares to significantly decline or become worthless ”

- See "Risk Factors—Risks Related to Doing Business in China—Recent litigation and negative publicity surrounding companies listed in the U S  with operations in the PRC may result in increased regulatory scrutiny of us and negatively impact the trading price of our Class A ordinary shares ”

- We are a holding company and we conduct our operations through our principal subsidiaries and principal consolidated VIEs  Our corporate structure and having operations in Hong Kong and mainland China involve liquidity risks to investors as our ability to use the proceeds from this offering to make loans or additional capital contributions to our PRC Subsidiaries and Hong Kong Subsidiary may be restricted  See "Risk Factors—Risks Related to Doing Business in China—PRC regulation of loans to  and direct investments in  PRC entities by offshore holding companies and governmental control of currency conversion may restrict or prevent us from using the proceeds of this offering to make loans or additional capital contributions to our PRC Subsidiaries which could materially and adversely affect our liquidity and our ability to fund and expand our business ”

- To the extent cash is generated in our PRC Subsidiaries  and may need to be used to fund operations outside of mainland China  such funds may not be available due to limitations placed by the PRC government  Furthermore  to the extent assets (other than cash) in our business are located in the PRC or held by a PRC entity  the assets may not be available to fund operations or for other use outside of the PRC due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer assets by the PRC government  If certain PRC laws and regulations  including existing laws and regulations and those enacted or promulgated in the future were to become applicable to our Hong Kong Subsidiary in the future and to the extent cash is generated in our Hong Kong Subsidiary  and to the extent assets (other than cash) in our business are located in Hong Kong or held by a Hong Kong entity and may need to be used to fund operations outside of Hong Kong, such funds or assets may not be available due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer funds or assets by the PRC government  Furthermore  there can be no assurance that the PRC government will not intervene or impose restrictions or limitations on GigaCloud Group's ability to transfer or distribute cash within its o ganization  which could result in an inability or prohibition on making transfers or distributions to entities outside of mainland China and Hong Kong and adversely affect its business  See "Risk Factors—Risks Related to Doing Business in China —Governmental control of currency conversion may limit our ability to utilize our revenues  transfer or distribute cash within our group effectively and affect the value of your investment ”

*Risks Related to Our Class A Ordinary Shares and this Offering*

- An active  liquid and orderly market for our Class A ordinary shares may not develop  and you may not be able to resell the shares at or above the public offering price

- The trading price of our Class A ordinary shares could be highly volatile  and purchasers of our Class A ordinary shares could incur substantial losses

- As a foreign private issuer  we are not subject to certain U S  securities law disclosure requirements that apply to a domestic U S  issuer  which may limit the information publicly available to our shareholders

- Our Class A ordinary shares may be delisted under the HFCA Act if the PCAOB is unable to inspect auditors who are located in China and if we fail to implement measures to enable PCAOB's inspection of our auditor  The delisting of our Class A ordinary shares  or the threat of their being delisted  may materially and adversely affect the value of your investment  Additionally  the inability of the PCAOB to conduct inspections deprives our investors of the benefits of such inspections  Since our auditor is located in China  a jurisdiction where the PCAOB has been unable to conduct inspections without the approval of the Chinese authorities  our auditor is currently not inspected by the PCAOB

- Our dual-class voting structure will limit your ability to influence corporate matters and could discourage others from pursuing any change of control transactions that holders of our Class A ordinary shares may view as beneficial

- Our dual-class voting structure may render our Class A ordinary shares ineligible for inclusion in certain stock market indices and thus adversely affect the trading price and liquidity of our Class A ordinary shares

**Recent Regulatory Development**

*Cybersecurity Measures and Potential CSRC Filing For Overseas Listing*

On July 10  2021  the CAC issued a revised draft of the Measures for Cybersecurity Review for public comments  which required that in addition to "operator of critical information infrastructure " any "data processor" carrying out data processing activities that a fect or may affect national security should also be subject to cybersecurity review  and further elaborated the factors to be considered when assessing the national security risks of the relevant activities  According to the revised draft Measures for Cybersecurity Review  any data processor who possesses of personal information of more than one million users must apply for a cybersecurity review if it seeks a listing in a foreign country  On December 28  2021  the Measures for Cybersecurity Review (2021 Version) were p omulgated  which has become effective on February 15  2022 and simultaneously replaced the Measures for Cybersecurity Review (2020 Version) in whole  Compared with the Measures for Cybersecurity Review (2020 Version)  the Measures for Cybersecurity Review (2021 Version) expanded the applicable scope of cybersecurity review  which consistent with the revised draft  further iterates that any "network platform operators" carrying out data processing activities that affect or may affect national security should be subject to cybersecurity review and any network platform operator possessing personal information of more than one million users which seeks to list in a foreign stock exchange should also be subject to cybersecurity review  On November 14  2021  the CAC published the Regulations on Network Data Security Protection (Draft for Comments) for public comments  which reiterated that data processors that process personal information of more than one million users listing in a foreign country should apply for a cybersecurity review  Due to the uncertainties in the interpretation of data processing activities that a fect or may a fect national security  in July 2021  we made an inquiry with the relevant local branch of the CAC regarding the interpretation of the revised draft Measures for Cybersecurity Review after the revised draft of the Measures for Cybersecurity Review was released  and in March 2022  after the Measures for Cybersecurity Review (2021 Version) came into effect  we made another inquiry with the China Cybersecurity Review Technology and Certification Center  or

12

Table of Contents

the CCRC  regarding the interpretation of the Measures for Cybersecurity Review (2021 Version)  Based on the description regarding our business operations and our marketplace  both the relevant local authority and the CCRC concurred with us that we are not required to go through a cybersecurity review with the CAC  because (i) our GigaCloud Marketplace is operated in Hong Kong under our Hong Kong Subsidiary with under one million users  and (ii) our GigaCloud Marketplace is a B2B ecommerce platform and any data we collected on our sellers and buyers are limited without any personal information  Based on the foregoing and also the advice of our PRC legal counsel  Han Kun Law Offices  we believe we  including our PRC Subsidiaries and our Hong Kong Subsidiary  are currently not required to go through a cybersecurity review with the CAC as of the date hereof  As of the date of this prospectus  we have also not been involved in any investigations on cybersecurity or data security initiated by related governmental regulatory authorities  and we have not received any inquiry  notice  warning  or sanction in such respect  However  as the Measures for Cybersecurity Review (2021 Version) were newly adopted  and the Regulations on Network Data Security Protection (Draft for Comments) have not been adopted  there remains uncertainty in the interpretation and enforcement of such PRC cybersecurity laws and regulations  Thus  we cannot assure you that we would not be subject to cybersecurity review requirement  and if so  that we would be able to pass such review in relation to this offering  Furthermore  we cannot guarantee that the relevant authority that we have inquired will be the authorized regulatory body to make a determination that we are not subject to the requirement of cybersecurity review  If any interpretation or implementation rules of the relevant PRC cybersecurity laws and regulations in future provide that certain other PRC regulatory body shall be authorized to make the final decision on cybersecurity review  there can be no assurance that the authorized PRC regulatory body would reach the same conclusion as the authority we have inquired  If the authorized PRC regulatory body subsequently determines that we are required to go through such cybersecurity review or if any other PRC government authorities promulgates any interp etation or implementation rules before our listing that would require us to go through a cybersecurity review for this o ering  we may fail to complete such cybersecurity review procedures in a timely manner  or at all  Any failure or delay in the completion of the cybersecurity review procedures or any other non-compliance with the related laws and regulations may result in fines or other penalties  including suspension of business and website closure as well as reputational damage or legal proceedings or actions against us  which may have material adverse effect on our business  financial condition or results of operations

Furthermore, on December 24  2021  the China Securities Regulatory Commission  or the CSRC  released the Administrative Provisions of the State Council Regarding the Overseas Issuance and Listing of Securities by Domestic Enterprises (Draft for Comments) and the Administrative Measures for the Record-filing of Overseas Issuance and Listing of Securities by Domestic Enterprises (Draft for Comments) (collectively  the "Draft Overseas Listing Rules") for public comments  according to which  any direct or indirect offshore listing of domestic enterprises shall be filed with the CSRC  As none of our PRC Subsidiaries is the issuer of the securities we are registering  listing and offering in this offering  our PRC Subsidiaries are not "directly" offering and listing securities on an overseas market  The Draft Overseas Listing Rules stipulate that the determination as to whether a domestic company is indirectly offering and listing securities in an overseas market shall be made on a substance-over-form basis and if an issuer meets the following conditions  its overseas offering and listing shall be determined as an "indirect overseas o ering and listing by a domestic enterprise": (i) the operating revenue  total profits  total assets or net assets of the domestic enterprise in the most recent accounting year account for more than 50% of the corresponding figure in the issuer's audited consolidated financial statements for the same period; (ii) most of the senior managers in charge of business operation and management are Chinese citizens or have habitual residences in mainland China  the principal operation premises are located in mainland China or the operation activities are mostly conducted in mainland China  Under such circumstance  the issuer shall fulfill the filing procedures within three working days after the issuer makes an application for initial public offering and listing in an overseas market  According to Relevant Officials of the CSRC Answered Reporter Questions on December 24  2021  or the CSRC Answers  after the Draft Overseas Listing Rules are implemented upon completion of public consultation and due legislative procedures  the CSRC will formulate and issue guidance for filing procedures to further specify the details of filing administration and ensure that

market entities could refer to clear guidelines for filing, which means it still takes time for the Draft Overseas Listing Rules come into effect

As advised by our PRC legal counsel  based on its understanding of the Draft Overseas Listing Rules and the confirmation by us that (i) none of the operating revenue  total profits  total assets and net assets of our PRC Subsidiaries in the most recent accounting year accounted for more than 50% of the corresponding figure in our audited consolidated financial statements for the same period; and (ii) most of the senior managers in charge of business operation and management are not Chinese citizens or do not have habitual residences in mainland China (only one of the three executive officers is a PRC citizen and none of three executive o ficers have habitual residence located in mainland China)  the principal operation premises are not located in mainland China and the operation activities are not mostly conducted in mainland China as our PRC Subsidiaries perform cost functions and internal operational functions  our PRC Subsidiaries do not generate revenue in mainland China  and all of our warehouses were located outside of the PRC  we believe that we  including our PRC Subsidiaries and our Hong Kong Subsidiary  will not be required to make a filing with the CSRC for this offering and listing under the Draft Overseas Listing Rules  if the Draft Overseas Listing Rules have been enacted before the completion of this offering and listing as they are currently released for comments  However  as the Draft Overseas Listing Rules have not been adopted  there remains uncertainty in the final form of and the enforcement of such overseas listing rules  and there can be no assurance that the relevant PRC governmental authorities  including the CSRC  would reach the same conclusion as us or our PRC legal counsel  or that the CSRC or any other PRC governmental authorities would not promulgate new rules or new interpretation of current rules to require us to obtain CSRC or other PRC governmental approvals for this offering  Furthermore  according to CSRC Answers  new initial public offerings and refinancing by existent overseas listed Chinese companies will firstly be required to go through the filing process; other existent overseas listed companies will be allowed sufficient transition period to complete their filing procedure  which means if we complete this offering prior to the effectiveness of the Draft Overseas Listing Rules  we may still be required to complete the filing process in the future  or be subject to additional compliance requirements in the future

If the final form of the Draft Overseas Listing Rules is enacted before the completion of this offering and the CSRC requires that we complete the filing procedure  the offering will be delayed until we have completed the CSRC filing procedure  which may take several months or longer  There is also the possibility that we may not be able to complete or maintain such filing  or that we inadvertently concluded that such filing was not required  If CSRC filing was required as a prerequisite for this offering while we inadvertently concluded that such filing was not required  or if applicable laws and regulations or the interpretation of such were modified to require us to obtain the CSRC filing in the future  we may face regulatory actions or other sanctions from the CSRC or other PRC regulatory authorities  Furthermore  if certain PRC laws and regulations  including existing laws and regulations and those enacted or promulgated in the future (such as the Draft Overseas Listing Rules)  were to become applicable to our Hong Kong Subsidiary in the future  the application of such laws and regulations may have a material adverse impact on our business operations in Hong Kong  These authorities may impose fines and penalties upon our operations in mainland China and Hong Kong  delay or restrict the repatriation of the proceeds from this o fering into mainland China and Hong Kong, and any failure of us to fully comply with such new regulatory requirements may significantly limit or completely hinder our ability to offer or continue to offer our ordinary shares  cause significant disruption to our business operations  and severely damage our reputation  which would materially and adversely affect our financial condition and results of operations and cause our ordinary shares to significantly decline in value or become worthless  The CSRC or other PRC regulatory agencies may also take actions requiring us  or making it advisable for us  to terminate this offering prior to the closing

In addition  the National Development and Reform Commission  or NDRC  and China's Ministry of Commerce  or MOFCOM  promulgated the Measures for the Security Review of Foreign Investments  effective from January 18  2021  which require foreign investors or relevant domestic parties to file a prior report before

making a foreign investment if such investment involves  among others  military related industry  national defense security or taking control of an enterprise in a key industry that concerns national security  and if a foreign investment will or may a fect national security  the relevant party shall report to the standing working o fice organized by NDRC and MOFCOM for their decision of whether to conduct security review  Based on the advice of our PRC legal counsel  Han Kun Law Offices  based on its understanding of the current PRC laws and regulations  we believe that we  our PRC Subsidiaries and our Hong Kong Subsidiary are currently not subject to such record-filing requirements with the NDRC and MOFCOM under the Measures for the Security Review of Foreign Investment  because we  including our PRC Subsidiaries and our Hong Kong Subsidiary  do not and will not have foreign investments that involve military related industry  national defense security or taking control of an enterprise in a key industry that concerns national security

Pursuant to the Basic Law of the Hong Kong Special Administrative Region  or the Basic Law  which is a national law of the PRC and the constitutional document for Hong Kong, national laws of the PRC shall not be applied in Hong Kong except for those listed in Annex III of the Basic Law (which shall be confined to laws relating to defense and foreign a fairs as well as other matters outside the autonomy of Hong Kong) Whilst the National People's Congress of the PRC  or the NPC  has the power to amend the Basic Law  the Basic Law also expressly provides that no amendment to the Basic Law shall contravene the established basic policies of the PRC regarding Hong Kong  As a result  national laws of the PRC not listed in Annex III of the Basic Law  including the PRC Data Security Law  The Measures for Cybersecurity Review (2021 Version) and the Regulations on Network Data Security Protection (Draft for Comments) do not apply to our businesses in Hong Kong

On August 8  2006  six PRC regulatory agencies  including MOFCOM  the State-Owned Assets Supervision and Administration Commission  the State Administration of Taxation  or SAT  the State Administration for Industry and Commerce  currently known as the SAMR  the CSRC  and the State Administration of Foreign Exchange  or the SAFE  jointly adopted the Regulations on Mergers and Acquisitions of Domestic Enterprises by Foreign Investors  or the M&A Rules  which came into effect on September 8  2006 and were amended on June 22  2009  The M&A Rules include  among other things  provisions that purport to require that an offshore special purpose vehicle that is controlled by PRC domestic companies or individuals and that has been formed for the purpose of an overseas listing of securities through acquisitions of PRC domestic companies or assets to obtain the approval of the CSRC prior to the listing and trading of such special purpose vehicle's securities on an overseas stock exchange  On September 21  2006  the CSRC published on its official website procedures regarding its approval of overseas listings by special purpose vehicles  However  substantial uncertainty remains regarding the scope and applicability of the M&A Rules to offshore special purpose vehicles

We believe  based on the advice of our PRC legal counsel  Han Kun Law O fices  based on its understanding of the current PRC laws and regulations  that the CSRC approval under the M&A Rules is not required in the context of this offering because the CSRC currently has not issued any definitive rule or interpretation concerning whether offerings such as this o fering contemplated by our company are subject to the M&A Rules and our wholly owned PRC Subsidiary  GigaCloud Technology (Suzhou) Co   Ltd   was established by foreign direct investment rather than through a merger or acquisition of a domestic company as defined under the M&A Rules  However  we have also been advised by our PRC legal counsel that there are uncertainties regarding the interpretation and application of the PRC law  and there can be no assurance that the relevant PRC government agencies  including the CSRC  would reach the same conclusion as our PRC legal counsel  If the CSRC or any other PRC regulatory body subsequently determines that we need to obtain the CSRC's approval or any other regulatory approval for this offering or if the CSRC or any other PRC government authorities promulgates any new laws  rules  regulations or any interpretation or implementation rules before our listing that would require us to obtain CSRC or other governmental approvals for this offering, we may face adverse actions or sanctions by the CSRC or other PRC regulatory agencies for failure to seek approval for this offering

15

Table of Contents

Based on the above (including our PRC legal counsel's advice as stated above)  as of the date of this prospectus  except as otherwise disclosed in this prospectus  we believe that we  including our PRC Subsidiaries and our Hong Kong Subsidiary  (i) are not required to submit an application to the CAC  CSRC  or any other PRC authorities for the approval of this offering and to issue our ordinary shares to foreign investors  (ii) are not covered by permission requirements from the CSRC's M&A rules  CAC or other PRC authorities for the approval of this offering, (iii) have obtained all material requisite licenses and approvals necessary to operate in mainland China and Hong Kong, respectively  and no such licenses and approvals have been denied  and (iv) have not received any inquiry or notice or any objection to this offering from the CAC  the CSRC or any other PRC authorities that have jurisdiction over our operations in mainland China and Hong Kong  However  it is uncertain how PRC governmental authorities will regulate overseas listing in general and whether we are required to obtain any specific regulatory approvals or to fulfill any record-filing requirements  For example  recently  the General Office of the Central Committee of the Communist Party of China and the General Office of the State Council recently jointly promulgated the Opinions on Strictly Cracking Down on Illegal Securities Activities in Accordance with the Law which was made available to the public on July 6  2021  or the Opinions on Strictly Cracking Down on Illegal Securities Activities  The Opinions on Strictly Cracking Down on Illegal Securities Activities emphasized the need to strengthen the administration over illegal securities activities  and the need to strengthen the supervision over overseas listings by Chinese companies  Effective measures  such as promoting the construction of relevant regulatory systems will be taken to deal with the risks and incidents of companies with operations in the PRC  and cybersecurity and data privacy protection requirements and similar matters  The Opinions on Strictly Cracking Down on Illegal Securities Activities and any related implementing rules to be enacted may subject us to compliance requirement in the future  Given the current regulatory environment in the PRC  we are still subject to the uncertainty of interpretation and enforcement of the rules and regulations in the PRC which can change quickly with little advance notice  and any future actions of the PRC authorities could result in a material change in our operations  significantly limit or completely hinder our ability to offer or continue to o fer securities to investors and cause the value of the securities we are registering for sale to significantly decline or in extreme cases  become worthless  It is uncertain when and whether the Company will be required to obtain permission from the PRC government to list on U S  exchanges  and even if such permission is obtained  whether it will be denied or rescinded  As a result  our operations could be adversely affected  directly or indirectly  by existing or future laws and regulations relating to our business or industry  Furthermore  if we  including our PRC Subsidiaries and Hong Kong Subsidiary  (i) do not receive or maintain any required approvals or record-filing or (ii) inadvertently conclude that approvals or record-filing are not required  or (iii) if the CAC  the CSRC or other regulatory agencies promulgate new rules  explanations or interpretations requiring that we shall obtain their prior approvals or ex-post record-filing for this offering and any follow-on offering in the future  we may be unable to obtain such approvals and record-filing timely  or at all  which could significantly limit or completely hinder our ability to offer or continue to offer our ordinary shares to investors and could cause the value of our ordinary shares to significantly decline or become worthless  See "Risk Factors—Risks Related to Doing Business in China—The approval or other administration requirements of the China Securities Regulatory Commission  or the CSRC  or other PRC governmental authorities  may be required in connection with this offering under a PRC regulation or any new laws  rules or regulations to be enacted  and if required  we cannot assure you that we will be able to obtain such approval  The regulation also establishes more complex procedures for acquisitions conducted by foreign investors that could make it more difficult for us to grow through acquisitions " "Risk Factors—Risks Related to Doing Business in China—The CSRC has released for public consultation the draft rules for companies based in China seeking to conduct initial public offerings in overseas markets  While such rules have not yet been adopted  the PRC government may exert more oversight and control over offerings that are conducted overseas and foreign investment in issuers based in mainland China and Hong Kong, which could significantly limit or completely hinder our ability to o fer or continue to offer our ordinary shares to investors and could cause the value of our ordinary shares to significantly decline or become worthless" and "Risk Factors—Risks Related to Our Business and Industry—We are subject to stringent and changing privacy laws  regulations and standards as well as contractual obligations related to data privacy and security  Our actual or perceived failure to comply with such

obligations could harm our reputation  subject us to significant fines and liability  or otherwise adversely affect our business or prospects ”

*Holding Foreign Companies Accountable Act*

On December 2  2021  the SEC adopted amendments to finalize rules implementing the submission and disclosure requirements in the HFCA Act  The rules apply to registrants the SEC identifies as having filed an annual report with an audit report issued by a registered public accounting firm that is located in a foreign jurisdiction and that the PCAOB is unable to inspect or investigate  or the Commission-Identified Issuers  The final amendments require Commission-Identified Issuers to submit documentation to the SEC establishing that it is not owned or controlled by a governmental entity in the public accounting firm’s foreign jurisdiction

Furthermore, on June 22  2021  the U S  Senate passed the Accelerating Holding Foreign Companies Accountable Act  which  if enacted into law would amend the HFCA Act and require the SEC to prohibit an issuer’s securities from trading on U S  stock exchanges if its auditor is not subject to PCAOB inspections for two consecutive “non-inspection” years instead of three  and therefore reducing the time before our securities may be prohibited from trading on the Nasdaq or other U S  stock exchanges  and this ultimately could result in our Class A ordinary shares being delisted  On September 22  2021  the PCAOB adopted a final rule implementing the HFCA Act  which provides a framework for the PCAOB to use when determining  as contemplated under the HFCA Act  whether the PCAOB is unable to inspect or investigate completely registered public accounting firms located in a foreign jurisdiction because of a position taken by one or more authorities in that jurisdiction  On December 16  2021  the PCAOB issued a report on its determinations that the PCAOB is unable to inspect or investigate completely PCAOB-registered public accounting firms headquartered in mainland China and Hong Kong  because of positions taken by PRC authorities in these jurisdictions  The PCAOB included in its report a list of registered public accounting firms headquartered in mainland China and Hong Kong that the PCAOB is unable to inspect or investigate completely  including our auditor  KPMG Huazhen LLP

We may take measures to enable PCAOB’s inspection of our auditor  Given that we have operations in the U S   we may in the future maintain our accounting books and records in the U S  and if required by the HFCA Act  the PCAOB or the SEC  we shall in the future  but shall in no event later than after being identified as a Commission-Identified Issuer for three consecutive years  change our auditor to an independent registered public accounting firm located in the U S  subject to the PCAOB’s inspection in order to maintain the listing of our Class A ordinary shares  We may incur additional costs in connection with such change and we cannot assure you that we could do so in a timely manner  if at all  If we fail to implement measures to comply with the HFCA Act and the uncertainty surrounding the possible new rule and regulations regarding the implementation of the HFCA Act remains  such uncertainty could cause the market price of our Class A ordinary shares to be materially and adversely a fected  and our securities could be delisted or prohibited from being traded “over-the-counter” earlier than would be required by the HFCA Act  If our securities are unable to be listed on another securities exchange by then  such a delisting would substantially impair your ability to sell or purchase our Class A ordinary shares when you wish to do so  and the risk and uncertainty associated with a potential delisting would have a negative impact on the price of our Class A ordinary shares  See “Risk Factors—Risks Related to our Class A ordinary shares—Our Class A ordinary shares may be delisted under the HFCA Act if the PCAOB is unable to inspect auditors who are located in China and if we fail to implement measures to enable PCAOB’s inspection of our auditor  The delisting of our Class A ordinary shares  or the threat of their being delisted  may materially and adversely affect the value of your investment  Additionally  the inability of the PCAOB to conduct inspections deprives our investors of the benefits of such inspections ”

**Implications of Being an Emerging Growth Company**

As a company with less than $1 07 billion in revenue during our last fiscal year  we qualify as an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012  as amended  or the JOBS Act  As long as we remain an emerging growth company  we may rely on exemptions from some of the reporting requirements applicable to public companies that are not emerging growth companies  These exemptions include:

- being permitted to provide only two years of selected financial data (rather than five years) and only two years of audited financial statements (rather than three years)  in addition to any required unaudited interim financial statements  with correspondingly reduced "Management's Discussion and Analysis of Financial Condition and Results of Operations" disclosure;

- not being required to comply with the auditor attestation requirements of the Sarbanes-Oxley Act of 2002 in the assessment of our internal control over financial reporting; and

- not being required to comply with any new or revised financial accounting standards until such date that a private company is otherwise required to comply with such new or revised accounting standards

We have taken  and may continue to take  advantage of some of these exemptions until we are no longer an emerging growth company  We will not "opt out" of such exemptions a forded to an emerging growth company

We will remain an emerging growth company until the earliest of:

- the last day of our fiscal year during which we have total annual gross revenues of at least $1 07 billion;

- the last day of our fiscal year following the fifth anniversary of the completion of this offering;

- the date on which we have  during the previous three year period  issued more than $1 00 billion in non-convertible debt; or

- the date on which we become a "large accelerated filer" under the U S  Securities Exchange Act of 1934  as amended  or the Exchange Act  which would occur if the market value of our Class A ordinary shares held by non-affiliates exceeds $700 million as of the last business day of our most recently completed second fiscal quarter

We will not be entitled to the above exemptions if we cease to be an emerging growth company

**Implications of Being a Foreign Private Issuer**

We are a foreign private issuer within the meaning of the rules under the Exchange Act  and as such we are exempt under the Exchange Act from  among other things  the rules under the Exchange Act requiring the filing of quarterly reports on Form 10-Q or current reports on Form 8-K with the SEC  the rules prescribing the furnishing and content of proxy statements  and our executive officers  directors and principal shareholders are exempt from the reporting and short-swing profit recovery provisions contained in Section 16 of the Exchange Act  In addition we will not be required under the Exchange Act to file periodic reports and financial statements with the SEC as frequently or as promptly as U S companies whose securities are registered under the Exchange Act  We will be required to file an annual report on Form 20-F within four months of the end of each fiscal year

18

and we intend to publish our results on a quarterly basis  However  the information we are required to file with or furnish to the SEC will be less extensive and less timely compared to that required to be filed with the SEC by U S  domestic issuers

In addition  as a company incorporated in the Cayman Islands  we are permitted to adopt certain home country practices in relation to corporate governance matters that differ significantly from the Nasdaq corporate governance listing standards  These practices may afford less protection to shareholders than they would enjoy if we complied fully with the Nasdaq corporate governance listing standards  Currently  we do not plan to rely on home country practices with respect to our corporate governance after we complete this offering

**Implications of Being a Controlled Company**

Immediately prior to the completion of this offering, our outstanding share capital will consist of Class A ordinary shares and Class B ordinary shares  Mr  Larry Lei Wu  our chairman of board of directors and chief executive officer  will beneficially own all of our issued Class B ordinary shares and will be able to exercise approximately 75 1% of the total voting power of our issued and outstanding share capital immediately following the completion of this o fering  Holders of Class A ordinary shares and Class B ordinary shares will have the same rights except for voting and conversion rights  Each Class A ordinary share will be entitled to one vote  and each Class B ordinary share will be entitled to ten votes  Our Class A ordinary shares and Class B ordinary shares vote together as a single class on all matters submitted to a vote of our shareholders except as may otherwise be required by law  Each Class B ordinary share will be convertible into Class A ordinary share  Class A ordinary shares will not be convertible into Class B ordinary shares under any circumstances

As a result  upon the completion of this offering  we will be a "controlled company" as defined under the Nasdaq Stock Market Listing Rules because Mr  Larry Lei Wu  our chairman of board of directors and chief executive o ficer  will hold more than 50% of the voting power for the election of directors through TALENT BOOM GROUP LIMITED and Ji Xiang Hu Tong Holdings Limited  the entities controlled by Mr  Wu  As a "controlled company " we are permitted to elect not to comply with certain corporate governance requirements  If we rely on these exemptions  you will not have the same protection a forded to shareholders of companies that are subject to these corporate governance requirements

As a result of the dual-class share structure and the concentration of ownership  holders of Class B ordinary shares will have considerable influence over matters such as decisions regarding mergers and consolidations  election of directors and other significant corporate actions  For a detailed description of the risks associated with our dual-class structure  see "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—Our dual-class voting structure will limit your ability to influence corporate matters and could discourage others from pursuing any change of control transactions that holders of our Class A ordinary shares may view as beneficial" and "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—Our dual-class voting structure may render our Class A ordinary shares ineligible for inclusion in certain stock market indices  and thus adversely a fect the trading price and liquidity of our Class A ordinary shares "

**Corporate Information**

Our principal executive offices are located at Unit A  12/F  Shun Ho Tower  24-30 Ice House Street  Central  Hong Kong  Our telephone number at this address is +852 2369-8219  Our registered office in the Cayman Islands is located at the offices of Maples Corporate Services Limited at PO Box 309  Ugland House  Grand Cayman  KY1-1104  Cayman Islands

Investors should submit any inquiries to the address and telephone number of our principal executive offices  Our corporate website is https://www gigacloudtech com/  The information contained on our website is

not a part of this prospectus  Our agent for service of process in the U S  is Cogency Global Inc  located at 122 East 42nd Street  18th Floor New York  NY 10168

**Conventions that Apply to this Prospectus**

Unless we indicate otherwise  references in this prospectus to:

- "Active 3P sellers" means sellers who have sold a product in GigaCloud Marketplace within the last 12-month period irrespective of cancellations or returns;

- "Active buyers" means buyers who have purchased a product in the GigaCloud Marketplace within the last 12-month period irrespective of cancellations or returns;

- "Cayman Islands holding company" are to GigaCloud Technology Inc  our Cayman Islands holding company and its predecessor entity;

- "China" and the "PRC" are to the People's Republic of China  and "mainland China" are to the People's Republic of China excluding  for the purposes of this prospectus only  Taiwan  the Hong Kong Special Administrative Region and the Macao Special Administrative Region;

- "Class A ordinary shares" or "our Class A ordinary shares" are to the Class A ordinary shares  par value $0 05 per share  of GigaCloud Technology Inc;

- "Class B ordinary shares" or "our Class B ordinary shares" are to the Class B ordinary shares  par value $0 05 per share  of GigaCloud Technology Inc;

- "GigaCloud Marketplace GMV" means the total gross merchandise value of transactions ordered through our GigaCloud Marketplace including GigaCloud 3P and GigaCloud 1P  before any deductions of value added tax  goods and services tax shipping charges paid by buyers to sellers and any refunds;

- "GMV" means the total gross merchandise value of transactions;

- "Hong Kong" are to Hong Kong Special Administrative Region of the People's Republic of China;

- "o f-platform ecommerce" means the sale of our own inventory to and through third-party ecommerce platforms;

- "preferred shares" or "our preferred shares" are to the redeemable convertible preferred shares of $0 05 par value per share  of GigaCloud Technology Inc  including series A redeemable convertible preferred shares of $0 05 par value per share  or "series A preferred shares " series B redeemable convertible preferred shares of $0 05 par value per share  or "series B preferred shares " series C redeemable convertible preferred shares of $0 05 par value per share  or "series C preferred shares " series D redeemable convertible preferred shares of $0 05 par value per share  or "series D preferred shares " and series E redeemable convertible preferred shares  or "series E preferred shares " The preferred shares will automatically convert into our o dinary shares and be re-designated as Class A ordinary shares or Class B ordinary shares  where applicable  immediately prior to the completion of this o fering;

- "RMB" and "Renminbi" are to the legal currency of China;

20

- "shares " "our shares" "ordinary shares" or "our ordinary shares" are to the ordinary shares  par value $0 05 per share  of GigaCloud Technology Inc  and upon and after the completion of this offering  are to our Class A ordinary shares and Class B ordinary shares  par value $0 05 per share;

- "Share Consolidation" means consolidation of every 500 shares of each class with a par value of $0 0001 each in our authorized share capital (including all issued and unissued shares) into one share of the same class with a par value of US$0 05 each which was approved by our board of directors and shareholders in July 2022 and effected in July 2022;

- "SKU" means the stock keeping unit for our inventory;

- "Spend per active buyer" is calculated by dividing the total GigaCloud Marketplace GMV within the last 12-month period by the number of active buyers as of such date;

- "US$ " "$" and "U S  dollars" are to the legal currency of the U S ;

- "VIEs" are to our variable interest entities who entered into account control agreements  or control agreements  with GigaCloud Technology Inc  as detailed in "Corporate History and Structure"; and

- "we " "us " "our company " "our " "our group" or "GigaCloud Group" refer to GigaCloud Technology Inc  our Cayman Islands holding company  its predecessor entity  together as a group with its subsidiaries  and  in the context of describing our operations and consolidated financial statements  its consolidated VIEs and any subsidiaries of its consolidated VIEs  as the context requires

In this prospectus  any PRC laws  rules  regulations  statutes  notices  circulars and court's judicial interpretation or the like refer to those currently in force  published for comments (if specifically stated) or being promulgated but have not come into effect (if specifically stated) and publicly available in mainland China as of the date of this prospectus

Unless the context indicates otherwise  all information in this prospectus assumes (i) no exercise by the underwriter of its over-allotment option to purchase additional Class A ordinary shares and (ii) a 1-for-500 Share Consolidation of our ordinary shares approved and effected in July 2022

***Restatement of Previously Issued Financial Statements***

During the course of preparing the consolidated financial statements as of and for the year ended December 31  2021  we restated previously issued 2019 and 2020 consolidated financial statements and the previously issued unaudited condensed financial statements as of and for the three months ended March 31  2021 to correct errors in the recognition of share-based compensation expenses and the related impact on various line items  For more information  see Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

We have made  ounding adjustments to reach some of the figures included in this prospectus  Consequently  numerical figures shown as totals in some tables may not be arithmetic aggregations of the figures that precede them

### THE OFFERING

| | |
|---|---|
| Offering Price | $12 25 per Class A ordinary share |
| Class A Ordinary Shares Offered by Us | 2 940 000 Class A ordinary share (or 3 381 000 Class A ordinary share if the underwriter exercises the over-allotment option to purchase additional Class A ordinary share in full) |
| Ordinary Shares Outstanding Immediately After This Offering | 30 916 814 Class A ordinary shares (or 31 357 814 Class A ordinary shares if the underwriter exercises the over-allotment option to purchase additional Class A ordinary shares in full) and 9 326 732 Class B ordinary shares |
| Ordinary Shares | We have adopted a dual-class voting structure that will become effective immediately prior to the completion of this offering  Holders of our Class A ordinary shares and holders of our Class B ordinary shares will have the same rights  except for voting and conversion rights  In respect of matters requiring a shareholders' vote  each Class A ordinary share will be entitled to one vote and each Class B ordinary share will be entitled to ten votes  Our Class A ordinary shares and Class B ordinary shares vote together as a single class on all matters submitted to a vote of our shareholders  except as may otherwise be required by law  Each Class B ordinary share will be convertible into one Class A ordinary share at any time  by the holder thereof  However  Class A ordinary shares will not be convertible into Class B ordinary shares at any time  under any circumstances |
| | Upon (i) any sale  transfer  assignment or disposition of ownership in Class B ordinary shares by a holder thereof to any person or entity that is not our controlling shareholder or an entity that is ultimately controlled by our controlling shareholder or (ii) upon any change in the ultimate beneficial ownership of any Class B ordinary share to a person who is neither our controlling shareholder nor an entity that is ultimately controlled by our controlling shareholder  such Class B ordinary shares will automatically and immediately converted into an equal number of Class A ordinary shares without any actions on the part of the transferor or the transferee  For further information  see "Description of Share Capital " |
| Over-Allotment Option | We have granted to the underwriter an option  exercisable within 45 days from the date of this prospectus  to purchase up to an aggregate of 441 000 additional Class A ordinary shares  representing 15% of the Class A ordinary shares sold in the offering  at the initial public offering price  less underwriting discounts and commissions |
| Use of Proceeds | We estimate that we will receive net proceeds of approximately $29 7 million (or $34 6 million if the underwriter exercises the over-allotment option to purchase additional Class A ordinary shares in full) from this offering based on the initial public offering price of $12 25 per Class A ordinary share  after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us |

22

We anticipate using the net proceeds of this offering primarily for working capital operating expenses  capital expenditures and other general corporate purposes including funding potential strategic acquisitions  investments and alliances  although we do not presently have specific plans and are not currently engaged in any discussions or negotiations with respect to any such transaction

See "Use of Proceeds" for more information

| | |
|---|---|
| Participation in the Offering | Certain entities affiliated with DCM  one of our principal shareholders  have agreed to purchase  and have been allocated by the underwriter  an aggregate of 816 300 Class A ordinary shares in this offering at the initial public offering price  representing approximately 27 8% of the Class A ordinary shares being offered in this offering, assuming the underwriter does not exercise their over-allotment option |
| Lock-up | We  our directors  executive officers and all existing holders of our outstanding ordinary shares have agreed with the underwriter  subject to certain exceptions  not to sell  transfer or otherwise dispose of any ordinary shares or similar securities or any securities convertible into or exchangeable or exercisable for our ordinary shares  for a period of 180 days after the date of this prospectus  See "Shares Eligible for Future Sale" and "Underwriting " Any ordinary shares subscribed for by the DCM entities in this offering will not be subject to the foregoing lock-up restrictions |
| Founder's Undertaking | Under an undertaking letter dated July 6  2022  Mr  Larry Lei Wu  or the Founder  together with Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED  or collectively  the Founder Holders  have undertaken to our company that: for a period of five years after the closing of this offering, (i) without the prior written consent of our board of directors and at least a majority of the independent directors  the Founder Holders will not agree to  approve  support  vote (in favor of or against)  or otherwise cause our company to agree to  enter into or consummate  a privatization transaction  as defined in "Description of Share Capital—Ordinary Shares—Conversion " unless the consideration per Class A ordinary share payable to shareholders of the Class A ordinary shares in connection with such privatization transaction is at least equal to the price per Class A ordinary share initially offered to the public in this offering (subject to appropriate adjustment in the event of any stock dividend  stock split  combination or other similar recapitalization with respect to the Class A ordinary shares)  provided  for greater clarity  if the Founder is serving on the board  the Founder may vote in favor of  against  or abstain from voting on  a privatization transaction in the capacity of a director  and if such privatization transaction is approved by the board and at least a majority of the independent directors  the Founder Holders as shareholders may vote in favor of  against  or abstain from voting on  the privatization transaction; and (ii) upon the first to occur of: (a) the Founder being permanently unable to engage in the business affairs of our company as a result of incapacity solely due to his then physical and/or mental condition |

Table of Contents

|  | (which for the avoidance of doubt does not include any confinement against his will) or (b) the Founder's primary business occupation no longer being either a director or an employee of our company the Founder Holders shall cause at such time such Class B ordinary shares held by the Founder Holders to be converted into an equal number of Class A ordinary shares in accordance with our post-offering amended and restated memorandum and articles of association See "Description of Share Capital—Ordinary Shares—Conversion" for more information |
|---|---|
| Directed Share Program | At our request the underwriter has reserved for sale at the initial public offering price up to an aggregate of 1% of the Class A ordinary shares offered in this offering to certain of our directors officers employees business associates and other persons having relationships with us through a directed share program Any sales made through the directed share program will be made by Aegis We do not know if these persons will choose to purchase all or any portion of these reserved Class A ordinary shares but any purchases they do make will reduce the number of Class A ordinary shares available to the general public Any reserved Class A ordinary shares not so purchased will be offered by the underwriter to the general public on the same terms as the other Class A ordinary shares Certain participants may be subject to the lock-up agreements as described in "Underwriting—Directed Share Program " |
| Listing | Our Class A ordinary shares have been approved for listing on the Nasdaq under the symbol "GCT " Our ordinary shares will not be listed on any other stock exchange or traded on any automated quotation system |
| Payment and settlement | The underwriter expects to deliver the Class A ordinary shares against payment therefor on August 22 2022 through the facilities of The Depository Trust Company or DTC |
| Risk Factors | See "Risk Factors" and other information included in this prospectus for a discussion of risks you should carefully consider before investing in our Class A ordinary shares |
| Transfer Agent and Share Registrar | Computershare Trust Company N A |

The total number of ordinary shares that will be outstanding immediately after this o fering is based upon:

- 37 303 546 ordinary shares issued and outstanding on an as-converted basis as of the date of this prospectus; and

- 2 940 000 Class A ordinary shares that we will issue and sell in this offering (assuming the underwriter does not exercise the over-allotment option to purchase additional Class A ordinary shares)

24

**Summary Consolidated Financial and Operating Data**

The following summary consolidated statements of comprehensive income data and consolidated statement of cash flows data for the years ended December 31 2019 2020 and 2021 and summary consolidated balance sheet data as of December 31 2020 and 2021 have been derived from our audited consolidated financial statements included elsewhere in this prospectus The following summary consolidated statements of comprehensive income data for the three months ended March 31 2021 and 2022 summary consolidated balance sheet data as of March 31 2022 and summary consolidated statements of cash flows data for the three months ended March 31 2021 and 2022 have been derived from our unaudited condensed consolidated financial statements included elsewhere in this prospectus and have been prepared on the same basis as our audited consolidated financial statements and include all adjustments consisting only of ordinary and recurring adjustments that we consider necessary for a fair statement of our financial position and results of operations for the periods presented Our consolidated financial statements are prepared and presented in accordance with U S GAAP Our historical results are not necessarily indicative of results for any future periods You should read this section together with our consolidated financial statements and the related notes and the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section included elsewhere in this prospectus

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
| | 2019 | 2020 Restated* | 2021 | 2021 Restated* | 2022 |
| | ($ in thousands, except for share data and per share data) | | | | |
| **Summary Consolidated Statements of Comprehensive Income Data:** | | | | | |
| **Revenues** | | | | | |
| Service revenues | 15,151 | 60,130 | 98,332 | 20,418 | 31,218 |
| Product revenues | 107,145 | 215,348 | 315,865 | 74,110 | 81,224 |
| **Total revenues** | 122,296 | 275,478 | 414,197 | 94,528 | 112,442 |
| **Cost of revenues** | | | | | |
| Services | (9,697) | (37,147) | (84,723) | (14,146) | (29,201) |
| Product sales | (90,405) | (163,215) | (239,877) | (59,494) | (66,371) |
| **Total cost of revenues** | (100,102) | (200,362) | (324,600) | (73,640) | (95,572) |
| **Gross profit** | 22,194 | 75,116 | 89,597 | 20,888 | 16,870 |
| | | | | | |
| **Operating expenses** | | | | | |
| Selling and marketing expenses | (12,680) | (22,215) | (25,728) | (7,359) | (5,562) |
| General and administrative expenses | (4,712) | (8,717) | (24,516) | (2,941) | (3,827) |
| **Total operating expenses** | (17,392) | (30,932) | (50,244) | (10,300) | (9,389) |
| **Operating income** | 4,802 | 44,184 | 39,353 | 10,588 | 7,481 |
| Interest expense | — | (46) | (309) | (65) | (164) |
| Interest income | 2 | 58 | 537 | 98 | 92 |
| Foreign currency exchange gains (losses), net | 166 | 1,023 | (2,012) | (727) | (1,230) |
| Others, net | (168) | 56 | 156 | 39 | 167 |
| **Income before income taxes** | 4,802 | 45,275 | 37,725 | 9,933 | 6,346 |
| Income tax expense | (1,945) | (7,820) | (8,468) | (1,950) | (1,607) |
| **Net income** | 2,857 | 37,455 | 29,257 | 7,983 | 4,739 |
| Accretion of redeemable convertible preferred shares | — | (152) | (1,500) | (370) | (370) |
| Net income attributable to ordinary shareholders of our company | 2,857 | 37,303 | 27,757 | 7,613 | 4,369 |

Table of Contents

|  | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
|  | **2019** | **2020 Restated\*** | **2021** | **2021 Restated\*** | **2022** |
|  |  | ($ in thousands, except for share data and per share data) | | | |
| **Other comprehensive income (loss)** |  |  |  |  |  |
| Foreign currency translation adjustment, net of nil income taxes | (54) | (364) | 123 | (35) | (69) |
| **Total other comprehensive income (loss)** | (54) | (364) | 123 | (35) | (69) |
| **Comprehensive income** | 2,803 | 37,091 | 29,380 | 7,948 | 4,670 |
| **Net income per ordinary share** |  |  |  |  |  |
| —Basic and diluted | 0.11 | 1.36 | 0.88 | 0.25 | 0.13 |
| **Weighted average number of ordinary shares outstanding used in computing net income per ordinary share** |  |  |  |  |  |
| —Basic and diluted | 9,495,844 | 9,495,844 | 10,248,079 | 9,495,844 | 12,999,986 |

\*    See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

|  | As of December 31, | | As of March 31, |
|---|---|---|---|
|  | **2020** | **2021** | **2022** |
| **Summary Consolidated Balance Sheet Data:** |  | ($ in thousands) | |
| Accounts receivable, net | 24 020 | 18 036 | 21 112 |
| Inventories | 35 578 | 81 441 | 110 744 |
| Total current assets | 132 369 | 172 419 | 187 309 |
| Total non-current assets | 5 974 | 14 358 | 159 902 |
| Total assets | 138 343 | 186 777 | 347 211 |
| Accounts payable | 18 831 | 25 140 | 33 217 |
| Total current liabilities | 48 907 | 57 044 | 100 722 |
| Total non-current liabilities | 2 665 | 3 901 | 115 788 |
| Total liabilities | 51 572 | 60 945 | 216 510 |
| Total mezzanine equity | 25 152 | 26 652 | 27 022 |
| Total shareholders' equity | 61 619 | 99 180 | 103 679 |
| Total liabilities, mezzanine equity and shareholders' equity | 138 343 | 186 777 | 347 211 |

|  | For the Year Ended December 31, | | | For the Three Months December 31, | |
|---|---|---|---|---|---|
|  | **2019** | **2020** | **2021** | **2021** | **2022** |
| **Summary Consolidated Statement of Cash Flow Data:** |  | ($ in thousands) | | | |
| Net cash provided by (used in) operating activities | 1 157 | 33 284 | 8 556 | (6 459) | (14 512) |
| Net cash used in investing activities | (944) | (647) | (1 825) | (594) | (80) |
| Net cash provided by (used in) financing activities | 89 | 23 272 | (2 956) | (530) | 261 |
| Effect of foreign currency exchange rate changes on cash and restricted cash | 139 | 735 | (2 110) | (3) | (5) |
| Net increase (decrease) in cash and restricted cash | 441 | 56 644 | 1 665 | (7 586) | (14 336) |
| Cash and restricted cash at the beginning of the year | 5 112 | 5 553 | 62 197 | 62 197 | 63 862 |
| Cash and restricted cash at the end of the year | 5 553 | 62 197 | 63 862 | 54 611 | 49 526 |

**Non GAAP Financial Measures**

To supplement our consolidated financial statements, which are prepared and presented in accordance with U S GAAP, we use Adjusted EBITDA, which is net income excluding interest, income taxes and depreciation, further adjusted to exclude share-based compensation expenses, a non-GAAP financial measure, to

Table of Contents

understand and evaluate our core operating performance  Non-GAAP financial measure  which may differ from similarly titled measures used by other companies  are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for  or superior to  the financial information prepared and presented in accordance with U S  GAAP  The table below sets forth a reconciliation of Adjusted EBITDA from net income for the periods indicated:

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
| | 2019 | 2020 Restated* | 2021 | 2021 Restated* | 2022 |
| | | | ($ in thousands) | | |
|---|---|---|---|---|---|
| Net income | 2,857 | 37,455 | 29,257 | 7,983 | 4,739 |
| Add: Income tax expense | 1 945 | 7 820 | 8 468 | 1 950 | 1 607 |
| Add: Interest expense | — | 46 | 309 | 65 | 164 |
| Less: Interest income | (2) | (58) | (537) | (98) | (92) |
| Add: Depreciation and amortization | 128 | 227 | 775 | 128 | 311 |
| Add: Share-based compensation expense | — | — | 9 681 | — | 199 |
| **Adjusted EBITDA** | **4,928** | **45,490** | **47,953** | **10,028** | **6,928** |

\*    See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

### Key Financial and Operating Metrics

The following table sets forth certain key financial and operating metrics for the periods presented:

| | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
| GigaCloud Marketplace: | 2019 | 2020 | 2021 | 2021 | 2022 |
|---|---|---|---|---|---|
| GigaCloud Marketplace GMV (in $ thousands) | $35 468 | $190 480 | $414 192 | $259 050 | $438 126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1 689 | 3 566 | 2 138 | 3 782 |
| Spend per active buyer (in $) | $80 427 | $112 777 | $116 150 | $121 165 | $115 845 |

For additional information about our key financial and operating metrics  see "Management's Discussion and Analysis of Financial Condition and Results of Operations—Key Financial and Operating Metrics "

### Cash Transfers and Dividend Distribution

GigaCloud Technology Inc  is a holding company incorporated in the Cayman Islands and not a direct Chinese or Hong Kong operating company  As a holding company with no material operations of its own  GigaCloud Technology Inc  conducts its operations through its subsidiaries and consolidated VIEs

We have operations in many locations globally through our principal subsidiaries incorporated in mainland China  Hong Kong  Japan and the U S  and our principal consolidated VIEs incorporated in the U S  and the U K  If needed  cash can be transferred between our holding company and subsidiaries through intercompany fund advances

In 2019  GigaCloud Technology Inc  our Cayman Islands holding company (i) received a total of $4 4 million in cash from our subsidiaries and our consolidated VIEs  of which nil was from our Hong Kong

27

Table of Contents

Subsidiary or PRC Subsidiaries; and (ii) transferred a total of $3 3 million in cash to our subsidiaries and our consolidated VIEs of which $1 0 million was to our Hong Kong Subsidiary and $1 4 million was to Suzhou GigaCloud In 2020 GigaCloud Technology Inc (i) received a total of $12 3 million in cash from our subsidiaries and our consolidated VIEs of which $1 1 million was from our Hong Kong Subsidiary and nil from our PRC Subsidiaries; and (ii) transferred a total of $2 1 million in cash to our subsidiaries and our consolidated VIEs of which $1 8 million was to our Hong Kong Subsidiary In 2021 GigaCloud Technology Inc (i) received a total of $6 7 million in cash of which $6 7 million was from our Hong Kong Subsidiary; and (ii) transferred a total of $18 6 million in cash to our subsidiaries of which $18 5 million was to our Hong Kong Subsidiary and $0 1 million was to GigaCloud Trading (HongKong) Limited In the three months ended March 31 2022 GigaCloud Technology Inc (i) did not receive any cash transfer from our subsidiaries or consolidated VIEs; and (ii) transferred a total of $10 1 million to our subsidiaries of which $10 0 million was to our Hong Kong Subsidiary and $0 1 million was to GigaCloud Trading (HongKong) Limited Suzhou GigaCloud was a consolidated VIE in mainland China from 2018 to February 2021 and we acquired 100% of the equity interest in Suzhou GigaCloud in February 2021 which then became our indirect wholly-owned subsidiary In 2019 Suzhou GigaCloud did not have any transfers dividends or distributions with our Cayman Islands holding company or other intercompany entities In 2020 and 2021 Suzhou GigaCloud received a total of $0 4 million and $1 5 million respectively in cash from our Hong Kong Subsidiary In the three months ended March 31 2022 Suzhou GigaCloud received a total of $0 3 million in cash from our Hong Kong Subsidiary In 2020 and 2021 Suzhou GigaCloud transferred a total of nil and $0 5 million respectively in cash to our subsidiary in Japan and our consolidated VIE in the U S In the three months ended March 31 2022 Suzhou GigaCloud did not have any transfers dividends or distributions with our Cayman Islands holding company or other intercompany entities In 2019 2020 2021 and the three months ended March 31 2022 GigaCloud Technology (Suzhou) Co Ltd our wholly-owned subsidiary in mainland China transferred a total of $0 04 million nil $0 06 million nil respectively in cash to our subsidiaries in mainland China In 2019 2020 2021 and the three months ended March 31 2022 GigaCloud Technology (Suzhou) Co Ltd received a total of $3 1 million in cash of which $1 7 million was from our Hong Kong Subsidiary and $1 4 million was from GigaCloud Technology Inc $4 6 million in cash from our Hong Kong Subsidiary $15 1 million in cash of which $15 0 million was from our Hong Kong Subsidiary and $0 1 million was from one of our PRC Subsidiaries and $2 9 million in cash from our Hong Kong Subsidiary respectively As of the date of this prospectus other than the cash transfer described hereto there were no transfer of other assets between our Cayman Islands holding company our subsidiaries and consolidated VIEs Our subsidiaries and consolidated VIEs have never made any dividends or distributions to our Cayman Islands holding company or to investors Similarly our Cayman Islands holding company has not declared or made any dividend or other distribution to its shareholders including U S investors in the past

If we decide to pay dividends on any of our ordinary shares in the future as a holding company we will be dependent on receipt of funds from our principal subsidiaries in Hong Kong Japan and the U S and our principal consolidated VIEs in the U S and the U K There are currently no restrictions on foreign exchange and our ability to transfer cash among our Cayman Islands holding company and our principal subsidiaries and consolidated VIEs as applicable in Hong Kong, Japan the U S and the U K or to investors Although we did not rely on our PRC Subsidiaries in dividends or other distributions on equity in the past in the event that our PRC Subsidiaries were to issue dividends or distribution to us in the future our PRC Subsidiaries may be subject to the applicable foreign currency control To date there have not been any such dividends or other distributions from our PRC Subsidiaries to our subsidiaries located outside of mainland China In addition save as disclosed above as of the date of this prospectus none of our subsidiaries have ever issued any dividends or distributions to us or their respective shareholders outside of mainland China In the PRC the PRC government imposes controls on the convertibility of the Renminbi into foreign currencies and the remittance of currency out of mainland China which may restrict our PRC Subsidiaries' ability to transfer cash from our PRC Subsidiaries to our other non-mainland China entities To the extent cash is generated in our PRC Subsidiaries and may need to be used to fund operations outside of mainland China such funds may not be available due to limitations placed by the PRC government Furthermore to the extent assets (other than cash) in

Table of Contents

our business are located in mainland China or held by a mainland China entity  the assets may not be available to fund operations or for other use outside of mainland China due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer assets by the PRC government  If certain PRC laws and regulations  including existing laws and regulations and those enacted or promulgated in the future were to become applicable to our Hong Kong Subsidiary in the future  and to the extent cash is generated in our Hong Kong Subsidiary and to the extent assets (other than cash) in our business are located in Hong Kong or held by a Hong Kong entity and may need to be used to fund operations outside of Hong Kong  such funds or assets may not be available due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer funds or assets by the PRC government  Furthermore  there can be no assurance that the PRC government will not intervene or impose restrictions on GigaCloud Group's ability to transfer or distribute cash within its organization  which could result in an inability or prohibition on making transfers or distributions to entities outside of mainland China and Hong Kong and adversely affect its business  Saved as the foregoing limitations imposed by the PRC government as described hereto  there are currently no limitations on our or our subsidiaries' ability to transfer cash to investors  See "Risk Factors—Risks Related to Doing Business in China—Governmental control of currency conversion may limit our ability to utilize our revenues  transfer or distribute cash within our group effectively and affect the value of your investment" and "Regulation—Regulatory Overview of the PRC—Regulations Relating to Dividend Distributions" for a detailed discussion of the PRC legal restrictions on dividends and our ability to transfer cash within our group  In addition  holders of our ordinary shares may potentially be subject to PRC taxes on dividends paid by us in the event GigaCloud Technology Inc is deemed as a PRC resident enterprise for PRC tax purposes  See "Taxation—PRC Taxation" and "Risk Factors—Risks Related to Doing Business in China—Dividends paid to our foreign investors and gains on the sale of our Class A ordinary shares by our foreign investors may become subject to PRC tax" for more details

We currently have not maintained any cash management policies that dictate the purpose  amount and procedure of fund transfers among our Cayman Islands holding company  our subsidiaries  the consolidated VIEs  or investors  Rather  the funds can be transferred in accordance with the applicable laws and regulations  We may require additional capital resources in the future and we may seek to issue additional equity or debt securities or obtain new or expanded credit facilities  which could subject us to operating and financing covenants  including requirements to maintain certain amount of cash reserves  See "Risk Factors—Risks Related to Our Business and Industry—Our ability to raise capital in the future may be limited  and our failure to raise capital when needed could prevent us from growing "

Our subsidiaries and consolidated VIEs have never made any dividends or distributions to our Cayman Islands holding company  Similarly  our Cayman Islands holding company has not declared or made any dividend or other distribution to its shareholders  including U S investors  in the past  U S investors will not be subject to Cayman Islands taxation on dividend distributions  and no withholding will be required on the payment of dividends or distributions to them while they may be subject to U S federal income tax  See "Taxation—Material U S Federal Income Tax Consequences—Taxation of Dividends " We currently anticipate that we will retain future earnings for the development  operation and expansion of our business and do not anticipate declaring or paying any cash dividends for the foreseeable future  In addition  the terms of any future debt agreements may preclude us from paying dividends  Our board of directors has complete discretion on whether to distribute dividends subject to applicable laws  Even if our board of directors decides to pay dividends  the form  frequency and amount will depend upon our future operations and earnings  capital requirements and surplus  general financial condition  contractual restrictions  and other factors that the board of directors may deem relevant

In considering any distribution of the earnings of the subsidiaries to their respective holding companies  we must consider their respective financial conditions before making a decision  There are no other significant restrictions and limitations on our ability to distribute earnings from our businesses  including our subsidiaries

29

Table of Contents

and consolidated VIEs  to the holding company and U S  investors or our ability to settle amounts owed  Except the aforementioned restrictions on our PRC Subsidiaries  there are no significant restrictions on foreign exchange or our ability to transfer cash between entities within our group across borders  or to U S  investors

Table of Contents

# RISK FACTORS

*Investing in our Class A ordinary shares entails a significant level of risk  Before investing in our Class A ordinary shares, you should carefully consider all of the risks and uncertainties mentioned in this section, in addition to all of the other information in this prospectus, including the financial statements and related notes  We may face additional risks and uncertainties aside from the ones mentioned below  There may be risks and uncertainties that we are unaware of, or that we currently do not consider material but may become important factors that adversely affect our business in the future  Any of the following risks and uncertainties could have a material adverse effect on our business, results of operations, financial condition and prospects  In such case, the market prices of our Class A ordinary shares could decline and you may lose part or all of your investment*

## Risks Related to Our Business and Industry

***Uncertainties in economic conditions and their impact on the ecommerce industry, particularly for large parcel merchandise, could adversely impact our operating results.***

We generate a significant portion of our revenues by offering global end-to-end B2B ecommerce solutions for large parcel merchandise via our GigaCloud Marketplace and by selling our own inventory through the GigaCloud Marketplace  to and through off-platform ecommerce websites such as Rakuten in Japan  Amazon and Walmart in the U S  and Wayfair in the U K  Our business and growth are therefore highly dependent on the viability and prospects of the ecommerce industry  particularly for the large parcel merchandise market

Any uncertainties relating to the growth  profitability and regulatory regime of the ecommerce industry for la ge parcel merchandise in the U S  and other jurisdictions in which we operate could have a significant impact on us  The development of the ecommerce industry is affected by a number of factors  most of which are beyond our control  These factors include:

- the consumption power and disposable income of ecommerce consumers  as well as changes in demographics and consumer tastes and preferences;

- the availability  reliability and security of ecommerce platforms;

- the selection  price and popularity of products offered on ecommerce platforms;

- the potential impact of the COVID-19 pandemic to our business operations and the economy in the U S  and elsewhere generally;

- the development of revenues fulfillment  payment and other ancillary services associated with ecommerce; and

- changes in laws and regulations  as well as government policies  that govern the ecommerce industry in the U S

The ecommerce industry is highly sensitive to changes in macroeconomic conditions  and ecommerce spending tends to decline during recessionary periods  Many factors beyond our control  including inflation and deflation  fluctuations in currency exchange rates  volatility of stock and property markets  interest rates  tax rates and other government policies and changes in unemployment rates can adversely affect consumer confidence and spending behavior on ecommerce platforms  which could in turn materially and adversely a fect our growth and profitability  In addition unfavorable changes in domestic and international politics  including military conflicts  political turmoil and social instability  may also adversely affect consumer confidence and spending, which could in turn negatively impact our growth and profitability

31

Table of Contents

*Our historical growth rates and performance may not be sustainable or indicative of our future growth and financial results. We cannot guarantee that we will be able to maintain the growth rate we have experienced to date.*

We have grown rapidly over the last few years  Our revenues increased from $122 3 million in 2019 to $275 5 million in 2020 and $414 2 million in 2021 and further increased from $94 5 million in the three months ended March 31  2021 to $112 4 million in the three months ended March 31  2022  GigaCloud Marketplace GMV increased from $35 5 million in 2019 to $190 5 million in 2020 and $414 2 million in 2021 and increased from $89 5 million in the three months ended March 31  2021 to $113 4 million in the three months ended March 31  2022  However  our historical performance may not be indicative of our future growth or financial results  We cannot assure you that we will be able to grow at the same rate as we did in the past  or avoid any decline in the future  Our growth may slow or become negative  and revenues may decline for a number of possible reasons some of which are beyond our control  including decreasing consumer spending  increasing competition  declining growth of our overall market or industry  the emergence of alternative business models and changes in rules  regulations  government policies or general economic conditions  In addition  our B2B ecommerce platform  GigaCloud Marketplace  from which we have generated 46 8%  66 2%  69 2%  66 3% and 76 0% of our total revenues in 2019  2020  2021 and the three months ended March 31  2021 and 2022  respectively  is a relatively new initiative and may not grow as quickly as we have anticipated  Our growth rate may also be slower than the previous years due to inflationary pressure and changes in the global economic conditions  It is difficult to evaluate our prospects  as we may not have sufficient experience in addressing the risks to which companies operating in rapidly evolving markets may be exposed  If our growth rate declines  our business  financial condition and results of operations may be materially and adversely affected

*System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations.*

The satisfactory performance  reliability and availability of our marketplace  software such as our AI  data analytics tools  warehouse management system and other technology infrastructures are critical to our reputation and our ability to acquire and retain customers  as well as maintain adequate customer service levels

For example  if one of our data centers fails or suffers an interruption or degradation of services  we could lose customer data and miss order fulfillment deadlines  which could harm our business  Our systems and operations  including our ability to fulfill customer orders through our logistics network  are also vulnerable to damage  breakdown  breach or interruption from inclement weather  fire  flood  power loss  telecommunications failure  terrorist attacks  labor disputes  employee error or malfeasance  theft or misuse  cyber-attacks  denial-of-service attacks  computer viruses  ransomware or other malware  data loss  acts of war  break-ins  earthquake and similar events  In the event of a data center failure  the failover to a back-up could take substantial time  during which time our sites could be completely shut down  Further  our back-up services may not effectively process spikes in demand  may process transactions more slowly and may not support all of our sites' functionality

We use complex AI software in our technology infrastructure, which we seek to continually update and improve  We may not always be successful in executing these upgrades and improvements  and the operation of our systems may be subject to failure  In particular  we may in the future experience slowdowns or interruptions in our marketplace or our warehouse management system when we are updating them  and new technologies or infrastructures may not be fully integrated with existing systems on a timely basis  or at all  Our revenues depends on the number of sellers and buyers who trade in our marketplace and the amount of GMV we can handle  Unavailability of our marketplace or our logistics algorithm would reduce the volume of GMV in our business operations

We may experience periodic system interruptions from time to time  In addition  continued growth in our transaction volume  as well as surges in online traffic and orders associated with promotional activities or

Table of Contents

seasonal trends in our marketplace or on third-party ecommerce platforms  place additional demands on our technology infrastructure and could cause or exacerbate slowdowns or interruptions  Any substantial increase in the volume of tra fic or the number of orders placed in our marketplace or the third-party ecommerce platforms may require us to further expand and upgrade our logistics network  precision logistics algorithm  warehouse management system and technology infrastructure  There can be no assurance that we will be able to accurately project the rate or timing of increases  if any  in the use of our marketplace  the third-party ecommerce platforms or expand and upgrade our systems and infrastructure to accommodate such increases on a timely basis  To remain competitive  we continue to enhance and improve the responsiveness  functionality and features of our marketplace  which is particularly challenging given the rapid rate at which new technologies  customer preferences and expectations and industry standards and practices are evolving in the ecommerce industry  Accordingly  we redesign and enhance various functions in our marketplace on a regular basis  and we may experience instability and performance issues as a result of these changes

Any slowdown  interruption or performance failure of our marketplace and the underlying technology and logistics infrastructure could harm our business  reputation and our ability to acquire  retain and serve our customers  which could materially adversely affect our results of operations

***Our international operations are subject to a variety of legal, regulatory, political and economic risks.***

We operate warehouses in four countries across North America  Europe and Asia  with the U S  being our largest market  Our international activities are significant to our revenues and profits  and we plan to further expand internationally  In certain international market segments  we have relatively little operating experience and may not benefit from any first-to-market advantages  It is costly to establish  develop  and maintain international operations  and promote our brand internationally  Our international operations may not become profitable on a sustained basis

In addition  our international sales and operations are subject to a number of risks  including:

- local economic  inflation and political conditions;

- government  egulation (such as regulation of our product and service o ferings and of competition); restrictive governmental actions (such as trade protection measures  including export duties and quotas and custom duties and tariffs); nationalization; and restrictions on foreign ownership;

- restrictions on sales or distribution of certain products or services and uncertainty regarding liability for products  services  and content  including uncertainty as a result of less Internet-friendly legal systems  local laws  lack of legal precedent  and varying rules  regulations  and practices regarding the physical and digital distribution of media products and enforcement of intellectual property rights;

- business licensing or certification requirements;

- limitations on the repatriation and investment of funds and foreign currency exchange restrictions;

- limited fulfillment and technology infrastructure;

- potential impact of the COVID-19 pandemic on our business operations and the economy in globally;

- shorter payable and longer inventory and receivable cycles and the resultant negative impact on cash flow;

33

Table of Contents

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Overview**

We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise  We generate revenues through three revenue streams:

- *GigaCloud 3P:* generates service revenues by facilitating transactions between sellers and buyers in our GigaCloud Marketplace

- *GigaCloud 1P:* generates product revenues through the sale of our inventory in our GigaCloud Marketplace

- *Off platform ecommerce:* generates product revenues through the sale of our inventory to and through third-party ecommerce websites

GigaCloud 3P and GigaCloud 1P together make up our GigaCloud Marketplace  generating service revenues and product revenues respectively  GigaCloud 1P and off-platform ecommerce make up our total 1P  or product revenues  These three revenue streams complement each other to improve our value proposition to sellers and buyers in our GigaCloud Marketplace

The following graphic shows the revenues and GMV contribution from these three revenue streams in 2020 and 2021 and the three months ended March 31  2021 and 2022:



| | 3P | 1P | |
|---|---|---|---|
| Year Ended December 31, 2020 | $60.1 million service revenues | $122.1 million product revenues | $93.3 million product revenues |
| Year Ended December 31, 2021 | $98.3 million service revenues | $188.3 million product revenues | $127.6 million product revenues |
| Three Months Ended March 31, 2021 | $20.4 million service revenue | $42.3 million product revenues | $31.9 million product revenues |
| Three Months Ended March 31, 2022 | $31.2 million service revenue | $54.3 million product revenues | $27.0 million product revenues |

117

Table of Contents

We are focused on facilitating B2B ecommerce transactions in our GigaCloud Marketplace  We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers  who are typically sellers in our marketplace  and online resellers  who are typically buyers in our marketplace  could transact without borders  Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U S and Europe  Our GigaCloud marketplace enables manufacturers to deliver their products around the world  Additionally  online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution  Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and growing catalog of products at wholesale prices  supported by industry-leading global fulfillment capabilities

To enhance our marketplace experience  we also sell our own inventory  or 1P  through the GigaCloud Marketplace and to and through third-party ecommerce websites such as Rakuten in Japan  Amazon and Walmart in the U S  and Wayfair in the U K  These product revenues expand our market presence  reduce inventory and logistics risk for sellers  create more products for buyers  drive volume-based cost efficiencies for sourcing products  provide us with data and increase the velocity of sales on our marketplace  Product revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites  represented 78 2%  76 3%  78 4% and 72 2% of total revenues in 2020  2021 and the three months ended March 31  2021 and 2022  respectively  As we focus on expanding our GigaCloud Marketplace into a leading global large parcel B2B marketplace  we expect service revenue from 3P to grow faster than product revenue from 1P in the future  but we expect 1P to remain an important distribution channel for our own inventory

Our service revenues totaled $60 1 million and product revenues totaled $215 4 million in 2020  representing a 296 9% and 101 0% increase over 2019  respectively  Our service revenues totaled $98 3 million and product revenues totaled $315 9 million in 2021  representing a 63 5% and 46 7% increase over 2020  Our service revenue totaled $31 2 million and product revenues totaled $81 2 million in the three months ended March 31  2022  representing a 52 9% and 9 6% increase over the three months ended March 31  2021  In 2020  2021 and the three months ended March 31  2021 and 2022  our total GMV was $283 7 million  $541 8 million  $121 4 million and $140 1 million  respectively  of which GigaCloud Marketplace GMV was $190 5 million  $414 2 million  $89 5 million and $113 4 million  respectively  and off-platform ecommerce GMV was $93 2 million  $127 6 million  $31 9 million and $27 0 million  respectively

## Our Business Model

The GigaCloud Marketplace  our global B2B ecommerce platform  integrates everything from product discovery  payments and logistics tools into one easy-to-use platform  Sellers and buyers from our targeted markets around the world leverage our cross-border fulfillment network which is optimized for la ge parcel products in order to trade with each other while saving costs  Underpinned by a network of strategically-placed warehouses and supply chain capabilities  our marketplace is designed to simplify and mitigate logistics and inventory requirements for both our sellers and buyers

Once we attract new sellers and buyers to our marketplace  we leverage our technology and supply chain solutions to drive retention  We provide value-added services like product sales forecasts to our sellers to allow them to more efficiently manage inventory and reduce costs  Our integrated supply chain also offers manufacturers and online resellers in our marketplace enhanced visibility into product inventory  reducing inventory turnover and associated transaction costs  The value of our model is demonstrated by the growth in GMV from our new and existing sellers and buyers

In 2020  2021 and the 12 months ended March 31  2022  GigaCloud Marketplace had 210  382 and 410 active 3P sellers  and 1 689  3 566 and 3 782 active buyers  respectively  Sellers in our marketplace are typically manufacturers based in Asia  who are able to leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics or rely on intermediaries  The buyers in our marketplace

118

Table of Contents

are typically resellers based in the U S  and Europe that procure products at wholesale prices and subsequently sell on third-party B2C platforms

*GigaCloud 3P*

Through GigaCloud 3P  we generate service revenues through the various activities of sellers and buyers in our GigaCloud Marketplace  which result in commission fees  warehousing fees  last mile delivery fees  fulfillment fees and other fees  When a seller and buyer enter into a transaction in GigaCloud Marketplace  we earn a percentage commission depending on the transaction value  The standard commission ranges between 1% and 5% depending on the size of the transaction  We also charge warehousing fees in connection with the storage of products in our warehouses  last-mile delivery fees if the buyer requires last-mile delivery services and fulfillment fees for other freight services such as delivery of products via ocean transportation

From time to time in 2019  2020 and 2021 and the three months ended March 31  2022  when we had excess fulfillment capacity  we also provided third-party logistics services to customers to help fulfill their large parcel transportation in the U S  leveraging our extensive logistics network  As we continue to grow our GigaCloud Marketplace  we expect to dedicate our logistics capacity to products sold on our own marketplace  and will only opportunistically provide third-party logistics services when there is excess capacity within our network

The chart below displays the quarterly GigaCloud Marketplace GMV of our 3P sellers in our GigaCloud Marketplace for the 12 months ended in December 31  2019  2020 and 2021 and March 31  2022  2019 3P Sellers  2020 3P Sellers  2021 3P Sellers and 2022 Q1 3P Sellers represent the groups of sellers who first sold products in our GigaCloud Marketplace in 2019  2020  2021 and the 12 months ended March 31  2022  respectively  The Active 3P Sellers shows the total number of sellers who have sold at least one item in our GigaCloud Marketplace in the last 12 months  2019 3P Sellers  2020 3P Sellers  2021 3P Sellers and 2022 Q1 3P Sellers have demonstrated attractive quarter-over-quarter growth in both number of sellers and GigaCloud Marketplace GMV  as shown below:



The chart below displays GigaCloud Marketplace GMV of our buyers in our GigaCloud Marketplace for the 12 months ended in December 31  2019  2020 and 2021 and March 31  2022  2019 Buyers  2020 Buyers and 2021 Buyers represent the groups of buyers who first purchased products in our GigaCloud Marketplace in 2019  2020  2021 and the 12 months ended March 31  2022  respectively  The Active Buyers shows the total

119

number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last 12 months  Our number of buyers and buyer GMV have grown in each quarter since inception  as shown below:



### GigaCloud 1P

Through GigaCloud 1P  we further enhance our marketplace experience by selling our own inventory  Our 1P selling creates more products for buyers  gives us insights into seller needs  provides us with proprietary data and increases the velocity of sales in our marketplace  Through GigaCloud 1P we generate revenues from product sales

### Off platform Ecommerce

In addition to facilitating transactions in our GigaCloud Marketplace  we also procure highly-rated products directly from manufacturers and sell them directly to and through third-party ecommerce websites such as Rakuten  Amazon  Walmart and Wayfair  Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data  We expect the off-platform ecommerce GMV to GigaCloud Marketplace GMV as percentages of total GMV to gradually decrease  Through off-platform ecommerce we generate revenues from product sales

### COVID-19 Pandemic

We are continuing to monitor the impact of the COVID-19 pandemic on our business  results of operations and financial results  The COVID-19 pandemic has temporarily disrupted the global supply chain  forcing factory closures and reducing manufacturing output  We anticipate that these actions and the global health crisis caused by the COVID-19 pandemic  including any variants  will continue to negatively impact global economic activity  Travel restrictions relating to COVID-19 have substantially reduced global air freight capacities and led to shortages in global ocean freight capacities  pushing global freight rates to reach a record level in 2021  In late March and April 2022  certain regions in China were subject to lockdown and other constraints imposed by the local government authorities due to a new wave of COVID-19 outbreak in those regions  Employees who are located in those regions were required to work remotely and/or suspended any business travels  Although a majority of our employees are located in China  our business  products  lines of service  projects and operations were not materially impacted by such pandemic-related lockdown in China

Table of Contents

because we were able to maintain normal business operations under a remote working arrangement with our employees  There were a few days of delays in the shipping and handling of parcel in and out of the Shanghai port due to the lock-down in the area  The percentage of shipment from Shanghai port made up approximately 15% and 9% of our total shipment in March and April 2022  Furthermore  since most of the buyers in our GigaCloud Marketplace are typically resellers based in the U S  and Europe and the buyers on third-party ecommerce websites are located outside of China  the lock-down in China in 2022 did not have a material impact of consumer demand of our products and services  Simultaneously  demand and purchasing patterns have changed due to COVID-19 restrictions  While it is difficult to predict all of the impacts the COVID-19 pandemic will have on our business  we believe the long-term opportunities that we see for shopping for large parcel merchandise remain unchanged  The situation surrounding the COVID-19 outbreak remains fluid  The full extent of the positive or negative impact of the COVID-19 pandemic on our business will be determined by many factors  including the length of time that the outbreak continues  the impact on customers behaviors and the specific effects on our customers employees  suppliers  third-party carriers and other stakeholders  all of which are uncertain and cannot be predicted

During this time  our focus remains on serving our customers and on promoting the health  safety and financial security of our employees We have taken a number of precautionary measures as may be required  including enhancing cleaning measures  instituting COVID-19 testing in our facilities  suspending all non-essential travel  transitioning a large portion of our employees to working-from-home and developing no-contact delivery methods

During the COVID-19 pandemic  we have continued to see increased revenues and order activity in our GigaCloud Marketplace and third-party ecommerce websites  To serve the increased orders  we have hired and are continuing to hire additional warehouse staff and sales and marketing staff  However  the situation remains dynamic and subject to rapid and possibly material change  We will continue to actively monitor the impact of the pandemic on our business and may take further actions that alter our business operations as may be required by the authorities where we have operations  or that we determine are in the best interest of our customers  employees  suppliers  third-party carriers and others  While the COVID-19 pandemic has not had a material adverse impact on our operations to date and we believe the long-term opportunities for la ge parcel merchandise remains unchanged  it is di ficult to predict all of the positive or negative impacts that the COVID-19 pandemic will have on our business over the short and long term  See "Risk Factors—Risks Related to Our Business and Industry—The COVID-19 pandemic could materially and adversely impact our business "

**Key Financial and Operating Metrics**

We monitor the following key financial and operating metrics to evaluate the growth of our GigaCloud Marketplace  measure our performance  identify trends affecting our business  formulate business plans and make strategic decisions

The following tables set forth our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace: | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2021** | **2022** |
| GigaCloud Marketplace GMV (in $ thousands) | $ 35 468 | $ 190 480 | $ 414 192 | $ 259 050 | $ 438 126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1 689 | 3 566 | 2 138 | 3 782 |
| Spend per active buyer (in $) | $ 80 427 | $ 112 777 | $ 116 150 | $ 121 165 | $ 115 845 |

*GigaCloud Marketplace GMV*

The growth in GigaCloud Marketplace GMV  including GMV from both GigaCloud 3P and GigaCloud 1P  reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace  The revenues we generate in our marketplace is highly correlated to the amount of GMV transacted in the GigaCloud Marketplace

121

Table of Contents

GigaCloud Marketplace GMV increased from $35 5 million in 2019 to $190 5 million in 2020  representing a growth of 437 0%  primarily due to the growth in the numbers of sellers and buyers transacting in our marketplace and increase in spend per active buyer  Growth in GigaCloud Marketplace GMV increased significantly in the 12 months ended June 30  September 30 and December 31 in 2020 due to our growing marketplace to reach economies of scale  introduction of new sellers and buyers to our marketplace while maintaining transactions volume from our existing sellers and buyers  as well as accelerated migration of large parcel purchases online because of COVID-19  GigaCloud Marketplace GMV increased from $190 5 million in 2020 to $414 2 million in 2021  representing a growth of 117 4% year-over-year  and further increased to $438 1 million in the 12 months ended March 31  2022  representing a growth of 69 1% period-over-period  primarily due to the continued increases in the numbers of sellers and buyers transacting in our marketplace and an increase in spend per active buyer  We expect our growth to continue post COVID-19 as consumers increasingly embrace online purchases for large parcel products



### Active 3P Sellers

The number of active 3P sellers in the GigaCloud Marketplace increased every quarter since the first quarter of 2019  We had 71 active 3P sellers in 2019  210 active 3P sellers in 2020  382 active 3P sellers in 2021 and 410 active 3P Sellers in the 12 months ended March 31  2022  We view active 3P sellers as a key driver of the product catalog in our marketplace  which helps attract and retain buyers  At the end of 2020  we had 4 937 SKUs across furniture  home appliance  fitness equipment and other large parcel categories from our active 3P sellers  up from 570 SKUs at the end of 2019  As of December 31  2021  our SKUs increased to 6 334  and further increased to 7 300 as of March 31  2022  We expect continued growth in the number of active 3P sellers through internal sales force initiatives  referrals by existing users and word-of-mouth  We leverage our 1P inventory to help establish and validate markets for new sellers  helping them onboard to our marketplace

### Active Buyers

The number of active buyers in the GigaCloud Marketplace has been increasing every quarter since the first quarter in 2019  We had 441 active buyers in 2019  1 689 active buyers in 2020  3 566 active buyers in 2021 and 3 782 active buyers in the 12 months ended March 31  2022  We view number of active buyers as a key driver of our GigaCloud Marketplace GMV and revenues growth  and a key indicator of our ability to attract and engage buyers in our marketplace  We expect continued growth in the number of active buyers through internal sales force initiatives  referrals by existing users  word-of-mouth and direct visits to our website  however  the growth rate may be slower than the previous years due to inflationary pressure and changes in the global economic conditions

Table of Contents

*Spend Per Active Buyer*

The spend per active buyer in our GigaCloud Marketplace has grown from $80 427 in 2019 to $112 777 in 2020  $116 150 in 2021 and $115 845 in the 12 months ended March 31  2022  representing period-over-period increases of 40 2% and 3 0% and decrease of 4 4%  respectively  We view spend per active buyer as a key driver of our GigaCloud Marketplace GMV and revenues growth  Spend per active buyer is driven by expanding the product categories  increasing the frequency of buyer purchases and growing the average price per purchase  Spend per active buyer decreased in the 12 months ended March 31  2022  primarily due to slower growth rates in both our GigaCloud Marketplace GMV and number of active buyers during the period due to inflationary pressure and changes in the global economic conditions  We expect spend per active buyer to increase slightly as we continue to expand our product catalog, increase the mix of higher priced products  introduce new value-added services to improve the shopping experience and enhance our supply chain capabilities for better fulfillment

**Key Factors Affecting Our Results of Operations**

Key factors affecting our results of operations include the following:

*Our Ability to Attract and Retain Sellers*

Sellers in our marketplace are typically manufacturers based in Asia who are able to use our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics or warehouses overseas  We are focused on growing and retaining the number of sellers who choose to list their la ge parcel merchandise in our marketplace and utilize our logistics network for the shipping and handling of their products

In 2020  we had 210 active 3P sellers in our marketplace  compared to 71 active 3P sellers in 2019  This represented a 195 8% year-over-year increase  Our active 3P sellers further increased to 382 and 410 in 2021 and the 12 months ended March 31  2022  representing a 81 9% and 73 7% period-over-period increase  respectively  We believe this increasing trend will continue because of the growing recognition of our marketplace and our seller-friendly comprehensive logistics network enabling hassle-free delivery of large parcel merchandise

Using our marketplace  sellers are able to quickly gain access to key global markets in which we operate  including the U S  the U K  Germany and Japan  We provide a flat rate program for shipping and handling, and sellers are able to utilize our warehouse space  We also create sales analytics which provide valuable information as sellers determine which products to bring to market

We attract new sellers predominantly through o ganic channels such as referrals by existing users  word-of-mouth  or direct visits to our website  We plan to augment this organic customer acquisition by adding additional sales and marketing employees to enhance seller and buyer growth

*Our Ability to Attract and Retain Buyers*

Buyers in our marketplace are typically resellers based in the U S  and Europe who procure large parcel merchandise to resell to end customers  Our marketplace is attractive to buyers because we minimize inventory risk from our buyers' business operations  Our buyers can browse a product in our marketplace and list the product on their preferred ecommerce websites such as Amazon  Wayfair or their own store prior to procuring and storing the product in a warehouse or shop  Once a sale to the end customer takes place  buyers can order the product in our marketplace and we will handle the fulfillment directly to the end customer

In 2020  we had 1 689 active buyers in our marketplace with an average $112 777 spend per active buyer  compared to 441 active buyers and an average $80 427 spend per active buyer in 2019  This represented a 283 0% increase in active buyers and 40 2% increase in spend per active buyer in 2020 compared to 2019  In

123

Table of Contents

2021  we had 3 566 active buyers in our marketplace with an average $116 150 spend per active buyer  representing a 117 4% increase in active buyers and 3 0% increase in spend per active buyer compared to the previous year  In the 12 months ended March 31  2022  we had 3 782 active buyers in our marketplace with an average $115 845 spend per active buyer  representing a 76 9% increase in active buyers and 4 4% decrease in spend per active buyer compared to the previous period  primarily attributable to slower growth rates in both our GigaCloud Marketplace GMV and number of active buyers during the period due to inflationary pressure and changes in the global economic conditions

In 2021  we launched a remorse protection program  which can be purchased by the buyers in our GigaCloud Marketplace for a fee calculated based on the underlying purchase price of products purchased from our 3P business or 1P sales  The remorse protection program aims to cover a portion of the buyer's risk when its customers seek compensation or discount on certain items for non-product quality reasons and when actual losses are incurred  The program seeks to compensate the buyers for a portion of these actual losses for up to 60 days from the shipment of the product  We require evidence of actual loss to the products prior to any compensation  The fee we cha ge is based on our historical experience  buyers' acceptance and the loss that we are willing to accept versus the benefits of the program  This is a service that is unavailable on most other platforms for bulky items  on which buyers must handle the logistics of product returns themselves or be subject to consumer remorse risks without any recourse  While the remorse protection program represents a small portion of our business operations thus far  it is an attractive service offering to our buyers who face product return risks

*Overall Economic Trends*

The overall economic environment and related changes in customer behavior have a significant impact on our business  Customer spending on our products and services is primarily discretionary  and therefore positive economic conditions generally drive stronger business performance

Despite the overall economic downturn due to the COVID-19 pandemic  our business operations have benefited from the increased demand in la ge parcel merchandise as more people stay at home  Furthermore  even though ecommerce penetration in large parcel merchandise has lagged behind smaller packaged goods such as electronics and apparel  la ge parcel merchandise such as home furniture have experienced accelerated migration online in 2020 according to Frost and Sullivan  This trend is expected to continue  increasing the demand for our marketplace and logistics solutions

The implementation of U S  tariffs on Chinese imports has had an impact on our cost of revenues  product demand and sourcing strategies  Furthermore  travel restrictions relating to COVID-19 have substantially reduced global air freight capacities and led to shortages in global ocean freight capacities  pushing global freight rates to reach a record level in 2021  The increases in global freight rates have increased our cost of revenues in 2021 as well as presently in 2022  We have entered into a number of contracts with third party transportation service providers to mitigate the impact against any further increase in ocean freight costs in the short-term  In the U S  in 2022  as well as presently  we have experienced inflationary pressures across various parts of our business and operations  including, but not limited to rising costs across our supply chain  Other macroeconomic factors that can affect customer spending patterns include employment rates  availability of customer credit  interest rates  tax rates and energy costs

*Our Ability to Broaden Service Offerings*

Our results of operations are also affected by our ability to introduce new service offerings  We have a history of expanding our service offering to enhance our customer experience and to increase revenues  We started our business by primarily selling our own self-procured large parcel merchandise directly to end customers  We expanded our service offerings and launched our GigaCloud Marketplace in 2019  which quickly grew to represent 46 8%  66 2%  69 2%  66 3% and 76 0% of our total revenues in 2019  2020  2021 and the three months ended March 31  2021 and 2022 respectively  We continue to evaluate opportunities to launch

124

Table of Contents

additional services  In 2021  we launched a remorse protection program that covers a portion of the buyer's risk when its customers seek compensation or discount on certain items for non-product quality reasons and when actual losses are incurred for up to 60 days  which is an attractive service offering to our buyers  As SKUs in our marketplace grows  we are also looking to roll out paid advertising tools that promote products based on search results  Additionally  we are leveraging our data analytics capabilities to develop new tools for users to improve their marketplace experience

*Our Ability to Effectively Invest in our Infrastructure and Technology Platform*

Our results of operations depend in part on our ability to invest in our infrastructure and technology platform to cost-effectively meet the demands of our anticipated growth  As of March 31  2022  our global logistics network included 21 warehouses with an aggregate gross floor area of over four million square feet in four countries  Additionally  we maintain partnerships with several major shipping, trucking and freight service providers

Our ability to improve our operational efficiency depends on our ability to invest in our technology infrastructure and platform  including our virtual warehousing solution and AI technology  We successfully improved our warehouse management solutions over the past year

*Seasonality*

We believe that sales of home furniture and other large parcel items are subject to modest seasonality  We expect the last quarter of the year to be the most active

In 2020  GMV was the largest in the fourth quarter and we experienced increased year-over-year sales volume in the first  second and third quarters  We believe the year-over-year performance was partially due to the impact of COVID-19 and may not be reflective of any seasonal trends in our industry  It is uncertain whether this is an indicator of industry trends going forward

Table of Contents

**Key Components of Results of Operations**

*Revenues*

We generate revenues from GigaCloud 3P  GigaCloud 1P and off-platform ecommerce  GigaCloud 3P includes the service revenue generated by facilitating transactions between sellers and buyers in our GigaCloud Marketplace  GigaCloud 1P includes the product revenue generated through the product sales of our inventory through our GigaCloud Marketplace  and off-platform ecommerce includes the product revenue generated from product sales of our inventory to and through third-party ecommerce websites  The following table sets forth the breakdown of our revenues  both in absolute amount and as a percentage of our total revenues  for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 | | 2021 | | 2021 | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Revenues** | | | | | | | | | | |
| Service revenue | | | | | | | | | | |
| GigaCloud 3P | 15 151 | 12 4 | 60 130 | 21 8 | 98 332 | 23 7 | 20 418 | 21 6 | 31 218 | 27 8 |
| **Subtotal** | **15,151** | **12.4** | **60,130** | **21.8** | **98,332** | **23.7** | **20,418** | **21.6** | **31,218** | **27.8** |
| Product revenue | | | | | | | | | | |
| GigaCloud 1P | 42 141 | 34 4 | 122 102 | 44 4 | 188 266 | 45 5 | 42 259 | 44 7 | 54 273 | 48 2 |
| Off-platform ecommerce | 65 004 | 53 2 | 93 246 | 33 8 | 127 599 | 30 8 | 31 851 | 33 7 | 26 951 | 24 0 |
| **Subtotal** | **107,145** | **87.6** | **215,348** | **78.2** | **315,865** | **76.3** | **74,110** | **78.4** | **81,224** | **72.2** |
| **Total** | **122,296** | **100.0** | **275,478** | **100.0** | **414,197** | **100.0** | **94,528** | **100.0** | **112,442** | **100.0** |

*Service Revenue—GigaCloud 3P*

We derive service revenues primarily through the various 3P activities of sellers and buyers in the GigaCloud Marketplace  When a seller and buyer enter into a transaction in GigaCloud Marketplace  we earn a percentage commission depending on the transaction value  The standard commission ranges between 1% and 5%  Additionally  we charge the sellers a flat  per day warehouse fee for storage of inventory in our warehouses  which varies by the size of the products  We charge buyers a flat fee for last-mile delivery services for delivery of products to end customers directly from our warehouses  which varies by the weight and destination of the product  We charge a fulfillment fee for other freight services such as delivery of products via ocean transportation

From time to time in 2019  2020  2021 and the three months ended March 31  2022  when we had excess fulfillment capacity  we also provided third-party logistics services to customers to help fulfill their large parcel transportation in the U S  leveraging our extensive logistics network  As we continue to grow our GigaCloud Marketplace  we expect to dedicate our logistics capacity to customers using our marketplace and to products sold on our own marketplace  and will opportunistically provide third-party logistics services when there is excess capacity within our network

*Product Revenue—GigaCloud 1P*

We derive product revenues from the sales of products through selling our own inventory on our marketplace  This 1P selling creates more products for buyers  gives us insights into seller needs  provides us with proprietary data and increases the velocity of sales in our marketplace

126

Table of Contents

*Product Revenue—Off-platform Ecommerce*

We derive product revenues primarily from the sales of our own inventory through one of the two sales models which include (i) product sales made to third-party ecommerce websites or Product Sales to B such as Wayfair and Walmart; and (ii) product sales to individual customers through third-party ecommerce websites or Product Sales to C such as Rakuten and Amazon where end customers can visit our online stores and purchase directly from us Regarding Product Sales to B as expenses charged by these websites are not in exchange for a distinct good or service therefore the payments to these websites are not recognized as expenses but recorded net of revenues With respects to Product Sales to C expenses incurred for product sales made through these websites are recorded as selling and marketing expenses

### Cost of Revenues

Our cost of revenues primarily consists of cost of services and cost of product sales The following table sets forth the breakdown of our cost of revenues both in absolute amount and as a percentage of our total revenues for the periods presented:

| | | | For the Year Ended December 31, | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 | | 2021 | | 2021 | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Cost of revenues** | | | | | | | | | | |
| Services | 9 697 | 7 9 | 37 147 | 13 5 | 84 723 | 20 5 | 14 146 | 15 0 | 29 201 | 26 0 |
| Product sales | 90 405 | 74 0 | 163 215 | 59 2 | 239 877 | 57 9 | 59 494 | 62 9 | 66 371 | 59 0 |
| **Total** | **100,102** | **81.9** | **200,362** | **72.7** | **324,600** | **78.4** | **73,640** | **77.9** | **95,572** | **85.0** |

*Cost of Services*

Cost of services primarily consists of the shipping and handling costs a portion of warehouse rental expenses as well as the costs associated with the operation of the GigaCloud Marketplace primarily including IT staff costs and expenses incurred for the maintenance of IT infrastructure

*Cost of Product Sales*

Cost of product sales primarily consists of the purchase price of merchandise shipping and handling costs for self-owned merchandise warehouse rental expenses excluding the portion allocated to cost of service revenue packaging fees and personnel related costs including any staff costs related to selling our own 1P products through GigaCloud Marketplace The purchase price of merchandise included the shipping and handling costs to procure our merchandise which have increased in 2020 as travel restrictions induced by COVID-19 have substantially reduced global air freight capacities and led to shortages in global ocean freight capacities pushing global freight rates to reach a record level in 2021 In the U S in 2022 as well as presently we have experienced inflationary pressures across various parts of our business and operations including, but not limited to rising costs across our supply chain

*Gross Profit and Margin*

The table below sets forth a breakdown of our gross profit and gross profit margin for each of the periods presented:

|  | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
|  | 2019 | 2020 | 2021 | 2021 | 2022 |
|  | | | ($ in thousands, except for percentages) | | |
| Gross Profit | 22 194 | 75 116 | 89 597 | 20 888 | 16 870 |
| Gross margin (%) | 18 1% | 27 3% | 21 6% | 22 1% | 15 0% |

*Operating Expenses*

Our operating expenses consist of selling and marketing expenses and general and administrative expenses  The following table sets forth the breakdown of our operating expenses  both in absolute amount and as a percentage of our total revenues  for the periods presented:

|  | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2019 | | 2020 Restated* | | 2021 | | 2021 Restated* | | 2022 | |
|  | $ | % | $ | % | $ | % | $ | % | $ | % |
|  | | | | ($ in thousands, except for percentages) | | | | | | |
| **Operating expenses** | | | | | | | | | | |
| Selling and marketing expenses | 12 680 | 10 4 | 22 215 | 8 1 | 25 728 | 6 2 | 7 359 | 7 8 | 5 562 | 4 9 |
| General and administrative expenses | 4 712 | 3 8 | 8 717 | 3 2 | 24 516 | 5 9 | 2 941 | 3 1 | 3 827 | 3 5 |
| **Total operating expenses** | **17,392** | **14.2** | **30,932** | **11.3** | **50,244** | **12.1** | **10,300** | **10.9** | **9,389** | **8.4** |

\*   See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

*Selling and Marketing Expenses*

Our selling and marketing expenses primarily consist of payroll  employees benefits and related expenses for personnel engaged in selling and marketing activities  platform commission  advertising and promotion expenses  traveling and others  The following table sets forth the breakdown of our selling and marketing expenses  both in absolute amount and as a percentage of our total revenues  for the periods presented:

|  | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2019 | | 2020 Restated* | | 2021 | | 2021 | | 2022 | |
|  | $ | % | $ | % | $ | % | $ | % | $ | % |
|  | | | | ($ in thousands, except for percentages) | | | | | | |
| **Selling and marketing expenses** | | | | | | | | | | |
| Staff cost | 4 030 | 3 3 | 10 686 | 3 9 | 12 242 | 3 0 | 3 799 | 4 0 | 2 679 | 2 4 |
| Platform commission | 6 090 | 5 0 | 7 789 | 2 8 | 10 978 | 2 7 | 2 969 | 3 2 | 2 425 | 2 2 |
| Advertising and promotion expenses | 1 198 | 1 0 | 1 075 | 0 4 | 1 851 | 0 4 | 444 | 0 5 | 269 | 0 2 |
| Traveling | 470 | 0 4 | 510 | 0 2 | 167 | 0 0 | 30 | 0 0 | 12 | 0 0 |
| Others | 892 | 0 7 | 2 155 | 0 8 | 490 | 0 1 | 117 | 0 1 | 177 | 0 1 |
| **Total selling and marketing expenses** | **12,680** | **10.4** | **22,215** | **8.1** | **25,728** | **6.2** | **7,359** | **7.8** | **5,562** | **4.9** |

---

\*    See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

*General and Administrative Expenses*

Our general and administrative expenses primarily consist of payroll  employees benefits  share-based compensation and related costs for employees involved in general corporate functions  professional services fees  expenses associated with the use of facilities and equipment by these employees  such as property insurance  rental and depreciation expenses and other general corporate expenses  The following table sets forth the breakdown of our general and administrative expenses  both in absolute amount and as a percentage of our total revenues  for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 Restated* | | 2021 | | 2021 Restated* | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | ($ in thousands, except for percentages) | | | | | | |
| **General and administrative expenses** | | | | | | | | | | |
| Staff cost | 2 003 | 1 6 | 3 528 | 1 3 | 15 676 | 3 8 | 1 065 | 1 0 | 1 777 | 1 6 |
| Professional service | 366 | 0 3 | 1 708 | 0 6 | 4 911 | 1 2 | 1 011 | 1 1 | 772 | 0 7 |
| Office supplies and utility | 839 | 0 7 | 1 345 | 0 5 | 1 187 | 0 3 | 196 | 0 2 | 250 | 0 2 |
| Rental | 279 | 0 2 | 322 | 0 1 | 1 104 | 0 3 | 144 | 0 2 | 179 | 0 2 |
| Others | 1 225 | 1 0 | 1 814 | 0 7 | 1 638 | 0 3 | 525 | 0 6 | 849 | 0 8 |
| **Total general and administrative expenses** | **4,712** | **3.8** | **8,717** | **3.2** | **24,516** | **5.9** | **2,941** | **3.1** | **3,827** | **3.5** |

---

\*    See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

*Interest Expense*

Our interest expense primarily consists of our financial lease interest expense for warehouses in the U S

*Foreign Currency Exchange Gains, Net*

Our foreign exchange gains represent the gains due to depreciation of U S  dollars against Euro and British Pounds

*Others, Net*

Others  net primarily consists of impairment  subsidies and others  Impairment loss represents the provisions on an equity investment

*Income Tax Expense*

Our income tax expense primarily consists of current tax expense  deferred income tax expense and uncertain tax position  primarily related to uncertainty of our subsidiaries and any consolidated VIEs in mainland China with regards to the tax impact of transfer pricing adjustment

**Taxation**

*Cayman Islands*

Under the current laws of the Cayman Islands  we are not subject to tax on income or capital gain  Additionally  the Cayman Islands does not impose a withholding tax on payments of dividends to shareholders

Table of Contents

*Hong Kong*

Under the current Hong Kong S A R  Inland Revenue Ordinance  our subsidiary in Hong Kong S A R  is subject to Hong Kong S A R profits tax at the rate of 16 5% on its taxable income generated from the operations in Hong Kong S A R  The first HK$2 million of assessable profits earned by a company will be taxed at 8 25% whilst the remaining profits will continue to be taxed at 16 5%  There is an anti-fragmentation measure where each group will have to nominate only one company in the group to benefit from the progressive rates  Payments of dividends by our Hong Kong S A R  subsidiary to us is not subject to withholding tax in Hong Kong S A R

*Mainland China*

Under the PRC Enterprise Income Tax Law  or the EIT Law  domestic companies are subject to EIT at a uniform rate of 25%  Our PRC Subsidiaries and consolidated VIEs are subject to the statutory income tax rate at 25%  unless a preferential EIT rate is otherwise stipulated

On December 24  2019  our wholly-owned subsidiary  GigaCloud Technology (Suzhou) Co   Ltd  (formerly known as Oriental Standard Network Technology (Suzhou) Co   Ltd ) obtained a certificate from related authorities of local government for "Advanced Technology Service Enterprise " or ATSE  qualification  This certificate entitled GigaCloud Technology (Suzhou) Co   Ltd  to enjoy a preferential income tax rate of 15% for a period of three years from 2019 to 2021 if all the criteria for ATSE status could be satisfied in the relevant years

Under the EIT Law and its implementation rules  an enterprise established outside China with a "place of effective management" within China is considered a China resident enterprise for Chinese enterprise income tax purposes  A China resident enterprise is generally subject to certain Chinese tax reporting obligations and a uniform 25% enterprise income tax rate on its worldwide income  The implementation rules to the EIT Law provide that non-resident legal entities are considered PRC residents if substantial and overall management and control over the manufacturing and business operations  personnel  accounting, properties  etc   occurs within mainland China  Despite the present uncertainties resulting from the limited PRC tax guidance on the issue  we do not believe that the legal entities organized outside the PRC should be treated as residents for EIT Law purposes If the PRC tax authorities subsequently determine that our Company and our subsidiaries registered outside the PRC are deemed resident enterprises our Company and our subsidiaries  registered outside mainland China will be subject to the PRC income tax at a rate of 25%

Dividends paid to non-PRC-resident corporate investor from profits earned by the PRC subsidiaries after January 1  2008 would be subject to a withholding tax  The EIT Law and its relevant regulations impose a withholding tax at 10%  unless reduced by a tax treaty or agreement  for dividends distributed by a PRC-resident enterprise to its non-PRC-resident corporate investor for earnings generated beginning on January 1  2008  As at December 31  2019 and 2020  there was no retained earnings from legal entity level of all of our PRC Subsidiaries and PRC VIE  And thus  we have not provided for deferred tax liabilities on undistributed earnings for our PRC Subsidiaries

*U.S. Federal Income Taxation*

Our U S  subsidiaries are subject to U S  federal income taxes and state income taxes  In connection with U S  tax legislation enacted in December 2017  the federal income tax rate for corporations changed to 21% beginning in 2018  while state income tax rates generally remained the same as in previous years  The U S  tax rules also provide for enhanced accelerated depreciation deductions by allowing the election of  ull expensing of qualified property  primarily equipment  through 2022

**Results of Operations**

The following table sets forth a summary of our consolidated results of operations  both in absolute amount and as a percentage of our total revenues  for the periods presented  This information should be read

130

together with our consolidated financial statements and related notes included elsewhere in this prospectus  The results of operations in any period are not necessarily indicative of our future trends

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 Restated* | | 2021 | | 2021 Restated* | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Revenues** | | | | | | | | | | |
| Service revenues | 15 151 | 12 4 | 60 130 | 21 8 | 98 332 | 23 7 | 20 418 | 21 6 | 31 218 | 27 8 |
| Product revenues | 107 145 | 87 6 | 215 348 | 78 2 | 315 865 | 76 3 | 74 110 | 78 4 | 81 224 | 72 2 |
| **Total revenues** | **122,296** | **100.0** | **275,478** | **100.0** | **414,197** | **100.0** | **94,528** | **100.0** | **112,442** | **100.0** |
| **Cost of revenues** | | | | | | | | | | |
| Services | (9 697) | (7 9) | (37 147) | (13 5) | (84 723) | (20 5) | (14 146) | (15 0) | (29 201) | (26 0) |
| Product sales | (90 405) | (74 0) | (163 215) | (59 2) | (239 877) | (57 9) | (59 494) | (62 9) | (66 371) | (59 0) |
| **Total cost of revenues** | **(100,102)** | **(81.9)** | **(200,362)** | **(72.7)** | **(324,600)** | **(78.4)** | **(73,640)** | **(77.9)** | **(95,572)** | **(85.0)** |
| **Gross profit** | **22,194** | **18.1** | **75,116** | **27.3** | **89,597** | **21.6** | **20,888** | **22.1** | **16,870** | **15.0** |
| **Operating expenses** | | | | | | | | | | |
| Selling and marketing expenses | (12 680) | (10 4) | (22 215) | (8 1) | (25 728) | (6 2) | (7 359) | (7 8) | (5 562) | (4 9) |
| General and administrative expenses | (4 712) | (3 8) | (8 717) | (3 2) | (24 516) | (5 9) | (2 941) | (3 1) | (3 827) | (3 5) |
| **Total operating expenses** | **(17,392)** | **(14.2)** | **(30,392)** | **(11.3)** | **(50,244)** | **(12.1)** | **(10,300)** | **(10.9)** | **(9,389)** | **(8.4)** |
| **Operating income** | **4,802** | **3.9** | **44,184** | **16.0** | **39,353** | **9.5** | **10,588** | **11.2** | **7,481** | **6.6** |
| Interest expense | — | — | (46) | (0 0) | (309) | (0 1) | (65) | (0 1) | (164) | (0 1) |
| Interest income | 2 | 0 0 | 58 | 0 0 | 537 | 0 1 | 98 | 0 1 | 92 | 0 1 |
| Foreign currency exchange gains (losses)  net | 166 | 0 1 | 1 023 | 0 4 | (2 012) | (0 5) | (727) | (0 7) | (1 230) | (1 1) |
| Others  net | (168) | (0 1) | 56 | 0 0 | 156 | 0 1 | 39 | 0 0 | 167 | 0 1 |
| **Income before income taxes** | **4,802** | **3.9** | **45,275** | **16.4** | **37,725** | **9.1** | **9,933** | **10.5** | **6,346** | **5.6** |
| Income tax expense | (1 945) | (1 6) | (7 820) | (2 8) | (8 468) | (2 0) | (1 950) | (2 1) | (1 607) | (1 4) |
| **Net income** | **2,857** | **2.3** | **37,455** | **13.6** | **29,257** | **7.1** | **7,983** | **8.4** | **4,739** | **4.2** |

\*  See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

*Three Months Ended March 31, 2022 Compared to Three Months Ended March 31, 2021*

*Revenues*

Our revenues  which consisted of service revenue generated from GigaCloud 3P and product revenue generated from GigaCloud 1P and off-platform ecommerce sales  increased by 19 0% from $94 5 million in the three months ended March 31  2021 to $112 4 million in the three months ended March 31  2022  This increase

131

Table of Contents

was primarily due to continued increase in market demand for large parcel merchandise  leading to increased number of sellers who listed merchandise and numbers of buyers who p ocured large parcel merchandise in our GigaCloud Marketplace

- *Services Revenue from GigaCloud 3P* Our service revenues increased by 52 9% from \$20 4 million in the three months ended March 31  2021 to \$31 2 million in the three months ended March 31  2022  The increase was attributable to (i) an increase in revenues from commission fees due to an increase in transactions in our marketplace driven by increase in the number of active 3P sellers by 73 7% from 236 in the 12 months ended March 31  2021 to 410 in the 12 months ended March 31  2022  and the increase in the number of active buyers by 76 9% from 2 138 in the 12 months ended March 31  2021 to 3 782 in the 12 months ended March 31 2022; and (ii) an increase in revenues from warehousing fees and delivery fees due to increases in demand and logistics costs as we increased the number of warehouses from 19 in the three months ended March 31  2021 to 21 in the three months ended March 31 2022 to provide more warehousing services as the market demand for warehouse services and delivery for la ge parcels continued to increase

- *Product Revenue from GigaCloud 1P* Our product revenues from GigaCloud 1P increased by 28 4% from \$42 3 million in the three months ended March 31  2021 to \$54 3 million in the three months ended March 31  2022  The increase was attributable to an increase in our GigaCloud Marketplace GMV from \$89 5 million in the three months ended March 31  2021 to \$113 4 million in the three months ended March 31  2022  and an increase in the number of our SKUs from 5 172 as of March 31  2021 to 7 245 as of March 31  2022  partially offset by a decrease in average spend per buyer in the three months ended March 31  2022 as consumer demand slowed down due to inflationary pressure

- *Product Revenue from Off-platform Ecommerce* Our product revenues from o f-platform ecommerce decreased by 15 4% from \$31 9 million in the th ee months ended March 31  2021 to \$27 0 million in the three months ended March 31  2022  The decrease was attributable to an overall decrease in sales on third-party o f-platform ecommerce as consumer demand slowed down due to inflationary pressure

*Cost of Revenues*

Our cost of revenues increased by 29 8% from \$73 6 million in the three months ended March 31  2021 to \$95 6 million in the three months ended March 31  2022  primarily attributable to the overall increase in our revenue and the increases in shipping and handling costs in both cost of services and cost of product sales

Our cost of services increased by 106 4% from \$14 1 million in the three months ended March 31  2021 to \$29 2 million in the three months ended March 31  2022  primarily due to increases in shipping and handling costs as third-party shipping costs  and particularly ocean freight costs continued to increase globally  and we had an increase in the deliveries of merchandise that we handle from and to sellers and buyers in our marketplace and increases in rental costs of the portion allocated to our 3P business as we increased the number of warehouses from 19 in the three months ended March 31  2021 to 21 in the three months ended March 31  2022

Our cost of product sales increased by 11 6% from \$59 5 million in the three months ended March 31  2021 to \$66 4 million in the three months ended March 31  2022  primarily due to the increased products we procured to sell on GigaCloud Marketplace and off-platform ecommerce websites in our 1P business and increases in shipping and handling costs  and particularly  ocean freight costs and rental costs of warehouses that were allocated to 1P products

Our cost of product sales increased by 11 6% from \$59 5 million in the three months ended March 31  2021 to \$66 4 million in the three months ended March 31  2022  primarily due to the increased products we procured to sell on GigaCloud Marketplace and off-platform ecommerce websites in our 1P business and increases in shipping and handling costs  and particularly  ocean freight costs and rental costs of warehouses that were allocated to 1P products

Table of Contents

*Gross Profit and Gross Margin*

As a result of the foregoing  our gross profit decreased by 19 2% from $20 9 million in three months ended March 31  2021 to $16 9 million in the three months ended March 31  2022  Our gross margin decreased from 22 1% in the three months ended March 31  2021 to 15 0% in the three months ended March 31  2022  primarily due to the costs of revenue increased at a faster pace than revenue as shipping and handling costs  and particularly  ocean freight costs  increased significantly compare to the previous period

*Selling and Marketing Expenses*

Our selling and marketing expenses decreased by 24 4% from $7 4 million in the three months ended March 31  2021 to $5 6 million in the three months ended March 31  2022  which was mainly due to a decrease in staff cost as the sales commission decreased

*General and Administrative Expenses*

Our general and administrative expenses increased by 30 1% from $2 9 million (restated) in the three months ended March 31  2021 to $3 8 million in the three months ended March 31  2022  which was mainly due to increases in sta f cost as we increased the number of general and administrative sta f personnel and property insurance we purchased for our warehouses  partially offset by a decrease in professional service expenses

*Interest Expense*

We had interest expenses of $65 thousand and $164 thousand in the three months ended March 31  2021 and 2022  respectively  The increase was primarily attributable to increases in charges due to the increase in our financial lease interest expense for warehouses in the U S

*Interest Income*

We had interest income of $98 thousand and $92 thousand in the three months ended March 31  2021 and 2022  respectively  The decrease was primarily attributable to a decrease in accounts receivables overdue  partially o fset by an increase in interest income from providing cash advances to more sellers in the three months ended March 31  2022 pursuant to our supply chain financing program

*Foreign Currency Exchange Gains / (Losses), Net*

We had foreign currency exchange losses  net of $0 7 million in the three months ended March 31  2021  compared to $1 2 million in the three months ended March 31  2022  primarily attributable to appreciation of the U S  dollar against Euro and Japanese Yen

*Others, Net*

We had other income  net of $39 thousand and $167 thousand in the three months ended March 31  2021 and 2022  respectively  The increase was primarily attributable to a government subsidy that was received in the three months ended March 31  2022

*Income Tax Expense*

We had income tax expense of $2 0 million and $1 6 million in the three months ended March 31  2021 and 2022  respectively  The decrease was primarily attributable to a decrease in our income before income taxes from $9 9 million in the three months ended March 31  2021 to $6 3 million in the three months ended March 31  2022

133

Table of Contents

*Net Income*

As a result of the foregoing, our net income was $8.0 million (restated) and $4.7 million in the three months ended March 31, 2021 and 2022, respectively.

*Year Ended December 31, 2021 Compared to Year Ended December 31, 2020*

*Revenues*

Our revenues, which consisted of service revenue generated from GigaCloud 3P and product revenue generated from GigaCloud 1P and off-platform ecommerce sales, increased by 50.4% from $275.5 million in 2020 to $414.2 million in 2021. This increase was primarily due to continued increase in market demand for large parcel merchandise, leading to increases in number of sellers who listed merchandise and numbers of buyers who procured large parcel merchandise in our GigaCloud Marketplace.

- *Service Revenue from GigaCloud 3P.* Our service revenues increased by 63.5% from $60.1 million in 2020 to $98.3 million in 2021. The increase was attributable to (i) an increase in revenues from commission fees due to an increase in transactions in our marketplace driven by increase in the number of active 3P sellers by 81.9% from 210 in 2020 to 382 in 2021, and increase in the number of active buyers by 111.1% from 1,689 in 2020 to 3,566 in 2021; and (ii) an increase in revenues from warehousing fees and delivery fees as we increased the number of warehouses from 17 in 2020 to 21 in 2021 to provide more warehousing services as the market demand for warehouse services and delivery for large parcels continued to increase.

- *Product Revenue from GigaCloud 1P.* Our product revenues from GigaCloud 1P increased by 54.2% from $122.1 million in 2020 to $188.3 million in 2021. This increase was attributable to an increase in the overall market demand for online home furniture which continued to drive the increase in sales per active buyers and an increase in the number of our SKUs.

- *Product Revenue from Off-platform Ecommerce.* Our product revenues from off-platform ecommerce increased by 36.8% from $93.3 million in 2020 to $127.6 million in 2021. The increase was attributable to an increase in the demand for home furniture and an increase in the unit price on third-party ecommerce websites as we sell specialty items with higher unit price.

*Cost of Revenues*

Our cost of revenues increased by 62.0% from $200.4 million in 2020 to $324.6 million in 2021, which was in line with the overall increase in our revenue.

Our cost of services increased by 128.1% from $37.1 million in 2020 to $84.7 million in 2021, primarily due to increases in shipping and handling costs as third-party shipping costs, and particularly, ocean freight costs, continued to increase globally and we had an increase in the deliveries of merchandise that we handle from and to sellers and buyers in our marketplace, and increases in rental costs of the portion allocated to our 3P business as we increased the number of warehouses from 17 in 2020 to 21 in 2021.

Our cost of product sales increased by 47.0% from $163.2 million in 2020 to $239.9 million in 2021, primarily due to the increased products we procured to sell on GigaCloud Marketplace and off-platform ecommerce websites in our 1P business and increases in shipping and handling costs and particularly, ocean freight costs, and rental costs of warehouses that were allocated to 1P products.

*Gross Profit and Gross Margin*

As a result of the foregoing, our gross profit increased by 19.3% from $75.1 million in 2020 to $89.6 million in 2021, primarily due to the growth in our GigaCloud GMV and 1P sales. Our gross margin decreased

from 27 3% in 2020 to 21 6% in 2021  primarily due to costs of services increased at a faster pace than service revenues as ocean freight shipping costs increased in 2021

*Selling and Marketing Expenses*

Our selling and marketing expenses increased by 15 8% from $22 2 million (restated) in 2020 to $25 7 million in 2021  which was mainly due to increases in (i) staff cost from $10 7 million (restated) in 2020 to $12 2 million in 2021  primarily attributable to an increase in headcount in sales and marketing staff from 210 as of December 31  2020 to 273 as of December 31  2021  and an increase in average monthly salary in sales and marketing sta f; and (ii) platform commission from $7 8 million in 2020 to $11 0 million in 2021  primarily attributable to increases in product sales to individuals on third-party ecommerce websites

*General and Administrative Expenses*

Our general and administrative expenses increased by 181 2% from $8 7 million (restated) in 2020 to $24 5 million in 2021  which was mainly due to (i) an increase in staff costs from $3 5 million (restated) in 2020 to $15 7 million in 2021  primarily attributable to an increase in headcount in general and administrative staff from 77 as of December 31  2020 to 90 as of December 31  2021  and an increase in average monthly salary in general and administrative staff; (ii) an increase in professional service fees from $1 7 million in 2020 to $4 9 million in 2021  primarily attributable to tax and accounting consulting services incurred during the period; and (iii) increase in rental costs as we increased our number of warehouses

*Interest Expenses*

We had interest expenses of $46 thousand and $309 thousand in 2020 and 2021  respectively  The increase was primarily attributable to increases in charges due to the increase in our financial lease interest expense for warehouses in the U S

*Interest Income*

We had interest income of $58 thousand and $537 thousand in 2020 and 2021  respectively  The increase was primarily attributable to an increase in interest income from providing cash advances to more sellers in 2021 pursuant to our supply chain financing program

*Foreign Currency Exchange Gains / (Losses), Net*

We had foreign currency exchange losses  net of $2 0 million in 2021  compared to foreign currency exchange gains  net of $1 0 million in 2020  The change was primarily due to depreciation of the U S  dollar against Euro and Japanese Yen

*Others, Net*

We had other income  net of $56 thousand and $156 thousand in 2020 and 2021  respectively  The increase was primarily attributable to an increase in government subsidy that was received in 2021

*Income Tax Expense*

We had income tax expense of $7 8 million and $8 5 million in 2020 and 2021  respectively  The increase was primarily attributable to increase in taxable profit due to our business growth

*Net Income*

As a result of the foregoing  our net income was $37 5 million (restated) and $29 3 million in 2020 and 2021  respectively

*Year Ended December 31, 2020 Compared to Year Ended December 31, 2019*

*Revenues*

Our revenues  which consisted of service revenue generated from GigaCloud 3P and product revenue generated from GigaCloud 1P and off-platform ecommerce sales  increased by 125 3%  rom $122 3 million in 2019 to $275 5 million in 2020  This increase was primarily due to increases in the number of sellers who listed merchandise in our GigaCloud Marketplace  number of buyers who procure la ge parcel merchandise and number of off-marketplace users who used our third-party logistics services for product shipping and handling  We do not anticipate significant revenue from third-party logistics services to off-marketplace users in the future  The revenue increases was also due to an overall increase demand for large parcel merchandise

- *Service Revenue from GigaCloud 3P* Our service revenues increased by 296 9% from $15 2 million in 2019 to $60 1 million in 2020  This increase was attributable to (i) an increase in revenues from commission fees due to an increase in transactions in our marketplace driven by increase in the number of active 3P sellers by 195 8% from 71 in 2019 to 210 in 2020 and increase in the number of active buyers by 283 0% from 441 in 2019 to 1 689 in 2020; (ii) an increase in revenues from warehousing fees due to an increase in market demand for warehouse services as online home furniture sales increased and (iii) an increase in revenues from delivery fees in line with the increase in market demand for online home furniture  We also provided more third-party logistics services to customer in 2020 to help fulfill their large pa cel transportation needs in the U S  as the demand increased

- *Product Revenue from GigaCloud 1P* Our product revenues from GigaCloud 1P increased by 189 7% from $42 1 million in 2019 to $122 1 million in 2020  This increase was attributable to an increase in the overall market demand for online home furniture  driving the increase in sales per active buyers

- *Product Revenue from Off-platform Ecommerce* Our product revenues from o f-platform ecommerce increased by 43 4% from $65 0 million in 2019 to $93 3 million in 2020  The increase was attributable to an increase in the demand for home furniture and the unit price on third-party ecommerce websites

*Cost of Revenues*

Our cost of revenues increased by 100 2% from $100 1 million in 2019 to $200 4 million in 2020  which was in line with the overall increase in our revenue

Our cost of services increased by 283 1% from $9 7 million in 2019 to $37 1 million in 2020  primarily due to the increases in the cost associated with operating our rapidly growing GigaCloud Marketplace  increase in third-party shipping costs and we had an increase in the deliveries of merchandise that we handle from and to sellers and buyers in our marketplace  and increases in rental costs of the portion allocated to our 3P business and numbers of warehouses and staff as we expanded our warehousing and logistic network

Our cost of product sales increased by 80 5% from $90 4 million in 2019 to $163 2 million in 2020  primarily due to the increased products we procured to sell on GigaCloud Marketplace in our 1P business and off-platform ecommerce websites and increases in shipping and handling costs and rental costs of warehouses that were allocated to 1P products

*Gross Profit and Gross Margin*

As a result of the foregoing  our gross profit increased by 238 5% from $22 2 million in 2019 to $75 1 million in 2020  primarily due to the growth in GigaCloud Marketplace GMV and sales volume in our

136

Table of Contents

marketplace  Our gross margins increased from 18 1% in 2019 to 27 3% in 2020 primarily due to the increase in our revenues as our GigaCloud Marketplace grew and increased economies of scale achieved through our current marketplace model as we utilized our warehouses and logistics network more cost efficiently  Furthermore  in 2019 and 2020  as we gradually transitioned our 1P products suppliers from mainland China to other South East Asian countries  we reduced our exposure to tariffs on Chinese products and achieved better gross margin

*Selling and Marketing Expenses*

Our selling and marketing expenses increased by 75 2% from \$12 7 million in 2019 to \$22 2 million (restated) in 2020  which was mainly due to increases in (i) staff cost from \$4 0 million in 2019 to \$10 7 million (restated) in 2020  primarily attributable to an increase in headcount and average monthly salary in sales and marketing staff  as well as the bonus in accordance with the increased sales; and (ii) platform commission from \$6 1 million in 2019 to \$7 8 million in 2020  primarily attributable to increases in product sales to individuals on third-party ecommerce websites

*General and Administrative Expenses*

Our general and administrative expenses increased by 85 0% from \$4 7 million in 2019 to \$8 7 million (restated) in 2020  which was mainly due to (i) an increase in staff cost from \$2 0 million in 2019 to \$3 5 million (restated) in 2020  primarily attributable to an increase in general and administrative functions; and (ii) an increase in professional services fees from \$0 4 million to \$1 7 million  primarily attributable to the tax consulting service  accounting system development service and attorney fee incurred in 2020

*Interest Expense*

We had interest expense of nil and \$46 thousand in 2019 and 2020  respectively  The increase was primarily attributable to increases in charges due to the increase in our financial lease interest expense for warehouses in the U S

*Interest Income*

We had interest income of \$2 thousand and \$58 thousand in 2019 and 2020  respectively  The increase was primarily attributable to the increase of our cash deposits at financial institutions

*Foreign Currency Exchange Gains, Net*

Our foreign exchange gains  net increased  rom \$0 2 million in 2019 to \$1 0 million in 2020  primarily attributable to the depreciation of the U S  dollars against the Euro and British Pounds and the increase of transactions denominated in Euro and British Pounds in 2020

*Others, Net*

We had other expenses  net of \$168 thousand in 2019 and other income  net of \$56 thousand in 2020  primarily attributable to the impairment of an \$140 thousand investment made in 2019 in relation to a PRC company with ecommerce business in the U S  and Europe

*Income Tax Expense*

We had income tax expense of \$1 9 million and \$7 8 million in 2019 and 2020  respectively  The increase was primarily attributable to increase in taxable profit due to our business growth

137

Table of Contents

*Net Income*

As a result of the foregoing  our net income was $37 5 million (restated) in 2020  as compared to $2 9 million in 2019

**Non-GAAP Financial Measure**

To supplement our consolidated financial statements  which are prepared and presented in accordance with U S  GAAP  we use Adjusted EBITDA  which is net income excluding interest  income taxes and depreciation  further adjusted to exclude share-based compensation expenses  a non-GAAP financial measure  to understand and evaluate our core operating performance  Non-GAAP financial measure  which may differ from similarly titled measures used by other companies  are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for  or superior to  the financial information prepared and presented in accordance with U S  GAAP  The table below sets forth a reconciliation of Adjusted EBITDA from net income for the periods indicated:

|  | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
|  | 2019 | 2020 Restated* | 2021 | 2021 Restated* | 2022 |
|  | | | ($ in thousands) | | |
| **Net income** | 2,857 | 37,455 | 29,257 | 7,983 | 4,739 |
| Add: Income tax expense | 1 945 | 7 820 | 8 468 | 1 950 | 1 607 |
| Add: Interest expense | — | 46 | 309 | 65 | 164 |
| Less: Interest income | (2) | (58) | (537) | (98) | (92) |
| Add: Depreciation and amortization | 128 | 227 | 775 | 128 | 311 |
| Add: Share-based compensation expense | — | — | 9 681 | — | 199 |
| **Adjusted EBITDA** | 4,928 | 45,490 | 47,953 | 10,028 | 6,928 |

---

\*      See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

**Liquidity and Capital Resources**

*Cash Flows and Working Capital*

To date  we have financed our operating and investing activities mainly through cash generated from our business  As of March 31  2022  we had $48 9 million in cash and $0 7 million in restricted cash

In July 2022  we entered into a two-year credit facility agreement with Wells Fargo Bank  National Association  under which we are able to borrow up to $50 million during the term of the facility  The credit facility also requires us to comply with various customary covenants and other restrictions  As of the date of this prospectus  we have not made any draw down from this credit facility

We believe our cash on hand will be su ficient to meet our current and anticipated needs for general corporate purposes for at least the next 12 months  We may  however  need additional cash resources in the future if we experience changes in business conditions or other developments  We may also need additional cash resources in the future if we find and wish to pursue opportunities for investment  acquisition  capital expenditure or similar actions  If we determine that our cash requirements exceed the amount of cash we have on hand  we may seek to issue equity or equity linked securities or obtain debt financing  The issuance and sale of additional equity would result in further dilution to our shareholders  The incurrence of indebtedness would result in increased fixed obligations and could result in operating covenants that would restrict our operations  We cannot assure you that financing will be available in amounts or on terms acceptable to us  if at all

138

Although we consolidate the results of our consolidated VIEs  we only have access to the assets or earnings of our consolidated VIEs through our contractual arrangements with our consolidated VIEs and their shareholders (as applicable)  See "Corporate History and Structure " For restrictions and limitations on liquidity and capital resources as a result of our corporate structure  see "—Holding Company Structure "

As a Cayman Islands exempted company and o fshore holding company  we are permitted under PRC laws and regulations to provide funding to our PRC Subsidiaries only through loans or capital contributions  subject to relevant approval  filing and/or reporting with respect to government authorities and limits on the amount of capital contributions and loans  This may delay us from using the proceeds from this offering to make loans or capital contributions to our PRC Subsidiaries  if any  See "Risk Factors—Risks Related to Doing Business in China—PRC regulation of loans to  and direct investments in  PRC entities by offshore holding companies and governmental control of currency conversion may restrict or prevent us from using the proceeds of this offering to make loans or additional capital contributions to our PRC Subsidiaries  which could materially and adversely a fect our liquidity and our ability to fund and expand our business "

The following table sets forth a summary of our cash flows for the periods presented:

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| **Summary Consolidated Statement of Cash Flow Data:** | | ($ in thousands) | | | |
| Net cash provided by (used in) operating activities | 1 157 | 33 284 | 8 556 | (6 459) | (14 512) |
| Net cash used in investing activities | (944) | (647) | (1 825) | (594) | (80) |
| Net cash provided by (used in) financing activities | 89 | 23 272 | (2 956) | (530) | 261 |
| Effect of foreign currency exchange rate changes on cash and restricted cash | 139 | 735 | (2 110) | (3) | (5) |
| Net increase (decrease) in cash and restricted cash | 441 | 56 644 | 1 665 | (7 586) | (14 336) |
| Cash and restricted cash at the beginning of the year | 5 112 | 5 553 | 62 197 | 62 197 | 63 862 |
| Cash and restricted cash at the end of the year | 5 553 | 62 197 | 63 862 | 54 611 | 49 526 |

*Operating Activities*

Net cash used in operating activities in the three months ended March 31  2022 was $14 5 million  as compared to net cash used in operation activities of $6 5 million in the three months ended March 31  2021  This was attributable to net income of $4 7 million in the three months ended March 31  2022  compared to net income of $8 0 million (restated) in the three months ended March 31  2021  Net income was adjusted primarily by $7 4 million of lease expense to reduce right-of-use assets in the three months ended March 31  2022  as compared to nil in the three months ended March 31  2021 because we adopted ASC 842 in 2022 which led to adjustment of operating lease liabilities and right-of-use assets  while net income was adjusted by $0 4 million of deferred tax in the three months ended March 31  2021  Net income was further adjusted by the changes in working capital  which primarily consisted of (i) an increase of $30 2 million in inventories in the three months ended March 31  2022 as shipping costs to procure our inventories  including ocean freight costs  are included in inventories and the increase in ocean freight costs has contributed to an increase in our inventories and cash outflows in the three months ended March 31  2022  as compared to an increase of $9 7 million in inventories in the three months ended March 31  2021 because we adopted ASU 2016-02 in 2022 which recognized right-of-use assets and lease liabilities upon lease commencement for the operating leases for our warehouses  as compared to nil in the three months ended March 31  2021  (ii) a decrease of $6 8 million in operating lease liabilities in the three months ended March 31  2022 as we adopted ASU 2016-02 in 2022  (iii) an increase of $8 1 million in accounts payable in the three months ended March 31 2022 as the costs to procure inventories increased  as compared to an increase of $0 09 million in the three months ended March 31  2021  and (iv) an increase of $3 1 million in accounts receivable in the three months ended March 31  2022 for the procurement of inventories  as compared to an increase of $9 2 million in the three months ended March 31  2021

Net cash provided by operating activities in 2021 was $8 6 million  This was attributable to net income of $29 3 million  adjusted primarily by (i) $9 7 million of share-based compensation in relation to share options granted to our employees and non-employees service providers which was only recognized in 2021  and (ii) $2 0 million of unrealized foreign currency exchange losses due to appreciation of the U S  dollar against Euro and Japanese Yen and (iii) $1 3 million of inventory write-down due to certain slow-moving merchandise and damaged goods as we increased our own inventory which also led to increased write-down; and the changes in working capital  which primarily consisted of (i) an increase of $47 1 million in inventories as we significantly increased our own inventory for our 1P sales as consumer demand continued to increase in 2021 and also due to an increase in shipping costs to procure our inventories  and particularly ocean freight costs  (ii) an increase of $6 3 million in accounts payable as our sales increased driven by the increased numbers of sellers and buyers in our GigaCloud Marketplace  and (iii) a decrease of $5 9 million in accounts receivable as we had better collection in 2021

Net cash provided by operating activities in 2020 was $33 3 million  This was attributable to net income of $37 5 million (restated)  adjusted primarily by $1 0 million of unrealized foreign currency exchange gain; and the changes in working capital  which primarily consisted of an increase of $12 0 million in accrued expenses and other current liabilities as our employees number and staff cost increased from 2019 to 2020  partially offset by (i) an increase of $13 9 million in inventories as we increased our own inventory for our 1P sales as consumer demand increased significantly in 2020 due to COVID-19  (ii) an increase of $10 1 million in accounts receivables as our business scale increased and users base grew in our marketplace resulting in more product sales and services revenues  and (iii) an increase of $5 2 million in prepayments and other current assets as we increased the advances paid to suppliers for increased procurement of products as consumer demand increased in 2020

Net cash provided by operating activities in 2019 was $1 2 million  This was attributable to net income of $2 9 million  adjusted primarily by (i) $0 3 million of inventory write-down in relation to damaged goods and slow-moving products  (ii) $0 2 million of deferred tax and (iii) $0 1 million of depreciation; and the changes in working capital  which primarily consisted of (i) an increase of $9 3 million in accounts payable as we incurred increased accrued freight costs as our product sales increased  and (ii) an increase of $2 7 million in accrued expenses and other current liabilities as we increased our staff numbers and vendor payable to expand our business  The changes in working capital is further adjusted by (i) an increase of $6 6 million in accounts receivable as our business scale and product sales increased and user base grew in our marketplace  (ii) an increase of $6 9 million in inventories as we increased on own inventory for our 1P sales  and (iii) an increase of $2 3 million in prepayments and other current asset as we increased the advances paid to suppliers for products to continue our business expansion

*Investing Activities*

Net cash used in investing activities in the three months ended March 31  2022 was $80 thousand of cash paid for purchase of property and equipment  as compared to net cash used in investing activities of $594 thousand of cash paid for purchase of property and equipment in the three months ended March 31  2021

Net cash used in investing activities in 2021 was $1 8 million  primarily consisted cash paid for purchase of property and equipment

Net cash used in investing activities in 2020 was $0 6 million  primarily consisted cash paid for purchase of property and equipment of $0 7 million

Net cash used in investing activities in 2019 was $0 9 million  primarily consisted cash paid for purchase of property and equipment of $0 9 million

140

Table of Contents

*Financing Activities*

Net cash provided by financing activities in the three months ended March 31 2022 was $0 3 million primarily attributable to (i) proceeds from prepaid consideration of restricted shares of $1 6 million for employees benefits that we paid in the three months ended March 31 2022 (ii) cash paid for finance lease obligations of $1 2 million and (iii) repayment of bank loans of $85 thousand as compared to net cash used in financing activities of $0 5 million in the three months ended March 31 2021 primarily consisted of cash paid for capital lease obligations of $0 4 million and repayment of bank loans of $0 2 million

Net cash used in financing activities in 2021 was $3 0 million primarily attributable to cash paid for capital lease obligations of $2 5 million and repayment of bank loans of $0 4 million by our subsidiaries in Japan and the U K

Net cash provided by financing activities in 2020 was $23 3 million primarily attributable to (i) proceeds from issuance of preferred shares of $25 0 million and (ii) proceeds from borrowings of $1 2 million partially offset by the repurchase of vested share-based awards of $2 4 million

Net cash provided by financing activities in 2019 was $89 thousand attributable to proceeds of borrowings from a related party

*Capital Expenditures*

Our capital expenditures consist primarily of purchase of property and equipment Our capital expenditures were $0 9 million $0 7 million $1 8 million and $0 08 million in 2019 2020 2021 in the three months ended March 31 2022 respectively We intend to fund our future capital expenditures with our existing cash balance short-term investments and anticipated cash flows from operations We will continue to make well-planned capital expenditures to meet the expected growth of our business

*Contractual Obligations*

The following table sets forth our contractual obligations as of March 31 2022:

| | Total | Less than 1 Year | 1 - 3 Years | More than 3 Years |
|---|---|---|---|---|
| | | | (in $ thousands) | |
| Lease commitment[1] | 152 789 | 33 995 | 61 884 | 56 910 |
| Long-term borrowings | 470 | 327 | 143 | — |
| **Total** | **153,259** | **34,322** | **62,027** | **56,910** |

(1)  Lease commitment consists of the commitments under the lease agreements for our warehouses and storage shelves

Except for those disclosed above we did not have any significant capital or other commitments long-term obligations or guarantees as of March 31 2022

**Off-Balance Sheet Commitments and Arrangements**

We have not entered into any financial guarantees or other commitments to guarantee the payment obligations of any unconsolidated third parties In addition we have not entered into any derivative contracts that are indexed to our shares and classified as shareholders' equity or that are not reflected in our consolidated financial statements Furthermore we do not have any retained or contingent interest in assets transferred to an unconsolidated entity that serves as credit liquidity or market risk support to such entity Moreover we do not have any variable interest in any unconsolidated entity that provides financing, liquidity market risk or credit support to us or engages in leasing, hedging or product development services with us

Table of Contents

**Internal Control Over Financial Reporting**

Prior to this offering, we have been a private company with limited accounting personnel and other resources with which we address our internal control over financial reporting  We and our independent registered public accounting firm identified one material weakness in our internal control over financial reporting as of December 31  2020 and 2021  As defined in the standards established by the PCAOB  a "material weakness" is a deficiency  or combination of deficiencies  in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the annual or interim financial statements will not be prevented or detected on a timely basis

The material weakness that has been identified relates to our lack of sufficient accounting personnel with appropriate U S  GAAP knowledge to prepare financial statements in accordance with U S  GAAP and SEC reporting requirements  This has resulted in a number of accounting errors and omissions  including but not limited to: (1) accounting for the complex transactions such as share-based compensation  redeemable convertible preferred shares and uncertain tax provision; (2) adoption of newly issued accounting standards such as new leases standard; and (3) preparation of financial statements disclosure in accordance with U S  GAAP For example  our company's previously issued 2019 and 2020 consolidated financial statements and the company's previously issued unaudited condensed consolidated financial statements as of and for the three months ended March 31  2021 were restated due to certain errors in relation to the recognition of share-based compensation expenses  For details  please  efer to note 2(c) to our consolidated financial statements and note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus

We are in the process of implementing a number of measures to address the material weakness identified  including: (1) hiring additional accounting and financial reporting personnel with U S  GAAP and SEC reporting experience  (2) expanding the capabilities of existing accounting and financial reporting personnel through continuous training and education in the accounting and reporting requirements under U S  GAAP and SEC rules and regulations  (3) establishing clear roles and responsibilities to develop and implement formal comprehensive financial period-end closing policies and procedures to ensu e all transactions are properly recorded and disclosed  and (4) establishing effective monitoring and oversight controls for non-recurring and complex transactions to ensure the accuracy and completeness of our consolidated financial statements and related disclosures

The process of designing and implementing an effective financial reporting system is a continuous effort that requires us to anticipate and react to changes in our business and the economic and regulatory environments and to expend significant resources to maintain a financial reporting system that is adequate to satis y our reporting obligation  See "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—We have identified one material weakness in our internal control over financial reporting  If our remediation of the material weakness is not effective  or if we experience additional material weaknesses in the future or otherwise fail to maintain proper and effective internal control over financial reporting, our ability to produce accurate and timely consolidated financial statements could be impaired  investors may lose confidence in our financial reporting and the trading price of our Class A ordinary shares may decline "

As a company with less than $1 07 billion in revenues for the fiscal year ended December 31  2021  we qualify as an "emerging growth company" pursuant to the JOBS Act  An emerging growth company may take advantage of specified reduced reporting and other requirements that are otherwise applicable generally to public companies  These provisions include exemption from the auditor attestation requirement under Section 404 of the Sarbanes-Oxley Act of 2002 in the assessment of the emerging growth company's internal control over financial reporting  The JOBS Act also provides that an emerging growth company does not need to comply with any new or revised financial accounting standards until such date that a private company is otherwise required to comply with such new or revised accounting standards  See "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—We are an emerging growth company  and the reduced disclosure requirements applicable to emerging growth companies may make our Class A ordinary shares less attractive to investors "

Table of Contents

**Holding Company Structure**

Our company  GigaCloud Technology Inc  is a holding company incorporated in the Cayman Islands with no material operations of its own and not a direct Chinese or Hong Kong operating company  We conduct our operations primarily through our principal subsidiaries and principal consolidated VIEs  As a result  our ability to pay dividends depends upon dividends paid by our subsidiaries and consolidated controlled a filiates  If our subsidiaries or consolidated VIEs incur debt on their own behalf in the future  the instruments governing their debt may restrict their ability to pay dividends to us

In addition  as determined in accordance with local regulations  our subsidiaries and consolidated VIEs in certain of our markets may be restricted from paying us dividends offshore or from transferring a portion of their assets to us  either in the form of dividends  loans or advances  unless certain requirements are met or regulatory approvals are obtained  In addition  our subsidiaries and consolidated VIEs may be restricted in their ability to pay dividends or distributions  or make other transfers to us as a result of the laws of their respective jurisdictions of o ganization and agreements of our subsidiaries and consolidated VIEs  See "Dividend Policy " Even though we currently do not require any such dividends  loans or advances from our entities for working capital and other funding purposes  we may in the future require additional cash resources from them due to changes in business conditions  to fund future acquisitions and development  or merely to declare and pay dividends or distributions to our shareholders

**Inflation**

To date  inflation in mainland China has not materially impacted our results of operations  According to the National Bureau of Statistics of China  the year-over-year percent changes in the consumer price index for 2020 and 2021 were increases of 2 5% and 0 9%  respectively  In the U S  in 2022  as well as presently  we have experienced inflationary pressures across various parts of our business and operations  including, but not limited to  rising costs across our supply chain  We continue to monitor the impact of inflation in order to minimize its effects through revisions in our budgeting strategy and procurement efforts  We have entered into a number of contracts with third party transportation service providers to mitigate the impact against any further increase in ocean freight costs in the short-term  If our costs were to be subject to more significant inflationary pressures  we may not be able to fully offset such higher costs through price increases or other cost efficiency measures  Our inability or failure to do so could harm our business  financial condition and results of operations

**Quantitative and Qualitative Disclosures about Market Risk**

*Foreign Exchange Risk*

We do not believe that we currently have any significant direct foreign exchange risk and have not used any derivative financial instruments to hedge exposure to such risk  Although our exposure to foreign exchange risks should be limited in general  the value of your investment in our Class A ordinary shares will be affected by the exchange rate between U S  dollar and the local currency in the markets we operate because the value of our business is effectively denominated in the local currency  while our Class A ordinary shares will be traded in U S  dollars  For example  in July 2005  the PRC government changed its decades-old policy of pegging the value of the RMB to the U S  dollar  The conversion of Renminbi into foreign currencies  including U S  dollars  is based on rates set by the People's Bank of China  Since June 2010  the RMB has fluctuated against the US dollar  at times significantly and unpredictably  It is difficult to predict how market forces or the government policy may impact the exchange rate between the RMB and the U S  dollar in the future  See "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—Fluctuations in currency exchange rates may have a material adverse effect on our results of operations and the value of your investment "

To the extent that we need to convert U S  dollars into the local currency for our operations  appreciation of the local currency against the U S  dollar would reduce the local currency amount we receive

143

Table of Contents

from the conversion  Conversely  if we decide to convert the local currency into U S  dollars for the purpose of making payments for dividends on our ordinary shares  servicing our outstanding debt  or for other business purposes  appreciation of the U S  dollar against the local currency would reduce the U S  dollar amounts available to us

*Interest Rate Risk*

Our borrowings bear interests at fixed rates  If we were to renew these borrowings  we may be subject to interest rate risks

We have not been exposed to material risks due to changes in market interest rates  and we have not used any derivative financial instruments to manage our interest risk exposure  However  we cannot provide assurance that we will not be exposed to material risks due to changes in market interest rate in the future

After the completion of this o fering  we may invest the net proceeds we receive from the offering in interest-earning instruments Investments in both fixed rate and floating rate interest earning instruments carry a degree of interest rate risk  Fixed rate securities may have their fair market value adversely impacted due to a rise in interest rates  while floating rate securities may produce less income than expected if interest rates fall

**Critical Accounting Policies**

An accounting policy is considered critical if it requires an accounting estimate to be made based on assumptions about matters that are highly uncertain at the time such estimate is made  and if different accounting estimates that reasonably could have been used  or changes in the accounting estimates that are reasonably likely to occur periodically  could materially impact the consolidated financial statements

We prepare our financial statements in conformity with U S  GAAP which requires us to make judgments  estimates and assumptions  We continually evaluate these estimates and assumptions based on the most recently available information  our own historical experience and various other assumptions that we believe to be reasonable under the circumstances  Since the use of estimates is an integral component of the financial reporting process  actual results could differ from our expectations as a result of changes in our estimates  Some of our accounting policies require a higher degree of judgment than others in their application and require us to make significant accounting estimates

The following descriptions of critical accounting policies  judgments and estimates should be read in conjunction with our consolidated financial statements and accompanying notes and other disclosures included in this prospectus  When reviewing our financial statements  you should consider (i) our selection of critical accounting policies  (ii) the judgments and other uncertainties affecting the application of such policies and (iii) the sensitivity of reported results to changes in conditions and assumptions

*Revenue Recognition*

We recognize revenues when we satisfy a performance obligation by transferring a promised good or service (that is  an asset) to a customer An asset is transferred when the customer obtains control of that asset

We evaluate whether it is appropriate to record the gross amount of merchandise sales and related costs or the net amount earned as commissions  When we are a principal that obtains control of the specified goods or services before they are transferred to the customers  our revenues should be recognized in the gross amount of consideration to which it expects to be entitled in exchange for the specified goods or services transferred When we are an agent and our obligation is to facilitate third parties in fulfilling their performance obligation for specified goods or services  the revenues should be recognized in the net amount for the amount of commission which we earn in exchange for arranging for the specified goods or services to be provided by other parties  Revenues are recorded net of value-added taxes

144

Table of Contents

We focus on selling la ge parcel merchandise to various distributors and individual customers  as well as the provision of ecommerce solutions on our own platform  GigaCloud Marketplace  with which we utilize to democratize access and distribution globally to manufacturers  or sellers  and online resellers  or buyers  without borders  Our revenues include revenues from product sales and services  Product sales include sales on the GigaCloud Marketplace  or GigaCloud 1P and sales to and through third-party ecommerce websites  or O f-platform ecommerce  Service revenues are generated from services provided to registered users  including sellers and buyers on GigaCloud Marketplace  or GigaCloud 3P

We launched a remorse protection program in 2021  pursuant to which buyers on the GigaCloud Marketplace can elect to participate on a transaction-by-transaction basis  Pursuant to the program  buyers shall pay us a fee ranging from 2 0% to 3 8% of the underlying purchase price of the related products they buy in the GigaCloud Marketplace  and we aim at covering a portion of the buyers' risk when our customers seek compensation/discount on certain items for non-product quality reasons and when actual losses are incurred for up to 60 days from the shipment of products

We see our remorse protection program as a price differentiation strategy ta geted at the more risk-averse buyers in GigaCloud Marketplace  We determine that the fee under the remorse protection program should be calculated based on the purchaser price of the underlying products purchased by the buyers  regardless whether the purchase was made through product sales under GigaCloud 1P or platform services under GigaCloud 3P  In addition  notwithstanding the additional potential for compensation to buyers under the remorse protection program  we have determined that our nature of promise of performance under the remorse protection program to our buyers in GigaCloud Marketplace is no different from the nature of our promise of performance to other buyers that do not enroll into the program  as we have not promised any further performance to our buyers as a result of the program

Accordingly  we have determined that the performance obligation under the remorse protection program is satisfied at the same point in time as other transactions in GigaCloud Marketplace where the buyers do not enroll in the remorse protection program  when the control over the underlying products is transferred to the customers  The potential for compensation results in the transaction price of the product sales under GigaCloud 1P or platform services under GigaCloud 3P being variable under ASC 606-10-32-6  In this connection  we have taken into account the constraint guidance in ASC 606-10-32-11 and has only included that part of the variable consideration in the transaction price of our product sales under GigaCloud 1P and platform services under GigaCloud 3P such that it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is subsequently resolved  We have estimated the amount of variable consideration to be included in the transaction using the "expected value" method and would update its estimated transaction price at the end of each reporting period  Liabilities embodied by us due to the obligations under the remorse protection program were included in "Accrued expenses and other current liabilities "

*GigaCloud 3P*

We enter into contracts with customers  which often include promises to transfer multiple services  For these contracts  we account for individual performance obligations separately if they are capable of being distinct and distinct within the context of the contract  Determining whether services are considered distinct performance obligations may require significant judgment  Judgment is also required to determine the stand-alone selling price  for each distinct performance obligation

We charge commission fees for sales transaction consummated in GigaCloud Marketplace  We act as an agent  as we do not take control of the merchandise provided by the sellers at any time during the transactions and we do not have latitude over pricing of the merchandise  We set a percentage of the transacted product value as commission fees initially when a transaction is completed; and  for customers whose monthly transaction value reaches certain specified hurdles  they would receive a varying level of credits that is applied retrospectively depending on the tier they have reached  Revenue of commission fee is recognized upon

145

successful sales of the merchandise by the sellers when the buyers take ownership and control of the merchandise at their wish  As we reset and confirm the credit and hence the effective rate of commission fee for each seller at the end of each calendar month  no estimation is required beyond the end of each month  Since the remorse protection program was launched in 2021  any credits under the program are accounted for as variable consideration when estimating the amount of revenue from commission fees to be recognized to the extent that it is probable that a significant reversal of revenue will not occur  Consistent with the estimation for the similar credits for product sales under GigaCloud 1P  the Group adopts the "expected value" method when estimating such variable consideration and the estimates are updated as additional information becomes available

We also offer comprehensive supply chain solutions for sellers  We provide services to help the sellers to ship the merchandise from the sellers' manufacturing facility to our oversea warehouses  utilizing our extensive shipping network consisting of ocean transportation providers  custom declaration agents  and domestic shipping companies  Further  we also provide warehousing service to the sellers and buyers  whoever have the ownership of the merchandise  in connection with the storage of merchandise in our warehouses  as well as the last-mile delivery services from our warehouses to domestic destinations designated by the buyers  Revenues resulting from these services are recognized over time  as we perform the services in the contracts with continuous transfer of control to the sellers or buyers  and they could simultaneously receive and consume the benefits of our performance as it occurs  We are acting as a principal in providing warehousing service  ocean transportation service and last-mile delivery services and recognizes revenue on a gross basis  as we determine the price and selects carriers on its own discretion

The sellers and buyers could choose one or several of the above-mentioned services in our GigaCloud Marketplace  Therefore  there may be multiple performance obligations included in one transaction  Revenue is allocated to each performance obligation based on its standalone selling price  We generally determine standalone selling prices based on observable prices  If the standalone selling price is not observable through past transactions  we estimate the standalone selling price based on multiple factors  including but not limited to management approved price list or cost-plus margin analysis

*GigaCloud 1P*

We sell our merchandise to our customers  who are the buyers of the GigaCloud Marketplace  We recognize revenues net of discounts and return allowances  Such revenue is recognized at the point in time when the control of the merchandise is transferred to the buyers  which generally occurs upon the shipment out of our warehouses to the destination designated by the buyers

*Off-platform Ecommerce*

There are two sales model under to Off-platform ecommerce  which includes (a) product sales made to third-party ecommerce websites  or Product Sales to B; and (b) product sales to individual customers through third-party ecommerce websites  or Product Sales to C

<u>Product Sales to B</u>

We sell our merchandise to third-party ecommerce websites  who normally designate carriers to pick up merchandise from our warehouses  We recognize revenue net of discounts and return allowances  Such revenue is recognized at the point in time when the third-party ecommerce websites obtain control of the merchandise  which occurs when the shipment is out of our warehouse and picked up by the carriers designated by the third-party ecommerce websites  As expenses charged by these websites are not in exchange for a distinct good or service  therefore  the payments to these websites  which are our customers  are not recognized as expenses but recorded net of revenues

146

Product Sales to C

We sell our merchandise to individual customers through third-party ecommerce websites  We recognize revenue when the control is transferred to the individual customers at an amount that reflects the consideration to which we expect to be entitled in exchange of that merchandise  Revenue is recognized at the point in time when the individual customers take possession of merchandise  which is when a merchandise is delivered to the customers  Expenses incurred for product sales made through these websites  which are considered as platform commission  are recorded as selling and marketing expenses

Regarding GigaCloud 1P and Off-platform ecommerce  we recognize revenue on a gross basis as we are acting as a principal in these transactions and are responsible for fulfilling the promise to provide the specified merchandise  Significant judgement is required to estimate the variable consideration incurred  which include return allowances as well as the variable consideration arising from the remorse protection program  We estimate the variable consideration based on the volatility of markets and our past experience with similar types of product sales  and include the amounts of variable consideration in the transaction price to the extent that it is probable that a significant reversal of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is resolved  Such estimates are made using the "expected value" method and is updated as and when additional information is available  Liabilities for variable consideration were included in "Accrued expenses and other current liabilities "

***Share based Compensation***

We apply ASC 718 to account for our share-based payments  In accordance with ASC 718  we determine whether an award should be classified and accounted for as a liability award or an equity award  All of our share-based awards to employees and non-employee service providers were classified as equity awards

Share-based awards granted to employees and non-employee service providers are subject to service and performance conditions  They are measured at the grant date fair value of the awards  and are recognized as compensation expenses using the straight-line basis over the requisite service period  if and when we consider that it is probable that the performance condition will be achieved  The fair value of the share awards is estimated using the binomial option pricing model and is affected by the price of the ordinary shares as well as the assumptions regarding a number of complex and subjective variables  including risk-free interest rate  exercise multiple and expected dividend yield  The fair value of these awards was determined by management with the assistance from a valuation report prepared by an independent valuation firm using management's estimates and assumptions  We elect to recognize the effect of forfeitures in compensation costs when they occur

A change in any of the terms or conditions of share-based awards is accounted for as a modification of the awards  Regarding a "not probable-to-probable" modification  which refers to the modification of the award that is not expected to vest under the original vest condition at the date of the modification  we recognize total compensation cost equal to the modified award's fair value at the date of the modification

The fair values of the options granted are estimated on the dates of grant using the binomial option pricing model with the following assumptions used

| Grant dates: | For the year ended December 31, | | For the Three Months Ended March 31, |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Risk-free rate of return | 0 67% | 1 46% | 1 80% |
| Volatility | 45 23% | 44 17% | 43 6% |
| Expected dividend yield | 0 00% | 0 00% | 0 0% |
| Exercise multiple | 2 20/2 80 | 2 20/2 80 | 2 20/2 80 |
| Fair value of underlying ordinary share | $2 35 | $6 15 | $7 50 |
| Expected terms | 10 years | 10 years | 10 years |

147

Table of Contents

The expected volatility was estimated based on the historical volatility of comparable peer public companies with a time horizon close to the expected term of our options  The risk-free interest rate was estimated based on the yield to maturity of U S  treasury bonds denominated in US$ for a term consistent with the expected term of our options in effect at the option valuation date  Expected dividend yield is zero as we do not anticipate any dividend payments in the foreseeable future  The expected exercise multiple was estimated as the average ratio of the stock price to the exercise price of when employees would decide to voluntarily exercise their vested options  Expected term is the contract life of the option

As disclosed in "Capitalization" included elsewhere in this prospectus  unrecognized compensation expenses of $9 7 million relating to the share-based awards is expected to be recognized cumulatively upon the completion of this offering  which may lead to significant decrease of net profit or even loss in the quarter when the offering is completed

### Income Taxes

We account for income taxes using the asset and liability method  Cu rent income taxes are provided on the basis of income before income taxes for financial reporting purposes  and adjusted for income and expense items which are not assessable or deductible for income tax purposes  in accordance with the regulations of the relevant tax jurisdictions  Under this method  deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and for operating loss and tax credit carryforwards  Deferred tax assets and liabilities are measured using enacted tax laws and rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled  The effect of a change in tax rates on deferred tax assets and liabilities is recognized in the consolidated statements of comprehensive income in the period that includes the enactment date  A valuation allowance is provided to reduce the amount of deferred income tax assets if based on the weight of available evidence  it is more-likely-than-not that some portion  or all  of the deferred income tax assets will not be realized  This assessment considers  among other matters  the nature frequency and severity of current and cumulative losses  forecasts of futures profitability  the duration of statutory carryforward periods  our experience with operating loss and tax credit carryforwards  if any  not expiring

We apply a "more-likely-than-not" recognition threshold in the evaluation of uncertain tax positions  We recognize the benefit of a tax position in our consolidated financial statements if the tax position is "more-likely-than-not" to prevail based on the facts and technical merits of the position  Tax positions that meet the "more-likely-than-not" recognition threshold are measured at the largest amount of tax benefit that has a greater than fifty percent likelihood of being realized upon settlement  Unrecognized tax benefits may be affected by changes in interpretation of laws  rulings of tax authorities  tax audits  and expiry of statutory limitations  In addition  changes in facts  circumstances and new information may require us to adjust the recognition and measurement estimates with regard to individual tax positions  Accordingly  unrecognized tax benefits are periodically reviewed and re-assessed  Adjustments  if required  are recorded in our consolidated financial statements in the period in which the change that necessities the adjustments occur  The ultimate outcome for a particular tax position may not be determined with certainty prior to the conclusion of a tax audit and  in certain circumstances  a tax appeal or litigation process  We record interest and penalties related to unrecognized tax benefits (if any) in interest expense and general and administrative expenses  respectively

As disclosed in the note of our consolidated financial statements  as of December 31  2020 and 2021  we had recognized tax provision on transfer pricing adjustments  Under PRC laws and regulations  an arrangement or transaction among related parties may be subject to audit or challenge by the PRC tax authorities within ten years after the taxable year when the arrangement or transaction takes place  If this occurs  the PRC tax authorities could request our subsidiaries and consolidated VIEs to adjust their taxable income in the form of a transfer pricing adjustment for PRC tax purposes if contractual arrangements among related parties do not represent arm's length prices  Such a pricing adjustment could adversely a fect us by increasing our subsidiaries'

148

Table of Contents

and VIEs' tax expenses without a corresponding reduction in the tax expenses  which  in turn  could subject to late payment fees and other penalties for underpayment of taxes

**Recent Accounting Pronouncements**

A list of recently issued accounting pronouncements that are relevant to us is included in Note 2 "Recent accounting pronouncements" to our consolidated financial statements included elsewhere in this prospectus

149

Table of Contents

**BUSINESS**

**Business Overview**

We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise  Our B2B ecommerce platform  which we refer to as the "GigaCloud Marketplace " integrates everything from discovery  payments and logistics tools into one easy-to-use platform  Our global marketplace seamlessly connects manufacturers  primarily in Asia  with resellers  primarily in the U S  Asia and Europe  to execute cross-border transactions with confidence  speed and efficiency  We offer a true comprehensive solution that transports products from the manufacturer's warehouse to end customers  all at one fixed price  We first launched our marketplace in January 2019 by focusing on the global furniture market and have since expanded into additional categories such as home appliances and fitness equipment  GigaCloud Marketplace is one of the fastest growing la ge parcel B2B marketplaces with over $190 5 million  $414 2 million and $438 1 million of GMV transacted in our marketplace in 2020  2021 and the 12 months ended March 31  2022  respectively

We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers  who are typically sellers in our marketplace  and online resellers  who are typically buyers in our marketplace  could transact without borders  Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U S  and Europe  Our GigaCloud Marketplace enables manufacturers to deliver their products around the world  Additionally  online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution  Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and g owing catalog of products at wholesale prices  supported by industry-leading global fulfillment capabilities

To enhance our marketplace experience  we sell our own inventory  or 1P  through the GigaCloud Marketplace and to and through third-party ecommerce websites  such as Rakuten in Japan  Amazon and Walmart in the U S  and Wayfair in the U K  These 1P revenues expand our market presence  reduce inventory and logistics risk for sellers  create more products for buyers  drive volume-based cost efficiencies for sourcing products  provide us with proprietary data and increase the velocity of sales on our marketplace  1P revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 78 2%  76 3%  78 4% and 72 2% of total revenues in 2020  2021 and the three months ended March 31  2021 and 2022  respectively  As our GigaCloud Marketplace continues to grow  we expect 1P revenues as a percentage of total revenues to decline over time

We have built a cross-border fulfillment network optimized for large parcel products  We operate warehouses in four countries across North America  Europe and Asia  The U S  is our largest market  We operate 21 large-scale warehouses around the world totaling over four million square feet of storage space  cover 11 ports of destination with over ten thousand annual containers  and have an extensive shipping and trucking network via partnerships with major shipping  trucking and freight service providers  By servicing the entire supply chain  we offer sellers and buyers in our marketplace enhanced visibility into product inventory  reducing turnover time and lower transaction costs  On average  we are able to deliver products to end customers within one week of their order and at a fixed rate that is cheaper than standard rates from FedEx and UPS

We have AI software that generates seller ratings and credit profiles through volume data  Additionally  our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network  Our software platform includes flexible trading tools with which sellers can set prices based on quantities  delivery dates and fulfillment methods  and buyers have the option to purchase merchandise individually or in bulk

We leverage our proprietary data and AI to accelerate the network effects in our marketplace  As our marketplace grows  we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts  This information is valuable to our sellers as it allows them to efficiently manage

150

Table of Contents

inventory and pricing  As sellers succeed in our marketplace  more sellers join  which expands our merchandise offerings  Our broad merchandise selection  competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace  More buyer activity leads to more sellers  creating a virtuous cycle

In 2020  we had 210 active 3P sellers and 1 689 active buyers in our GigaCloud Marketplace  representing a year-over-year increase of 195 8% and 283 0%  respectively  In 2020  our users transacted $190 5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112 777  This is a 437 0% year-over-year increase in GigaCloud Marketplace GMV and a 40 2% year-over-year increase in average spend per buyer from 2019  respectively  Combined with off-platform ecommerce GMV of $93 2 million  the total transactions that we facilitated aggregated a GMV of $283 7 million in 2020

In 2021  we had 382 active 3P sellers and 3 566 active buyers in our GigaCloud Marketplace  representing a year-over-year increase of 81 9% and 111 1%  respectively  In 2021  our users transacted $414 2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116 150  This is a 117 4% year-over-year increase in GigaCloud Marketplace GMV and a 3 0% year-over-year increase in average spend per buyer from 2020  respectively  Combined with off-platform ecommerce GMV of $127 6 million  the total transactions that we facilitated aggregated a GMV of $541 8 million in 2021

In the 12 months ended March 31  2022  we had 410 active 3P sellers and 3 782 active buyers in our GigaCloud Marketplace  representing a year-over-year increase of 73 7% and 76 9%  respectively  In the 12 months ended March 31  2022  our users transacted $438 1 million of GigaCloud Marketplace GMV with an average spend per buyer of $115 845  This is a 69 1% year-over-year increase in GigaCloud Marketplace GMV and a 4 4% year-over-year decrease in average spend per buyer from the 12 months ended March 31  2021  respectively  Combined with off-platform ecommerce GMV of $122 7 million  the total transactions that we facilitated aggregated a GMV of $560 8 million in the 12 months ended March 31  2022 representing a 54 1% increase in GMV year-over-year from the 12 months ended March 31  2021

We experienced significant growth over the last three years  In 2019  2020  2021 and the three months ended March 31  2021 and 2022:

- We generated total revenues of $122 3 million  $275 5 million  $414 2 million  $94 5 million and $112 4 million  respectively  representing 125 3% and 50 4% year-over-year growth in 2020 and 2021  respectively  and 19 0% period-over-period growth in the three months ended March 31  2022;

- We generated gross profit of $22 2 million  $75 1 million  $89 6 million  $20 9 million and $16 9 million  respectively  representing 18 1%  27 3%  21 6%  22 1% and 15 0% of total revenues  respectively;

- Our net income was $2 9 million  $37 5 million (restated)  $29 3 million  $8 0 million (restated) and $4 7 million  respectively; and

- Our Adjusted EBITDA was $4 9 million  $45 5 million  $48 0 million  $10 0 million and $6 9 million  respectively

See "Selected Consolidated Financial and Operating Data—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA

151

Table of Contents

Below is a summary of our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace: | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
|---|---|---|---|---|---|
| | **2019** | **2020** | **2021** | **2021** | **2022** |
| GigaCloud Marketplace GMV (in $ thousands) | $35 468 | $ 190 480 | $ 414 192 | $ 259 050 | $ 438 126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1 689 | 3 566 | 2 138 | 3 782 |
| Spend per active buyer (in $) | $80 427 | $ 112 777 | $ 116 150 | $ 121 165 | $ 115 845 |

Despite the global disruption including fulfillment network capacity and supply chain constraints caused by the COVID-19 pandemic  our growth was accelerated by the trend of consumers purchasing products online  as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs during the COVID-19 pandemic  In the second quarter of 2020  our GigaCloud MarketPlace GMV grew at 122 9% compared to the p evious quarter  which was the highest quarter-over-quarter growth rate of our GigaCloud MarketPlace GMV in 2020  We believe the onset of the COVID-19 pandemic has accelerated the adoption of our marketplace and our GigaCloud MarketPlace GMV continued to grow in the remaining quarters in 2020  2021 and in the first quarter of 2022

We are focused on facilitating B2B ecommerce transactions in our GigaCloud Marketplace  We generate 3P and 1P revenues through three revenue streams:

- *GigaCloud 3P:* generates service revenues by facilitating transactions between sellers and buyers in our marketplace

- *GigaCloud 1P:* generates product revenues through the sale of our inventory in our marketplace

- *Off platform Ecommerce:* generates product revenues through the sale of our inventory to and through third-party ecommerce websites

GigaCloud 3P and GigaCloud 1P together make up our GigaCloud Marketplace  generating service revenues and product revenues respectively  GigaCloud 1P and off-platform ecommerce make up our total 1P  or product revenues  These three revenue streams complement each other to improve our value proposition to sellers and buyers in our GigaCloud Marketplace

152

Table of Contents

The GigaCloud Marketplace  our global B2B ecommerce platform  integrates everything from product discovery  payments and logistics tools into one easy-to-use platform  Sellers and buyers from our targeted markets around the world leverage our cross-border fulfillment network which is optimized for la ge parcel products in order to trade with each other while saving costs  Underpinned by a network of strategically-placed warehouses and supply chain capabilities  our marketplace is designed to simplify and mitigate logistics and inventory requirements for both our sellers and buyers



### GigaCloud 3P

Through GigaCloud 3P  we derive service revenues through the various activities of sellers and buyers in our GigaCloud Marketplace which result in commission fees  warehousing fees  last mile delivery fees  fulfillment fees and other fees  When a seller and buyer enter into a transaction in GigaCloud Marketplace  we earn a percentage commission depending on the transaction value  The standard commission ranges between 1% and 5% depending on the size of the transaction  We also charge warehousing fees in connection with the storage of products in our warehouses last-mile delivery fees if the buyer requires last-mile delivery services  and fulfillment fees for other freight services such as delivery of products via ocean transportation  In 2019  2020  2021 and in the three months ended March 31  2022  from time to time when we had excess fulfillment capacity  we also provided third-party logistics services to customers to help fulfill their large parcel transportation in the U S  leveraging our extensive logistics network  Given the growth of our marketplace  moving forward  we expect to use our fulfillment capacity predominantly for GigaCloud Marketplace customers  only o fering separate third-party logistics services to optimize utilization  As we continue to grow our GigaCloud Marketplace  we expect to dedicate our logistics capacity to products sold on our own marketplace  and will opportunistically provide third-party logistics services when there is excess capacity within our network

### GigaCloud 1P

Through GigaCloud 1P  we further enhance our marketplace experience by selling our own inventory  Our 1P selling creates more products for buyers  gives us insights into seller needs  provides us with proprietary data and increases the velocity of sales in our marketplace  Our GigaCloud 1P business generates revenues from product sales

Table of Contents

*Off-platform Ecommerce*

In addition to facilitating transactions in our GigaCloud Marketplace  we also procure highly-rated products directly from manufacturers and sell them directly to and through third-party websites such as Rakuten  Amazon  Walmart and Wayfair as part of our off-platform ecommerce business  Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data  Our off-platform ecommerce business generates revenues from product sales to both end customers and to third-party ecommerce websites

**Sellers and Buyers**

In 2020 and 2021  GigaCloud Marketplace had 210 and 382 active 3P sellers  and 1 689 and 3 566 active buyers  respectively  In the 12 months ended March 31  2022  GigaCloud Marketplace had 410 active 3P sellers and 3 782 active buyers  Sellers in our marketplace are typically manufacturers based in Asia  who are able to leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics  as well as decouple from intermediaries  The buyers in our marketplace are typically resellers based in the U S  and Europe that procure products at wholesale price and subsequently sell on third-party B2C platforms

We enter into open-ended framework agreements  terminable by notice from either party  with the manufacturers that act as 3P sellers in our GigaCloud Marketplace that entitle us to a commission on sales  as well as warehousing and logistics fees for storage and shipping across our network  The standard commission ranges between 1% and 5% depending on the size of the transaction  The buyers  or resellers  in our GigaCloud Marketplace must agree to our standard terms in order to maintain an account and place orders on our platform

We believe that as more manufacturers join our marketplace as sellers  more resellers will join our marketplace as buyers  Our GigaCloud 1P and off-platform ecommerce business accelerate this virtuous cycle by adding sellers into our ecosystem



*Our Value Proposition to Sellers*

We lower the barriers to entry for sellers in our marketplace  who are able to quickly gain access to the key global markets in which we operate  including the U S  the U K  Germany and Japan  Sellers can directly connect with resellers in our marketplace and leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics  We manage the entire logistics process from the moment the product leaves the factory floor  and simplify the process by offering a flat rate program for shipping and

154

Table of Contents

handling  Leveraging our algorithm  we determine when and where to ship a product  reduce the amount of time a product is handled and select the most effective delivery mechanism for the product  Sellers are able to leverage our warehouse space  which we charge on a per cubic foot per day basis  in order to increase warehouse utilization rates and reduce cost  Our platform provides multiple channels through which sellers can sell their product  enhancing their inventory turnover rate and increasing their profitability  Many of the sellers operating in our GigaCloud Marketplace were originally suppliers of our 1P inventory that later joined the GigaCloud Marketplace as 3P sellers

*Our Value Proposition to Buyers*

Our marketplace offers one-stop-shop logistics solutions for a broad catalog of large parcel products sourced globally  We offer virtual warehousing and multiple fulfillment solutions including cloud courier  cloud wholesale fulfillment  white glove and drop shipping solutions so buyers do not need to manage physical order fulfillment  With 21 la ge-scale warehouses strategically positioned in key markets around the world  we have the capability to reach over 90% of customers in the lower 48 states in the U S  within an average of three days of delivery time  Our solution effectively minimizes inventory risk for buyers and allows them to reach customers across geographies at an affordable price

We also provide buyers the optionality to pre-sell products through their own channels before placing an order in GigaCloud Marketplace  This significantly reduces buyers' working capital needs and allow them to scale more efficiently

**Our Market Opportunity**

The U S  la ge parcel market is massive and underpenetrated by ecommerce  largely due to the supply chain complexities of moving bulky items  We expect increasing adoption of end-to-end B2B ecommerce marketplaces by manufacturers and resellers globally as they compete against large ecommerce platforms in today's digital retail economy

*The U.S. B2B ecommerce market is massive and fast growing*

The U S  B2B market is estimated at $14 8 trillion  nearly three times the size of the U S  retail sales market and is currently underpenetrated by ecommerce  According to Frost and Sullivan  ecommerce penetration for U S  B2B sales is estimated at 9 0%  lagging U S  retail sales penetration of 14 3%  indicating substantial room for long-term growth  Frost and Sullivan estimates that U S  B2B ecommerce sales has reached $1 3 trillion in 2020 and it is expected to grow at a CAGR of 10 7% from 2020 to 2025  reaching $2 2 trillion



U.S. B2B Ecommerce Sales (in $ trillions)

155

Table of Contents

### *The U.S. large parcel market is rapidly shifting online*

Benefiting from the proliferation of the internet and smart phones  consumers are increasingly making purchase decisions online  Today's ecommerce platforms offer consumers a wide selection of products  shopping schedule flexibility  multiple payment options and speedy delivery services unmatched by brick-and-mortar stores  In the core large parcel categories including furniture and home appliance  COVID-19 has accelerated the trend of consumers purchasing products online  as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs  We expect this trend to continue in the coming years as remote working arrangements have become increasingly common  Frost and Sullivan estimates online sales for furniture and home appliance have reached $16 2 billion and $10 0 billion in 2020  respectively  and they are expected to grow at a CAGR of 10 1% and 6 6% to $26 1 billion and $13 8 billion from 2020 to 2025  respectively



**U.S. Furniture Market (in $ billions)**



**U.S. Home Appliance Market (in $ billions)**

### *B2B marketplaces will play an increasingly critical role in today's digital retail economy*

In today's digital retail economy  B2B ecommerce marketplaces play a critical role in leveling the playing field between small to medium-sized retailers and large ecommerce platforms  To win customers  resellers not only compete on product quality and price  but also on selection  delivery speed and customer service  Delivering on all of these criteria is especially challenging in the large parcel market given the difficulties of moving bulky items  Small to medium-sized resellers often lack the resources to invest in their own supply chains and therefore tend to struggle to compete against well-capitalized large ecommerce platforms

B2B ecommerce marketplaces o fer low-cost end-to-end supply chain solutions so that resellers can focus on growing sales without needing to create their own supply chains  We believe B2B marketplaces will become an increasingly important part of the digital retail economy

### Competitive Strengths

### *Pioneering Cross Border B2B Ecommerce Marketplace for the Large Parcel Market*

We are a pioneer within the B2B marketplace where sellers and buyers trade large parcel products without borders  We are a trusted marketplace with 210 active 3P sellers and 1 689 active buyers in our marketplace for the year ended December 31  2020  an increase of 195 8% and 283 0% over the previous year  respectively  In 2021  we had 382 active 3P sellers and 3 566 active buyers in our marketplace  representing an increase of 81 9% and 111 1% respectively  over the same period in the previous years  In the 12 months ended March 31  2022  we had 410 active 3P sellers and 3 782 active buyers in our marketplace  representing an increase of 73 7% and 76 9% respectively  over the same period in the previous year  Sellers are able to leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics  Buyers are offered a broad variety of products at wholesale prices  along with a virtual warehousing solution and multiple fulfillment solutions including cloud courier  cloud wholesale fulfillment  white glove and drop shipping

Table of Contents

solution to trade products with minimal inventory risk  Our compelling value proposition to both sellers and buyers in our marketplace will position us as partner of choice as online sales of large parcel products accelerate

*Compelling Value Proposition to both Sellers and Buyers Enhanced by Network Effects*

We are an essential solution provider to both our sellers and buyers  Our sellers consider us as an essential partner to help advertise and distribute products in overseas markets at low costs  Our buyers view our marketplace as a trading environment with minimized risks where they procure large catalogs of products at wholesale price and fulfill consumer orders using our industry-leading supply chain  In 2021  the annual retention rate for our 3P sellers and buyers averaged 86 2% and 60 2%  respectively  Annual retention rate refers to 3P sellers and buyers who have sold and purchase a product in GigaCloud Marketplace in the previous calendar year and the current calendar year  As sellers and buyers are added to the marketplace  the value of the marketplace grows  Most of the sellers in our marketplace neither have the ability nor desire to engage in direct selling to end markets  which requires the employment of a local sales network and knowledge of customer preferences  Instead of taking on the risk of choosing the type and quantity of product to produce and market  sellers in our marketplace need only fulfill orders from the network of buyers in our marketplace

*Industry Leading Supply Chain Capabilities*

We have built a network of strategically positioned warehouses across four countries to minimize distance to ports and key customers  We currently have over four million square feet of total warehousing space  spanning 14 distribution centers in the U S   three in Europe and four in Japan  We also entered into long term agreements with freight providers to ensure last mile logistics  We have recently expanded our service offerings to include assembly and return services  Due to our highly integrated supply chain solutions  we are able to offer a flat rated pricing to customers that is competitive in the market  Our rapidly expanding global presence and robust logistics network have positioned us as partners for some of the largest third-party ecommerce platforms  For example  in 2020  we entered into an non-exclusive agreement with JD com  where JD com may utilize us for sourcing and shipping of large parcel items throughout the U S

*Our Technology System*

With a team of over 150 software engineers  we have developed our system from the ground up  Our suite of solutions include sourcing management  inbound management  trade and settlement management  hybrid and complex trading management  search and recommendation management and financial reporting requirement  We control all source code of our operating system and we are not dependent on third-party providers to scale our platforms

*Data Intelligence Powered by AI*

We leverage self-learning AI to improve our operating efficiency  Our system is capable of automating and optimizing inventory globally based on historical data  rebalancing our merchandise across warehouses to maximize first mile collection and last mile delivery efficiency  We have also developed trading pattern analytics tools that constantly analyze transaction patterns  generating insightful information to suppliers to make well-informed decision regarding markets  We also leverage our data analytics in order to provide supply chain finance solutions to select quality suppliers based on our extensive data on their performance and quality

*Experienced and Innovative Team*

Our management team has a combined 90 years of industry experience  As of March 31  2022  we have 694 employees  34 of whom have master and doctor deg ees  We also have a deep bench of 164 IT personnel dedicated to building next generation tools and systems

Table of Contents

**Growth Strategies**

***Grow and Diversify Seller Base and SKUs***

We are dedicated to growing and diversifying our existing seller base  For the year ended December 31  2020 and 2021 and the 12 months ended March 31  2022  we had 210  382 and 410 active 3P sellers in our marketplace  respectively  with 90%  85% and 88% of them based in mainland China  We are looking to expand our seller base into South East Asia including Vietnam  Thailand  Indonesia  and Philippines

We are also looking to expand our existing o erings as well as extending our catalog opportunistically into adjacent categories such as auto parts  in order to further solidify our position as the leading large parcel solution provider

***Grow Buyer Base and Engagement***

We are focused on attracting new buyers to our marketplace  For the year ended December 31  2020 and 2021 and the 12 months ended March 31  2022  we had 1 689  3 566 and 3 782 buyers  respectively  generating $190 5 million  $414 2 million and $438 1 million of GigaCloud Marketplace GMV  respectively  Our buyers are typically resellers located in the U S  Japan and Europe  We will continue to make investments in marketing to increase our brand awareness  and improve our product offerings to drive buyer stickiness to the platform

***Expand Product Offerings***

We will continue to leverage our data analytics capabilities to develop new tools and services to drive incremental revenue opportunities  such as the September 2020 launch of our supply chain financing services for select qualified sellers  supported by the massive amount of data related to each supplier's product and performance which help us establish accurate credit profiles  As SKUs in our marketplace grows  we are also looking to roll out paid advertising tools that promote products based on search results

***Expand Geographic Coverage***

Our success is based on our expansive geographic footprint in key markets  We will build out additional infrastructure in key markets in the U S  including Braselton  Geo gia  Ontario  California and Dallas  Texas  In Europe  we are looking to enter into new geographies including North Rhine-Westphalia  Germany

**Logistics Network and Value-added Services**

***Warehousing Network***

We have set up our local infrastructure in the U S  strategically such that we are close to ports and customers  shortening delivery time to the end customers  We have three key operating centers in California  Georgia and New Jersey  covering 14 warehouses and seven ports of destination in the U S  totaling over three million square feet  Outside the U S  we have two warehouses and two ports of destination in the U K  one warehouse and one port of destination in Germany  and four warehouses and one port of destination in Japan  totaling over 500 000 square feet

We use AI and data analytics to determine optimal distribution of inventory among our warehouses under a unified warehouse management system and provide a virtual warehousing solution for sellers and buyers in our marketplace  Our AI-powered warehousing management system solves the many practical problems faced by sellers and buyers in connection with complex  cross-border transactions involving large parcel goods

158

Table of Contents

*Transportation Network*

Upon delivery of goods from suppliers  we engage our extensive shipping network consisting of ocean transportation utilizing major providers covering 11 ports of destination with about 10 000 annual containers  and a trucking network in partnership with major trucking and freight service providers

We provide last mile delivery of bulk merchandise (over 150 pounds) and installation services to end customers  which we self-operate These services are available in nine metro markets in the U S  and we plan to expand coverage to other key metro markets  We also utilize a network of delivery providers for last mile delivery throughout the U S  and other markets  We enter into agreements with the trucking and freight service providers we partner with for terms of three to five years  during which they provide their services to us at certain tiered discounts depending on the volume we achieve  which we have the option of renegotiating if we exceed anticipated volumes

*Sourcing Network*

We have 74 employees in China and Vietnam who source product from manufacturers throughout Asia  This helps accelerate the supply on our GigaCloud marketplace and attract buyers to our marketplace that lack the network and sourcing capabilities that we have  In addition  we buy inventory from these suppliers for our off-platform ecommerce  As of March 31  2022  we sourced merchandise from more than 900 merchants for our GigaCloud 1P and off-platform ecommerce

159

Table of Contents

The chart below summarizes our sourcing network described above as of March 31, 2022:



### Order Fulfillment and Logistics Flow

Our GigaCloud Marketplace enables suppliers and buyers to transact with each other, including setting their own optional and customizable margin and rebate offerings. We charge a fee for each transaction in our GigaCloud Marketplace based on the transaction value and shipping fees. We also sell 1P products directly on GigaCloud Marketplace.

### 1P Pricing

For our 1P sales, our pricing team approaches pricing scientifically and algorithmically, by applying data and analytics to set our pricing. We use data on competitive behavior, historical sales, seasonality and inventory levels to appropriately price our products. We also engage in market research and branding analysis, as well as take into account our estimated costs in order to control our margins. We believe our technological skills and capabilities enable us to offer competitive prices for our products.

### Payment

We provide our customers with a number of payment options including bank transfers, online payments with credit cards and debit cards issued by major banks, and payment through major third-party online payment.

160

Table of Contents

platforms  such as Alipay and PayPal  Our customers can also use account balances in our GigaCloud Marketplace accumulated from deposits or prior refunds to make future purchases

*1P Inventory Management*

We believe we have an industry-leading average large parcel inventory turnover rate for our own inventory of 90 days for the three months ended March 31  2022  65 days in 2021 and 53 days for 2020  We use AI and data science to help with inventory management  including deciding when to place orders and in what quantities  Our 1P inventory in the three months ended March 31  2022 included furniture  accounting for more than 85% of GMV  fitness equipment  accounting for approximately 5% to 10% of GMV  and various other products including luggage  pet products and others accounting for 4% to 10% of GMV

*Warranties and Refunds*

For our own products procured and sold in the GigaCloud Marketplace  we provide 90-day warranties

For defective products sold in our GigaCloud Marketplace, our product managers determine refunds based on evidence provided by the buyer  such as pictures  screenshots and emails  We initially provide eligible refunds to the buyer  then recover the amount refunded from the suppliers under our purchase agreements  We do not offer exchange or return policies due to the nature of the large parcel merchandise sold in our marketplace

**Precision Software Platform and Technology Infrastructure**

We have an in-house team of over 150 IT personnel and have built our own AI algorithms from scratch  which gives us full control over our source code  We have developed our platform to be scalable as our business expands and interoperable with external systems through an open API

*AI Algorithm and Data Analysis*

Our in-house reinforcement learning algorithms are built to optimize our inventory management across our multiple warehouses around the world  analyzing historical data to determine how to manage our inventory and even where to establish our next warehouse  Our algorithm also accounts for the fragility of certain types of inventory and reduces the number of times a product is moved  Each time a product is handled  there is an increased chance of damage  which is an issue embedded in the home furnishing industry

We also create sales analytics and provide them to our sellers for a fee  The services provide meaningful value to our sellers bringing products to new markets and support a high retention rate  Additionally  we leveraged the data collected on each seller's inventory  sales history and performance to establish a credit profile under our supply chain financing program

Pursuant to our supply chain financing program  we provide cash advances to select sellers based on the estimated value of their inventory held in our warehouses  Annual percentage rate on our cash advances approximates to 16%  While our supply chain financing program is ancillary to our core business  it represents a value-add service for individual sellers in our marketplace while currently requiring only a limited portion of our working capital to implement

*Trading Platform*

We have built a cross-border ecommerce trading platform upon three layers—(i) our foundation later  which consists of basic services such as single login system access  micro-service management system and data synchronization/back services  as well as a financial management module including financial statement  accounting and settlement systems  (ii) a service layer  which includes our stock management system  warehouse management system and bulk merchandise transportation system  and (iii) our application layer which consists of a variety of customer-facing value-added features

161

Table of Contents

Our foundation layer provides the basic security features for our logistics business by segregating basic functions as individual services in order to maximize our flexibility and scalability  Our service layer drives our day-to-day operations  including key support systems such as:

- our ERP Stock Management System  a system capable of gathering and processing order  procurement and delivery management data to allow for  eal-time  dynamic stock management as well as technical support for the business development of ecommerce companies;

- our OWM Warehouse Management System  a warehouse management system with server-side management software and mobile scanning application  used in day-to-day inventory management operations including storage  receiving and shipping of bulky goods;

- our WOS Warehouse Delivery System  a white glove order delivery system consolidating orders from various channels both domestically and abroad  and integrating with foreign logistics providers to provide a unified system in order to support our multiple logistics models such as drop shipping  door-to-door pickup  cloud delivery and Walmart-S2S  fulfilling the highest standards of overseas ecommerce logistics such as SFP and FBA Onsite; and

- our Giga Bulk Merchandise Transportation System  a system for real-time  dynamic management of inventory through order management  returns management  transfer management and fleet distribution management

Key features of our application layer include our B2B Inbound Supply Chain Management Module  B2B trading platform (GigaCloud Marketplace)  multi-channel global order management module and a GigaCloud's B2B Peripheral System  The goal of these customer-facing applications is to mimic the real life transactions that sellers and buyers are used to seeing  Our suite of applications cover a full range of capabilities from sourcing management  inbound management  trade and settlement management  hybrid/complex trading management  search and recommendation management and financial reporting requirements  We offer a user-friendly platform for users to have a holistic view of their business from beginning to end  To support external service providers  we also adopt an open API to allow integration with all major software protocols

**Network Infrastructure**

We designed our data and network infrastructure for scalability and reliability to support the rapid growth in our user base in our marketplace  As of March 31  2022  we have more than 180 servers hosted in five internet data centers in the U S  mainland China  Hong Kong  Japan and Europe  which contribute significantly the scale and reliability of our services  Due to the use of cloud computing technology  the amount of bandwidth we lease is flexibly expandable to handle a surge in the number of concurrent users on GigaCloud Marketplace at peak times

**Sales and Marketing**

We are committed to building a leading global trade service provider  powering our B2B GigaCloud platform providing online and o fline integrated cross-border transaction and delivery services for furniture and large merchandise  We employ a variety of methods to promote our services and attract potential customers  merchants and other platform participants  As of March 31  2022  we also have a sales team consisting of 101 sales representatives in locations around the world who source product for our 1P sales as well as bring in resellers and manufacturers to our GigaCloud Marketplace

**Customer Service and Support**

Our customer service team consists of 47 customer service representatives based in China and the U S  as of March 31  2022  Our representatives are available seven days a week by phone  email and live chat  By

162

Table of Contents

helping customers navigate our sites  answering their questions and completing their orders  this team helps us build trust with customers  build our brand awareness  enhance our reputation and drive sales

**Risk Management and Compliance**

*Platform Monitoring*

Preserving the integrity of GigaCloud Marketplace is a primary focus of our operations  We employ a dedicated team that monitors transactions in our marketplace to check for abnormal or fraudulent activity  such as large deviations in pricing  abuse of our flat rate shipping policy and counterfeit products  as well as monitor complaints submitted in our marketplace generally  We limit the activities of sellers and buyers who have been involved in fraudulent transactions in our marketplace in the past  and for particularly egregious violations  we reserve the right to refuse service and demand the removal of a seller's inventory where applicable  We also have dynamic password protection and real-time login activity monitoring to further authenticate sellers and buyers in our marketplace

We strictly enforce our anti-fraud and prevention of misuse measures  For example  we require our customers to provide identification documents such as identification card and business licenses to authenticate their identity and require them to enter passcode of the electronics to prevent fraud  We also do not show the prices of products sold in our marketplace without users registering and logging onto the system to ensure that only registered sellers and buyers transact in a fair and secure marketplace

*Product Quality and Safety*

In addition to product liability insurance we purchase for our 1P products  we have established a unified product inspection system for products sold in our 1P business  to ensure product quality and safety  Our inspection standards include packaging drop tests  box marking printing accuracy checks  product color checks  packaging and product dimensions  assembly  packaging details and packaging images  We also actively monitor the products listed on GigaCloud Marketplace to proactively identify and remove suspicious listings or potentially counterfeit products  We take a broad range of measures to prevent counterfeit products in our marketplace to protect the sellers and buyers in our marketplace  including actively identifying and taking down counterfeit products and providing complaint channels for sellers and buyers to report infringement  If allegations of counterfeit goods or fraudulent transactions are verified  we may take various actions including immediate delisting of the relevant products  arranging for the seller to reimburse the buyer and imposing restrictions on the seller's ability to list new products or participate in promotional activities in our marketplace  We also cooperate with brands and judicial authorities in connection with investigations into violations of intellectual property

While we maintain a "zero-tolerance" policy for counterfeit goods and fraudulent transactions in our marketplace  we also protect sellers in our marketplace from false allegations and fictitious complaints  with procedures in place to verify allegations and complaints  and we allow sellers who have been accused of selling counterfeit products or engaging in fraudulent transactions up to two days to refute allegations and provide evidence of the authenticity of their products and transactions

*Data Privacy and Security*

We collect a vast amount of data that are related to our business  all with consent from owners of such information  We are committed to protecting the privacy and security of such data  We have established and implemented a strict platform-wide policy on data collection  processing and usage  We have adopted data protection policies to ensure the security of proprietary and sensitive data and employed a data security team of engineers and technicians dedicated to protecting the security of such data  To ensure data security and avoid data leakage  we require each department to assign a dedicated individual to handle data protection and

163

Table of Contents

confidentiality  place restrictions on connecting internal local computers to external storage media and network sharing  control confidential information to prevent copying, transferring and third-party access without prior authorization and implement strict standards for off-site data backup and retrieval  We have a data management department to supervise our data privacy and protection policies and procedures and investigate and resolve possible th eats or weaknesses  We do not share or transfer personal information to any corporation  organization or individual outside our platform without explicit consent  For more information  see "Risk Factors—Risks Related to Our Business and Industry—Our failure or the failure of third-party service providers to protect our marketplace  networks and systems against security breaches  or otherwise to protect our confidential information  could damage our reputation and substantially harm our business and operating results" and "Risk Factors—Risks Related to Our Business and Industry—We are subject to stringent and changing privacy laws  regulations and standards as well as contractual obligations related to data privacy and security  Our actual or perceived failure to comply with such obligations could harm our reputation  subject us to significant fines and liability  or otherwise adversely affect our business or prospects "

## Competition

In connection with our GigaCloud Marketplace  we compete with other ecommerce platforms on which sellers and buyers trade merchandise  particularly large parcel items  For 1P  the market for the online goods that we sell is highly competitive  fragmented and rapidly changing  We compete with other similar manufacturers

While ecommerce has been embraced by sellers and buyers around the world  the ecommerce market for large parcel items such as furniture and fitness equipment remains underpenetrated due to the logistics challenges presented by la ge parcel items  ecommerce poses high capital requirements for overhead expenditures to support the business operations throughout the value chain  including the costs for establishing IT facilities  procuring products from upper-tier suppliers  renting and running warehouses  acquiring new users  as well as related logistics costs for delivery of products  Carrying out ecommerce business involves multiple technology capabilities including but not limited to cloud computing  big data analytics and artificial intelligence to create competitive advantages in business operation

## Intellectual Property

Our intellectual property  including any trademarks  copyrights  trade dress  trade secrets and technologies  is an important part of our business  Our success depends in part on our ability to obtain and maintain intellectual property and proprietary protection for our technology  defend and enforce our intellectual property rights  preserve the confidentiality of our trade secrets  and operate without infringing, misappropriating or otherwise violating valid and enforceable intellectual property and proprietary rights of others  To protect our intellectual property and proprietary information  we rely on a combination of trademark  copyright and trade secret laws and regulations  as well as contractual restrictions  We seek to protect our technology  in part  by requiring our employees  consultants  contractors and other third parties to execute confidentiality agreements and by implementing technological measures and other methods

We pursue the registration of our trademarks  including "GIGACLOUD LOGISTICS" and "大健云仓" and certain variations thereon  copyrights and domain names in the U S  China and certain foreign jurisdictions  As of March 31  2022  we own 19 registered U S  trademarks  10 registered PRC trademarks  24 registered foreign trademarks and 2 U S  and foreign copyright registrations  primarily covering the software we have designed  We also rely on the protection of laws regarding unregistered copyrights for our software and certain other content we create  We will continue to evaluate the merits applying for copyright registrations in the future  We also own 3 registered domain names  including gigacloudlogistics com  gigacloudlogistics cn and oristand com  For more information  see "Risk Factors—Risks Related to Our Business and Industry—We may not be able to prevent others from unauthorized use of our intellectual property  which could harm our business and competitive position "

164

**Facilities**

Our corporate headquarters is in Suzhou  China  where we currently occupy approximately 53 860 square feet of office space pursuant to a lease with one year lease term  which can be renewed prior to the termination  We also lease 21 warehouses in the U S   Japan  the U K  and Germany totaling over four million square feet

We believe that our facilities are su ficient to meet our current needs  We intend to add new facilities or to expand our existing facilities as we add employees and expand our operations  We believe that additional space that is suitable for our needs will be available as needed to accommodate any such expansion of our operations

**Employees**

As of March 31  2022  we had 694 full-time equivalent employees  respectively  34 of whom had masters or doctors degrees  None of our employees is represented by a labor union or covered by a collective bargaining agreement  We consider our relationship with our employees to be good  The following table shows a b eakdown of our employees by department function and by geographic location as of March 31  2022:

| Department/Function | Employees |
|---|---|
| General and Administrative | 95 |
| Information Technology | 164 |
| Sales and Marketing | 298 |
| Operations | 90 |
| Customer Service | 47 |
| Total | 694 |

| Geographic Location | Employees |
|---|---|
| China | 541 |
| U S | 74 |
| Japan | 27 |
| U K | 15 |
| Germany | 6 |
| Vietnam | 31 |
| Total | 694 |

**Government Regulations**

Our business is subject to foreign and domestic laws and regulations applicable to companies conducting business on the Internet  Jurisdictions vary as to how  or whether  existing laws governing areas such as personal privacy and data security  consumer protection or sales and other taxes  among other areas  apply to the Internet and ecommerce  and these laws are continually evolving  For example  certain applicable privacy laws and regulations require us to provide customers with our policies on sharing information with third parties  and advance notice of any changes to these policies  Related laws may govern the manner in which we collect  store  use  process  disclose or transfer sensitive information  or impose obligations on us in the event of a security breach or inadvertent disclosure of such information  International jurisdictions impose different  and sometimes more stringent  consumer and privacy protections  Additionally  tax regulations in jurisdictions where we do not currently collect state or local taxes may subject us to the obligation to collect and remit such taxes  or to additional taxes  or to requirements intended to assist jurisdictions with their tax collection efforts  New legislation or regulation  the application of laws from jurisdictions whose laws do not currently apply to our

165

business  or the application of existing laws and regulations to the Internet and ecommerce generally could result in significant additional taxes on our business  Further  we could be subject to fines or other payments for any past failures to comply with these requirements  The continued growth and demand for ecommerce is likely to result in more laws and regulations that impose additional compliance burdens on ecommerce companies  For more information  see "Risk Factors—Risks Related to Our Business and Industry—Government regulation of the Internet and ecommerce in the U S  and globally is evolving, and unfavorable changes or failure by us to comply with these regulations could substantially harm our business and results of operations " and "Risk Factors—Risks Related to Our Business and Industry—We are subject to stringent and changing privacy laws  regulations and standards as well as contractual obligations related to data privacy and security  Our actual or perceived failure to comply with such obligations could harm our reputation  subject us to significant fines and liability  or otherwise adversely affect our business or prospects "

**Insurance**

We maintain certain insurance policies to safeguard us against risks and unexpected events  including property damage and business interruption  as well as insurance coverage over goods in transit  employers' insurance  product liability and commercial insurance  We believe that we maintain a range of insurance coverage in relation to our business that is customary for our industry

**Legal Proceedings**

From time to time we may be involved in claims that arise during the ordinary course of business  Although the results of litigation and claims cannot be predicted with certainty  we do not currently have any pending litigation to which we are a party or to which our property is subject that we believe to be material  Regardless of the outcome  litigation can be costly and time consuming  as it can divert management's attention from important business matters and initiatives  negatively impacting our overall operations  In addition  we may also find ourselves at greater risk to outside party claims as we increase our operations in jurisdictions where the laws with respect to the potential liability of online retailers are uncertain  unfavorable  or unclear

## PRINCIPAL SHAREHOLDERS

The following table sets forth information concerning the beneficial ownership of our ordinary shares on an as-converted basis  as of the date of this prospectus  for:

- each of our directors and executive officers; and

- each person known to us to beneficially own 5% or more of our total issued and outstanding ordinary shares

We have adopted a dual class ordinary share structure  which will become effective immediately prior to the completion of this offering  The calculations in the table below are based on:

- 37 303 546 ordinary shares outstanding on an as-converted basis as of the date of this prospectus; and

- 40 243 546 ordinary shares outstanding on an as-converted basis immediately after the completion of this o fering  comprised of 30 916 814 Class A ordinary shares on an as-converted basis  including 2 940 000 Class A ordinary shares to be sold by us in this offering, and 9 326 732 Class B ordinary shares on an as-converted basis  assuming the underwriter does not exercise the over-allotment option to purchase additional Class A ordinary shares

Beneficial ownership is determined in accordance with the rules and regulations of the SEC  In computing the number of shares beneficially owned by a person and the percentage ownership of that person  we have included shares that the person has the right to acquire within 60 days of the date of this prospectus  including through the exercise of any option  warrant or other right or the conversion of any other security  These shares however  are not included in the computation of the percentage ownership of any other person

| | Ordinary Shares Beneficially Owned Prior to This Offering*** | | Ordinary Shares Beneficially Owned After This Offering*** | | | | |
| | Number | % | Class A Ordinary Shares | Class B Ordinary Shares | Total Ordinary Shares on an as-converted basis | Percentage of Beneficial Ownership | Percentage of Total Voting Power**** |
|---|---|---|---|---|---|---|---|
| **Directors and Executive Officers**** | | | | | | | |
| Larry Lei Wu[1] | 9 326 732 | 25 0 | — | 9 326 732 | 9 326 732 | 23 2 | 75 1 |
| Xin Wan[2] | 1 097 540 | 2 9 | 1 097 540 | — | 1 097 540 | 2 7 | 0 9 |
| Frank Lin[3] | 6 990 586 | 18 7 | 7 806 886 | — | 7 806 886 | 19 4 | 6 3 |
| Xing Huang | — | — | — | — | — | — | — |
| Zhiwu Chen | — | — | — | — | — | — | — |
| Binghe Guo | — | — | — | — | — | — | — |
| Thomas Liu | — | — | — | — | — | — | — |
| Kwok Hei David Lau | — | — | — | — | — | — | — |
| All directors and executive officers as a group | 17 414 858 | 46 6 | 8 904 426 | 9 326 732 | 18 231 158 | 45 3 | 82 3 |
| **Principal Shareholders:** | | | | | | | |
| Larry Lei Wu[1] | 9 326 732 | 25 0 | 9 326 732 | — | 9 326 732 | 23 2 | 75 1 |
| DCM entities[4] | 6 990 586 | 18 7 | 7 806 886 | — | 7 806 886 | 19 4 | 6 3 |
| JD entity[5] | 4 211 333 | 11 3 | 4 211 333 | — | 4 211 333 | 10 5 | 3 4 |
| Dongsi Er Tiao Trust[6] | 3 668 363 | 9 8 | 3 668 363 | — | 3 668 363 | 9 1 | 3 0 |
| Hua Yuan International Limited[7] | 3 566 272 | 9 6 | 3 566 272 | — | 3 566 272 | 8 9 | 2 9 |
| Hong Kong Red Star Macalline Universal Home Furnishings Limited[8] | 2 943 786 | 7 9 | 2 943 786 | — | 2 943 786 | 7 3 | 2 4 |
| FireDragon Holdings Inc [9] | 2 046 984 | 5 5 | 2 046 984 | — | 2 046 984 | 5 1 | 1 6 |

195

\*\*    Except as indicated otherwise below  the business address of our directors and executive o ficers is Unit A  12/F  Shun Ho Tower  24-30 Ice House Street  Central  Hong Kong  The business address of Frank Lin is Unit 1  Level 10  Tower W2  Oriental Plaza  1# Changan Ave  Dong Cheng District  Beijing  The business address of Xing Huang is Building 4  Jingdong Headquarters at the intersection of Kechuang 11th Street and Jinghai 4th Road  Yizhuang Economic Development Zone  Daxing District  Beijing  The business address of Zhiwu Chen is Asia Global Institute  Room 326-348  3/F  Main Building, The University of Hong Kong, Pokfulam  Hong Kong  The business address of Binghe Guo is 7th Floor  North Building, Block B  Lane 1466  Shenchang Road  Minhang District  Shanghai  China  The business address of Thomas Liu is 29F Tower 3  Jing An Kerry Centre  1228 Middle Yan'an Road  Shanghai

\*\*\*    Beneficial ownership information disclosed herein represents direct and indirect holdings of entities owned  controlled or otherwise affiliated with the applicable holder as determined in accordance with the rules and regulations of the SEC

\*\*\*\*    For each person or group included in this column  percentage of total voting power represents voting power based on both Class A and Class B ordinary shares beneficially owned by such person or group with respect to the voting power of all of our issued and outstanding Class A and Class B ordinary shares as a single class  Each holder of our Class A ordinary shares is entitled to one vote per share and each holder of our Class B ordinary shares is entitled to ten votes per share on all matters submitted to them for a vote  Our Class A ordinary shares and Class B ordinary shares vote together as a single class on all matters submitted to a vote of our shareholders  except as may otherwise be required by law  Our Class B ordinary shares a e convertible at any time by the holder into Class A ordinary shares on a one-for-one basis  while Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances

(1)    Represents (i) 154 880 ordinary shares held by TALENT BOOM GROUP LIMITED  a company incorporated in the British Virgin Islands and controlled by Mr Wu and (ii) 7 600 809 ordinary shares and 1 571 043 ordinary shares issuable upon conversion of the same amount of series B preferred shares held by Ji Xiang Hu Tong Holdings Limited  a company incorporated in the British Virgin Islands  The sole shareholder of Ji Xiang Hu Tong Holdings Limited is a limited liability company incorporated in Delaware  U S  controlled by Mr Wu as its sole member and sole manager  Mr Wu may be deemed to be the beneficial owner of the shares held by TALENT BOOM GROUP LIMITED and Ji Xiang Hu Tong Holdings Limited  The registered address of TALENT BOOM GROUP LIMITED and Ji Xiang Hu Tong Holdings Limited is Vistra Corporate Services Centre  Wickhams Cay II  Road Town  Tortola  VG1110  British Virgin Islands  All the shares held by TALENT BOOM GROUP LIMITED and Ji Xiang Hu Tong Holdings Limited will be re-classified and re-designated as Class B ordinary shares immediately prior to the completion of this o fering

(2)    Represents 1 097 540 ordinary shares held through Dongsi Tou Tiao Limited  a company incorporated in British Virgin Islands  Dongsi Tou Tiao Limited is controlled and managed by Dongsi Tou Tiao Trust  a trust established under a trust deed dated July 13  2021 between us and Futu Trustee as trustee  The trust's beneficiaries are certain of our directors and executive officers  including Mr Wan  who are the participants of our 2008 Plan and 2017 Plan  The trust deed provides that the trustee shall not exercise the voting rights attached to our shares held by Dongsi Tou Tiao Limited  or the investment and dispositive power  unless otherwise directed by the advisory committee of the trust  As of the date of this prospectus  the sole member of the advisory committee of Dongsi Tou Tiao Trust is our human resource manager  who is not our director  executive officer or affiliate  Dongsi Tou Tiao Trust is therefore treated as our consolidated VIE under U S  GAAP  For details of Dongsi Tou Tiao Limited and Dongsi Tou Tiao Trust  see "Management—Share Incentive Plans—Equity Incentive Trusts "  Each of Mr Wan and the advisory committee member disclaims the beneficial ownership of our shares held by Dongsi Tou Tiao Limited  except to the extent of any pecuniary interest therein  The registered address of Dongsi Tou Tiao Limited is at the offices of Trinity Chambers  P O  Box 4301  Road Town  Tortola  British Virgin Islands  All the

196

Table of Contents

shares held by Dongsi Tou Tiao Limited will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

(3)　　Represents the ordinary shares held by certain entities affiliated with DCM  See note (4) below

(4)　　Represents (i) 964 981 ordinary shares and an aggregate of 5 852 240 ordinary shares issuable upon conversion of 91 799 series A preferred shares and 5 760 441 series B preferred shares held by DCM IV  L P  a Cayman Islands exempted limited partnership ("DCM IV")  and (ii) 24 540 ordinary shares  and an aggregate of 148 825 ordinary shares issuable upon conversion of 2 334 series A preferred shares and 146 491 series B preferred shares held by DCM Affiliates Fund IV  L P  a Cayman Islands exempted limited partnership ("DCM Affiliates IV")  The number of Class A ordinary shares beneficially owned immediately after this offering also includes an aggregate of 816 300 Class A ordinary shares which DCM U S  Fund IX  Ltd  ("DCM IX") and DCM Affiliates Fund IX  L P  ("DCM Affiliates IX") have agreed to purchase  and have been allocated by the underwriter  in this offering at the initial public offering price and on the same terms as the other shares being offered in this offering  DCM Investment Management IV  L P  ("DCM IV DGP")  the general partner of each of DCM IV and DCM Affiliates IV  and DCM International IV  Ltd   the general partner of DCM IV DGP ("DCM IV UGP"), may each be deemed to have sole voting and dispositive power over the shares held by DCM IV and DCM Affiliates IV  DCM Investment Management IX  L P  ("DCM IX DGP")  the general partner of each of DCM IX and DCM Affiliates IX  and DCM International IX  Ltd   the general partner of DCM IX DGP ("DCM IX UGP")  may each be deemed to have sole voting and dispositive power over the shares held by DCM IX and DCM Affiliates IX  Frank Lin and Matthew C  Bonner are the directors of DCM IV UGP and DCM IX UGP and may be deemed to share voting and dispositive power over the shares held by DCM IV  DCM Affiliates IV  DCM IX and DCM Affiliates IX  Each of the foregoing persons disclaims beneficial ownership of shares held by DCM IV  DCM Affiliates IV  DCM IX and DCM Affiliates IX  except to the extent of any pecuniary interest therein  The business address of DCM IV  DCM Affiliates IV  DCM IX and DCM Affiliates IX is 2420 Sand Hill Road  Suite 200 Menlo Park  CA 94025  All the shares held by DCM IV and DCM Affiliates IV will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

(5)　　Represents an aggregate of 4 211 333 ordinary shares issuable upon conversion of 12 017 series A preferred shares and 293 706 series B preferred shares  1 185 808 series C preferred shares and 2 719 802 series E preferred shares held by Honeysuckle Creek Limited  a company incorporated in the British Virgin Islands  Honeysuckle Creek Limited is wholly owned by JD com Investment Limited  which is a wholly-owned subsidiary of JD com  Inc   a company incorporated in the Cayman Islands and listed on the Nasdaq Global Select Market (Nasdaq: JD) and the Main Board of the Hong Kong Stock Exchange (HKEX: 9618)  The registered address of Honeysuckle Creek Limited is Craigmuir Chambers  Road Town  Tortola  VG 1110  British Virgin Islands  All the shares held by Honeysuckle Creek Limited will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

(6)　　Represents 3 668 363 ordinary shares held by Dongsi Er Tiao Limited  a company incorporated in British Virgin Islands  Dongsi Er Tiao Limited is controlled and managed by Dongsi Er Tiao Trust  a trust established under a trust deed dated July 13  2021 between us and Futu Trustee as trustee  The trust's beneficiaries are certain of our employees who are the participants of our 2008 Plan and 2017 Plan  The trust deed provides that the trustee shall not exercise the voting rights attached to our shares held by Dongsi Er Tiao Limited  or the investment and dispositive power  unless otherwise directed by the advisory committee of the trust  As of the date of this prospectus  the sole member of the advisory committee of Dongsi Er Tiao Trust is our CEO assistant  who is not our director  executive officer or affiliate  Dongsi Er Tiao Trust is therefore treated as our consolidated VIE under U S  GAAP  For details of Dongsi Er Tiao Limited and Dongsi Er Tiao Trust  see "Management—Share Incentive Plans—Equity

Table of Contents

Incentive Trusts " The advisory committee member disclaims the beneficial ownership of our shares held by Dongsi Er Tiao Limited  except to the extent of any pecuniary interest therein  The registered address of Dongsi Er Tiao Limited is at the offices of Trinity Chambers  P O  Box 4301  Road Town  Tortola  British Virgin Islands  All the shares held by Dongsi Er Tiao Limited will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

(7)    Represents an aggregate of 3 566 272 ordinary shares issuable upon conversion of 2 286 365 series C preferred shares and 1 279 907 series E preferred shares held by Hua Yuan International Limited  a company incorporated in Hong Kong  Hua Yuan International Limited is wholly owned by China-Singapore Suzhou Industrial Park Ventures Co  Ltd  which is wholly owned by Suzhou Oriza Holdings Corporation Limited  Suzhou Oriza Holdings Corporation Limited is controlled by Suzhou Industrial Park Economic Development Co  Ltd  which is PRC state-owned enterprise  Mr  Chengwei Liu is the sole director of Hua Yuan International Limited and has the voting and investment power over Hua Yuan International Limited  Mr  Chengwei Liu disclaims the beneficial ownership of the shares held by Hua Yuan International Limited  except to the extent of any pecuniary interest therein  The registered address of Hua Yuan International Limited is Room 8201  82/F  International Commerce Centre  1 Austin Road  West KL  Hong Kong  The business address of Mr  Chengwei Liu is Block 19  Sandlake VC/PE Community  183 Suhong Dong Rd  Suzhou Industrial Park  Jiangsu  China  All the shares held by Hua Yuan International Limited will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

(8)    Represents an aggregate of 2 943 786 ordinary shares issuable upon conversion of 2 943 786 series D preferred shares held by Hong Kong Red Star Macalline Universal Home Furnishings Limited  or Hong Kong Red Star Macalline  a company incorporated in Hong Kong  Hong Kong Red Star Macalline is wholly owned by Red Star Macalline Group Corporation Limited  a company established in China and a public company listed in Hong Kong (HKSE: 1528) and Shanghai (SSE: 601828)  The controlling shareholder of Red Star Macalline Group Corporation Limited is Mr  Jianxing Che who may be deemed to be the beneficial owner of the shares held by Hong Kong Red Star Macalline  The registered address of Hong Kong Red Star Macalline Universal Home Furnishings Limited is 31/F Tower Two Times Square  1 Matheson Street  Causeway Bay  Hong Kong  The business address of Mr  Jianxing Che is c/o Red Star Macalline Group Corporation Limited  No  2/5  Lane 1466  Shenchang road  Minhang District  Shanghai  China  All the shares held by Hong Kong Red Star Macalline will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

(9)    Represents an aggregate of 2 046 984 ordinary shares held by FireDragon Holdings Inc  a company incorporated in the British Virgin Islands  wholly owned by Lianya Pan  one of our founders  Mr  Pan may be deemed to be the beneficial owner of the shares held by FireDragon Holdings Inc  The registered address of FireDragon Holdings Inc  is Trinity Chambers  P O  Box 4301  Road Town  Tortola  British Virgin Islands  All the shares held by FireDragon Holdings Inc  will be re-classified and re-designated as Class A ordinary shares immediately prior to the completion of this offering

        As of the date of this prospectus  we have 253 479 ordinary shares held by record holders in the U S  We are not aware of any arrangement that may  at a subsequent date  result in a change of control of our company

        See "Description of Share Capital—History of Securities Issuances" for a description of issuances of our ordinary shares that have resulted in significant changes in ownership held by our major shareholders

198

Table of Contents

## EXPERTS

The consolidated financial statements of GigaCloud Technology Inc as of December 31  2019 and 2020  and for the years then ended have been included herein and in the registration statement in reliance upon the report of KPMG Huazhen LLP  independent registered public accounting firm  appearing elsewhere herein  and upon the authority of said firm as experts in accounting and auditing

The audit report contains an explanatory paragraph that states that our company has restated its 2019 and 2020 consolidated financial statements to correct errors in the recognition of its share-based compensation expenses

The o fice of KPMG Huazhen LLP is located at 25th Floor  Tower II  Plaza 66  1266 Nanjing West Road  Shanghai  People's Republic of China

239