# EXHIBIT 13



**GIGACLOUD TECHNOLOGY**

**Q4 Earnings Presentation**

March 2023

# Disclaimer



The information contained in this presentation has been prepared by GigaCloud Technology Inc (the "Company") solely for informational purposes and should not be construed to be, directly or indirectly, in whole or in part, an offer to buy or sell and/or an invitation and/or a recommendation and/or a solicitation of an offer to buy or sell any security or instrument or to participate in any investment or trading strategy, nor shall any part of it form the basis of, or be relied on in connection with, any contract or investment decision in relation to any securities or otherwise.

This document does not contain all relevant information relating to the Company or its securities, particularly with respect to the risks and special considerations involved with an investment in the securities of the Company. Nothing contained in this document shall be relied upon as a promise or representation as to the past or future performance of the Company. Past performance does not guarantee or predict future performance.

You acknowledge that any assessment of the Company that may be made by you will be independent of this document and that you will be solely responsible for your own assessment of the market and the market position of the Company and that you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of the business of the Company.

This document contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "confident" and similar statements. Among other things, the business outlook and quotations from management in this document, if any, as well as the Company's strategic and operational plans, contain forward-looking statements. The Company may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement. Further information regarding these and other risks is included in the Company's filings with the SEC. All information provided herein is as of the date of this document, and the Company undertakes no obligation to update any forward-looking statement, except as required under applicable law.

This document may also contain non-GAAP financial measures, the document of which is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with accounting principles generally accepted in the United States of America. In addition, the Company's calculation of these non-GAAP financial measures may be different from the calculation used by other companies, and therefore comparability may be limited. The reconciliation of those measures to the most comparable GAAP measures is contained within this document or available at our website https://investors.gigacloudtech.com.

**Our Mission Statement**

GigaCloud is a leading B2B marketplace provider, enabling the future of global commerce

With a meticulously developed and comprehensive B2B platform, coupled with decades of experience, GigaCloud serves all large parcel retailers & eCommerce players throughout the world



# Supplier Fulfilled Retailing Model: Using Internet to Revolutionize B2B



## CURRENT MODEL



FACTORY/DISTRIBUTOR

**Distributor**

**Reseller & Retailer**

**LAST MILE**

**END CUSTOMER**

**Fulfilled by resellers/retailers**

**Challenges**
- *Too many touchpoints*
- *Prolonged delivery time*
- *Fragmented market*
- *Limited SKUs selection*

## Supplier Fulfilled Retailing

**Enhance Distribution Channels Logistics Management**

**Product Discovery Payment Solution Warehousing**



GIGASELLER (FACTORY/DISTRIBUTOR)

**GIGA**

**Distributor**

**Reseller & Retailer**





**END CUSTOMER**

**Fulfilled by GIGA**

**LAST MILE**

**Advantages**
- *Fewer touchpoints lead to less cost and higher margin*
- *Pooling of risk for the entire industry*
- *Better efficiency through optimization by a central party (Giga)*

4

# The Giga Cycle – Our 1P, 3P and Logistics



Leverages seller insights + proprietary data → Expands SKUs in GigaCloud Marketplace → Creates market presence in multiple geographies → Eventually convert 1P sellers into 3P sellers

## Flat Rate Program for Shipping & Handling

### 1P

- Procuring products and sell through GigaCloud Marketplace (On-platform) and third-party e-commerce channels (Off-platform)
- Generates product revenues through the sale of procured products

**On-platform**



**Off-platform**







**Logistics**

### 3P

- Marketplace operator to facilitate users to transact and provider of end-to-end logistics solutions
- Generates service revenue through platform and fulfillment and other value-added fees

**Platform Statistics (Q4 2022)**

- Total GIGA GMV: $145 million
- 3P Seller GMV: $82 million
- Active Buyers: 2,331
- Active Sellers: 474
- 1P SKUs: 7,849

## Third Party Logistics

Informs purchase behaviour and latest product trends → Analyses buyer behaviour for more targeted marketing → Compliments and diversify product universe → Collects market data to better inform 1P inventory selection

5

# Access to Rapidly Growing Seller and GMV





**Active Sellers Increasing Quickly...**

Number of Active Sellers

47%

560

382

2021    2022



**... Results in Significant Growth in GMV**

GMV on GigaCloud Marketplace

(USD in $mm)

25%

$518

$414

2021    2022

**Expansion of Product Categories from Large Furniture to Home Appliances, Fitness Equipment and Gardening**



**Furniture**



**Home Appliance**



**Home Fitness Equipment**



**Gardening**



Pet Supplies    Auto Accessories    Seasonal Decor

**Other Large Parcel Products**

**Additional Categories**

6

Source: Company management.

# Attractive Buyer Cohort Trends



## Key Buyer Trends

- Since inception of GigaCloud Marketplace, active buyers' spend has consistently increased over time

  - buyers who joined in 2021 increased their spend from $36M in Q4 2021 to $40M in Q4 2022, 11.1% YoY increase

- We expect continued momentum in buyer spend and engagement as we expand service offerings and enhance our logistics capabilities

- Additionally, we expect the number of active buyers continue to grow as a result of customer referrals and word-of-mouth

## Q4 2022 Key Statistics

**4,156**
Active Buyers
2022

**~$125k**
Spend per Active Buyer
2022

## Active Buyer Spend (GMV) in GigaCloud Marketplace



*Source: Company management.*

(1)  Buyers represent the group of buyers who first purchased products on the GigaCloud Marketplace in a given year.

(2)  Active Buyers shows the total number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last twelve months.

7

# Flexible Trading Tools to Facilitate Transactions





| **1** | **Simple Transactions** |
|---|---|

- Drop shipping transactions where GigaCloud picks up products in GigaCloud warehouse and delivers directly to end customer, without the need for buyer to handle any aspect of the fulfillment

| **2** | **Complex Transactions** |
|---|---|

- Rebate
- Margin transaction
- Spot price
- ~~Margin transaction for future goods~~

8

# HARDWARE: End-to-End Logistics Capabilities



## End-to-End Cross Border Fulfillment Capabilities


Manufacturer

**Delivery of goods**




Reseller


GIGACLOUD




End Customers

**Cloud Storage:** Virtual warehousing solution for manufacturer

**Cloud Delivery:** Direct drop-ship to end customer with single flat rate option

**Last mile delivery:** Bulk merchandise delivery including items weighing over 150 lbs. and installation services for end customers. Currently available in 9 metro markets in the U.S. with the ability to reach over 90% of customers in the lower 48 states within 3 days on average.



### Ocean Transportation

- Covering over 15 ports of loading and 11 ports of destination
- Over 10,000 annual containers



### Extensive Trucking Network

- Partnership with all major trucking and freight service providers



### Global Logistics Network

- 21 overseas large-scale warehouses located in 4 countries globally
- 4M+ sq. ft. of warehouse space
- Unified warehouse management system

## Local Resources in the US

- Strategic locations nationwide
  - Close to major ports
  - Proximity to customers
  - Shortened delivery time to end consumer
- Three key operating centers in L.A., Atlanta and New Jersey



14 warehouses and 7 ports of destination in the U.S.

## Local Resources Internationally







**2 warehouses & 2 ports of destination in the UK**

**1 warehouse & 1 port of destination in Germany**

**4 warehouses & 1 port of destination in Japan**

9

# SOFTWARE: Data Driven Operations



**Big Data Driven Technology Stack Powered by AI & Machine Learning Drives Incremental Operating Efficiencies**

**End Customer Data**

Informs purchase behavior and latest consumer preferences

**Warehousing Data**

Optimizes inventory levels globally to improve operating efficiencies

**Seller Data**

Leverage AI to establish credit profiles based on sales record, volume and rating that could be utilized for future credit extensions

## AI / ML Enabled Technology Stack

**Product Data**

Collects real-time market trends to provide value-added market analysis to sellers / buyers and better inform 1P inventory selection

**Buyer Data**

Informs buyer behavior which allows for more targeted product marketing

10

# Financial Highlights



## GigaCloud at a Glance

### Strong Financials



**$125.6M**
**Revenue**
Q4 2022



**20.5%**
**Revenue Growth**
Q4 2021 to Q4 2022



**$15.2M / 12.1%**
**Adj. EBITDA[1] / Margin[2]**
Q4 2022

### Tremendous Scale



**$518.2M**
**GigaCloud Marketplace GMV**
2022



**25.1%**
**GigaCloud Marketplace GMV Growth**
2021 to 2022



**$257.7M**
**3P Seller GigaCloud Marketplace GMV**
2022



**64.3%**
**3P Seller GigaCloud Marketplace GMV Growth**
2021 to 2022

### Extensive Reach



**560**
**Active Sellers**
2022



**4,156**
**Active Buyers**
2022



**~$125k**
**Active Buyer Spend**
2022



*(1) Net income + income tax expense + interest expense-interest income + depreciation and amortization + share-based compensation expense*
*(2) Adj. EBITDA/revenue*
*Source: Company management*

11

# Q4 Financial Performance Update



*Value shown in charts are in million*

## Total GMV

- Marketplace GMV
- Off-Platform GMV

**24.1%**

$142.0
- $28.9
- $113.1

$176.2
- $31.1
- $145.1

Q4'21          Q4'22

## Total Revenue

- Service Revenue
- Product Revenue

**20.5%**

$104.2
- $26.6
- $77.7

$125.6
- $36.1
- $89.6

Q4'21          Q4'22

## Gross Profit

**36.1%**

$19.6          $26.7

Q4'21          Q4'22

% Margin*:   **18.8%**     **21.2%**

## Adj. EBITDA

**34.9%**

$11.3          $15.2

Q4'21          Q4'22

**10.8%**     **12.1%**

Source: Company management
*Gross Margin = Gross Profit / Total Revenue * 100%; Adj. EBITDA Margin = Adj. EBITDA / Total Revenue *100%

12

# Our Growth Strategies



## Expandable platform with significant avenues for growth









**Grow & Diversify Seller Base + SKUs**

**Grow Buyer Base & Engagement**

**Expand Product Service Offerings**

**Inorganic Growth Opportunities**

- Grow and diversify existing seller base
- For the first time ever since the launch of Marketplace, GigaCloud 3P Seller GMV surpassed 1P GMV as a percentage of total Marketplace GMV in Q4 2022, demonstrating the platform's growth and market recognition as a thriving 3P-seller-dominated platform
- Expand existing offerings and extend catalog

- Attract new buyers to marketplace
- In LTM Dec. 31, 2022, 4,156 buyers generated $518.2M of GigaCloud Marketplace GMV
- Continue to make investments to enhance brand awareness and improve product offerings to drive buyer stickiness to the platform

- Continue leveraging data analytics capabilities to develop new tools and services to drive incremental revenue opportunities
- Launched supply chain financing services in September 2020 to select qualified sellers
- Plan to roll out paid advertising tools that promote products based on search results

- Actively seeking for M&A opportunities that will enhance our distribution channels and logistics offerings
- Plans has been prepared to invest in R&D in areas such as IT, AI, and machine learning with a particular focus on the year 2023

13

# THANK YOU

