# EXHIBIT 15



# Disclaimer



The information contained in this presentation has been prepared by GigaCloud Technology Inc (the "Company") solely for informational purposes and should not be construed to be, directly or indirectly, in whole or in part, an offer to buy or sell and/or an invitation and/or a recommendation and/or a solicitation of an offer to buy or sell any security or instrument or to participate in any investment or trading strategy, nor shall any part of it form the basis of, or be relied on in connection with, any contract or investment decision in relation to any securities or otherwise.

This document does not contain all relevant information relating to the Company or its securities, particularly with respect to the risks and special considerations involved with an investment in the securities of the Company. Nothing contained in this document shall be relied upon as a promise or representation as to the past or future performance of the Company. Past performance does not guarantee or predict future performance.

You acknowledge that any assessment of the Company that may be made by you will be independent of this document and that you will be solely responsible for your own assessment of the market and the market position of the Company and that you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of the business of the Company.

This document contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "confident" and similar statements. Among other things, the business outlook and quotations from management in this document, if any, as well as the Company's strategic and operational plans, contain forward-looking statements. The Company may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement. Further information regarding these and other risks is included in the Company's filings with the SEC. All information provided herein is as of the date of this document, and the Company undertakes no obligation to update any forward-looking statement, except as required under applicable law.

This document may also contain non-GAAP financial measures, the document of which is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with accounting principles generally accepted in the United States of America. In addition, the Company's calculation of these non-GAAP financial measures may be different from the calculation used by other companies, and therefore comparability may be limited. The reconciliation of those measures to the most comparable GAAP measures is contained within this document or available at our website https://investors.gigacloudtech.com.

2

**Our Mission Statement**

GigaCloud is a leading B2B marketplace provider, enabling the future of global commerce

With a meticulously developed and comprehensive B2B platform, coupled with decades of experience, GigaCloud serves all large parcel retailers & eCommerce players throughout the world



3

# Supplier Fulfilled Retailing: Using Internet to Revolutionize B2B



## CURRENT MODEL



FACTORY/DISTRIBUTOR



**Distributor**



**Reseller & Retailer**



**LAST MILE**



**END CUSTOMER**

**Fulfilled by resellers/retailers**

### Challenges
- *Too many touchpoints*
- *Prolonged delivery time*
- *Fragmented market*
- *Limited SKUs selection*

## GigaCloud Supported Supplier Fulfilled Retailing

**Enhance Distribution Channels**
**Logistics Management**

**Product Discovery**
**Payment Solution**
**Warehousing**



GIGASELLER (FACTORY/DISTRIBUTOR)



**GigaCloud**



**Distributor**



**Reseller & Retailer**



**END CUSTOMER**

**Fulfilled by GigaCloud**

**LAST MILE**

### Advantages
- *Fewer touchpoints lead to less cost and higher margin*
- *Pooling of risk for the entire industry*
- *Better efficiency through optimization by a central party (GigaCloud)*

4

# The GigaCloud Cycle – Our 1P, 3P, and Logistics





# Access to Rapidly Growing Seller and GMV





**Active Sellers Increasing Quickly...**

Number of Active Sellers

46.8%

602

410

Q1'22          Q1'23



**... Results in Significant Growth in 3P Seller GMV**

GigaCloud Marketplace 3P Seller GMV
(USD in $mm)

62.2%

$285.2

$175.8

LTM ended 3/31/22          LTM ended 3/31/23

**Expansion of Product Categories from Large Furniture to Home Appliances, Fitness Equipment, and Gardening**



**Furniture**   **Home Appliance**   **Home Fitness Equipment**   **Gardening**   **Additional Categories**

Pet Supplies   Auto Accessories   Seasonal Decor

Other Large Parcel Products

*Source: Company management.*

# Attractive Buyer Cohort Trends



## Key Buyer Trends

- GigaCloud Marketplace has witnessed a consistent growth in the spending of active buyers since its establishment

  - Buyers who joined in 2022 increased their spend from $25M in Q4'22 to $34M in Q1'23, resulting in 36% QoQ increase

- We expect continued momentum in buyer spend and engagement as we expand service offerings and enhance our logistics capabilities

- Additionally, we expect the number of active buyers continue to grow as a result of customer referrals and word-of-mouth

## Q1 2023 Key Statistics

**4,255**
Active Buyers
Q1'23

**$~130.1k**
Spend per Active Buyer
Q1'23

## Active Buyer Spend (GMV) in GigaCloud Marketplace



*Source: Company management.*

(1)  *Buyers represent the group of buyers who first purchased products on the GigaCloud Marketplace in a given year*

(2)  *Active Buyers shows the total number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last twelve months*

7

# Flexible Trading Tools to Facilitate Transactions





| 1 | **Simple Transactions** |
|---|---|

- Drop shipping transactions where GigaCloud picks up products in GigaCloud warehouse and delivers directly to end customer, without the need for buyer to handle any aspect of the fulfillment

| 2 | **Complex Transactions** |
|---|---|

- Rebate
- Margin transaction
- Spot price
- Margin transaction for future goods

8

# HARDWARE: End-to-End Logistics Capabilities



## End-to-End Cross Border Fulfillment Capabilities

**Manufacturer**

**Delivery of goods**



**Reseller**

**Cloud Storage:** Virtual warehousing solution for manufacturer

**Cloud Delivery:** Direct drop-ship to end customer with single flat rate option

**End Customers**

**Last mile delivery:** Bulk merchandise delivery including items weighing over 150 lbs. and installation services for end customers. Currently available in 9 metro markets in the U.S. with the ability to reach over 90% of customers in the lower 48 states within 3 days on average.



### Ocean Transportation
- Covering over 15 ports of loading and 11 ports of destination
- 10,000+ annual containers



### Extensive Trucking Network
- Partnership with all major trucking and freight service providers



### Global Logistics Network
- 21 overseas large-scale warehouses located in 4 countries globally
- 4M+ sq. ft. of warehouse space
- Unified warehouse management system

## U.S. Local Resources
- Strategic locations nationwide
  - Close to major ports
  - Proximity to customers
  - Shortened delivery time to end consumer
- Three key operating centers in L.A., Atlanta and New Jersey



14 warehouses and 7 ports of destination in the U.S.

## International Resources







**2 warehouses & 2 ports of destination in the UK**

**1 warehouse & 1 port of destination in Germany**

**4 warehouses & 1 port of destination in Japan**

9

# SOFTWARE: Data Driven Operations



**Data Driven Technology Stack Powered by AI & Machine Learning Drives Incremental Operating Efficiencies**

**End Customer Data**

Informs purchase behavior and latest consumer preferences

**Warehousing Data**

Optimizes inventory levels globally to improve operating efficiencies

**Seller Data**

Leverages AI to establish credit profiles based on sales record, volume, and rating that could be utilized for future credit extensions

**Product Data**

Collects real-time market trends to provide value-added market analysis to sellers / buyers and better inform 1P inventory selection

**AI/ML Empowered Software Framework**

**Buyer Data**

Informs buyer behavior which allows for more targeted product marketing

10

# Financial Highlights



## GigaCloud at a Glance

### Strong Financials


**$127.8M / 13.7%**
**Revenue / YoY Growth**
Q1'22 to Q1'23


**$29.6M / 75.3%**
**Gross Profit / YoY Growth**
Q1'22 to Q1'23


**$15.9M / 236.4%**
**Net Income / YoY Growth**
Q1'22 to Q1'23


**$19.8M / 15.5%**
**Adj. EBITDA[1] / Margin[2]**
Q1'23


**186.5%**
**Adj. EBITDA Growth**
YoY

### Tremendous Scale


**$553.5M**
**GigaCloud Marketplace GMV**
LTM ended 3/31/23


**26.3%**
**GigaCloud Marketplace GMV Growth**
Q1'22 to Q1'23


**$285.2M**
**3P Seller GigaCloud Marketplace GMV**
LTM ended 3/31/23


**62.2%**
**3P Seller GigaCloud Marketplace GMV Growth**
Q1'22 to Q1'23

### Extensive Reach


**602**
**Active Sellers**
LTM ended 3/31/23

**46.8%**
**Active Seller Growth**
YoY

**4,255**
**Active Buyers**
LTM ended 3/31/23

**12.5%**
**Active Buyer Growth**
YoY

**~$130.1k**
**Active Buyer Spend**
LTM ended 3/31/23






*(1) Net income + income tax expense + interest expense-interest income + depreciation and amortization + share-based compensation expense*
*(2) Adj. EBITDA/revenue*
*Source: Company management*

11

# Q1 Financial Performance Update



*Value shown in charts are in million*

## Total GMV

Marketplace GMV
Off-Platform GMV

28.2%

Q1'22 — $140.3
- $26.9 (Off-Platform GMV)
- $113.4 (Marketplace GMV)

Q1'23 — $179.9
- $31.2 (Off-Platform GMV)
- $148.7 (Marketplace GMV)

## Total Revenue

Service Revenue
Product Revenue

13.7%

Q1'22 — $112.4
- $31.2 (Service Revenue)
- $81.3 (Product Revenue)

Q1'23 — $127.8
- $35.1 (Service Revenue)
- $92.7 (Product Revenue)

## Gross Profit

75.3%

Q1'22 — $16.9
Q1'23 — $29.6

% Margin*:
- Q1'22: 15.0%
- Q1'23: 23.1%

## Adj. EBITDA

186.5%

Q1'22 — $6.9
Q1'23 — $19.8

% Margin*:
- Q1'22: 6.1%
- Q1'23: 15.5%

*Source: Company management*
*Gross Margin = Gross Profit / Total Revenue * 100%; Adj. EBITDA Margin = Adj. EBITDA / Total Revenue *100%*

12

# Our Growth Strategies



## Expandable platform with significant avenues for growth

   

**Grow & Diversify Seller Base + SKUs**

**Grow Buyer Base & Engagement**

**Expand Product Service Offerings**

**Inorganic Growth Opportunities**

- Grow and diversify existing seller base
- As of 3/31/23, 3P seller GigaCloud Marketplace GMV represented 51.5% of total GigaCloud Marketplace GMV, underscoring the platform's growth and market recognition as a thriving 3P-seller-dominated marketplace
- Expand existing offerings and extend catalog

- Attract new buyers to marketplace
- In LTM 3/31/23, 4,255 buyers generated $553.5M of GigaCloud Marketplace GMV
- Continue to make investments to enhance brand awareness and improve product offerings to drive buyer stickiness to the platform

- Continue leveraging data analytics capabilities to develop new tools and services to drive incremental revenue opportunities
- Launched supply chain financing services in September 2020 to select qualified sellers
- Plan to roll out paid advertising tools that promote products based on search results

- Actively seeking for M&A opportunities that will enhance our distribution channels and logistics offerings
- Plans has been prepared to invest in R&D in areas such as IT, AI, and machine learning with a particular focus on the year 2023

13

# THANK YOU

