# EXHIBIT 18



**Q2 & H1 Earnings Presentation**

August 2023

# Disclaimer



The information contained in this presentation has been prepared by GigaCloud Technology Inc (the "Company") solely for informational purposes and should not be construed to be, directly or indirectly, in whole or in part, an offer to buy or sell and/or an invitation and/or a recommendation and/or a solicitation of an offer to buy or sell any security or instrument or to participate in any investment or trading strategy, nor shall any part of it form the basis of, or be relied on in connection with, any contract or investment decision in relation to any securities or otherwise.

This document does not contain all relevant information relating to the Company or its securities, particularly with respect to the risks and special considerations involved with an investment in the securities of the Company. Nothing contained in this document shall be relied upon as a promise or representation as to the past or future performance of the Company. Past performance does not guarantee or predict future performance.

You acknowledge that any assessment of the Company that may be made by you will be independent of this document and that you will be solely responsible for your own assessment of the market and the market position of the Company and that you will conduct your own analysis and be solely responsible for forming your own view of the potential future performance of the business of the Company.

This document contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "confident" and similar statements. Among other things, the business outlook and quotations from management in this document, if any, as well as the Company's strategic and operational plans, contain forward-looking statements. The Company may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement. Further information regarding these and other risks is included in the Company's filings with the SEC. All information provided herein is as of the date of this document, and the Company undertakes no obligation to update any forward-looking statement, except as required under applicable law.

This document may also contain non-GAAP financial measures, the document of which is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with accounting principles generally accepted in the United States of America. In addition, the Company's calculation of these non-GAAP financial measures may be different from the calculation used by other companies, and therefore comparability may be limited. The reconciliation of those measures to the most comparable GAAP measures is contained within this document or available at our website https://investors.gigacloudtech.com.

## Our Mission Statement

GigaCloud Technology is a leading B2B marketplace provider, striving to empower the future of global e-commerce landscape

With a meticulously developed and comprehensive B2B platform coupled with decades of industry experience, GigaCloud delivers success to large parcel & e-commerce players throughout the world



3

# Financial Highlights



## GigaCloud at a Glance

### Strong Financials


**$153.1M / 23.5%**
**Revenue / YoY Growth**
Q2'22 to Q2'23

**$280.9M / 18.8%**
**Revenue / YoY Growth**
H1'22 to H1'23


**$40.4M / 137.1%**
**Gross Profit / YoY Growth**
Q2'22 to Q2'23

**$69.9M / 106.4%**
**Gross Profit / YoY Growth**
H1'22 to H1'23


**$18.4M / 201.5%**
**Net Income / YoY Growth**
Q2'22 to Q2'23

**$34.3M / 216.7%**
**Net Income / YoY Growth**
H1'22 to H1'23


**$24.9M / 16.3%**
**Adj. EBITDA[1] / Margin[2]**
Q2'23

**$44.7M / 15.9%**
**Adj. EBITDA[1] / Margin[2]**
H1'23


**219.3%**
**Adj. EBITDA Growth**
YoY

**203.9%**
**Adj. EBITDA Growth**
YoY

### Tremendous Scale


**$607.5M**
**GigaCloud Marketplace GMV**
LTM ended June 30, 23


**32.4%**
**GigaCloud Marketplace GMV Growth**
Q2'22 to Q2'23


**$324.7M**
**3P Seller GigaCloud Marketplace GMV**
LTM ended June 30, 23


**65.1%**
**3P Seller GigaCloud Marketplace GMV Growth**
Q2'22 to Q2'23

### Extensive Reach


**665**
**Active Sellers**
LTM ended June 30, 23


**47.1%**
**Active Seller Growth**
YoY


**4,351**
**Active Buyers**
LTM ended June 30, 23


**7.1%**
**Active Buyer Growth**
YoY


**~$139.6k**
**Active Buyer Spend**
LTM ended June 30, 23

*(1) Net income + income tax expense + interest expense-interest income + depreciation and amortization + share-based compensation expense*
*(2) Adj. EBITDA/revenue*
*Source: Company management*

4

# Challenges of the Existing Supply Chain Model



1  Too Many Touchpoints

2  Prolonged Delivery Time

3  Fragmented Market

4  Limited SKUs Selection

5  High Inventory Carrying Costs



**Traditional Model**

SUPPLIER

IMPORT DC

RETAILER RDC

RETAILER RDC

STORE    STORE    STORE    ONLINE CUSTOMER

5

# Supplier Fulfilled Retailing: Multi-Directional Trade, Uni-Directional Fulfillment



**SUPPLIER**

**RESELLER &RETAILER**

**END CUSTOMER**

**FULFILL THROUGH GIGA**

**PHYSICAL MOVEMENT ONLY WHEN SOLD**

# Harnessing Pooling Effect to Reduce Inventory Risk





# The GigaCloud Cycle – Our 1P, 3P, and Logistics



# Access to Rapidly Growing Seller Base and GMV





**Active Sellers Increasing Quickly...**

Number of Active Sellers

47.1%

452 — Q2'22

665 — Q2'23



**... Results in Significant Growth in 3P Seller GMV**

GigaCloud Marketplace 3P Seller GMV
(USD in $mm)

65.1%

$196.7 — LTM ended June 30, 2022

$324.7 — LTM ended June 30, 230

**Expansion of Product Categories from Large Furniture to Home Appliances, Fitness Equipment, and Gardening**



Furniture        Home Appliance        Home Fitness Equipment        Gardening        Pet Supplies    Auto Accessories    Seasonal Decor

Other Large Parcel Products

**Additional Categories**

*Source: Company management.*

9

# Attractive Buyer Cohort Trends



**Key Buyer Trends**

- GigaCloud Marketplace has witnessed a consistent growth in the spending of active buyers since its establishment

  - Buyers who joined in 2022 increased their spend from $34M in Q1'23 to $43M in Q2'23, resulting in 26.5% QoQ increase

- We anticipate sustained momentum in buyer spending and engagement through the expansion of service offerings and the enhancement of our logistics capabilities

- Furthermore, we look forward to a continued growth in the number of active buyers, driven by customer referrals and word-of-mouth

**Q1 2023 Key Statistics**

**4,351**
Active Buyers
Q2'23

**$~139.6k**
Spend per Active Buyer
Q2'23



**Active Buyer Spend (GMV) in GigaCloud Marketplace**

Source: Company management.

(1)  Buyers represent the group of buyers who first purchased products on the GigaCloud Marketplace in a given year
(2)  Active Buyers shows the total number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last twelve months

10

# Flexible Trading Tools to Facilitate Transactions



| **1** | **Simple Transactions** |
|---|---|

- Drop shipping transactions where GigaCloud picks up products in GigaCloud warehouse and delivers directly to end customer, without the need for buyer to handle any aspect of the fulfillment

| **2** | **Complex Transactions** |
|---|---|

- Rebate
- Margin transaction
- Spot price
- Margin transaction for future goods

11

# HARDWARE: End-to-End Logistics Capabilities



## End-to-End Cross Border Fulfillment Capabilities


Manufacturer

**Delivery of goods** →


Reseller





**Cloud Storage:** Virtual warehousing solution for manufacturer

**Cloud Delivery:** Direct drop-ship to end customer with single flat rate option


End Customers

**Last mile delivery:** Bulk merchandise delivery including items weighing over 150 lbs. and installation services for end customers. Currently available in 9 metro markets in the U.S. with the ability to reach over 90% of customers in the lower 48 states within 3 days on average



### Ocean Transportation
- Covering over 15 ports of loading and 11 ports of destination



### Extensive Trucking Network
- Partnership with all major trucking and freight service providers



### Global Logistics Network
- 21 overseas large-scale warehouses located in 4 countries globally
- 4M+ sq. ft. of warehouse space
- Unified warehouse management system

## U.S. Local Resources

- Strategic locations nationwide
  - Close to major ports
  - Proximity to customers
  - Shortened delivery time to end consumer
- Three key operating centers in L.A., Atlanta and New Jersey



14 warehouses and 7 ports of destination in the U.S.

## International Resources



**2 warehouses & 2 ports of destination in the UK**



**1 warehouse & 1 port of destination in Germany**



**4 warehouses & 1 port of destination in Japan**

12

# SOFTWARE: Data Driven Operations



**Data Driven Technology Stack Powered by AI & Machine Learning Drives Incremental Operating Efficiencies**

**End Customer Data**

Informs purchase behavior and latest consumer preferences

**Warehousing Data**

Optimizes inventory levels globally to improve operating efficiencies

**Seller Data**

Leverages AI to establish credit profiles based on sales record, volume, and rating that could be utilized for future credit extensions

**AI/ML Empowered Software Framework**

**Product Data**

Collects real-time market trends to provide value-added market analysis to sellers / buyers and better inform 1P inventory selection

**Buyer Data**

Informs buyer behavior which allows for more targeted product marketing

13

# Q2 Financial Performance Update



*Value shown in charts are in million*

## Total GMV

- **Marketplace GMV**
- **Off-Platform GMV**

**40.3%** ↗

$158.0
- $30.5 (Off-Platform)
- $127.5 (Marketplace)

$221.6
- $40.1 (Off-Platform)
- $181.5 (Marketplace)

Q2'22 | Q2'23

## Total Revenue

- **Service Revenue**
- **Product Revenue**

**23.5%** ↗

$124.0
- $32.8 (Service)
- $91.2 (Product)

$153.1
- $43.3 (Service)
- $109.9 (Product)

Q2'22 | Q2'23

## Gross Profit

**137.1%** ↗

$17.0 — Q2'22
$40.4 — Q2'23

**% Margin*:** 13.7% | 26.4%

## Adj. EBITDA

**219.3%** ↗

$7.8 — Q2'22
$24.9 — Q2'23

**% Margin*:** 6.3% | 16.2%

*Source: Company management*

*Gross Margin = Gross Profit / Total Revenue * 100%; Adj. EBITDA Margin = Adj. EBITDA / Total Revenue *100%*

14

# H1 Financial Performance Update



*Value shown in charts are in million*

## Total GMV

- Marketplace GMV
- Off-Platform GMV

**34.6%**

H1'22: $298.3
- Off-Platform GMV: $57.4
- Marketplace GMV: $240.9

H1'23: $401.6
- Off-Platform GMV: $71.4
- Marketplace GMV: $330.2

## Total Revenue

- Service Revenue
- Product Revenue

**18.8%**

H1'22: $236.5
- Service Revenue: $64.0
- Product Revenue: $172.4

H1'23: $280.9
- Service Revenue: $78.4
- Product Revenue: $202.6

## Gross Profit

**106.4%**

H1'22: $33.9
H1'23: $69.9

## Adj. EBITDA

**203.9%**

H1'22: $14.7
H1'23: $44.7

**% Margin*:**

Gross Profit — H1'22: 14.3%   H1'23: 24.9%

Adj. EBITDA — H1'22: 6.2%   H1'23: 15.9%

Source: Company management
*Gross Margin = Gross Profit / Total Revenue * 100%; Adj. EBITDA Margin = Adj. EBITDA / Total Revenue *100%

15

# Our Growth Strategies



## Expandable platform with significant avenues for growth









**Grow & Diversify Seller Base + SKUs**

**Grow Buyer Base & Engagement**

**Expand Product Service Offerings**

**Inorganic Growth Opportunities**

- Expand and diversify existing seller base
- As of June 30, 2023, 3P seller GigaCloud Marketplace GMV represented 53.4% of total GigaCloud Marketplace GMV, highlighting the platform's growth and market recognition as a thriving 3P-seller-dominated marketplace
- Expand existing offerings and extend product catalog

- Educate and recruit new buyers to the GigaCloud Marketplace
- In LTM June 30, 2023, 4,351 buyers generated $607.5M of Marketplace GMV with a 23.6% increase YoY in spending per active buyer, indicating strong customer engagement and loyalty to the platform
- Continue to make investments to enhance brand awareness and improve product offerings to drive buyer stickiness to the platform

- Continue leveraging data analytics capabilities to develop new tools and services to drive incremental revenue opportunities
- Launched supply chain financing services in September 2020 to select qualified sellers
- Plan to roll out paid advertising tools that promote products based on search results

- Actively evaluating M&A opportunities that offers avenues of accelerated strategic growth and technological advancements
- Plans have been prepared to focus on R&D investments in IT, AI and ML for the remainder of 2023

16

# THANK YOU



17