# EXHIBIT 19

# Our Business Model

**GigaCloud Technology has been at the forefront of innovation with Supplier Fulfilled Retailing business model, offering enhanced competitiveness and lower transaction risks.**

# What is Supplier Fulfilled Retailing?

Supplier Fulfilled Retailing is a business model in which a supplier fulfills orders directly to the end customers of a reseller. In this model, we streamline the transaction between the supplier and reseller/ or end customer with value-added competitive flat rate logistics services offered.



**SUPPLIER**

**WAREHOUSE &RETAILER**

**END CUSTOMER**

**FULFILL THROUGH GIGA**

**PHYSICAL MOVEMENT ONLY WHEN SOLD**

# Harnessing Pooling Effect to Reduce Inventory Risk



The pooling effect empowers retailers/ resellers to strategically delegate inventory management to suppliers, effectively reducing working capital requirements and enabling a sharper focus on core competencies. Through this approach, inventory risk is pooled collectively, rather than individual retailers bearing the inventory risk solely. Within the GIGA B2B Marketplace, this supplier-managed inventory approach provides retailers with the flexibility to expand their product offerings, while simultaneously enabling suppliers to access diverse customer segments across various channels. The pooling strategy not only extends market reach but also unlocks fresh revenue streams, all while enjoying the advantages of diminished inventory-related burdens, a concept that has found significant favor within the insurance industry.

# What Values Do We Bring to You?

The shift in consumer spending patterns has impacted supply chain efficiency, leading to potential inventory risks. As product lifecycles have grown shorter, we adopt an agile approach to swiftly capitalize on opportunities presented by product launches,

helping our customers reduce risks and make the most of opportunities as they arise. Our Marketplace enjoys an extensive range of over 30,000 SKUs, enabling customers to seamlessly engage in global transactions at their fingertips.

With more than ¼ of our global workforce committed to the fields of engineering and information technology, we find ourselves at the forefront of innovation and progress. At the heart of our success lies our advanced A.I. and M.L. technology stack, strategically integrated across every facet of our Marketplace's operations, including our sales channels. From product and warehousing data to buyer, seller, and end customer data that permeates various aspects of our business, this state-of-the-art technological infrastructure streamlines our processes every step of the way.



We help resellers manage their own inventory, shipping, and fulfillment processes, allowing for more control and flexibility over the entire supply chain. We offer significantly improved competitiveness as supplier fulfilled retailing eliminates the need for extra touchpoints and warehouses, resulting in cost savings.

With orders being shipped directly from the warehouse, fewer steps in the supply chain reduce the touchpoints and time it takes for products to reach end customers. This streamlined approach lowers shipping costs, as GigaCloud Logistics offers highly competitive flat rate shipping nationwide, along with last mile delivery and installation services for resellers.



hello@gigacloudtech.com

Corporate Headquarters: 4388 Shirley Ave, El Monte, CA 91731, USA

HK Office: Unit A, 12/F., Shun Ho Tower, 24-30 Ice House Street, Central, Hong Kong

UK Office: Unit C Swift Point, Cosford Lane, Rugby, England, CV21 1PY

Follow Us:

 

©Copyright 2024 GIGACLOUD TECHNOLOGY (USA) LIMITED