# EXHIBIT 20

# A.I., Machine Learning, and Tech



# Big Data Driven Technology Stack

# Powered by AI & Machine Learning Drives Incremental Operating Efficiencies

## End Customer Data

Informs purchase behavior and latest consumer preferences

## Warehousing Data

Optimizes inventory levels globally to improve operating efficiencies

## Seller Data

Leverage AI to establish credit profiles based on sales record, volume and rating that could be utilized for future credit extensions

## Product Data

Collects real-time market trends to provide value-added market analysis to sellers / buyers and better inform 1P inventory selection

## Buyer Data

Informs buyer behavior which allows for more targeted product marketing

## AI / ML Enabled Technology Stack


hello@gigacloudtech.com


Corporate Headquarters: 4388 Shirley Ave, El Monte, CA 91731, USA


HK Office: Unit A, 12/F., Shun Ho Tower, 24-30 Ice House Street, Central, Hong Kong

UK Office: Unit C Swift Point, Cosford Lane, Rugby, England, CV21 1PY


GIGACLOUD TECHNOLOGY

Follow Us:

©Copyright 2024 GIGACLOUD TECHNOLOGY (USA) LIMITED