

May 28, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

<div style="color:blue">Application GRANTED. The Court will not grant Plaintiffs any further extensions of time to file an amended complaint. The Clerk is directed to terminate ECF No. 86.

SO ORDERED.

May 29, 2024</div>

Re: *In re GigaCloud Technology Inc. Securities Litigation*, Case No. 1:23-cv-10645-JMF

Dear Judge Furman:

We, along with Co-Lead Counsel Pomerantz LLP, represent Co-Lead Plaintiffs Sashi Rajan and Meir Spear ("Plaintiffs") in the above-captioned matter and write to respectfully request an extension to the June 7, 2024 deadline to file a second amended complaint.

Defendants GigaCloud Technology Inc, Larry Lei Wu, Iman Schrock, Xin Wan, and Aegis Capital Corp (the "Moving Defendants") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure on May 17, 2024. On May 20, 2024, the Court ordered that Plaintiffs shall file any second amended complaint by June 7, 2024, and that Plaintiffs will not be given any further opportunity to amend to address issues raised by the motion to dismiss. ECF No. 85. The Court further ordered that if Plaintiffs do amend, the Moving Defendants will have three (3) weeks to file an answer, file a new motion to dismiss, or indicate that they are relying on their previously filed motion to dismiss, and that if the Moving Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed with sixty (60) days and any reply shall be filed within thirty (30) days of any opposition. *Id.* If Plaintiffs decline to amend, the Court's order leaves the existing deadlines for Plaintiffs' opposition (July 16, 2024) and the Moving Defendants' reply (August 15, 2024) in place. *Id.* The parties do not have any scheduled appearances before the Court.

Plaintiffs respectfully request a twenty-one (21) day extension, until June 28, 2024, to file their second amended complaint because there have been developments concerning GigaCloud in the past week that Plaintiffs wish to investigate and may include in a second amended complaint. Plaintiffs believe this provides good cause to extend the amendment deadline, especially because the investigation involves persons and documents located in the People's Republic of China. Additionally, Co-Lead Counsel has pre-existing deadlines in close proximity to the existing June 7, 2024 deadline, including a deadline for the filing of a first amended complaint in a separate securities class action.

Per their counsel, the Moving Defendants do not believe any extension of time is necessary and reserve all rights as to the contents of any amended complaint, but do not object to the requested extension of time purely as a matter of professional courtesy.

1

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827

This request is the first request for an extension of time by any of the parties and does not require the Court to alter any other existing deadlines.

Respectfully submitted,

/s/ *Brian B. Alexander*
    Brian B. Alexander

2

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE,  40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**