Jason C. Hegt
+1.212.906.1686
Jason.Hegt@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

July 3, 2024

Application GRANTED. No further extensions will be granted. The Clerk is directed to terminate ECF No. 89.

SO ORDERED.

[signature]

July 10, 2024

**VIA ECF**

Hon. Jesse M. Furman
United States District Court, Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

    Re:    *In re GigaCloud Technology Inc Securities Litigation*,
            No. 1:23-cv-10645-JMF (S.D.N.Y.)

Dear Judge Furman:

    We represent GigaCloud Technology Inc, Larry Lei Wu, Iman Schrock, and Xin Wan (the "GigaCloud Defendants" and, together with Aegis Capital Corp., the "Moving Defendants") in the above-referenced matter. We write pursuant to Rules 2.A. and 2.D. of the Court's Individual Rules and Practices in Civil Cases to respectfully request an extension of time for the Moving Defendants to respond to the Second Amended Complaint (ECF No. 88, the "SAC"). Co-Lead Plaintiffs Sashi Rajan and Meir Spear ("Plaintiffs") have consented to this request.

    Under the Court's May 20, 2024 Order, the current deadline for the Moving Defendants to file an answer, file a new motion to dismiss, or indicate that they are relying on their previously filed motion to dismiss is July 19, 2024. *See* ECF No. 85. When Defendants agreed to extend Plaintiffs' deadline to indicate whether they were relying on their then-current complaint or intend to file the SAC, the parties agreed that if Plaintiffs filed a new complaint then they would agree to a corresponding twenty-one (21) day extension for the Moving Defendants to respond in light of the intervening Independence Day holiday and other commitments. As such, the Moving Defendants respectfully request that their response to the SAC be due on August 9, 2024.

    This is the Moving Defendants' first request for an extension to respond to the SAC and does not require the Court to alter any other existing deadlines. Plaintiffs previously requested a twenty-one (21) day extension to file their SAC, which the Court granted. *See* ECF Nos. 86, 87. There are no scheduled appearances before the Court in this matter.

    We appreciate the Court's consideration of this request and are available to answer any questions Your Honor may have.

                                  Respectfully submitted,

                                  /s/ Jason C. Hegt
                                  Jason C. Hegt
                                  of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)