**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 1:23-cv-10645-JMF<br><br><u>**CLASS ACTION**</u><br><br>ALL ACTIONS<br><br>NOTICE OF GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, XIN WAN, KWOK HEI DAVID LAU, AND AEGIS CAPITAL CORP.'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT |

     PLEASE TAKE NOTICE that upon the annexed Declaration of Hanyu (Iris) Xie, dated August 9, 2024, the exhibits attached thereto, and the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendants GigaCloud Technology Inc, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, and Aegis Capital Corp. ("Moving Defendants") before the Honorable Jesse M. Furman, in Courtroom 1105 of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order dismissing the Second Amended Class Action Complaint with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.

     PLEASE TAKE FURTHER NOTICE that in accordance with the Order entered in this action on May 20, 2024 (ECF No. 85), Plaintiffs' deadline to serve their opposition is October 8, 2024, and Moving Defendants' deadline to serve a reply is November 7, 2024.

Dated: August 9, 2024
New York, New York

          Respectfully submitted,

**LATHAM & WATKINS LLP**

By: <u>/s/ Jason C. Hegt</u>
    Jeff G. Hammel
    Jason C. Hegt
    Hanyu (Iris) Xie
    Chengliang (Larry) Hong
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    Email: jeff.hammel@lw.com
    Email: jason.hegt@lw.com
    Email: iris.xie@lw.com
    Email: larry.hong@lw.com

    *Attorneys for GigaCloud Technology Inc, Larry Lei Wu, Xin Wan, and Kwok Hei David Lau*

**SICHENZIA ROSS FERENCE CARMEL LLP**

By: <u>/s/ John J. Elliott</u>*
    Sameer Rastogi, Esq.
    John J. Elliott, Esq.
    1185 Avenue of the Americas, 31st Floor
    New York, New York 10036
    Telephone: (212) 930-9700
    Facsimile: (212) 930-9725
    Email: srastogi@srfc.law
    Email: jelliott@srfc.law

    *Attorneys for Aegis Capital Corp.*

* Electronic signature used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions