**APPENDIX A**
Statements Challenged in Plaintiffs' Second Amended Class Action Complaint[1]

**Artificial Intelligence and Machine Learning Allegations**

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements[2] | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 1. | August 2, 2022<br><br>Free Writing Prospectus, Ex. 3 at 12<br><br>¶¶ 63, 141 | | '33 Act only | X | | X | X |

---

[1] The statements and sources above are drawn from Plaintiffs' Second Amended Class Action Complaint (the "SAC"), filed June 28, 2024. *See* ECF No. 88. All references to "¶ _" are to the paragraphs in the SAC. Red text denotes surrounding context that is omitted from the SAC. All emphasis, with the exception of that which has been added to the red text, has been supplied by Plaintiffs.

[2] Inactionable statements refer to forward-looking statements, opinion statements, and/or expressions of corporate optimism (*i.e.* "puffery").

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements[2] | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 2. | August 19, 2022<br><br>Prospectus, Ex. 2 at 2<br><br>¶ 129 | "**Overview**" of the "**PROSPECTUS SUMMARY**"<br><br>"*We have artificial intelligence software, or AI, that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network.* Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk.<br><br>*We leverage our proprietary data and AI to accelerate the network effects in our marketplace.* As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle." | '33 Act only | X | | X | X |
| 3. | August 19, 2022<br><br>Prospectus, Ex. 2 at 3<br><br>¶ 58 | "**Our** Value Proposition to Sellers<br><br>Leveraging our algorithm, we determine when and where to ship a product, reduce the amount of time a product is handled and select the most effective delivery mechanism for the product." | '33 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements[2] | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 4. | August 19, 2022<br><br>Prospectus, Ex. 2 at 5<br><br>¶ 131 | **"Our Strengths"**<br>"We believe that the following components contribute to our success and differentiate us from our competitors:<br>• Pioneering cross-border B2B ecommerce marketplace for the large parcel market;<br>• Compelling value proposition to both sellers and buyers enhanced by network effects;<br>• Industry-leading supply chain capabilities;<br>• Our technology system;<br>• ***Data intelligence powered by AI***; and<br>• Experienced and innovative team." | '33 Act only | X | X | X | X |
| 5. | August 19, 2022<br><br>Prospectus, Ex. 2 at 32<br><br>¶ 61 | "The satisfactory performance, reliability and availability of our marketplace, software such as our AI, data analytics tools, warehouse management system and other technology infrastructures ***are critical to our reputation and our ability to acquire and retain customers***, as well as maintain adequate customer service levels." | '33 Act only | X | | X | X |
| 6. | August 19, 2022<br><br>Prospectus, Ex. 2 at 32<br><br>¶ 133 | "***We use complex AI software*** in our technology infrastructure, which we seek to continually update and improve." | '33 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements[2] | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 7. | August 19, 2022<br><br>Prospectus, Ex. 2 at 157<br><br>¶ 135 | **"Competitive Strengths"**<br><br>*"Data Intelligence Powered by AI"*<br><br>"*We leverage self-learning AI to improve our operating efficiency. Our system is capable of automating and optimizing inventory globally based on historical data, rebalancing our merchandise across warehouses to maximize first mile collection and last mile delivery efficiency.* We have also developed trading pattern analytics tools that constantly analyze transaction patterns, generating insightful information to suppliers to make well-informed decision regarding markets. We also leverage our data analytics in order to provide supply chain finance solutions to select quality suppliers based on our extensive data on their performance and quality." | '33 Act only | X | X | X | X |
| 8. | August 19, 2022<br><br>Prospectus, Ex. 2 at 158<br><br>¶ 137 | **"Logistics Network and Value-added Services"**<br><br>*"Warehousing Network"*<br>…<br><br>"*We use AI and data analytics to determine optimal distribution of inventory among our warehouses under a unified warehouse management system* and provide a virtual warehousing solution for sellers and buyers in our marketplace. *Our AI-powered warehousing management system solves the many practical problems faced by sellers and buyers in connection with complex, cross-border transactions involving large parcel goods.*" | '33 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements[2] | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 9. | August 19, 2022<br><br>Prospectus, Ex. 2 at 161<br><br>¶ 139 | **"Logistics Network and Value-added Services"**<br><br>*"AI Algorithm and Data Analysis"*<br><br>"*Our in-house reinforcement learning algorithms are built to optimize our inventory management across our multiple warehouses around the world, analyzing historical data to determine how to manage our inventory and even where to establish our next warehouse. Our algorithm also accounts for the fragility of certain types of inventory and reduces the number of times a product is moved.* Each time a product is handled, there is an increased chance of damage, which is an issue embedded in the home furnishing industry.<br><br>We also create sales analytics and provide them to our sellers for a fee. *The services provide meaningful value to our sellers bringing products to new markets and support a high retention rate.* Additionally, we leveraged the data collected on each seller's inventory, sales history and performance to establish a credit profile under our supply chain financing program." | '33 Act only | X | | X | X |
| 10. | October 3, 2022<br><br>Aegis Analyst Report, Ex. 18 at 5<br><br>¶ 66 | "**Data analytics help drive growth**<br><br>As GigaCloud Technology continues to rapidly penetrate the global e-commerce sector, the company is building up a highly enviable and proprietary resource with regards to customer data. The company's artificial intelligence (AI) software, which generates seller ratings and credit profiles with volume data, can leverage such data to develop analytical and predictive tools such as sales forecasts, which can in turn help sellers more efficiently manage inventory and pricing.<br><br>Such optimization strategies naturally help encourage additional sellers to join the platform and transact in the GigaCloud Marketplace. Increasing numbers of both sellers and buyers naturally lead to a growing cycle, as evidenced by the company's rapid top line expansion in recent years." | '33 Act only | X | X | X | X |

**Related Party Transactions Allegations**

|  | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 11. | August 19, 2022<br><br>Prospectus, Ex. 2 at 1<br><br>¶¶ 49, 83 | "We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. Our B2B ecommerce platform, which we refer to as the 'GigaCloud Marketplace,' integrates everything from discovery, payments and logistics tools into one easy-to-use platform. Our global marketplace seamlessly connects manufacturers, primarily in Asia, with resellers, primarily in the U.S., Asia and Europe, to execute cross-border transactions with confidence, speed and efficiency." | '33 Act only | X | X | X | X |
| 12. | August 19, 2022<br><br>Prospectus, Ex. 2 at 1<br><br>¶ 144 | "*To enhance our marketplace experience, we sell our own inventory, or 1P, through the GigaCloud Marketplace* and to and through third-party ecommerce websites, such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the United Kingdom, or the U.K. *These 1P revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace*." | '33 Act<br>'34 Act | X |  | X | X |
| 13. | August 19, 2022<br><br>Prospectus, Ex. 2 at 2<br><br>¶ 146 | "*In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777.*"<br><br>"*In 2021, our users transacted $414.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116,150.*"<br><br>"*In the 12 months ended March 31, 2022, our users transacted $438.1 million of GigaCloud Marketplace GMV with an average spend per buyer of $115,845.*" | '33 Act<br>'34 Act | X |  | X | X |
| 14. | August 19, 2022<br><br>Prospectus, Ex. 2 at 32<br><br>¶ 62 | "Unavailability of our marketplace or our logistics algorithm would reduce the volume of GMV in our business operations." | '33 Act only | X |  | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 15. | August 19, 2022<br><br>Prospectus, Ex. 2 at 117<br><br>¶ 85 | "GigaCloud 3P and GigaCloud 1P together make up our GigaCloud Marketplace, generating service revenues and product revenues, respectively." | '33 Act only | X | | X | X |
| 16. | August 19, 2022<br><br>Prospectus, Ex. 2 at 117<br><br>¶¶ 86, 150 | | '33 Act<br>'34 Act | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 17. | August 19, 2022<br><br>Prospectus, Ex. 2 at 117<br><br>¶ 148 | "We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. We generate revenues through three revenue streams:<br><br>• *GigaCloud 3P*: generates service revenues by facilitating transactions between sellers and buyers in our GigaCloud Marketplace.<br>• *GigaCloud 1P*: generates product revenues through the sale of our inventory in our GigaCloud Marketplace.<br>• *Off-platform ecommerce*: generates product revenues through the sale of our inventory to and through third-party ecommerce websites." | '33 Act<br>'34 Act | X | | X | X |
| 18. | August 19, 2022<br><br>Prospectus, Ex. 2 at 118<br><br>¶ 55 | "We are focused on facilitating B2B ecommerce transactions in our GigaCloud Marketplace." | '33 Act only | X | | X | X |
| 19. | August 19, 2022<br><br>Prospectus, Ex. 2 at 118<br><br>¶ 57 | "As we focus on expanding our GigaCloud Marketplace into a leading global large parcel B2B marketplace, we expect service revenue from 3P to grow faster than product revenue from 1P in the future, but we expect 1P to remain an important distribution channel for our own inventory." | '33 Act only | X | X | X | X |
| 20. | August 19, 2022<br><br>Prospectus, Ex. 2 at 118<br><br>¶¶ 58, 152 | "Once we attract new sellers and buyers to our marketplace, we leverage our technology and supply chain solutions to drive retention. We provide value-added services like product sales forecasts to our sellers to allow them to more efficiently manage inventory and reduce costs. Our integrated supply chain also offers manufacturers and online resellers in our marketplace enhanced visibility into product inventory, reducing inventory turnover and associated transaction costs. The value of our model is demonstrated by the growth in GMV from our new and existing sellers and buyers." | '33 Act<br>'34 Act | X | | X | X |

| | **Date & Source** | **Challenged Statement** | **Claims at Issue** | **Not False or Misleading** | **Inactionable Statements** | **No Loss Causation** | **No Scienter** |
|---|---|---|---|---|---|---|---|
| 21. | August 19, 2022<br><br>Prospectus, Ex. 2 at 119-20<br><br>¶ 154 | "The chart below displays GigaCloud Marketplace GMV of our buyers in our GigaCloud Marketplace for the 12 months ended in December 31, 2019, 2020 and 2021 and March 31, 2022. 2019 Buyers, 2020 Buyers and 2021 Buyers represent the groups of buyers who first purchased products in our GigaCloud Marketplace in 2019, 2020, 2021 and the 12 months ended March 31, 2022, respectively. The Active Buyers shows the total number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last 12 months. Our number of buyers and buyer GMV have grown in each quarter since inception, as shown below:"<br><br> | '33 Act<br>'34 Act | X | | X | X |

9

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 22. | August 19, 2022<br><br>Prospectus, Ex. 2 at 120<br><br>¶ 156 | "*GigaCloud 1P*<br><br>*Through GigaCloud 1P, we further enhance our marketplace experience by selling our own inventory. Our 1P selling creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.* Through GigaCloud 1P we generate revenues from product sales."<br><br>"*Off-platform Ecommerce*<br><br>*In addition to facilitating transactions* in our GigaCloud Marketplace, we also procure highly-rated products directly from manufacturers and sell them directly to and through third-party ecommerce websites such as Rakuten, Amazon, Walmart and Wayfair. Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data. We expect the off-platform ecommerce GMV to GigaCloud Marketplace GMV as percentages of total GMV to gradually decrease. Through off-platform ecommerce we generate revenues from product sales." | '33 Act<br>'34 Act | X | | X | X |
| 23. | August 19, 2022<br><br>Prospectus, Ex. 2 at 121<br><br>¶ 158 | "*The growth in GigaCloud Marketplace GMV, including GMV from both GigaCloud 3P and GigaCloud 1P, reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace.* The revenues we generate in our marketplace is highly correlated to the amount of GMV transacted in the GigaCloud Marketplace." | '33 Act<br>'34 Act | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 24. | August 19, 2022<br><br>Prospectus, Ex. 2 at 122<br><br>¶ 160 | "*GigaCloud Marketplace GMV increased from $35.5 million in 2019 to $190.5 million in 2020*, representing a growth of 437.0%, *primarily due to the growth in the numbers of sellers and buyers transacting in our marketplace and increase in spend per active buyer.* Growth in GigaCloud Marketplace GMV increased significantly in the 12 months ended June 30, September 30 and December 31 in 2020 *due to our growing marketplace to reach economies of scale, introduction of new sellers and buyers to our marketplace while maintaining transactions volume from our existing sellers and buyers, as well as accelerated migration of large parcel purchases online because of COVID-19. GigaCloud Marketplace GMV increased from $190.5 million in 2020 to $414.2 million in 2021*, representing a growth of 117.4% year-over-year, and further increased to $438.1 million in the 12 months ended March 31, 2022, representing a growth of 69.1% period-over-period, *primarily due to the continued increases in the numbers of sellers and buyers transacting in our marketplace and an increase in spend per active buyer.* We expect our growth to continue post COVID-19 as consumers increasingly embrace online purchases for large parcel products."<br><br> | '33 Act<br>'34 Act | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 25. | August 19, 2022<br><br>Prospectus, Ex. 2 at 122<br><br>¶ 162 | "The number of active buyers in the GigaCloud Marketplace has been increasing every quarter since the first quarter in 2019. We had 441 active buyers in 2019, 1,689 active buyers in 2020, 3,566 active buyers in 2021 and 3,782 active buyers in the 12 months ended March 31, 2022. *We view number of active buyers as a key driver of our GigaCloud Marketplace GMV and revenues growth, and a key indicator of our ability to attract and engage buyers in our marketplace.* We expect continued growth in the number of active buyers through internal sales force initiatives, referrals by existing users, word-of-mouth and direct visits to our website, however, the growth rate may be slower than the previous years due to inflationary pressure and changes in the global economic conditions." | '33 Act<br>'34 Act | X | | X | X |
| 26. | August 19, 2022<br><br>Prospectus, Ex. 2 at 123<br><br>¶¶ 88, 164 | "Buyers in our marketplace are typically resellers based in the U.S. and Europe who procure large parcel merchandise to resell to end customers. *Our marketplace is attractive to buyers because we minimize inventory risk from our buyers' business operations.* Our buyers can browse a product in our marketplace and list the product on their preferred ecommerce websites such as Amazon, Wayfair or their own store prior to procuring and storing the product in a warehouse or shop. Once a sale to the end customer takes place, buyers can order the product in our marketplace and we will handle the fulfillment directly to the end customer." | '33 Act<br>'34 Act | X | | X | X |
| 27. | August 19, 2022<br><br>Prospectus, Ex. 2 at 124<br><br>¶¶ 83, 359 | "We started our business by primarily selling our own self-procured large parcel merchandise directly to end customers." | '33 Act<br>'34 Act | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 28. | August 19, 2022<br><br>Prospectus, Ex. 2 at 126<br><br>¶ 172 | *(financial table below)* | '33 Act<br>'34 Act | X | | X | X |
| 29. | August 19, 2022<br><br>Prospectus, Ex. 2 at 126<br><br>¶ 166 | "*Product Revenues—GigaCloud 1P*<br><br>We derive product revenues from the sales of products through ***selling our own inventory on our marketplace. This 1P selling creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.***" | '33 Act<br>'34 Act | X | | X | X |
| 30. | August 19, 2022<br><br>Prospectus, Ex. 2 at 132<br><br>¶ 174 | "Product Revenue from GigaCloud 1P. ***Our product revenues from GigaCloud 1P increased by 28.4% from $42.3 million in the three months ended March 31, 2021 to $54.3 million in the three months ended March 31, 2022. The increase was attributable to an increase in our GigaCloud Marketplace GMV from $89.5 million in the three months ended March 31, 2021 to $113.4 million in the three months ended March 31, 2022***, and an increase in the number of our SKUs from 5,172 as of March 31, 2021 to 7,245 as of March 31, 2022, partially offset by a decrease in average spend per buyer in the three months ended March 31, 2022 as consumer demand slowed down due to inflationary pressure." | '33 Act<br>'34 Act | X | | X | X |
| 31. | August 19, 2022<br><br>Prospectus, Ex. 2 at 134<br><br>¶ 175 | "*Product Revenue from GigaCloud 1P. **Our product revenues from GigaCloud 1P increased by 54.2% from $122.1 million in 2020 to $188.3 million in 2021. This increase was attributable to an increase in the overall market demand for online home furniture which continued to drive the increase in sales per active buyers and an increase in the number of our SKUs.***" | '33 Act<br>'34 Act | X | | X | X |

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31 | | |
| | 2019 | | 2020 | | 2021 | | 2021 | | 2022 |
| | $ | % | $ | % | $ | % | $ | % | $ |
|---|---|---|---|---|---|---|---|---|---|
| ($ in thousands, except for percentages) | | | | | | | | | |
| **Revenues** | | | | | | | | | |
| Service revenue | | | | | | | | | |
| GigaCloud 3P | 15,151 | 12.4 | 60,130 | 21.8 | 98,332 | 23.7 | 20,418 | 21.6 | 31,218 |
| Subtotal | 15,151 | 12.4 | 60,130 | 21.8 | 98,332 | 23.7 | 20,418 | 21.6 | 31,218 |
| Product revenue | | | | | | | | | |
| GigaCloud 1P | 42,141 | 34.4 | 122,102 | 44.4 | 188,266 | 45.5 | 42,259 | 44.7 | 54,273 |
| Off-platform ecommerce | 65,004 | 53.2 | 93,246 | 33.8 | 127,599 | 30.8 | 31,851 | 33.7 | 26,951 |
| Subtotal | 107,145 | 87.6 | 215,348 | 78.2 | 315,865 | 76.3 | 74,110 | 78.4 | 81,224 |
| Total | 122,296 | 100.0 | 275,478 | 100.0 | 414,197 | 100.0 | 94,528 | 100.0 | 112,442 |

13

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 32. | August 19, 2022<br><br>Prospectus, Ex. 2 at 136<br><br>¶ 176 | "*Product Revenue from GigaCloud 1P. **Our product revenues from GigaCloud 1P increased by 189.7% from $42.1 million in 2019 to $122.1 million in 2020. This increase was attributable to an increase in the overall market demand for online home furniture, driving the increase in sales per active buyers.***" | '33 Act<br>'34 Act | X | | X | X |
| 33. | August 19, 2022<br><br>Prospectus, Ex. 2 at 158<br><br>¶ 168 | "***We are focused on attracting new buyers to our marketplace***. For the year ended December 31, 2020 and 2021 and the 12 months ended March 31, 2022, we had 1,689, 3,566 and 3,782 buyers, respectively, ***generating $190.5 million, $414.2 million and $438.1 million of GigaCloud Marketplace GMV, respectively.***" | '33 Act<br>'34 Act | X | | X | X |
| 34. | August 19, 2022<br><br>Prospectus, Ex. 2 at F-47<br><br>¶ 171 | <table><tr><td></td><td colspan="3">**Year ended December 31,**</td></tr><tr><td>**Major products/services lines**</td><td>**2019**<br>US$</td><td>**2020**<br>US$</td><td>**2021**<br>US$</td></tr><tr><td>**Service revenues**</td><td></td><td></td><td></td></tr><tr><td>GigaCloud 3P</td><td>15,151</td><td>60,130</td><td>98,332</td></tr><tr><td>**Total service revenues**</td><td>**15,151**</td><td>**60,130**</td><td>**98,332**</td></tr><tr><td>**Product revenues**</td><td></td><td></td><td></td></tr><tr><td>*Product sales to B*</td><td>*22,994*</td><td>*39,858*</td><td>*50,699*</td></tr><tr><td>*Product sales to C*</td><td>*42,010*</td><td>*53,388*</td><td>*76,900*</td></tr><tr><td>Off-platform ecommerce</td><td>65,004</td><td>93,246</td><td>127,599</td></tr><tr><td>GigaCloud 1P</td><td>42,141</td><td>122,102</td><td>188,266</td></tr><tr><td>**Total product revenues**</td><td>**107,145**</td><td>**215,348**</td><td>**315,865**</td></tr><tr><td>**Revenues**</td><td>**122,296**</td><td>**275,478**</td><td>**414,197**</td></tr></table> | '33 Act<br>'34 Act | X | | X | X |
| 35. | August 19, 2022<br><br>Prospectus, Ex. 2 at F-75<br><br>¶ 170 | <table><tr><td></td><td colspan="2">**Three Months Ended March 31,**</td></tr><tr><td>**Major products/services lines**</td><td>**2021**<br>US$</td><td>**2022**<br>US$</td></tr><tr><td>**Service revenues**</td><td></td><td></td></tr><tr><td>GigaCloud 3P</td><td>20,418</td><td>31,21</td></tr><tr><td>**Total service revenues**</td><td>**20,418**</td><td>**31,21**</td></tr><tr><td>**Product revenues**</td><td></td><td></td></tr><tr><td>*Product sales to B*</td><td>*11,575*</td><td>*10,82*</td></tr><tr><td>*Product sales to C*</td><td>*20,276*</td><td>*16,12*</td></tr><tr><td>Off-platform ecommerce</td><td>31,851</td><td>26,95</td></tr><tr><td>GigaCloud 1P</td><td>42,259</td><td>54,27</td></tr><tr><td>**Total product revenues**</td><td>**74,110**</td><td>**81,22**</td></tr><tr><td>**Revenues**</td><td>**94,528**</td><td>**112,44**</td></tr></table> | '33 Act<br>'34 Act | X | | X | X |

14

| | **Date & Source** | **Challenged Statement** | **Claims at Issue** | **Not False or Misleading** | **Inactionable Statements** | **No Loss Causation** | **No Scienter** |
|---|---|---|---|---|---|---|---|
| 36. | September 30, 2022<br><br>Q2 2022 Earnings Call Transcript, Ex. 20 at 3<br><br>¶ 221<br><br>Speaker: Lau | Lau: "***Our GigaCloud marketplace GMV was $458.8 million in the 12 month ended June 30 2022, and that's up 43.8% year over year.*** We had 452 active 3P sellers in the 12 months ended June 30 2022, and that's up 67.4% year over year. We have 4,061 active buyers in 12 months ended June 30 2022, up 58.9% year over year." | '34 Act only | X | | X | X |
| 37. | September 30, 2022<br><br>Q2 2022 Earnings Call Transcript, Ex. 20 at 3<br><br>¶ 223<br><br>Speaker: Lau | Lau: "***Product revenue from GigaCloud 1P was $60.7 million in the second quarter of 2022***, and that's up 15.4% year over year, ***mainly due to an increase in the number of active buyers and better selection of products catering to buyers' preferences.***" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 38. | September 30, 2022<br><br>Q2 2022 Earnings Call Transcript, Ex. 20 at 6-7<br><br>¶¶ 225-26<br><br>Speaker: Lau | Q: "It's about your GMV increased over 40%, so the buyer and seller base, both increased over 50% and my question is can you share the story behind this strong growth?"<br><br>A, Lau: "Yes, I think right now - and I'll - I'll give it a go, Larry and see if you want to add to that. I think right now, we started the business with the platform in 2019. We've ran this close to getting into our fourth year now, and when we start building up this platform, we're basically trying to revolutionize how to transact on a cross border basis, without the hassle of seller has to worry about kind of the logistic part of that trade.<br><br>*And I think when we start building that story people starting to appreciate that and when users are getting that experience and that really scaled up our business, so we picked up a lot of this momentum when users starting to appreciate the services that we offer, and that same goes to the user base - the number of active users that you pointed out, I think that's also a testament to the services offering that we're providing, the seamless logistic services, the warehousings that we provide.*<br><br>*And the cloud storage solutions that we provide all helped us to build that propositions to all the active users that is enjoying the business that they are using from us.*" | '34 Act only | X | X | X | X |

16

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 39. | September 30, 2022<br><br>Q2 2022 Earnings Results Press Release, Ex. 21 at 1<br><br>¶ 234<br><br>Speaker: Lau | Lau: "We are pleased to see topline growth despite a quarter of supply chain challenges. ***This is attributable to the Company's effort to continue attracting more buyers*** and sellers as demand continues to rise for large parcel sales and deliveries." | '34 Act only | X | | X | X |
| 40. | September 30, 2022<br><br>Q2 2022 Earnings Results Press Release, Ex. 21 at 2<br><br>¶ 229 | "**GigaCloud Marketplace GMV *was $458.8 million in the 12 months ended June 30, 2022***, an increase of 43.8% from $319.2 million in the 12 months ended June 30, 2021." | '34 Act only | X | | X | X |
| 41. | September 30, 2022<br><br>Q2 2022 Earnings Results Press Release, Ex. 21 at 3<br><br>¶ 231 | "***Product revenue from GigaCloud 1P was $60.7 million in the second quarter of 2022***, increased by 15.4% from $52.6 million in the second quarter of 2021. ***The increase was primarily due to an increase in number of active buyers and better selection of products catering to buyers' preference.***" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 42. | September 30, 2022<br><br>Q2 2022 Earnings Results Press Release, Ex. 21 at 4<br><br>¶ 232 | "***Product revenue from GigaCloud 1P was \$115.0 million in the six months ended June 30, 2022***, increased by 21.2% from \$94.9 million in the six months ended June 30, 2021. ***The increase was primarily due to an increase in number of active buyers and better selection of products catering to buyers' preference.***" | '34 Act only | X | | X | X |
| 43. | October 3, 2022<br><br>Aegis Analyst Report, Ex. 18 at 5<br><br>¶ 89 | **"Investment Highlights"**<br><br>**"Impressive market penetration of the company's flagship e-commerce platform"**<br><br>"The company's flagship GigaCloud Marketplace, a B2B e-commerce platform which connects Asia-based manufacturers with U.S. and European based resellers to efficiently execute crossborder transactions and payments, has demonstrated highly impressive market penetration over the past three years. The successful establishment of this platform represents, in our opinion, a distinct advantage and barrier to competition for the company. GigaCloud Marketplace has contributed a growing percentage of the company's business over the past few years. In 2019, GigaCloud Marketplace represented 46.8% of total revenue, but this figure has risen steadily to 66.2% in 2020, 69.2% in 2021, and 76.0% in YTD 2022." | '34 Act only | X | X | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 44. | November 30, 2022<br><br>Q3 2022 Earnings Results Press Release, Ex. 22 at 1<br><br>¶ 242<br><br>Speaker: Lau | Lau: "Despite a challenging market environment, *our GigaCloud Marketplace GMV has grown over 30% year-over-year, which demonstrated our ability in creating values for our 3P sellers and buyers and expanding our marketplace*. We continued to invest in key strategic areas in our Company which had resulted in robust growth in our business during the quarter. With ample cash reserves and positive cash flow generated in the third quarter, we are well positioned to expand the Company globally on a sustainable path." | '34 Act only | X | | X | X |
| 45. | November 30, 2022<br><br>Q3 2022 Earnings Results Press Release, Ex. 22 at 1<br><br>¶ 244 | "**GigaCloud Marketplace GMV *was $486.3 million in the 12 months ended September 30, 2022***, an increase of 31.7% from $369.2 million in the 12 months ended September 30, 2021." | '34 Act only | X | | X | X |
| 46. | November 30, 2022<br><br>Q3 2022 Earnings Results Press Release, Ex. 22 at 3<br><br>¶ 246 | "***Product revenue from GigaCloud 1P was $58.2 million in the third quarter of 2022***, increased by 30.5% from $44.6 million in the third quarter of 2021. *The increase was primarily due to an increase in number of active buyers and better selection of products catering to buyers' preference.*" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 47. | November 30, 2022<br><br>Q3 2022 Earnings Call Transcript, Ex. 23 at 3<br><br>¶ 237<br><br>Speaker: Lau | Lau: "***Our GigaCloud Marketplace GMV was $486.3 million in the 12 months ended September 30, 2022, up 31.7% year-over-year***. We had 517 active 3P sellers in the 12 months ended September 30, 2022, up 57.1% year-over-year and 4,198 active buyers in the 12 months ended September 30, 2022, up 36.2% year-over-year." | '34 Act only | X | | X | X |
| 48. | November 30, 2022<br><br>Q3 2022 Earnings Call Transcript, Ex. 23 at 3<br><br>¶ 239<br><br>Speaker: Lau | Lau: "***Product revenue from GigaCloud 1P was $58.2 million in the third quarter of 2022***, up 30.5% year-over-year, ***and that's mainly due to an increase in the number of active buyers and a better selection of products catering to buyers' preferences.***" | '34 Act only | X | | X | X |
| 49. | March 17, 2023<br><br>Q4 2022 Earnings Results Press Release, Ex. 24 at 1<br><br>¶ 249 | "**GigaCloud Marketplace GMV *was $518.2 million in the 12 months ended December 31, 2022***, an increase of 25.1% from $414.2 million in the 12 months ended December 31, 2021." | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 50. | March 17, 2023<br><br>Q4 2022 Earnings Results Press Release, Ex. 24 at 3<br><br>¶ 251 | "***Product revenue from GigaCloud 1P was $58.5 million in the fourth quarter of 2022***, increased by 19.9% from $48.8 million in the fourth quarter of 2021. ***The increase was primarily due to an increase in number of active buyers and better selection of products catering to buyers' preference.***" | '34 Act only | X | | X | X |
| 51. | March 17, 2023<br><br>Q4 2022 Earnings Results Press Release, Ex. 24 at 4<br><br>¶ 252 | "***Product revenue from GigaCloud 1P was $231.7 million for the full year of 2022***, increased by 23.1% from $188.3 million for the full year of 2021. ***The increase was primarily due to an increase in the number of active buyers and better selection of products catering to buyers' preference.***" | '34 Act only | X | | X | X |
| 52. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 67<br><br>¶ 255 | "***To enhance our marketplace experience, we sell our own inventory, or 1P, through the GigaCloud Marketplace*** and to and through third-party ecommerce websites, such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the U.K. ***These 1P revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace.***" | '34 Act only | X | | X | X |

|  | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 53. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 67<br><br>¶ 257 | *"In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777."*<br><br>*"In 2021, our users transacted $414.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116,150."*<br><br>*"In 2022, our users transacted $518.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $124,692. This is a 25.1% year-over-year increase in GigaCloud Marketplace GMV and a 7.4% year-over-year increase in average spend per buyer from 2021, respectively."* | '34 Act only | X |  | X | X |
| 54. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 69<br><br>¶ 259 | *"GigaCloud 1P"*<br><br>*"Through GigaCloud 1P, we further enhance our marketplace experience by selling our own inventory. Our 1P business creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.* Our GigaCloud 1P business generates revenues from product sales."<br><br>*"Off-platform Ecommerce"*<br><br>*"In addition to facilitating transactions in our GigaCloud Marketplace*, we also procure highly rated products directly from manufacturers and sell them directly to and through third-party websites such as Rakuten, Amazon, Walmart and Wayfair as part of our off-platform ecommerce business. Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data. Our off-platform ecommerce business generates revenues from product sales to both end customers and third-party ecommerce websites." | '34 Act only | X |  | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 55. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 104<br><br>¶ 261 | "We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. We generate revenues through three revenue streams:<br><br>*GigaCloud 3P*: generates service revenues, including revenues from platform services, warehouse services, last mile delivery services, ocean transportation services and others, by facilitating transactions between sellers and buyers in our GigaCloud Marketplace.<br><br>*GigaCloud 1P*: generates product revenues through the sale of our inventory in our GigaCloud Marketplace.<br><br>*Off-platform ecommerce*: generates product revenues through the sale of our inventory to and through third-party ecommerce websites." | '34 Act only | X | | X | X |
| 56. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 105<br><br>¶ 263 | | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 57. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 106<br><br>¶ 265 | "*Once we attract new sellers and buyers to our marketplace, we leverage our technology and supply chain solutions to drive retention*. We provide value-added services like product sales forecasts to our sellers to allow them to more efficiently manage inventory and reduce costs. Our integrated supply chain also offers manufacturers and online resellers in our marketplace enhanced visibility into product inventory, reducing inventory turnover and associated transaction costs. *The value of our model is demonstrated by the growth in GMV from our new and existing sellers and buyers.*" | '34 Act only | X | | X | X |
| 58. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 108<br><br>¶ 267 | "*The growth in GigaCloud Marketplace GMV, including GMV from both GigaCloud 3P and GigaCloud 1P, reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace.* The revenues we generate in our marketplace are highly correlated to the amount of GMV transacted in the GigaCloud Marketplace." | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 59. | April 24, 2023<br><br>Form 20-F. Ex. 25 at 109<br><br>¶ 269 | "*GigaCloud Marketplace GMV increased from $190.5 million in 2020 to $414.2 million in 2021, representing a growth of 117.4% year-over-year, and further increased to $518.2 million in 2022, representing a growth of 25.1% year-over-year, primarily due to the continued increase in the numbers of sellers and buyers transacting in our marketplace and an increase in spend per active buyer.*"<br><br> | '34 Act only | X | | X | X |
| 60. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 109<br><br>¶ 271 | "The number of active buyers in the GigaCloud Marketplace has been increasing every quarter since the first quarter in 2020. We had 1,689 active buyers in 2020, 3,566 active buyers in 2021 and 4,156 active buyers in 2022. *We view the number of active buyers as a key driver of our GigaCloud Marketplace GMV and revenue growth, and a key indicator of our ability to attract and engage buyers in our marketplace. We expect continued growth in the number of active buyers through internal sales initiatives, referrals by existing users, word-of-mouth and direct visits to our website; however, the growth rate may be slower than in previous years due to inflationary pressure and changes in the global economic conditions.*" | '34 Act only | X | X | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 61. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 112<br><br>¶ 273 | *"Product Revenues—GigaCloud 1P"*<br><br>"We derive product revenues from the sales of products through selling our own inventory on our marketplace. ***This 1P business creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.***" | '34 Act only | X | | X | X |
| 62. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 112<br><br>¶ 276 | "The following table sets forth the breakdown of our revenues, both in absolute amount and as a percentage of our total revenues, for the periods presented:" | '34 Act only | X | | X | X |

Table within challenged statement 62:

| | For the Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2020 | | 2021 | | 2022 | |
| | $ | % | $ | % | $ | % |
| | ($ in thousands, except for percentages) | | | | | |
| **Revenues** | | | | | | |
| Service revenue | | | | | | |
| Platform services | 3,888 | 1.4 | 4,814 | 1.2 | 6,872 | 1.4 |
| Warehouse services | 3,310 | 1.2 | 10,498 | 2.5 | 16,242 | 3.3 |
| Last mile delivery services | 26,294 | 9.5 | 33,693 | 8.1 | 62,745 | 12.8 |
| Ocean transportation services | 12,537 | 4.6 | 36,257 | 8.8 | 37,957 | 7.7 |
| Others | 14,101 | 5.1 | 13,070 | 3.2 | 16,812 | 3.4 |
| **Subtotal** | 60,130 | 21.8 | 98,332 | 23.7 | 140,628 | 28.7 |
| Product revenue | | | | | | |
| *GigaCloud 1P* | 122,102 | 44.4 | 188,266 | 45.5 | 231,682 | 47.3 |
| Off-platform ecommerce | 93,246 | 33.8 | 127,599 | 30.8 | 117,761 | 24.0 |
| **Subtotal** | 215,348 | 78.2 | 315,865 | 76.3 | 349,443 | 71.3 |
| **Total** | 275,478 | 100.0 | 414,197 | 100.0 | 490,071 | 100.0 |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 63. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 117<br><br>¶ 278 | "*Product Revenue from GigaCloud 1P. **Our product revenues from GigaCloud 1P increased by 23.1% from $188.3 million in 2021 to $231.7 million in 2022. The increase was primarily due to an increase in the number of active buyers from 3,566 in 2021 to 4,156 in 2022 and better selection of products catering to buyers' preference leading to an increase in spend per active buyer from $116,150 in 2021 to $124,692 in 2022.***" | '34 Act only | X | | X | X |
| 64. | April 24, 2023<br><br>Form 20-F, Ex. 25 at 117<br><br>¶ 279 | "*Product Revenue from GigaCloud 1P. **Our product revenues from GigaCloud 1P increased by 54.2% from $122.1 million in 2020 to $188.3 million in 2021. This increase was attributable to an increase in the overall market demand for online home furniture, which continued to drive the increase in sales per active buyer, and an increase in the number of our SKUs.***" | '34 Act only | X | | X | X |
| 65. | April 24, 2023<br><br>Form 20-F, Ex. 25 at F-53<br><br>¶ 275 | "The Group's revenues are disaggregated by major products/service lines and timing of revenue recognition.  Detailed information is specified as follows:"<br><br>**Year ended December 31,**<br>**Major products/services lines** — 2020 US$ / 2021 US$ / 2022 US$<br>**Service revenues**<br>Platform commission — 3,888 / 4,814 / 6,872<br>Ocean transportation service — 12,537 / 36,257 / 37,957<br>Warehousing service — 3,310 / 10,498 / 16,242<br>Last-mile delivery service — 26,294 / 33,693 / 62,745<br>Others — 14,101 / 13,070 / 16,812<br>**Total service revenues** — 60,130 / 98,332 / 140,628<br>**Product revenues**<br>Product sales to B — 39,858 / 50,699 / 49,128<br>Product sales to C — 53,388 / 76,900 / 68,633<br>Off-platform ecommerce — 93,246 / 127,599 / 117,761<br>**GigaCloud 1P** — 122,102 / 188,266 / 231,682<br>**Total product revenues** — 215,348 / 315,865 / 349,443<br>**Revenues** — 275,478 / 414,197 / 490,071 | '34 Act only | X | | X | X |

| | **Date & Source** | **Challenged Statement** | **Claims at Issue** | **Not False or Misleading** | **Inactionable Statements** | **No Loss Causation** | **No Scienter** |
|---|---|---|---|---|---|---|---|
| 66. | May 24, 2023<br><br>Q1 2023 Earnings Results Press Release, Ex. 26 at 1<br><br>¶ 282 | "**GigaCloud Marketplace GMV** *was $553.5 million in the 12 months ended March 31, 2023*, an increase of 26.3% from $438.1 million in the 12 months ended March 31, 2022." | '34 Act only | X | | X | X |
| 67. | May 24, 2023<br><br>Q1 2023 Earnings Results Press Release, Ex. 26 at 2<br><br>¶ 284<br><br>Speaker: Lau | Lau: "During the first quarter of 2023, we delivered record breaking financial and operation results through our relentless focus on execution and as we benefited from the industry-wide normalization of ocean shipping freight cost. *The continued increase in our GigaCloud Marketplace GMV as well as our expanded user base are strong testament to the value we offer to streamline cross border transactions of large parcel merchandise.* As we look ahead, I am very excited for the opportunities as we continue to drive profitable growth." | '34 Act only | X | X | X | X |
| 68. | May 24, 2023<br><br>Q1 2023 Earnings Results Press Release, Ex. 26 at 3<br><br>¶ 286 | "*Product revenue from GigaCloud 1P was $61.4 million in the first quarter of 2023*, increased by 13.2% from $54.3 million in the first quarter of 2022. *The increase was primarily due to an increase in spend per active buyer.*" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 69. | August 15, 2023<br><br>Q2 2023 Earnings Call Transcript, Ex. 27 at 6<br><br>¶ 289<br><br>Speaker: Lau | Lau: "***Product revenue from GigaCloud 1P saw a 14.9% year-over-year increase to $69.8 million***, and product revenue from off-platform e-commerce saw a 31.6% year-over-year increase to $40.1 million." | '34 Act only | X | | X | X |
| 70. | August 15, 2023<br><br>Q2 and 1H 2023 Earnings Results Press Release, Ex. 28 at 2<br><br>¶ 292 | "**GigaCloud Marketplace GMV *was $607.5 million in the 12 months ended June 30, 2023***, an increase of 32.4% from $458.8 million in the 12 months ended June 30, 2022." | '34 Act only | X | | X | X |
| 71. | August 15, 2023<br><br>Q2 and 1H 2023 Earnings Results Press Release, Ex. 28 at 2<br><br>¶ 294<br><br>Speaker: Wu | Lau: "We are thrilled with our results for the first half of 2023, especially our tremendous period-over-period net income growth of over 200% and another consecutive quarter of generating record profitability. ***We are seeing our momentum continue to grow at*** both ***the 1P*** and 3P level ***in our GigaCloud Marketplace as we execute on our strategy and further our market leading position as a trusted global B2B ecommerce brand.*** Despite a challenging market environment for large parcel merchandise, our unique business model and technological advances have propelled us to achieve another quarter of exceptional operational and financial results. We have built a reputation with our strong brand, value, and services selection, and believe GigaCloud is well positioned to deliver value to shareholders for the rest of 2023 and beyond." | '34 Act only | X | X | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 72. | August 15, 2023<br><br>Q2 and 1H 2023 Earnings Results Press Release, Ex. 28 at 3<br><br>¶ 296 | "***Product revenue from GigaCloud 1P was $69.8 million in the second quarter of 2023***, increased by 14.9% from $60.7 million in the second quarter of 2022. ***The increase was primarily due to increases in spend per active buyer.***" | '34 Act only | X | | X | X |
| 73. | November 30, 2023<br><br>Q3 2023 Earnings Results Press Release, Ex. 29 at 1<br><br>¶ 299 | "**GigaCloud Marketplace GMV *was $684.8 million in the 12 months ended September 30, 2023***, an increase of 40.8% from $486.3 million in the 12 months ended September 30, 2022." | '34 Act only | X | | X | X |
| 74. | November 30, 2023<br><br>Q3 2023 Earnings Results Press Release, Ex. 29 at 2<br><br>¶ 301 | "***Product revenue from GigaCloud 1P was $80.4 million in the third quarter of 2023***, increased by 38.1% from $58.2 million in the third quarter of 2022. ***The increase was primarily due to increases in spend per active buyer.***" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 75. | December 5, 2023<br><br>Q3 2023 Earnings Call Transcript, Ex. 30 at 6<br><br>¶ 304<br><br>Speaker: Lau | Lau: "Product revenue from GigaCloud 1P saw a 38.1% year-over-year increase to $80.4 million." | '34 Act only | X | | X | X |
| 76. | March 15, 2024<br><br>Q4 and FY 2023 Earnings Results Press Release, Ex. 31 at 1<br><br>¶ 307 | "**GigaCloud Marketplace GMV** was $794.4 million in the 12 months ended December 31, 2023, an increase of 53.3% from $518.2 million in the 12 months ended December 31, 2022." | '34 Act only | X | | X | X |
| 77. | March 15, 2024<br><br>Q4 and FY 2023 Earnings Results Press Release, Ex. 31 at 2<br><br>¶ 309 | "***Product revenue from GigaCloud 1P was $88.3 million in the fourth quarter of 2023***, increased by 50.9% from $58.5 million in the fourth quarter of 2022. ***The increase was primarily due to increases in the number of buyers and spend per active buyer.***" | '34 Act only | X | | X | X |

|   | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 78. | March 18, 2024<br><br>Q4 2023 Earnings Call Transcript, Ex. 32 at 6<br><br>¶ 312<br><br>Speaker: Lau | Lau: "Product revenue from GigaCloud, 1P saw a 50.9% year over year increased to $88.3 million." | '34 Act only | X | | X | X |
| 79. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 79<br><br>¶ 315 | "*To enhance our marketplace experience, we also sell our own inventory, or 1P products, through the GigaCloud Marketplace* and to and through third-party ecommerce websites such as Rakuten in Japan, and Amazon, Walmart, Home Depot, Overstock and Wayfair in the U.S. and OTTO in Germany. *These product revenues expand our market presence, reduce inventory and logistics risk for suppliers, create more products for buyers, drive volume-based cost efficiencies for sourcing products and provide us with data and increase the velocity of sales on our marketplace.* Product revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 76.3%, 71.3% and 71.7% of total revenues in 2021, 2022 and 2023, respectively." | '34 Act only | X | | X | X |

| | **Date & Source** | **Challenged Statement** | **Claims at Issue** | **Not False or Misleading** | **Inactionable Statements** | **No Loss Causation** | **No Scienter** |
|---|---|---|---|---|---|---|---|
| 80. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 7<br><br>¶ 316 | "*To enhance our marketplace experience, we sell our own products, or 1P products, through the GigaCloud Marketplace* and to and through third-party ecommerce websites, such as Rakuten in Japan, and Amazon, Walmart, Home Depot, Overstock and Wayfair in the U.S. and OTTO in Germany. *These 1P revenues expand our market presence, reduce inventory and logistics risk for suppliers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace.* With the acquisition of Noble House, we further diversified the 1P product variety and offerings for our buyers. 1P revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 76.3%, 71.3% and 71.7% of total revenues in 2021, 2022 and 2023, respectively." | '34 Act only | X | | X | X |
| 81. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 8<br><br>¶ 318 | "*In 2021, our users transacted $414.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116,150.*<br><br>*In 2022, our users transacted $518.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $124,692.*<br><br>*In 2023, our users transacted $794.4 million of GigaCloud Marketplace GMV with an average spend per buyer of $158,569.*" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 82. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 78<br><br>¶ 320 | "We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. We generate revenues primarily through three revenue streams:<br><br>*GigaCloud 3P*: generates service revenues, including revenues from platform commission, ocean transportation service, warehousing service, last-mile delivery service, packaging service and others, by facilitating transactions between sellers and buyers in our GigaCloud Marketplace.<br><br>*GigaCloud 1P*: generates product revenues through the sale of our inventory in our GigaCloud Marketplace.<br><br>*Off-platform ecommerce*: generates product revenues through the sale of our inventory to and through third-party ecommerce websites." | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 83. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 79<br><br>¶ 322 | | '34 Act only | X | | X | X |
| 84. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 80<br><br>¶ 324 | "*Once we attract new sellers and buyers to our marketplace, we leverage our technology and supply chain solutions to drive retention.* We provide value-added services like product sales forecasts to our sellers to allow them to more efficiently manage inventory and reduce costs. Our integrated supply chain also offers manufacturers and online resellers in our marketplace enhanced visibility into product inventory, reducing inventory turnover and associated transaction costs. *The value of our model is demonstrated by the growth in GMV from our new and existing sellers and buyers.*" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 85. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 81-82<br><br>¶ 326 | "The chart below displays the quarterly GigaCloud Marketplace GMV of our buyers in our GigaCloud Marketplace in 2021, 2022 and 2023. 2021 Buyers, 2022 Buyers and 2023 Buyers represent the groups of buyers who first purchased products in our GigaCloud Marketplace in 2021, 2022 and 2023, respectively. The Active Buyers shows the total number of buyers who had made at least one purchase in our GigaCloud Marketplace in the last 12 months. Our number of buyers and buyer GMV have grown consistently since inception, as shown below."<br><br> | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 86. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 82<br><br>¶ 328 | "*GigaCloud 1P*<br><br>*Through GigaCloud 1P, we further enhance our marketplace experience by selling our own inventory. Our 1P business creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.* Our GigaCloud 1P business generates revenues from product sales.<br><br>*Off-platform Ecommerce*<br><br>*In addition to facilitating transactions in our GigaCloud Marketplace, we also procure highly rated products directly from manufacturers and sell them directly to and through third-party websites such as Rakuten, Amazon, Walmart, Wayfair, Home Depot and OTTO as part of our off-platform ecommerce business.* Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data. Our off-platform ecommerce business generates revenues from product sales to both end customers and third-party ecommerce websites." | '34 Act only | X | X | X | X |
| 87. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 83<br><br>¶ 330 | "*The growth in GigaCloud Marketplace GMV, including GMV from both GigaCloud 3P and GigaCloud 1P, reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace.* The revenues we generate in our marketplace are highly correlated to the amount of GMV transacted in the GigaCloud Marketplace." | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 88. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 83<br><br>¶ 332 | "**GigaCloud Marketplace GMV increased from \$414.2 million in 2021 to \$518.2 million in 2022**, representing a growth of 25.1% year-over-year, and further increased to \$794.4 million in 2023, representing a growth of 53.3% year-overyear, *primarily due to the continued increase in the numbers of sellers and buyers transacting in our marketplace and an increase in spend per active buyer as our marketplace continued to gain scale and market position.*"<br><br> | '34 Act only | X | | X | X |
| 89. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 89<br><br>¶ 334 | "*Product Revenues—GigaCloud 1P*<br><br>We derive product revenues from the sales of products through selling our own inventory on our marketplace. ***This 1P business creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.***" | '34 Act only | X | | X | X |

| | **Date & Source** | **Challenged Statement** | **Claims at Issue** | **Not False or Misleading** | **Inactionable Statements** | **No Loss Causation** | **No Scienter** |
|---|---|---|---|---|---|---|---|
| 90. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 95<br><br>¶ 336 | "*Product Revenues from GigaCloud 1P.* **Our product revenues from GigaCloud 1P increased by 29.4% from $231.7 million in 2022 to $299.9 million in 2023. The increase was primarily due to increases in the number of buyers and spend per active buyer as our marketplace continued to grow in scale.**" | '34 Act only | X | | X | X |
| 91. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 96<br><br>¶ 337 | "*Product Revenues from GigaCloud 1P.* **Our product revenues from GigaCloud 1P increased by 23.1% from $188.3 million in 2021 to $231.7 million in 2022. The increase was primarily due to an increase in the number of active buyers from 3,566 in 2021 to 4,156 in 2022 and better selection of products catering to buyers' preference leading to an increase in spend per active buyer from $116,150 in 2021 to $124,692 in 2022**." | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 92. | March 27, 2024<br><br>Form 10-K for 2023, Ex. 33 at 161<br><br>¶ 339 | "The Group's revenues are disaggregated by major products/service lines and timing of revenue recognition. Detailed information is specified as follows:" | '34 Act only | X | | X | X |

**Challenged Statement table (part of statement 92):**

| | Year ended December 31, | | |
|---|---|---|---|
| **Major products/services lines** | **2021** | **2022** | **2023** |
| | (In thousands) | | |
| **Service revenues** | | | |
| Platform commission | $ 4,814 | $ 6,872 | $ 11,187 |
| Ocean transportation service | 36,257 | 37,957 | 19,703 |
| Warehousing service | 10,498 | 16,242 | 24,423 |
| Last-mile delivery service | 33,693 | 62,745 | 105,978 |
| Packaging service | 5,498 | 7,735 | 17,296 |
| Others | 7,572 | 9,077 | 20,597 |
| **Total service revenues** | **98,332** | **140,628** | **199,184** |
| **Product revenues** | | | |
| Product sales to B | 50,699 | 49,128 | 86,578 |
| Product sales to C | 76,900 | 68,633 | 118,044 |
| Off-platform ecommerce | 127,599 | 117,761 | 204,622 |
| GigaCloud 1P | 188,266 | 231,682 | 299,930 |
| Others | — | — | 95 |
| **Total product revenues** | **315,865** | **349,443** | **504,647** |
| **Revenues** | $ 414,197 | $ 490,071 | $ 703,831 |

|   | **Date & Source** | **Challenged Statement** | **Claims at Issue** | **Not False or Misleading** | **Inactionable Statements** | **No Loss Causation** | **No Scienter** |
|---|---|---|---|---|---|---|---|
| 93. | May 9, 2024<br><br>Q1 2024 Earnings Call Transcript, Ex. 34 at 6-7<br><br>¶ 342<br><br>Speaker: Lau | Lau: "***Product revenues from GigaCloud 1P, which mainly include product sales of our inventory through that GigaCloud marketplace improved to $90 million, an increase of nearly 47% year over year.***" | '34 Act only | X | | X | X |
| 94. | May 9, 2024<br><br>Form 10-Q for Q1 2024, Ex. 35 at 23<br><br>¶ 345 | "We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. We generate revenues through three revenue streams:<br><br>***GigaCloud 3P***: generates service revenues by facilitating transactions between sellers and buyers in our GigaCloud Marketplace.<br><br>***GigaCloud 1P***: generates product revenues through the sale of our inventory in our GigaCloud Marketplace.<br><br>***Off-platform ecommerce***: generates product revenues through the sale of our inventory to and through third-party ecommerce websites." | '34 Act only | X | | X | X |
| 95. | May 9, 2024<br><br>Form 10-Q for Q1 2024, Ex. 35 at 24<br><br>¶ 347 | "***The growth in GigaCloud Marketplace GMV, including GMV from both GigaCloud 3P and GigaCloud 1P, reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace.*** The revenues we generate in our marketplace are highly correlated to the amount of GMV transacted in the GigaCloud Marketplace." | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 96. | May 9, 2024<br><br>Form 10-Q for Q1 2024, Ex. 35 at 24<br><br>¶ 349 | "*GigaCloud Marketplace GMV increased from $553.5 million in the 12 months ended March 31, 2023 to $907.7 million in the 12 months ended March 31, 2024, representing a growth of 64.0% period-over-period, primarily due to the continued increase in the numbers of sellers and buyers transacting in our marketplace and an increase in spend per active buyer as our marketplace continued to gain scale and market position.*" | '34 Act only | X | | X | X |
| 97. | May 9, 2024<br><br>Form 10-Q for Q1 2024, Ex. 35 at 26<br><br>¶ 351 | "Buyers in our marketplace are typically resellers operating in the U.S., Asia and Europe who procure large parcel merchandise to resell to end customers. *Our marketplace is attractive to buyers because we minimize inventory risk from our buyers' business operations.* Our buyers can browse a product in our marketplace and list the product on their preferred ecommerce websites such as Rakuten, Amazon, Walmart, Wayfair, Home Depot and OTTO, or their own store prior to procuring and storing the product in a warehouse or shop. Once a sale to the end customer takes place, buyers can order the product in our marketplace and we will handle the fulfillment directly to the end customer." | '34 Act only | X | | X | X |
| 98. | May 9, 2024<br><br>Form 10-Q for Q1 2024, Ex. 35 at 29<br><br>¶ 353 | "*Product Revenues—GigaCloud 1P*<br>We derive product revenues from the sales of products through selling our own inventory in our marketplace. *This 1P business creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.*" | '34 Act only | X | | X | X |
| 99. | May 9, 2024<br><br>Form 10-Q for Q1 2024, Ex. 35 at 33<br><br>¶ 355 | "*Product Revenues from GigaCloud 1P. Our product revenues from GigaCloud 1P increased by 46.9% from $61.4 million in the three months ended March 31, 2023 to $90.2 million in the three months ended March 31, 2024. The increase was primarily due to increases in GigaCloud Marketplace GMV, the number of buyers and spend per active buyer as our marketplace continued to grow in scale.*" | '34 Act only | X | | X | X |

| | Date & Source | Challenged Statement | Claims at Issue | Not False or Misleading | Inactionable Statements | No Loss Causation | No Scienter |
|---|---|---|---|---|---|---|---|
| 100. | May 23, 2024<br><br>Press Release, Ex. 11 at 2<br><br>¶ 125 | "The short-seller report claims that the purported lack of website activity is explained by allegedly undisclosed transactions with related parties. This claim is false and misleading for the reasons noted above: GigaCloud's B2B marketplace has substantial monthly traffic. There is also no merit to the claims the short-seller makes about purported related party transactions. Following similar unsubstantiated allegations made in September 2023 by another short-seller, the Company carefully evaluated its customer relationships and has disclosed in its filings made with the U.S. Securities and Exchange Commission all related party transactions required by the applicable rules and accounting standards.<br><br>There is also no basis in the short-seller's unsupported suggestion that sales made through certain entities are not legitimate. As the Company previously disclosed, buyers in its marketplace can list products for sale to consumers on their own stores or other ecommerce websites and GigaCloud will handle fulfilment directly to their end customer. These transactions represent legitimate sales that can be validated through the records of deliveries to end customers and are corroborated by the substantial expenses the Company has previously reported for delivery and logistics services." | '34 Act only | X | | X | X |