**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION | **Case No. 1:23-cv-10645-JMF** |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: | **ALL ACTIONS** |
| ALL ACTIONS | |

### DECLARATION OF HANYU (IRIS) XIE IN SUPPORT OF GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, XIN WAN, KWOK HEI DAVID LAU, AND AEGIS CAPITAL CORP.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Hanyu (Iris) Xie, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney with the law firm of Latham & Watkins LLP, counsel for Defendants GigaCloud Technology Inc ("GigaCloud"), Larry Lei Wu, Xin Wan, and Kwok Hei David Lau, in the above-captioned matter.  I am admitted to practice and am a member in good standing of the Bars of the State of New York and this Court.

2.      I submit this Declaration in Support of GigaCloud, Messrs. Wu, Wan, Lau, and Aegis Capital Corp. ("Aegis")'s Motion to Dismiss the Second Amended Class Action Complaint (the "SAC").  I am familiar with all of the facts and circumstances set forth herein.

3.      Attached as Exhibit 1 is a true and correct copy of the SAC, filed June 28, 2024 (ECF No. 88).

4.      Attached as Exhibit 2 is a true and correct excerpt of GigaCloud's Prospectus, filed August 17, 2022 with the U.S. Securities and Exchange Commission (the "SEC").

1

5.      Attached as Exhibit 3 is a true and correct copy of GigaCloud's Issuer Free Writing Prospectus, filed August 2, 2022 with the SEC.

6.      Attached as Exhibit 4 is a true and correct copy of a Yahoo article titled "GigaCloud Technology Inc. (GCT) Q1 Earnings and Revenues Surpass Estimates," dated May 9, 2024.

7.      Attached as Exhibit 5 is a compilation of the historical price data for GigaCloud's common stock for the period of August 17, 2022 to June 28, 2024, retrieved from Bloomberg.

8.      Attached as Exhibit 6 is a true and correct copy of a report by Culper Research titled "GigaCloud Technology Inc (NASDAQ:GCT): If It's Too Good To Be True…", dated September 28, 2023.

9.      Attached as Exhibit 7 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Responds to Short-Seller Report," dated September 29, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

10.     Attached as Exhibit 8 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Refutes Misleading Claims in Short Seller Report," dated October 9, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

11.     Attached as Exhibit 9 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Announces Completion of Independent Review," dated November 13, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

12.     Attached as Exhibit 10 is a true and correct copy of the "Important Legal Disclaimer" webpage that appears before any report on Grizzly Research LLC's website can be accessed.

13.      Attached as Exhibit 11 is a true and correct copy of GigaCloud's press release titled "GigaCloud Technology Inc Responds to Short-Seller Report," dated May 23, 2024, which was attached as an exhibit to GigaCloud's Form 8-K, filed with the SEC.

14.      Attached as Exhibit 12 is a true and correct copy of the criminal indictment in *United States of America v. Andrew Left*, No. 24-cr-00456-TJH (C.D. Cal. 2024), unsealed on July 25, 2024.

15.      Attached as Exhibit 13 is a true and correct copy of the SEC's complaint in *Securities and Exchange Commission v. Andrew Left, and Citron Capital, LLC*, No. 2:24-cv-06311 (C.D. Cal. 2024), dated July 26, 2024.

16.      Attached as Exhibit 14 are true and correct copies of all Forms 4 for Larry Lei Wu, filed with the SEC, reflecting transactions during the purported class period.

17.      Attached as Exhibit 15 are true and correct copies of all Forms 4 for David Lau, filed with the SEC, reflecting transactions during the purported class period.

18.      Attached as Exhibit 16 is a true and correct copy of Form 144 for David Lau, filed with the SEC on March 18, 2024.

19.      Attached as Exhibit 17 are true and correct copies of all Forms 4 for Xin Wan, filed with the SEC, reflecting transactions during the purported class period.

20.      Attached as Exhibit 18 is a true and correct copy of Aegis's analyst report on GigaCloud, dated October 3, 2022.

21.      Attached as Exhibit 19 is a true and correct copy of a Seeking Alpha article titled "GigaCloud Technology: Strong Buy with Short Squeeze Potential (SA Quant)," dated May 31, 2024.

22.     Attached at Exhibit 20 is a true and correct copy of the transcript from GigaCloud's Second Quarter 2022 Earnings Call on September 30, 2022.

23.     Attached as Exhibit 21 is a true and correct copy of GigaCloud's press release announcing Second Quarter 2022 Financial Results, dated September 30, 2022, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

24.     Attached as Exhibit 22 is a true and correct copy of GigaCloud's press release announcing Third Quarter 2022 Financial Results, dated November 30, 2022, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

25.     Attached at Exhibit 23 is a true and correct copy of the transcript from GigaCloud's Second Quarter 2022 Earnings Call on November 30, 2022.

26.     Attached as Exhibit 24 is a true and correct copy of GigaCloud's press release announcing Fourth Quarter 2022 Financial Results, dated March 17, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

27.     Attached as Exhibit 25 is a true and correct excerpt of GigaCloud's Form 20-F for Fiscal Year 2022, filed on April 24, 2023 with the SEC.

28.     Attached as Exhibit 26 is a true and correct copy of GigaCloud's press release announcing First Quarter 2023 Financial Results, dated May 24, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

29.     Attached as Exhibit 27 is a true and correct copy of the transcript from GigaCloud's Second Quarter 2023 Earnings Call on August 15, 2023.

30.     Attached as Exhibit 28 is a true and correct copy of GigaCloud's press release announcing Second Quarter and First Half 2023 Financial Results, dated August 15, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

31.     Attached as Exhibit 29 is a true and correct copy of GigaCloud's press release announcing Third Quarter 2023 Financial Results, dated November 30, 2023, which was attached as an exhibit to GigaCloud's Form 6-K, filed with the SEC.

32.     Attached as Exhibit 30 is a true and correct copy of the transcript from GigaCloud's Third Quarter 2023 Earnings Call on December 5, 2023.

33.     Attached as Exhibit 31 is a true and correct copy of GigaCloud's press release announcing Fourth Quarter and Fiscal Year 2023 Financial Results, dated March 15, 2024, which was attached as an exhibit to GigaCloud's Form 8-K, filed with the SEC.

34.     Attached as Exhibit 32 is a true and correct copy of the transcript from GigaCloud's Fourth Quarter 2023 Earnings Call on March 18, 2024.

35.     Attached as Exhibit 33 is a true and correct copy of GigaCloud's Form 10-K for Fiscal Year 2023, filed March 27, 2024 with the SEC.

36.     Attached as Exhibit 34 is a true and correct copy of the transcript from GigaCloud's First Quarter 2024 Earnings Call on May 9, 2024.

37.     Attached as Exhibit 35 is a true and correct copy of GigaCloud's Form 10-Q for First Quarter 2024, filed May 9, 2024 with the SEC.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 9, 2024
        New York, New York

_____
                Hanyu (Iris) Xie