# EXHIBIT 2

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-266058**
**and Registration No. 333-266943**

# GigaCloud Technology Inc

### 2,940,000 Class A Ordinary Shares

This is an initial public offering of 2,940,000 Class A ordinary shares, par value $0.05 per share, by GigaCloud Technology Inc. The initial public offering price of our Class A ordinary shares is $12.25 per Class A ordinary share.

Prior to this offering, there has been no public market for our shares. Our Class A ordinary shares have been approved for listing on the Nasdaq Global Market, or Nasdaq, under the symbol "GCT."

In this prospectus, "Cayman Islands holding company" refers to GigaCloud Technology Inc, our Cayman Islands holding company and its predecessor entity; "we," "us," "our company," "our," "our group" or "GigaCloud Group" refers to GigaCloud Technology Inc, our Cayman Islands holding company, its predecessor entity, together as a group with its subsidiaries and, in the context of describing our operations and consolidated financial statements, its consolidated variable interest entities, or VIEs, and any subsidiaries of its consolidated VIEs; "Hong Kong Subsidiary" refers to GigaCloud Technology (HongKong) Limited, a wholly-owned subsidiary of GigaCloud Technology Inc in Hong Kong principally for operating the B2B GigaCloud Marketplace; and "PRC Subsidiaries" refer to operating subsidiaries of GigaCloud Technology Inc in mainland China principally for procurement and providing inter-group services to the group companies.

We are an "emerging growth company" as defined under applicable securities laws in the United States, or the U.S., and are eligible for reduced public company reporting requirements.

**See "Risk Factors" beginning on page 31 to read about factors you should consider before buying our Class A ordinary shares.**

GigaCloud Technology Inc is a holding company incorporated in the Cayman Islands and not a direct Chinese or Hong Kong operating company. As a holding company with no material operations of its own, GigaCloud Technology Inc conducts its operations through its principal subsidiaries incorporated in mainland China, Hong Kong, Japan and the United States and principal consolidated VIEs incorporated in the United States and the United Kingdom. Our corporate structure involves unique risks to investors as they are purchasing equity securities in a Cayman Islands holding company with operations conducted by our subsidiaries and consolidated VIEs, and not equity securities of our subsidiaries based in mainland China, Hong Kong, Japan and the United States, nor equity securities of our consolidated VIEs based in the United States and the United Kingdom. The Class A ordinary shares offered in this offering are shares of our Cayman Islands holding company instead of the shares of our subsidiaries or consolidated VIEs. Investors will not and may never directly hold equity interests in our subsidiaries or consolidated VIEs, including the equity interests in our principal subsidiaries based in mainland China, Hong Kong, Japan and the United States and our principal consolidated VIEs based in the United States and the United Kingdom. While our current corporate structure does not contain any VIE in the People's Republic of China, or the PRC, and our group has no intention establishing any VIEs in the PRC in the future, if in the future our group's corporate structure were to contain a VIE, the PRC regulatory authorities could disallow the VIE structure, which would likely result in a material change in our operations and/or a material change in the value of the securities we are registering for sale, including that it could cause the value of such securities to significantly decline or in extreme cases, become worthless. We do not own any equity interest in the consolidated VIEs. We control and receive the economic benefits of our consolidated VIEs and their business operations through certain contractual arrangements. Uncertainties exist as to our ability to enforce the VIE agreements, and the enforceability of the VIE agreements has not been tested in a court of law. For a description of our corporate structure and our contractual arrangements with our consolidated VIEs and the risks related to our corporate structure, see "Corporate History and Structure—Contractual Arrangements with Our Consolidated VIEs and their Shareholders," "Risk Factors—Risks Related to Our Corporate Structure—We rely on contractual arrangements with our consolidated VIEs and their shareholders for a portion of our business operations. These arrangements may not be as effective as direct ownership in providing operational control," and "Risk Factors—Risks Related to Doing Business in China—The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers, may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time, which could result in a material change in our operations and/or the value of the securities we are registering for sale."

The PRC government has recently indicated an intent to exert more oversight and control over overseas securities offerings and other capital markets activities by, and overseas and/or foreign investment in, companies with operations in mainland China and Hong Kong, including enhancing supervision over companies with operations in mainland China that are listed overseas using VIE structure, and that the PRC regulatory authorities could disallow the use of such VIE holding structure. We do not believe that we are directly subject to these regulatory actions or statements, as we do not currently have any VIE in the PRC. However, the rules and regulations and the enforcement thereof in China can change quickly. The PRC regulatory authorities could change the rules, regulations and policies regarding foreign ownership in the industry in which we operate, which would likely result in material change in our operations and/or a material change in the value of the securities we are registering for sale, including that it could cause the value of the securities to significantly decline, or become worthless. The PRC government may intervene with or influence our operations in mainland China and Hong Kong as the government deems appropriate to further regulatory, political and societal goals. Any such action, once taken by the PRC government, could result in a material change in our operations, significantly limit or completely hinder our ability to offer or continue to offer securities to investors and cause the value of the securities we are registering for sale to significantly decline or in extreme cases, become worthless. See "Risk Factors—Risks Related to Doing Business in China—The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers, may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time, which could result in a material change in our operations and/or the value of the securities we are registering for sale."

On June 30, 2020, the Standing Committee of the National People's Congress of the PRC, or the Standing Committee of the NPC, promulgated the Law of the People's Republic of China on Safeguarding National Security in the Hong Kong Special Administrative Region, or the Law of PRC on Safeguarding National Security in Hong Kong. The interpretation of the Law of the PRC on Safeguarding National Security in Hong Kong involves a degree of uncertainty. Recently, the PRC government announced that it would step up supervision of overseas listed PRC businesses. Under the new measures, the PRC government will enhance regulation of cross-border data flows and security, crack down on illegal activity in the securities market and punish fraudulent securities issuance, market manipulation and insider trading. The PRC government will also check sources of funding for securities investment and control leverage ratios. The PRC government has also opened a probe into several U.S.-listed technology companies focusing on anti-monopoly, financial technology regulation and more recently, with the passage of the PRC Data Security Law, how companies collect, store, process and transfer personal data. Currently these laws (other than the Law of the PRC on Safeguarding National Security in Hong Kong) are expected to apply to mainland China domestic businesses, rather than businesses in Hong Kong which operate under a different set of laws from mainland China. However, there can be no assurance that the government of Hong Kong will not enact similar laws and regulations applicable to companies operating in Hong Kong. For example, the PRC government may pressure the government of Hong Kong to enact similar laws and regulations to those in the PRC, which may seek to exert control over offerings conducted overseas by Hong Kong companies. If any or all of the foregoing were to occur, it could lead to a material adverse change in GigaCloud Group's operations and limit or hinder our ability to offer securities to overseas investors or remain listed in the United States, which could cause the value of the securities we are registering for sale to significantly decline or become worthless. See "Risk Factors—Risks Related to Doing Business in China—Implementation of the Law of the PRC on Safeguarding National Security in Hong Kong involves uncertainty, and the recent policy pronouncements by the PRC government regarding business activities of U.S.-listed PRC businesses may negatively impact GigaCloud Group's existing and future operations in Hong Kong."

Although we have operations in many locations globally, we face various legal and operational risks and uncertainties as a result of being based in and having operations in mainland China and Hong Kong. We launched our GigaCloud Marketplace under our Hong Kong Subsidiary in 2019. Our PRC Subsidiaries perform cost functions and internal operational functions, but our PRC Subsidiaries do not generate revenue in the PRC. Accordingly, the laws and regulations of the PRC have an impact on the operational and procurement aspects of our business. Furthermore, the PRC government has authority to exert political and economic influence on the ability of a company with operations in mainland China and Hong Kong to conduct business, accept foreign investment or list on the United States or the other foreign exchange. For example, we may face risks associated with regulatory approvals of offshore offerings, anti-monopoly regulatory actions, oversight on cybersecurity and data privacy, the lack of inspection of the Public Company Accounting Oversight Board, or the PCAOB, of our auditors, as well as regulatory risks relating to companies in Hong Kong. Based on our inquiry with the relevant PRC government authority and the advice of our PRC legal counsel, we believe we, including our PRC Subsidiaries and our Hong Kong Subsidiary, are currently not required to file with the Cyberspace Administration of China, or the CAC, for a cybersecurity review as of the date hereof, because (i) our B2B ecommerce platform, GigaCloud Marketplace, is operated in Hong Kong under our Hong Kong Subsidiary with under one million users, and (ii) our GigaCloud Marketplace is a B2B ecommerce platform and any data we collected on our sellers and buyers are limited without any personal information. See "Risk Factors—Risks Related to Doing Business in China—The approval or other administration requirements of the China Securities Regulatory Commission, or the CSRC, or other PRC governmental authorities, may be required in connection with this offering under a PRC regulation or any new laws, rules or regulations to be enacted, and if required, we cannot assure you that we will be able to obtain such approval. The regulation also establishes more complex procedures for acquisitions conducted by foreign investors that could make it more difficult for us to grow through acquisitions." In light of recent statements and regulatory actions by the PRC government related to the PRC's extension of authority into Hong Kong, there is also risk that the PRC government may intervene or influence our operations in Hong Kong, as our operations in Hong Kong are subject to political and economic influence from the PRC government. Our Hong Kong Subsidiary may be subject to direct intervention or influence from the PRC government in the future due to changes in laws or other unforeseeable reasons. Such risks could impact our ability to conduct our business, accept foreign investments, or list on the United States or the other foreign exchange, result in a material change in our operations and/or the value of our Class A ordinary shares or could significantly limit or completely hinder our ability to offer or continue to offer Class A ordinary shares and/or other securities to investors and cause the value of the securities we are registering for sale to significantly decline or be worthless. See "Risk Factors—Risks Related to Doing Business in China—The PRC government may exert more control over offerings conducted overseas and/or foreign investment in mainland China- and Hong Kong-based issuers, may exercise significant oversight and discretion over a company's ability to conduct business in mainland China and Hong Kong and may intervene in or influence our operations at any time, which could result in a material change in our operations and/or the value of the securities we are registering for sale," and "Risk Factors—Risks Related to Doing Business in China—We operate our GigaCloud Marketplace through our Hong Kong Subsidiary. If the PRC government were to extend its oversight into companies in Hong Kong, our Hong Kong Subsidiary may be subject to additional regulations which could have a material effect on our business operations."

**Table of Contents**

On December 2, 2021, the SEC adopted amendments to finalize rules implementing the submission and disclosure requirements in the Holding Foreign Companies Accountable Act, or the HFCA Act. The rules apply to registrants the SEC identifies as having filed an annual report with an audit report issued by a registered public accounting firm that is located in a foreign jurisdiction and that the PCAOB is unable to inspect or investigate, or the Commission-Identified Issuers. The final amendments require Commission-Identified Issuers to submit documentation to the SEC establishing that it is not owned or controlled by a governmental entity in the public accounting firm's foreign jurisdiction. Furthermore, on June 22, 2021, the U.S. Senate passed the Accelerating Holding Foreign Companies Accountable Act, which, if enacted into law would amend the HFCA Act and require the SEC to prohibit an issuer's securities from trading on U.S. stock exchanges if its auditor is not subject to PCAOB inspections for two consecutive "non-inspection" years instead of three, and therefore reducing the time before our securities may be prohibited from trading on the Nasdaq or other U.S. stock exchanges, and this ultimately could result in our Class A ordinary shares being delisted. On September 22, 2021, the PCAOB adopted a final rule implementing the HFCA Act, which provides a framework for the PCAOB to use when determining, as contemplated under the HFCA Act, whether the PCAOB is unable to inspect or investigate completely registered public accounting firms located in a foreign jurisdiction because of a position taken by one or more authorities in that jurisdiction. On December 16, 2021, the PCAOB issued a report on its determinations that the PCAOB is unable to inspect or investigate completely PCAOB-registered public accounting firms headquartered in mainland China and Hong Kong, because of positions taken by PRC authorities in these jurisdictions. The PCAOB included in its report a list of registered public accounting firms headquartered in mainland China and Hong Kong that the PCAOB is unable to inspect or investigate completely, including our auditor, KPMG Huazhen LLP. Our Class A ordinary shares may be delisted under the HFCA Act if the PCAOB is unable to inspect auditors who are located in China and if we fail to implement measures to enable PCAOB' inspection of our auditor. See "Risk Factors—Related to Our Class A Ordinary Shares and this Offering—Our Class A ordinary shares may be delisted under the HFCA Act if the PCAOB is unable to inspect auditors who are located in China and if we fail to implement measures to enable PCAOB's inspection of our auditor. The delisting of our Class A ordinary shares, or the threat of their being delisted, may materially and adversely affect the value of your investment. Additionally, the inability of the PCAOB to conduct inspections deprives our investors of the benefits of such inspections."

We have operations in many locations globally through our principal subsidiaries incorporated in mainland China, Hong Kong, Japan and the United States and our principal consolidated VIEs incorporated in the United States and the United Kingdom. If needed, cash can be transferred between our holding company and subsidiaries through intercompany fund advances. In 2019, GigaCloud Technology Inc, our Cayman Islands holding company (i) received a total of $4.4 million in cash from our subsidiaries and our consolidated VIEs, of which nil was from our Hong Kong Subsidiary or PRC Subsidiaries; and (ii) transferred a total of $3.3 million in cash to our subsidiaries and our consolidated VIEs, of which $1.0 million was to our Hong Kong Subsidiary and $1.4 million was to Suzhou Dajianyun Transport Co., Ltd., or Suzhou GigaCloud. In 2020, GigaCloud Technology Inc (i) received a total of $12.3 million in cash from our subsidiaries and our consolidated VIEs, of which $1.1 million was from our Hong Kong Subsidiary and nil from our PRC Subsidiaries; and (ii) transferred a total of $2.1 million in cash to our subsidiaries and our consolidated VIEs, of which $1.8 million was to our Hong Kong Subsidiary. In 2021, GigaCloud Technology Inc (i) received a total of $6.7 million in cash, of which $6.7 million was from our Hong Kong Subsidiary; and (ii) transferred a total of $18.6 million in cash to our subsidiaries, of which $18.5 million was to our Hong Kong Subsidiary and $0.1 million was to GigaCloud Trading (HongKong) Limited. In the three months ended March 31, 2022, GigaCloud Technology Inc (i) did not receive any cash transfer from our subsidiaries or consolidated VIEs; and (ii) transferred a total of $10.1 million to our subsidiaries, of which $10.0 million was to our Hong Kong Subsidiary and $0.1 million was to GigaCloud Trading (HongKong) Limited. Suzhou GigaCloud was a consolidated VIE in mainland China from 2018 to February 2021, and we acquired 100% of the equity interest in Suzhou GigaCloud in February 2021, which then became our indirect wholly-owned subsidiary. In 2019, Suzhou GigaCloud did not have any transfers, dividends or distributions with our Cayman Islands holding company or other intercompany entities. In 2020 and 2021, Suzhou GigaCloud received a total of $0.4 million and $1.5 million, respectively, in cash from our Hong Kong Subsidiary. In the three months ended March 31, 2022, Suzhou GigaCloud received a total of $0.3 million in cash from our Hong Kong Subsidiary. In 2020 and 2021, Suzhou GigaCloud transferred a total of nil and $0.5 million, respectively, in cash to our subsidiary in Japan and our consolidated VIE in the United States. In the three months ended March 31, 2022, Suzhou GigaCloud did not have any transfers, dividends or distributions with our Cayman Islands holding company or other intercompany entities. In 2019, 2020, 2021 and the three months ended March 31, 2022, GigaCloud Technology (Suzhou) Co., Ltd., our wholly-owned subsidiary in mainland China, transferred a total of $0.04 million, nil, $0.06 million and nil, respectively, in cash to our subsidiaries in mainland China. In 2019, 2020, 2021 and the three months ended March 31, 2022, GigaCloud Technology (Suzhou) Co., Ltd. received a total of $3.1 million in cash, of which $1.7 million was from our Hong Kong Subsidiary and $1.4 million was from GigaCloud Technology Inc, $4.6 million in cash from our Hong Kong Subsidiary, $15.1 million in cash, of which $15.0 million was from our Hong Kong Subsidiary and $0.1 million was from one of our PRC Subsidiaries, and $2.9 million in cash from our Hong Kong Subsidiary, respectively. As of the date of this prospectus, other than the cash transfer described hereto, there were no transfer of other assets between our Cayman Islands holding company, our subsidiaries and VIEs. Our subsidiaries and consolidated VIEs have never made any dividends or distributions to our Cayman Islands holding company, or to investors. Similarly, our Cayman Islands holding company has not declared or made any dividend or distribution to its shareholders, including U.S. investors, in the past. If we decide to pay dividends on any of our ordinary shares in the future, as a holding company, we will be dependent on receipt of funds from our principal subsidiaries in Hong Kong, Japan and the United States and our principal consolidated VIEs in the United States and the United Kingdom. There are currently no restrictions on foreign exchange and our ability to transfer cash among our Cayman Islands holding company and our principal subsidiaries and consolidated VIEs, as applicable, in Hong Kong, Japan, the United States and the United Kingdom, or to investors. Although we did not rely on our PRC Subsidiaries in dividends or other distributions on equity in the past, in the event that our PRC Subsidiaries were to issue dividends or distribution to us out of mainland China in the future, our PRC Subsidiaries may be subject to the applicable foreign currency control. To date, there have not been any such dividends or other distributions from our PRC Subsidiaries to our subsidiaries located outside of mainland China. In addition, save as disclosed above, as of the date of this prospectus, none of our subsidiaries have ever issued any dividends or distributions to us or their respective shareholders outside of mainland China. In the PRC, the PRC government imposes controls on the convertibility of the Renminbi into foreign currencies and the remittance of currency out of the PRC which may restrict our PRC Subsidiaries' ability to transfer cash from our PRC Subsidiaries to our other non-mainland China entities. To the extent cash is generated in our PRC Subsidiaries, and may need to be used to fund operations outside of mainland China, such funds may not be available due to limitations placed by the PRC government. Furthermore, to the extent assets (other than cash) in our business are located in mainland China or held by a mainland China entity, the assets may not be available to fund operations or for other use outside of mainland China due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer assets by the PRC government. If certain PRC laws and regulations, including existing laws and regulations and those enacted or promulgated in the future were to become applicable to our Hong Kong Subsidiary in the future, and to the extent cash is generated in our Hong Kong Subsidiary and to the extent assets (other than cash) in our business are located in Hong Kong or held by a Hong Kong entity and may need to be used to fund operations outside of Hong Kong, such funds or assets may not be available due to interventions in or the imposition of restrictions and limitations on the ability of us and our subsidiaries to transfer funds or assets by the PRC government. Furthermore, there can be no assurance that the PRC government will not intervene or impose restrictions on GigaCloud Group's ability to transfer or distribute cash within its organization, which could result in an inability or prohibition on making transfers or distributions to entities outside of mainland China and Hong Kong and adversely affect its business. Saved as the foregoing limitations imposed by the PRC government as described hereto, there are currently no limitations on our or our subsidiaries' ability to transfer cash to investors. See "Risk Factors—Risks Related to Doing Business in China—Governmental control of currency conversion may limit our ability to utilize our revenues, transfer or distribute cash within our group effectively and affect the value of your investment."

We currently have not maintained any cash management policies that dictate the purpose, amount and procedure of fund transfers among our Cayman Islands holding company, our subsidiaries, the consolidated VIEs, or investors. Rather, the funds can be transferred in accordance with the applicable laws and regulations. See "Prospectus Summary—Cash Transfers and Dividend Distribution." We may require additional capital resources in the future and we may seek to issue additional equity or debt securities or obtain new or expanded credit facilities, which could subject us to operating and financing covenants, including requirements to maintain certain amount of cash reserves. See "Risk Factors—Risks Related to Our Business and Industry—Our ability to raise capital in the future may be limited, and our failure to raise capital when needed could prevent us from growing."

**Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

| | Per Class A ordinary share | Total |
|---|---|---|
| Initial public offering price | $ 12.25 | $36,015,000 |
| Underwriting discounts and commissions (1) | $ 0.98 | $ 2,881,200 |
| Proceeds, before expenses, to us | $ 11.27 | $33,133,800 |

(1)    For additional information on underwriting compensation, see "Underwriting."

We have granted the underwriter a 45-day option to purchase up to an aggregate of 441,000 additional Class A ordinary shares, representing 15% of the Class A ordinary shares sold in the offering, from GigaCloud Technology Inc solely to cover over-allotments, if any, at the initial public offering price less the underwriting discounts and commissions.

Immediately prior to the completion of this offering, our outstanding share capital will consist of Class A ordinary shares and Class B ordinary shares. Mr. Larry Lei Wu, our chairman of board of directors and chief executive officer, will beneficially own all of our issued Class B ordinary shares and will be able to exercise approximately 75.1% of the total voting power of our issued and outstanding share capital immediately following the completion of this offering. Holders of Class A ordinary shares and Class B ordinary shares will have the same rights except for voting and conversion rights. Each Class A ordinary share will be entitled to one vote, and each Class B ordinary share will be entitled to ten votes. Our Class A ordinary shares and Class B ordinary shares vote together as a single class on all matters submitted to a vote of our shareholders, except as may otherwise be required by law. Each Class B ordinary share will be convertible into Class A ordinary share. Class A ordinary shares will not be convertible into Class B ordinary shares under any circumstances.

Certain entities affiliated with DCM, one of our principal shareholders, have agreed to purchase, and have been allocated by the underwriter, an aggregate of 816,300 Class A ordinary shares in this offering at the initial public offering price, representing approximately 27.8% of the Class A ordinary shares being offered in this offering, assuming the underwriter does not exercise their over-allotment option. The underwriter will receive the same underwriting discounts and commissions on any shares purchased by these parties as the underwriter will on any other shares sold to the public in this offering. See "Underwriting." Upon the completion of this offering, we will be a "controlled company" as defined under the Nasdaq Stock Market Listing Rules because Mr. Larry Lei Wu, our chairman of board of directors and chief executive officer, will hold more than 50% of our voting power for the election of directors through TALENT BOOM GROUP LIMITED and Ji Xiang Hu Tong Holdings Limited, the entities controlled by Mr. Wu. In addition, our directors, officers and certain affiliated shareholders will own a substantial majority of our shares and will be able to exercise a substantial majority of the total voting power of our total issued and outstanding ordinary shares immediately upon the completion of this offering, assuming the underwriter does not exercise the option to purchase additional Class A ordinary shares. See "Principal Shareholders" for details.

The underwriter expects to deliver the Class A ordinary shares against payment in U.S. dollars in New York, New York on or about August 22, 2022

Sole Book-Running Manager

**Aegis Capital Corp.**

PROSPECTUS DATED AUGUST 17, 2022

**TABLE OF CONTENTS**

| | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 31 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 95 |
| USE OF PROCEEDS | 97 |
| DIVIDEND POLICY | 98 |
| CAPITALIZATION | 99 |
| DILUTION | 103 |
| ENFORCEABILITY OF CIVIL LIABILITIES | 105 |
| CORPORATE HISTORY AND STRUCTURE | 107 |
| SELECTED CONSOLIDATED FINANCIAL AND OPERATING DATA | 113 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 117 |
| BUSINESS | 150 |
| REGULATION | 167 |
| MANAGEMENT | 185 |
| PRINCIPAL SHAREHOLDERS | 195 |
| RELATED PARTY TRANSACTIONS | 199 |
| DESCRIPTION OF SHARE CAPITAL | 200 |
| SHARES ELIGIBLE FOR FUTURE SALE | 216 |
| TAXATION | 218 |
| UNDERWRITING | 227 |
| EXPENSES RELATING TO THIS OFFERING | 237 |
| LEGAL MATTERS | 238 |
| EXPERTS | 239 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | 240 |
| INDEX TO FINANCIAL STATEMENTS | F-1 |

We and the underwriter have not authorized anyone to provide you with information different from that contained in this prospectus or in any related free-writing prospectus. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. We are offering to sell, and seeking offers to buy the Class A ordinary shares offered hereby, but only under circumstances and in jurisdictions where offers and sales are permitted and lawful to do so. The information contained in this prospectus is current only as of its date, regardless of the time of delivery of this prospectus or of any sale of the Class A ordinary shares.

Neither we nor the underwriter has done anything that would permit this offering or possession or distribution of this prospectus or any filed free writing prospectus in any jurisdiction where other action for that purpose is required, other than in the U.S. Persons outside the U.S. who come into possession of this prospectus or any filed free writing prospectus must inform themselves about, and observe any restrictions relating to, the offering of the Class A ordinary shares and the distribution of this prospectus or any filed free writing prospectus outside the U.S.

**Until September 11, 2022 (the 25th day after the date of this prospectus), all dealers that buy, sell or trade Class A ordinary shares, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.**

i

**Table of Contents**

**PROSPECTUS SUMMARY**

*The following summary is qualified in its entirety by, and should be read in conjunction with, the more detailed information and financial statements appearing elsewhere in this prospectus. In addition to this summary, we urge you to read the entire prospectus carefully, especially the risks of investing in our Class A ordinary shares discussed under "Risk Factors," "Business," and information contained in "Management's Discussion and Analysis of Financial Condition and Results of Operations" before deciding whether to invest in our Class A ordinary shares. This prospectus contains information from an industry report commissioned by us and prepared by Frost & Sullivan, a third-party independent research firm. We refer to this report as the Frost and Sullivan Report.*

**Overview**

We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. Our B2B ecommerce platform, which we refer to as the "GigaCloud Marketplace," integrates everything from discovery, payments and logistics tools into one easy-to-use platform. Our global marketplace seamlessly connects manufacturers, primarily in Asia, with resellers, primarily in the U.S., Asia and Europe, to execute cross-border transactions with confidence, speed and efficiency. We offer a true comprehensive solution that transports products from the manufacturer's warehouse to end customers, all at one fixed price. We first launched our marketplace in January 2019 by focusing on the global furniture market and have since expanded into additional categories such as home appliances and fitness equipment. GigaCloud Marketplace is one of the fastest growing large parcel B2B marketplaces with over $190.5 million, $414.2 million and $438.1 million of gross merchandise value, or GMV, transacted in our marketplace in 2020, 2021 and the 12 months ended March 31, 2022, respectively.

We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers, who are typically sellers in our marketplace, and online resellers, who are typically buyers in our marketplace, could transact without borders. Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U.S. and Europe. Our GigaCloud Marketplace enables manufacturers to deliver their products around the world. Additionally, online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution. Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and growing catalog of products at wholesale prices, supported by industry-leading global fulfillment capabilities.

To enhance our marketplace experience, we sell our own inventory, or 1P, through the GigaCloud Marketplace and to and through third-party ecommerce websites, such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the United Kingdom, or the U.K. These 1P revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace. 1P revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 78.2%, 76.3%, 78.4% and 72.2% of total revenues in 2020, 2021 and the three months ended March 31, 2021 and 2022, respectively. As our GigaCloud Marketplace continues to grow, we expect 1P revenues as a percentage of total revenues to decline over time.

We have built a cross-border fulfillment network optimized for large parcel products. We operate warehouses in four countries across North America, Europe and Asia. The U.S. is our largest market. We operate 21 large-scale warehouses around the world totaling over four million square feet of storage space, cover 11 ports of destination with over ten thousand annual containers, and have an extensive shipping and trucking network via partnerships with major shipping, trucking and freight service providers. By servicing the entire supply chain, we

offer sellers and buyers in our marketplace enhanced visibility into product inventory, reducing turnover time and lower transaction costs. On average, we are able to deliver products to end customers within one week of their order and at a fixed rate that is cheaper than standard rates from FedEx and UPS.

We have artificial intelligence software, or AI, that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network. Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk.

We leverage our proprietary data and AI to accelerate the network effects in our marketplace. As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle.

In 2020, we had 210 active third-party sellers, or active 3P sellers and 1,689 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 195.8% and 283.0%, respectively. In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777. This is a 437.0% year-over-year increase in GigaCloud Marketplace GMV and a 40.2% year-over-year increase in average spend per buyer from 2019, respectively. Combined with off-platform ecommerce GMV of $93.2 million, the total transactions that we facilitated aggregated a GMV of $283.7 million in 2020.

In 2021, we had 382 active 3P sellers and 3,566 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 81.9% and 111.1%, respectively. In 2021, our users transacted $414.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116,150. This is a 117.4% year-over-year increase in GigaCloud Marketplace GMV and a 3.0% year-over-year increase in average spend per buyer from 2020, respectively. Combined with off-platform ecommerce GMV of $127.6 million, the total transactions that we facilitated aggregated a GMV of $541.8 million in 2021.

In the 12 months ended March 31, 2022, we had 410 active 3P sellers and 3,782 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 73.7% and 76.9%, respectively. In the 12 months ended March 31, 2022, our users transacted $438.1 million of GigaCloud Marketplace GMV with an average spend per buyer of $115,845. This is a 69.1% year-over-year increase in GigaCloud Marketplace GMV and a 4.4% year-over-year decrease in average spend per buyer from the 12 months ended March 31, 2021, respectively. Combined with off-platform ecommerce GMV of $122.7 million, the total transactions that we facilitated aggregated a GMV of $560.8 million in the 12 months ended March 31, 2022, representing a 54.1% increase in GMV year-over-year from the 12 months ended March 31, 2021.

We experienced significant growth over the last three years. In 2019, 2020, 2021 and the three months ended March 31, 2021 and 2022:

- We generated total revenues of $122.3 million, $275.5 million, $414.2 million, $94.5 million and $112.4 million, respectively, representing 125.3% and 50.4% year-over-year growth in 2020 and 2021, respectively, and 19.0% period-over-period growth in the three months ended March 31, 2022;

2

Table of Contents

- We generated gross profit of $22.2 million, $75.1 million, $89.6 million, $20.9 million and $16.9 million, respectively, representing 18.1%, 27.3%, 21.6%, 22.1% and 15.0% of total revenues, respectively;

- Our net income was $2.9 million, $37.5 million (restated), $29.3 million, $8.0 million (restated) and $4.7 million, respectively; and

- Our Adjusted EBITDA was $4.9 million, $45.5 million, $48.0 million, $10.0 million and $6.9 million, respectively.

See "Selected Consolidated Financial and Operating Data—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA.

Below is a summary of our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace: | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
| --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| GigaCloud Marketplace GMV (in $ thousands) | $35,468 | $190,480 | $414,192 | $259,050 | $438,126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1,689 | 3,566 | 2,138 | 3,782 |
| Spend per active buyer (in $) | $80,427 | $112,777 | $116,150 | $121,165 | $115,845 |

Despite the global disruption including fulfillment network capacity and supply chain constraints caused by the COVID-19 pandemic, our growth was accelerated by the trend of consumers purchasing products online, as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs during the COVID-19 pandemic. In the second quarter of 2020, our GigaCloud MarketPlace GMV grew at 122.9% compared to the previous quarter, which was the highest quarter-over-quarter growth rate of our GigaCloud MarketPlace GMV in 2020. We believe the onset of the COVID-19 pandemic has accelerated the adoption of our marketplace and our GigaCloud MarketPlace GMV continued to grow in the remaining quarters in 2020, 2021 and in the first quarter of 2022.

**Our Value Proposition to Sellers**

We lower the barriers to entry for sellers in our marketplace, who are able to quickly gain access to the key global markets in which we operate, including the U.S., the U.K., Germany and Japan. Sellers can directly connect with resellers in our marketplace and leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics. We manage the entire logistics process from the moment the product leaves the factory floor, and simplify the process by offering a flat rate program for shipping and handling. Leveraging our algorithm, we determine when and where to ship a product, reduce the amount of time a product is handled and select the most effective delivery mechanism for the product. Sellers are able to leverage our warehouse space, which we charge on a per cubic foot per day basis, in order to increase warehouse utilization rates and reduce cost. Our platform provides multiple channels through which sellers can sell their product, enhancing their inventory turnover rate and increasing their profitability. Many of the sellers operating in our GigaCloud Marketplace were originally suppliers of our 1P inventory that later joined the GigaCloud Marketplace as 3P sellers.

**Our Value Proposition to Buyers**

Our marketplace offers one-stop-shop logistics solutions for a broad catalog of large parcel products sourced globally. We offer virtual warehousing and multiple fulfillment solutions including cloud courier, cloud

3

Table of Contents

wholesale fulfillment, white glove and drop shipping solutions so buyers do not need to manage physical order fulfillment. With 21 large-scale warehouses strategically positioned in key markets around the world, we have the capability to reach over 90% of customers in the lower 48 states in the U.S. within an average of three days of delivery time. Our solution effectively minimizes inventory risk for buyers and allows them to reach customers across geographies at an affordable price.

We also provide buyers the optionality to pre-sell products through their own channels before placing an order in GigaCloud Marketplace. This significantly reduces buyers' working capital needs and allow them to scale more efficiently.

**Our Market Opportunity**

The U.S. B2B large parcel market is massive and underpenetrated by ecommerce, largely due to the supply chain complexities of moving bulky items. We expect increasing adoption of end-to-end B2B ecommerce marketplaces by manufacturers and resellers globally as they compete against large ecommerce platforms in today's digital retail economy.

The U.S. B2B market is estimated at $14.8 trillion, nearly three times the size of the U.S. retail sales market and is currently underpenetrated by ecommerce. According to Frost and Sullivan, ecommerce penetration for U.S. B2B sales is estimated at 9.0%, lagging U.S. retail sales penetration of 14.3%, indicating substantial room for long-term growth. Frost and Sullivan estimates that U.S. B2B ecommerce sales has reached $1.3 trillion in 2020 and it is expected to grow at a compound annual growth rate, or CAGR, of 10.7% from 2020 to 2025, reaching $2.2 trillion.



U.S. B2B Ecommerce Sales (in $ trillions)

4

Table of Contents

Benefiting from the proliferation of the internet and smart phones, consumers are increasingly making purchase decisions online. Today's ecommerce platforms offer consumers a wide selection of products, shopping schedule flexibility, multiple payment options and speedy delivery services unmatched by brick-and-mortar stores. In the core large parcel categories including furniture and home appliance, COVID-19 has accelerated the trend of consumers purchasing products online, as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs. We expect this trend to continue in the coming years as remote working arrangements have become increasingly common. Frost and Sullivan estimates online sales for furniture and home appliance have reached $16.2 billion and $10.0 billion in 2020, respectively, and they are expected to grow at a CAGR of 10.1% and 6.6% to $26.1 billion and $13.8 billion from 2020 to 2025, respectively.



**U.S. Furniture Market (in $ billions)**



**U.S. Home Appliance Market (in $ billions)**

In today's digital retail economy, B2B ecommerce marketplaces play a critical role in leveling the playing field between small to medium-sized retailers and large ecommerce platforms. To win customers, resellers not only compete on product quality and price, but also on selection, delivery speed and customer service. Delivering on all of these criteria is especially challenging in the large parcel market given the difficulties of moving bulky items. Small to medium-sized resellers often lack the resources to invest in their own supply chains and therefore tend to struggle to compete against well-capitalized large ecommerce platforms.

B2B ecommerce marketplaces offer low-cost end-to-end supply chain solutions so that resellers can focus on growing sales without needing to create their own supply chains. We believe B2B marketplaces will become an increasingly important part of the digital retail economy.

**Our Strengths**

We believe that the following components contribute to our success and differentiate us from our competitors:

- Pioneering cross-border B2B ecommerce marketplace for the large parcel market;

- Compelling value proposition to both sellers and buyers enhanced by network effects;

- Industry-leading supply chain capabilities;

- Our technology system;

- Data intelligence powered by AI; and

- Experienced and innovative team.

not a part of this prospectus. Our agent for service of process in the U.S. is Cogency Global Inc. located at 122 East 42nd Street, 18th Floor New York, NY 10168.

**Conventions that Apply to this Prospectus**

Unless we indicate otherwise, references in this prospectus to:

- "Active 3P sellers" means sellers who have sold a product in GigaCloud Marketplace within the last 12-month period, irrespective of cancellations or returns;

- "Active buyers" means buyers who have purchased a product in the GigaCloud Marketplace within the last 12-month period, irrespective of cancellations or returns;

- "Cayman Islands holding company" are to GigaCloud Technology Inc, our Cayman Islands holding company and its predecessor entity;

- "China" and the "PRC" are to the People's Republic of China, and "mainland China" are to the People's Republic of China excluding, for the purposes of this prospectus only, Taiwan, the Hong Kong Special Administrative Region and the Macao Special Administrative Region;

- "Class A ordinary shares" or "our Class A ordinary shares" are to the Class A ordinary shares, par value $0.05 per share, of GigaCloud Technology Inc;

- "Class B ordinary shares" or "our Class B ordinary shares" are to the Class B ordinary shares, par value $0.05 per share, of GigaCloud Technology Inc;

- "GigaCloud Marketplace GMV" means the total gross merchandise value of transactions ordered through our GigaCloud Marketplace including GigaCloud 3P and GigaCloud 1P, before any deductions of value added tax, goods and services tax, shipping charges paid by buyers to sellers and any refunds;

- "GMV" means the total gross merchandise value of transactions;

- "Hong Kong" are to Hong Kong Special Administrative Region of the People's Republic of China;

- "off-platform ecommerce" means the sale of our own inventory to and through third-party ecommerce platforms;

- "preferred shares" or "our preferred shares" are to the redeemable convertible preferred shares of $0.05 par value per share, of GigaCloud Technology Inc, including series A redeemable convertible preferred shares of $0.05 par value per share, or "series A preferred shares," series B redeemable convertible preferred shares of $0.05 par value per share, or "series B preferred shares," series C redeemable convertible preferred shares of $0.05 par value per share, or "series C preferred shares," series D redeemable convertible preferred shares of $0.05 par value per share, or "series D preferred shares," and series E redeemable convertible preferred shares, or "series E preferred shares." The preferred shares will automatically convert into our ordinary shares and be re-designated as Class A ordinary shares or Class B ordinary shares, where applicable, immediately prior to the completion of this offering;

- "RMB" and "Renminbi" are to the legal currency of China;

Table of Contents

*Our historical growth rates and performance may not be sustainable or indicative of our future growth and financial results. We cannot guarantee that we will be able to maintain the growth rate we have experienced to date.*

We have grown rapidly over the last few years. Our revenues increased from $122.3 million in 2019 to $275.5 million in 2020 and $414.2 million in 2021 and further increased from $94.5 million in the three months ended March 31, 2021 to $112.4 million in the three months ended March 31, 2022. GigaCloud Marketplace GMV increased from $35.5 million in 2019 to $190.5 million in 2020 and $414.2 million in 2021 and increased from $89.5 million in the three months ended March 31, 2021 to $113.4 million in the three months ended March 31, 2022. However, our historical performance may not be indicative of our future growth or financial results. We cannot assure you that we will be able to grow at the same rate as we did in the past, or avoid any decline in the future. Our growth may slow or become negative, and revenues may decline for a number of possible reasons, some of which are beyond our control, including decreasing consumer spending, increasing competition, declining growth of our overall market or industry, the emergence of alternative business models and changes in rules, regulations, government policies or general economic conditions. In addition, our B2B ecommerce platform, GigaCloud Marketplace, from which we have generated 46.8%, 66.2%, 69.2%, 66.3% and 76.0% of our total revenues in 2019, 2020, 2021 and the three months ended March 31, 2021 and 2022, respectively, is a relatively new initiative and may not grow as quickly as we have anticipated. Our growth rate may also be slower than the previous years due to inflationary pressure and changes in the global economic conditions. It is difficult to evaluate our prospects, as we may not have sufficient experience in addressing the risks to which companies operating in rapidly evolving markets may be exposed. If our growth rate declines, our business, financial condition and results of operations may be materially and adversely affected.

*System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations.*

The satisfactory performance, reliability and availability of our marketplace, software such as our AI, data analytics tools, warehouse management system and other technology infrastructures are critical to our reputation and our ability to acquire and retain customers, as well as maintain adequate customer service levels.

For example, if one of our data centers fails or suffers an interruption or degradation of services, we could lose customer data and miss order fulfillment deadlines, which could harm our business. Our systems and operations, including our ability to fulfill customer orders through our logistics network, are also vulnerable to damage, breakdown, breach or interruption from inclement weather, fire, flood, power loss, telecommunications failure, terrorist attacks, labor disputes, employee error or malfeasance, theft or misuse, cyber-attacks, denial-of-service attacks, computer viruses, ransomware or other malware, data loss, acts of war, break-ins, earthquake and similar events. In the event of a data center failure, the failover to a back-up could take substantial time, during which time our sites could be completely shut down. Further, our back-up services may not effectively process spikes in demand, may process transactions more slowly and may not support all of our sites' functionality.

We use complex AI software in our technology infrastructure, which we seek to continually update and improve. We may not always be successful in executing these upgrades and improvements, and the operation of our systems may be subject to failure. In particular, we may in the future experience slowdowns or interruptions in our marketplace or our warehouse management system when we are updating them, and new technologies or infrastructures may not be fully integrated with existing systems on a timely basis, or at all. Our revenues depends on the number of sellers and buyers who trade in our marketplace and the amount of GMV we can handle. Unavailability of our marketplace or our logistics algorithm would reduce the volume of GMV in our business operations.

We may experience periodic system interruptions from time to time. In addition, continued growth in our transaction volume, as well as surges in online traffic and orders associated with promotional activities or

32

Table of Contents

### MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**Overview**

We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. We generate revenues through three revenue streams:

- *GigaCloud 3P:* generates service revenues by facilitating transactions between sellers and buyers in our GigaCloud Marketplace.

- *GigaCloud 1P:* generates product revenues through the sale of our inventory in our GigaCloud Marketplace.

- *Off-platform ecommerce:* generates product revenues through the sale of our inventory to and through third-party ecommerce websites.

GigaCloud 3P and GigaCloud 1P together make up our GigaCloud Marketplace, generating service revenues and product revenues, respectively. GigaCloud 1P and off-platform ecommerce make up our total 1P, or product revenues. These three revenue streams complement each other to improve our value proposition to sellers and buyers in our GigaCloud Marketplace.

The following graphic shows the revenues and GMV contribution from these three revenue streams in 2020 and 2021 and the three months ended March 31, 2021 and 2022:



117

Table of Contents

We are focused on facilitating B2B ecommerce transactions in our GigaCloud Marketplace. We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers, who are typically sellers in our marketplace, and online resellers, who are typically buyers in our marketplace, could transact without borders. Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U.S. and Europe. Our GigaCloud marketplace enables manufacturers to deliver their products around the world. Additionally, online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution. Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and growing catalog of products at wholesale prices, supported by industry-leading global fulfillment capabilities.

To enhance our marketplace experience, we also sell our own inventory, or 1P, through the GigaCloud Marketplace and to and through third-party ecommerce websites such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the U.K. These product revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with data and increase the velocity of sales on our marketplace. Product revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites, represented 78.2%, 76.3%, 78.4% and 72.2% of total revenues in 2020, 2021 and the three months ended March 31, 2021 and 2022, respectively. As we focus on expanding our GigaCloud Marketplace into a leading global large parcel B2B marketplace, we expect service revenue from 3P to grow faster than product revenue from 1P in the future, but we expect 1P to remain an important distribution channel for our own inventory.

Our service revenues totaled $60.1 million and product revenues totaled $215.4 million in 2020, representing a 296.9% and 101.0% increase over 2019, respectively. Our service revenues totaled $98.3 million and product revenues totaled $315.9 million in 2021, representing a 63.5% and 46.7% increase over 2020. Our service revenue totaled $31.2 million and product revenues totaled $81.2 million in the three months ended March 31, 2022, representing a 52.9% and 9.6% increase over the three months ended March 31, 2021. In 2020, 2021 and the three months ended March 31, 2021 and 2022, our total GMV was $283.7 million, $541.8 million, $121.4 million and $140.1 million, respectively, of which GigaCloud Marketplace GMV was $190.5 million, $414.2 million, $89.5 million and $113.4 million, respectively, and off-platform ecommerce GMV was $93.2 million, $127.6 million, $31.9 million and $27.0 million, respectively.

**Our Business Model**

The GigaCloud Marketplace, our global B2B ecommerce platform, integrates everything from product discovery, payments and logistics tools into one easy-to-use platform. Sellers and buyers from our targeted markets around the world leverage our cross-border fulfillment network which is optimized for large parcel products in order to trade with each other while saving costs. Underpinned by a network of strategically-placed warehouses and supply chain capabilities, our marketplace is designed to simplify and mitigate logistics and inventory requirements for both our sellers and buyers.

Once we attract new sellers and buyers to our marketplace, we leverage our technology and supply chain solutions to drive retention. We provide value-added services like product sales forecasts to our sellers to allow them to more efficiently manage inventory and reduce costs. Our integrated supply chain also offers manufacturers and online resellers in our marketplace enhanced visibility into product inventory, reducing inventory turnover and associated transaction costs. The value of our model is demonstrated by the growth in GMV from our new and existing sellers and buyers.

In 2020, 2021 and the 12 months ended March 31, 2022, GigaCloud Marketplace had 210, 382 and 410 active 3P sellers, and 1,689, 3,566 and 3,782 active buyers, respectively. Sellers in our marketplace are typically manufacturers based in Asia, who are able to leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics or rely on intermediaries. The buyers in our marketplace

Table of Contents

are typically resellers based in the U.S. and Europe that procure products at wholesale prices and subsequently sell on third-party B2C platforms.

*GigaCloud 3P*

Through GigaCloud 3P, we generate service revenues through the various activities of sellers and buyers in our GigaCloud Marketplace, which result in commission fees, warehousing fees, last mile delivery fees, fulfillment fees and other fees. When a seller and buyer enter into a transaction in GigaCloud Marketplace, we earn a percentage commission depending on the transaction value. The standard commission ranges between 1% and 5% depending on the size of the transaction. We also charge warehousing fees in connection with the storage of products in our warehouses, last-mile delivery fees if the buyer requires last-mile delivery services and fulfillment fees for other freight services such as delivery of products via ocean transportation.

From time to time in 2019, 2020 and 2021 and the three months ended March 31, 2022, when we had excess fulfillment capacity, we also provided third-party logistics services to customers to help fulfill their large parcel transportation in the U.S. leveraging our extensive logistics network. As we continue to grow our GigaCloud Marketplace, we expect to dedicate our logistics capacity to products sold on our own marketplace, and will only opportunistically provide third-party logistics services when there is excess capacity within our network.

The chart below displays the quarterly GigaCloud Marketplace GMV of our 3P sellers in our GigaCloud Marketplace for the 12 months ended in December 31, 2019, 2020 and 2021 and March 31, 2022. 2019 3P Sellers, 2020 3P Sellers, 2021 3P Sellers and 2022 Q1 3P Sellers represent the groups of sellers who first sold products in our GigaCloud Marketplace in 2019, 2020, 2021 and the 12 months ended March 31, 2022, respectively. The Active 3P Sellers shows the total number of sellers who have sold at least one item in our GigaCloud Marketplace in the last 12 months. 2019 3P Sellers, 2020 3P Sellers, 2021 3P Sellers and 2022 Q1 3P Sellers have demonstrated attractive quarter-over-quarter growth in both number of sellers and GigaCloud Marketplace GMV, as shown below:



The chart below displays GigaCloud Marketplace GMV of our buyers in our GigaCloud Marketplace for the 12 months ended in December 31, 2019, 2020 and 2021 and March 31, 2022. 2019 Buyers, 2020 Buyers and 2021 Buyers represent the groups of buyers who first purchased products in our GigaCloud Marketplace in 2019, 2020, 2021 and the 12 months ended March 31, 2022, respectively. The Active Buyers shows the total

119

**Table of Contents**

number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last 12 months. Our number of buyers and buyer GMV have grown in each quarter since inception, as shown below:



### GigaCloud 1P

Through GigaCloud 1P, we further enhance our marketplace experience by selling our own inventory. Our 1P selling creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace. Through GigaCloud 1P we generate revenues from product sales.

### Off-platform Ecommerce

In addition to facilitating transactions in our GigaCloud Marketplace, we also procure highly rated products directly from manufacturers and sell them directly to and through third-party ecommerce websites such as Rakuten, Amazon, Walmart and Wayfair. Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data. We expect the off-platform ecommerce GMV to GigaCloud Marketplace GMV as percentages of total GMV to gradually decrease. Through off-platform ecommerce we generate revenues from product sales.

### COVID-19 Pandemic

We are continuing to monitor the impact of the COVID-19 pandemic on our business, results of operations and financial results. The COVID-19 pandemic has temporarily disrupted the global supply chain, forcing factory closures and reducing manufacturing output. We anticipate that these actions and the global health crisis caused by the COVID-19 pandemic, including any variants, will continue to negatively impact global economic activity. Travel restrictions relating to COVID 19 have substantially reduced global air freight capacities and led to shortages in global ocean freight capacities, pushing global freight rates to reach a record level in 2021. In late March and April 2022, certain regions in China were subject to lockdown and other constraints imposed by the local government authorities due to a new wave of COVID-19 outbreak in those regions. Employees who are located in those regions were required to work remotely and/or suspended any business travels. Although a majority of our employees are located in China, our business, products, lines of service, projects and operations were not materially impacted by such pandemic-related lockdown in China

because we were able to maintain normal business operations under a remote working arrangement with our employees. There were a few days of delays in the shipping and handling of parcel in and out of the Shanghai port due to the lock-down in the area. The percentage of shipment from Shanghai port made up approximately 15% and 9% of our total shipment in March and April 2022. Furthermore, since most of the buyers in our GigaCloud Marketplace are typically resellers based in the U.S. and Europe and the buyers on third-party ecommerce websites are located outside of China, the lock-down in China in 2022 did not have a material impact of consumer demand of our products and services. Simultaneously, demand and purchasing patterns have changed due to COVID-19 restrictions. While it is difficult to predict all of the impacts the COVID-19 pandemic will have on our business, we believe the long-term opportunities that we see for shopping for large parcel merchandise remain unchanged. The situation surrounding the COVID-19 outbreak remains fluid. The full extent of the positive or negative impact of the COVID-19 pandemic on our business will be determined by many factors, including the length of time that the outbreak continues, the impact on customers behaviors and the specific effects on our customers, employees, suppliers, third-party carriers and other stakeholders, all of which are uncertain and cannot be predicted.

During this time, our focus remains on serving our customers and on promoting the health, safety and financial security of our employees. We have taken a number of precautionary measures as may be required, including enhancing cleaning measures, instituting COVID-19 testing in our facilities, suspending all non-essential travel, transitioning a large portion of our employees to working-from-home and developing no-contact delivery methods.

During the COVID-19 pandemic, we have continued to see increased revenues and order activity in our GigaCloud Marketplace and third-party ecommerce websites. To serve the increased orders, we have hired and are continuing to hire additional warehouse staff and sales and marketing staff. However, the situation remains dynamic and subject to rapid and possibly material change. We will continue to actively monitor the impact of the pandemic on our business and may take further actions that alter our business operations as may be required by the authorities where we have operations, or that we determine are in the best interest of our customers, employees, suppliers, third-party carriers and others. While the COVID-19 pandemic has not had a material adverse impact on our operations to date and we believe the long-term opportunities for large parcel merchandise remains unchanged, it is difficult to predict all of the positive or negative impacts that the COVID-19 pandemic will have on our business over the short and long term. See "Risk Factors—Risks Related to Our Business and Industry—The COVID-19 pandemic could materially and adversely impact our business."

## Key Financial and Operating Metrics

We monitor the following key financial and operating metrics to evaluate the growth of our GigaCloud Marketplace, measure our performance, identify trends affecting our business, formulate business plans and make strategic decisions.

The following tables set forth our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace: | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
| --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| GigaCloud Marketplace GMV (in $ thousands) | $35,468 | $190,480 | $414,192 | $259,050 | $438,126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1,689 | 3,566 | 2,138 | 3,782 |
| Spend per active buyer (in $) | $80,427 | $112,777 | $116,150 | $121,165 | $115,845 |

### GigaCloud Marketplace GMV

The growth in GigaCloud Marketplace GMV, including GMV from both GigaCloud 3P and GigaCloud 1P, reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace. The revenues we generate in our marketplace is highly correlated to the amount of GMV transacted in the GigaCloud Marketplace.

121

Table of Contents

GigaCloud Marketplace GMV increased from $35.5 million in 2019 to $190.5 million in 2020, representing a growth of 437.0%, primarily due to the growth in the numbers of sellers and buyers transacting in our marketplace and increase in spend per active buyer. Growth in GigaCloud Marketplace GMV increased significantly in the 12 months ended June 30, September 30 and December 31 in 2020 due to our growing marketplace to reach economies of scale, introduction of new sellers and buyers to our marketplace while maintaining transactions volume from our existing sellers and buyers, as well as accelerated migration of large parcel purchases online because of COVID-19. GigaCloud Marketplace GMV increased from $190.5 million in 2020 to $414.2 million in 2021, representing a growth of 117.4% year-over-year, and further increased to $438.1 million in the 12 months ended March 31, 2022, representing a growth of 69.1% period-over-period, primarily due to the continued increases in the numbers of sellers and buyers transacting in our marketplace and an increase in spend per active buyer. We expect our growth to continue post COVID-19 as consumers increasingly embrace online purchases for large parcel products.



### Active 3P Sellers

The number of active 3P sellers in the GigaCloud Marketplace increased every quarter since the first quarter of 2019. We had 71 active 3P sellers in 2019, 210 active 3P sellers in 2020, 382 active 3P sellers in 2021 and 410 active 3P Sellers in the 12 months ended March 31, 2022. We view active 3P sellers as a key driver of the product catalog in our marketplace, which helps attract and retain buyers. At the end of 2020, we had 4,937 SKUs across furniture, home appliance, fitness equipment and other large parcel categories from our active 3P sellers, up from 570 SKUs at the end of 2019. As of December 31, 2021, our SKUs increased to 6,334, and further increased to 7,300 as of March 31, 2022. We expect continued growth in the number of active 3P sellers through internal sales force initiatives, referrals by existing users and word-of-mouth. We leverage our 1P inventory to help establish and validate markets for new sellers, helping them onboard to our marketplace.

### Active Buyers

The number of active buyers in the GigaCloud Marketplace has been increasing every quarter since the first quarter in 2019. We had 441 active buyers in 2019, 1,689 active buyers in 2020, 3,566 active buyers in 2021 and 3,782 active buyers in the 12 months ended March 31, 2022. We view number of active buyers as a key driver of our GigaCloud Marketplace GMV and revenues growth, and a key indicator of our ability to attract and engage buyers in our marketplace. We expect continued growth in the number of active buyers through internal sales force initiatives, referrals by existing users, word-of-mouth and direct visits to our website, however, the growth rate may be slower than the previous years due to inflationary pressure and changes in the global economic conditions.

*Spend Per Active Buyer*

The spend per active buyer in our GigaCloud Marketplace has grown from $80,427 in 2019 to $112,777 in 2020, $116,150 in 2021 and $115,845 in the 12 months ended March 31, 2022, representing period-over-period increases of 40.2% and 3.0% and decrease of 4.4%, respectively. We view spend per active buyer as a key driver of our GigaCloud Marketplace GMV and revenues growth. Spend per active buyer is driven by expanding the product categories, increasing the frequency of buyer purchases and growing the average price per purchase. Spend per active buyer decreased in the 12 months ended March 31, 2022, primarily due to slower growth rates in both our GigaCloud Marketplace GMV and number of active buyers during the period due to inflationary pressure and changes in the global economic conditions. We expect spend per active buyer to increase slightly as we continue to expand our product catalog, increase the mix of higher priced products, introduce new value-added services to improve the shopping experience and enhance our supply chain capabilities for better fulfillment.

**Key Factors Affecting Our Results of Operations**

Key factors affecting our results of operations include the following:

*Our Ability to Attract and Retain Sellers*

Sellers in our marketplace are typically manufacturers based in Asia who are able to use our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics or warehouses overseas. We are focused on growing and retaining the number of sellers who choose to list their large parcel merchandise in our marketplace and utilize our logistics network for the shipping and handling of their products.

In 2020, we had 210 active 3P sellers in our marketplace, compared to 71 active 3P sellers in 2019. This represented a 195.8% year-over-year increase. Our active 3P sellers further increased to 382 and 410 in 2021 and the 12 months ended March 31, 2022, representing a 81.9% and 73.7% period-over-period increase, respectively. We believe this increasing trend will continue because of the growing recognition of our marketplace and our seller-friendly comprehensive logistics network enabling hassle-free delivery of large parcel merchandise.

Using our marketplace, sellers are able to quickly gain access to key global markets in which we operate, including the U.S., the U.K., Germany and Japan. We provide a flat rate program for shipping and handling, and sellers are able to utilize our warehouse space. We also create sales analytics which provide valuable information as sellers determine which products to bring to market.

We attract new sellers predominantly through organic channels such as referrals by existing users, word-of-mouth, or direct visits to our website. We plan to augment this organic customer acquisition by adding additional sales and marketing employees to enhance seller and buyer growth.

*Our Ability to Attract and Retain Buyers*

Buyers in our marketplace are typically resellers based in the U.S. and Europe who procure large parcel merchandise to resell to end customers. Our marketplace is attractive to buyers because we minimize inventory risk from our buyers' business operations. Our buyers can browse a product in our marketplace and list the product on their preferred ecommerce websites such as Amazon, Wayfair or their own store prior to procuring and storing the product in a warehouse or shop. Once a sale to the end customer takes place, buyers can order the product in our marketplace and we will handle the fulfillment directly to the end customer.

In 2020, we had 1,689 active buyers in our marketplace with an average $112,777 spend per active buyer, compared to 441 active buyers and an average $80,427 spend per active buyer in 2019. This represented a 283.0% increase in active buyers and 40.2% increase in spend per active buyer in 2020 compared to 2019. In

123

Table of Contents

2021, we had 3,566 active buyers in our marketplace with an average $116,150 spend per active buyer, representing a 117.4% increase in active buyers and 3.0% increase in spend per active buyer compared to the previous year. In the 12 months ended March 31, 2022, we had 3,782 active buyers in our marketplace with an average $115,845 spend per active buyer, representing a 76.9% increase in active buyers and 4.4% decrease in spend per active buyer compared to the previous period, primarily attributable to slower growth rates in both our GigaCloud Marketplace GMV and number of active buyers during the period due to inflationary pressure and changes in the global economic conditions.

In 2021, we launched a remorse protection program, which can be purchased by the buyers in our GigaCloud Marketplace for a fee calculated based on the underlying purchase price of products purchased from our 3P business or 1P sales. The remorse protection program aims to cover a portion of the buyer's risk when its customers seek compensation or discount on certain items for non-product quality reasons and when actual losses are incurred. The program seeks to compensate the buyers for a portion of these actual losses for up to 60 days from the shipment of the product. We require evidence of actual loss to the products prior to any compensation. The fee we charge is based on our historical experience, buyers' acceptance and the loss that we are willing to accept versus the benefits of the program. This is a service that is unavailable on most other platforms for bulky items, on which buyers must handle the logistics of product returns themselves or be subject to consumer remorse risks without any recourse. While the remorse protection program represents a small portion of our business operations thus far, it is an attractive service offering to our buyers who face product return risks.

*Overall Economic Trends*

The overall economic environment and related changes in customer behavior have a significant impact on our business. Customer spending on our products and services is primarily discretionary, and therefore positive economic conditions generally drive stronger business performance.

Despite the overall economic downturn due to the COVID-19 pandemic, our business operations have benefited from the increased demand in large parcel merchandise as more people stay at home. Furthermore, even though ecommerce penetration in large parcel merchandise has lagged behind smaller packaged goods such as electronics and apparel, large parcel merchandise such as home furniture have experienced accelerated migration online in 2020 according to Frost and Sullivan. This trend is expected to continue, increasing the demand for our marketplace and logistics solutions.

The implementation of U.S. tariffs on Chinese imports has had an impact on our cost of revenues, product demand and sourcing strategies. Furthermore, travel restrictions relating to COVID-19 have substantially reduced global air freight capacities and led to shortages in global ocean freight capacities, pushing global freight rates to reach a record level in 2021. The increases in global freight rates have increased our cost of revenues in 2021, as well as presently in 2022. We have entered into a number of contracts with third party transportation service providers to mitigate the impact against any further increase in ocean freight costs in the short-term. In the U.S., in 2022, as well as presently, we have experienced inflationary pressures across various parts of our business and operations, including, but not limited to rising costs across our supply chain. Other macroeconomic factors that can affect customer spending patterns include employment rates, availability of customer credit, interest rates, tax rates and energy costs.

*Our Ability to Broaden Service Offerings*

Our results of operations are also affected by our ability to introduce new service offerings. We have a history of expanding our service offering to enhance our customer experience and to increase revenues. We started our business by primarily selling our own self-procured large parcel merchandise directly to end customers. We expanded our service offerings and launched our GigaCloud Marketplace in 2019, which quickly grew to represent 46.8%, 66.2%, 69.2%, 66.3% and 76.0% of our total revenues in 2019, 2020, 2021 and the three months ended March 31, 2021 and 2022, respectively. We continue to evaluate opportunities to launch

124

**Table of Contents**

additional services. In 2021, we launched a remorse protection program that covers a portion of the buyer's risk when its customers seek compensation or discount on certain items for non-product quality reasons and when actual losses are incurred for up to 60 days, which is an attractive service offering to our buyers. As SKUs in our marketplace grows, we are also looking to roll out paid advertising tools that promote products based on search results. Additionally, we are leveraging our data analytics capabilities to develop new tools for users to improve their marketplace experience.

### Our Ability to Effectively Invest in our Infrastructure and Technology Platform

Our results of operations depend in part on our ability to invest in our infrastructure and technology platform to cost-effectively meet the demands of our anticipated growth. As of March 31, 2022, our global logistics network included 21 warehouses with an aggregate gross floor area of over four million square feet in four countries. Additionally, we maintain partnerships with several major shipping, trucking and freight service providers.

Our ability to improve our operational efficiency depends on our ability to invest in our technology infrastructure and platform, including our virtual warehousing solution and AI technology. We successfully improved our warehouse management solutions over the past year.

### Seasonality

We believe that sales of home furniture and other large parcel items are subject to modest seasonality. We expect the last quarter of the year to be the most active.

In 2020, GMV was the largest in the fourth quarter and we experienced increased year-over-year sales volume in the first, second and third quarters. We believe the year-over-year performance was partially due to the impact of COVID-19 and may not be reflective of any seasonal trends in our industry. It is uncertain whether this is an indicator of industry trends going forward.

125

Table of Contents

**Key Components of Results of Operations**

*Revenues*

We generate revenues from GigaCloud 3P, GigaCloud 1P and off-platform ecommerce. GigaCloud 3P includes the service revenue generated by facilitating transactions between sellers and buyers in our GigaCloud Marketplace. GigaCloud 1P includes the product revenue generated through the product sales of our inventory through our GigaCloud Marketplace, and off-platform ecommerce includes the product revenue generated from product sales of our inventory to and through third-party ecommerce websites. The following table sets forth the breakdown of our revenues, both in absolute amount and as a percentage of our total revenues, for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 | | 2021 | | 2021 | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Revenues** | | | | | | | | | | |
| Service revenue | | | | | | | | | | |
| GigaCloud 3P | 15,151 | 12.4 | 60,130 | 21.8 | 98,332 | 23.7 | 20,418 | 21.6 | 31,218 | 27.8 |
| Subtotal | 15,151 | 12.4 | 60,130 | 21.8 | 98,332 | 23.7 | 20,418 | 21.6 | 31,218 | 27.8 |
| Product revenue | | | | | | | | | | |
| GigaCloud 1P | 42,141 | 34.4 | 122,102 | 44.4 | 188,266 | 45.5 | 42,259 | 44.7 | 54,273 | 48.2 |
| Off-platform ecommerce | 65,004 | 53.2 | 93,246 | 33.8 | 127,599 | 30.8 | 31,851 | 33.7 | 26,951 | 24.0 |
| Subtotal | 107,145 | 87.6 | 215,348 | 78.2 | 315,865 | 76.3 | 74,110 | 78.4 | 81,224 | 72.2 |
| Total | 122,296 | 100.0 | 275,478 | 100.0 | 414,197 | 100.0 | 94,528 | 100.0 | 112,442 | 100.0 |

*Service Revenue—GigaCloud 3P*

We derive service revenues primarily through the various 3P activities of sellers and buyers in the GigaCloud Marketplace. When a seller and buyer enter into a transaction in GigaCloud Marketplace, we earn a percentage commission depending on the transaction value. The standard commission ranges between 1% and 5%. Additionally, we charge the sellers a flat, per day warehouse fee for storage of inventory in our warehouses, which varies by the size of the products. We charge buyers a flat fee for last-mile delivery services for delivery of products to end customers directly from our warehouses, which varies by the weight and destination of the product. We charge a fulfillment fee for other freight services such as delivery of products via ocean transportation.

From time to time in 2019, 2020, 2021 and the three months ended March 31, 2022, when we had excess fulfillment capacity, we also provided third-party logistics services to customers to help fulfill their large parcel transportation in the U.S. leveraging our extensive logistics network. As we continue to grow our GigaCloud Marketplace, we expect to dedicate our logistics capacity to customers using our marketplace and to products sold on our own marketplace, and will opportunistically provide third-party logistics services when there is excess capacity within our network.

*Product Revenue—GigaCloud 1P*

We derive product revenues from the sales of products through selling our own inventory on our marketplace. This 1P selling creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace.

126

Table of Contents

*Product Revenue—Off-platform Ecommerce*

We derive product revenues primarily from the sales of our own inventory through one of the two sales models, which include (i) product sales made to third-party ecommerce websites, or Product Sales to B, such as Wayfair and Walmart; and (ii) product sales to individual customers through third-party ecommerce websites, or Product Sales to C, such as Rakuten and Amazon, where end customers can visit our online stores and purchase directly from us. Regarding Product Sales to B, as expenses charged by these websites are not in exchange for a distinct good or service, therefore, the payments to these websites are not recognized as expenses but recorded net of revenues. With respects to Product Sales to C, expenses incurred for product sales made through these websites are recorded as selling and marketing expenses.

## Cost of Revenues

Our cost of revenues primarily consists of cost of services and cost of product sales. The following table sets forth the breakdown of our cost of revenues, both in absolute amount and as a percentage of our total revenues, for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 | | 2021 | | 2021 | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | ($ in thousands, except for percentages) | | | | | | |
| **Cost of revenues** | | | | | | | | | | |
| Services | 9,697 | 7.9 | 37,147 | 13.5 | 84,723 | 20.5 | 14,146 | 15.0 | 29,201 | 26.0 |
| Product sales | 90,405 | 74.0 | 163,215 | 59.2 | 239,877 | 57.9 | 59,494 | 62.9 | 66,371 | 59.0 |
| **Total** | **100,102** | **81.9** | **200,362** | **72.7** | **324,600** | **78.4** | **73,640** | **77.9** | **95,572** | **85.0** |

*Cost of Services*

Cost of services primarily consists of the shipping and handling costs, a portion of warehouse rental expenses, as well as the costs associated with the operation of the GigaCloud Marketplace primarily including IT staff costs and expenses incurred for the maintenance of IT infrastructure.

*Cost of Product Sales*

Cost of product sales primarily consists of the purchase price of merchandise, shipping and handling costs for self-owned merchandise, warehouse rental expenses excluding the portion allocated to cost of service revenue, packaging fees and personnel related costs including any staff costs related to selling our own 1P products through GigaCloud Marketplace. The purchase price of merchandise included the shipping and handling costs to procure our merchandise, which have increased in 2020 as travel restrictions induced by COVID-19 have substantially reduced global air freight capacities and led to shortages in global ocean freight capacities, pushing global freight rates to reach a record level in 2021. In the U.S., in 2022, as well as presently, we have experienced inflationary pressures across various parts of our business and operations, including, but not limited to rising costs across our supply chain.

*Gross Profit and Margin*

The table below sets forth a breakdown of our gross profit and gross profit margin for each of the periods presented:

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| | | | ($ in thousands, except for percentages) | | |
| Gross Profit | 22,194 | 75,116 | 89,597 | 20,888 | 16,870 |
| Gross margin (%) | 18.1% | 27.3% | 21.6% | 22.1% | 15.0% |

*Operating Expenses*

Our operating expenses consist of selling and marketing expenses and general and administrative expenses. The following table sets forth the breakdown of our operating expenses, both in absolute amount and as a percentage of our total revenues, for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2020 Restated* | | 2021 | | 2021 Restated* | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Operating expenses** | | | | | | | | | | |
| Selling and marketing expenses | 12,680 | 10.4 | 22,215 | 8.1 | 25,728 | 6.2 | 7,359 | 7.8 | 5,562 | 4.9 |
| General and administrative expenses | 4,712 | 3.8 | 8,717 | 3.2 | 24,516 | 5.9 | 2,941 | 3.1 | 3,827 | 3.5 |
| **Total operating expenses** | 17,392 | 14.2 | 30,932 | 11.3 | 50,244 | 12.1 | 10,300 | 10.9 | 9,389 | 8.4 |

\*    See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

*Selling and Marketing Expenses*

Our selling and marketing expenses primarily consist of payroll, employees benefits and related expenses for personnel engaged in selling and marketing activities, platform commission, advertising and promotion expenses, traveling and others. The following table sets forth the breakdown of our selling and marketing expenses, both in absolute amount and as a percentage of our total revenues, for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2020 Restated* | | 2021 | | 2021 | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Selling and marketing expenses** | | | | | | | | | | |
| Staff cost | 4,030 | 3.3 | 10,686 | 3.9 | 12,242 | 3.0 | 3,799 | 4.0 | 2,679 | 2.4 |
| Platform commission | 6,090 | 5.0 | 7,789 | 2.8 | 10,978 | 2.7 | 2,969 | 3.2 | 2,425 | 2.2 |
| Advertising and promotion expenses | 1,198 | 1.0 | 1,075 | 0.4 | 1,851 | 0.4 | 444 | 0.5 | 269 | 0.2 |
| Traveling | 470 | 0.4 | 510 | 0.2 | 167 | 0.0 | 30 | 0.0 | 12 | 0.0 |
| Others | 892 | 0.7 | 2,155 | 0.8 | 490 | 0.1 | 117 | 0.1 | 177 | 0.1 |
| **Total selling and marketing expenses** | 12,680 | 10.4 | 22,215 | 8.1 | 25,728 | 6.2 | 7,359 | 7.8 | 5,562 | 4.9 |

128

---

\* See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

*General and Administrative Expenses*

Our general and administrative expenses primarily consist of payroll, employees benefits, share-based compensation and related costs for employees involved in general corporate functions, professional services fees, expenses associated with the use of facilities and equipment by these employees, such as property insurance, rental and depreciation expenses and other general corporate expenses. The following table sets forth the breakdown of our general and administrative expenses, both in absolute amount and as a percentage of our total revenues, for the periods presented:

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 Restated* | | 2021 | | 2021 Restated* | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **General and administrative expenses** | | | | | | | | | | |
| Staff cost | 2,003 | 1.6 | 3,528 | 1.3 | 15,676 | 3.8 | 1,065 | 1.0 | 1,777 | 1.6 |
| Professional service | 366 | 0.3 | 1,708 | 0.6 | 4,911 | 1.2 | 1,011 | 1.1 | 772 | 0.7 |
| Office supplies and utility | 839 | 0.7 | 1,345 | 0.5 | 1,187 | 0.3 | 196 | 0.2 | 250 | 0.2 |
| Rental | 279 | 0.2 | 322 | 0.1 | 1,104 | 0.3 | 144 | 0.2 | 179 | 0.2 |
| Others | 1,225 | 1.0 | 1,814 | 0.7 | 1,638 | 0.3 | 525 | 0.6 | 849 | 0.8 |
| **Total general and administrative expenses** | **4,712** | **3.8** | **8,717** | **3.2** | **24,516** | **5.9** | **2,941** | **3.1** | **3,827** | **3.5** |

---

\* See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

*Interest Expense*

Our interest expense primarily consists of our financial lease interest expense for warehouses in the U.S.

*Foreign Currency Exchange Gains, Net*

Our foreign exchange gains represent the gains due to depreciation of U.S. dollars against Euro and British Pounds.

*Others, Net*

Others, net primarily consists of impairment, subsidies and others. Impairment loss represents the provisions on an equity investment.

*Income Tax Expense*

Our income tax expense primarily consists of current tax expense, deferred income tax expense and uncertain tax position, primarily related to uncertainty of our subsidiaries and any consolidated VIEs in mainland China with regards to the tax impact of transfer pricing adjustment.

**Taxation**

*Cayman Islands*

Under the current laws of the Cayman Islands, we are not subject to tax on income or capital gain. Additionally, the Cayman Islands does not impose a withholding tax on payments of dividends to shareholders.

129

*Hong Kong*

Under the current Hong Kong S.A.R. Inland Revenue Ordinance, our subsidiary in Hong Kong S.A.R. is subject to Hong Kong S.A.R. profits tax at the rate of 16.5% on its taxable income generated from the operations in Hong Kong S.A.R. The first HK$2 million of assessable profits earned by a company will be taxed at 8.25% whilst the remaining profits will continue to be taxed at 16.5%. There is an anti-fragmentation measure where each group will have to nominate only one company in the group to benefit from the progressive rates. Payments of dividends by our Hong Kong S.A.R. subsidiary to us is not subject to withholding tax in Hong Kong S.A.R.

*Mainland China*

Under the PRC Enterprise Income Tax Law, or the EIT Law, domestic companies are subject to EIT at a uniform rate of 25%. Our PRC Subsidiaries and consolidated VIEs are subject to the statutory income tax rate at 25%, unless a preferential EIT rate is otherwise stipulated.

On December 24, 2019, our wholly-owned subsidiary, GigaCloud Technology (Suzhou) Co., Ltd. (formerly known as Oriental Standard Network Technology (Suzhou) Co., Ltd.) obtained a certificate from related authorities of local government for "Advanced Technology Service Enterprise," or ATSE, qualification. This certificate entitled GigaCloud Technology (Suzhou) Co., Ltd. to enjoy a preferential income tax rate of 15% for a period of three years from 2019 to 2021 if all the criteria for ATSE status could be satisfied in the relevant years.

Under the EIT Law and its implementation rules, an enterprise established outside China with a "place of effective management" within China is considered a China resident enterprise for Chinese enterprise income tax purposes. A China resident enterprise is generally subject to certain Chinese tax reporting obligations and a uniform 25% enterprise income tax rate on its worldwide income. The implementation rules to the EIT Law provide that non-resident legal entities are considered PRC residents if substantial and overall management and control over the manufacturing and business operations, personnel, accounting, properties, etc., occurs within mainland China. Despite the present uncertainties resulting from the limited PRC tax guidance on the issue, we do not believe that the legal entities organized outside the PRC should be treated as residents for EIT Law purposes. If the PRC tax authorities subsequently determine that our Company and our subsidiaries registered outside the PRC are deemed resident enterprises, our Company and our subsidiaries registered outside mainland China will be subject to the PRC income tax at a rate of 25%.

Dividends paid to non-PRC-resident corporate investor from profits earned by the PRC subsidiaries after January 1, 2008 would be subject to a withholding tax. The EIT Law and its relevant regulations impose a withholding tax at 10%, unless reduced by a tax treaty or agreement, for dividends distributed by a PRC-resident enterprise to its non-PRC-resident corporate investor for earnings generated beginning on January 1, 2008. As at December 31, 2019 and 2020, there was no retained earnings from legal entity level of all of our PRC Subsidiaries and PRC VIE. And thus, we have not provided for deferred tax liabilities on undistributed earnings for our PRC Subsidiaries.

*U.S. Federal Income Taxation*

Our U.S. subsidiaries are subject to U.S. federal income taxes and state income taxes. In connection with U.S. tax legislation enacted in December 2017, the federal income tax rate for corporations changed to 21% beginning in 2018, while state income tax rates generally remained the same as in previous years. The U.S. tax rules also provide for enhanced accelerated depreciation deductions by allowing the election of full expensing of qualified property, primarily equipment, through 2022.

**Results of Operations**

The following table sets forth a summary of our consolidated results of operations, both in absolute amount and as a percentage of our total revenues, for the periods presented. This information should be read

130

together with our consolidated financial statements and related notes included elsewhere in this prospectus. The results of operations in any period are not necessarily indicative of our future trends.

| | For the Year Ended December 31, | | | | | | For the Three Months Ended March 31, | | | |
| | 2019 | | 2020 Restated* | | 2021 | | 2021 Restated* | | 2022 | |
| | $ | % | $ | % | $ | % | $ | % | $ | % |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ($ in thousands, except for percentages) | | | | | |
| **Revenues** | | | | | | | | | | |
| Service revenues | 15,151 | 12.4 | 60,130 | 21.8 | 98,332 | 23.7 | 20,418 | 21.6 | 31,218 | 27.8 |
| Product revenues | 107,145 | 87.6 | 215,348 | 78.2 | 315,865 | 76.3 | 74,110 | 78.4 | 81,224 | 72.2 |
| **Total revenues** | 122,296 | 100.0 | 275,478 | 100.0 | 414,197 | 100.0 | 94,528 | 100.0 | 112,442 | 100.0 |
| **Cost of revenues** | | | | | | | | | | |
| Services | (9,697) | (7.9) | (37,147) | (13.5) | (84,723) | (20.5) | (14,146) | (15.0) | (29,201) | (26.0) |
| Product sales | (90,405) | (74.0) | (163,215) | (59.2) | (239,877) | (57.9) | (59,494) | (62.9) | (66,371) | (59.0) |
| **Total cost of revenues** | (100,102) | (81.9) | (200,362) | (72.7) | (324,600) | (78.4) | (73,640) | (77.9) | (95,572) | (85.0) |
| **Gross profit** | 22,194 | 18.1 | 75,116 | 27.3 | 89,597 | 21.6 | 20,888 | 22.1 | 16,870 | 15.0 |
| **Operating expenses** | | | | | | | | | | |
| Selling and marketing expenses | (12,680) | (10.4) | (22,215) | (8.1) | (25,728) | (6.2) | (7,359) | (7.8) | (5,562) | (4.9) |
| General and administrative expenses | (4,712) | (3.8) | (8,717) | (3.2) | (24,516) | (5.9) | (2,941) | (3.1) | (3,827) | (3.5) |
| **Total operating expenses** | (17,392) | (14.2) | (30,392) | (11.3) | (50,244) | (12.1) | (10,300) | (10.9) | (9,389) | (8.4) |
| **Operating income** | 4,802 | 3.9 | 44,184 | 16.0 | 39,353 | 9.5 | 10,588 | 11.2 | 7,481 | 6.6 |
| Interest expense | — | — | (46) | (0.0) | (309) | (0.1) | (65) | (0.1) | (164) | (0.1) |
| Interest income | 2 | 0.0 | 58 | 0.0 | 537 | 0.1 | 98 | 0.1 | 92 | 0.1 |
| Foreign currency exchange gains (losses), net | 166 | 0.1 | 1,023 | 0.4 | (2,012) | (0.5) | (727) | (0.7) | (1,230) | (1.1) |
| Others, net | (168) | (0.1) | 56 | 0.0 | 156 | 0.1 | 39 | 0.0 | 167 | 0.1 |
| **Income before income taxes** | 4,802 | 3.9 | 45,275 | 16.4 | 37,725 | 9.1 | 9,933 | 10.5 | 6,346 | 5.6 |
| Income tax expense | (1,945) | (1.6) | (7,820) | (2.8) | (8,468) | (2.0) | (1,950) | (2.1) | (1,607) | (1.4) |
| **Net income** | 2,857 | 2.3 | 37,455 | 13.6 | 29,257 | 7.1 | 7,983 | 8.4 | 4,739 | 4.2 |

\* See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

**Three Months Ended March 31, 2022 Compared to Three Months Ended March 31, 2021**

*Revenues*

Our revenues, which consisted of service revenue generated from GigaCloud 3P and product revenue generated from GigaCloud 1P and off-platform ecommerce sales, increased by 19.0% from $94.5 million in the three months ended March 31, 2021 to $112.4 million in the three months ended March 31, 2022. This increase

131

**Table of Contents**

was primarily due to continued increase in market demand for large parcel merchandise, leading to increased number of sellers who listed merchandise and numbers of buyers who procured large parcel merchandise in our GigaCloud Marketplace.

- *Services Revenue from GigaCloud 3P.* Our service revenues increased by 52.9% from $20.4 million in the three months ended March 31, 2021 to $31.2 million in the three months ended March 31, 2022. The increase was attributable to (i) an increase in revenues from commission fees due to an increase in transactions in our marketplace driven by increase in the number of active 3P sellers by 73.7% from 236 in the 12 months ended March 31, 2021 to 410 in the 12 months ended March 31, 2022, and the increase in the number of active buyers by 76.9% from 2,138 in the 12 months ended March 31, 2021 to 3,782 in the 12 months ended March 31, 2022; and (ii) an increase in revenues from warehousing fees and delivery fees due to increases in demand and logistics costs as we increased the number of warehouses from 19 in the three months ended March 31, 2021 to 21 in the three months ended March 31, 2022 to provide more warehousing services as the market demand for warehouse services and delivery for large parcels continued to increase.

- *Product Revenue from GigaCloud 1P.* Our product revenues from GigaCloud 1P increased by 28.4% from $42.3 million in the three months ended March 31, 2021 to $54.3 million in the three months ended March 31, 2022. The increase was attributable to an increase in our GigaCloud Marketplace GMV from $89.5 million in the three months ended March 31, 2021 to $113.4 million in the three months ended March 31, 2022, and an increase in the number of our SKUs from 5,172 as of March 31, 2021 to 7,245 as of March 31, 2022, partially offset by a decrease in average spend per buyer in the three months ended March 31, 2022 as consumer demand slowed down due to inflationary pressure.

- *Product Revenue from Off-platform Ecommerce.* Our product revenues from off-platform ecommerce decreased by 15.4% from $31.9 million in the three months ended March 31, 2021 to $27.0 million in the three months ended March 31, 2022. The decrease was attributable to an overall decrease in sales on third-party off-platform ecommerce as consumer demand slowed down due to inflationary pressure.

*Cost of Revenues*

Our cost of revenues increased by 29.8% from $73.6 million in the three months ended March 31, 2021 to $95.6 million in the three months ended March 31, 2022, primarily attributable to the overall increase in our revenue and the increases in shipping and handling costs in both cost of services and cost of product sales.

Our cost of services increased by 106.4% from $14.1 million in the three months ended March 31, 2021 to $29.2 million in the three months ended March 31, 2022, primarily due to increases in shipping and handling costs as third-party shipping costs, and particularly ocean freight costs, continued to increase globally, and we had an increase in the deliveries of merchandise that we handle from and to sellers and buyers in our marketplace, and increases in rental costs of the portion allocated to our 3P business as we increased the number of warehouses from 19 in the three months ended March 31, 2021 to 21 in the three months ended March 31, 2022.

Our cost of product sales increased by 11.6% from $59.5 million in the three months ended March 31, 2021 to $66.4 million in the three months ended March 31, 2022, primarily due to the increased products we procured to sell on GigaCloud Marketplace and off-platform ecommerce websites in our 1P business and increases in shipping and handling costs, and particularly, ocean freight costs and rental costs of warehouses that were allocated to 1P products.

132

*Gross Profit and Gross Margin*

As a result of the foregoing, our gross profit decreased by 19.2% from $20.9 million in three months ended March 31, 2021 to $16.9 million in the three months ended March 31, 2022. Our gross margin decreased from 22.1% in the three months ended March 31, 2021 to 15.0% in the three months ended March 31, 2022, primarily due to the costs of revenue increased at a faster pace than revenue as shipping and handling costs, and particularly, ocean freight costs, increased significantly compare to the previous period.

*Selling and Marketing Expenses*

Our selling and marketing expenses decreased by 24.4% from $7.4 million in the three months ended March 31, 2021 to $5.6 million in the three months ended March 31, 2022, which was mainly due to a decrease in staff cost as the sales commission decreased.

*General and Administrative Expenses*

Our general and administrative expenses increased by 30.1% from $2.9 million (restated) in the three months ended March 31, 2021 to $3.8 million in the three months ended March 31, 2022, which was mainly due to increases in staff cost as we increased the number of general and administrative staff personnel and property insurance we purchased for our warehouses, partially offset by a decrease in professional service expenses.

*Interest Expense*

We had interest expenses of $65 thousand and $164 thousand in the three months ended March 31, 2021 and 2022, respectively. The increase was primarily attributable to increases in charges due to the increase in our financial lease interest expense for warehouses in the U.S.

*Interest Income*

We had interest income of $98 thousand and $92 thousand in the three months ended March 31, 2021 and 2022, respectively. The decrease was primarily attributable to a decrease in accounts receivables overdue, partially offset by an increase in interest income from providing cash advances to more sellers in the three months ended March 31, 2022 pursuant to our supply chain financing program.

*Foreign Currency Exchange Gains / (Losses), Net*

We had foreign currency exchange losses, net of $0.7 million in the three months ended March 31, 2021, compared to $1.2 million in the three months ended March 31, 2022, primarily attributable to appreciation of the U.S. dollar against Euro and Japanese Yen.

*Others, Net*

We had other income, net of $39 thousand and $167 thousand in the three months ended March 31, 2021 and 2022, respectively. The increase was primarily attributable to a government subsidy that was received in the three months ended March 31, 2022.

*Income Tax Expense*

We had income tax expense of $2.0 million and $1.6 million in the three months ended March 31, 2021 and 2022, respectively. The decrease was primarily attributable to a decrease in our income before income taxes from $9.9 million in the three months ended March 31, 2021 to $6.3 million in the three months ended March 31, 2022.

133

Table of Contents

*Net Income*

As a result of the foregoing, our net income was $8.0 million (restated) and $4.7 million in the three months ended March 31, 2021 and 2022, respectively.

*Year Ended December 31, 2021 Compared to Year Ended December 31, 2020*

*Revenues*

Our revenues, which consisted of service revenue generated from GigaCloud 3P and product revenue generated from GigaCloud 1P and off-platform ecommerce sales, increased by 50.4% from $275.5 million in 2020 to $414.2 million in 2021. This increase was primarily due to continued increase in market demand for large parcel merchandise, leading to increases in number of sellers who listed merchandise and numbers of buyers who procured large parcel merchandise in our GigaCloud Marketplace.

- *Service Revenue from GigaCloud 3P.* Our service revenues increased by 63.5% from $60.1 million in 2020 to $98.3 million in 2021. The increase was attributable to (i) an increase in revenues from commission fees due to an increase in transactions in our marketplace driven by increase in the number of active 3P sellers by 81.9% from 210 in 2020 to 382 in 2021, and increase in the number of active buyers by 111.1% from 1,689 in 2020 to 3,566 in 2021; and (ii) an increase in revenues from warehousing fees and delivery fees as we increased the number of warehouses from 17 in 2020 to 21 in 2021 to provide more warehousing services as the market demand for warehouse services and delivery for large parcels continued to increase.

- *Product Revenue from GigaCloud 1P.* Our product revenues from GigaCloud 1P increased by 54.2% from $122.1 million in 2020 to $188.3 million in 2021. This increase was attributable to an increase in the overall market demand for online home furniture which continued to drive the increase in sales per active buyers and an increase in the number of our SKUs.

- *Product Revenue from Off-platform Ecommerce.* Our product revenues from off-platform ecommerce increased by 36.8% from $93.3 million in 2020 to $127.6 million in 2021. The increase was attributable to an increase in the demand for home furniture and an increase in the unit price on third-party ecommerce websites as we sell specialty items with higher unit price.

*Cost of Revenues*

Our cost of revenues increased by 62.0% from $200.4 million in 2020 to $324.6 million in 2021, which was in line with the overall increase in our revenue.

Our cost of services increased by 128.1% from $37.1 million in 2020 to $84.7 million in 2021, primarily due to increases in shipping and handling costs as third-party shipping costs, and particularly, ocean freight costs, continued to increase globally and we had an increase in the deliveries of merchandise that we handle from and to sellers and buyers in our marketplace, and increases in rental costs of the portion allocated to our 3P business as we increased the number of warehouses from 17 in 2020 to 21 in 2021.

Our cost of product sales increased by 47.0% from $163.2 million in 2020 to $239.9 million in 2021, primarily due to the increased products we procured to sell on GigaCloud Marketplace and off-platform ecommerce websites in our 1P business and increases in shipping and handling costs, and particularly, ocean freight costs, and rental costs of warehouses that were allocated to 1P products.

*Gross Profit and Gross Margin*

As a result of the foregoing, our gross profit increased by 19.3% from $75.1 million in 2020 to $89.6 million in 2021, primarily due to the growth in our GigaCloud GMV and 1P sales. Our gross margin decreased

Table of Contents

from 27.3% in 2020 to 21.6% in 2021, primarily due to costs of services increased at a faster pace than service revenues as ocean freight shipping costs increased in 2021.

### Selling and Marketing Expenses

Our selling and marketing expenses increased by 15.8% from $22.2 million (restated) in 2020 to $25.7 million in 2021, which was mainly due to increases in (i) staff cost from $10.7 million (restated) in 2020 to $12.2 million in 2021, primarily attributable to an increase in headcount in sales and marketing staff from 210 as of December 31, 2020 to 273 as of December 31, 2021, and an increase in average monthly salary in sales and marketing staff; and (ii) platform commission from $7.8 million in 2020 to $11.0 million in 2021, primarily attributable to increases in product sales to individuals on third-party ecommerce websites.

### General and Administrative Expenses

Our general and administrative expenses increased by 181.2% from $8.7 million (restated) in 2020 to $24.5 million in 2021, which was mainly due to (i) an increase in staff costs from $3.5 million (restated) in 2020 to $15.7 million in 2021, primarily attributable to an increase in headcount in general and administrative staff from 77 as of December 31, 2020 to 90 as of December 31, 2021, and an increase in average monthly salary in general and administrative staff; (ii) an increase in professional service fees from $1.7 million in 2020 to $4.9 million in 2021, primarily attributable to tax and accounting consulting services incurred during the period; and (iii) increase in rental costs as we increased our number of warehouses.

### Interest Expenses

We had interest expenses of $46 thousand and $309 thousand in 2020 and 2021, respectively. The increase was primarily attributable to increases in charges due to the increase in our financial lease interest expense for warehouses in the U.S.

### Interest Income

We had interest income of $58 thousand and $537 thousand in 2020 and 2021, respectively. The increase was primarily attributable to an increase in interest income from providing cash advances to more sellers in 2021 pursuant to our supply chain financing program.

### Foreign Currency Exchange Gains / (Losses), Net

We had foreign currency exchange losses, net of $2.0 million in 2021, compared to foreign currency exchange gains, net of $1.0 million in 2020. The change was primarily due to depreciation of the U.S. dollar against Euro and Japanese Yen.

### Others, Net

We had other income, net of $56 thousand and $156 thousand in 2020 and 2021, respectively. The increase was primarily attributable to an increase in government subsidy that was received in 2021.

### Income Tax Expense

We had income tax expense of $7.8 million and $8.5 million in 2020 and 2021, respectively. The increase was primarily attributable to increase in taxable profit due to our business growth.

### Net Income

As a result of the foregoing, our net income was $37.5 million (restated) and $29.3 million in 2020 and 2021, respectively.

**Table of Contents**

*Year Ended December 31, 2020 Compared to Year Ended December 31, 2019*

*Revenues*

Our revenues, which consisted of service revenue generated from GigaCloud 3P and product revenue generated from GigaCloud 1P and off-platform ecommerce sales, increased by 125.3% from $122.3 million in 2019 to $275.5 million in 2020. This increase was primarily due to increases in the number of sellers who listed merchandise in our GigaCloud Marketplace, number of buyers who procure large parcel merchandise and number of off-marketplace users who used our third-party logistics services for product shipping and handling. We do not anticipate significant revenue from third-party logistics services to off-marketplace users in the future. The revenue increases was also due to an overall increase demand for large parcel merchandise.

- *Service Revenue from GigaCloud 3P.* Our service revenues increased by 296.9% from $15.2 million in 2019 to $60.1 million in 2020. This increase was attributable to (i) an increase in revenues from commission fees due to an increase in transactions in our marketplace driven by increase in the number of active 3P sellers by 195.8% from 71 in 2019 to 210 in 2020 and increase in the number of active buyers by 283.0% from 441 in 2019 to 1,689 in 2020; (ii) an increase in revenues from warehousing fees due to an increase in market demand for warehouse services as online home furniture sales increased and (iii) an increase in revenues from delivery fees in line with the increase in market demand for online home furniture. We also provided more third-party logistics services to customer in 2020 to help fulfill their large parcel transportation needs in the U.S. as the demand increased.

- *Product Revenue from GigaCloud 1P.* Our product revenues from GigaCloud 1P increased by 189.7% from $42.1 million in 2019 to $122.1 million in 2020. This increase was attributable to an increase in the overall market demand for online home furniture, driving the increase in sales per active buyers.

- *Product Revenue from Off-platform Ecommerce.* Our product revenues from off-platform ecommerce increased by 43.4% from $65.0 million in 2019 to $93.3 million in 2020. The increase was attributable to an increase in the demand for home furniture and the unit price on third-party ecommerce websites.

*Cost of Revenues*

Our cost of revenues increased by 100.2% from $100.1 million in 2019 to $200.4 million in 2020, which was in line with the overall increase in our revenue.

Our cost of services increased by 283.1% from $9.7 million in 2019 to $37.1 million in 2020, primarily due to the increases in the cost associated with operating our rapidly growing GigaCloud Marketplace, increase in third-party shipping costs and we had an increase in the deliveries of merchandise that we handle from and to sellers and buyers in our marketplace, and increases in rental costs of the portion allocated to our 3P business and numbers of warehouses and staff as we expanded our warehousing and logistic network.

Our cost of product sales increased by 80.5% from $90.4 million in 2019 to $163.2 million in 2020, primarily due to the increased products we procured to sell on GigaCloud Marketplace in our 1P business and off-platform ecommerce websites and increases in shipping and handling costs and rental costs of warehouses that were allocated to 1P products.

*Gross Profit and Gross Margin*

As a result of the foregoing, our gross profit increased by 238.5% from $22.2 million in 2019 to $75.1 million in 2020, primarily due to the growth in GigaCloud Marketplace GMV and sales volume in our

136

Table of Contents

marketplace. Our gross margins increased from 18.1% in 2019 to 27.3% in 2020 primarily due to the increase in our revenues as our GigaCloud Marketplace grew and increased economies of scale achieved through our current marketplace model as we utilized our warehouses and logistics network more cost efficiently. Furthermore, in 2019 and 2020, as we gradually transitioned our 1P products suppliers from mainland China to other South East Asian countries, we reduced our exposure to tariffs on Chinese products and achieved better gross margin.

### Selling and Marketing Expenses

Our selling and marketing expenses increased by 75.2% from $12.7 million in 2019 to $22.2 million (restated) in 2020, which was mainly due to increases in (i) staff cost from $4.0 million in 2019 to $10.7 million (restated) in 2020, primarily attributable to an increase in headcount and average monthly salary in sales and marketing staff, as well as the bonus in accordance with the increased sales; and (ii) platform commission from $6.1 million in 2019 to $7.8 million in 2020, primarily attributable to increases in product sales to individuals on third-party ecommerce websites.

### General and Administrative Expenses

Our general and administrative expenses increased by 85.0% from $4.7 million in 2019 to $8.7 million (restated) in 2020, which was mainly due to (i) an increase in staff cost from $2.0 million in 2019 to $3.5 million (restated) in 2020, primarily attributable to an increase in general and administrative functions; and (ii) an increase in professional services fees from $0.4 million to $1.7 million, primarily attributable to the tax consulting service, accounting system development service and attorney fee incurred in 2020.

### Interest Expense

We had interest expense of nil and $46 thousand in 2019 and 2020, respectively. The increase was primarily attributable to increases in charges due to the increase in our financial lease interest expense for warehouses in the U.S.

### Interest Income

We had interest income of $2 thousand and $58 thousand in 2019 and 2020, respectively. The increase was primarily attributable to the increase of our cash deposits at financial institutions.

### Foreign Currency Exchange Gains, Net

Our foreign exchange gains, net increased from $0.2 million in 2019 to $1.0 million in 2020, primarily attributable to the depreciation of the U.S. dollars against the Euro and British Pounds and the increase of transactions denominated in Euro and British Pounds in 2020.

### Others, Net

We had other expenses, net of $168 thousand in 2019 and other income, net of $56 thousand in 2020, primarily attributable to the impairment of an $140 thousand investment made in 2019 in relation to a PRC company with ecommerce business in the U.S. and Europe.

### Income Tax Expense

We had income tax expense of $1.9 million and $7.8 million in 2019 and 2020, respectively. The increase was primarily attributable to increase in taxable profit due to our business growth.

137

Table of Contents

*Net Income*

As a result of the foregoing, our net income was $37.5 million (restated) in 2020, as compared to $2.9 million in 2019.

**Non-GAAP Financial Measure**

To supplement our consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we use Adjusted EBITDA, which is net income excluding interest, income taxes and depreciation, further adjusted to exclude share-based compensation expenses, a non-GAAP financial measure, to understand and evaluate our core operating performance. Non-GAAP financial measure, which may differ from similarly titled measures used by other companies, are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for, or superior to, the financial information prepared and presented in accordance with U.S. GAAP. The table below sets forth a reconciliation of Adjusted EBITDA from net income for the periods indicated:

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
| | 2019 | 2020 Restated* | 2021 | 2021 Restated* | 2022 |
|---|---|---|---|---|---|
| | | | ($ in thousands) | | |
| **Net income** | **2,857** | **37,455** | **29,257** | **7,983** | **4,739** |
| Add: Income tax expense | 1,945 | 7,820 | 8,468 | 1,950 | 1,607 |
| Add: Interest expense | — | 46 | 309 | 65 | 164 |
| Less: Interest income | (2) | (58) | (537) | (98) | (92) |
| Add: Depreciation and amortization | 128 | 227 | 775 | 128 | 311 |
| Add: Share-based compensation expense | — | — | 9,681 | — | 199 |
| **Adjusted EBITDA** | **4,928** | **45,490** | **47,953** | **10,028** | **6,928** |

\*    See "Prospectus Summary—Conventions that Apply to this Prospectus," Note 2(c) of our audited consolidated financial statements and Note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

**Liquidity and Capital Resources**

*Cash Flows and Working Capital*

To date, we have financed our operating and investing activities mainly through cash generated from our business. As of March 31, 2022, we had $48.9 million in cash and $0.7 million in restricted cash.

In July 2022, we entered into a two-year credit facility agreement with Wells Fargo Bank, National Association, under which we are able to borrow up to $50 million during the term of the facility. The credit facility also requires us to comply with various customary covenants and other restrictions. As of the date of this prospectus, we have not made any draw down from this credit facility.

We believe our cash on hand will be sufficient to meet our current and anticipated needs for general corporate purposes for at least the next 12 months. We may, however, need additional cash resources in the future if we experience changes in business conditions or other developments. We may also need additional cash resources in the future if we find and wish to pursue opportunities for investment, acquisition, capital expenditure or similar actions. If we determine that our cash requirements exceed the amount of cash we have on hand, we may seek to issue equity or equity linked securities or obtain debt financing. The issuance and sale of additional equity would result in further dilution to our shareholders. The incurrence of indebtedness would result in increased fixed obligations and could result in operating covenants that would restrict our operations. We cannot assure you that financing will be available in amounts or on terms acceptable to us, if at all.

138

Table of Contents

Although we consolidate the results of our consolidated VIEs, we only have access to the assets or earnings of our consolidated VIEs through our contractual arrangements with our consolidated VIEs and their shareholders (as applicable). See "Corporate History and Structure." For restrictions and limitations on liquidity and capital resources as a result of our corporate structure, see "—Holding Company Structure."

As a Cayman Islands exempted company and offshore holding company, we are permitted under PRC laws and regulations to provide funding to our PRC Subsidiaries only through loans or capital contributions, subject to relevant approval, filing and/or reporting with respect to government authorities and limits on the amount of capital contributions and loans. This may delay us from using the proceeds from this offering to make loans or capital contributions to our PRC Subsidiaries, if any. See "Risk Factors—Risks Related to Doing Business in China—PRC regulation of loans to, and direct investments in, PRC entities by offshore holding companies and governmental control of currency conversion may restrict or prevent us from using the proceeds of this offering to make loans or additional capital contributions to our PRC Subsidiaries, which could materially and adversely affect our liquidity and our ability to fund and expand our business."

The following table sets forth a summary of our cash flows for the periods presented:

| | For the Year Ended December 31, | | | For the Three Months Ended March 31, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| Summary Consolidated Statement of Cash Flow Data: | | | ($ in thousands) | | |
| Net cash provided by (used in) operating activities | 1,157 | 33,284 | 8,556 | (6,459) | (14,512) |
| Net cash used in investing activities | (944) | (647) | (1,825) | (594) | (80) |
| Net cash provided by (used in) financing activities | 89 | 23,272 | (2,956) | (530) | 261 |
| Effect of foreign currency exchange rate changes on cash and restricted cash | 139 | 735 | (2,110) | (3) | (5) |
| Net increase (decrease) in cash and restricted cash | 441 | 56,644 | 1,665 | (7,586) | (14,336) |
| Cash and restricted cash at the beginning of the year | 5,112 | 5,553 | 62,197 | 62,197 | 63,862 |
| Cash and restricted cash at the end of the year | 5,553 | 62,197 | 63,862 | 54,611 | 49,526 |

*Operating Activities*

Net cash used in operating activities in the three months ended March 31, 2022 was $14.5 million, as compared to net cash used in operation activities of $6.5 million in the three months ended March 31, 2021. This was attributable to net income of $4.7 million in the three months ended March 31, 2022, compared to net income of $8.0 million (restated) in the three months ended March 31, 2021. Net income was adjusted primarily by $7.4 million of lease expense to reduce right-of-use assets in the three months ended March 31, 2022, as compared to nil in the three months ended March 31, 2021 because we adopted ASC 842 in 2022 which led to adjustment of operating lease liabilities and right-of-use assets, while net income was adjusted by $0.4 million of deferred tax in the three months ended March 31, 2021. Net income was further adjusted by the changes in working capital, which primarily consisted of (i) an increase of $30.2 million in inventories in the three months ended March 31, 2022 as shipping costs to procure our inventories, including ocean freight costs, are included in inventories and the increase in ocean freight costs has contributed to an increase in our inventories and cash outflows in the three months ended March 31, 2022, as compared to an increase of $9.7 million in inventories in the three months ended March 31, 2021, (ii) a decrease of $6.8 million in operating lease liabilities in the three months ended March 31, 2022 as we adopted ASU 2016-02 in 2022 which recognized right-of-use assets and lease liabilities upon lease commencement for the operating leases for our warehouses, as compared to nil in the three months ended March 31, 2021, (iii) an increase of $8.1 million in accounts payable in the three months ended March 31, 2022 as the costs to procure inventories increased, as compared to an increase of $0.09 million in the three months ended March 31, 2021, and (iv) an increase of $3.1 million in accounts receivable in the three months ended March 31, 2022 for the procurement of inventories, as compared to an increase of $9.2 million in the three months ended March 31, 2021.

Table of Contents

Net cash provided by operating activities in 2021 was $8.6 million. This was attributable to net income of $29.3 million, adjusted primarily by (i) $9.7 million of share-based compensation in relation to share options granted to our employees and non-employees service providers which was only recognized in 2021, and (ii) $2.0 million of unrealized foreign currency exchange losses due to appreciation of the U.S. dollar against Euro and Japanese Yen and (iii) $1.3 million of inventory write-down due to certain slow-moving merchandise and damaged goods as we increased our own inventory which also led to increased write-down; and the changes in working capital, which primarily consisted of (i) an increase of $47.1 million in inventories as we significantly increased our own inventory for our 1P sales as consumer demand continued to increase in 2021 and also due to an increase in shipping costs to procure our inventories, and particularly ocean freight costs, (ii) an increase of $6.3 million in accounts payable as our sales increased driven by the increased numbers of sellers and buyers in our GigaCloud Marketplace, and (iii) a decrease of $5.9 million in accounts receivable as we had better collection in 2021.

Net cash provided by operating activities in 2020 was $33.3 million. This was attributable to net income of $37.5 million (restated), adjusted primarily by $1.0 million of unrealized foreign currency exchange gain; and the changes in working capital, which primarily consisted of an increase of $12.0 million in accrued expenses and other current liabilities as our employees number and staff cost increased from 2019 to 2020, partially offset by (i) an increase of $13.9 million in inventories as we increased our own inventory for our 1P sales as consumer demand increased significantly in 2020 due to COVID-19, (ii) an increase of $10.1 million in accounts receivables as our business scale increased and users base grew in our marketplace, resulting in more product sales and services revenues, and (iii) an increase of $5.2 million in prepayments and other current assets as we increased the advances paid to suppliers for increased procurement of products as consumer demand increased in 2020.

Net cash provided by operating activities in 2019 was $1.2 million. This was attributable to net income of $2.9 million, adjusted primarily by (i) $0.3 million of inventory write-down in relation to damaged goods and slow-moving products, (ii) $0.2 million of deferred tax and (iii) $0.1 million of depreciation; and the changes in working capital, which primarily consisted of (i) an increase of $9.3 million in accounts payable as we incurred increased accrued freight costs as our product sales increased, and (ii) an increase of $2.7 million in accrued expenses and other current liabilities as we increased our staff numbers and vendor payable to expand our business. The changes in working capital is further adjusted by (i) an increase of $6.6 million in accounts receivable as our business scale and product sales increased and user base grew in our marketplace, (ii) an increase of $6.9 million in inventories as we increased on own inventory for our 1P sales, and (iii) an increase of $2.3 million in prepayments and other current asset as we increased the advances paid to suppliers for products to continue our business expansion.

### Investing Activities

Net cash used in investing activities in the three months ended March 31, 2022 was $80 thousand of cash paid for purchase of property and equipment, as compared to net cash used in investing activities of $594 thousand of cash paid for purchase of property and equipment in the three months ended March 31, 2021.

Net cash used in investing activities in 2021 was $1.8 million, primarily consisted cash paid for purchase of property and equipment.

Net cash used in investing activities in 2020 was $0.6 million, primarily consisted cash paid for purchase of property and equipment of $0.7 million.

Net cash used in investing activities in 2019 was $0.9 million, primarily consisted cash paid for purchase of property and equipment of $0.9 million.

Table of Contents

*Financing Activities*

Net cash provided by financing activities in the three months ended March 31, 2022 was $0.3 million, primarily attributable to (i) proceeds from prepaid consideration of restricted shares of $1.6 million for employees benefits that we paid in the three months ended March 31, 2022, (ii) cash paid for finance lease obligations of $1.2 million and (iii) repayment of bank loans of $85 thousand, as compared to net cash used in financing activities of $0.5 million in the three months ended March 31, 2021, primarily consisted of cash paid for capital lease obligations of $0.4 million and repayment of bank loans of $0.2 million.

Net cash used in financing activities in 2021 was $3.0 million, primarily attributable to cash paid for capital lease obligations of $2.5 million and repayment of bank loans of $0.4 million by our subsidiaries in Japan and the U.K.

Net cash provided by financing activities in 2020 was $23.3 million, primarily attributable to (i) proceeds from issuance of preferred shares of $25.0 million and (ii) proceeds from borrowings of $1.2 million, partially offset by the repurchase of vested share-based awards of $2.4 million.

Net cash provided by financing activities in 2019 was $89 thousand, attributable to proceeds of borrowings from a related party.

*Capital Expenditures*

Our capital expenditures consist primarily of purchase of property and equipment. Our capital expenditures were $0.9 million, $0.7 million, $1.8 million and $0.08 million in 2019, 2020, 2021 in the three months ended March 31, 2022, respectively. We intend to fund our future capital expenditures with our existing cash balance, short-term investments and anticipated cash flows from operations. We will continue to make well-planned capital expenditures to meet the expected growth of our business.

*Contractual Obligations*

The following table sets forth our contractual obligations as of March 31, 2022:

| | Total | Less than 1 Year | 1 - 3 Years | More than 3 Years |
|---|---|---|---|---|
| | | (in $ thousands) | | |
| Lease commitment[1] | 152,789 | 33,995 | 61,884 | 56,910 |
| Long-term borrowings | 470 | 327 | 143 | — |
| Total | 153,259 | 34,322 | 62,027 | 56,910 |

(1)   Lease commitment consists of the commitments under the lease agreements for our warehouses and storage shelves.

Except for those disclosed above, we did not have any significant capital or other commitments, long-term obligations, or guarantees as of March 31, 2022.

**Off-Balance Sheet Commitments and Arrangements**

We have not entered into any financial guarantees or other commitments to guarantee the payment obligations of any unconsolidated third parties. In addition, we have not entered into any derivative contracts that are indexed to our shares and classified as shareholders' equity or that are not reflected in our consolidated financial statements. Furthermore, we do not have any retained or contingent interest in assets transferred to an unconsolidated entity that serves as credit, liquidity or market risk support to such entity. Moreover, we do not have any variable interest in any unconsolidated entity that provides financing, liquidity, market risk or credit support to us or engages in leasing, hedging or product development services with us.

**Table of Contents**

**Internal Control Over Financial Reporting**

Prior to this offering, we have been a private company with limited accounting personnel and other resources with which we address our internal control over financial reporting. We and our independent registered public accounting firm identified one material weakness in our internal control over financial reporting as of December 31, 2020 and 2021. As defined in the standards established by the PCAOB, a "material weakness" is a deficiency, or combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the annual or interim financial statements will not be prevented or detected on a timely basis.

The material weakness that has been identified relates to our lack of sufficient accounting personnel with appropriate U.S. GAAP knowledge to prepare financial statements in accordance with U.S. GAAP and SEC reporting requirements. This has resulted in a number of accounting errors and omissions, including but not limited to: (1) accounting for the complex transactions such as share-based compensation, redeemable convertible preferred shares and uncertain tax provision; (2) adoption of newly issued accounting standards such as new leases standard; and (3) preparation of financial statements disclosure in accordance with U.S. GAAP. For example, our company's previously issued 2019 and 2020 consolidated financial statements and the company's previously issued unaudited condensed financial statements as of and for the three months ended March 31, 2021 were restated due to certain errors in relation to the recognition of share-based compensation expenses. For details, please refer to note 2(c) to our consolidated financial statements and note 1(b) of our unaudited condensed consolidated financial statements included elsewhere in this prospectus.

We are in the process of implementing a number of measures to address the material weakness identified, including: (1) hiring additional accounting and financial reporting personnel with U.S. GAAP and SEC reporting experience, (2) expanding the capabilities of existing accounting and financial reporting personnel through continuous training and education in the accounting and reporting requirements under U.S. GAAP, and SEC rules and regulations, (3) establishing clear roles and responsibilities to develop and implement formal comprehensive financial period-end closing policies and procedures to ensure all transactions are properly recorded and disclosed, and (4) establishing effective monitoring and oversight controls for non-recurring and complex transactions to ensure the accuracy and completeness of our consolidated financial statements and related disclosures.

The process of designing and implementing an effective financial reporting system is a continuous effort that requires us to anticipate and react to changes in our business and the economic and regulatory environments and to expend significant resources to maintain a financial reporting system that is adequate to satisfy our reporting obligation. See "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—We have identified one material weakness in our internal control over financial reporting. If our remediation of the material weakness is not effective, or if we experience additional material weaknesses in the future or otherwise fail to maintain proper and effective internal control over financial reporting, our ability to produce accurate and timely consolidated financial statements could be impaired, investors may lose confidence in our financial reporting and the trading price of our Class A ordinary shares may decline."

As a company with less than $1.07 billion in revenues for the fiscal year ended December 31, 2021, we qualify as an "emerging growth company" pursuant to the JOBS Act. An emerging growth company may take advantage of specified reduced reporting and other requirements that are otherwise applicable generally to public companies. These provisions include exemption from the auditor attestation requirement under Section 404 of the Sarbanes-Oxley Act of 2002 in the assessment of the emerging growth company's internal control over financial reporting. The JOBS Act also provides that an emerging growth company does not need to comply with any new or revised financial accounting standards until such date that a private company is otherwise required to comply with such new or revised accounting standards. See "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—We are an emerging growth company, and the reduced disclosure requirements applicable to emerging growth companies may make our Class A ordinary shares less attractive to investors."

142

**Holding Company Structure**

Our company, GigaCloud Technology Inc, is a holding company incorporated in the Cayman Islands with no material operations of its own and not a direct Chinese or Hong Kong operating company. We conduct our operations primarily through our principal subsidiaries and principal consolidated VIEs. As a result, our ability to pay dividends depends upon dividends paid by our subsidiaries and consolidated controlled affiliates. If our subsidiaries or consolidated VIEs incur debt on their own behalf in the future, the instruments governing their debt may restrict their ability to pay dividends to us.

In addition, as determined in accordance with local regulations, our subsidiaries and consolidated VIEs in certain of our markets may be restricted from paying us dividends offshore or from transferring a portion of their assets to us, either in the form of dividends, loans or advances, unless certain requirements are met or regulatory approvals are obtained. In addition, our subsidiaries and consolidated VIEs may be restricted in their ability to pay dividends or distributions, or make other transfers to us as a result of the laws of their respective jurisdictions of organization and agreements of our subsidiaries and consolidated VIEs. See "Dividend Policy." Even though we currently do not require any such dividends, loans or advances from our entities for working capital and other funding purposes, we may in the future require additional cash resources from them due to changes in business conditions, to fund future acquisitions and development, or merely to declare and pay dividends or distributions to our shareholders.

**Inflation**

To date, inflation in mainland China has not materially impacted our results of operations. According to the National Bureau of Statistics of China, the year-over-year percent changes in the consumer price index for 2020 and 2021 were increases of 2.5% and 0.9%, respectively. In the U.S., in 2022, as well as presently, we have experienced inflationary pressures across various parts of our business and operations, including, but not limited to rising costs across our supply chain. We continue to monitor the impact of inflation in order to minimize its effects through revisions in our budgeting, strategy and procurement efforts. We have entered into a number of contracts with third party transportation service providers to mitigate the impact against any further increase in ocean freight costs in the short-term. If our costs were to be subject to more significant inflationary pressures, we may not be able to fully offset such higher costs through price increases or other cost efficiency measures. Our inability or failure to do so could harm our business, financial condition and results of operations.

**Quantitative and Qualitative Disclosures about Market Risk**

*Foreign Exchange Risk*

We do not believe that we currently have any significant direct foreign exchange risk and have not used any derivative financial instruments to hedge exposure to such risk. Although our exposure to foreign exchange risks should be limited in general, the value of your investment in our Class A ordinary shares will be affected by the exchange rate between U.S. dollar and the local currency in the markets we operate because the value of our business is effectively denominated in the local currency, while our Class A ordinary shares will be traded in U.S. dollars. For example, in July 2005, the PRC government changed its decades-old policy of pegging the value of the RMB to the U.S. dollar. The conversion of Renminbi into foreign currencies, including U.S. dollars, is based on rates set by the People's Bank of China. Since June 2010, the RMB has fluctuated against the US dollar, at times significantly and unpredictably. It is difficult to predict how market forces or the government policy may impact the exchange rate between the RMB and the U.S. dollar in the future. See "Risk Factors—Risks Related to Our Class A Ordinary Shares and this Offering—Fluctuations in currency exchange rates may have a material adverse effect on our results of operations and the value of your investment."

To the extent that we need to convert U.S. dollars into the local currency for our operations, appreciation of the local currency against the U.S. dollar would reduce the local currency amount we receive

143

Table of Contents

from the conversion. Conversely, if we decide to convert the local currency into U.S. dollars for the purpose of making payments for dividends on our ordinary shares, servicing our outstanding debt, or for other business purposes, appreciation of the U.S. dollar against the local currency would reduce the U.S. dollar amounts available to us.

### Interest Rate Risk

Our borrowings bear interests at fixed rates. If we were to renew these borrowings, we may be subject to interest rate risks.

We have not been exposed to material risks due to changes in market interest rates, and we have not used any derivative financial instruments to manage our interest risk exposure. However, we cannot provide assurance that we will not be exposed to material risks due to changes in market interest rate in the future.

After the completion of this offering, we may invest the net proceeds we receive from the offering in interest-earning instruments. Investments in both fixed rate and floating rate interest earning instruments carry a degree of interest rate risk. Fixed rate securities may have their fair market value adversely impacted due to a rise in interest rates, while floating rate securities may produce less income than expected if interest rates fall.

### Critical Accounting Policies

An accounting policy is considered critical if it requires an accounting estimate to be made based on assumptions about matters that are highly uncertain at the time such estimate is made, and if different accounting estimates that reasonably could have been used, or changes in the accounting estimates that are reasonably likely to occur periodically, could materially impact the consolidated financial statements.

We prepare our financial statements in conformity with U.S. GAAP, which requires us to make judgments, estimates and assumptions. We continually evaluate these estimates and assumptions based on the most recently available information, our own historical experience and various other assumptions that we believe to be reasonable under the circumstances. Since the use of estimates is an integral component of the financial reporting process, actual results could differ from our expectations as a result of changes in our estimates. Some of our accounting policies require a higher degree of judgment than others in their application and require us to make significant accounting estimates.

The following descriptions of critical accounting policies, judgments and estimates should be read in conjunction with our consolidated financial statements and accompanying notes and other disclosures included in this prospectus. When reviewing our financial statements, you should consider (i) our selection of critical accounting policies, (ii) the judgments and other uncertainties affecting the application of such policies and (iii) the sensitivity of reported results to changes in conditions and assumptions.

### Revenue Recognition

We recognize revenues when we satisfy a performance obligation by transferring a promised good or service (that is, an asset) to a customer. An asset is transferred when the customer obtains control of that asset.

We evaluate whether it is appropriate to record the gross amount of merchandise sales and related costs or the net amount earned as commissions. When we are a principal that obtains control of the specified goods or services before they are transferred to the customers, our revenues should be recognized in the gross amount of consideration to which it expects to be entitled in exchange for the specified goods or services transferred. When we are an agent and our obligation is to facilitate third parties in fulfilling their performance obligation for specified goods or services, the revenues should be recognized in the net amount for the amount of commission which we earn in exchange for arranging for the specified goods or services to be provided by other parties. Revenues are recorded net of value-added taxes.

144

**Table of Contents**

We focus on selling large parcel merchandise to various distributors and individual customers, as well as the provision of ecommerce solutions on our own platform, GigaCloud Marketplace, with which we utilize to democratize access and distribution globally to manufacturers, or sellers, and online resellers, or buyers, without borders. Our revenues include revenues from product sales and services. Product sales include sales on the GigaCloud Marketplace, or GigaCloud 1P, and sales to and through third-party ecommerce websites, or Off-platform ecommerce. Service revenues are generated from services provided to registered users, including sellers and buyers on GigaCloud Marketplace, or GigaCloud 3P.

We launched a remorse protection program in 2021, pursuant to which buyers on the GigaCloud Marketplace can elect to participate on a transaction-by-transaction basis. Pursuant to the program, buyers shall pay us a fee ranging from 2.0% to 3.8% of the underlying purchase price of the related products they buy in the GigaCloud Marketplace, and we aim at covering a portion of the buyers' risk when our customers seek compensation/discount on certain items for non-product quality reasons and when actual losses are incurred for up to 60 days from the shipment of products.

We see our remorse protection program as a price differentiation strategy targeted at the more risk-averse buyers in GigaCloud Marketplace. We determine that the fee under the remorse protection program should be calculated based on the purchaser price of the underlying products purchased by the buyers, regardless whether the purchase was made through product sales under GigaCloud 1P or platform services under GigaCloud 3P. In addition, notwithstanding the additional potential for compensation to buyers under the remorse protection program, we have determined that our nature of promise of performance under the remorse protection program to our buyers in GigaCloud Marketplace is no different from the nature of our promise of performance to other buyers that do not enroll into the program, as we have not promised any further performance to our buyers as a result of the program.

Accordingly, we have determined that the performance obligation under the remorse protection program is satisfied at the same point in time as other transactions in GigaCloud Marketplace where the buyers do not enroll in the remorse protection program, when the control over the underlying products is transferred to the customers. The potential for compensation results in the transaction price of the product sales under GigaCloud 1P or platform services under GigaCloud 3P being variable under ASC 606-10-32-6. In this connection, we have taken into account the constraint guidance in ASC 606-10-32-11 and has only included that part of the variable consideration in the transaction price of our product sales under GigaCloud 1P and platform services under GigaCloud 3P such that it is probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is subsequently resolved. We have estimated the amount of variable consideration to be included in the transaction using the "expected value" method and would update its estimated transaction price at the end of each reporting period. Liabilities embodied by us due to the obligations under the remorse protection program were included in "Accrued expenses and other current liabilities."

*GigaCloud 3P*

We enter into contracts with customers, which often include promises to transfer multiple services. For these contracts, we account for individual performance obligations separately if they are capable of being distinct and distinct within the context of the contract. Determining whether services are considered distinct performance obligations may require significant judgment. Judgment is also required to determine the stand-alone selling price, for each distinct performance obligation.

We charge commission fees for sales transaction consummated in GigaCloud Marketplace. We act as an agent, as we do not take control of the merchandise provided by the sellers at any time during the transactions and we do not have latitude over pricing of the merchandise. We set a percentage of the transacted product value as commission fees initially when a transaction is completed; and, for customers whose monthly transaction value reaches certain specified hurdles, they would receive a varying level of credits that is applied retrospectively depending on the tier they have reached. Revenue of commission fee is recognized upon

145

**Table of Contents**

successful sales of the merchandise by the sellers when the buyers take ownership and control of the merchandise at their wish. As we reset and confirm the credit and hence the effective rate of commission fee for each seller at the end of each calendar month, no estimation is required beyond the end of each month. Since the remorse protection program was launched in 2021, any credits under the program are accounted for as variable consideration when estimating the amount of revenue from commission fees to be recognized to the extent that it is probable that a significant reversal of revenue will not occur. Consistent with the estimation for the similar credits for product sales under GigaCloud 1P, the Group adopts the "expected value" method when estimating such variable consideration and the estimates are updated as additional information becomes available.

We also offer comprehensive supply chain solutions for sellers. We provide services to help the sellers to ship the merchandise from the sellers' manufacturing facility to our oversea warehouses, utilizing our extensive shipping network consisting of ocean transportation providers, custom declaration agents, and domestic shipping companies. Further, we also provide warehousing service to the sellers and buyers, whoever have the ownership of the merchandise, in connection with the storage of merchandise in our warehouses, as well as the last-mile delivery services from our warehouses to domestic destinations designated by the buyers. Revenues resulting from these services are recognized over time, as we perform the services in the contracts with continuous transfer of control to the sellers or buyers, and they could simultaneously receive and consume the benefits of our performance as it occurs. We are acting as a principal in providing warehousing service, ocean transportation service and last-mile delivery services and recognizes revenue on a gross basis, as we determine the price and selects carriers on its own discretion.

The sellers and buyers could choose one or several of the above-mentioned services in our GigaCloud Marketplace. Therefore, there may be multiple performance obligations included in one transaction. Revenue is allocated to each performance obligation based on its standalone selling price. We generally determine standalone selling prices based on observable prices. If the standalone selling price is not observable through past transactions, we estimate the standalone selling price based on multiple factors, including but not limited to management approved price list or cost-plus margin analysis.

*GigaCloud 1P*

We sell our merchandise to our customers, who are the buyers of the GigaCloud Marketplace. We recognize revenues net of discounts and return allowances. Such revenue is recognized at the point in time when the control of the merchandise is transferred to the buyers, which generally occurs upon the shipment out of our warehouses to the destination designated by the buyers.

*Off-platform Ecommerce*

There are two sales model under to Off-platform ecommerce, which includes (a) product sales made to third-party ecommerce websites, or Product Sales to B; and (b) product sales to individual customers through third-party ecommerce websites, or Product Sales to C.

<u>Product Sales to B</u>

We sell our merchandise to third-party ecommerce websites, who normally designate carriers to pick up merchandise from our warehouses. We recognize revenue net of discounts and return allowances. Such revenue is recognized at the point in time when the third-party ecommerce websites obtain control of the merchandise, which occurs when the shipment is out of our warehouse and picked up by the carriers designated by the third-party ecommerce websites. As expenses charged by these websites are not in exchange for a distinct good or service, therefore, the payments to these websites, which are our customers, are not recognized as expenses but recorded net of revenues.

146

Product Sales to C

We sell our merchandise to individual customers through third-party ecommerce websites. We recognize revenue when the control is transferred to the individual customers at an amount that reflects the consideration to which we expect to be entitled in exchange of that merchandise. Revenue is recognized at the point in time when the individual customers take possession of merchandise, which is when a merchandise is delivered to the customers. Expenses incurred for product sales made through these websites, which are considered as platform commission, are recorded as selling and marketing expenses.

Regarding GigaCloud 1P and Off-platform ecommerce, we recognize revenue on a gross basis as we are acting as a principal in these transactions and are responsible for fulfilling the promise to provide the specified merchandise. Significant judgement is required to estimate the variable consideration incurred, which include return allowances as well as the variable consideration arising from the remorse protection program. We estimate the variable consideration based on the volatility of markets and our past experience with similar types of product sales, and include the amounts of variable consideration in the transaction price to the extent that it is probable that a significant reversal of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is resolved. Such estimates are made using the "expected value" method and is updated as and when additional information is available. Liabilities for variable consideration were included in "Accrued expenses and other current liabilities."

**Share-based Compensation**

We apply ASC 718 to account for our share-based payments. In accordance with ASC 718, we determine whether an award should be classified and accounted for as a liability award or an equity award. All of our share-based awards to employees and non-employee service providers were classified as equity awards.

Share-based awards granted to employees and non-employee service providers are subject to service and performance conditions. They are measured at the grant date fair value of the awards, and are recognized as compensation expenses using the straight-line basis over the requisite service period, if and when we consider that it is probable that the performance condition will be achieved. The fair value of the share awards is estimated using the binomial option pricing model and is affected by the price of the ordinary shares as well as the assumptions regarding a number of complex and subjective variables, including risk-free interest rate, exercise multiple and expected dividend yield. The fair value of these awards was determined by management with the assistance from a valuation report prepared by an independent valuation firm using management's estimates and assumptions. We elect to recognize the effect of forfeitures in compensation costs when they occur.

A change in any of the terms or conditions of share-based awards is accounted for as a modification of the awards. Regarding a "not probable-to-probable" modification, which refers to the modification of the award that is not expected to vest under the original vest condition at the date of the modification, we recognize total compensation cost equal to the modified award's fair value at the date of the modification.

The fair values of the options granted are estimated on the dates of grant using the binomial option pricing model with the following assumptions used.

| Grant dates: | For the year ended December 31, | | For the Three Months Ended March 31, |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Risk-free rate of return | 0.67% | 1.46% | 1.80% |
| Volatility | 45.23% | 44.17% | 43.6% |
| Expected dividend yield | 0.00% | 0.00% | 0.0% |
| Exercise multiple | 2.20/2.80 | 2.20/2.80 | 2.20/2.80 |
| Fair value of underlying ordinary share | $2.35 | $6.15 | $7.50 |
| Expected terms | 10 years | 10 years | 10 years |

147

Table of Contents

The expected volatility was estimated based on the historical volatility of comparable peer public companies with a time horizon close to the expected term of our options. The risk-free interest rate was estimated based on the yield to maturity of U.S. treasury bonds denominated in US$ for a term consistent with the expected term of our options in effect at the option valuation date. Expected dividend yield is zero as we do not anticipate any dividend payments in the foreseeable future. The expected exercise multiple was estimated as the average ratio of the stock price to the exercise price of when employees would decide to voluntarily exercise their vested options. Expected term is the contract life of the option.

As disclosed in "Capitalization" included elsewhere in this prospectus, unrecognized compensation expenses of $9.7 million relating to the share-based awards is expected to be recognized cumulatively upon the completion of this offering, which may lead to significant decrease of net profit or even loss in the quarter when the offering is completed.

### Income Taxes

We account for income taxes using the asset and liability method. Current income taxes are provided on the basis of income before income taxes for financial reporting purposes, and adjusted for income and expense items which are not assessable or deductible for income tax purposes, in accordance with the regulations of the relevant tax jurisdictions. Under this method, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases and for operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax laws and rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in the consolidated statements of comprehensive income in the period that includes the enactment date. A valuation allowance is provided to reduce the amount of deferred income tax assets if based on the weight of available evidence, it is more-likely-than-not that some portion, or all, of the deferred income tax assets will not be realized. This assessment considers, among other matters, the nature, frequency and severity of current and cumulative losses, forecasts of futures profitability, the duration of statutory carryforward periods, our experience with operating loss and tax credit carryforwards, if any, not expiring.

We apply a "more-likely-than-not" recognition threshold in the evaluation of uncertain tax positions. We recognize the benefit of a tax position in our consolidated financial statements if the tax position is "more-likely-than-not" to prevail based on the facts and technical merits of the position. Tax positions that meet the "more-likely-than-not" recognition threshold are measured at the largest amount of tax benefit that has a greater than fifty percent likelihood of being realized upon settlement. Unrecognized tax benefits may be affected by changes in interpretation of laws, rulings of tax authorities, tax audits, and expiry of statutory limitations. In addition, changes in facts, circumstances and new information may require us to adjust the recognition and measurement estimates with regard to individual tax positions. Accordingly, unrecognized tax benefits are periodically reviewed and re-assessed. Adjustments, if required, are recorded in our consolidated financial statements in the period in which the change that necessities the adjustments occur. The ultimate outcome for a particular tax position may not be determined with certainty prior to the conclusion of a tax audit and, in certain circumstances, a tax appeal or litigation process. We record interest and penalties related to unrecognized tax benefits (if any) in interest expense and general and administrative expenses, respectively.

As disclosed in the note of our consolidated financial statements, as of December 31, 2020 and 2021, we had recognized tax provision on transfer pricing adjustments. Under PRC laws and regulations, an arrangement or transaction among related parties may be subject to audit or challenge by the PRC tax authorities within ten years after the taxable year when the arrangement or transaction takes place. If this occurs, the PRC tax authorities could request our subsidiaries and consolidated VIEs to adjust their taxable income in the form of a transfer pricing adjustment for PRC tax purposes if contractual arrangements among related parties do not represent arm's length prices. Such a pricing adjustment could adversely affect us by increasing our subsidiaries'

148

**Table of Contents**

and VIEs' tax expenses without a corresponding reduction in the tax expenses, which, in turn, could subject to late payment fees and other penalties for underpayment of taxes.

**Recent Accounting Pronouncements**

A list of recently issued accounting pronouncements that are relevant to us is included in Note 2 "Recent accounting pronouncements" to our consolidated financial statements included elsewhere in this prospectus.

149

**BUSINESS**

**Business Overview**

We are a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. Our B2B ecommerce platform, which we refer to as the "GigaCloud Marketplace," integrates everything from discovery, payments and logistics tools into one easy-to-use platform. Our global marketplace seamlessly connects manufacturers, primarily in Asia, with resellers, primarily in the U.S., Asia and Europe, to execute cross-border transactions with confidence, speed and efficiency. We offer a true comprehensive solution that transports products from the manufacturer's warehouse to end customers, all at one fixed price. We first launched our marketplace in January 2019 by focusing on the global furniture market and have since expanded into additional categories such as home appliances and fitness equipment. GigaCloud Marketplace is one of the fastest growing large parcel B2B marketplaces with over $190.5 million, $414.2 million and $438.1 million of GMV transacted in our marketplace in 2020, 2021 and the 12 months ended March 31, 2022, respectively.

We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers, who are typically sellers in our marketplace, and online resellers, who are typically buyers in our marketplace, could transact without borders. Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U.S. and Europe. Our GigaCloud Marketplace enables manufacturers to deliver their products around the world. Additionally, online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution. Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and growing catalog of products at wholesale prices, supported by industry-leading global fulfillment capabilities.

To enhance our marketplace experience, we sell our own inventory, or 1P, through the GigaCloud Marketplace and to and through third-party ecommerce websites, such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the U.K. These 1P revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace. 1P revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 78.2%, 76.3%, 78.4% and 72.2% of total revenues in 2020, 2021 and the three months ended March 31, 2021 and 2022, respectively. As our GigaCloud Marketplace continues to grow, we expect 1P revenues as a percentage of total revenues to decline over time.

We have built a cross-border fulfillment network optimized for large parcel products. We operate warehouses in four countries across North America, Europe and Asia. The U.S. is our largest market. We operate 21 large-scale warehouses around the world totaling over four million square feet of storage space, cover 11 ports of destination with over ten thousand annual containers, and have an extensive shipping and trucking network via partnerships with major shipping, trucking and freight service providers. By servicing the entire supply chain, we offer sellers and buyers in our marketplace enhanced visibility into product inventory, reducing turnover time and lower transaction costs. On average, we are able to deliver products to end customers within one week of their order and at a fixed rate that is cheaper than standard rates from FedEx and UPS.

We have AI software that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network. Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk.

We leverage our proprietary data and AI to accelerate the network effects in our marketplace. As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage

150

**Table of Contents**

inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle.

In 2020, we had 210 active 3P sellers and 1,689 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 195.8% and 283.0%, respectively. In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777. This is a 437.0% year-over-year increase in GigaCloud Marketplace GMV and a 40.2% year-over-year increase in average spend per buyer from 2019, respectively. Combined with off-platform ecommerce GMV of $93.2 million, the total transactions that we facilitated aggregated a GMV of $283.7 million in 2020.

In 2021, we had 382 active 3P sellers and 3,566 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 81.9% and 111.1%, respectively. In 2021, our users transacted $414.2 million of GigaCloud Marketplace GMV with an average spend per buyer of $116,150. This is a 117.4% year-over-year increase in GigaCloud Marketplace GMV and a 3.0% year-over-year increase in average spend per buyer from 2020, respectively. Combined with off-platform ecommerce GMV of $127.6 million, the total transactions that we facilitated aggregated a GMV of $541.8 million in 2021.

In the 12 months ended March 31, 2022, we had 410 active 3P sellers and 3,782 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 73.7% and 76.9%, respectively. In the 12 months ended March 31, 2022, our users transacted $438.1 million of GigaCloud Marketplace GMV with an average spend per buyer of $115,845. This is a 69.1% year-over-year increase in GigaCloud Marketplace GMV and a 4.4% year-over-year decrease in average spend per buyer from the 12 months ended March 31, 2021, respectively. Combined with off-platform ecommerce GMV of $122.7 million, the total transactions that we facilitated aggregated a GMV of $560.8 million in the 12 months ended March 31, 2022, representing a 54.1% increase in GMV year-over-year from the 12 months ended March 31, 2021.

We experienced significant growth over the last three years. In 2019, 2020, 2021 and the three months ended March 31, 2021 and 2022:

- We generated total revenues of $122.3 million, $275.5 million, $414.2 million, $94.5 million and $112.4 million, respectively, representing 125.3% and 50.4% year-over-year growth in 2020 and 2021, respectively, and 19.0% period-over-period growth in the three months ended March 31, 2022;

- We generated gross profit of $22.2 million, $75.1 million, $89.6 million, $20.9 million and $16.9 million, respectively, representing 18.1%, 27.3%, 21.6%, 22.1% and 15.0% of total revenues, respectively;

- Our net income was $2.9 million, $37.5 million (restated), $29.3 million, $8.0 million (restated) and $4.7 million, respectively; and

- Our Adjusted EBITDA was $4.9 million, $45.5 million, $48.0 million, $10.0 million and $6.9 million, respectively.

See "Selected Consolidated Financial and Operating Data—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA.

Table of Contents

Below is a summary of our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace: | For the Year Ended December 31, | | | For the 12 Months Ended March 31, | |
| --- | --- | --- | --- | --- | --- |
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| GigaCloud Marketplace GMV (in $ thousands) | $35,468 | $190,480 | $414,192 | $259,050 | $438,126 |
| Active 3P sellers | 71 | 210 | 382 | 236 | 410 |
| Active buyers | 441 | 1,689 | 3,566 | 2,138 | 3,782 |
| Spend per active buyer (in $) | $80,427 | $112,777 | $116,150 | $121,165 | $115,845 |

Despite the global disruption including fulfillment network capacity and supply chain constraints caused by the COVID-19 pandemic, our growth was accelerated by the trend of consumers purchasing products online, as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs during the COVID-19 pandemic. In the second quarter of 2020, our GigaCloud MarketPlace GMV grew at 122.9% compared to the previous quarter, which was the highest quarter-over-quarter growth rate of our GigaCloud MarketPlace GMV in 2020. We believe the onset of the COVID-19 pandemic has accelerated the adoption of our marketplace and our GigaCloud MarketPlace GMV continued to grow in the remaining quarters in 2020, 2021 and in the first quarter of 2022.

We are focused on facilitating B2B ecommerce transactions in our GigaCloud Marketplace. We generate 3P and 1P revenues through three revenue streams:

- *GigaCloud 3P:* generates service revenues by facilitating transactions between sellers and buyers in our marketplace.

- *GigaCloud 1P:* generates product revenues through the sale of our inventory in our marketplace.

- *Off-platform Ecommerce:* generates product revenues through the sale of our inventory to and through third-party ecommerce websites.

GigaCloud 3P and GigaCloud 1P together make up our GigaCloud Marketplace, generating service revenues and product revenues, respectively. GigaCloud 1P and off-platform ecommerce make up our total 1P, or product revenues. These three revenue streams complement each other to improve our value proposition to sellers and buyers in our GigaCloud Marketplace.

152

Table of Contents

The GigaCloud Marketplace, our global B2B ecommerce platform, integrates everything from product discovery, payments and logistics tools into one easy-to-use platform. Sellers and buyers from our targeted markets around the world leverage our cross-border fulfillment network which is optimized for large parcel products in order to trade with each other while saving costs. Underpinned by a network of strategically-placed warehouses and supply chain capabilities, our marketplace is designed to simplify and mitigate logistics and inventory requirements for both our sellers and buyers.



### GigaCloud 3P

Through GigaCloud 3P, we derive service revenues through the various activities of sellers and buyers in our GigaCloud Marketplace, which result in commission fees, warehousing fees, last mile delivery fees, fulfillment fees and other fees. When a seller and buyer enter into a transaction in GigaCloud Marketplace, we earn a percentage commission depending on the transaction value. The standard commission ranges between 1% and 5% depending on the size of the transaction. We also charge warehousing fees in connection with the storage of products in our warehouses, last-mile delivery fees if the buyer requires last-mile delivery services, and fulfillment fees for other freight services such as delivery of products via ocean transportation. In 2019, 2020, 2021 and in the three months ended March 31, 2022, from time to time when we had excess fulfillment capacity, we also provided third-party logistics services to customers to help fulfill their large parcel transportation in the U.S. leveraging our extensive logistics network. Given the growth of our marketplace, moving forward, we expect to use our fulfillment capacity predominantly for GigaCloud Marketplace customers, only offering separate third-party logistics services to optimize utilization. As we continue to grow our GigaCloud Marketplace, we expect to dedicate our logistics capacity to products sold on our own marketplace, and will opportunistically provide third-party logistics services when there is excess capacity within our network.

### GigaCloud 1P

Through GigaCloud 1P, we further enhance our marketplace experience by selling our own inventory. Our 1P selling creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace. Our GigaCloud 1P business generates revenues from product sales.

**Table of Contents**

*Off-platform Ecommerce*

In addition to facilitating transactions in our GigaCloud Marketplace, we also procure highly-rated products directly from manufacturers and sell them directly to and through third-party websites such as Rakuten, Amazon, Walmart and Wayfair as part of our off-platform ecommerce business. Off-platform ecommerce sales deepen our relationships with sellers and provide us with proprietary data. Our off-platform ecommerce business generates revenues from product sales to both end customers and to third-party ecommerce websites.

**Sellers and Buyers**

In 2020 and 2021, GigaCloud Marketplace had 210 and 382 active 3P sellers, and 1,689 and 3,566 active buyers, respectively. In the 12 months ended March 31, 2022, GigaCloud Marketplace had 410 active 3P sellers and 3,782 active buyers. Sellers in our marketplace are typically manufacturers based in Asia, who are able to leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics, as well as decouple from intermediaries. The buyers in our marketplace are typically resellers based in the U.S. and Europe that procure products at wholesale price and subsequently sell on third-party B2C platforms.

We enter into open-ended framework agreements, terminable by notice from either party, with the manufacturers that act as 3P sellers in our GigaCloud Marketplace that entitle us to a commission on sales, as well as warehousing and logistics fees for storage and shipping across our network. The standard commission ranges between 1% and 5% depending on the size of the transaction. The buyers, or resellers, in our GigaCloud Marketplace must agree to our standard terms in order to maintain an account and place orders on our platform.

We believe that as more manufacturers join our marketplace as sellers, more resellers will join our marketplace as buyers. Our GigaCloud 1P and off-platform ecommerce business accelerate this virtuous cycle by adding sellers into our ecosystem.



**Our Value Proposition to Sellers**

We lower the barriers to entry for sellers in our marketplace, who are able to quickly gain access to the key global markets in which we operate, including the U.S., the U.K., Germany and Japan. Sellers can directly connect with resellers in our marketplace and leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics. We manage the entire logistics process from the moment the product leaves the factory floor, and simplify the process by offering a flat rate program for shipping and

154

**Table of Contents**

handling. Leveraging our algorithm, we determine when and where to ship a product, reduce the amount of time a product is handled and select the most effective delivery mechanism for the product. Sellers are able to leverage our warehouse space, which we charge on a per cubic foot per day basis, in order to increase warehouse utilization rates and reduce cost. Our platform provides multiple channels through which sellers can sell their product, enhancing their inventory turnover rate and increasing their profitability. Many of the sellers operating in our GigaCloud Marketplace were originally suppliers of our 1P inventory that later joined the GigaCloud Marketplace as 3P sellers.

*Our Value Proposition to Buyers*

Our marketplace offers one-stop-shop logistics solutions for a broad catalog of large parcel products sourced globally. We offer virtual warehousing and multiple fulfillment solutions including cloud courier, cloud wholesale fulfillment, white glove and drop shipping solutions so buyers do not need to manage physical order fulfillment. With 21 large-scale warehouses strategically positioned in key markets around the world, we have the capability to reach over 90% of customers in the lower 48 states in the U.S. within an average of three days of delivery time. Our solution effectively minimizes inventory risk for buyers and allows them to reach customers across geographies at an affordable price.

We also provide buyers the optionality to pre-sell products through their own channels before placing an order in GigaCloud Marketplace. This significantly reduces buyers' working capital needs and allow them to scale more efficiently.

**Our Market Opportunity**

The U.S. B2B large parcel market is massive and underpenetrated by ecommerce, largely due to the supply chain complexities of moving bulky items. We expect increasing adoption of end-to-end B2B ecommerce marketplaces by manufacturers and resellers globally as they compete against large ecommerce platforms in today's digital retail economy.

*The U.S. B2B ecommerce market is massive and fast growing*

The U.S. B2B market is estimated at $14.8 trillion, nearly three times the size of the U.S. retail sales market and is currently underpenetrated by ecommerce. According to Frost and Sullivan, ecommerce penetration for U.S. B2B sales is estimated at 9.0%, lagging U.S. retail sales penetration of 14.3%, indicating substantial room for long term growth. Frost and Sullivan estimates that U.S. B2B ecommerce sales has reached $1.3 trillion in 2020 and it is expected to grow at a CAGR of 10.7% from 2020 to 2025, reaching $2.2 trillion.



U.S. B2B Ecommerce Sales (in $ trillions)

155

Table of Contents

*The U.S. large parcel market is rapidly shifting online*

Benefiting from the proliferation of the internet and smart phones, consumers are increasingly making purchase decisions online. Today's ecommerce platforms offer consumers a wide selection of products, shopping schedule flexibility, multiple payment options and speedy delivery services unmatched by brick-and-mortar stores. In the core large parcel categories including furniture and home appliance, COVID-19 has accelerated the trend of consumers purchasing products online, as consumers are furnishing their apartments and homes to better serve their work-at-home and play-at-home needs. We expect this trend to continue in the coming years as remote working arrangements have become increasingly common. Frost and Sullivan estimates online sales for furniture and home appliance have reached $16.2 billion and $10.0 billion in 2020, respectively, and they are expected to grow at a CAGR of 10.1% and 6.6% to $26.1 billion and $13.8 billion from 2020 to 2025, respectively.



U.S. Furniture Market (in $ billions)



U.S. Home Appliance Market (in $ billions)

*B2B marketplaces will play an increasingly critical role in today's digital retail economy*

In today's digital retail economy, B2B ecommerce marketplaces play a critical role in leveling the playing field between small to medium-sized retailers and large ecommerce platforms. To win customers, resellers not only compete on product quality and price, but also on selection, delivery speed and customer service. Delivering on all of these criteria is especially challenging in the large parcel market given the difficulties of moving bulky items. Small to medium-sized resellers often lack the resources to invest in their own supply chains and therefore tend to struggle to compete against well-capitalized large ecommerce platforms.

B2B ecommerce marketplaces offer low-cost end-to-end supply chain solutions so that resellers can focus on growing sales without needing to create their own supply chains. We believe B2B marketplaces will become an increasingly important part of the digital retail economy.

**Competitive Strengths**

*Pioneering Cross-Border B2B Ecommerce Marketplace for the Large Parcel Market*

We are a pioneer within the B2B marketplace where sellers and buyers trade large parcel products without borders. We are a trusted marketplace with 210 active 3P sellers and 1,689 active buyers in our marketplace for the year ended December 31, 2020, an increase of 195.8% and 283.0% over the previous year, respectively. In 2021, we had 382 active 3P sellers and 3,566 active buyers in our marketplace, representing an increase of 81.9% and 111.1%, respectively, over the same period in the previous years. In the 12 months ended March 31, 2022, we had 410 active 3P sellers and 3,782 active buyers in our marketplace, representing an increase of 73.7% and 76.9%, respectively, over the same period in the previous year. Sellers are able to leverage our supply chain capabilities to establish overseas sales channels without having to invest in their own logistics. Buyers are offered a broad variety of products at wholesale prices, along with a virtual warehousing solution and multiple fulfillment solutions including cloud courier, cloud wholesale fulfillment, white glove and drop shipping

156

Table of Contents

solution to trade products with minimal inventory risk. Our compelling value proposition to both sellers and buyers in our marketplace will position us as partner of choice as online sales of large parcel products accelerate.

### Compelling Value Proposition to both Sellers and Buyers Enhanced by Network Effects

We are an essential solution provider to both our sellers and buyers. Our sellers consider us as an essential partner to help advertise and distribute products in overseas markets at low costs. Our buyers view our marketplace as a trading environment with minimized risks where they procure large catalogs of products at wholesale price and fulfill consumer orders using our industry-leading supply chain. In 2021, the annual retention rate for our 3P sellers and buyers averaged 86.2% and 60.2%, respectively. Annual retention rate refers to 3P sellers and buyers who have sold and purchase a product in GigaCloud Marketplace in the previous calendar year and the current calendar year. As sellers and buyers are added to the marketplace, the value of the marketplace grows. Most of the sellers in our marketplace neither have the ability nor desire to engage in direct selling to end markets, which requires the employment of a local sales network and knowledge of customer preferences. Instead of taking on the risk of choosing the type and quantity of product to produce and market, sellers in our marketplace need only fulfill orders from the network of buyers in our marketplace.

### Industry-Leading Supply Chain Capabilities

We have built a network of strategically positioned warehouses across four countries to minimize distance to ports and key customers. We currently have over four million square feet of total warehousing space, spanning 14 distribution centers in the U.S., three in Europe and four in Japan. We also entered into long term agreements with freight providers to ensure last mile logistics. We have recently expanded our service offerings to include assembly and return services. Due to our highly integrated supply chain solutions, we are able to offer a flat rated pricing to customers that is competitive in the market. Our rapidly expanding global presence and robust logistics network have positioned us as partners for some of the largest third-party ecommerce platforms. For example, in 2020, we entered into an non-exclusive agreement with JD.com, where JD.com may utilize us for sourcing and shipping of large parcel items throughout the U.S.

### Our Technology System

With a team of over 150 software engineers, we have developed our system from the ground up. Our suite of solutions include sourcing management, inbound management, trade and settlement management, hybrid and complex trading management, search and recommendation management and financial reporting requirement. We control all source code of our operating system and we are not dependent on third-party providers to scale our platforms.

### Data Intelligence Powered by AI

We leverage self-learning AI to improve our operating efficiency. Our system is capable of automating and optimizing inventory globally based on historical data, rebalancing our merchandise across warehouses to maximize first mile collection and last mile delivery efficiency. We have also developed trading pattern analytics tools that constantly analyze transaction patterns, generating insightful information to suppliers to make well-informed decision regarding markets. We also leverage our data analytics in order to provide supply chain finance solutions to select quality suppliers based on our extensive data on their performance and quality.

### Experienced and Innovative Team

Our management team has a combined 90 years of industry experience. As of March 31, 2022, we have 694 employees, 34 of whom have master and doctor degrees. We also have a deep bench of 164 IT personnel dedicated to building next generation tools and systems.

157

Table of Contents

**Growth Strategies**

*Grow and Diversify Seller Base and SKUs*

We are dedicated to growing and diversifying our existing seller base. For the year ended December 31, 2020 and 2021 and the 12 months ended March 31, 2022, we had 210, 382 and 410 active 3P sellers in our marketplace, respectively, with 90%, 85% and 88% of them based in mainland China. We are looking to expand our seller base into South East Asia including Vietnam, Thailand, Indonesia, and Philippines.

We are also looking to expand our existing offerings as well as extending our catalog opportunistically into adjacent categories such as auto parts, in order to further solidify our position as the leading large parcel solution provider.

*Grow Buyer Base and Engagement*

We are focused on attracting new buyers to our marketplace. For the year ended December 31, 2020 and 2021 and the 12 months ended March 31, 2022, we had 1,689, 3,566 and 3,782 buyers, respectively, generating $190.5 million, $414.2 million and $438.1 million of GigaCloud Marketplace GMV, respectively. Our buyers are typically resellers located in the U.S., Japan and Europe. We will continue to make investments in marketing to increase our brand awareness, and improve our product offerings to drive buyer stickiness to the platform.

*Expand Product Offerings*

We will continue to leverage our data analytics capabilities to develop new tools and services to drive incremental revenue opportunities, such as the September 2020 launch of our supply chain financing services for select qualified sellers, supported by the massive amount of data related to each supplier's product and performance which help us establish accurate credit profiles. As SKUs in our marketplace grows, we are also looking to roll out paid advertising tools that promote products based on search results.

*Expand Geographic Coverage*

Our success is based on our expansive geographic footprint in key markets. We will build out additional infrastructure in key markets in the U.S., including Braselton, Georgia, Ontario, California and Dallas, Texas. In Europe, we are looking to enter into new geographies including North Rhine-Westphalia, Germany.

**Logistics Network and Value-added Services**

*Warehousing Network*

We have set up our local infrastructure in the U.S. strategically such that we are close to ports and customers, shortening delivery time to the end customers. We have three key operating centers in California, Georgia and New Jersey, covering 14 warehouses and seven ports of destination in the U.S., totaling over three million square feet. Outside the U.S., we have two warehouses and two ports of destination in the U.K., one warehouse and one port of destination in Germany, and four warehouses and one port of destination in Japan, totaling over 500,000 square feet.

We use AI and data analytics to determine optimal distribution of inventory among our warehouses under a unified warehouse management system and provide a virtual warehousing solution for sellers and buyers in our marketplace. Our AI-powered warehousing management system solves the many practical problems faced by sellers and buyers in connection with complex, cross border transactions involving large parcel goods.

Table of Contents

*Transportation Network*

Upon delivery of goods from suppliers, we engage our extensive shipping network consisting of ocean transportation utilizing major providers covering 11 ports of destination with about 10,000 annual containers, and a trucking network in partnership with major trucking and freight service providers.

We provide last mile delivery of bulk merchandise (over 150 pounds) and installation services to end customers, which we self-operate. These services are available in nine metro markets in the U.S., and we plan to expand coverage to other key metro markets. We also utilize a network of delivery providers for last mile delivery throughout the U.S. and other markets. We enter into agreements with the trucking and freight service providers we partner with for terms of three to five years, during which they provide their services to us at certain tiered discounts depending on the volume we achieve, which we have the option of renegotiating if we exceed anticipated volumes.

*Sourcing Network*

We have 74 employees in China and Vietnam who source product from manufacturers throughout Asia. This helps accelerate the supply on our GigaCloud marketplace and attract buyers to our marketplace that lack the network and sourcing capabilities that we have. In addition, we buy inventory from these suppliers for our off-platform ecommerce. As of March 31, 2022, we sourced merchandise from more than 900 merchants for our GigaCloud 1P and off-platform ecommerce.

Table of Contents

The chart below summarizes our sourcing network described above as of March 31, 2022:



### Order Fulfillment and Logistics Flow

Our GigaCloud Marketplace enables suppliers and buyers to transact with each other, including setting their own optional and customizable margin and rebate offerings. We charge a fee for each transaction in our GigaCloud Marketplace based on the transaction value and shipping fees. We also sell 1P products directly on GigaCloud Marketplace.

### 1P Pricing

For our 1P sales, our pricing team approaches pricing scientifically and algorithmically, by applying data and analytics to set our pricing. We use data on competitive behavior, historical sales, seasonality and inventory levels to appropriately price our products. We also engage in market research and branding analysis, as well as take into account our estimated costs in order to control our margins. We believe our technological skills and capabilities enable us to offer competitive prices for our products.

### Payment

We provide our customers with a number of payment options including bank transfers, online payments with credit cards and debit cards issued by major banks, and payment through major third-party online payment

160

Table of Contents

platforms, such as Alipay and PayPal. Our customers can also use account balances in our GigaCloud Marketplace accumulated from deposits or prior refunds to make future purchases.

## 1P Inventory Management

We believe we have an industry-leading average large parcel inventory turnover rate for our own inventory of 90 days for the three months ended March 31, 2022, 65 days in 2021 and 53 days for 2020. We use AI and data science to help with inventory management, including deciding when to place orders and in what quantities. Our 1P inventory in the three months ended March 31, 2022 included furniture, accounting for more than 85% of GMV, fitness equipment, accounting for approximately 5% to 10% of GMV, and various other products including luggage, pet products and others accounting for 4% to 10% of GMV.

## Warranties and Refunds

For our own products procured and sold in the GigaCloud Marketplace, we provide 90-day warranties.

For defective products sold in our GigaCloud Marketplace, our product managers determine refunds based on evidence provided by the buyer, such as pictures, screenshots and emails. We initially provide eligible refunds to the buyer, then recover the amount refunded from the suppliers under our purchase agreements. We do not offer exchange or return policies due to the nature of the large parcel merchandise sold in our marketplace.

## Precision Software Platform and Technology Infrastructure

We have an in-house team of over 150 IT personnel and have built our own AI algorithms from scratch, which gives us full control over our source code. We have developed our platform to be scalable as our business expands and interoperable with external systems through an open API.

## AI Algorithm and Data Analysis

Our in-house reinforcement learning algorithms are built to optimize our inventory management across our multiple warehouses around the world, analyzing historical data to determine how to manage our inventory and even where to establish our next warehouse. Our algorithm also accounts for the fragility of certain types of inventory and reduces the number of times a product is moved. Each time a product is handled, there is an increased chance of damage, which is an issue embedded in the home furnishing industry.

We also create sales analytics and provide them to our sellers for a fee. The services provide meaningful value to our sellers bringing products to new markets and support a high retention rate. Additionally, we leveraged the data collected on each seller's inventory, sales history and performance to establish a credit profile under our supply chain financing program.

Pursuant to our supply chain financing program, we provide cash advances to select sellers based on the estimated value of their inventory held in our warehouses. Annual percentage rate on our cash advances approximates to 16%. While our supply chain financing program is ancillary to our core business, it represents a value add service for individual sellers in our marketplace while currently requiring only a limited portion of our working capital to implement.

## Trading Platform

We have built a cross border ecommerce trading platform upon three layers    (i) our foundation later, which consists of basic services such as single login system access, micro-service management system and data synchronization/back services, as well as a financial management module including financial statement, accounting and settlement systems, (ii) a service layer, which includes our stock management system, warehouse management system and bulk merchandise transportation system, and (iii) our application layer which consists of a variety of customer-facing value-added features.

161

Table of Contents

Our foundation layer provides the basic security features for our logistics business by segregating basic functions as individual services in order to maximize our flexibility and scalability. Our service layer drives our day-to-day operations, including key support systems such as:

- our ERP Stock Management System, a system capable of gathering and processing order, procurement and delivery management data to allow for real-time, dynamic stock management as well as technical support for the business development of ecommerce companies;

- our OWM Warehouse Management System, a warehouse management system with server-side management software and mobile scanning application, used in day-to-day inventory management operations including storage, receiving and shipping of bulky goods;

- our WOS Warehouse Delivery System, a white glove order delivery system consolidating orders from various channels both domestically and abroad, and integrating with foreign logistics providers to provide a unified system in order to support our multiple logistics models such as drop shipping, door-to-door pickup, cloud delivery and Walmart-S2S, fulfilling the highest standards of overseas ecommerce logistics such as SFP and FBA Onsite; and

- our Giga Bulk Merchandise Transportation System, a system for real-time, dynamic management of inventory through order management, returns management, transfer management and fleet distribution management.

Key features of our application layer include our B2B Inbound Supply Chain Management Module, B2B trading platform (GigaCloud Marketplace), multi-channel global order management module and a GigaCloud's B2B Peripheral System. The goal of these customer-facing applications is to mimic the real life transactions that sellers and buyers are used to seeing. Our suite of applications cover a full range of capabilities, from sourcing management, inbound management, trade and settlement management, hybrid/complex trading management, search and recommendation management and financial reporting requirements. We offer a user-friendly platform for users to have a holistic view of their business from beginning to end. To support external service providers, we also adopt an open API to allow integration with all major software protocols.

**Network Infrastructure**

We designed our data and network infrastructure for scalability and reliability to support the rapid growth in our user base in our marketplace. As of March 31, 2022, we have more than 180 servers hosted in five internet data centers in the U.S., mainland China, Hong Kong, Japan and Europe, which contribute significantly the scale and reliability of our services. Due to the use of cloud computing technology, the amount of bandwidth we lease is flexibly expandable to handle a surge in the number of concurrent users on GigaCloud Marketplace at peak times.

**Sales and Marketing**

We are committed to building a leading global trade service provider, powering our B2B GigaCloud platform providing online and offline integrated cross-border transaction and delivery services for furniture and large merchandise. We employ a variety of methods to promote our services and attract potential customers, merchants and other platform participants. As of March 31, 2022, we also have a sales team consisting of 101 sales representatives in locations around the world who source product for our 1P sales as well as bring in resellers and manufacturers to our GigaCloud Marketplace.

**Customer Service and Support**

Our customer service team consists of 47 customer service representatives based in China and the U.S. as of March 31, 2022. Our representatives are available seven days a week by phone, email and live chat. By

162

Table of Contents

helping customers navigate our sites, answering their questions and completing their orders, this team helps us build trust with customers, build our brand awareness, enhance our reputation and drive sales.

**Risk Management and Compliance**

*Platform Monitoring*

Preserving the integrity of GigaCloud Marketplace is a primary focus of our operations. We employ a dedicated team that monitors transactions in our marketplace to check for abnormal or fraudulent activity, such as large deviations in pricing, abuse of our flat rate shipping policy and counterfeit products, as well as monitor complaints submitted in our marketplace generally. We limit the activities of sellers and buyers who have been involved in fraudulent transactions in our marketplace in the past, and for particularly egregious violations, we reserve the right to refuse service and demand the removal of a seller's inventory where applicable. We also have dynamic password protection and real-time login activity monitoring to further authenticate sellers and buyers in our marketplace.

We strictly enforce our anti-fraud and prevention of misuse measures. For example, we require our customers to provide identification documents such as identification card and business licenses to authenticate their identity and require them to enter passcode of the electronics to prevent fraud. We also do not show the prices of products sold in our marketplace without users registering and logging onto the system to ensure that only registered sellers and buyers transact in a fair and secure marketplace.

*Product Quality and Safety*

In addition to product liability insurance we purchase for our 1P products, we have established a unified product inspection system for products sold in our 1P business, to ensure product quality and safety. Our inspection standards include packaging drop tests, box marking printing accuracy checks, product color checks, packaging and product dimensions, assembly, packaging details and packaging images. We also actively monitor the products listed on GigaCloud Marketplace to proactively identify and remove suspicious listings or potentially counterfeit products. We take a broad range of measures to prevent counterfeit products in our marketplace to protect the sellers and buyers in our marketplace, including actively identifying and taking down counterfeit products and providing complaint channels for sellers and buyers to report infringement. If allegations of counterfeit goods or fraudulent transactions are verified, we may take various actions including immediate delisting of the relevant products, arranging for the seller to reimburse the buyer and imposing restrictions on the seller's ability to list new products or participate in promotional activities in our marketplace. We also cooperate with brands and judicial authorities in connection with investigations into violations of intellectual property.

While we maintain a "zero-tolerance" policy for counterfeit goods and fraudulent transactions in our marketplace, we also protect sellers in our marketplace from false allegations and fictitious complaints, with procedures in place to verify allegations and complaints, and we allow sellers who have been accused of selling counterfeit products or engaging in fraudulent transactions up to two days to refute allegations and provide evidence of the authenticity of their products and transactions.

*Data Privacy and Security*

We collect a vast amount of data that are related to our business, all with consent from owners of such information. We are committed to protecting the privacy and security of such data. We have established and implemented a strict platform-wide policy on data collection, processing and usage. We have adopted data protection policies to ensure the security of proprietary and sensitive data and employed a data security team of engineers and technicians dedicated to protecting the security of such data. To ensure data security and avoid data leakage, we require each department to assign a dedicated individual to handle data protection and

163

confidentiality, place restrictions on connecting internal local computers to external storage media and network sharing, control confidential information to prevent copying, transferring and third-party access without prior authorization and implement strict standards for off-site data backup and retrieval. We have a data management department to supervise our data privacy and protection policies and procedures and investigate and resolve possible threats or weaknesses. We do not share or transfer personal information to any corporation, organization or individual outside our platform without explicit consent. For more information, see "Risk Factors—Risks Related to Our Business and Industry—Our failure or the failure of third-party service providers to protect our marketplace, networks and systems against security breaches, or otherwise to protect our confidential information, could damage our reputation and substantially harm our business and operating results" and "Risk Factors—Risks Related to Our Business and Industry—We are subject to stringent and changing privacy laws, regulations and standards as well as contractual obligations related to data privacy and security. Our actual or perceived failure to comply with such obligations could harm our reputation, subject us to significant fines and liability, or otherwise adversely affect our business or prospects."

**Competition**

In connection with our GigaCloud Marketplace, we compete with other ecommerce platforms on which sellers and buyers trade merchandise, particularly large parcel items. For 1P, the market for the online goods that we sell is highly competitive, fragmented and rapidly changing. We compete with other similar manufacturers.

While ecommerce has been embraced by sellers and buyers around the world, the ecommerce market for large parcel items such as furniture and fitness equipment remains underpenetrated due to the logistics challenges presented by large parcel items. ecommerce poses high capital requirements for overhead expenditures to support the business operations throughout the value chain, including the costs for establishing IT facilities, procuring products from upper-tier suppliers, renting and running warehouses, acquiring new users, as well as related logistics costs for delivery of products. Carrying out ecommerce business involves multiple technology capabilities including but not limited to cloud computing, big data analytics, and artificial intelligence to create competitive advantages in business operation.

**Intellectual Property**

Our intellectual property, including any trademarks, copyrights, trade dress, trade secrets and technologies, is an important part of our business. Our success depends in part on our ability to obtain and maintain intellectual property and proprietary protection for our technology, defend and enforce our intellectual property rights, preserve the confidentiality of our trade secrets, and operate without infringing, misappropriating or otherwise violating valid and enforceable intellectual property and proprietary rights of others. To protect our intellectual property and proprietary information, we rely on a combination of trademark, copyright and trade secret laws and regulations, as well as contractual restrictions. We seek to protect our technology, in part, by requiring our employees, consultants, contractors and other third parties to execute confidentiality agreements and by implementing technological measures and other methods.

We pursue the registration of our trademarks, including "GIGACLOUD LOGISTICS" and "大健云仓" and certain variations thereon, copyrights and domain names in the U.S., China and certain foreign jurisdictions. As of March 31, 2022, we own 19 registered U.S. trademarks, 10 registered PRC trademarks, 24 registered foreign trademarks and 2 U.S. and foreign copyright registrations, primarily covering the software we have designed. We also rely on the protection of laws regarding unregistered copyrights for our software and certain other content we create. We will continue to evaluate the merits applying for copyright registrations in the future. We also own 3 registered domain names, including gigacloudlogistics.com, gigacloudlogistics.cn and oristand.com. For more information, see "Risk Factors—Risks Related to Our Business and Industry—We may not be able to prevent others from unauthorized use of our intellectual property, which could harm our business and competitive position."

164

Table of Contents

**Facilities**

Our corporate headquarters is in Suzhou, China, where we currently occupy approximately 53,860 square feet of office space pursuant to a lease with one year lease term, which can be renewed prior to the termination. We also lease 21 warehouses in the U.S., Japan, the U.K. and Germany, totaling over four million square feet.

We believe that our facilities are sufficient to meet our current needs. We intend to add new facilities or to expand our existing facilities as we add employees and expand our operations. We believe that additional space that is suitable for our needs will be available as needed to accommodate any such expansion of our operations.

**Employees**

As of March 31, 2022, we had 694 full-time equivalent employees, respectively, 34 of whom had masters or doctors degrees. None of our employees is represented by a labor union or covered by a collective bargaining agreement. We consider our relationship with our employees to be good. The following table shows a breakdown of our employees by department/function and by geographic location as of March 31, 2022:

| Department/Function | Employees |
|---|---|
| General and Administrative | 95 |
| Information Technology | 164 |
| Sales and Marketing | 298 |
| Operations | 90 |
| Customer Service | 47 |
| Total | 694 |

| Geographic Location | Employees |
|---|---|
| China | 541 |
| U.S. | 74 |
| Japan | 27 |
| U.K. | 15 |
| Germany | 6 |
| Vietnam | 31 |
| Total | 694 |

**Government Regulations**

Our business is subject to foreign and domestic laws and regulations applicable to companies conducting business on the Internet. Jurisdictions vary as to how, or whether, existing laws governing areas such as personal privacy and data security, consumer protection or sales and other taxes, among other areas, apply to the Internet and ecommerce, and these laws are continually evolving. For example, certain applicable privacy laws and regulations require us to provide customers with our policies on sharing information with third parties, and advance notice of any changes to these policies. Related laws may govern the manner in which we collect, store, use, process, disclose or transfer sensitive information, or impose obligations on us in the event of a security breach or inadvertent disclosure of such information. International jurisdictions impose different, and sometimes more stringent, consumer and privacy protections. Additionally, tax regulations in jurisdictions where we do not currently collect state or local taxes may subject us to the obligation to collect and remit such taxes, or to additional taxes, or to requirements intended to assist jurisdictions with their tax collection efforts. New legislation or regulation, the application of laws from jurisdictions whose laws do not currently apply to our

165

business, or the application of existing laws and regulations to the Internet and ecommerce generally could result in significant additional taxes on our business. Further, we could be subject to fines or other payments for any past failures to comply with these requirements. The continued growth and demand for ecommerce is likely to result in more laws and regulations that impose additional compliance burdens on ecommerce companies. For more information, see "Risk Factors—Risks Related to Our Business and Industry—Government regulation of the Internet and ecommerce in the U.S. and globally is evolving, and unfavorable changes or failure by us to comply with these regulations could substantially harm our business and results of operations." and "Risk Factors—Risks Related to Our Business and Industry—We are subject to stringent and changing privacy laws, regulations and standards as well as contractual obligations related to data privacy and security. Our actual or perceived failure to comply with such obligations could harm our reputation, subject us to significant fines and liability, or otherwise adversely affect our business or prospects."

**Insurance**

We maintain certain insurance policies to safeguard us against risks and unexpected events, including property damage and business interruption, as well as insurance coverage over goods in transit, employers' insurance, product liability and commercial insurance. We believe that we maintain a range of insurance coverage in relation to our business that is customary for our industry.

**Legal Proceedings**

From time to time we may be involved in claims that arise during the ordinary course of business. Although the results of litigation and claims cannot be predicted with certainty, we do not currently have any pending litigation to which we are a party or to which our property is subject that we believe to be material. Regardless of the outcome, litigation can be costly and time consuming, as it can divert management's attention from important business matters and initiatives, negatively impacting our overall operations. In addition, we may also find ourselves at greater risk to outside party claims as we increase our operations in jurisdictions where the laws with respect to the potential liability of online retailers are uncertain, unfavorable, or unclear.

**Table of Contents**

## EXPERTS

The consolidated financial statements of GigaCloud Technology Inc as of December 31, 2019 and 2020, and for the years then ended have been included herein and in the registration statement in reliance upon the report of KPMG Huazhen LLP, independent registered public accounting firm, appearing elsewhere herein, and upon the authority of said firm as experts in accounting and auditing.

The audit report contains an explanatory paragraph that states that our company has restated its 2019 and 2020 consolidated financial statements to correct errors in the recognition of its share-based compensation expenses.

The office of KPMG Huazhen LLP is located at 25th Floor, Tower II, Plaza 66, 1266 Nanjing West Road, Shanghai, People's Republic of China.

239

**GigaCloud Technology Inc**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(In thousands except for share data and per share data)**

For the years ended December 31, 2019, 2020 and 2021, the Preferred Shares were excluded from the calculation of diluted earnings per ordinary share as their inclusion would have been anti-dilutive.

**16. REVENUES**

The Group's revenues are disaggregated by major products/service lines and timing of revenue recognition. Detailed information is specified as follows:

| Major products/services lines | Year ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 US$ | 2020 US$ | 2021 US$ |
| **Service revenues** | | | |
| GigaCloud 3P | 15,151 | 60,130 | 98,332 |
| **Total service revenues** | **15,151** | **60,130** | **98,332** |
| | | | |
| **Product revenues** | | | |
| *Product sales to B* | *22,994* | *39,858* | *50,699* |
| *Product sales to C* | *42,010* | *53,388* | *76,900* |
| Off-platform ecommerce | 65,004 | 93,246 | 127,599 |
| GigaCloud 1P | 42,141 | 122,102 | 188,266 |
| **Total product revenues** | **107,145** | **215,348** | **315,865** |
| **Revenues** | **122,296** | **275,478** | **414,197** |

| Timing of revenue recognition | Year ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 US$ | 2020 US$ | 2021 US$ |
| Revenue from goods or services transferred to customers over time | 12,131 | 48,148 | 89,986 |
| Revenue from goods or services transferred to customers at a point in time | 110,165 | 227,330 | 324,211 |
| **Revenues** | **122,296** | **275,478** | **414,197** |

F 47

Table of Contents

**GigaCloud Technology Inc**
**NOTES TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**(In thousands except for share data and per share data)**

The ordinary shares issued to the former chief financial officer and the Trust Holdcos as disclosed in the Note 10 are included in determining weighted average number of ordinary shares, as they are entitled to dividend right as ordinary shareholders.

For the three months ended March 31, 2021 and 2022, restricted shares and share options, including vested or nonvested, are not included in the calculation of basic or diluted earnings per share, as the issuance of such awards is contingent upon a qualified IPO within expiration period, which was not satisfied by the respective period end.

For the three months ended March 31, 2020 and 2021, the Preferred Shares were excluded from the calculation of diluted earnings per ordinary share as their inclusion would have been anti-dilutive.

## 15. REVENUES

The Group's revenues are disaggregated by major products/service lines and timing of revenue recognition. Detailed information is specified as follows:

| Major products/services lines | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 US$ | 2022 US$ |
| **Service revenues** | | |
| GigaCloud 3P | 20,418 | 31,218 |
| **Total service revenues** | **20,418** | **31,218** |
| **Product revenues** | | |
| *Product sales to B* | *11,575* | *10,824* |
| *Product sales to C* | *20,276* | *16,127* |
| Off-platform ecommerce | 31,851 | 26,951 |
| GigaCloud 1P | 42,259 | 54,273 |
| **Total product revenues** | **74,110** | **81,224** |
| **Revenues** | **94,528** | **112,442** |

| Timing of revenue recognition | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 US$ | 2022 US$ |
| Revenue from goods or services transferred to customers over time | 16,892 | 28,770 |
| Revenue from goods or services transferred to customers at a point in time | 77,636 | 83,672 |
| **Revenues** | **94,528** | **112,442** |

F-75