# EXHIBIT 4


Manage all your money together.
Quicken   Save 50% now

**yahoo!**finance

Search for news, symbols or comp...   🔍

News   Finance   Sports   More⌄

🔔   ✉ Mail   Sign in

My Portfolio   News   Markets   Sectors   Screeners   Personal Finance   Videos

Back to classic **yahoo!**finance

▲ ZACKS

# GigaCloud Technology Inc. (GCT) Q1 Earnings and Revenues Surpass Estimates



**Zacks Equity Research**
Thu, May 9, 2024 • 3 min read

🔗   📄

**In This Article:**

GCT   -5.07%

GigaCloud Technology Inc. (GCT) came out with quarterly earnings of $0.84 per share, beating the Zacks Consensus Estimate of $0.51 per share. This compares to earnings of $0.39 per share a year ago. These figures are adjusted for non-recurring items.

This quarterly report represents an earnings surprise of 64.71%. A quarter ago, it was expected that this company would post earnings of $0.58 per share when it actually produced earnings of $0.87, delivering a surprise of 50%.

🔍 Quote Lookup

📶 U.S. markets close in 4h 45m

Customize Your Dock

**MARKETS**

US   Europe   Asia   Rates

**S&P 500**
5,334.22
+14.91 (+0.28%)

**Dow 30**
39,501.92
+55.43 (+0.14%)

**Nasdaq**
16,692.02
+32.00 (+0.19%)

**Russell 2000**
2,079.69
-4.73 (-0.23%)

**Crude Oil**
76.54
+0.35 (+0.46%)

**Gold**
2,466.80
+3.50 (+0.14%)

‹  ›

**MY PORTFOLIOS**

Sign in to access your portfolio

Sign in

**TRENDING TICKERS**

**TSM**   166.27
Taiwan Semicondu...   +1.72 (+1.05%)

**U**   16.12
Unity Software Inc.   +1.76 (+12.26%)

**NKLA**   8.82
Nikola Corporation   +1.02 (+13.07%)

**EXPE**   128.04
Expedia Group, I...   +10.07 (+8.54%)

**TTD**   96.34
The Trade Desk, I...   +8.07 (+9.14%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

**MBA 30-Yr Mortgage Rate**
Aug 14, 2024, 7:00 AM EDT
P: 6.55   N: -

**Mortgage Market Index**
Aug 14, 2024, 7:00 AM EDT
P: 215.1   N: -

**yahoo!finance**

My Portfolio   News   Markets   Sectors   Screeners   Personal Finance   Videos

Back to classic yahoo!finance

would post earnings of $0.58 per share when it actually produced earnings of $0.87, delivering a surprise of 50%.



Search for

1. NO.1 STOCK TO BUY TODAY →
2. JIM CRAMER'S TOP 10 AI STOCKS →
3. NO 1 AI STOCK TO BUY RIGHT NOW →
4. NVIDIA STOCK PREDICTION PRICE →
5. NO. 1 DIVIDEND STOCK TO OWN →
6. STOCKS THAT WILL MAKE YOU RICH IN 2024 →
7. NVIDIA STOCK TARGET PRICE ESTIMATE →
8. 10 STOCKS TO BUY NOW →

Over the last four quarters, the company has surpassed consensus EPS estimates four times.

GigaCloud Technology Inc. , which belongs to the Zacks Technology Services industry, posted revenues of $251.08 million for the quarter ended March 2024, surpassing the Zacks Consensus Estimate by 6.84%. This compares to year-ago revenues of $127.8 million. The company has topped consensus revenue estimates four times over the last four quarters.

The sustainability of the stock's immediate price movement based on the recently-released numbers and future earnings expectations will mostly depend on management's commentary on the earnings call.

GigaCloud Technology Inc. Shares have added about 113.9% since the beginning of the year versus the S&P 500's gain of 8.8%.

### What's Next for GigaCloud Technology Inc.

While GigaCloud Technology Inc. Has outperformed the market so far this year, the question that comes to investors' minds is: what's next for the stock?

There are no easy answers to this key question, but one reliable measure that can help investors address this is the company's earnings outlook. Not only does this include current consensus earnings expectations for the coming quarter(s), but also how these expectations have changed lately.



U.S. markets close in 4h 45m

Customize Your Dock

**MARKETS**

US    Europe    Asia    Rates

S&P 500
5,334.22
+14.91 (+0.28%)

Dow 30
39,501.92
+55.43 (+0.14%)

Nasdaq
16,692.02
+32.00 (+0.19%)

Russell 2000
2,079.69
-4.73 (-0.23%)

Crude Oil
76.54
+0.35 (+0.46%)

Gold
2,466.80
+3.50 (+0.14%)

**MY PORTFOLIOS**

Sign in to access your portfolio

Sign in

**TRENDING TICKERS**

TSM              166.27
Taiwan Semicondu...  +1.72 (+1.05%)

U                16.12
Unity Software Inc.  +1.76 (+12.26%)

NKLA             8.82
Nikola Corporation  +1.02 (+13.07%)

EXPE             128.04
Expedia Group, I...  +10.07 (+8.54%)

TTD              96.34
The Trade Desk, I...  +8.07 (+9.14%)

**TOP ECONOMIC EVENTS**

United States

MBA 30-Yr Mortgage Rate
Aug 14, 2024, 7:00 AM EDT
P: 6.55        N: -

Mortgage Market Index
Aug 14, 2024, 7:00 AM EDT
P: 215.1       N: -

Core CPI MM, SA*
Aug 14, 2024, 8:30 AM EDT
P: 0.1         N: -

CPI Index, NSA*
Aug 14, 2024, 8:30 AM EDT
P: 314.17      N: -

Terms and Privacy Policy
Privacy Dashboard
Ad Terms - Feedback

Golf Balls Have Never Been

**Golf Balls Have Never Been Cheaper—Try This Online Trick!**

Vice Golf

Learn More

Empirical research shows a strong correlation between near-term stock movements and trends in earnings estimate revisions. Investors can track such revisions by themselves or rely on a tried-and-tested rating tool like the Zacks Rank, which has an impressive track record of harnessing the power of earnings estimate revisions.

Ahead of this earnings release, the estimate revisions trend for GigaCloud Technology Inc. Favorable. While the magnitude and direction of estimate revisions could change following the company's just-released earnings report, the current status translates into a Zacks Rank #1 (Strong Buy) for the stock. So, the shares are expected to outperform the market in the near future. You can see the complete list of today's Zacks #1 Rank (Strong Buy) stocks here.

It will be interesting to see how estimates for the coming quarters and current fiscal year change in the days ahead. The current consensus EPS estimate is $0.72 on $270.7 million in revenues for the coming quarter and $2.98 on $1.11 billion in revenues for the current fiscal year.

Investors should be mindful of the fact that the outlook for the industry can have a material impact on the performance of the stock as well. In terms of the Zacks Industry Rank, Technology Services is currently in the top 30% of the 250 plus Zacks industries. Our research shows that the top 50% of the Zacks-ranked industries outperform the bottom 50% by a factor of more than 2 to 1.

Sterling Check Corp. (STER), another stock in the same industry, has yet to report results for the quarter ended March 2024.

This company is expected to post quarterly earnings of $0.24 per share in its upcoming report, which represents no change from the year-ago quarter. The consensus EPS estimate for the quarter has remained unchanged over the last 30 days



Q  Quote Lookup

U.S. markets close in 4h 45m

Customize Your Dock

**MARKETS**

US    Europe    Asia    Rates

S&P 500          Dow 30
5,334.22         39,501.92
+14.91 (+0.28%)  +55.43 (+0.14%)

Nasdaq           Russell 2000
16,692.02        2,079.69
+32.00 (+0.19%)  -4.73 (-0.23%)

Crude Oil        Gold
76.54            2,466.80
+0.35 (+0.46%)   +3.50 (+0.14%)

‹    ›

**MY PORTFOLIOS**

Sign in to access your portfolio

Sign in

**TRENDING TICKERS**

TSM                          166.27
Taiwan Semicondu...  +1.72 (+1.05%)

U                            16.12
Unity Software Inc.  +1.76 (+12.26%)

NKLA                         8.82
Nikola Corporation   +1.02 (+13.07%)

EXPE                         128.04
Expedia Group, I...  +10.07 (+8.54%)

TTD                          96.34
The Trade Desk, I...  +8.07 (+9.14%)

**TOP ECONOMIC EVENTS**

United States ⌄

MBA 30-Yr Mortgage Rate
Aug 14, 2024, 7:00 AM EDT
P: 6.55        N: -

Mortgage Market Index
Aug 14, 2024, 7:00 AM EDT
P: 215.1       N: -

Core CPI MM, SA*
Aug 14, 2024, 8:30 AM EDT
P: 0.1         N: -

CPI Index, NSA*
Aug 14, 2024, 8:30 AM EDT
P: 314.17      N: -

‹    ›

Terms and Privacy Policy
Privacy Dashboard
Ad Terms · Feedback

yahoo!finance

My Portfolio    News    Markets    Sectors    Screeners    Personal Finance    Videos    Back to classic yahoo!finance

quarters and current fiscal year change in the days ahead. The current consensus EPS estimate is $0.72 on $270.7 million in revenues for the coming quarter and $2.98 on $1.11 billion in revenues for the current fiscal year.

Investors should be mindful of the fact that the outlook for the industry can have a material impact on the performance of the stock as well. In terms of the Zacks Industry Rank, Technology Services is currently in the top 30% of the 250 plus Zacks industries. Our research shows that the top 50% of the Zacks-ranked industries outperform the bottom 50% by a factor of more than 2 to 1.

Sterling Check Corp. (STER), another stock in the same industry, has yet to report results for the quarter ended March 2024.

This company is expected to post quarterly earnings of $0.24 per share in its upcoming report, which represents no change from the year-ago quarter. The consensus EPS estimate for the quarter has remained unchanged over the last 30 days.

Sterling Check Corp.'s revenues are expected to be $178.95 million, down 0.2% from the year-ago quarter.

Want the latest recommendations from Zacks Investment Research? Today, you can download 7 Best Stocks for the Next 30 Days. Click to get this free report

GigaCloud Technology Inc. (GCT) : Free Stock Analysis Report

Sterling Check Corp. (STER) : Free Stock Analysis Report

To read this article on Zacks.com click here.

Zacks Investment Research

## Comments

2 Viewing

Commenting on this article has ended

Log in | Sign up

Powered by OpenWeb

Terms/Privacy Policy    Privacy Dashboard    About Our Ads



Quote Lookup

U.S. markets close in 4h 45m
Customize Your Dock

MARKETS

US    Europe    Asia    Rates

S&P 500          Dow 30
5,334.22        39,501.92
+14.91 (+0.28%)  +55.43 (+0.14%)

Nasdaq           Russell 2000
16,692.02       2,079.69
+32.00 (+0.19%)  -4.73 (-0.23%)

Crude Oil        Gold
76.54           2,466.80
+0.35 (+0.46%)   +3.50 (+0.14%)

MY PORTFOLIOS

Sign in to access your portfolio

Sign in

TRENDING TICKERS

TSM              166.27
Taiwan Semicondu...  +1.72 (+1.05%)

U                16.12
Unity Software Inc.  +1.76 (+12.26%)

NKLA             8.82
Nikola Corporation   +1.02 (+13.07%)

EXPE             128.04
Expedia Group, I...  +10.07 (+8.54%)

TTD              96.34
The Trade Desk, I...  +8.07 (+9.14%)

TOP ECONOMIC EVENTS

United States

MBA 30-Yr Mortgage Rate
Aug 14, 2024, 7:00 AM EDT
P: 6.55      N: -

Mortgage Market Index
Aug 14, 2024, 7:00 AM EDT
P: 215.1     N: -

Core CPI MM, SA*
Aug 14, 2024, 8:30 AM EDT
P: 0.1       N: -

CPI Index, NSA*
Aug 14, 2024, 8:30 AM EDT
P: 314.17    N: -

Terms and Privacy Policy
Privacy Dashboard
Ad Terms - Feedback