# EXHIBIT 5

| GigaCloud Technology Inc Historic Stock Price (August 17, 2022 – June 28, 2024) | | |
|---|---|---|
| **Date** | **Closing Price** | **Event** |
| August 17, 2022 | 12.25 | GigaCloud's Initial Public Offering |
| August 18, 2022 | 15.69 | |
| August 19, 2022 | 48.01 | |
| August 22, 2022 | 41.41 | |
| August 23, 2022 | 26.64 | |
| August 24, 2022 | 29.82 | |
| August 25, 2022 | 25.20 | |
| August 26, 2022 | 19.30 | |
| August 29, 2022 | 19.39 | |
| August 30, 2022 | 16.57 | |
| August 31, 2022 | 14.65 | |
| September 1, 2022 | 23.65 | |
| September 2, 2022 | 20.04 | |
| September 6, 2022 | 20.29 | |
| September 7, 2022 | 20.22 | |
| September 8, 2022 | 20.10 | |
| September 9, 2022 | 18.10 | |
| September 12, 2022 | 17.75 | |
| September 13, 2022 | 16.85 | |
| September 14, 2022 | 17.07 | |
| September 15, 2022 | 16.11 | |
| September 16, 2022 | 14.99 | |
| September 19, 2022 | 13.27 | |
| September 20, 2022 | 13.74 | |
| September 21, 2022 | 13.00 | |
| September 22, 2022 | 13.32 | |
| September 23, 2022 | 12.82 | |
| September 26, 2022 | 12.49 | |
| September 27, 2022 | 12.10 | |
| September 28, 2022 | 12.15 | |
| September 29, 2022 | 11.46 | |
| September 30, 2022 | 10.11 | |
| October 3, 2022 | 8.24 | |
| October 4, 2022 | 7.66 | |
| October 5, 2022 | 7.67 | |
| October 6, 2022 | 7.32 | |
| October 7, 2022 | 6.38 | |
| October 10, 2022 | 6.19 | |
| October 11, 2022 | 6.32 | |
| October 12, 2022 | 5.70 | |
| October 13, 2022 | 6.10 | |
| October 14, 2022 | 6.19 | |

1

| Date | Closing Price | Event |
|---|---|---|
| October 17, 2022 | 5.62 | |
| October 18, 2022 | 5.32 | |
| October 19, 2022 | 5.11 | |
| October 20, 2022 | 5.13 | |
| October 21, 2022 | 5.03 | |
| October 24, 2022 | 4.60 | |
| October 25, 2022 | 5.22 | |
| October 26, 2022 | 5.05 | |
| October 27, 2022 | 4.75 | |
| October 28, 2022 | 4.86 | |
| October 31, 2022 | 4.68 | |
| November 1, 2022 | 4.49 | |
| November 2, 2022 | 4.27 | |
| November 3, 2022 | 4.42 | |
| November 4, 2022 | 4.66 | |
| November 7, 2022 | 5.90 | |
| November 8, 2022 | 5.43 | |
| November 9, 2022 | 5.66 | |
| November 10, 2022 | 5.92 | |
| November 11, 2022 | 6.43 | |
| November 14, 2022 | 6.44 | |
| November 15, 2022 | 6.61 | |
| November 16, 2022 | 6.09 | |
| November 17, 2022 | 6.20 | |
| November 18, 2022 | 5.96 | |
| November 21, 2022 | 5.70 | |
| November 22, 2022 | 5.75 | |
| November 23, 2022 | 5.82 | |
| November 25, 2022 | 6.16 | |
| November 28, 2022 | 7.93 | |
| November 29, 2022 | 7.92 | |
| November 30, 2022 | 7.37 | |
| December 1, 2022 | 7.30 | |
| December 2, 2022 | 7.73 | |
| December 5, 2022 | 7.80 | |
| December 6, 2022 | 7.34 | |
| December 7, 2022 | 6.56 | |
| December 8, 2022 | 6.88 | |
| December 9, 2022 | 6.64 | |
| December 12, 2022 | 6.36 | |
| December 13, 2022 | 6.48 | |
| December 14, 2022 | 6.25 | |
| December 15, 2022 | 5.70 | |
| December 16, 2022 | 5.73 | |

| Date | Closing Price | Event |
|---|---|---|
| December 19, 2022 | 5.65 | |
| December 20, 2022 | 5.37 | |
| December 21, 2022 | 5.78 | |
| December 22, 2022 | 5.41 | |
| December 23, 2022 | 5.53 | |
| December 27, 2022 | 5.63 | |
| December 28, 2022 | 5.36 | |
| December 29, 2022 | 5.60 | |
| December 30, 2022 | 5.69 | |
| January 3, 2023 | 5.47 | |
| January 4, 2023 | 5.67 | |
| January 5, 2023 | 6.36 | |
| January 6, 2023 | 6.35 | |
| January 9, 2023 | 6.10 | |
| January 10, 2023 | 6.03 | |
| January 11, 2023 | 6.11 | |
| January 12, 2023 | 6.04 | |
| January 13, 2023 | 6.30 | |
| January 17, 2023 | 6.04 | |
| January 18, 2023 | 5.95 | |
| January 19, 2023 | 6.17 | |
| January 20, 2023 | 6.12 | |
| January 23, 2023 | 6.08 | |
| January 24, 2023 | 5.86 | |
| January 25, 2023 | 5.78 | |
| January 26, 2023 | 5.79 | |
| January 27, 2023 | 5.94 | |
| January 30, 2023 | 5.59 | |
| January 31, 2023 | 5.85 | |
| February 1, 2023 | 5.84 | |
| February 2, 2023 | 5.91 | |
| February 3, 2023 | 5.84 | |
| February 6, 2023 | 5.52 | |
| February 7, 2023 | 5.43 | |
| February 8, 2023 | 5.35 | |
| February 9, 2023 | 5.26 | |
| February 10, 2023 | 4.94 | |
| February 13, 2023 | 5.01 | |
| February 14, 2023 | 5.10 | |
| February 15, 2023 | 5.42 | |
| February 16, 2023 | 5.29 | |
| February 17, 2023 | 5.34 | |
| February 21, 2023 | 5.12 | |
| February 22, 2023 | 5.16 | |

| Date | Closing Price | Event |
|---|---|---|
| February 23, 2023 | 5.05 | |
| February 24, 2023 | 5.01 | |
| February 27, 2023 | 5.12 | |
| February 28, 2023 | 5.06 | |
| March 1, 2023 | 5.00 | |
| March 2, 2023 | 4.93 | |
| March 3, 2023 | 4.97 | |
| March 6, 2023 | 4.95 | |
| March 7, 2023 | 4.96 | |
| March 8, 2023 | 4.95 | |
| March 9, 2023 | 4.88 | |
| March 10, 2023 | 4.90 | |
| March 13, 2023 | 5.22 | |
| March 14, 2023 | 5.10 | |
| March 15, 2023 | 5.80 | |
| March 16, 2023 | 5.89 | |
| March 17, 2023 | 5.27 | |
| March 20, 2023 | 5.04 | |
| March 21, 2023 | 5.15 | |
| March 22, 2023 | 5.09 | |
| March 23, 2023 | 5.14 | |
| March 24, 2023 | 5.21 | |
| March 27, 2023 | 5.44 | |
| March 28, 2023 | 5.35 | |
| March 29, 2023 | 5.57 | |
| March 30, 2023 | 6.03 | |
| March 31, 2023 | 6.3 | |
| April 3, 2023 | 6.42 | |
| April 4, 2023 | 6 | |
| April 5, 2023 | 5.72 | |
| April 6, 2023 | 5.63 | |
| April 10, 2023 | 5.72 | |
| April 11, 2023 | 6.22 | |
| April 12, 2023 | 5.94 | |
| April 13, 2023 | 5.9 | |
| April 14, 2023 | 5.56 | |
| April 17, 2023 | 5.6 | |
| April 18, 2023 | 5.58 | |
| April 19, 2023 | 5.3 | |
| April 20, 2023 | 5.3 | |
| April 21, 2023 | 5.26 | |
| April 24, 2023 | 5.3 | |
| April 25, 2023 | 5.3 | |
| April 26, 2023 | 5.15 | |

4

| Date | Closing Price | Event |
|---|---|---|
| April 27, 2023 | 5.01 | |
| April 28, 2023 | 5.53 | |
| May 1, 2023 | 5.58 | |
| May 2, 2023 | 5.18 | |
| May 3, 2023 | 5.18 | |
| May 4, 2023 | 5.26 | |
| May 5, 2023 | 5.05 | |
| May 8, 2023 | 5.26 | |
| May 9, 2023 | 5.295 | |
| May 10, 2023 | 5.42 | |
| May 11, 2023 | 5.24 | |
| May 12, 2023 | 5.24 | |
| May 15, 2023 | 5.5 | |
| May 16, 2023 | 5.27 | |
| May 17, 2023 | 5.32 | |
| May 18, 2023 | 5.29 | |
| May 19, 2023 | 5.27 | |
| May 22, 2023 | 5.465 | |
| May 23, 2023 | 5.66 | |
| May 24, 2023 | 7.16 | |
| May 25, 2023 | 5.79 | |
| May 26, 2023 | 6.45 | |
| May 30, 2023 | 6.76 | |
| May 31, 2023 | 6.75 | |
| June 1, 2023 | 6.68 | |
| June 2, 2023 | 6.78 | |
| June 5, 2023 | 6.78 | |
| June 6, 2023 | 6.8 | |
| June 7, 2023 | 7 | |
| June 8, 2023 | 7 | |
| June 9, 2023 | 6.98 | |
| June 12, 2023 | 7.5 | |
| June 13, 2023 | 7.5 | |
| June 14, 2023 | 7.8 | |
| June 15, 2023 | 7.84 | |
| June 16, 2023 | 8.08 | |
| June 20, 2023 | 7.65 | |
| June 21, 2023 | 7.56 | |
| June 22, 2023 | 7.8 | |
| June 23, 2023 | 7.79 | |
| June 26, 2023 | 7.78 | |
| June 27, 2023 | 7.84 | |
| June 28, 2023 | 7.66 | |
| June 29, 2023 | 7.5 | |

| Date | Closing Price | Event |
|---|---|---|
| June 30, 2023 | 6.76 | |
| July 3, 2023 | 7.15 | |
| July 5, 2023 | 7.4 | |
| July 6, 2023 | 7.39 | |
| July 7, 2023 | 7.13 | |
| July 10, 2023 | 7.36 | |
| July 11, 2023 | 7.08 | |
| July 12, 2023 | 7.57 | |
| July 13, 2023 | 8.06 | |
| July 14, 2023 | 7.75 | |
| July 17, 2023 | 8.2 | |
| July 18, 2023 | 8.25 | |
| July 19, 2023 | 8.85 | |
| July 20, 2023 | 8.32 | |
| July 21, 2023 | 8.7 | |
| July 24, 2023 | 8.51 | |
| July 25, 2023 | 8.18 | |
| July 26, 2023 | 8.54 | |
| July 27, 2023 | 8.29 | |
| July 28, 2023 | 8.47 | |
| July 31, 2023 | 8.74 | |
| August 1, 2023 | 9 | |
| August 2, 2023 | 8.84 | |
| August 3, 2023 | 9.4 | |
| August 4, 2023 | 9.08 | |
| August 7, 2023 | 9.24 | |
| August 8, 2023 | 9.73 | |
| August 9, 2023 | 10.39 | |
| August 10, 2023 | 10.63 | |
| August 11, 2023 | 10.72 | |
| August 14, 2023 | 10.32 | |
| August 15, 2023 | 10.14 | |
| August 16, 2023 | 11.59 | |
| August 17, 2023 | 11.89 | |
| August 18, 2023 | 11.54 | |
| August 21, 2023 | 12.59 | |
| August 22, 2023 | 12.96 | |
| August 23, 2023 | 12.66 | |
| August 24, 2023 | 12.3 | |
| August 25, 2023 | 12.09 | |
| August 28, 2023 | 11.6 | |
| August 29, 2023 | 12.25 | |
| August 30, 2023 | 12.66 | |
| August 31, 2023 | 12.51 | |

| Date | Closing Price | Event |
|---|---|---|
| September 1, 2023 | 13.58 | |
| September 5, 2023 | 14.49 | |
| September 6, 2023 | 14.15 | |
| September 7, 2023 | 14.77 | |
| September 8, 2023 | 16.4 | |
| September 11, 2023 | 17.73 | |
| September 12, 2023 | 13.25 | |
| September 13, 2023 | 12.21 | |
| September 14, 2023 | 11.93 | |
| September 15,2023 | 11.45 | |
| September 18, 2023 | 10 | |
| September 19, 2023 | 10.52 | |
| September 20, 2023 | 10.62 | |
| September 21, 2023 | 9.81 | |
| September 22, 2023 | 9.25 | |
| September 25, 2023 | 9.89 | |
| September 26, 2023 | 9.49 | |
| September 27, 2023 | 9.47 | |
| September 28, 2023 | 7.69 | Culper Research published report on GigaCloud. (Ex. 6) |
| September 29, 2023 | 8.81 | GigaCloud issued press release titled "GigaCloud Technology Inc Responds to Short-Seller Report." (Ex. 7) |
| October 2, 2023 | 9.04 | |
| October 3, 2023 | 8.96 | |
| October 4, 2023 | 8.94 | |
| October 5, 2023 | 8.5 | |
| October 6, 2023 | 8.67 | |
| October 9, 2023 | 9.96 | GigaCloud issued press release titled "GigaCloud Technology Inc Refutes Misleading Claims in Short Seller Report." (Ex. 8) |
| October 10, 2023 | 9.07 | |
| October 11, 2023 | 8.77 | |
| October 12, 2023 | 9.19 | |
| October 13, 2023 | 8.69 | |
| October 16, 2023 | 9.03 | |
| October 17, 2023 | 9.21 | |
| October 18, 2023 | 8.6 | |
| October 19, 2023 | 8.66 | |
| October 20, 2023 | 8.55 | |
| October 23, 2023 | 8.3 | |
| October 24, 2023 | 8.48 | |
| October 25, 2023 | 8.3 | |
| October 26, 2023 | 8.4 | |

| Date | Closing Price | Event |
|---|---|---|
| October 27, 2023 | 8.22 | |
| October 30, 2023 | 8.89 | |
| October 31, 2023 | 9.47 | |
| November 1, 2023 | 9.92 | |
| November 2, 2023 | 10.6 | |
| November 3, 2023 | 10.79 | |
| November 6, 2023 | 10.37 | |
| November 7, 2023 | 10.33 | |
| November 8, 2023 | 9.92 | |
| November 9, 2023 | 9.54 | |
| November 10, 2023 | 9.31 | |
| November 13, 2023 | 9.14 | GigaCloud issued press release titled "GigaCloud Technology Inc Announces Completion of Independent Review." (Ex. 9) |
| November 14, 2023 | 9.47 | |
| November 15, 2023 | 9.71 | |
| November 16, 2023 | 9.35 | |
| November 17, 2023 | 9.41 | |
| November 20, 2023 | 9.62 | |
| November 21, 2023 | 9.74 | |
| November 22, 2023 | 9.48 | |
| November 24, 2023 | 10.07 | |
| November 27, 2023 | 9.82 | |
| November 28, 2023 | 9.92 | |
| November 29, 2023 | 9.75 | |
| November 30, 2023 | 9.72 | |
| December 1, 2023 | 11.8 | |
| December 4, 2023 | 12.28 | |
| December 5, 2023 | 13.45 | |
| December 6, 2023 | 13.64 | |
| December 7, 2023 | 13.39 | |
| December 8, 2023 | 13.33 | |
| December 11, 2023 | 14.57 | |
| December 12, 2023 | 14.2 | |
| December 13, 2023 | 13.52 | |
| December 14, 2023 | 13.14 | |
| December 15, 2023 | 13.08 | |
| December 18, 2023 | 15.56 | |
| December 19, 2023 | 16.52 | |
| December 20, 2023 | 14.91 | |
| December 21, 2023 | 14.9 | |
| December 22, 2023 | 14.86 | |
| December 26, 2023 | 16.46 | |
| December 27, 2023 | 18.22 | |

| Date | Closing Price | Event |
|---|---|---|
| December 28, 2023 | 18 | |
| December 29, 2023 | 18.295 | |
| January 2, 2024 | 20.06 | |
| January 3, 2024 | 18.58 | |
| January 4, 2024 | 20.47 | |
| January 5, 2024 | 20.15 | |
| January 8, 2024 | 22 | |
| January 9, 2024 | 23.47 | |
| January 10, 2024 | 21.69 | |
| January 11, 2024 | 20.44 | |
| January 12, 2024 | 20.11 | |
| January 16, 2024 | 21.11 | |
| January 17, 2024 | 22.16 | |
| January 18, 2024 | 22.16 | |
| January 19, 2024 | 19.9 | |
| January 22, 2024 | 20.77 | |
| January 23, 2024 | 22.03 | |
| January 24, 2024 | 21.75 | |
| January 25, 2024 | 23.29 | |
| January 26, 2024 | 25.62 | |
| January 29, 2024 | 22.65 | |
| January 30, 2024 | 22.99 | |
| January 31, 2024 | 22.22 | |
| February 1, 2024 | 24.68 | |
| February 2, 2024 | 24.995 | |
| February 5, 2024 | 27.88 | |
| February 6, 2024 | 28.16 | |
| February 7, 2024 | 28.81 | |
| February 8, 2024 | 29.7 | |
| February 9, 2024 | 29.28 | |
| February 12, 2024 | 31.54 | |
| February 13, 2024 | 31.54 | |
| February 14, 2024 | 32.74 | |
| February 15, 2024 | 32.48 | |
| February 16, 2024 | 34.5 | |
| February 20, 2024 | 25.96 | |
| February 21, 2024 | 27.43 | |
| February 22, 2024 | 34.91 | |
| February 23, 2024 | 32.31 | |
| February 26, 2024 | 33.425 | |
| February 27, 2024 | 34.98 | |
| February 28, 2024 | 34.03 | |
| February 29, 2024 | 37.45 | |
| March 1, 2024 | 39.46 | |

| Date | Closing Price | Event |
|---|---|---|
| March 4, 2024 | 40.46 | |
| March 5, 2024 | 37.66 | |
| March 6, 2024 | 36.64 | |
| March 7, 2024 | 33.9 | |
| March 8, 2024 | 34.38 | |
| March 11, 2024 | 30.84 | |
| March 12, 2024 | 36.84 | |
| March 13, 2024 | 37.9 | |
| March 14, 2024 | 34.99 | |
| March 15, 2024 | 43.15 | |
| March 18, 2024 | 34.21 | Plaintiffs filed First Amended Complaint.  (ECF No. 59) |
| March 19, 2024 | 29.52 | |
| March 20, 2024 | 28.88 | |
| March 21, 2024 | 30.47 | |
| March 22, 2024 | 26.91 | |
| March 25, 2024 | 27.71 | |
| March 26, 2024 | 25.6 | |
| March 27, 2024 | 26.16 | |
| March 28, 2024 | 26.72 | |
| April 1, 2024 | 30.79 | |
| April 2, 2024 | 33.25 | |
| April 3, 2024 | 35.65 | |
| April 4, 2024 | 33.58 | |
| April 5, 2024 | 34.75 | |
| April 8, 2024 | 33.49 | |
| April 9, 2024 | 31.59 | |
| April 10, 2024 | 31.02 | |
| April 11, 2024 | 33.795 | |
| April 12, 2024 | 31.75 | |
| April 15, 2024 | 32.47 | |
| April 16, 2024 | 35.09 | |
| April 17, 2024 | 34.96 | |
| April 18, 2024 | 36.81 | |
| April 19, 2024 | 34.69 | |
| April 22, 2024 | 37.09 | |
| April 23, 2024 | 37 | |
| April 24, 2024 | 35.91 | |
| April 25, 2024 | 36.36 | |
| April 26, 2024 | 35.35 | |
| April 29, 2024 | 33.98 | |
| April 30, 2024 | 31.79 | |
| May 1, 2024 | 31.98 | |
| May 2, 2024 | 34.7 | |

| Date | Closing Price | Event |
|------|---------------|-------|
| May 3, 2024 | 37.27 | |
| May 6, 2024 | 41.11 | |
| May 7, 2024 | 40.09 | |
| May 8, 2024 | 39.14 | |
| May 9, 2024 | 39.72 | |
| May 10, 2024 | 37.35 | |
| May 13, 2024 | 36.25 | |
| May 14, 2024 | 36.98 | |
| May 15, 2024 | 34.87 | |
| May 16, 2024 | 36.21 | |
| May 17, 2024 | 35.76 | |
| May 20, 2024 | 32.65 | |
| May 21, 2024 | 31.45 | |
| May 22, 2024 | 29.83 | Grizzly Research published report on GigaCloud. (ECF No. 88-1) |
| May 23, 2024 | 32.35 | GigaCloud issued press release titled "GigaCloud Technology Inc Responds to Short-Seller Report." (Ex. 11) |
| May 24, 2024 | 32.55 | |
| May 28, 2024 | 30.62 | |
| May 29, 2024 | 31.76 | |
| May 30, 2024 | 30.27 | |
| May 31, 2024 | 31.14 | |
| June 3, 2024 | 32.57 | |
| June 4, 2024 | 31.34 | |
| June 5, 2024 | 31.98 | |
| June 6, 2024 | 30.1 | |
| June 7, 2024 | 30.6 | |
| June 10, 2024 | 31.92 | |
| June 11, 2024 | 32.92 | |
| June 12, 2024 | 32.34 | |
| June 13, 2024 | 31.805 | |
| June 14, 2024 | 31.17 | |
| June 17, 2024 | 30.06 | |
| June 18, 2024 | 30.2 | |
| June 20, 2024 | 29.46 | |
| June 21, 2024 | 29.33 | |
| June 24, 2024 | 29.55 | |
| June 25, 2024 | 29.39 | |
| June 26, 2024 | 29.43 | |
| June 27, 2024 | 30.12 | |
| June 28, 2024 | 30.42 | Plaintiffs filed Second Amended Complaint. (ECF No. 88) (Ex. 1) |

11