# EXHIBIT 14

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director    X 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC | 3. Date of Earliest Transaction (Month/Day/Year) | |
| 4388 SHIRLEY AVENUE | 03/18/2024 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| EL MONTE    CA    91731 | | ☐ Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 03/18/2024 | | C[(1)(2)] | | 1,250,000 | A | $0 | 1,250,000 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (4) | 03/18/2024 | | C[(1)(2)] | | | 1,250,000 | (4) | (4) | Class A Ordinary Shares, par value $0.05 per share | 1,250,000 | $0 | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] |

| 1. Name and Address of Reporting Person* | |
|---|---|
| Wu Lei | |
| (Last)    (First)    (Middle) | |
| C/O GIGACLOUD TECHNOLOGY INC | |
| 4388 SHIRLEY AVENUE | |
| (Street) | |

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. Represents the conversion of (i) 1,095,120 Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and (ii) 154,880 Class B Ordinary Shares directly held by TALENT BOOM GROUP LIMITED into Class A ordinary shares of the Company. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

2. The transactions reported on this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Persons on December 29, 2023, during an open trading window.

3. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

4. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 03/20/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 03/20/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 03/20/2024 |

/s/ Lei Wu, for TALENT BOOM
GROUP LIMITED, By: Lei      03/20/2024
Wu, its director

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director    X 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| 4388 SHIRLEY AVENUE | 03/26/2024 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| EL MONTE    CA    91731 | | Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 03/26/2024 | 03/27/2024 | S[(1)] | | 6 | D | $27.64 | 1,249,994 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(2)] [(3)][(4)] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (5) | | | | | | | (5) | (5) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(4)] [(6)] |

1. Name and Address of Reporting Person*

Wu Lei

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*
**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*
**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*
**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|
| EL MONTE | CA | 91731 |

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

3. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

4. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

6. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 03/29/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 03/29/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 03/29/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 03/29/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Case 1:23-cv-10645-JMF    Document 97-14    Filed 08/09/24    Page 8 of 80

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* <br><br> Wu Lei <br><br> (Last) (First) (Middle) <br><br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE <br><br> (Street) <br> EL MONTE    CA    91731 <br><br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/01/2024 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X Director    X 10% Owner <br> X Officer (give title below)    Other (specify below) <br> **Chief Executive Officer** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/01/2024 | | S[1] | | 1,000 | D | $29.5273 | 1,248,994 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[2] [3][4] |
| Class A Ordinary Shares, par value $0.05 per share | 04/02/2024 | | S[1] | | 1,000 | D | $30.8331 | 1,247,994 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[2] [3][4] |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code / V | (A) / (D) | Date Exercisable / Expiration Date | Title / Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (5) | | | | | (5) / (5) | Class A Ordinary Shares, par value $0.05 per share / 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][6] |

1. Name and Address of Reporting Person*

**Wu Lei**

(Last)     (First)     (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE     CA     91731

(City)     (State)     (Zip)

Relationship of Reporting Person(s) to Issuer

X   Director      X   10% Owner

X   Officer (give title below)      Other (specify below)

    Chief Executive Officer

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

(Last)     (First)     (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE     CA     91731

(City)     (State)     (Zip)

Relationship of Reporting Person(s) to Issuer

X   Director      X   10% Owner

X   Officer (give title below)      Other (specify below)

    Chief Executive Officer

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

(Last)     (First)     (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

5. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

6. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 04/03/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/03/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/03/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/03/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei<br><br>(Last) (First) (Middle)<br>C/O GIGACLOUD TECHNOLOGY INC<br>4388 SHIRLEY AVENUE | GigaCloud Technology Inc [ GCT ] | [X] Director   [X] 10% Owner<br>[X] Officer (give title below)   [ ] Other (specify below)<br><br>**Chief Executive Officer** |
| | 3. Date of Earliest Transaction (Month/Day/Year)<br>04/03/2024 | |
| (Street)<br>EL MONTE    CA    91731 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>[ ] Form filed by One Reporting Person<br>[X] Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/03/2024 | | S[1] | | 3,632 | D | $35.07[2] | 1,244,362 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/03/2024 | | S[1] | | 4,465 | D | $36.16[6] | 1,239,897 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/03/2024 | | S[1] | | 1,903 | D | $36.678[7] | 1,237,994 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/04/2024 | | S[1] | | 5,857 | D | $35.545[8] | 1,232,137 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/04/2024 | | S[1] | | 9,190 | D | $36.38[9] | 1,222,947 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/04/2024 | | S[1] | | 4,853 | D | $37.4[10] | 1,218,094 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/04/2024 | | S[1] | | 100 | D | $38.16 | 1,217,994 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value | [11] | | | | | | | [11] | [11] | Class A Ordinary Shares, par value | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| $0.05 per share | | | | | | | | | | | | $0.05 per share | | | Holdings Limited and TALENT BOOM GROUP LIMITED[4] [5][12] |

---

1. Name and Address of Reporting Person[*]

**Wu Lei**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | | 91731 |
|---|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person[*]

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | | 91731 |
|---|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person[*]

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | | 91731 |
|---|---|---|---|



(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

(Last)          (First)          (Middle)

**C/O GIGACLOUD TECHNOLOGY INC**
**4388 SHIRLEY AVENUE**

(Street)
**EL MONTE          CA          91731**

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.53 and the highest price at which shares were sold was $35.46.

3. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.59 and the highest price at which shares were sold was $36.59.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $36.60 and the highest price at which shares were sold was $36.79.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $35.00 and the highest price at which shares were sold was $35.99.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $36.06 and the highest price at which shares were sold was $37.00.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $37.08 and the highest price at which shares were sold was $38.02.

11. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

12. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 04/05/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/05/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/05/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/05/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* <br><br> Wu Lei <br><br> (Last)　(First)　(Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE <br> (Street) <br> EL MONTE　CA　91731 <br> (City)　(State)　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/05/2024 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X　Director　　　X　10% Owner <br> X　Officer (give title　　　Other (specify below)　　　below) <br> Chief Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> 　Form filed by One Reporting Person <br> X　Form filed by More than One Reporting Person |
|---|---|---|

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/05/2024 | | S[1] | | 26,659 | D | $35.31[2] | 1,191,335 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/05/2024 | | S[1] | | 10,519 | D | $35.95[6] | 1,180,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/08/2024 | | S[1] | | 20,000 | D | $33.07[7] | 1,160,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (8) | | | | | | | (8) | (8) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(4)(5)(9)] |

---

1. Name and Address of Reporting Person*

**Wu Lei**

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

EL MONTE        CA        91731

(City)        (State)        (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

EL MONTE        CA        91731

(City)        (State)        (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.79 and the highest price at which shares were sold was $35.79.

3. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.81 and the highest price at which shares were sold was $36.27.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $33.00 and the highest price at which shares were sold was $33.25.

8. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

9. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 04/09/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/09/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/09/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/09/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| | OMB APPROVAL |
| | OMB Number: 3235-0287 |
| | Estimated average burden |
| | hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director    X 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| 4388 SHIRLEY AVENUE | 04/09/2024 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| EL MONTE    CA    91731 | | ☐ Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/09/2024 | | S[1] | | 1,000 | D | $31.85[2] | 1,159,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [6] | | | | | | | [6] | [6] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][7] |

| 1. Name and Address of Reporting Person* |
|---|
| Wu Lei |

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

JI XIANG HU TONG HOLDINGS LTD

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

SHAN LAO HU TONG LLC

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

TALENT BOOM GROUP LTD

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $31.27 and the highest price at which shares were sold was $32.37.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

5. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

6. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

7. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 04/11/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/11/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/11/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/11/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* <br> Wu Lei <br><br> (Last)   (First)   (Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE <br><br> (Street) <br> EL MONTE   CA   91731 <br><br> (City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/10/2024 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director     X 10% Owner <br> X Officer (give title below)     Other (specify below) <br> Chief Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br>  Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/10/2024 | | A | | 100,000 | A | $0[1] | 1,259,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[2] [3][4] |
| Class A Ordinary Shares, par value $0.05 per share | 04/10/2024 | | S[5] | | 1,000 | D | $31.86[6] | 1,258,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[2] [3][4] |
| Class A Ordinary Shares, par value $0.05 per share | 04/11/2024 | | S[5] | | 9,994 | D | $33.65[7] | 1,248,822 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[2] [3][4] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/11/2024 | | S(5) | | 10,006 | D | $34.22(8) | 1,238,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED(2) (3)(4) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (9) | | | | | | | (9) | (9) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED(2) (4)(10) |

| 1. Name and Address of Reporting Person* |
|---|
| **Wu Lei** |

| (Last) | (First) | (Middle) |
|---|---|---|
| C/O GIGACLOUD TECHNOLOGY INC |||
| 4388 SHIRLEY AVENUE |||

| (Street) |
|---|

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

| 1. Name and Address of Reporting Person* |
|---|
| **JI XIANG HU TONG HOLDINGS LTD** |

| (Last) | (First) | (Middle) |
|---|---|---|
| C/O GIGACLOUD TECHNOLOGY INC |||
| 4388 SHIRLEY AVENUE |||

| (Street) |
|---|

EL MONTE         CA         91731

(City)           (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

(Last)           (First)           (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE         CA         91731

(City)           (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

(Last)           (First)           (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE         CA         91731

(City)           (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**Explanation of Responses:**

1. Represents Issuer's Class A ordinary shares issued pursuant to restricted share units granted to Mr. Wu under the Issuer's 2017 share incentive plan.

2. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

3. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

5. The shares were sold pursuant to the 10b5-1 plans.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $31.51 and the highest price at which shares were sold was $32.28.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $32.98 and the highest price at which shares were sold was $33.97.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $33.99 and the highest price at which shares were sold was $34.59.

9. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

10. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

/s/ Lei Wu                    04/12/2024

/s/ Lei Wu, for Ji Xiang Hu
Tong Holdings Limited, By:      04/12/2024
Lei Wu, its director

/s/ Lei Wu, for Shan Lao Hu
Tong LLC, By: Lei Wu, its sole  04/12/2024
member

/s/ Lei Wu, for TALENT
BOOM GROUP LIMITED,            04/12/2024
By: Lei Wu, its director

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* <br> Wu Lei | 2. Issuer Name and Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)     (First)     (Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE | | X Director       X 10% Owner <br> X Officer (give title below)     Other (specify below) <br> **Chief Executive Officer** |
| (Street) <br> EL MONTE     CA     91731 | 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/12/2024 | |
| (City)     (State)     (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ☐ Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/12/2024 | | S[1] | | 1,000 | D | $32.23[2] | 1,237,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/15/2024 | | S[1] | | 10,011 | D | $31.82[6] | 1,227,805 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/15/2024 | | S[1] | | 31,824 | D | $32.73[7] | 1,195,981 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/15/2024 | | S[(1)] | | 2,165 | D | $33.49[(8)] | 1,193,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (9) | | | | | | | (9) | (9) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(5)(10)] |

**1. Name and Address of Reporting Person**[*]

**Wu Lei**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|

EL MONTE    CA    91731

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**1. Name and Address of Reporting Person**[*]

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $32.13 and the highest price at which shares were sold was $32.23.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $31.18 and the highest price at which shares were sold was $32.17.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $32.2 and the highest price at which shares were sold was $33.2.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $33.205 and the highest price at which shares were sold was $33.92.

9. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

10. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

/s/ Lei Wu                04/16/2024

| | |
|---|---|
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/16/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/16/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/16/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

| | |
|---|---|
| | OMB APPROVAL |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* Wu Lei | 2. Issuer Name **and** Ticker or Trading Symbol GigaCloud Technology Inc [ GCT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)   (First)   (Middle) | | X Director          X 10% Owner |
| C/O GIGACLOUD TECHNOLOGY INC 4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) 04/16/2024 | X Officer (give title below)     Other (specify below) Chief Executive Officer |
| (Street) EL MONTE   CA   91731 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)   Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/16/2024 | | S[1] | | 26,093 | D | $32.1[2] | 1,167,723 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/16/2024 | | S[1] | | 17,907 | D | $32.69[6] | 1,149,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/17/2024 | | S[1] | | 33,273 | D | $34.33[7] | 1,116,543 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/17/2024 | | S[1] | | 7,687 | D | $35.22[8] | 1,108,856 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/17/2024 | | S[1] | | 3,040 | D | $36.16[9] | 1,105,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [10] | | | | | | | [10] | [10] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][11] |

**1. Name and Address of Reporting Person***

Wu Lei

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|--------|---------|----------|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|----------|-----|-------|

| (City) | (State) | (Zip) |
|--------|---------|-------|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|----------|---|-----------|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|--------|---------|----------|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|----------|-----|-------|

| (City) | (State) | (Zip) |
|--------|---------|-------|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|----------|---|-----------|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

---

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|--------|---------|----------|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|----------|-----|-------|

| (City) | (State) | (Zip) |
|--------|---------|-------|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|----------|---|-----------|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

---

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $31.44 and the highest price at which shares were sold was $32.435.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT

BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $32.44 and the highest price at which shares were sold was $33.05.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $33.775 and the highest price at which shares were sold was $34.77.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $34.79 and the highest price at which shares were sold was $35.60.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $35.9 and the highest price at which shares were sold was $36.65.

10. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

11. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

## Remarks:

| | |
|---|---|
| /s/ Lei Wu | 04/18/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/18/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/18/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/18/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director   X 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below)   Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| 4388 SHIRLEY AVENUE | 04/18/2024 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| EL MONTE   CA   91731 | | ☐ Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/18/2024 | | S[1] | | 6,510 | D | $34.36[2] | 1,099,306 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/18/2024 | | S[1] | | 3,502 | D | $35.39[6] | 1,095,804 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[8] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/18/2024 | | S[1] | | 18,037 | D | $36.68[7] | 1,077,767 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/18/2024 | | S[1] | | 14,962 | D | $37.29[8] | 1,062,805 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/18/2024 | | S[1] | | 989 | D | $37.97[9] | 1,061,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/19/2024 | | S[1] | | 1,222 | D | $34.53[10] | 1,060,594 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/19/2024 | | S[1] | | 5,979 | D | $36.01[11] | 1,054,615 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/19/2024 | | S[1] | | 6,476 | D | $36.39[12] | 1,048,139 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/19/2024 | | S[1] | | 500 | D | $37.18[13] | 1,047,639 | I | By Shan Lao Hu Tong LLC, |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (14) | | | | | | | (14) | (14) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][15] |

| 1. Name and Address of Reporting Person* |
|---|
| **Wu Lei** |

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) |
|---|

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

| 1. Name and Address of Reporting Person* |
|---|
| **JI XIANG HU TONG HOLDINGS LTD** |

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

| (Street) |
|---|

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |



Relationship of Reporting Person(s) to Issuer

X Director    X 10% Owner
X Officer (give title below)    Other (specify below)

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

(Last)    (First)    (Middle)

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

EL MONTE    CA    91731

(City)    (State)    (Zip)

Relationship of Reporting Person(s) to Issuer

X Director    X 10% Owner
X Officer (give title below)    Other (specify below)

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

(Last)    (First)    (Middle)

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

EL MONTE    CA    91731

(City)    (State)    (Zip)

Relationship of Reporting Person(s) to Issuer

X Director    X 10% Owner
X Officer (give title below)    Other (specify below)

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $33.865 and the highest price at which shares were sold was $34.85.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $34.89 and the highest price at which shares were sold was $35.86.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $35.905 and the highest price at which shares were sold was $36.895.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $37.00 and the highest price at which shares were sold was $37.88.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $37.9 and the highest price at which shares were sold was $38.07.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $34.03 and the highest price at which shares were sold was $34.98.

11. Represents the weighted average sale price. The lowest price at which shares were sold was $35.1 and the highest price at which shares were sold was $36.095.

12. Represents the weighted average sale price. The lowest price at which shares were sold was $36.1 and the highest price at which shares were sold was $37.09.

13. Represents the weighted average sale price. The lowest price at which shares were sold was $37.11 and the highest price at which shares were sold was $37.25.

14. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

15. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

/s/ Lei Wu      04/22/2024

/s/ Lei Wu, for Ji Xiang Hu
Tong Holdings Limited, By:     04/22/2024
Lei Wu, its director

/s/ Lei Wu, for Shan Lao Hu
Tong LLC, By: Lei Wu, its sole   04/22/2024
member

/s/ Lei Wu, for TALENT
BOOM GROUP LIMITED,           04/22/2024
By: Lei Wu, its director

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Wu Lei | | | 2. Issuer Name **and** Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|
| (Last) (First) (Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE | | | | X Director       X 10% Owner <br> X Officer (give title below)       Other (specify below) <br> Chief Executive Officer |
| | | | 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/19/2024 | |
| (Street) <br> EL MONTE       CA       91731 | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ☐ Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/19/2024 | | S[1] | | 27,324 | D | $34.49[2] | 1,020,315 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/19/2024 | | S[1] | | 2,499 | D | $35.17[6] | 1,017,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (7) | | | | | | | (7) | (7) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][8] |

1. Name and Address of Reporting Person[*]

Wu Lei

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person[*]

JI XIANG HU TONG HOLDINGS LTD

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person[*]

SHAN LAO HU TONG LLC

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person[*]

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

**C/O GIGACLOUD TECHNOLOGY INC**

**4388 SHIRLEY AVENUE**

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.00 and the highest price at which shares were sold was $34.98.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.01 and the highest price at which shares were sold was $35.29.

7. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

8. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 04/23/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/23/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/23/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/23/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* <br> **Wu Lei** <br><br> (Last)  (First)  (Middle) <br> **C/O GIGACLOUD TECHNOLOGY INC** <br> **4388 SHIRLEY AVENUE** <br> (Street) <br> **EL MONTE**   **CA**   **91731** <br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **GigaCloud Technology Inc** [ GCT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/22/2024 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director   X 10% Owner <br> X Officer (give title below)   Other (specify below) <br> **Chief Executive Officer** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ☐ Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/22/2024 | | S[1] | | 8,120 | D | $34.66[2] | 1,009,696 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/22/2024 | | S[1] | | 14,014 | D | $35.5[6] | 995,682 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[8] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/22/2024 | | S[1] | | 21,566 | D | $36.78[7] | 974,116 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

| Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/22/2024 | | S[1] | | 300 | D | $37.13[8] | 973,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/23/2024 | | S[1] | | 11,888 | D | $35.75[9] | 961,928 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/23/2024 | | S[1] | | 29,349 | D | $36.52[10] | 932,579 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/23/2024 | | S[1] | | 2,663 | D | $37.26[11] | 929,916 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/23/2024 | | S[1] | | 100 | D | $38.955 | 929,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (12) | | | | | | | (12) | (12) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED(3) (5)(13) |

---

1. Name and Address of Reporting Person*

**Wu Lei**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.09 and the highest price at which shares were sold was $35.09.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.10 and the highest price at which shares were sold was $36.02.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $36.12 and the highest price at which shares were sold was $37.11.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $37.13 and the highest price at which shares were sold was $37.14.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $35.07 and the highest price at which shares were sold was $36.07.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $36.08 and the highest price at which shares were sold was $37.08.

11. Represents the weighted average sale price. The lowest price at which shares were sold was $37.09 and the highest price at which shares were sold was $37.72.

12. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

13. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 04/24/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/24/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/24/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/24/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Wu Lei | 2. Issuer Name **and** Ticker or Trading Symbol GigaCloud Technology Inc [ GCT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last)    (First)    (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE    CA    91731

(City)    (State)    (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
04/24/2024

4. If Amendment, Date of Original Filed (Month/Day/Year)

**5. Relationship of Reporting Person(s) to Issuer (Check all applicable)**

X Director    X 10% Owner

X Officer (give title below)    Other (specify below)

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

Form filed by One Reporting Person

X Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/24/2024 | | S[(1)] | | 25,722 | D | $36.2[(2)] | 904,094 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 04/24/2024 | | S[(1)] | | 17,778 | D | $37[(6)] | 886,316 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(8)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 04/24/2024 | | S[(1)] | | 500 | D | $37.6[(7)] | 885,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (8) | | | | | | | (8) | (8) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][9] |

1. Name and Address of Reporting Person*

Wu Lei

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE        CA        91731

(City)        (State)        (Zip)

Relationship of Reporting Person(s) to Issuer

X    Director            X    10% Owner
X    Officer (give title below)        Other (specify below)

Chief Executive Officer

1. Name and Address of Reporting Person*

JI XIANG HU TONG HOLDINGS LTD

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE        CA        91731

(City)        (State)        (Zip)

Relationship of Reporting Person(s) to Issuer

X    Director            X    10% Owner
X    Officer (give title below)        Other (specify below)

Chief Executive Officer

1. Name and Address of Reporting Person*

SHAN LAO HU TONG LLC

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE        CA              91731

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE        CA              91731

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $35.535 and the highest price at which shares were sold was $36.53.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $36.55 and the highest price at which shares were sold was $37.525.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $37.58 and the highest price at which shares were sold was $37.63.

8. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

9. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| /s/ Lei Wu | 04/26/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/26/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/26/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/26/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

1. Name and Address of Reporting Person*

**Wu Lei**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

2. Issuer Name **and** Ticker or Trading Symbol

**GigaCloud Technology Inc** [ GCT ]

3. Date of Earliest Transaction (Month/Day/Year)
04/25/2024

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

6. Individual or Joint/Group Filing (Check Applicable Line)

☐ Form filed by One Reporting Person

☒ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/25/2024 | | S[(1)] | | 4,097 | D | $34.5[(2)] | 881,719 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 04/25/2024 | | S[(1)] | | 6,746 | D | $35.47[(6)] | 874,973 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(8)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 04/25/2024 | | S[(1)] | | 33,157 | D | $36.45[(7)] | 841,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/26/2024 | | S[(1)] | | 32,461 | D | $35.68[(8)] | 809,355 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 04/26/2024 | | S[(1)] | | 11,239 | D | $36.47[(9)] | 798,116 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 04/26/2024 | | S[(1)] | | 300 | D | $37.32[(10)] | 797,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(4)(5)] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [(11)] | | | | | | | [(11)] | [(11)] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[(3)] [(5)(12)] |

1. Name and Address of Reporting Person*

Wu Lei

(Last)        (First)        (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

(Last)          (First)          (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE          CA          91731

(City)          (State)          (Zip)

Relationship of Reporting Person(s) to Issuer



| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $33.99 and the highest price at which shares were sold was $34.89.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.04 and the highest price at which shares were sold was $36.00.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $36.1 and the highest price at which shares were sold was $36.98.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $35.18 and the highest price at which shares were sold was $36.175.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $36.18 and the highest price at which shares were sold was $37.10.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $37.21 and the highest price at which shares were sold was $37.43.

11. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

12. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

## Remarks:

| | |
|---|---|
| /s/ Lei Wu | 04/29/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 04/29/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 04/29/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 04/29/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Wu Lei <br><br> (Last)    (First)    (Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE <br> (Street) <br> EL MONTE    CA    91731 <br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/29/2024 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director    X 10% Owner <br> X Officer (give title below)    Other (specify below) <br> **Chief Executive Officer** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ☐ Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/29/2024 | | S[1] | | 35,290 | D | $33.96[2] | 762,526 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/29/2024 | | S[1] | | 8,710 | D | $34.44[6] | 753,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[8][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/30/2024 | | S[1] | | 32,146 | D | $31.7[7] | 721,670 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/30/2024 | | S[1] | | 10,288 | D | $32.19[8] | 711,382 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 04/30/2024 | | S[1] | | 1,566 | D | $33.26[9] | 709,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [10] | | | | | | | [10] | [10] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][11] |

**1. Name and Address of Reporting Person***

**Wu Lei**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Case 1:23-cv-10645-JMF    Document 97-14    Filed 08/09/24    Page 54 of 80

Chief Executive
Officer

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive
Officer**

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive
Officer**

---

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive
Officer**

---

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $33.24 and the highest price at which shares were sold was $34.23.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT

BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $34.24 and the highest price at which shares were sold was $35.59.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $30.99 and the highest price at which shares were sold was $31.98.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $31.99 and the highest price at which shares were sold was $32.98.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $33.08 and the highest price at which shares were sold was $33.40.

10. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

11. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/01/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/01/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/01/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 05/01/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director | X 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC 4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) 05/01/2024 | Chief Executive Officer | |
| (Street) EL MONTE   CA   91731 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)   (State)   (Zip) | | Form filed by One Reporting Person | |
| | | X Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/01/2024 | | S[1] | | 30,699 | D | $31.27[2] | 679,117 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/01/2024 | | S[1] | | 13,301 | D | $32.2[6] | 665,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[8] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/02/2024 | | S[1] | | 10,657 | D | $32.3[7] | 655,159 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/02/2024 | | S[1] | | 2,443 | D | $33.3[8] | 652,716 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/02/2024 | | S[1] | | 28,868 | D | $34.41[9] | 623,848 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/02/2024 | | S[1] | | 2,032 | D | $34.84[10] | 621,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [11] | | | | | | | [11] | [11] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][5][12] |

1. Name and Address of Reporting Person*

**Wu Lei**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |



Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $30.775 and the highest price at which shares were sold was $31.76.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $31.77 and the highest price at which shares were sold was $32.61.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $31.75 and the highest price at which shares were sold was $32.73.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $32.77 and the highest price at which shares were sold was $33.74.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $33.79 and the highest price at which shares were sold was $34.78.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $34.8 and the highest price at which shares were sold was $34.9.

11. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

12. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/03/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/03/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/03/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 05/03/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | [X] Director | [X] 10% Owner |
| (Last)  (First)  (Middle) | | [X] Officer (give title below) | [ ] Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** | |
| 4388 SHIRLEY AVENUE | 05/03/2024 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| EL MONTE  CA  91731 | | [ ] Form filed by One Reporting Person | |
| (City)  (State)  (Zip) | | [X] Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/03/2024 | | S[1] | | 5,538 | D | $35.17[2] | 616,278 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/03/2024 | | S[1] | | 13,236 | D | $36.44[6] | 603,042 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/03/2024 | | S[1] | | 25,226 | D | $37.06[7] | 577,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/06/2024 | | S[1] | | 1,981 | D | $38.71[8] | 575,835 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/06/2024 | | S[1] | | 20,829 | D | $39.98[9] | 555,006 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/06/2024 | | S[1] | | 21,190 | D | $40.58[10] | 533,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [11] | | | | | | | [11] | [11] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][5][12] |

| 1. Name and Address of Reporting Person[*] |
|---|
| Wu Lei |
| (Last)        (First)        (Middle) |
| C/O GIGACLOUD TECHNOLOGY INC |

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |



Relationship of Reporting Person(s) to Issuer

| | | | |
|---|---|---|---|
| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.68 and the highest price at which shares were sold was $35.59.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.75 and the highest price at which shares were sold was $36.74.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $36.75 and the highest price at which shares were sold was $37.54.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $38.255 and the highest price at which shares were sold was $39.17.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $39.26 and the highest price at which shares were sold was $40.25.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $40.26 and the highest price at which shares were sold was $41.26.

11. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

12. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/07/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/07/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/07/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 05/07/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director  X 10% Owner |
| (Last)  (First)  (Middle) | | X Officer (give title below)  Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| 4388 SHIRLEY AVENUE | 05/07/2024 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| EL MONTE   CA   91731 | | ☐ Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/07/2024 | | S[1] | | 4,878 | D | $38.71[2] | 528,938 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/07/2024 | | S[1] | | 45,106 | D | $39.58[6] | 483,832 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/07/2024 | | S[1] | | 12,016 | D | $40.16[7] | 471,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/08/2024 | | S[1] | | 32,665 | D | $38.58[8] | 439,151 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/08/2024 | | S[1] | | 29,335 | D | $38.98[9] | 409,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [10] | | | | | | | [10] | [10] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][11] |

**1. Name and Address of Reporting Person***

**Wu Lei**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

**Relationship of Reporting Person(s) to Issuer**

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|

| (City) | (State) | (Zip) |
|---|---|---|

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive
Officer

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $37.95 and the highest price at which shares were sold was $38.93.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT

BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $38.95 and the highest price at which shares were sold was $39.945.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $39.95 and the highest price at which shares were sold was $40.93.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $37.78 and the highest price at which shares were sold was $38.77.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $38.78 and the highest price at which shares were sold was $39.51.

10. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

11. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/09/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/09/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/09/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 05/09/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Wu Lei | 2. Issuer Name and Ticker or Trading Symbol GigaCloud Technology Inc [ GCT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)  (First)  (Middle) C/O GIGACLOUD TECHNOLOGY INC 4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) 05/09/2024 | X Director   X 10% Owner X Officer (give title below)   Other (specify below) Chief Executive Officer |
| (Street) EL MONTE  CA  91731 (City)  (State)  (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) ☐ Form filed by One Reporting Person ☒ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/09/2024 | | S[1] | | 9,027 | D | $35.72[2] | 400,789 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/09/2024 | | S[1] | | 11,333 | D | $36.34[6] | 389,456 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/09/2024 | | S[1] | | 26,031 | D | $37.71[7] | 363,425 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [4][5] |

|  | Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned |
|---|---|

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/09/2024 | | S[1] | | 70,474 | D | $38.46[8] | 292,951 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/09/2024 | | S[1] | | 3,135 | D | $39.14[9] | 289,816 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/10/2024 | | S[1] | | 79,499 | D | $37.31[10] | 210,317 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/10/2024 | | S[1] | | 29,544 | D | $38.24[11] | 180,773 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/10/2024 | | S[1] | | 9,831 | D | $39.14[12] | 170,942 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3][4][5] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (14) | | | | | | | (13) | (13) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC, Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED[3] [5][14] |

1. Name and Address of Reporting Person*

Wu Lei

(Last)    (First)    (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE    CA    91731

(City)    (State)    (Zip)

Relationship of Reporting Person(s) to Issuer

X    Director    X    10% Owner
X    Officer (give title below)    Other (specify below)

Chief Executive Officer

1. Name and Address of Reporting Person*

JI XIANG HU TONG HOLDINGS LTD

(Last)    (First)    (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE    CA    91731

(City)    (State)    (Zip)

Relationship of Reporting Person(s) to Issuer

X    Director    X    10% Owner
X    Officer (give title below)    Other (specify below)

Chief Executive Officer

1. Name and Address of Reporting Person*

SHAN LAO HU TONG LLC

(Last)    (First)    (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**TALENT BOOM GROUP LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

**C/O GIGACLOUD TECHNOLOGY INC**

**4388 SHIRLEY AVENUE**

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.96 and the highest price at which shares were sold was $35.93.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. Mr. Wu also controls TALENT BOOM GROUP LIMITED. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.96 and the highest price at which shares were sold was $36.95.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $36.96 and the highest price at which shares were sold was $37.955.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $37.96 and the highest price at which shares were sold was $38.95.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $38.96 and the highest price at which shares were sold was $39.38.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $36.85 and the highest price at which shares were sold was $37.81.

11. Represents the weighted average sale price. The lowest price at which shares were sold was $37.87 and the highest price at which shares were sold was $38.85.

12. Represents the weighted average sale price. The lowest price at which shares were sold was $38.89 and the highest price at which shares were sold was $39.39.

13. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

14. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited and TALENT BOOM GROUP LIMITED.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/13/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/13/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/13/2024 |
| /s/ Lei Wu, for TALENT BOOM GROUP LIMITED, By: Lei Wu, its director | 05/13/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director     X 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below)   Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC 4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) 05/13/2024 | **Chief Executive Officer** |
| (Street) EL MONTE   CA   91731 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)   (State)   (Zip) | | ☐ Form filed by One Reporting Person   X Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/13/2024 | | S[1] | | 10,607 | D | $36.16[2] | 160,335 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/13/2024 | | S[1] | | 3,581 | D | $36.52[6] | 156,754 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/14/2024 | | S[1] | | 8,707 | D | $36.39[7] | 148,047 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/14/2024 | | S[1] | | 5,481 | D | $36.99[8] | 142,566 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (9) | | | | | | | (9) | (9) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited (3) (5)(10) |

---

1. Name and Address of Reporting Person*

**Wu Lei**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

| (Street) |

EL MONTE    CA    91731

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

| (Street) |

EL MONTE    CA    91731

| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

---

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |
| | **Chief Executive Officer** | | |

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $35.41 and the highest price at which shares were sold was $36.405.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $36.42 and the highest price at which shares were sold was $36.80.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $35.75 and the highest price at which shares were sold was $36.83.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $36.85 and the highest price at which shares were sold was $37.34.

9. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

10. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/15/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/15/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/15/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

□ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[X] Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

1. Name and Address of Reporting Person*

Wu Lei

(Last)   (First)   (Middle)

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

EL MONTE   CA   91731

(City)   (State)   (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

GigaCloud Technology Inc [ GCT ]

3. Date of Earliest Transaction (Month/Day/Year)
05/15/2024

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

[X] Director    [X] 10% Owner
[X] Officer (give title below)    □ Other (specify below)

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

□ Form filed by One Reporting Person
[X] Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/15/2024 | | S[1] | | 9,423 | D | $35[2] | 133,143 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/15/2024 | | S[1] | | 3,683 | D | $35.83[6] | 129,460 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/15/2024 | | S[1] | | 1,082 | D | $37.52[7] | 128,378 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/16/2024 | | S[1] | | 2,664 | D | $35.35[8] | 125,714 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/16/2024 | | S[(1)] | | 10,440 | D | $36.14[(9)] | 115,274 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[(3)] [(4)(5)] |
| Class A Ordinary Shares, par value $0.05 per share | 05/16/2024 | | S[(1)] | | 1,084 | D | $37.09[(10)] | 114,190 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[(3)] [(4)(5)] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | [(11)] | | | | | | | [(11)] | [(11)] | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[(5)] [(12)] |

**1. Name and Address of Reporting Person***

Wu Lei

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC
4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**1. Name and Address of Reporting Person***

JI XIANG HU TONG HOLDINGS LTD

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

| (Street) | | |
| --- | --- | --- |
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| --- | --- | --- | --- |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

| (Last) | (First) | (Middle) |
| --- | --- | --- |

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

| (Street) | | |
| --- | --- | --- |
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
| --- | --- | --- | --- |
| X | Officer (give title below) | | Other (specify below) |

**Chief Executive Officer**

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $34.6 and the highest price at which shares were sold was $35.59.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $35.6 and the highest price at which shares were sold was $36.3.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $36.74 and the highest price at which shares were sold was $38.6.

8. Represents the weighted average sale price. The lowest price at which shares were sold was $34.86 and the highest price at which shares were sold was $35.84.

9. Represents the weighted average sale price. The lowest price at which shares were sold was $35.86 and the highest price at which shares were sold was $36.80.

10. Represents the weighted average sale price. The lowest price at which shares were sold was $36.86 and the highest price at which shares were sold was $37.35.

11. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

12. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited.

**Remarks:**

| /s/ Lei Wu | 05/17/2024 |
| --- | --- |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/17/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/17/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☒ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Wu Lei | GigaCloud Technology Inc [ GCT ] | X Director  X 10% Owner |
| (Last)  (First)  (Middle) | | X Officer (give title below)  Other (specify below) |
| C/O GIGACLOUD TECHNOLOGY INC  4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year)  05/17/2024 | Chief Executive Officer |
| (Street)  EL MONTE  CA  91731 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | X Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 05/17/2024 | | S[1] | | 2,810 | D | $36.03[2] | 111,380 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/17/2024 | | S[1] | | 10,924 | D | $37.06[6] | 100,456 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |
| Class A Ordinary Shares, par value $0.05 per share | 05/17/2024 | | S[1] | | 456 | D | $37.8[7] | 100,000 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[3] [4][5] |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Ordinary Shares, par value $0.05 per share | (8) | | | | | | | (8) | (8) | Class A Ordinary Shares, par value $0.05 per share | 8,076,732 | | 8,076,732 | I | By Shan Lao Hu Tong LLC and Ji Xiang Hu Tong Holdings Limited[5] (9) |

1. Name and Address of Reporting Person*

**Wu Lei**

(Last)   (First)   (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE   CA   91731

(City)   (State)   (Zip)

Relationship of Reporting Person(s) to Issuer

X  Director          X  10% Owner
X  Officer (give title below)   Other (specify below)
   **Chief Executive Officer**

1. Name and Address of Reporting Person*

**JI XIANG HU TONG HOLDINGS LTD**

(Last)   (First)   (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

EL MONTE   CA   91731

(City)   (State)   (Zip)

Relationship of Reporting Person(s) to Issuer

X  Director          X  10% Owner
X  Officer (give title below)   Other (specify below)
   **Chief Executive Officer**

1. Name and Address of Reporting Person*

**SHAN LAO HU TONG LLC**

(Last)   (First)   (Middle)

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

| (Street) | | |
|---|---|---|
| EL MONTE | CA | 91731 |
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| X | Director | X | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |
| | Chief Executive Officer | | |

**Explanation of Responses:**

1. The shares were sold pursuant to the 10b5-1 plans.

2. Represents the weighted average sale price. The lowest price at which shares were sold was $35.56 and the highest price at which shares were sold was $36.53.

3. Lei Wu ("Mr. Wu") is the sole member and sole manager of a limited liability company, Shan Lao Hu Tong LLC, that is the sole shareholder of Ji Xiang Hu Tong Holdings Limited. As a result of these relationships, Mr. Wu may be deemed to be an indirect beneficial owner of the securities held by Ji Xiang Hu Tong Holdings Limited.

4. Represents Class A ordinary shares, par value of US$0.05 per share, of the Issuer ("Class A Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited.

5. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

6. Represents the weighted average sale price. The lowest price at which shares were sold was $36.56 and the highest price at which shares were sold was $37.50.

7. Represents the weighted average sale price. The lowest price at which shares were sold was $37.7 and the highest price at which shares were sold was $37.98.

8. The Class B Ordinary Shares are convertible at any time at the option of the holder into an equal number of Class A Ordinary Shares at no cost.

9. Represents Class B ordinary shares, par value of US$0.05 per share, of the Issuer ("Class B Ordinary Shares") directly held by Ji Xiang Hu Tong Holdings Limited.

**Remarks:**

| | |
|---|---|
| /s/ Lei Wu | 05/21/2024 |
| /s/ Lei Wu, for Ji Xiang Hu Tong Holdings Limited, By: Lei Wu, its director | 05/21/2024 |
| /s/ Lei Wu, for Shan Lao Hu Tong LLC, By: Lei Wu, its sole member | 05/21/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**