# EXHIBIT 17

SEC Form 4

## FORM 4

| | | |
|---|---|---|
| [ ] | Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | |

Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> WAN XIN | 2. Issuer Name **and** Ticker or Trading Symbol <br> GigaCloud Technology Inc [ GCT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) <br> 03/28/2024 | Director ___ 10% Owner <br> X Officer (give title below) ___ Other (specify below) <br> **Chief Technology Officer** |
| (Street) <br> EL MONTE CA 91731 <br> (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 03/28/2024 | | S | | 44,000 | D | $26.8132 | 1,053,540 | I | By Dongsi Tou Tiao Limited[1] |
| Class A Ordinary Shares, par value $0.05 per share | 03/28/2024 | | S | | 42,000 | D | $27.8807 | 1,011,540 | I | By Dongsi Tou Tiao Limited[1] |
| Class A Ordinary Shares, par value $0.05 per share | 03/28/2024 | | S | | 64,000 | D | $27.1553 | 947,540 | I | By Dongsi Tou Tiao Limited[1] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents Class A Ordinary Shares held by Dongsi Tou Tiao Limited, a company incorporated in British Virgin Islands, for Mr. Xin Wan ("Mr. Wan"). Dongsi Tou Tiao Limited is controlled and managed by Dongsi Tou Tiao Trust, a trust established under a trust deed dated July 13, 2021 between GigaCloud Technology Inc and Futu Trustee as trustee. The trust's beneficiaries are certain directors and executive officers of the Issuer, including Mr. Xin Wan, who are the participants of the Issuer's 2008 Share Incentive Plan and 2017 Share Incentive Plan. The trust deed provides that the trustee shall not exercise the voting rights attached to the Issuer's shares held by Dongsi Tou Tiao Limited, or the investment and dispositive power, unless otherwise directed by the advisory committee of the trust. Mr. Wan disclaims the beneficial ownership of the Issuer's shares held by Dongsi Tou Tiao Limited, except to the extent of any pecuniary interest therein.

**Remarks:**

/s/ David Kwok Hei Lau,       04/01/2024
Attorney-in-fact

\*\* Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| | **OMB APPROVAL** |
| | OMB Number: 3235-0287 |
| | Estimated average burden hours per response: 0.5 |

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **WAN XIN** | **GigaCloud Technology Inc** [ GCT ] | Director ___ 10% Owner ___ <br> X Officer (give title below) ___ Other (specify below) ___ |
| (Last) (First) (Middle) <br> C/O GIGACLOUD TECHNOLOGY INC <br> 4388 SHIRLEY AVENUE | 3. Date of Earliest Transaction (Month/Day/Year) <br> 04/10/2024 | **Chief Technology Officer** |
| (Street) <br> EL MONTE   CA   91731 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> ___ Form filed by One Reporting Person <br> X Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Ordinary Shares, par value $0.05 per share | 04/10/2024 | | A | | 10,000 | A | $0[1] | 10,000 | I | By FAITHFUL WINNER HOLDINGS LIMITED[2] [3] |
| Class A Ordinary Shares, par value $0.05 per share | | | | | | | | 947,540 | I | By Dongsi Tou Tiao Limited[4] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Share Units | [5] | 04/10/2024 | | A | | 10,000 | | [6] | [6] | Class A Ordinary Shares, par value $0.05 per share | 10,000 | $0 | 10,000 | I | By FAITHFUL WINNER HOLDINGS LIMITED[2] [3] |

| 1. Name and Address of Reporting Person* |
|---|
| **WAN XIN** |
| (Last) (First) (Middle) |
| C/O GIGACLOUD TECHNOLOGY INC |
| 4388 SHIRLEY AVENUE |

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Technology Officer

1. Name and Address of Reporting Person*

**FAITHFUL WINNER HOLDINGS LTD**

| (Last) | (First) | (Middle) |
|---|---|---|

C/O GIGACLOUD TECHNOLOGY INC

4388 SHIRLEY AVENUE

(Street)

| EL MONTE | CA | 91731 |
|---|---|---|
| (City) | (State) | (Zip) |

Relationship of Reporting Person(s) to Issuer

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Technology Officer

**Explanation of Responses:**

1. Represents Issuer's Class A ordinary shares issued pursuant to restricted share units granted to the Reporting Person under the Issuer's 2017 share incentive plan.

2. This report shall not be deemed an admission that any of the reporting persons is the beneficial owner of such securities for purposes of Section 16 of Securities Exchange Act of 1934, as amended, or for any other purpose.

3. The securities are directly held by FAITHFUL WINNER HOLDINGS LIMITED. Xin Wan is the sole shareholder and sole director of FAITHFUL WINNER HOLDINGS LIMITED and may be deemed to be an indirect beneficial owner of the securities held by FAITHFUL WINNER HOLDINGS LIMITED.

4. Represents Class A Ordinary Shares held by Dongsi Tou Tiao Limited, a company incorporated in British Virgin Islands, for Mr. Xin Wan ("Mr. Wan"). Dongsi Tou Tiao Limited is controlled and managed by Dongsi Tou Tiao Trust, a trust established under a trust deed dated July 13, 2021 between GigaCloud Technology Inc and Futu Trustee as trustee. The trust's beneficiaries are certain directors and executive officers of the Issuer, including Mr. Xin Wan, who are the participants of the Issuer's 2008 Share Incentive Plan and 2017 Share Incentive Plan. The trust deed provides that the trustee shall not exercise the voting rights attached to the Issuer's shares held by Dongsi Tou Tiao Limited, or the investment and dispositive power, unless otherwise directed by the advisory committee of the trust.

5. Each Restricted Share Unit ("RSU") represents a contingent right to receive one share of Class A ordinary shares of the Issuer when vested.

6. The RSUs will be vested at the end of the twelve (12)-month period commencing from the date of grant, subject to continuous service. Vested shares will be delivered to the reporting person following vesting.

**Remarks:**

Exhibit 24 - Power of Attorney.

| /s/ David Kwok Hei Lau, Attorney-in-fact, for each of the reporting persons named herein | 04/12/2024 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**