# EXHIBIT 19

α

# GigaCloud Technology: Strong Buy With Short Squeeze Potential (SA Quant)

May 31, 2024 6:00 AM ET | **GigaCloud Technology Inc. (GCT) Stock** | 300 Comments | 8 Likes

 **Steven Cress, Quant Team**
`SA Quant Strategist`

## Summary

GigaCloud, a Top Quant Stock for 2024, is up 67% YTD, and investors betting against it may face a potential short squeeze death grip after a Grizzly Research short report.

GigaCloud, a small-cap B2B e-commerce stock, is up ~360% in the past year, and has delivered explosive growth in sales and profitability.

The stock exhibits strong growth potential, solid investment fundamentals, and is trading at an attractive valuation.

The SA Quant Team remains confident in its Strong Buy rating despite the claims in the new short report.



**Vertigo3d**

GigaCloud Technology (NASDAQ:GCT) was one of our Top Stocks for 2024. Recently, the stock took a hit after the release of a short report by Grizzly Research but recovered after a company statement refuting the allegations. GCT has delivered explosive growth in sales and profits, exhibits strong investment fundamentals, and is trading at an attractive valuation. GCT is up ~360% in the past year and nearly 300% since a September 2023 short report issued by Culper Research. After reviewing the new Grizzly Research short report, the SA Quant Team stands by its Strong Buy rating on GigaCloud. GCT's strong investment fundamentals and earnings growth potential have withstood previous short reports. If the company continues to grow, its solid fundamentals are likely to attract investors and fuel the share price. This article reviews GCT's quant factor grades and earnings results, key claims in the Grizzly report, and the stock's short squeeze potential.

## GCT: Booming B2B E-Commerce Stock

GigaCloud is a B2B E-commerce and logistics company that focuses on big, bulky, non-standard products. GCT, headquartered in the U.S., has over 1,600 employees, including 966 based in China. GCT is up ~360% in the past twelve months and 67% YTD and remains the #1 Quant-rated stock in the Consumer Discretionary sector (as of 5/29/24). Despite its slide in share price on news of the short report, GCT's Strong Buy Quant Rating is driven by 'A+' grades in Growth, Momentum, and EPS Revisions and a 'B-' in Profitability and Valuation. GCT has bullish ratings from Seeking Alpha and sell-side analysts. Wall Street analysts' average price target suggests that the stock has an upside potential of over 65%.



GCT Factor Grades (SA Premium)

GigaCloud's Q124 EPS of $0.84 beat by $0.33, and revenue of $251.08M (+96.5% YoY) beat by $8.08M, and guidance expects Q2 revenue between $265M - $285M. According to consensus estimates, GCT EPS is expected to rise 48% in the second quarter, with Fiscal Year 2024 EPS projected to grow more than 30% and revenue +60%. GCT showcases an 'A+' Growth Grade that includes year-over-year revenue growth of 63% vs. the sector median of 2%; forward EBIT is +186%, and forward EPS is +178%. Forward Revenue Growth is at +40%, and FWD EPS Diluted Growth is +85%, more than 3,000% above the sector.

## GCT Growth Grade   A+

| | Sector Relative Grade | GCT | Sector Median | % Diff. to Sector |
|---|---|---|---|---|
| Revenue Growth (YoY) | A+ | 63.65% | 2.19% | 2,806.01% |
| Revenue Growth (FWD) | A+ | 40.56% | 3.60% | 1,027.38% |
| EBITDA Growth (YoY) | A+ | 187.83% | 0.61% | 30,548.01% |
| EBITDA Growth (FWD) | A+ | 78.52% | 3.76% | 1,986.41% |
| EBIT Growth (YoY) | A+ | 186.98% | 0.06% | 287,693.03% |
| EBIT Growth (FWD) | A+ | 77.28% | 3.19% | 2,323.68% |
| EPS Diluted Growth (YoY) | A+ | 178.80% | 5.11% | 3,398.66% |
| EPS Diluted Growth (FWD) | A+ | 85.66% | 2.68% | 3,095.78% |
| EPS GAAP Growth (YoY) | A+ | 283.33% | 1.78% | 15,827.80% |
| EPS GAAP Growth (FWD) | A+ | 85.66% | 5.89% | 1,353.23% |

GCT Growth Grade (SA Premium)

# Key Grizzly Report Claims & GCT Short Squeeze Potential

The short interest as a percentage of float for GCT at 18.92% is not nearly as high as GameStop (GME) back in January 2021. Approximately 140% of GameStop's publicly traded shares were sold short. The scramble to buy shares to cover these short positions sent the GME stock price soaring. The short squeeze was primarily initiated by users of the Reddit forum r/wallstreetbets, although several hedge funds also got involved. According to SA Quant Ratings and Factor Grades, GigaCloud Technology has stronger investment fundamentals and traits historically associated with stronger returns than GameStop did in 2021.

GameStop Quant Rating and Factor Grades Beginning of January 2021

| Date | Quant Rating | Quant Score | Valuation | Growth | Profitability | Momentum | EPS Rev. |
|------|--------------|-------------|-----------|--------|---------------|----------|----------|
| 01/07/2021 | HOLD | 3.48 | B+ | F | D | A+ | C |
| 01/06/2021 | HOLD | 3.47 | B+ | F | D | A+ | C |
| 01/05/2021 | HOLD | 3.47 | B | F | D | A+ | C |
| 01/04/2021 | HOLD | 3.47 | B | F | D | A+ | C- |

GME Quant Rating and Factor Grades in January of 2021 (SA Premium)

Initially released in September, allegations from the Culper Research Short Report resurfaced when GCT delayed the filing of its FY23 10K. In November, GCT said an independent review by two reputable U.S.-based organizations concluded that the Culper claims were not substantiated. Seeking Alpha's Quant Team specifically looked into Culper's allegations that GCT warehouse, shipping, and staffing levels did not support stated revenue figures. In April, the Quant Team conducted a site visit to a 300,000-square-foot GCT facility in New Jersey. The team was impressed with the high-quality warehouse, well-run operations, and high space utilization. SA's Quant Team felt comfortable that the size of inventory and shipping activities were in line with GigaCloud's stated revenue and 10-K filing.

On a number of occasions, Grizzly has misfired in its bid to short other stocks, including PDD Holdings (PDD) in a September 2023 report, characterizing the firm as a "dying fraudulent company." In December 2023, PDD surpassed Alibaba (BABA) as the most valuable Chinese e-commerce firm. PDD is up over 45% since Grizzly's short recommendation. SA Quant also selected PDD as one of its Top Strong Buys in January 2023, up 75%. In another example, Celsius Holdings (CELH) is up more than 1100% since Grizzly issued a short report on the stock in 2020.

Seeking Alpha's Quant Team faced a similar situation when a Spruce Point Management short report published about Super Micro Computer on January 10, 2023, caused the stock to decline. SMCI was the quant team's #1 stock pick for 2023. The Spruce short report on SMCI alleged insider stock sales, inaccurate accounting and earnings figures, and inflated revenue targets. At the time, in a follow-up on SMCI, we wrote that it could be a short squeeze death grip, meaning when hedge funds shorting the stock try to cover at the same time and there is not enough supply, it becomes a death grip. Despite SMCI's decline on news of the short report, Super Micro Computer has rallied +950% and continues to have bullish momentum and incredible growth.

Based on feedback from many investors, two claims in the Grizzly report that appear most concerning include:

Website traffic does not support GCT's growth figures.

A significant increase in insider sales is a "red flag."

## Website Traffic

The Grizzly report said GigaCloud's B2B Marketplace (GigaB2B.com) only has approximately 50 organic site visits per month. However, Grizzly, in its report omits key traffic flow figures. According to data from Semrush, the same third-party site analyzer cited by Grizzly, GigaB2B had 130,000 total visits and 11,000 unique visitors in April 2024. GCT, in a statement, said the company's marketplace is a B2B platform, not a consumer-direct business. Unlike a consumer-direct business, GCT's business model is to sell in volume to a smaller number of customers. GCT said the level of website traffic is fully consistent with the number of stated active buyers (5,439 as of Q124).

## Insider Selling

The Grizzly report noted that GCT executives sold a significant amount of shares after the fiscal year and Q124 filings. CEO Larry Wu sold about $45 million worth of shares since March, accounting for only 13% of his total shares. Moreover, Wu still owns 20% of the company's total outstanding shares. Wu began selling shares for the first time in March 2024 in connection with a set plan dated Dec 29, 2023, in accordance with SEC rule 10b5-1(C), which requires a cooling-off period as part of an effort to enhance investor protections. According to FW Cook, the median CEO pay for FY 2022 for S&P 500 CEOs was $14.2 million, and according to the AFL-CIO, it was $16.7 million. According to a proxy statement filed in April, Wu's total salary/compensation in FY 2023 was $287,166. GigaCloud's market cap in FY23 rose from $231M to $753.45M.

Many investors become emotional and nervous when C-level executives sell shares. From a data-driven, statistical perspective, Quant backtests have indicated that insider sales are not a reliable predictor of future performance. Stock options are part of an executive's compensation package, it is not their investment in the company, and it is not unusual for senior management to regularly cash in their shares as a way of redeeming their compensation. By way of example, in 2010, Jeff Bezos unloaded a total of 6 million shares for a pre-tax total of $793M. In 2013, Mark Zuckerberg sold $1B in stock. In the last 10 years, Amazon is up 1056%, and Meta is up 665%.

## GCT Stock Risk

Although they do not fall under one of the five factor grades, risk and size are two metrics factored into a stock's Quant Rating. GigaCloud faces risks associated with many fast-growing small-cap stocks. GigaCloud's stock has been volatile, with a 24-month beta of 2.16. GCT has $264.53M in cash on the balance sheet and $470.51M in debt with a D/E ratio of 148%. However, nearly all of GCT's debt is related to leases. GCT's covered ratio of a mind-boggling 107x indicates the company's operating income is more than sufficient to cover debt. In its 10K filing, GigaCloud details the financial, legal, and geopolitical risks associated with doing business in China. Availability of cash generated in China, loans, and direct investments could be restricted or limited by Chinese government regulations. The trade war between Washington and Beijing may lead to additional U.S. tariffs on goods from GCT suppliers. Chinese regulators extending oversight to Hong Kong, where the GigaCloud Marketplace server is located, would materially affect business operations.

## Concluding Summary

Grizzly employees and/or their associates are short GigaCloud Technology. A number of hedge funds have also shorted GCT. According to MarketBeat, as of April 30th, traders have sold 3,290,000 shares of GCT short, and companies with more than 20% short interest indicate the potential for widespread negative sentiment; 18.92% of GigaCloud Technology's shares are currently sold short, a significantly high level for a short position. If hedge funds hurry to cover their positions, there's a strong possibility the stock could experience a short squeeze. If GigaCloud continues to report revenues and earnings that beat analysts' expectations or report financials stronger than previous years, these hedge funds could face a potential short squeeze.

On a number of occasions, Grizzly has misfired in its bid to short other stocks, including PDD Holdings (PDD) in September 2023, which is up 44% since the research firm's short recommendation. SA Quant also selected PDD as one of its Top Strong Buys in January 2023, up 75%. In another example, Celsius Holdings (CELH) is up more than 1100% since Grizzly issued a short report on the stock in 2020. A similar Spruce management short report on SMCI caused the stock to decline in January of 2023. The SA Quant Team said investors betting against SMCI could face a short squeeze death grip. SMCI rallied +950% and continues to have Bullish momentum and incredible growth.

The Grizzly short report's most concerning claims include GCT's website traffic allegedly does not support revenue figures and business activity; and senior executives, including CEO Larry Wu selling stock was a "red flag." However, the Grizzly report omitted key traffic flow figures and GCT said the website traffic is in line with the company's B2B business model. Wu has sold 13% of the total shares he owned, in accordance with a predetermined plan after a cooling-off period, and still owns 20% of GigaCloud's total outstanding shares.

GigaCloud is a fast-growing B2B e-commerce stock, selected as a Top Quant Stock for 2024, up ~360% in the past year, and has delivered explosive growth in sales and profitability. The stock continues to exhibit strong growth potential, solid investment fundamentals, and is trading at an attractive valuation. SA's Quant Team remains confident in its Strong Buy rating on GCT. If you're seeking a limited number of monthly ideas from the hundreds of top quant Strong Buy rated stocks, the Quant Team's best-of-the-best, consider exploring Alpha Picks.
I am Steven Cress, Head of Quantitative Strategies at Seeking Alpha. I manage the quant ratings and factor grades on stocks and ETFs in Seeking Alpha Premium. I also lead Alpha Picks, which selects the two most attractive stocks to buy each month, and also determines when to sell them.

This article was written by

 **Steven Cress, Quant Team**
48.68K Followers

Steven Cress is VP of Quantitative Strategy and Market Data at Seeking Alpha. Steve is also the creator of the platform's quantitative stock rating system and many of the analytical tools on Seeking Alpha. His contributions form the

Show More

**Analyst's Disclosure:** I/we have no stock, option or similar derivative position in any of the companies mentioned, and no plans to initiate any such positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it. I have no business relationship with any company whose stock is mentioned in this article.

**Seeking Alpha's Disclosure:** Past performance is no guarantee of future results. No recommendation or advice is being given that any particular security, portfolio, transaction or investment strategy is suitable for any specific person. The author is not advising you personally concerning the nature, potential, value or suitability of any particular security or other matter. You alone are solely responsible for determining whether any investment, security or strategy, or any product or service, is appropriate or suitable for you based on your investment objectives and personal and financial situation. Steven Cress is the Head of Quantitative Strategy at Seeking Alpha. Any views or opinions expressed herein may not reflect those of Seeking Alpha as a whole. Seeking Alpha is not a licensed securities dealer, broker or US investment adviser or investment bank.

# Comments (300)

Sort by   Newest   ▼   ⋮