# EXHIBIT 20

# Contents

02    GCT - Q2 2022 Earnings Call 30September2022 830 AM ET CORRECTED TRANSCRIPT - 30-Sep-22

30-Sep-2022

# GigaCloud Technology, Inc. (GCT)

**Q2 2022 Earnings Call**

Total Pages: 8
Copyright © 2001-2022 FactSet CallStreet, LLC

## GigaCloud Technology, Inc. *(GCT)*
Q2 2022 Earnings Call

**Corrected Transcript**
30-Sep-2022

# CORPORATE PARTICIPANTS

**Larry Lei Wu**
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

**Kwok Hei David Lau**
*Chief Financial Officer, GigaCloud Technology, Inc.*

# OTHER PARTICIPANTS

**Rommel Dionisio**
*Analyst, Aegis Capital Corp.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Ladies and gentlemen, thank you for standing by. Welcome to GigaCloud Technology's Second Quarter 2022 Earnings Conference Call. During today's call, all participants will be in a listen-only mode. This conference is being recorded today, Friday, September 30, 2022.

Joining us today from GigaCloud Technology are the company's Founder, Chairman of the Board of Director, and Chief Executive Officer, Mr. Larry Lei Wu; the company's Chief Financial Officer, Mr. David Lau. On our call today, Mr. Wu will give you an overview of the company's performance; Mr. Lau will share the details of the company's operational and financial results. After that, we will conduct a question-and-answer session to take your questions.

Before we continue, I'd like to remind you that some information discussed on this call will contain certain forward-looking statements. These forward-looking statements involve known and unknown risks and uncertainties. Although the company believes that expectations expressed in these forward-looking statements are reasonable, it cannot assure you that such expectations will turn out to be correct and the company cautions investors that actual results may differ materially from the anticipated results, and encourages investors to review other factors that may affect this future results in the company's registration statement and other filings with the SEC.

This call includes discussion of certain non-GAAP financial measures, such as adjusted EBITDA. Please refer to our earnings press release for more information on the non-GAAP financial measures.

With that, I'll now turn the call over to Mr. Wu, the company's Founder, Chairman of the Board of Directors and Chief Executive Officer. Mr. Wu, please go ahead.

## Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

Thank you, operator, and everyone for joining GigaCloud's second quarter of 2022 earnings conference call today. We are pleased to deliver a robust financial and operational result in our first quarterly earnings release as



# GigaCloud Technology, Inc. *(GCT)*

Q2 2022 Earnings Call

 Corrected Transcript

30-Sep-2022

a public company. Our Nasdaq listing in August represented a key milestone for our company and the years of hard work, commitment and dedication from our shareholders, management team and employees.

Despite the macroeconomic challenges that we faced, we continued to deliver a solid year-over-year revenue and GMV growth. We are proactively adjusting our operations to adapt to these challenges and continued to focus on our long-term strategy by strengthening our capabilities to create value for our customers. By leveraging our data driven technology and our logistic solutions, we are well positioned to increase our overall market share in the B2B large parcel market.

Thank you for your continued support to the company. Next, I will turn the call over to our Chief Financial Officer, Mr. Lau, for a closer review of our operational and financial results. Mr. Lau, please go ahead.

## Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

Thank you, Larry, and good morning, everybody. Now, I'll go over our operational and financial results. Our GigaCloud Marketplace GMV was $458.8 million in the 12 months ended June 30, 2022 and that's up 43.8% year-over-year. We had 452 active 3P sellers in the 12 months ended June 30, 2022, and that's up 67.4% year-over-year. We have 4,061 active buyers in the 12 months ended June 30, 2022, up 58.9% year-over-year. Spend per active buyer was $112,987 in the 12 months ended June 30, 2022, and that's down 9.5% year-over-year. Our 3P seller GigaCloud Marketplace GMV was $196.7 million in the 12 months ended June 30, 2022, and that's up 71.1% year-over-year.

Now, let's look at our financial results for the second quarter of 2022. Total revenues were $124 million for the second quarter of 2022, and that's up 11% year-over-year. That's mainly due to increase in our service revenue from GigaCloud 3P and product revenue from our GigaCloud 1P, but partially offset by the decrease in product revenue from our off-platform ecommerce channel.

Service revenue from GigaCloud 3P was $32.8 million in the second quarter of 2022, up 39.4% year-over-year. And that's primarily due to an increase in revenues from our last-mile delivery fees and fulfillment fees for other freight services, such as delivery of products via our ocean transportation services.

Product revenue from GigaCloud 1P was $60.7 million in the second quarter of 2022, and that's up 15.4% year-over-year, mainly due to an increase in the number of active buyers and better selection of products catering to buyers' preferences. Product revenue from off-platform ecommerce was $30.5 million in the second quarter of 2022, and that's down 14.4% year-over-year, primarily due to an overall decrease in sales on certain third-party off-platform ecommerce as consumer demand slowed down on such platform.

Cost of revenues was $107 million in the second quarter of 2022, up 29.1% year-over-year, primarily due to an increase in ocean freight costs compared to the second quarter of 2021, and such increase is expected to stabilize in the rest of 2022.

Gross profit was $17 million in the second quarter of 2022, down 41.1% year-over-year. Gross margin was 13.7% in the second quarter of 2022, compared to 25.9% in the second quarter of 2021.

Total operating expenses were $8.8 million in the second quarter of 2022, down 28.3% year-over-year. Selling and marketing expenses were $5.5 million in the second quarter of 2022, down 20.2% year-over-year, primarily due to a decrease in staff costs as the sales commission decreased. General and admin expenses were $3.3

# GigaCloud Technology, Inc. *(GCT)*
## Q2 2022 Earnings Call

 Corrected Transcript
30-Sep-2022

---

million in the second quarter of 2022, down 38.6% year-over-year, primarily due to a decrease in our professional services fees.

Operating income was $8.2 million in the second quarter of 2022, down 50.5% year-over-year. Net income was $6.1 million with a basic and diluted earnings per share of $0.15 in the second quarter of 2022, compared to a net income of $13.6 million with a basic and diluted earnings per share of $0.43 in the second quarter of 2021. Adjusted EBITDA was $7.8 million in the second quarter 2022, compared to $16.6 million in the second quarter of 2021.

So now let's look at the financials on a six-month ended basis. Total revenues were $236.5 million in the six months ended June 30, 2022, up 14.6% year-over-year, primarily due to an increase in service revenues from our GigaCloud 3P and product revenues from our GigaCloud 1P, but partially offset by the decrease in product revenue from our off-platform ecommerce.

Service revenue from GigaCloud 3P was $64 million in the six months ended June 30, 2022, up 45.7% year-over-year, primarily due to an increase in revenues from our last-mile delivery fees and fulfillment fees for other freight services such as delivery of products via ocean transportation.

Product revenue from GigaCloud 1P was $115 million in the six months ended June 30, 2022, up 21.2% year-over-year, primarily due to an increase in the number of active buyers and our better selection of products catering to buyers' preferences.

Product revenue from off-platform ecommerce was $57.4 million in the six months ended June 30, 2022, down 14.9% year-over-year, primarily due to an overall decrease in sales on certain third-party off-platform ecommerce as consumer demand slowed down on such platform.

Cost of revenues was $202.6 million in the six months ended June 30, 2022, up 29.4% year-over-year, primarily due to an increase in ocean freight costs compared to the six months ended June 30, 2021, and such increase is expected to stabilize in the rest of 2022.

Gross profit was $33.9 million in the six months ended June 30, 2022, down 31.9% year-over-year. Gross margin was 14.3% in the six months ended June 30, 2022, compared to 24.1% in the same period of 2021.

Total operating expenses were $18.2 million in the six months ended June 30, 2022, down 19.4% year-over-year. Selling and marketing expenses were $11 million in the six months ended June 30, 2022, down 22.4% year-over-year and primarily due to a decrease in staff costs as the sales commission decreased. General and admin expenses were $7.2 million in the six months ended June 30, 2022, down 14.4% year-over-year, primarily due to a decrease in our professional services fees.

Operating income was $15.7 million in the six months ended June 30, 2022, down 42.3% year-over-year. Net income was $10.8 million with a basic and diluted earnings per share of $0.28 in the six months ended June 30, 2022, compared to a net income of $21.6 million with a basic and diluted earnings per share of $0.67 in the same period of 2021.

Adjusted EBITDA was $14.7 million in the six months ended June 30, 2022, compared to a $26.7 million in the same period of 2021. As of June 30, 2022, the company had cash of $49.2 million, with a restricted cash of $1.5 million. Net cash used in our operating activities was $10.3 million in the six months ended June 30, 2022,

---

## GigaCloud Technology, Inc. *(GCT)*
Q2 2022 Earnings Call



Corrected Transcript
30-Sep-2022

compared to $11.7 million in the six months ended June 30, 2021. Net cash used in investing activities was $0.1 million in the six months ended June 30, 2022, compared to $0.6 million in the six months ended June 30, 2021.

Net cash used in financing activities was $0.6 million in the six months ended June 30, 2022, compared to $0.9 million in the six months ended June 30, 2021. We remain confident in our business and our potential to grow, and we expect our total revenues to be between $122 million and $127 million for the next quarter.

Now, I'd like to turn the call over to the operator for a questions-and-answer session, please. Thank you.

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. Ladies and gentlemen, we will now begin the question-and-answer session. [Operator Instructions] Our first question comes from the line of Rommel Dionisio from Aegis Capital. Please go ahead, Rommel.

**Rommel Dionisio**
*Analyst, Aegis Capital Corp.*

Q

Good morning and thanks for taking my question. Just a question on – just the overall consumer spending environment, consumer demand for the furniture and home furnishings industry, in these last several months, there's a lot of talk about the housing market softening, obviously, inflationary concerns, which you did discuss in the prepared comments. But I wonder if you could just give us a little more color in terms of is there another leg down potentially on the home furnishings market should the housing market see a slowdown. Thank you.

**Larry Lei Wu**
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Yeah. I think we're seeing the consumer spending is softening, especially for home furnishing products because of the housing market [ph] is cooling (00:12:34) down. We expect that environment will continue. But our focus is mainly focused on introducing more products for our 1P business as well as some more market participants for our 3P business to overcome that strong headwinds. And by doing that, we are confident we'll continue to gain market share despite the very strong macroeconomic headwinds that still give reasonably strong growth of – for our performance.

**Rommel Dionisio**
*Analyst, Aegis Capital Corp.*

Q

Great. Okay. And maybe just one follow-up, in the – you talked about, in the third quarter, expecting to incur share-based compensation expense that will be recognized in the third quarter relating to share awards. Is it possible to quantify approximately what that amount might be at this point?

**Kwok Hei David Lau**
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Yeah. So, we actually – so this is David. So, we actually...

**Rommel Dionisio**
*Analyst, Aegis Capital Corp.*

Q

Hi.

## GigaCloud Technology, Inc. *(GCT)*
Q2 2022 Earnings Call

Corrected Transcript
30-Sep-2022

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

...did disclose that. Hey. We disclosed that in our prospectus. If I recall that number correctly, it's somewhere in the neighborhood of around $9 million. So, I think that's probably a good benchmark.

### Rommel Dionisio
*Analyst, Aegis Capital Corp.*

Q

Okay. Perfect. Thanks very much. Congratulations on the quarter.

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Thank you. Thanks for joining us.

**Operator**: Thank you for your question. Our next question comes from the line of [ph] Joseph Lee (00:14:06). Please ask your question, [ph] Joseph (00:14:08).

Q

Thanks for taking the questions. I have two questions today. We are seeing the company's GMV increased over 40%, buyer and the seller base both increased over 50%. Can you share the story behind the strong growth? And my second question is, can you talk about – a little bit more about the strategies for maintaining and growing your buyer and seller base for the remainder of 2022? Thanks.

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Sure. Sorry. Can I just make sure I got your question correctly? So did you say, do we expect our GMV to continue to grow as the same rate that we're experiencing today? I just want to make sure I caught your question correctly.

Q

Okay. I can repeat my first question. It's about your GMV increased over 40%. So, the buyer and seller base both over 50% and my question is can you share the story behind this strong growth?

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Yeah. I think right now and I'll give it a go, Larry, and see if you want to add to that. I think right now, we started the business with the platform in 2019. We've ran this close to getting into our fourth year now. And when we start building up this platform, we're basically trying to revolutionize how to transact on a cross-border basis without the hassle of seller have to worry about kind of the logistic part of that trade. And I think when we start building that story, people starting to appreciate that. And when users are getting that experience and that really scaled up our business, so we picked up a lot of this momentum when users starting to appreciate the services that we offer. And that same goes to the user base. The number of active users that you pointed out, I think that's also a testament of the services offering that we provided, the seamless logistics services, the warehousing that we

# GigaCloud Technology, Inc. *(GCT)*
Q2 2022 Earnings Call

**C** Corrected Transcript
30-Sep-2022

provide, and the cloud storage offering solutions that we provide, all helped us to build that propositions to all the active users that is enjoying the business that they're using from us.

---

## Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Yeah. I think – yeah, I think David's right. I think what you can see is we have a pretty strong growth of our marketplace participant, although actually the average spending of the buyer is slowing down a little bit, which is a result of the macroeconomic challenge I just talked about. It tells you that on average, every item being sold on marketplace is generating less revenue because of consumer just spending less. But the bright side of the story is the whole idea of having [indiscernible] (00:17:24) model is trying to improve the efficiency of the supply chain, which is getting more attention when people are facing this macroeconomic headwind. So that's just benefiting our business model by giving us result of the both buyer and seller growth was pretty strong. Thank you.

---

Q

Thank you so much.

---

**Operator**: Thank you. Our next question comes from the line of [indiscernible] (00:18:04). Please ask your question. [ph] Ashley (00:18:14), your line is open. Please ask your question.

---

Q

Hi. Good morning and thank you for taking my questions. I have two questions today. I know GigaCloud's revenue growth has been very solid this year. So my first question is can you share a little bit more about the outlook for the second half year? And my second question is about your expansion. Do you plan to further expand your business in the US or if there are any potential countries you're interested in? Thank you.

---

## Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Sure. We expect the revenue growth for the second half of the year to remain at the current momentum that we're experiencing. Just like what kind of Larry – Larry had talked about and some of the things that I pointed out, I think we're seeing a lot of momentum, particularly on the 3P side as we continue to scale. If you look at what we disclosed from an operational point of view, you see that our 3P business has continued growing at a very high speed and a very strong growth. So, we expect this continue to grow, at least with the current momentum for the second half of the year.

In terms of expansion, obviously, right now, US continues to be our core market, but we do have businesses in other parts outside of the US. So we do see there are expansion areas that we can improve on and then I think US will continue to be an area where we're going to continue to focus our investment on.

---

## Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Yeah. The main reason I think – I'm not sure everyone noticed that – for the market, we have operation outside the US, including Japan and the UK and Germany, actually the currency depreciated more than 30% in the past 12 months. Obviously, it's not the most favorable time to expand in those markets. So although we have multinational footprint enable us to expand globally, but right now, I think more focus is on US market, and we will

---

# GigaCloud Technology, Inc. *(GCT)*
Q2 2022 Earnings Call

**C** Corrected Transcript
30-Sep-2022

be waiting for a better time to initiate more aggressive expansion in the market out of the US when the macroeconomic environment improves. Thank you.

Q

Thank you.

**Operator:** All right. Thank you. [Operator Instructions] All right. There are no further question. Now, let me turn the call back to Mr. Lau for closing remarks.

## Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

Sure, and thanks, everybody, for joining this conference call. If you have any questions, please contact us through email and our management team will respond to your question as soon as possible. We appreciate your interest in supporting GigaCloud and we look forward to speaking with you again next time. Thank you very much.

**Operator:** Thank you again for attending GigaCloud second quarter of 2022 earnings conference call. This concludes our call today, and we thank you all for listening in. Goodbye.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.