# EXHIBIT 21

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of September 2022**

**Commission File Number: 001-41454**

# GigaCloud Technology Inc

**Unit A, 12/F, Shun Ho Tower**
**24-30 Ice House Street**
**Central, Hong Kong**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Date: September 30, 2022

GigaCloud Technology Inc

By:    /s/ Larry Lei Wu

Name:   Larry Lei Wu
Title:   Chairman of the Board of Directors and
          Chief Executive Officer

[Signature Page to Form 6-K]

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release |

**Exhibit 99.1**

**GigaCloud Technology Inc Announces Second Quarter 2022 Financial Results**

Hong Kong, September 30, 2022 (GLOBE NEWSWIRE) — GigaCloud Technology Inc (Nasdaq: GCT) ("GigaCloud" or the "Company"), a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise, today announced its unaudited financial results for the quarter and six months ended June 30, 2022.

Mr. Larry Lei Wu, Founder, Chairman of the Board of Director and Chief Executive Officer of GigaCloud, commented, "We are pleased to deliver a robust financial and operational results in our first quarterly earnings release as a public company. Our Nasdaq listing in August represented a key milestone for our Company and years of hard-work, commitment and dedication from our shareholders, management team and employees. Despite the macroeconomic challenges that we faced, we continued to deliver a solid year over year revenue and GMV growth. We are proactively adjusting our operations to adapt to these challenges and continued to focus on our long-term strategy by strengthening our capabilities to create value for our customers. By leveraging our data driven technology and our logistic solutions, we are well positioned to increase our overall market share in the B2B large parcel market."

Mr. David Lau, Chief Financial Officer of GigaCloud, added, "We are pleased to see topline growth despite a quarter of supply chain challenges. This is attributable to the Company's effort to continue attracting more buyers and sellers as demand continues to rise for large parcel sales and deliveries. Through real-time visibility of our operations, there are signs of supply chain normalization, and our ability to manage the logistics obstacles and offer solutions to our customers will support us through short-term challenges and position us better for long-term growth."

**Second Quarter 2022 Financial Highlights**

- **Total revenues** were $124.0 million in the second quarter of 2022, an increase of 11.0% from $111.8 million in the second quarter of 2021.
- **Net income** was $6.1 million in the second quarter of 2022, compared to $13.6 million in the second quarter of 2021.
- **Adjusted EBITDA**[1] was $7.8 million in the second quarter of 2022, compared to $16.6 million in the second quarter of 2021

**First Half 2022 Financial Highlights**

- **Total revenues** were $236.5 million in the six months ended June 30, 2022, an increase of 14.6% from $206.3 million in the six months ended June 30, 2021.

[1]    Adjusted EBITDA is a non-GAAP financial measure. For more information on the non-GAAP financial measure, please see the section of "Non-GAAP Financial Measure" and the table captioned "Unaudited Reconciliation of Adjusted EBITDA" set forth at the end of this press release.

1

- **Net income** was $10.8 million in the six months ended June 30, 2022, compared to $21.6 million in the six months ended June 30, 2021.
- **Adjusted EBITDA**[2] was $14.7 million in the six months ended June 30, 2022, compared to $26.7 million in the six months ended June 30, 2021.

**Operational Highlights**

- **GigaCloud Marketplace GMV**[3] was $458.8 million in the 12 months ended June 30, 2022, an increase of 43.8% from $319.2 million in the 12 months ended June 30, 2021.
- **Active 3P sellers**[4] were 452 in the 12 months ended June 30, 2022, an increase of 67.4% from 270 in the 12 months ended June 30, 2021.
- **Active buyers**[5] were 4,061 in the 12 months ended June 30, 2022, an increase of 58.9% from 2,555 in the 12 months ended June 30, 2021.
- **Spend per active buyer**[6] was $112,987 in the 12 months ended June 30, 2022, a decrease of 9.5% from $124,915 in the 12 months ended June 30, 2021.
- **3P seller GigaCloud Marketplace GMV**[7] was $196.7 million in the 12 months ended June 30, 2022, an increase of 71.1% from $114.9 million in the 12 months ended June 30, 2021

**Second Quarter 2022 Financial Results**

*Revenues*

Total revenues were $124.0 million in the second quarter of 2022, increased by 11.0% from $111.8 million in the second quarter of 2021. The increase was primarily due to an increase in service revenue from GigaCloud 3P and product revenue from GigaCloud 1P, partially offset by the decrease in product revenue from off-platform ecommerce.

[2]   Adjusted EBITDA is a non-GAAP financial measure. For more information on the non-GAAP financial measure, please see the section of "Non-GAAP Financial Measure" and the table captioned "Unaudited Reconciliation of Adjusted EBITDA" set forth at the end of this press release.

[3]   GigaCloud Marketplace GMV means the total gross merchandise value of transactions ordered through our GigaCloud Marketplace including GigaCloud 3P and GigaCloud 1P, before any deductions of value added tax, goods and services tax, shipping charges paid by buyers to sellers and any refunds.

[4]   Active 3P sellers means sellers who have sold a product in GigaCloud Marketplace within the last 12-month period, irrespective of cancellations or returns.

[5]   Active buyers means buyers who have purchased a product in the GigaCloud Marketplace within the last 12-month period, irrespective of cancellations or returns.

[6]   Spend per active buyer is calculated by dividing the total GigaCloud Marketplace GMV within the last 12-month period by the number of active buyers as of such date.

[7]   3P seller GigaCloud Marketplace GMV means the total gross merchandise value of transactions sold through our GigaCloud Marketplace by 3P sellers, before any deductions of value added tax, goods and services tax, shipping charges paid by buyers to sellers and any refunds.

2

- Service revenue from GigaCloud 3P was $32.8 million in the second quarter of 2022, increased by 39.4% from $23.6 million in the second quarter of 2021. The increase was primarily due to an increase in revenues from last-mile delivery fees and fulfillment fees for other freight services such as delivery of products via ocean transportation.
- Product revenue from GigaCloud 1P was $60.7 million in the second quarter of 2022, increased by 15.4% from $52.6 million in the second quarter of 2021. The increase was primarily due to an increase in number of active buyers and better selection of products catering to buyers' preference.
- Product revenue from off-platform ecommerce was $30.5 million in the second quarter of 2022, decreased by 14.4% from $35.6 million in the second quarter of 2021. The decrease was primarily due to an overall decrease in sales on certain third-party off-platform ecommerce as consumer demand slowed down on such third-party off-platform ecommerce.

***Cost of Revenues***

Cost of revenues was $107.0 million in the second quarter of 2022, increased by 29.1% from $82.9 million in the second quarter of 2021. The increase was primarily due to an increase in ocean freight cost compared to the second quarter of 2021, and such increase is expected to stabilize in the rest of 2022.

***Gross Profit and Gross Margin***

Gross profit was $17.0 million in the second quarter of 2022, decreased by 41.1% from $28.9 million in the second quarter of 2021. Gross margin was 13.7% in the second quarter of 2022, compared to 25.9% in the second quarter of 2021.

***Operating Expenses***

Total operating expenses were $8.8 million in the second quarter of 2022, decreased by 28.3% from $12.3 million in the second quarter of 2021.
- Selling and marketing expenses were $5.5 million in the second quarter of 2022, decreased by 20.2% from $6.8 million in the second quarter of 2021. The decrease was primarily due to a decrease in staff cost as the sales commission decreased.
- General and administrative expenses were $3.3 million in the second quarter of 2022, decreased by 38.6% from $5.4 million in the second quarter of 2021. The decrease was primarily due to a decrease in professional service fees.

***Operating Income***

Operating income was $8.2 million in the second quarter of 2022, decreased by 50.5% from $16.6 million in the second quarter of 2021.

***Income Tax Expenses***

Income tax expenses were $1.2 million in the second quarter of 2022, decreased by 58.6% from $3.0 million in the second quarter of 2021.

3

*Net Income*

Net income was $6.1 million in the second quarter of 2022, compared to $13.6 million in the second quarter of 2021.

*Basic and Diluted Earnings per Share*

Basic and diluted earnings per share was $0.15 in the second quarter of 2022, compared to $0.43 in the second quarter of 2021.

*Adjusted EBITDA*

Adjusted EBITDA[8] was $7.8 million in the second quarter of 2022, compared to $16.6 million in the second quarter of 2021.

**First Half 2022 Financial Results**

*Revenues*

Total revenues were $236.5 million in the six months ended June 30, 2022, increased by 14.6% from $206.3 million in the six months ended June 30, 2021. The increase was primarily due to an increase in service revenue from GigaCloud 3P and product revenue from GigaCloud 1P, partially offset by the decrease in product revenue from off-platform ecommerce.

- Service revenue from GigaCloud 3P was $64.0 million in the six months ended June 30, 2022, increased by 45.7% from $44.0 million in the six months ended June 30, 2021. The increase was primarily due to an increase in revenues from last-mile delivery fees and fulfillment fees for other freight services such as delivery of products via ocean transportation.
- Product revenue from GigaCloud 1P was $115.0 million in the six months ended June 30, 2022, increased by 21.2% from $94.9 million in the six months ended June 30, 2021. The increase was primarily due to an increase in number of active buyers and better selection of products catering to buyers' preference.
- Product revenue from off-platform ecommerce was $57.4 million in the six months ended June 30, 2022, decreased by 14.9% from $67.4 million in the six months ended June 30, 2021. The decrease was primarily due to an overall decrease in sales on certain third-party off-platform ecommerce as consumer demand slowed down on such third-party off-platform ecommerce.

*Cost of Revenues*

Cost of revenues was $202.6 million in the six months ended June 30, 2022, increased by 29.4% from $156.5 million in the six months ended June 30, 2021. The increase was primarily due to an increase in ocean freight cost compared to the six months ended June 30, 2021, and such increase is expected to stabilize in the rest of 2022.

8    Adjusted EBITDA is a non-GAAP financial measure. For more information on the non-GAAP financial measure, please see the section of "Non-GAAP Financial Measure" and the table captioned "Unaudited Reconciliation of Adjusted EBITDA" set forth at the end of this press release.

***Gross Profit and Gross Margin***

Gross profit was $33.9 million in the six months ended June 30, 2022, decreased by 31.9% from $49.8 million in the six months ended June 30, 2021. Gross margin was 14.3% in the six months ended June 30, 2022, compared to 24.1% in the six months ended June 30, 2021.

***Operating Expenses***

Total operating expenses were $18.2 million in the six months ended June 30, 2022, decreased by 19.4% from $22.6 million in the six months ended June 30, 2021.

- Selling and marketing expenses were $11.0 million in the six months ended June 30, 2022, decreased by 22.4% from $14.2 million in the six months ended June 30, 2021. The decrease was primarily due to a decrease in staff cost as the sales commission decreased.
- General and administrative expenses were $7.2 million in the six months ended June 30, 2022, decreased by 14.4% from $8.4 million in the six months ended June 30, 2021. The decrease was primarily due to a decrease in professional service fees.

***Operating Income***

Operating income was $15.7 million in the six months ended June 30, 2022, decreased by 42.3% from $27.2 million in the six months ended June 30, 2021.

***Income Tax Expenses***

Income tax expenses were $2.8 million in the six months ended June 30, 2022, decreased by 42.4% from $4.9 million in the six months ended June 30, 2021.

***Net Income***

Net income was $10.8 million in the six months ended June 30, 2022, compared to $21.6 million in the six months ended June 30, 2021.

***Basic and Diluted Earnings per Share***

Basic and diluted earnings per share was $0.28 in the six months ended June 30, 2022, compared to $0.67 in the six months ended June 30, 2021.

***Adjusted EBITDA***

Adjusted EBITDA[9] was $14.7 million in the six months ended June 30, 2022, compared to $26.7 million in the six months ended June 30, 2021.

[9]    Adjusted EBITDA is a non-GAAP financial measure. For more information on the non-GAAP financial measure, please see the section of "Non-GAAP Financial Measure" and the table captioned "Unaudited Reconciliation of Adjusted EBITDA" set forth at the end of this press release.

5

**Balance Sheet**

As of June 30, 2022, the Company had cash of $49.2 million and restricted cash of $1.5 million, compared to $63.2 million and $0.7 million as of December 31, 2021, respectively.

**Cash Flow**

Net cash used in operating activities was $10.3 million in the six months ended June 30, 2022, compared to $11.7 million in the six months ended June 30, 2021, primarily due to a decrease in net income and the changes in operating assets and liabilities, primarily driven by an increase in inventories in the second quarter of 2022 as shipping costs to procure inventories, including ocean freight costs, are included in inventories and the increase in ocean freight costs has contributed to an increase in inventories and cash outflows.

Net cash used in investing activities was $0.1 million in the six months ended June 30, 2022, compared to $0.6 million in the six months ended June 30, 2021, consisting primarily of cash paid for capital expenditures.

Net cash used in financing activities was $0.6 million in the six months ended June 30, 2022, compared to $0.9 million in the six months ended June 30, 2021, primarily due to cash paid for finance lease obligations.

**Business Outlook**

The Company expects its total revenues to be between $122 million and $127 million in the third quarter of 2022. This forecast reflects the Company's current and preliminary views on the market and operational conditions, which are subject to change and cannot be predicted with reasonable accuracy as of the date hereof.

**Recent Developments**

On August 22, 2022, the Company completed its initial public offering, and simultaneous closing of the full over-allotment option of 3,381,000 Class A ordinary shares at a public offering price of $12.25 per Class A ordinary share (the "Offering"). The gross proceeds of the Offering were approximately $41 million before deducting underwriting discounts and commissions and offering expenses. The Class A ordinary shares began trading on the Nasdaq Global Market on August 18, 2022, under the symbol "GCT."

Furthermore, the Company granted share awards under its share incentive plans which could only be exercised upon the consummation of a qualified IPO before expiration date of ten years after the date of the awards. Upon the completion of the IPO, the performance condition of the awards was achieved. As a result, share-based compensation expense would be recognized in the third quarter of 2022 relating to these shares awards. As disclosed previously, unrecognized compensation expenses relating to the share-based awards is expected to be recognized cumulatively as of the completion of the IPO, which would lead to a significant decrease of net profit or even a net loss in the third quarter of 2022.

**Conference Call**

The Company will host an earnings conference call to discuss its financial results at 8:30 am U.S. Eastern Time (8:30 pm Beijing/Hong Kong Time) on September 30, 2022.

6

For participants who wish to join the call, please access the link provided below to complete the online registration process.

Registration Link:
https://register.vevent.com/register/BI0fa88d4dc0234779af8c3d2287acb556

Upon registration, participants will receive the dial-in number and unique PIN, which can be used to join the conference call. If participants register and forget their PIN or lose their registration confirmation email, they may simply re-register and receive a new PIN. All participants are encouraged to dial in 15 minutes prior to the start time.

A live and archived webcast of the conference call will be accessible on the Company's investor relations website at: https://investors.gigacloudtech.com/.

**About GigaCloud Technology Inc**

GigaCloud Technology Inc is a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. The Company's B2B ecommerce platform, which it refers to as the "GigaCloud Marketplace," integrates everything from discovery, payments and logistics tools into one easy-to-use platform. The Company's global marketplace seamlessly connects manufacturers, primarily in Asia, with resellers, primarily in the U.S., Asia and Europe, to execute cross-border transactions with confidence, speed and efficiency. The Company offers a truly comprehensive solution that transports products from the manufacturer's warehouse to the end customer's doorstep, all at one fixed price. The Company first launched its marketplace in January 2019 by focusing on the global furniture market and has since expanded into additional categories such as home appliances and fitness equipment. For more information, please visit the Company's website: https://investors.gigacloudtech.com/.

**Non-GAAP Financial Measures**

The Company uses Adjusted EBITDA, which is net income excluding interest, income taxes and depreciation, further adjusted to exclude share-based compensation expenses, a non-GAAP financial measure, to understand and evaluate its core operating performance. Non-GAAP financial measure, which may differ from similarly titled measures used by other companies, are presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for, or superior to, the financial information prepared and presented in accordance with U.S. GAAP.

For more information on the non-GAAP financial measures, please see the table captioned "Unaudited Reconciliation of Adjusted EBITDA" set forth at the end of this press release.

**Forward-Looking Statements**

This press release contains "forward-looking statements". Forward-looking statements reflect our current view about future events. These forward-looking statements involve known and unknown risks and uncertainties and are based on the Company's current expectations and projections about future events that the Company believes may affect its financial condition, results of operations, business strategy and financial needs. Investors can identify these forward-looking statements by words or phrases such as "may," "will," "could," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "is/are likely to," "propose," "potential," "continue" or similar expressions. The Company undertakes no obligation to update or revise publicly any forward-looking statements to reflect subsequent occurring events or circumstances, or changes in its expectations, except as may be required by law. Although the Company believes that the expectations expressed in these forward-looking statements are reasonable, it cannot assure you that such expectations will turn out to be correct, and the Company cautions investors that actual results may differ materially from the anticipated results and encourages investors to review other factors that may affect its future results in the Company's registration statement and other filings with the SEC.

7

**For investor and media inquiries, please contact:**

**GigaCloud Technology Inc**

Victor Neal
Email: investor.relations@gigacloudtech.com

**Ascent Investor Relations LLC**

Tina Xiao
Tel: +1-917-609-0333
Email: tina.xiao@ascent-ir.com

8

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands)**

| | December 31, 2021 US$ | June 30, 2022 US$ |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash | 63,198 | 49,189 |
| Restricted cash | 664 | 1,542 |
| Accounts receivable, net | 18,036 | 23,438 |
| Inventories | 81,441 | 103,385 |
| Prepayments and other current assets | 9,080 | 6,740 |
| **Total current assets** | **172,419** | **184,294** |
| **Non-current assets** | | |
| Operating lease right-of-use assets | — | 133,488 |
| Property and equipment, net | 11,075 | 13,341 |
| Deferred tax assets | 72 | 1,197 |
| Other non-current assets | 3,211 | 3,003 |
| **Total non-current assets** | **14,358** | **151,029** |
| **Total assets** | **186,777** | **335,323** |

9

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS (continued)**
**(In thousands)**

|  | December 31, 2021 US$ | June 30, 2022 US$ |
|---|---|---|
| **LIABILITIES, MEZZANINE EQUITY AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Current portion of long-term borrowings | 345 | 293 |
| Accounts payable (including accounts payable of VIEs without recourse to the Company of US$1,433 and US$3,436 as of December 31, 2021 and June 30, 2022, respectively) | 25,140 | 30,756 |
| Contract liabilities (including contract liabilities of VIEs without recourse to the Company of US$394 and US$394 as of December 31, 2021 and June 30, 2022, respectively) | 3,690 | 2,615 |
| Current operating lease liabilities (including current operating lease liabilities of VIEs without recourse to the Company of nil and US$1,844 as of December 31, 2021 and June 30, 2022, respectively) | — | 29,049 |
| Income tax payable (including income tax payable of VIEs without recourse to the Company of US$78 and US$171 as of December 31, 2021 and June 30, 2022, respectively) | 8,148 | 4,099 |
| Accrued expenses and other current liabilities (including accrued expenses and other current liabilities of VIEs without recourse to the Company of US$341 and US$300 as of December 31, 2021 and June 30, 2022, respectively) | 19,721 | 22,511 |
| **Total current liabilities** | **57,044** | **89,323** |
| **Non-current liabilities** | | |
| Long-term borrowings | 237 | 55 |
| Operating lease liabilities, non-current (including operating lease liabilities, non-current of VIEs without recourse to the Company of nil and US$4,236 as of December 31, 2021 and June 30, 2022, respectively) | — | 105,038 |
| Deferred tax liabilities | 286 | 296 |
| Finance lease obligations, non-current | 2,345 | 2,130 |
| Non-current income tax payable | 1,033 | 3,397 |
| **Total non-current liabilities** | **3,901** | **110,916** |
| **Total liabilities** | **60,945** | **200,239** |
| **Commitments and contingencies** | — | — |

10

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED BALANCE SHEETS (continued)**
**(In thousands except for share data and per share data)**

| | December 31, 2021 | June 30, 2022 |
|---|---|---|
| | US$ | US$ |
| **Mezzanine equity** | | |
| Series E Preferred Shares (US$0.05 par value per share, 3,999,709 shares authorized, issued and outstanding; Redemption value of US$26,652 and US$27,396 as of December 31, 2021 and June 30, 2022, respectively; Liquidation value of US$25,000 as of December 31, 2021 and June 30, 2022, respectively) | 26,652 | 27,396 |
| **Total mezzanine equity** | **26,652** | **27,396** |
| **Shareholders' equity** | | |
| Ordinary shares (US$0.05 par value per share, 38,572,025 shares authorized; 11,082,930 and 15,875,571 shares issued and outstanding as of December 31, 2021 and June 30, 2022, respectively) | 554 | 794 |
| Treasury shares, at cost (nil and 4,765,903 shares held as of December 31, 2021 and June 30, 2022, respectively) | — | (238) |
| Subscription receivable from ordinary shares | (79) | (81) |
| Series A Preferred Shares (US$0.05 par value per share, 134,190 shares authorized, issued and outstanding; Liquidation value of US$6,710 as of December 31, 2021 and June 30, 2022) | 7 | 7 |
| Series B Preferred Shares (US$0.05 par value per share, 9,991,588 shares authorized, issued and outstanding; Liquidation value of US$5,000 as of December 31, 2021 and June 30, 2022) | 500 | 500 |
| Series C Preferred Shares (US$0.05 par value per share, 4,358,702 shares authorized, issued and outstanding) | 218 | 218 |
| Series D Preferred Shares (US$0.05 par value per share, 2,943,786 shares authorized, issued and outstanding; Liquidation value of US$8,053 as of December 31, 2021 and June 30, 2022) | 147 | 147 |
| Additional paid-in capital | 37,439 | 37,638 |
| Accumulated other comprehensive income | (165) | (1,951) |
| Retained earnings | 60,559 | 70,654 |
| **Total shareholders' equity** | **99,180** | **107,688** |
| **Total liabilities, mezzanine equity and shareholders' equity** | **186,777** | **335,323** |

11

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(In thousands except for share data and per share data)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2021 | 2022 | 2021 Restated | 2022 |
| | US$ | US$ | US$ | US$ |
| **Revenues** | | | | |
| Service revenues | 23,551 | 32,823 | 43,969 | 64,041 |
| Product revenues | 88,221 | 91,204 | 162,331 | 172,428 |
| **Total revenues** | **111,772** | **124,027** | **206,300** | **236,469** |
| **Cost of revenues** | | | | |
| Services | (18,421) | (28,344) | (32,567) | (57,545) |
| Product sales | (64,445) | (78,662) | (123,939) | (145,033) |
| **Total cost of revenues** | **(82,866)** | **(107,006)** | **(156,506)** | **(202,578)** |
| **Gross profit** | **28,906** | **17,021** | **49,794** | **33,891** |
| **Operating expenses** | | | | |
| Selling and marketing expenses | (6,829) | (5,452) | (14,188) | (11,014) |
| General and administrative expenses | (5,429) | (3,336) | (8,370) | (7,163) |
| **Total operating expenses** | **(12,258)** | **(8,788)** | **(22,558)** | **(18,177)** |
| **Operating income** | **16,648** | **8,233** | **27,236** | **15,714** |
| Interest expense | (58) | (136) | (123) | (300) |
| Interest income | 180 | 32 | 278 | 124 |
| Foreign currency exchange losses, net | (170) | (1,062) | (897) | (2,292) |
| Others, net | 7 | 269 | 46 | 436 |
| **Income before income taxes** | **16,607** | **7,336** | **26,540** | **13,682** |
| Income tax expense | (2,985) | (1,236) | (4,935) | (2,843) |
| **Net income** | **13,622** | **6,100** | **21,605** | **10,839** |
| Accretion of Redeemable Convertible Preferred Shares | (374) | (374) | (744) | (744) |
| **Net income attributable to ordinary shareholders** | **13,248** | **5,726** | **20,861** | **10,095** |

12

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (continued)**
**(In thousands except for share data and per share data)**

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2021 | 2022 | 2021 Restated | 2022 |
|  | US$ | US$ | US$ | US$ |
| **Other comprehensive income (loss)** | | | | |
| Foreign currency translation adjustment, net of nil income taxes | 480 | (1,717) | 445 | (1,786) |
| **Total other comprehensive income (loss)** | **480** | **(1,717)** | **445** | **(1,786)** |
| **Comprehensive Income** | **14,102** | **4,383** | **22,050** | **9,053** |
| **Net income per ordinary share** | | | | |
| — Basic and diluted | 0.43 | 0.15 | 0.67 | 0.28 |
| **Weighted average number of ordinary shares outstanding used in computing net income per ordinary share** | | | | |
| — Basic and diluted | 9,495,844 | 15,875,571 | 9,495,844 | 14,445,722 |

13

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2021 Restated | 2022 |
| | US$ | US$ |
| **Operating activities:** | | |
| **Net Income** | 21,605 | 10,839 |
| *Adjustments to reconcile net income to net cash provided by operating activities* | | |
| Allowance for doubtful accounts | (40) | 38 |
| Inventory write-down | 43 | 2,976 |
| Deferred tax | (190) | (1,115) |
| Share-based compensation | — | 199 |
| Depreciation and amortization | 266 | 659 |
| Lease expense to reduce right-of-use assets | — | 17,080 |
| Others | 122 | — |
| *Changes in operating assets and liabilities:* | | |
| Accounts receivable | (1,151) | (5,440) |
| Inventories | (29,714) | (24,920) |
| Prepayments and other current assets | (8,208) | (4) |
| Accounts payable | 6,506 | 5,616 |
| Contract liabilities | 737 | (1,075) |
| Income tax payable | (1,350) | (1,312) |
| Accrued expenses and other current liabilities | (358) | 291 |
| Operating lease liabilities | — | (14,141) |
| **Net cash used in operating activities** | **(11,732)** | **(10,309)** |
| **Investing activities:** | | |
| Cash paid for purchase of property and equipment | (604) | (145) |
| **Net cash used in investing activities** | **(604)** | **(145)** |

14

**GigaCloud Technology Inc**
**UNAUDITED CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (continued)**
**(In thousands)**

| | Six Months Ended June 30, | |
|---|---|---|
| | 2021 Restated | 2022 |
| | US$ | US$ |
| **Financing activities:** | | |
| Cash paid for finance lease obligations | (674) | (2,009) |
| Repayment of bank loans | (251) | (169) |
| Proceeds from prepaid consideration of restricted shares | — | 1,578 |
| **Net cash (used in) provided by financing activities** | **(925)** | **(600)** |
| Effect of foreign currency exchange rate changes on cash and restricted cash | 93 | (2,077) |
| **Net decrease in cash and restricted cash** | **(13,168)** | **(13,131)** |
| Cash and restricted cash at the beginning of the period | 62,197 | 63,862 |
| **Cash and restricted cash at the end of the period** | **49,029** | **50,731** |
| **Supplemental information** | | |
| Interest expense paid | 123 | 300 |
| Income taxes paid | 6,476 | 5,261 |
| **Non-cash investing and financing activities:** | | |
| Purchase of property and equipment under finance leases | — | 2,719 |

15

**GigaCloud Technology Inc**
**UNAUDITED RECONCILIATION OF ADJUSTED EBITDA**
**(In thousands)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2021 US$ | 2022 US$ | 2021 US$ | 2022 US$ |
| **Net income** | **13,622** | **6,100** | **21,605** | **10,839** |
| Add: Income tax expense | 2,985 | 1,236 | 4,935 | 2,843 |
| Add: Interest expense | 58 | 136 | 123 | 300 |
| Less: Interest income | (180) | (32) | (278) | (124) |
| Add: Depreciation and amortization | 138 | 348 | 266 | 659 |
| Add: Share-based compensation expense | — | — | — | 199 |
| **Adjusted EBITDA** | **16,623** | **7,788** | **26,651** | **14,716** |

16