# EXHIBIT 23

# Contents

02     GCT - Q3 2022 Earnings Call 30November2022 830 AM ET CORRECTED TRANSCRIPT - 30-Nov-22

30-Nov-2022

# GigaCloud Technology, Inc. (GCT)

**Q3 2022 Earnings Call**

Total Pages: 9
Copyright © 2001-2022 FactSet CallStreet, LLC

GigaCloud Technology, Inc. (GCT)
Q3 2022 Earnings Call

Corrected Transcript
30-Nov-2022

# CORPORATE PARTICIPANTS

**Larry Lei Wu**
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

**Kwok Hei David Lau**
*Chief Financial Officer, GigaCloud Technology, Inc.*

# OTHER PARTICIPANTS

**Rommel Dionisio**
*Analyst, Aegis Capital Corp.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Ladies and gentlemen, thank you for standing by. Welcome to GigaCloud Technology's Third Quarter 2022 Earnings Conference Call. During today's call, all participants will be in a listen-only mode. This conference is being recorded today, Wednesday, November 30, 2022. Joining us today from GigaCloud Technology is the company's Founder, Chairman of the Board of Directors, and Chief Executive Officer, Mr. Larry Wu; the company's Chief Financial Officer, Mr. David Lau. On our call today, Mr. Wu will give you an overview of the company's performance and Mr. Lau will share the details of the company's operational and financial results. After that, we will conduct a question-and-answer session to take your questions.

Before we continue, I would like to remind you that some information discussed on this call will contain certain forward-looking statements. These forward-looking statements involve known and unknown risks and uncertainties. Although the company believes that the expectations expressed in these forward-looking statements are reasonable, it cannot assure you that such expectations will turn out to be correct. The company cautions investors that actual results may differ materially from the anticipated results and encourages investors to review other factors that may affect its future results in the company's registration statement and other filings with the SEC. This call includes discussion of specific non-GAAP financial measures, such as adjusted EBITDA. Please refer to our earnings press release for more information on the non-GAAP financial measures.

With that, I will turn the call over to Mr. Wu, the company's Founder, Chairman of the Board of Directors and Chief Executive Officer. Mr. Wu, please go ahead.

## Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

Thank you, operator and everyone for joining GigaCloud's third quarter 2022 earning conference call. We are very pleased to deliver another quarter of a healthy growth despite a challenging macroeconomic backdrop, we'll leverage our technology and e-commerce platform to reach continuing growth in our revenue GMV and positive operating cash flows.



Copyright © 2001-2022 FactSet CallStreet, LLC

# GigaCloud Technology, Inc. *(GCT)*
Q3 2022 Earnings Call

 Corrected Transcript
30-Nov-2022

During the third quarter, our 3P GMV continued to increase as a percentage of our GigaCloud Marketplace GMV, demonstrating an increase in economies of scale and user base achieved through our current marketplace model, coupled with our successful IPO and improvement in operating cash flows in the third quarter, our liquidity and the capital resources also saw an increase, providing sufficient capital for us to pursue our business objectives. The results demonstrate our strong capability of navigating our business strategy in today's challenging market. Facing the dynamic business environment, we strive to provide the best possible service to customers while simultaneously delivering steady business growth. We're committed to provide the best possible user experience and to helping users to feel assured when they shop on our Marketplace. Moreover, we continue our effort to grow our buyer and seller base, improve our GigaCloud Marketplace features and increase our presence in the global market.

We have opened our first Malaysian office in November, which reflects our strategic initiative for optimizing regional supplier screenings and increasing our presence into Southeast Asia. Going forward, we will continue to leverage our data-driven solutions, technological capability and resources to expand and optimize our Marketplace, gain market share and better serve our global customers with a stable and efficient B2B ecommerce platform. Thank you for your continued support of the company.

Next, I will turn the call over to our Chief Financial Officer, Mr. Lau, for a closer review of our operational and financial results. Mr. Lau, please go ahead.

## Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

Thank you, Larry and good morning, everybody. Now, I'll go over our operational and financial results in details. I'm very pleased to share that we delivered another record quarter despite the uncertain macroeconomics environment. Our GigaCloud Marketplace GMV was $486.3 million in the 12 months ended September 30, 2022, up 31.7% year-over-year. We had 517 active 3P sellers in the 12 months ended September 30, 2022, up 57.1% year-over-year, and 4,198 active buyers in the 12 months ended September 30, 2022, up 36.2% year-over-year. Spend per active buyer was $115,834 in the 12 months ended September 30, 2022, down slightly to 3.3% year-over-year. Our 3P seller GigaCloud Marketplace GMV was $221.3 million in the 12 months ended September 30, 2022, up 59.2% year-over-year.

Now, let's move to our financial results for the third quarter of 2022. Total revenues were $128 million for the third quarter of 2022, up 23.4% year-over-year and that's mainly due to increased service revenue from our GigaCloud 3P and product revenue from our GigaCloud 1P, partially offset by the decrease in product revenue from our off-platform ecommerce. Service revenue from GigaCloud 3P was $40.5 million in the third quarter of 2022, up 45.9% year-over-year, primarily due to increased transactions in our GigaCloud Marketplace, as our Marketplace continue to gain scale and the provision of third-party logistics service to specific existing customers. Product revenue from GigaCloud 1P was $58.2 million in the third quarter of 2022, up 30.5% year-over-year and that's mainly due to an increase in the number of active buyers and a better selection of products catering to buyers preferences. Product revenue from off-platform ecommerce was $29.3 million in the third quarter of 2022, down 6.4% year-over-year, and that's primarily due to an overall decrease in sales on certain third-party off-platform ecommerce as consumer demand slowed down in such platform.

The cost of revenues was $105.4 million in the third quarter of 2022, up 26.3% year-over-year and that's primarily due to the overall increase in our revenue as well as an increase in staff costs and warehouse costs. Gross profit was $22.5 million in the third quarter of 2022, up 11.6% year-over-year. Gross margin was 17.6% in the third quarter of 2022. Total operating expenses were $18.3 million in the third quarter of 2022, down 5.6% year-over-year.



# GigaCloud Technology, Inc. *(GCT)*
Q3 2022 Earnings Call

 Corrected Transcript
30-Nov-2022

Selling and marketing expenses were $6.8 million in the third quarter of 2022, up 30.7% year-over-year and that's primarily due to increased sales commission to personnel engaged in selling and marketing activities. General and administrative expenses were $11.5 million in the third quarter of 2022, down 18.8% year-over-year and that's primarily due to share-based compensations attributable to employees involved in the general corporate functions and a decrease in professional service expenses.

Operating income was $4.2 million in the third quarter of 2022, up 423.2% year-over-year. Net income was $0.7 million and basic and diluted earnings per share of $0.01 in the third quarter of 2022, compared to a net loss of $1.6 million and basic and diluted loss per share of $0.19. Adjusted EBITDA was $11.9 million in the third quarter of 2022, compared to $10 million in the third quarter last year. Adjusted EBITDA means net income excluding interest, income taxes and depreciation, further adjusted to exclude share-based compensation expense. Our share-based compensation expense was $8.9 million in the third quarter of 2022 due to consummation of the IPO in August compared to $9.6 million in the third quarter of last year.

Net cash provided by operating activities was $23.3 million in the nine months ended September 30, 2022, compared to net cash used in the operating activities of $15.3 million in the same period of last year. Net cash used in investing activities was $0.6 million in the nine months ended September 30, 2022 compared to $1.5 million in the same period of last year. And cash provided by financing activities was $33.8 million in the nine months ended September 30, 2022, compared to net cash used in financing activities of $1.8 million in the same period of last year.

As of September 30, 2022, the company had cash of $106.2 million and restricted cash of $1.5 million. In July 2022, we entered into a two-year credit facility agreement with Wells Fargo Bank under which the company can borrow up to $50 million during the term of the facility, demonstrating confidence and support from financial institutions. We believe we're well-positioned to expand our business globally on a sustainable path with ample cash reserves and deposit of cash generated in this quarter. We anticipated that our ocean freight fees per container will remain at the current level during fourth quarter of 2022, which might result in a slight decrease in the freight service fee for delivery of products via ocean transportation. We expect our total revenues to be between $117 million and $122 million for the next quarter. We also expect our cost of revenues will be decreased due to the lower ocean freight cost, therefore we expect an improvement in our overall profitability for next quarter. We believe that ocean freight fees per container will stabilize in 2023.

Now, I would like to turn the call over back to the operator for a question-and-answer session. Thank you very much.

GigaCloud Technology, Inc. (GCT)
Q3 2022 Earnings Call

Corrected Transcript
30-Nov-2022

# QUESTION AND ANSWER SECTION

**Operator:** Thank you. [Operator Instructions] And our first question today will come from [ph] David Wong with Black Sail Capital (00:10:47). Please go ahead.

Q

Hi, everyone. Thanks for taking my questions. When talking about your headwinds such as economic uncertainty, COVID-19 pandemic and the supply chain issues, how much do you think these sectors can affect GigaCloud's profitability and operations and what kind of measures the company will take to [indiscernible] (00:11:13). Thank you.

**Kwok Hei David Lau**
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Larry, do you want to...?

**Larry Lei Wu**
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Oh! Yeah. I think in general, I think we have been under the impact of COVID for a pretty long time. We definitely are under the pressure of the supply chain challenge and also the ocean shipping price that went through the roof during the past 12 months but we definitely are seeing the situation improving given the supply chain challenge have been pretty much relaxed. We expect the situation will gradually improve in the incoming 12 months on condition that we don't see the tighten up of the measures taken by the Chinese government is going any further. We will be on the path of normalizing our operation.

Q

Okay. Got it. Thank you.

**Operator:** Our next question will come from [ph] Nicole Zhang (00:12:41), a private investor. Please go ahead.

Q

Hi, thank you. I'm wondering if you could provide us about the latest update about the product category shown on your GigaCloud Marketplace and what is the company's future plans for the product offering expansion? Thank you.

**Kwok Hei David Lau**
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Yeah. Thanks Nicole, it's David here. So that's something that we're always spending time to optimize and improve our product category. One of the reasons why we wanted to expand and open an office in Malaysia is exactly for that reason. We see a lot of activity in the Southeast Asian region and having a presence there could

# GigaCloud Technology, Inc. *(GCT)*
Q3 2022 Earnings Call

 Corrected Transcript
30-Nov-2022

help us diversify and expand our product category, and that's one of the key drivers for the growth in our business.

Q

Thank you.

**Operator**: Our next question will come from [ph] Laurent Wong (00:13:48), a private investor. Please go ahead.

Q

Good morning management and everyone. Thanks for taking my question today. We can see the company's key operational metrics increased significantly this quarter, including GMV, active sellers and buyers. Could you please share the story behind it and also do you think such growth will continue in the long run? Thank you.

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Sure. Thank you.

### Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Yes. I think...

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Sorry, Larry.

### Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

David, you go ahead.

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Yeah. Okay. Sorry. I think while definitely it's a very impressive quarter for us and we're very confident that because of the value proposition that we're offering, we will continue to believe that we're going to capture the growth. One of the kind of key reasons why we're kind of – with the supply chain constraint and with the ocean shipping rates that we're all experiencing that hindered some of the growth. But as we can see that the supply chain constraints are slowly relaxing and the ocean shipping rate is starting to stabilize and returning to the pre-pandemic level, we continue to believe that given all these macroeconomic factors starting to normalize, we believe the long-term growth of the company will be very positive from here.

Q

Okay. Thank you very much.

# GigaCloud Technology, Inc. *(GCT)*
Q3 2022 Earnings Call

**C** Corrected Transcript
30-Nov-2022

---

**Operator**: Our next question will come from [ph] Ava Johnsons (00:15:33), a private investor. Please go ahead.

Q

Good morning managers. GigaCloud opened the first office in Malaysia. Could you please elaborate the big picture of your company plans in Southeast Asia?

### Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Yeah. I guess we're seeing that the supply chain, the global supply chain has been diversified pretty much shifting, part of them [indiscernible] (00:16:07) from China to other parts of Southeast Asia. So that's the reason we opened our first sourcing office outside of Asia in 2018 and we are seeing the trend is going further. So we're following that, what is going on and try to follow where the supply chain is moving to better serving our customer and also to improve our coverage. So, we definitely will continue looking at where the supply chains move into and follow those manufacturing capacities and to better serve our customer in the market as we cover.

Q

Okay. Great. Thank you.

---

**Operator**: Our next question will come from Rommel Dionisio with Aegis Capital. Please go ahead.

### Rommel Dionisio
*Analyst, Aegis Capital Corp.*

Q

Yeah. Good morning. Thanks for taking my question. I wonder if Larry and David, if you could just give us some of your insights in terms of has the business changed since being public, what have the implications been in these first few months since being a publicly traded company? And the second question is just a brief one is that the tax rate. I know there's a mention of share-based compensation expenses affecting the tax rate. I wonder if you could just give a little insight David on that going forward? Thank you.

### Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

What was the second question?

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Sure.

### Rommel Dionisio
*Analyst, Aegis Capital Corp.*

Q

Oh! Just on the tax rate. There was a mention in the comments about the effective tax rate being higher because of share-based comp since the IPO. And I just wondered is that going to be true going forward as well or was it just unusual in the third quarter? Thank you.

---

# GigaCloud Technology, Inc. (GCT)
Q3 2022 Earnings Call

### Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

Okay.

---

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

A

Yeah. So maybe, Larry, let me take that one. So the reason why there is a exceptionally higher tax rate for the quarter was because of our IPO that took place in August, which was a third quarter event for because I mean obviously the SBCs are issued to the employees who have been working for the company for over the years. And because of the company, we have a global presence. A lot of these employees are based and located in different parts of the world. And because of SBC, obviously it is an expense that will be tax deductible. So some of these tax expenses will get deducted in the fourth quarter, so rather in the third.

So, I guess to address your question earlier is this will likely be a one-off event. Going forward, we don't see this will be a recurring type of phenomenon in the company's books.

---

### Larry Lei Wu
*Founder, Chairman & Chief Executive Officer, GigaCloud Technology, Inc.*

A

All right. I think for the question – the first question, I would talk about that a little bit. I think the primary purpose of us being listed publicly for our company is not really try to raise funds because you guys are seeing we have pretty strong operating cash flow. The reason we're doing that, the first one would be we're trying to be transparent to most – to all the business partner we're working with because fundamental business model we're doing here is trying to use the technology to make the global supply chain to function more efficiently than before. But given that we're operating across the globe, right now we have operation in seven different countries and using our technology to connect them to transact on the Marketplace. So, how to build that trust, to provide the necessary trust in the operator of the Marketplace, so that's critical to the marketplace participant. So that's why we chose to be listed publicly and tried to provide everyone the confidence that doing business with us because it's really hard to do the branding efficiently in so many countries that we have operation in.

We realize that to be listed as a public company would be the way to do so. So, we are already seeing that kind of benefit when we communicate with a customer and also when we try to recruit the talents and we realize that the impact is pretty much in-line as we expected and help us to build the necessary trust even more efficient than before.

---

Q

Great. Thank you.

---

**Operator**: And that concludes the question-and-answer session. Let me turn the call over to Mr. Lau for closing remarks.

---

### Kwok Hei David Lau
*Chief Financial Officer, GigaCloud Technology, Inc.*

Thank you, everybody, for joining. We're very excited that you guys could continue to support and join the session. If you have any questions, please get in touch with us through e-mail and management will respond to

---

# GigaCloud Technology, Inc. *(GCT)*
Q3 2022 Earnings Call

 Corrected Transcript
30-Nov-2022

your question as soon as possible. We appreciate your interest in supporting GigaCloud and we look forward to speaking with you again next time. Thank you very much.

---

**Operator**: Thank you for attending GigaCloud's third quarter of 2022 earnings conference call. This concludes our call today and we thank you all for listening. Goodbye.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.