UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
:
:
IN RE GIGACLOUD TECHNOLOGY INC        :        23-CV-10645 (JMF)
SECURITIES LITIGATION                          :
:        ORDER
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 9, 2024, Defendants GigaCloud Technology Inc, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, and Aegis Capital Corp (the "Moving Defendants") filed a new motion to dismiss.  *See* ECF No. 95.  Accordingly, the earlier motion to dismiss filed at ECF No. 82 is hereby DENIED as moot.  Plaintiffs' opposition to the new motion to dismiss is due by **October 8, 2024**.  The Moving Defendants' reply, if any, is due by **November 7, 2024**.

      The Clerk of Court is directed to terminate ECF No. 82.

      SO ORDERED.

Dated: August 12, 2024
       New York, New York
                                          JESSE M. FURMAN
                                        United States District Judge