**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION  THIS DOCUMENT RELATES TO:  ALL ACTIONS | Case No. 1:23-cv-10645-JMF  <u>**CLASS ACTION**</u>  ALL ACTIONS  **NOTICE OF JOINDER AND MOTION TO DISMISS** |

  PLEASE TAKE NOTICE that, upon the accompanying Joinder and Memorandum of Law, dated August 21, 2024, the undersigned hereby move this Court on behalf of Defendant Zhiwu Chen, Ph.D., before the Honorable Jesse M. Furman, in Courtroom 1105 of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order dismissing the Second Amended Class Action Complaint with prejudice pursuant to Rules 9(b), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.

  PLEASE TAKE FURTHER NOTICE that Dr. Chen hereby adopts, relies upon, and joins the Motion to Dismiss, Memorandum of Law in Support, and declaration and exhibits thereto filed by GigaCloud Technology Inc, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, and Aegis Capital Corp. on August 9, 2024 (ECF Nos. 95-97).

  PLEASE TAKE FURTHER NOTICE that in accordance with the Order entered in this action on August 20, 2024 (ECF No. 100), Plaintiffs' deadline to serve their opposition is October 8, 2024, and Dr. Chen's deadline to serve a reply is November 7, 2024.

| | |
|---|---|
| Dated: August 21, 2024<br>New York, New York | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Jason C. Hegt<br>Jeff G. Hammel<br>Jason C. Hegt<br>Hanyu (Iris) Xie<br>Chengliang (Larry) Hong<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: jeff.hammel@lw.com<br>Email: jason.hegt@lw.com<br>Email: iris.xie@lw.com<br>Email: larry.hong@lw.com<br><br>*Attorneys for GigaCloud Technology Inc, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, and Zhiwu Chen* |