**Plaintiffs' Appendix A**
Alleged Misstatements Concerning GigaCloud Marketplace Activity, Grouped by Subject[1]

| Subject of Statements | Statements |
|---|---|
| Statements contrasting GigaCloud 1P and off-platform ecommerce | ¶148: We generate revenues through three revenue streams:<br><br>. . .<br><br>• *GigaCloud 1P*: generates product revenues through the sale of our inventory in our GigaCloud Marketplace.<br><br>• *Off-platform ecommerce*: generates product revenues through the sale of our inventory to and through third-party ecommerce websites. (*see also* ¶¶261, 320, 345)<br><br>¶150: chart depicting GigaCloud's three reported revenue streams. (*see also* ¶¶263, 322)<br><br>¶156: ***In addition to facilitating transactions in our GigaCloud Marketplace***, we also procure highly rated products directly from manufacturers and sell them directly to and through third-party websites such as Rakuten, Amazon, Walmart and Wayfair as part of our off-platform ecommerce business. . . . (*see also* ¶¶259, 328)<br><br>¶170: "The Group's revenues are disaggregated by major products/service lines and timing of revenue recognition. Detailed information is specified as follows: . . ." (including chart reproduced in same paragraph) (*see also* 171, 275, 339; 172 and 276 (similar)) |
| Statements regarding why GigaCloud sold its own inventory on GigaCloud Marketplace (i.e., the "GigaCloud 1P" revenue stream) | ¶144: ***To enhance our marketplace experience, we sell our own inventory, or 1P, through the GigaCloud Marketplace*** and to and through third-party ecommerce websites, such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the United Kingdom, or the U.K. ***These 1P revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace***. (*see also* ¶¶255, 315, 316) |

[1] Though certain statements concern more than one subject as grouped herein, each statement is generally listed only once for brevity.

| Subject of Statements | Statements |
|---|---|
| | ¶156: ***Through GigaCloud 1P, we further enhance our marketplace experience by selling our own inventory. Our 1P selling creates more products for buyers, gives us insights into seller needs, provides us with proprietary data and increases the velocity of sales in our marketplace***. . . . (*see also* ¶¶259, 328, and ¶¶166, 259, 273, 328, 334, 353 (similar)) |
| Statements reporting GigaCloud Marketplace metrics (GMV, 1P revenues, and active buyers) | ¶146: ***In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777***. . . . (*see also* ¶¶257, 318 (reporting for other periods))<br><br>¶154: chart "display[ing] GigaCloud Marketplace GMV for the 12 months ended in December 31, 2019, 2020 and 2021 and March 31, 2022. 2019 Buyers, 2020 Buyers and 2021 Buyers represent the groups of buyers who first purchased products in our GigaCloud Marketplace in 2019, 2020, 2021 and the 12 months ended March 31, 2022, respectively. The Active Buyers shows the total number of buyers who have made at least one purchase in our GigaCloud Marketplace in the last 12 months." (including chart reproduced in same paragraph) (*see also* ¶326 (reporting for other periods))<br><br>¶168: "***[w]e are focused on attracting new buyers to our marketplace***. For the year ended December 31, 2020 and 2021 and the 12 months ended March 31, 2022, we had 1,689, 3,566 and 3,782 buyers, respectively, ***generating $190.5 million, $414.2 million and $438.1 million of GigaCloud Marketplace GMV, respectively.***<br><br>¶221: ***Our GigaCloud marketplace GMV was $458.8 million in the 12 month ended June 30 2022, and that's up 43.8% year over year.*** We had 452 active 3P sellers in the 12 months ended June 30[,] 2022, and that's up 67.4% year over year. We have 4,061 active buyers in 12 months ended June 30[,] 2022, up 58.9% year over year.<br><br>¶229: **GigaCloud Marketplace GMV** [non-italicized emphasis in original] ***was $458.8 million in the 12 months ended June 30, 2022***, an increase of 43.8% from $319.2 million in the 12 months ended June 30, 2021. (*see also* ¶¶237, 244, 249, 282, 292, 299, 307 (reporting for other periods)) |

| Subject of Statements | Statements |
|---|---|
| | ¶289: ***Product revenue from GigaCloud 1P saw a 14.9% year-over-year increase to $69.8 million***, and product revenue from off-platform e-commerce saw a 31.6% year-over-year increase to $40.1 million. (*see also* ¶¶304, 312, 342) |
| Statements purporting to explain the basis of reported GigaCloud Marketplace metrics (GMV, 1P revenues, and active buyers) | ¶158: ***The growth in GigaCloud Marketplace GMV, including GMV from both GigaCloud 3P and GigaCloud 1P, reflects our ability to attract and retain sellers and buyers in the GigaCloud Marketplace.*** . . . (*see also* ¶¶234, 267, 330, 347)<br><br>¶160: attributing ***GigaCloud Marketplace GMV*** "***to the growth in the numbers of sellers and buyers transacting in our marketplace and increase in spend per active buyer,*** " "***to our growing marketplace to reach economies of scale, introduction of new sellers and buyers to our marketplace while maintaining transactions volume from our existing sellers and buyers, as well as accelerated migration of large parcel purchases online because of COVID-19.*** " (*see also* ¶¶269, 332, 349 (similar))<br><br>¶162: ***We view [the] [sic] number of active buyers as a key driver of our GigaCloud Marketplace GMV and revenues growth, and a key indicator of our ability to attract and engage buyers in our marketplace.*** . . . (*see also* ¶271)<br><br>¶242: Despite a challenging market environment, ***our GigaCloud Marketplace GMV has grown over 30% year-over-year, which demonstrated our ability in creating values for our 3P sellers and buyers and expanding our marketplace***.<br><br>¶284: ***The continued increase in our GigaCloud Marketplace GMV as well as our expanded user base are strong testament to the value we offer to streamline cross border transactions of large parcel merchandise***.<br><br>¶226: stating that increased GigaCloud Marketplace GMV and active 3P sellers and active buyers is result of Marketplace "experience," "users starting to appreciate the services that we offer," i.e., "seamless logistic services, the warehousings that we provide[,]" [and] "cloud storage solutions" |

| Subject of Statements | Statements |
|---|---|
|  | ¶175: ***Our product revenues from GigaCloud 1P increased by 54.2% from $122.1 million in 2020 to $188.3 million in 2021. This increase was attributable to an increase in the overall market demand for online home furniture which continued to drive the increase in sales per active buyers and an increase in the number of our SKUs***. (*see also* ¶¶174, 176, 223, 231, 232, 239, 246, 251, 252, 278, 279, 286, 296, 301, 309, 336, 337, 355 (each reporting and purporting to explain changes in product revenues from GigaCloud 1P for different periods))<br><br>¶294: ***We are seeing our momentum continue to grow at*** both ***the 1P*** and 3P level ***in our GigaCloud Marketplace as we execute on our strategy and further our market leading position as a trusted global B2B ecommerce brand.*** |
| Statements explaining why GigaCloud Marketplace attracts buyers | ¶152: ***Once we attract new sellers and buyers to our marketplace, we leverage our technology and supply chain solutions to drive retention.*** We provide value-added services like product sales forecasts to our sellers to allow them to more efficiently manage inventory and reduce costs. Our integrated supply chain also offers manufacturers and online resellers in our marketplace enhanced visibility into product inventory, reducing inventory turnover and associated transaction costs. ***The value of our model is demonstrated by the growth in GMV from our new and existing sellers and buyers.*** (*see also* ¶¶265, 324)<br><br>¶164: ***Our marketplace is attractive to buyers because we minimize inventory risk from our buyers' business operations***. (*see also* ¶351) |