**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION** | **No. 1:23-cv-10645-JMF** |
| | **CLASS ACTION** |
| **THIS DOCUMENT RELATES TO:** | |
| **ALL ACTIONS** | |

**DECLARATION OF JONATHAN D. PARK IN IN OPPOSITION TO GIGACLOUD TECHNOLOGY INC, LARRY LEI WU, XIN WAN, KWOK HEI DAVID LAU, AND AEGIS CAPITAL CORP.'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

I, Jonathan D. Park, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am Of Counsel with the law firm of Pomerantz LLP, counsel for Co-Lead Plaintiff Sashi Rajan and Court-appointed Co-Lead Counsel. I am a member of the Bars of the State of New York and this Court.

2.      I submit this declaration in opposition to GigaCloud Technology Inc ("GigaCloud"), Larry Lei Wu, Xin Wan, Kwok Hei David Lau, and Aegis Capital Corp.'s Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 95).

3.      Attached as Exhibit 1 is a true and correct excerpt of GigaCloud's draft registration statement, filed May 24, 2021 with the U.S. Securities and Exchange Commission ("SEC").

4.      Attached as Exhibit 2 is a compilation of the historical price data for GigaCloud's common stock for the period of May 21, 2024 through August 20, 2024, retrieved from Bloomberg.

2

      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2024,
in New York, New York.                    *s/ Jonathan D. Park*

2