# EXHIBIT 1

DRS 1 filename1.htm

**Table of Contents**

As confidentially submitted to the Securities and Exchange Commission on May 21, 2021

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM F-1
## REGISTRATION STATEMENT
*Under*
*The Securities Act of 1933*

# GigaCloud Technology Inc
**(Exact name of Registrant as specified in its charter)**

**Not Applicable**
**(Translation of Registrant's name into English)**

| | | |
|---|---|---|
| **Cayman Islands**<br>(State or other jurisdiction of<br>incorporation or organization) | **5961**<br>(Primary Standard Industrial<br>Classification Code Number) | **Not Applicable**<br>(I.R.S. Employer<br>Identification Number) |

**8F, House 9, Creative Industry Park**
**No. 328 Xinghu Street, Industry Park**
**Suzhou, Jiangsu Province, People's Republic of China +86-512-6285-2958**
**(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)**

**[          ]**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **Benjamin Su, Esq.**<br>**Daying Zhang, Esq.**<br>**Latham & Watkins LLP**<br>**18th Floor, One Exchange Square**<br>**8 Connaught Place, Central**<br>**Hong Kong**<br>**+852 2912-2500** | **Richard D. Truesdell, Jr., Esq.**<br>**Pedro J. Bermeo, Esq.**<br>**Davis Polk & Wardwell LLP**<br>**450 Lexington Avenue**<br>**New York, NY, 10017**<br>**(202) 450-4000** |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, or the Securities Act, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

### CALCULATION OF REGISTRATION FEE

| Title of each class of<br>securities to be registered(1)(2) | Proposed<br>maximum<br>aggregate<br>offering price(3) | Amount of<br>registration fee |
|---|---|---|
| Class A ordinary shares, par value $0.0001 per share | $ | $ |

(1) American depositary shares, or ADSs, issuable upon deposit of the Class A ordinary shares registered hereby will be registered under a separate registration statement on Form F-6 (Registration No. 333-          ). Each ADS represents          Class A ordinary share[s].

(2) Includes (a) Class A ordinary shares represented by ADSs that may be purchased by the underwriters pursuant to their over-allotment option to purchase additional ADSs and (b) all Class A ordinary shares represented by ADSs initially offered or sold outside the United States that are thereafter resold from time to time in the United States either as part of their distribution or within 40 days after the later of the effective date of this registration statement and the date the shares are first bona fide offered to the public. Offers and sales of shares outside the United States are being made pursuant to Regulation S under the Securities Act and are not covered by this registration statement.

(3) Estimated solely for the purpose of determining the amount of the registration fee in accordance with Rule 457(o) under the Securities Act.

**The Registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act, as amended, or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a) may determine.**

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

**Table of Contents**

The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the United States Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

Subject to Completion, dated            , 2021

PRELIMINARY   PROSPECTUS

# American Depositary Shares



# GigaCloud Technology Inc

### Representing             Class A Ordinary Shares

---

This is an initial public offering of            American depositary shares, or ADSs, representing            Class A ordinary shares, par value $0.0001 per share, by GigaCloud Technology Inc. Each ADS represents            of our Class A ordinary share[s], par value $0.0001 per share. We anticipate the initial public offering price of the ADSs to be between $            and $            per ADS.

Prior to this offering, there has been no public market for the ADSs or our shares. We intend to apply to list the ADSs on the [New York Stock Exchange, or NYSE,/Nasdaq Global Market] under the symbol "            ."

We are an "emerging growth company" as defined under applicable U.S. securities laws and are eligible for reduced public company reporting requirements.

**See "Risk Factors" beginning on page 18 to read about factors you should consider before buying the ADSs.**

**Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

---

|  | Per ADS | Total |
|---|---|---|
| Initial public offering price | $ | $ |
| Underwriting discounts and commissions (1) | $ | $ |
| Proceeds, before expenses, to us | $ | $ |

(1)    For additional information on underwriting compensation, see "Underwriting."

To the extent that the underwriters sell more than            ADSs in this offering, the underwriters have a 30-day option to purchase up to an aggregate of            additional ADSs from us at the initial public offering price less the underwriting discounts and commissions.

Immediately prior to the completion of this offering, our outstanding share capital will consist of Class A ordinary shares and Class B ordinary shares.            will beneficially own all of our issued Class B ordinary shares and will be able to exercise       % of the total voting power of our issued and outstanding share capital immediately following the completion of this offering. Holders of Class A ordinary shares and Class B ordinary shares have the same rights except for voting and conversion rights. Each Class A ordinary share will be entitled to            vote[s], and each Class B ordinary share will be entitled to            votes. Each Class B ordinary share will be convertible into Class A ordinary share. Class A ordinary shares will not be convertible into Class B ordinary shares under any circumstances.

The underwriters expect to deliver the ADSs against payment in U.S. dollars in New York, New York on or about            , 2021

---

# BofA Securities                                              # Wells Fargo Securities

---

PROSPECTUS DATED,            2021

Table of Contents

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| RISK FACTORS | 18 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 70 |
| USE OF PROCEEDS | 72 |
| DIVIDEND POLICY | 73 |
| CAPITALIZATION | 74 |
| DILUTION | 76 |
| ENFORCEABILITY OF CIVIL LIABILITIES | 78 |
| CORPORATE HISTORY AND STRUCTURE | 80 |
| SELECTED CONSOLIDATED FINANCIAL AND OPERATING DATA | 85 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 88 |
| BUSINESS | 112 |
| REGULATION | 127 |
| MANAGEMENT | 138 |
| PRINCIPAL SHAREHOLDERS | 147 |
| RELATED PARTY TRANSACTIONS | 151 |
| DESCRIPTION OF SHARE CAPITAL | 152 |
| DESCRIPTION OF AMERICAN DEPOSITARY SHARES | 167 |
| SHARES ELIGIBLE FOR FUTURE SALE | 176 |
| TAXATION | 178 |
| UNDERWRITING | 187 |
| EXPENSES RELATING TO THIS OFFERING | 195 |
| LEGAL MATTERS | 196 |
| EXPERTS | 197 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | 198 |
| INDEX TO CONSOLIDATED FINANCIAL STATEMENTS | F-1 |

We and the underwriters have not authorized anyone to provide you with information different from that contained in this prospectus or in any related free-writing prospectus. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. We are offering to sell, and seeking offers to buy the ADSs offered hereby, but only under circumstances and in jurisdictions where offers and sales are permitted and lawful to do so. The information contained in this prospectus is current only as of its date, regardless of the time of delivery of this prospectus or of any sale of the ADSs.

Neither we nor the underwriters have done anything that would permit this offering or possession or distribution of this prospectus or any filed free writing prospectus in any jurisdiction where other action for that purpose is required, other than in the United States. Persons outside the United States who come into possession of this prospectus or any filed free writing prospectus must inform themselves about, and observe any restrictions relating to, the offering of the ADSs and the distribution of this prospectus or any filed free writing prospectus outside the United States.

**Until             , 2021 (the 25th day after the date of this prospectus), all dealers that buy, sell or trade ADSs, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.**

i

Table of Contents

turnover time and lower transaction costs. On average, we are able to deliver products to end customers within one week of their order and at a fixed rate that is cheaper than standard rates from FedEx and UPS.

We have artificial intelligence software, or AI, that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network. Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk.

We leverage our proprietary data and AI to accelerate the network effects in our marketplace. As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle.

In 2020, we had 210 active third-party sellers, or active 3P sellers and 1,689 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 195.8% and 283.0%, respectively. In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777. This is a 437.0% year-over-year increase in GigaCloud Marketplace GMV and a 40.2% year-over-year increase in average spend per buyer from 2019, respectively. Combined with off-platform ecommerce GMV of $99.4 million, the total transactions that we facilitated aggregated a GMV of $289.9 million for the year ended December 31, 2020.

We have experienced significant growth over the last two years. In 2019 and 2020:

- We generated total revenues of $122.3 million and $275.5 million, respectively, representing 125.3% year-over-year growth;

- We generated gross profit of $22.2 million and $75.1 million, respectively, representing 18.1% and 27.3% of total revenues, respectively;

- Our net income was $2.9 million and $30.2 million, respectively; and

- Our Adjusted EBITDA was $4.9 million and $45.5 million, respectively.

See "Selected Consolidated Financial and Operating Data—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA.

Below is a summary of our key financial and operating metrics for the periods indicated:

| | As of/For the Year Ended December 31, | |
|---|---|---|
| **GigaCloud Marketplace** | **2019** | **2020** |
| GigaCloud Marketplace GMV (in $ thousands) | $35,468 | $190,480 |
| Active 3P sellers | 71 | 210 |
| Active buyers | 441 | 1,689 |
| Spend per active buyer (in $) | $80,427 | $112,777 |

2

Table of Contents

**Our Strengths**

We believe that the following components contribute to our success and differentiate us from our competitors:

- Pioneering cross-border B2B ecommerce marketplace for the large parcel market;

- Compelling value proposition to both sellers and buyers enhanced by network effects;

- Industry-leading supply chain capabilities;

- Our technology system;

- Data intelligence powered by AI; and

- Experienced and innovative team.

**Our Strategies**

We intend to pursue the following growth strategies:

- Grow and diversify seller base and SKUs;

- Grow buyer base and engagement;

- Expand product offerings; and

- Expand geographic coverage.

**Summary of Risk Factors**

An investment in our ADSs is subject to a number of risks, including risks related to our business and industry, risks related to our corporate structure, risks related to doing business in China and risks related to our ADSs and this offering. You should carefully consider all of the information in this prospectus before making an investment in the ADSs. The following list summarizes some, but not all, of these risks. Please read the information in the section entitled "Risk Factors" for a more thorough description of these and other risks.

***Risks Related to Our Business and Industry***

- Uncertainties in economic conditions and their impact on the ecommerce industry, particularly for large parcel merchandise, could adversely impact our operating results.

- Our historical growth rates and performance may not be sustainable or indicative of our future growth and financial results. We cannot guarantee that we will be able to maintain the growth rate we have experienced to date.

- System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations.

5

**Table of Contents**

***Our historical growth rates and performance may not be sustainable or indicative of our future growth and financial results. We cannot guarantee that we will be able to maintain the growth rate we have experienced to date.***

We have grown rapidly over the last two years. Our revenues increased from $122.3 million in 2019 to $275.5 million in 2020. GigaCloud Marketplace GMV increased from $35.5 million in 2019 to $190.5 million in 2020. However, our historical performance may not be indicative of our future growth or financial results. We cannot assure you that we will be able to grow at the same rate as we did in the past, or avoid any decline in the future. Our growth may slow or become negative, and revenues may decline for a number of possible reasons, some of which are beyond our control, including decreasing consumer spending, increasing competition, declining growth of our overall market or industry, the emergence of alternative business models and changes in rules, regulations, government policies or general economic conditions. In addition, our B2B ecommerce platform, GigaCloud Marketplace, from which we have generated 46.8% and 66.2% of our total revenues in 2019 and 2020, respectively, is a relatively new initiative and may not grow as quickly as we have anticipated. It is difficult to evaluate our prospects, as we may not have sufficient experience in addressing the risks to which companies operating in rapidly evolving markets may be exposed. If our growth rate declines, our business, financial condition and results of operations may be materially and adversely affected.

***System interruptions that impair access to our GigaCloud Marketplace, or other performance failures in our technology infrastructure, could damage our reputation and results of operations.***

The satisfactory performance, reliability and availability of our marketplace, software such as our AI, data analytics tools, warehouse management system and other technology infrastructures are critical to our reputation and our ability to acquire and retain customers, as well as maintain adequate customer service levels.

For example, if one of our data centers fails or suffers an interruption or degradation of services, we could lose customer data and miss order fulfillment deadlines, which could harm our business. Our systems and operations, including our ability to fulfill customer orders through our logistics network, are also vulnerable to damage, breakdown, breach or interruption from inclement weather, fire, flood, power loss, telecommunications failure, terrorist attacks, labor disputes, employee error or malfeasance, theft or misuse, cyber-attacks, denial-of-service attacks, computer viruses, ransomware or other malware, data loss, acts of war, break-ins, earthquake and similar events. In the event of a data center failure, the failover to a back-up could take substantial time, during which time our sites could be completely shut down. Further, our back-up services may not effectively process spikes in demand, may process transactions more slowly and may not support all of our sites' functionality.

We use complex AI software in our technology infrastructure, which we seek to continually update and improve. We may not always be successful in executing these upgrades and improvements, and the operation of our systems may be subject to failure. In particular, we may in the future experience slowdowns or interruptions in our marketplace or our warehouse management system when we are updating them, and new technologies or infrastructures may not be fully integrated with existing systems on a timely basis, or at all. Our revenues depends on the number of sellers and buyers who trade in our marketplace and the amount of GMV we can handle. Unavailability of our marketplace or our logistics algorithm would reduce the volume of GMV in our business operations.

We may experience periodic system interruptions from time to time. In addition, continued growth in our transaction volume, as well as surges in online traffic and orders associated with promotional activities or seasonal trends in our marketplace or on third-party ecommerce platforms, place additional demands on our technology infrastructure and could cause or exacerbate slowdowns or interruptions. Any substantial increase in the volume of traffic or the number of orders placed in our marketplace or the third-party ecommerce platforms

19

Table of Contents

**BUSINESS**

**Business Overview**

GigaCloud Technology is a pioneer of global end-to-end B2B ecommerce solutions for large parcel merchandise. Our B2B ecommerce platform, which we refer to as the "GigaCloud Marketplace," integrates everything from discovery, payments and logistics tools into one easy-to-use platform. Our global marketplace seamlessly connects manufacturers, primarily in Asia, with resellers, primarily in the U.S. and Europe, to execute cross-border transactions with confidence, speed and efficiency. We offer a true comprehensive solution that transports products from the manufacturer's warehouse to end customers, all at one fixed price. We first launched our marketplace in January 2019 by focusing on the global furniture market and have since expanded into additional categories such as home appliances and fitness equipment. GigaCloud Marketplace is one of the fastest growing large parcel B2B marketplaces with over $190.5 million of gross merchandise value, or GMV, transacted in our marketplace for the year ended December 31, 2020.

We built the GigaCloud Marketplace to democratize access and distribution globally so that manufacturers, who are typically sellers in our marketplace, and online resellers, who are typically buyers in our marketplace, could transact without borders. Manufacturers view our marketplace as an essential sales channel to thousands of online resellers in the U.S. and Europe. Our GigaCloud Marketplace enables manufacturers to deliver their products around the world. Additionally, online resellers may lack the resources and infrastructure to manage a global supply chain and support international distribution. Our integrated ecommerce solutions allow online resellers to offer products and services comparable to those offered by large ecommerce platforms by giving them access to a large and growing catalog of products at wholesale prices, supported by industry-leading global fulfillment capabilities.

To enhance our marketplace experience, we sell our own inventory through the GigaCloud Marketplace and to and through third-party ecommerce websites, such as Rakuten in Japan, Amazon and Walmart in the U.S. and Wayfair in the U.K.. These 1P revenues expand our market presence, reduce inventory and logistics risk for sellers, create more products for buyers, drive volume-based cost efficiencies for sourcing products, provide us with proprietary data and increase the velocity of sales on our marketplace. 1P revenues through the GigaCloud Marketplace and to and through third-party ecommerce websites represented 78.2% of total revenues for the year ended December 31, 2020. As our GigaCloud Marketplace continues to grow, we expect 1P revenues as a percentage of total revenues to decline over time.

We have built a cross-border fulfillment network optimized for large parcel products. We operate warehouses in four countries across North America, Europe and Asia. The U.S. is our largest market. We operate 17 large-scale warehouses around the world totaling over two million square feet of storage space, cover nine ports of destination with over ten thousand annual containers, and have an extensive shipping and trucking network via partnerships with major shipping, trucking and freight service providers. By servicing the entire supply chain, we offer sellers and buyers in our marketplace enhanced visibility into product inventory, reducing turnover time and lower transaction costs. On average, we are able to deliver products to end customers within one week of their order and at a fixed rate that is cheaper than standard rates from FedEx and UPS.

We have AI software that generates seller ratings and credit profiles through volume data. Additionally, our AI optimizes routing by organizing incoming orders and rebalancing inventory levels within our warehousing network. Our software platform includes flexible trading tools with which sellers can set prices based on quantities, delivery dates and fulfillment methods, and buyers have the option to purchase merchandise individually or in bulk.

We leverage our proprietary data and AI to accelerate the network effects in our marketplace. As our marketplace grows, we accumulate user and product data to develop analytical and predicative tools such as product sales forecasts. This information is valuable to our sellers as it allows them to efficiently manage

112

Table of Contents

inventory and pricing. As sellers succeed in our marketplace, more sellers join, which expands our merchandise offerings. Our broad merchandise selection, competitive pricing and virtual warehousing capabilities encourage buyers to join and transact in our marketplace. More buyer activity leads to more sellers, creating a virtuous cycle.

In 2020, we had 210 active 3P sellers and 1,689 active buyers in our GigaCloud Marketplace, representing a year-over-year increase of 195.8% and 283.0%, respectively. In 2020, our users transacted $190.5 million of GigaCloud Marketplace GMV with an average spend per buyer of $112,777. This is a 437.0% year-over-year increase in GigaCloud Marketplace GMV and a 40.2% year-over-year increase in average spend per buyer from 2019, respectively. Combined with off-platform ecommerce GMV of $99.4 million, the total transactions that we facilitated aggregated a GMV of $289.9 million for the year ended December 31, 2020.

We have experienced significant growth over the last two years. In 2019 and 2020:

- We generated total revenues of $122.3 million and $275.5 million, respectively, representing 125.3% year-over-year growth;

- We generated gross profit of $22.2 million and $75.1 million, respectively, representing 18.1% and 27.3% of total revenues, respectively;

- Our net income was $2.9 million and $30.2 million, respectively; and

- Our Adjusted EBITDA was $4.9 million and $45.5 million, respectively.

See "Selected Consolidated Financial and Operating Data—Non-GAAP Financial Measures" for information regarding our use of Adjusted EBITDA and a reconciliation of net income to Adjusted EBITDA.

Below is a summary of our key financial and operating metrics for the periods indicated:

| GigaCloud Marketplace | | As of/For the Year Ended December 31, | |
| | | 2019 | 2020 |
| --- | --- | --- | --- |
| GigaCloud Marketplace GMV (in $ thousands) | $ | 35,468 | $190,480 |
| Active 3P sellers | | 71 | 210 |
| Active buyers | | 441 | 1,689 |
| Spend per active buyer (in $) | $ | 80,427 | $112,777 |

## Revenue Model

We are focused on facilitating B2B ecommerce transactions in our GigaCloud Marketplace. We generate 3P and 1P revenues through three revenue streams:

- **_GigaCloud 3P:_** generates revenues by facilitating transactions between sellers and buyers in our marketplace.

- **_GigaCloud 1P:_** generates revenues through the sale of our inventory in our marketplace.

- **_Off-platform Ecommerce:_** generates revenues through the sale of our inventory to and through third-party ecommerce websites.

GigaCloud 3P and GigaCloud 1P together make up our GigaCloud Marketplace revenues. GigaCloud 1P and off-platform ecommerce make up our total 1P revenues. These three revenue streams complement each other to improve our value proposition to sellers and buyers in our GigaCloud Marketplace.

113

**Table of Contents**

***Industry-Leading Supply Chain Capabilities***

We have built a network of strategically positioned warehouses across four countries to minimize distance to ports and key customers. We currently have over two million square feet of total warehousing space, spanning 11 distribution centers in the U.S., three in Europe and three in Japan. We also entered into long term agreements with freight providers to ensure last mile logistics. We have recently expanded our service offerings to include assembly and return services. Due to our highly integrated supply chain solutions, we are able to offer a flat rated pricing to customers that is competitive in the market. Our rapidly expanding global presence and robust logistics network have positioned us as partners for some of the largest third-party ecommerce platforms. For example, in 2020, we entered into an non-exclusive agreement with JD.com, where JD.com may utilize GigaCloud Technology for sourcing and shipping of large parcel items throughout the U.S.

***Our Technology System***

With a team of over 100 software engineers, we have developed our system from the ground up. Our suite of solutions include sourcing management, inbound management, trade and settlement management, hybrid and complex trading management, search and recommendation management and financial reporting requirement. We control all source code of our operating system and we are not dependent on third-party providers to scale our platforms.

***Data Intelligence Powered by AI***

We leverage self-learning AI to improve our operating efficiency. Our system is capable of automating and optimizing inventory globally based on historical data, rebalancing our merchandise across warehouses to maximize last mile delivery efficiency. We have also developed trading pattern analytics tools that constantly analyze transaction patterns, generating insightful information to suppliers to make well-informed decision regarding markets. We also leverage our data analytics in order to provide supply chain finance solutions to select quality suppliers based on our extensive data on their performance and quality.

***Experienced and Innovative Team***

Our management team has a combined 90 years of industry experience. As of December 31, 2020, we have 526 employees, 30 of whom have master and doctor degrees. We also have a deep bench of 102 IT personnel dedicated to building next generation tools and systems.

**Growth Strategies**

***Grow and Diversify Seller Base and SKUs***

We are dedicated to growing and diversifying our existing seller base. For the year ended December 31, 2020, we had 210 active 3P sellers in our marketplace with 90% of them based in China. We are looking to expand our seller base into South East Asia including Vietnam, Thailand, Indonesia, and Philippines.

We are also looking to expand our existing offerings as well as extending our catalog opportunistically into adjacent categories such as auto parts, in order to further solidify our position as the leading large parcel solution provider.

***Grow Buyer Base and Engagement***

We are focused on attracting new buyers to our marketplace. For the year ended December 31, 2020, we had 1,689 buyers generating $190.5 million of GigaCloud Marketplace GMV. We will continue to make investments in marketing to increase our brand awareness, and improve our product offerings to drive buyer stickiness to the platform.

118

**Table of Contents**

*Expand Product Offerings*

We will continue to leverage our data analytics capabilities to develop new tools and services to drive incremental revenue opportunities. In September 2020, we launched our supply chain financing services to select qualified sellers. We collected and analyzed massive amount of data related to each supplier's product and performance which informed us of more accurate credit rating. As SKUs in our marketplace grows, we are also looking to roll out paid advertising tools that promote products based on search results.

*Expand Geographic Coverage*

Our success is based on our expansive geographic footprint in key markets. We will build out additional infrastructure in key markets in the U.S., including Braselton, Georgia, Ontario, California and Dallas, Texas. In Europe, we are looking to enter into new geographies including North Rhine-Westphalia, Germany.

**Logistics Network and Value-added Services**

*Warehousing Network*

We have set up our local infrastructure in the U.S. strategically such that we are close to ports and customers, shortening delivery time to the end customers. We have three key operating centers in California, Georgia and New Jersey, covering 11 warehouses and four ports of destination in the U.S., totaling over two million square feet. Outside the U.S., we have two warehouses and two ports of destination in the U.K., one warehouse and one port of destination in Germany, one port of destination in the Netherlands, and three warehouses and one port of destination in Japan, totaling over 440,000 square feet.

We use AI and data analytics to determine optimal distribution of inventory among our warehouses under a unified warehouse management system and provide a virtual warehousing solution for sellers and buyers in our marketplace. Our AI-powered warehousing management system solves the many practical problems faced by sellers and buyers in connection with complex, cross-border transactions involving large parcel goods.

*Transportation Network*

Upon delivery of goods from suppliers, we engage our extensive shipping network consisting of ocean transportation utilizing major providers covering nine ports of destination with over 10,000 annual containers, and a trucking network in partnership with major trucking and freight service providers.

We provide last mile delivery of bulk merchandise (over 150 pounds) and installation services to end customers, which we self-operate. These services are available in nine metro markets in the U.S., and we plan to expand coverage to other key metro markets. We also utilize a network of delivery providers for last mile delivery throughout the U.S. and other markets.

*Sourcing Network*

We have 63 employees in China and Vietnam who source product from manufacturers throughout Asia. This helps accelerate the supply on our GigaCloud marketplace and attract buyers to our marketplace that lack the network and sourcing capabilities that we have. In addition, we buy inventory from these suppliers for our off-platform ecommerce. As of December 31, 2020, we have sourced merchandise from more than 700 merchants for our GigaCloud 1P and off-platform ecommerce.

119

Table of Contents

management, including deciding when to place orders and in what quantities. Our 1P inventory in 2020 includes furniture, accounting for more than 70% of GMV, fitness equipment, accounting for approximately 15% to 25% of GMV, and various other products including luggage, pet products and others accounting for 5% to 25% of GMV.

*Warranties and Refunds*

For our own products procured and sold in the GigaCloud Marketplace, we provide 90-day warranties.

For defective products sold in our GigaCloud Marketplace, our product managers determine refunds based on evidence provided by the buyer, such as pictures, screenshots and emails. We initially provide eligible refunds to the buyer, then recover the amount refunded from the suppliers under our purchase agreements. We do not offer exchange or return policies due to the nature of the large parcel merchandise sold in our marketplace.

**Precision Software Platform and Technology Infrastructure**

We have an in-house team of over 100 IT personnel and have built our own AI algorithms from scratch, which gives us full control over our source code. We have developed our platform to be scalable as our business expands and interoperable with external systems through an open API.

*AI Algorithm*

Our in-house reinforcement learning algorithms are built to optimize our inventory management across our multiple warehouses around the world, analyzing historical data to determine how to manage our inventory and even where to establish our next warehouse. Our algorithm also accounts for the fragility of certain types of inventory and reduces the number of times a product is moved. Each time a product is handled, there is an increased chance of damage, which is an issue embedded in the home furnishing industry.

We also create sales analytics and provide them to our sellers for a fee. The services provide meaningful value to our sellers bringing products to new markets and support a high retention rate. Additionally, we provide sellers with an analysis of sales history in order to estimate inventory value and adjust interest rates of our cash advance program.

*Trading Platform*

We have built a cross-border ecommerce trading platform upon three layers—(i) our foundation later, which consists of basic services such as single login system access, micro-service management system and data synchronization/back services, as well as a financial management module including financial statement, accounting and settlement systems, (ii) a service layer, which includes our stock management system, warehouse management system and bulk merchandise transportation system, and (iii) our application layer which consists of a variety of customer-facing value-added features.

Our foundation layer provides the basic security features for our logistics business by segregating basic functions as individual services in order to maximize our flexibility and scalability. Our service layer drives our day-to-day operations, including key support systems such as:

- our ERP Stock Management System, a system capable of gathering and processing order, procurement and delivery management data to allow for real-time, dynamic stock management as well as technical support for the business development of ecommerce companies;

- our OWM Warehouse Management System, a warehouse management system with server-side management software and mobile scanning application, used in day-to-day inventory management operations including storage, receiving and shipping of bulky goods;

121