# EXHIBIT 2

| | |
|---|---|
| Security | GCT US Equity |
| Start Date | 5/21/2024 0:00 |
| End Date | 8/20/2024 0:00 |
| Period | D |
| Currency | USD |

| Date | PX_LAST |
|---|---|
| 5/21/2024 | 31.45 |
| 5/22/2024 | 29.83 |
| 5/23/2024 | 32.35 |
| 5/24/2024 | 32.55 |
| 5/28/2024 | 30.62 |
| 5/29/2024 | 31.76 |
| 5/30/2024 | 30.27 |
| 5/31/2024 | 31.14 |
| 6/3/2024 | 32.57 |
| 6/4/2024 | 31.34 |
| 6/5/2024 | 31.98 |
| 6/6/2024 | 30.1 |
| 6/7/2024 | 30.6 |
| 6/10/2024 | 31.92 |
| 6/11/2024 | 32.92 |
| 6/12/2024 | 32.34 |
| 6/13/2024 | 31.805 |
| 6/14/2024 | 31.17 |
| 6/17/2024 | 30.06 |
| 6/18/2024 | 30.2 |
| 6/20/2024 | 29.46 |
| 6/21/2024 | 29.33 |
| 6/24/2024 | 29.55 |
| 6/25/2024 | 29.39 |
| 6/26/2024 | 29.43 |
| 6/27/2024 | 30.12 |
| 6/28/2024 | 30.42 |
| 7/1/2024 | 32 |
| 7/2/2024 | 31.44 |
| 7/3/2024 | 31.89 |
| 7/5/2024 | 32.19 |
| 7/8/2024 | 31.35 |
| 7/9/2024 | 31.44 |
| 7/10/2024 | 31.78 |
| 7/11/2024 | 31.25 |
| 7/12/2024 | 30.38 |
| 7/15/2024 | 29.69 |
| 7/16/2024 | 30.6 |
| 7/17/2024 | 29.47 |
| 7/18/2024 | 29.23 |

| | |
|---|---|
| 7/19/2024 | 28.59 |
| 7/22/2024 | 28.4 |
| 7/23/2024 | 28.78 |
| 7/24/2024 | 26.98 |
| 7/25/2024 | 26.78 |
| 7/26/2024 | 28.44 |
| 7/29/2024 | 28.77 |
| 7/30/2024 | 28.43 |
| 7/31/2024 | 29.43 |
| 8/1/2024 | 27.44 |
| 8/2/2024 | 25.56 |
| 8/5/2024 | 24.73 |
| 8/6/2024 | 25.54 |
| 8/7/2024 | 23.11 |
| 8/8/2024 | 24.14 |
| 8/9/2024 | 22.43 |
| 8/12/2024 | 22.5 |
| 8/13/2024 | 23.17 |
| 8/14/2024 | 22.39 |
| 8/15/2024 | 22.45 |
| 8/16/2024 | 22.4 |
| 8/19/2024 | 23.19 |
| 8/20/2024 | 22.12 |