**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION | No. 1:23-cv-10645-JMF |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**DECLARATION OF JONATHAN D. PARK IN IN OPPOSITION TO DEFENDANT ZHIWU CHEN'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

I, Jonathan D. Park, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am Of Counsel with the law firm of Pomerantz LLP, counsel for Co-Lead Plaintiff Sashi Rajan and Court-appointed Co-Lead Counsel. I am a member of the Bars of the State of New York and this Court.

2. I submit this declaration in opposition to Defendant Zhiwu Chen's Joinder and Motion to Dismiss (ECF No. 105).

3. Attached as Exhibit 3 is a true and correct excerpt of GigaCloud's registration statement on Form F-1, filed July 8, 2022 with the U.S. Securities and Exchange Commission ("SEC").

4. Attached as Exhibit 4 is a true and correct copy of Defendant Zhiwu Chen's letter to GigaCloud, filed July 8, 2022 with the SEC.

2

5.      Attached as Exhibit 5 are true and correct copies of three Statements of Changes in Beneficial Ownership on Form 4 filed by Defendant Zhiwu with the SEC on February 2, 2024, May 21, 2024, and August 19, 2024, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2024,
in New York, New York.                              *s/ Jonathan D. Park*

2