# EXHIBIT 4

EX-99.4 17 d160437dex994.htm EX-99.4

**Exhibit 99.4**

July 8, 2022

GigaCloud Technology Inc
Unit A, 12/F, Shun Ho Tower
24-30 Ice House Street
Central
Hong Kong

Ladies and Gentlemen,

Pursuant to Rule 438 promulgated under the Securities Act of 1933, as amended, I hereby consent to the references of my name in the Registration Statement on Form F-1 (the "Registration Statement") of GigaCloud Technology Inc (the "**Company**"), and any amendments thereto, which indicate that I have accepted my appointment as a director of the Company. I further agree that my appointment will become effective upon the declaration of effectiveness of the Registration Statement by the United States Securities and Exchange Commission.

[*Signature page follows*]

Yours faithfully,

/s/ Zhiwu Chen

Name: Zhiwu Chen

[Consent to Act as Director]