AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION<br><br>*Plaintiff(s)*<br>v.<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-10645-JMF |

AMENDED **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Thomas Liu
27542 Calle de la Rosa
San Juan Capistrano, California 92675

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan D. Park
Pomerantz LLP
600 Third Avenue
20 FL
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/25/2024

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Thomas Liu**

was received by me on *(date)* **January 21, 2025** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **"Jane Doe" (refused name, Asian, Female, 50 years, 5'3", 130 lbs, black hair)** a person of suitable age and discretion who resides there,
on *(date)* **January 23, 2025 at 9:15 am** and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **January 24, 2025**

*Server's signature*

**James E. Voelkl, Jr., Registered Process Server, Orange Co., #2928**
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

**Served at 27542 Calle De La Rosa, San Juan Capistrano, Ca 92675 (residence)**

**Documents served: (1) Summons in a Civil Action (2) Second Amended Class Action Complaint for Violations of the Federal Securities Laws**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GIGACLOUD TECHNOLOGY
INC SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No.
1:23-cv-10645-JMF

AFFIDAVIT OF
MAILING

STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Bruce Lazarus, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY:

On January 27, 2025, I mailed a copy of the within AMENDED SUMMONS, SECOND AMENDED CLASS ACTION COMPLAINT to **THOMAS LIU**, defendant therein named, by mailing a true copy of same to: 27542 Calle De La Rosa, San Juan Capistrano CA 92675, his last known address, by enclosing same in an envelope, postage prepaid, and depositing it in an official depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus

Sworn to before me this
27th day of January 2025

NOTARY PUBLIC

MAUREEN I MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in New York County
My Commission Expires 05-31-20