Jason C. Hegt
Direct Dial: +1.212.906.1686
jason.hegt@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

February 12, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:   *In Re GigaCloud Technology Inc. Securities Litigation*,
             No. 1:23-cv-10645-JMF (S.D.N.Y)

Dear Judge Furman:

      On behalf of Defendants GigaCloud Technology Inc. ("GigaCloud"), Larry Lei Wu, Kwok Hei David Lau, Xin Wan, and Zhiwu Chen (together, "Defendants"), we write pursuant to Rule 2.A and 2.D of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request a three-week extension of the deadline for Defendants to file their Answers to the surviving claims in the Second Amended Complaint, as set forth in the Court's Opinion and Order dated January 27, 2025 (the "Order").  *See* ECF No. 117.  Co-Lead Plaintiffs Sashi Rajan and Meir Spear have consented to the request.[1]

      Under the Order, the current deadline for Defendants to file their Answers to the SAC is February 18, 2025. Defendants request a modest extension of three weeks given limited availability of the individual defendants and GigaCloud personnel during the Lunar New Year holidays in China, which began on January 29, 2025.  This is Defendants' first request for an extension of the deadline to file Answers to the Second Amended Complaint.  The request does not require altering any other existing deadlines.  The parties' next scheduled appearance date is March 26, 2025 for the initial pretrial conference.

---

[1] On February 6, 2025, Plaintiffs filed an affidavit of service with respect to Defendant Thomas Liu, purporting to subject Mr. Liu to answer or otherwise respond to the Second Amended Complaint on or before February 18, 2025.  *See* ECF No. 118.  Mr. Liu disputes the validity of service.  However, Mr. Liu and Plaintiffs are discussing this and other case management issues which may obviate any dispute over this issue.  In the interest of efficiency, Mr. Liu respectfully makes a limited special appearance to join in the request for an extension to respond to the Second Amended Complaint.  *See* ECF No. 120.

      We appreciate the Court's consideration of this request and are available to answer any questions Your Honor may have.

                                        Respectfully submitted,

                                        /s/ *Jason C. Hegt*
                                        Jason C. Hegt
                                        of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)