

February 12, 2025

*Via ECF*

Hon. Jesse M. Furman
United States District Court, Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

    Re:    *In re GigaCloud Technology Inc Securities Litigation*,
            No. 1:23-cv-10645-JMF (S.D.N.Y.)

Dear Judge Furman:

    We represent Defendant Aegis Capital Corp. ("Aegis") in the above-referenced matter. We write pursuant to Rule 2.A. and 2.D. of the Court's Individual Rules and Practices in Civil Cases to respectfully request an extension of time for Aegis to file its Answer to the surviving claims in the Second Amended Complaint (ECF No. 88, the "SAC"). Co-Lead Plaintiffs Sashi Rajan and Meir Spear ("Plaintiffs") have consented to this request.

    Under the Court's January 27, 2025 Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 117), the current deadline for Aegis to file its Answer to the SAC is February 18, 2025. Due to the pendency of several previously scheduled commitments including an active appeal before the First Department, Aegis respectfully requests that its Answer to the SAC be due on March 4, 2025, a two-week adjournment.

    This is Aegis's first request for an extension to the SAC Answer deadline and does not require the Court to alter any other existing deadlines. The next deadline in this matter is March 20, 2026, the last day the parties may submit the required joint status letter and proposed Case Management Plan to the Court. The next scheduled appearance before the Court is the initial pretrial conference, scheduled for March 26, 2025. *See* ECF No. 117 at 21.

    We appreciate the Court's consideration of this request and are available to answer any questions Your Honor may have.

Respectfully submitted,

*/s/ John J. Elliott*
John J. Elliott

cc:    All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 119.

SO ORDERED.

February 13, 2025