March 17, 2025

<u>**VIA ECF**</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1305
New York, New York 10007

      Re:    *In Re GigaCloud Technology Inc. Securities Litigation*, No. 1:23-cv-10645-JMF
             (S.D.N.Y.)

Dear Judge Furman:

The undersigned parties (the "Parties") in the above captioned matter thank Your Honor for the guidance provided in the Order issued today (ECF No. 126).  Pursuant to Rule 2.A and 2.D of Your Honor's Individual Rules and Practices in Civil Cases, the Parties jointly request (i) an adjournment of the initial pretrial conference currently scheduled for March 26, 2025, as set forth in the Court's Opinion and Order dated January 27, 2025 (the "Order," ECF No. 117), for 30 days or until such date convenient for the Court; and (ii) a corresponding extension for all other applicable discovery deadlines, including the deadline for submitting a proposed Case Management Plan and Scheduling Order.

The Parties are currently engaging in good-faith discussions about a potential resolution of this action and respectfully request a 30-day adjournment to allow such discussions in the interest of judicial economy and preserving resources.

This is the Parties' first request to adjourn the initial pretrial conference as set forth in the Order.  Prior to Defendants' motion to dismiss, the Court had scheduled an initial pretrial conference for May 8, 2024 (ECF No. 53).  On April 22, 2024, Defendants submitted a consent motion to request that the pretrial conference be adjourned *sine die* in light of the pending motion to dismiss, which the Court granted (ECF Nos. 75–76).

We appreciate the Court's consideration of this request.


Respectfully submitted,


<u>/s/ Jonathan D. Park*</u>              <u>/s/ Jason C. Hegt</u>
Jonathan D. Park                    Jason C. Hegt
of POMERANTZ LLP              of LATHAM & WATKINS LLP
*Counsel for Co-Lead Plaintiff Sashi Rajan*   *Counsel for Defendants GigaCloud Technology*
*and Co-Lead Counsel for the class*       *Inc., Larry Lei Wu, Kwok Hei David Lau, Xin*
                                 *Wan, Thomas Liu, Zhiwu Chen*

Lesley F. Portnoy
of PORTNOY LAW FIRM

*Additional Counsel for Co-Lead Plaintiff*
*Sashi Rajan*

/s/ Sameer Rastogi*
Sameer Rastogi
of SICHENZIA ROSS FERENCE CARMEL
LLP
*Counsel for Defendant Aegis Capital Corp.*

/s/ Brian B. Alexander*
Brian B. Alexander
of THE ROSEN LAW FIRM, P.A.
*Counsel for Co-Lead Plaintiff Meir Spear*
*and Co-Lead Counsel for the Class*

Brian Schall
of THE SCHALL LAW FIRM
*Additional Counsel for Co-Lead Plaintiff*
*Meir Spear*

Cc:    All Counsel of Record (via ECF)


* Electronic signature used with consent in accordance with Rule 8.5(b) of the Court's ECF
Rules and Instructions.


Application GRANTED.  The initial pretrial conference is hereby ADJOURNED
to **April 30, 2025** at **9:00 a.m.**  The Clerk of Court is directed to terminate ECF
No. 127.

SO ORDERED.

March 19, 2025