April 24, 2025

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1305
New York, New York 10007

      Re:   *In Re GigaCloud Technology Inc. Securities Litigation*, No. 1:23-cv-10645-JMF (S.D.N.Y.)

Dear Judge Furman:

      Pursuant to Rule 2.A and 2.D of Your Honor's Individual Rules and Practices in Civil Cases, the undersigned parties (the "Parties") in the above captioned matter jointly request (i) an adjournment of the initial pretrial conference currently scheduled for April 30, 2025, as set forth in the Court's Opinion and Order dated January 27, 2025 (the "Order," ECF No. 128), for 30 days or until such date convenient for the Court; (ii) a corresponding extension for all other applicable discovery deadlines, including the deadline for submitting a proposed Case Management Plan and Scheduling Order.

      The Parties have had constructive discussions about a potential resolution of this action and respectfully request this adjournment to allow such discussions to continue, in the interest of judicial economy and preserving resources. The Parties intend to inform the Court of the status of these discussions by May 2, 2025.

      This is the Parties' second request to adjourn the initial pretrial conference as set forth in the Order. Prior to Defendants' motion to dismiss, the Court had scheduled an initial pretrial conference for May 8, 2024 (ECF No. 53). On April 22, 2024, Defendants submitted a consent motion to request that the pretrial conference be adjourned *sine die* in light of the pending motion to dismiss, which the Court granted (ECF Nos. 75–76). In its order granting in part and denying in part Defendants' motion to dismiss, the Court scheduled an initial pretrial conference for March 26, 2025 (ECF No. 117). On March 17, 2025, the Parties requested a thirty-day adjournment of that date to permit them to engage in discussions about a potential resolution of this action (ECF No. 127). The Court granted that request, adjourning the pretrial conference to its currently scheduled date of April 30, 2025 (ECF No. 128).

      We appreciate the Court's consideration of this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan D. Park* <br> Jonathan D. Park <br> of POMERANTZ LLP <br> *Counsel for Co-Lead Plaintiff Sashi Rajan and Co-Lead Counsel for the class* | */s/ Jason C. Hegt\** <br> Jason C. Hegt <br> of LATHAM & WATKINS LLP <br> *Counsel for Defendants GigaCloud Technology Inc., Larry Lei Wu, Kwok Hei David Lau, Xin Wan, Thomas Liu, Zhiwu Chen* |
| Lesley F. Portnoy <br> of PORTNOY LAW FIRM <br><br> *Additional Counsel for Co-Lead Plaintiff Sashi Rajan* | */s/ Sameer Rastogi\** <br> Sameer Rastogi <br> of SICHENZIA ROSS FERENCE CARMEL LLP <br> *Counsel for Defendant Aegis Capital Corp.* |
| */s/ Brian B. Alexander\** <br> Brian B. Alexander <br> of THE ROSEN LAW FIRM, P.A. <br> *Counsel for Co-Lead Plaintiff Meir Spear and Co-Lead Counsel for the Class* <br><br> Brian Schall <br> of THE SCHALL LAW FIRM <br> *Additional Counsel for Co-Lead Plaintiff Meir Spear* | |

cc:  All Counsel of Record (via ECF)

\* Electronic signature used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

Application GRANTED. To facilitate settlement, the initial pretrial conference is hereby ADJOURNED to **May 28, 2025**, at **9:00 a.m.** The parties shall file a joint status letter no later than **May 2, 2025**. The Clerk of Court is directed to terminate ECF No. 130.

SO ORDERED.

April 24, 2025

2