UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
IN RE GIGACLOUD TECHNOLOGY INC.          :
SECURITIES LITIGATION                    :
:         23-CV-10645 (JMF)
:
:              ORDER
:
:
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    By letter filed on May 2, 2025, *see* Docket No. 132, the Court has been advised that the parties in this securities action have reached a settlement in principle. As the parties acknowledge, Court approval is required for settlement of the securities claims on a class-wide basis pursuant to Rule 23 of the Federal Rules of Civil Procedure.

    No later than **June 16, 2025**, the parties shall file a motion for class certification and preliminary approval of the class-wide settlement. The parties shall also submit — as a separate entry on the docket and as a Word document submitted by email to Chambers at furman_NYSDChambers@nysd.uscourts.gov — a proposed order preliminarily approving the class-wide settlement, providing for notice, and scheduling a settlement fairness hearing.

    In light of the parties' settlement, the conference scheduled for May 28, 2025, *see* Docket No. 131, along with all existing deadlines in this case, are adjourned *sine die* pending the submission of the filings set forth above.

    The Clerk of Court is directed to terminate ECF No. 132.

    SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                       JESSE M. FURMAN
                              United States District Judge