# EXHIBIT A
# Part 2 of 2

| Table 2 90-Day Lookback Values for Exchange Act Claims | | | | | |
|---|---|---|---|---|---|
| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
| 5/22/2024 | $29.83 | 6/24/2024 | $31.08 | 7/24/2024 | $30.67 |
| 5/23/2024 | $31.09 | 6/25/2024 | $31.01 | 7/25/2024 | $30.58 |
| 5/24/2024 | $31.58 | 6/26/2024 | $30.95 | 7/26/2024 | $30.53 |
| 5/28/2024 | $31.34 | 6/27/2024 | $30.91 | 7/29/2024 | $30.49 |
| 5/29/2024 | $31.42 | 6/28/2024 | $30.89 | 7/30/2024 | $30.45 |
| 5/30/2024 | $31.23 | 7/1/2024 | $30.93 | 7/31/2024 | $30.43 |
| 5/31/2024 | $31.22 | 7/2/2024 | $30.95 | 8/1/2024 | $30.37 |
| 6/3/2024 | $31.39 | 7/3/2024 | $30.98 | 8/2/2024 | $30.27 |
| 6/4/2024 | $31.38 | 7/5/2024 | $31.02 | 8/5/2024 | $30.16 |
| 6/5/2024 | $31.44 | 7/8/2024 | $31.04 | 8/6/2024 | $30.07 |
| 6/6/2024 | $31.32 | 7/9/2024 | $31.05 | 8/7/2024 | $29.94 |
| 6/7/2024 | $31.26 | 7/10/2024 | $31.07 | 8/8/2024 | $29.83 |
| 6/10/2024 | $31.31 | 7/11/2024 | $31.08 | 8/9/2024 | $29.70 |
| 6/11/2024 | $31.43 | 7/12/2024 | $31.06 | 8/12/2024 | $29.57 |
| 6/12/2024 | $31.49 | 7/15/2024 | $31.02 | 8/13/2024 | $29.46 |
| 6/13/2024 | $31.51 | 7/16/2024 | $31.01 | 8/14/2024 | $29.34 |
| 6/14/2024 | $31.49 | 7/17/2024 | $30.97 | 8/15/2024 | $29.22 |
| 6/17/2024 | $31.41 | 7/18/2024 | $30.92 | 8/16/2024 | $29.11 |
| 6/18/2024 | $31.34 | 7/19/2024 | $30.86 | 8/19/2024 | $29.01 |
| 6/20/2024 | $31.25 | 7/22/2024 | $30.80 | N/A | N/A |
| 6/21/2024 | $31.16 | 7/23/2024 | $30.75 | N/A | N/A |

**Calculation of Recognized Loss Per Share Under the Securities Act**

For each share of GigaCloud Stock purchased or otherwise acquired pursuant or traceable to the IPO, the Recognized Loss per share under the Securities Act shall be calculated as follows:

i. For each share sold prior to October 4, 2023 (i.e., the date Securities Act claims were first alleged in this Action), the Recognized Loss is the purchase price (not to exceed $12.25) *minus* the sale price.

ii. For each share sold on or after October 4, 2023, the Recognized Loss is the purchase price (not to exceed $12.25) *minus* the greater of: (a) the sale price; or (b) $8.94.[5]

iii. For each share held as of October 4, 2023 and not subsequently sold, the Recognized Loss is the purchase price (not to exceed $12.25) *minus* $8.94.

**INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS**

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible securities that participate in the Settlement, and when those securities were purchased and sold. The number of claimants who send in claims varies widely from case to case.

A purchase or sale of GigaCloud Stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

---

[5] $8.94 is the closing price of GigaCloud Stock on October 4, 2023.

Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired GigaCloud Stock by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer.

Shares of GigaCloud Stock acquired through the exercise, conversion, or exchange of non-publicly traded securities of GigaCloud are not eligible to participate in the Settlement.

Notwithstanding any of the above, receipt of GigaCloud Stock in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of GigaCloud Stock.

The first-in-first-out ("FIFO") basis will be applied to purchases and sales. Under FIFO, sales of GigaCloud Stock will be matched against previous purchases/acquisitions of GigaCloud Stock in chronological order, beginning with the earliest purchase/acquisition.

The date of covering a "short sale" is deemed to be the date of purchase of shares. The date of a "short sale" is deemed to be the date of sale of shares. In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a claimant has a short position in GigaCloud Stock, the earliest subsequent purchases shall be matched against such short position and not be entitled to a recovery until that short position is fully covered.

Option contracts are not securities eligible to participate in the Settlement. With respect to stock purchased or sold through the exercise of a publicly traded option, the purchase/sale date of the stock shall be the exercise date of the option and the purchase/sale price of the stock shall be the exercise price of the option. Any Recognized Loss arising from purchases of stock acquired through the exercise of a publicly traded option on GigaCloud Stock[6] shall be computed as provided for other purchases of GigaCloud Stock in the Plan of Allocation.

A Recognized Loss will be calculated as defined herein and cannot be less than zero. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants (see the Plan of Allocation on pages 10-13 for additional details). No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

Settlement Class Members who do not submit acceptable Claim Forms will not share in the Settlement proceeds. The Settlement and the Final Judgment and Order of Dismissal with Prejudice dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion and/or submit an acceptable Claim Form.

Please contact the Claims Administrator or Co-Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Claim Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants.

Settling Defendants, Defendants' Counsel, and all other Released Parties will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Co-Lead Plaintiffs and Plaintiffs' Counsel, likewise, will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Co-Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in

---

[6] Including (1) purchases of GigaCloud Stock as the result of the exercise of a call option, and (2) purchases of GigaCloud Stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed to a private, non-profit, non-sectarian 501(c)(3) organization identified by Co-Lead Counsel and approved by the Court.

**SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES**

If, from August 18, 2022 through May 22, 2024, both dates inclusive, you purchased and/or sold GigaCloud Stock for the beneficial interest of a person or entity other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, you either (a) provide to the Claims Administrator the name and last known address of each person or entity for whom or which you purchased and/or sold GigaCloud Stock during such time period or (b) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and WITHIN TEN (10) CALENDAR DAYS of receipt of those Postcard Notices from the Claims Administrator forward them to all such beneficial owners. Nominees shall also provide email addresses for all such beneficial owners to the Claims Administrator, to the extent they are available. If you choose to follow alternative procedure (b), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. **YOU ARE NOT AUTHORIZED TO PRINT THE POSTCARD NOTICE YOURSELF. POSTCARD NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR**.

You may request reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing of up to: $0.02 per Postcard Notice, plus postage at the current pre-sort rate used by the Claims Administrator, for Postcard Notices mailed by nominees; or $0.02 per mailing record and email address provided to the Claims Administrator. Expenses will be paid upon request and submission of appropriate supporting documentation and timely compliance with the above directives. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.

DATED: June 20, 2025                                    BY ORDER OF THE UNITED STATES
                                                        DISTRICT COURT FOR THE
                                                        SOUTHERN DISTRICT OF NEW YORK

14

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION | No. 1:23-cv-10645-JMF |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

## PROOF OF CLAIM AND RELEASE

**A.  GENERAL INSTRUCTIONS**

1.      To recover as a member of the Settlement Class based on your claims in the class action entitled *In re GigaCloud Technology Inc. Securities Litigation,* Case No. 1:23-cv-10645-JMF (S.D.N.Y.) (the "Action"), you must complete and, on page 5 below, sign this Proof of Claim and Release form ("Claim Form").  If you fail to submit a timely and properly addressed (as explained in paragraph 3 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.[1]

2.      Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.  Claimants are responsible for establishing their eligibility to recover.

3.      **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.GIGACLOUDSECURITIESSETTLEMENT.COM NO LATER THAN OCTOBER 6, 2025 OR, IF MAILED, BE POSTMARKED OR RECEIVED NO LATER THAN OCTOBER 6, 2025, ADDRESSED AS FOLLOWS**:

*In re GigaCloud Technology Inc. Securities Settlement*
Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel: (866) 274-4004
Fax: (610) 565-7985
info@strategicclaims.net
www.gigacloudsecuritiessettlement.com

4.      If you are a member of the Settlement Class, and you do not timely request exclusion from the Settlement Class in response to the Notice dated June 20, 2025, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.  RECEIPT OF THIS CLAIM FORM DOES NOT MEAN YOU ARE A MEMBER OF THE SETTLEMENT CLASS.

**B.  CLAIMANT IDENTIFICATION**

1.      You are eligible to file a claim, or have a legal representative file a claim for you, if you are a member of the Settlement Class, which is: all persons and entities who or that purchased or otherwise acquired GigaCloud Stock[2] during the Class Period from August 18, 2022 to May 22, 2024, both dates inclusive.[3] Excluded from the Settlement Class are: (i) Defendants and any affiliates or subsidiaries thereof; (ii) present and former officers and directors of GigaCloud and members of their Immediate Families; (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant had or has had a controlling interest; (v) GigaCloud's

---

[1] All capitalized terms used in this Claim Form that are not otherwise defined have the meanings given to them in the Stipulation and Agreement of Settlement dated June 16, 2025 (the "Stipulation"), which is available at www.gigacloudsecuritiessettlement.com.

[2] "GigaCloud Stock" means GigaCloud's Class A ordinary shares.

[3] Only shares of GigaCloud Stock purchased or otherwise acquired during the Class Period are eligible under the Settlement and the proposed Plan of Allocation set forth in the Notice.  However, under the "90-Day Lookback Period" (described in the Plan of Allocation), sales of GigaCloud Stock through the close of trading on August 19, 2024 will be used for purposes of calculating certain Recognized Loss amounts under the Plan of Allocation.  Therefore, in order for the Claims Administrator to be able to calculate your Recognized Loss and balance your claim, the requested purchase and sale information during this period must also be provided.

employee retirement and benefit plan(s); (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any such excluded person or entity in (i)-(v); and (vii) any persons or entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

2.      If you purchased or acquired GigaCloud Stock in your name, you were the record owner as well as the beneficial owner.  However, if you purchased or acquired GigaCloud Stock through a third party, such as a brokerage firm, you were the beneficial owner and the third party was the record owner.

3.      Use **Part I** of this form entitled "Claimant Information" to identify each beneficial owner of GigaCloud Stock whose purchase or acquisition forms the basis of this claim.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNER(S) OR THE LEGAL REPRESENTATIVE OF SUCH OWNER(S).  All joint owners must sign this claim.

4.      Executors, administrators, guardians, conservators, custodians, trustees, and legal representatives must complete and sign this Claim Form on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of the claim or result in rejection of the claim.

## C.   IDENTIFICATION OF TRANSACTIONS

1.      Use **Part II** of this form entitled "Schedule of Transactions in GigaCloud Stock" to supply all required details of your transaction(s) in GigaCloud Stock.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.      On the schedules, provide all of the requested information with respect to all of your purchases, sales, and tenders/cancellations/exchanges of GigaCloud Stock at the relevant times, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

3.      Copies of broker confirmations or other documentation of your transactions in GigaCloud Stock must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE CLAIMS ADMINISTRATOR DOES NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN GIGACLOUD STOCK.**

4.      NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format.  If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit the website at www.gigacloudsecuritiessettlement.com to obtain the required file layout.  Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file along with the electronic spreadsheet format.  No claims submitted in the electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

5.      NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.gigacloudsecuritiessettlement.com.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004.  If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

GIGACLOUD

## PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

| |
|---|
| Beneficial Owner Name |
| Co-Beneficial Owner Name |
| Address 1 (Street Name and Number) |
| Address 2 (apartment, unit, or box number) |

| City | State | ZIP |
|---|---|---|
| Foreign Province | Foreign Country | |
| Telephone Number (home) | Telephone Number (work) | |

| |
|---|
| Email Address |
| Account Number (if filing for multiple accounts, file a separate Claim Form for each account) |

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

Claimant Account Type (check appropriate box):
- ☐ Individual (includes joint owner accounts)  ☐ Pension Plan   ☐ Trust
- ☐ Corporation                                 ☐ Estate
- ☐ IRA/401K                                     ☐ Other _____ (please specify)

## PART II – SCHEDULE OF TRANSACTIONS IN GIGACLOUD STOCK

| 1.  HOLDINGS AS OF AUGUST 18, 2022 – State the total number of shares of GigaCloud Stock held as of the opening of trading on August 18, 2022.  (Must be documented.)  If none, write "zero" or "0." _____ | Confirm Proof of Position Enclosed ○ |
|---|---|

**2.  PURCHASES FROM AUGUST 18, 2022 THROUGH AUGUST 19, 2024, INCLUSIVE.**   Separately list each and every purchase of GigaCloud Stock from after the opening of trading on August 18, 2022 through and including the close of trading on August 19, 2024.  (Must be documented.)

| Date of Purchase (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase Enclosed |
|---|---|---|---|---|
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |

| 3.  SALES FROM AUGUST 18, 2022 THROUGH AUGUST 19, 2024, INCLUSIVE – Separately list each and every sale of GigaCloud Stock from after the opening of trading on August 18, 2022 through and including the close of trading on August 19, 2024. (Must be documented.) | | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| /      / | | $ | $ | ○ |
| /      / | | $ | $ | ○ |
| /      / | | $ | $ | ○ |
| /      / | | $ | $ | ○ |
| 4.  HELD AS OF AUGUST 19, 2024 – State the total number of shares of GigaCloud Stock held at the close of trading on August 19, 2024. (Must be documented.) If none, write "zero" or "0." _____ | | | | Confirm Proof of Position Enclosed ○ |
| **IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS, PLEASE PHOTOCOPY THIS PAGE, WRITE YOUR NAME, AND CHECK THIS BOX:** ▭ | | | | |

### PART III – SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

**YOU MUST READ AND SIGN THE RELEASE BELOW.  FAILURE TO SIGN MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

1.   I (We) submit this Claim Form under the terms of the Stipulation and Agreement of Settlement, dated June 16, 2025 (the "Stipulation").  I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release set forth herein.  I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action.  I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.  I (We) have not submitted any other claim in the Action covering the same transactions in GigaCloud Stock during the relevant periods and know of no other person having done so on my (our) behalf.

2.   I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined above, and that I am (we are) not excluded from the Settlement Class.

3.   I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Plaintiffs' Claims each and all of the Released Defendant Parties, both as defined in the Stipulation.  This release shall be of no force or effect unless and until the Court approves the Settlement and the Settlement becomes effective on the Effective Date (as defined in the Stipulation).

4.   I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

5.   I (We) hereby warrant and represent that I (we) have included the information requested about all of my (our) transactions in GigaCloud Stock which are the subject of this claim, as well as the opening and closing positions in such securities held by me (us) on the dates requested in this Claim Form.

6.   I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code. (Note: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

4

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____, in _____, _____.
(Month / Year)                    (City)            (State/Country)

_____
Signature of Claimant

_____
Signature of Joint Claimant, if any

_____
Print Name of Claimant

_____
Print Name of Joint Claimant, if any

_____
(Capacity of person(s) signing, *e.g.*, Beneficial Owner, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.  THANK YOU FOR YOUR PATIENCE.**

## REMINDER CHECKLIST:

1. Please sign the above release and acknowledgement.
2. If this claim is being made on behalf of Joint Claimants, then both must sign.
3. Remember to attach copies of supporting documentation, if available.
4. **Do not send** originals of certificates.
5. Keep a copy of your Claim Form and all supporting documentation for your records.
6. If you desire an acknowledgment of receipt of your Claim Form, please send it Certified Mail, Return Receipt Requested.
7. If you move, please send your new address to:

    *In re GigaCloud Technology Inc Securities Settlement*
    Strategic Claims Services
    P.O. Box 230
    600 N. Jackson St., Ste. 205
    Media, PA 19063
    www.gigacloudsecuritiessettlement.com

8. **Do not use red pen or highlighter** on the Claim Form or supporting documentation.

5

*In re GigaCloud Technology Inc Securities Settlement*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063


**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT B**

REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202         EMAIL: info@strategicclaims.net         FAX: (610) 565-7985

July 7, 2025

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED GIGACLOUD TECHNOLOGY INC ("GIGACLOUD" OR THE "COMPANY") CLASS A ORDINARY SHARES ("GIGACLOUD STOCK") DURING THE PERIOD FROM AUGUST 18, 2022 THROUGH MAY 22, 2024, INCLUSIVE.

Excluded from the Settlement Class are: (i) Defendants and any affiliates or subsidiaries thereof; (ii) present and former officers and directors of GigaCloud and members of their Immediate Families; (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant had or has had a controlling interest; (v) GigaCloud's employee retirement and benefit plan(s); (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any such excluded person or entity in (i)-(v).

**The information below may assist you in finding the above requested information:**

| | |
|---|---|
| *In re GigaCloud Technology Inc Securities Litigation* No. 1:23-cv-10645-JMF Exclusion Deadline: September 18, 2025 Objection Deadline: September 18, 2025 Notice to Appear Deadline: September 18, 2025 Claim Filing Deadline: October 6, 2025 Settlement Hearing: October 9, 2025 | Security Identifiers: Cusip Number: G38644103 ISIN: KYG386441037 SEDOL: BP0WTV4 Ticker Symbol: GCT |

**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.**

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will do the mailing of the Postcard Notice and/or emailing of the links to the Postcard Notice and the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses and the Proof of Claim and Release form ("Notice and Claim Form"). Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notices, you have ten (10) calendar days to mail them.

Nominees are not authorized to print the Postcard Notice for dissemination. Postcard Notices may only be printed for dissemination by the Claims Administrator.

You can bill us for any reasonable expenses actually incurred and **not to exceed:**

- **$0.02 per name, address and email address** if you are providing us the records, OR
- **$0.02 per name and address, including materials, plus postage at the pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

All invoices must be received within 30 days of this letter.

You are on record as having been notified of the legal matter. A copy of the Notice and Claim Form and other important case-related documents are available on our website at www.gigacloudsecuritiessettlement.com. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
In re GigaCloud Technology Inc Securities Litigation

**PLEASE NOTE - A COPY OF THE POSTCARD NOTICE IS ON THE REVERSE SIDE OF THIS LETTER**

# EXHIBIT C

In re GigaCloud Technology Inc
Securities Litigation
Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

*COURT-ORDERED LEGAL
NOTICE*

**Important Notice about a
Securities Class Action
Settlement.**

**You may be entitled to a CASH
payment.  This Notice may
affect your legal rights.  Please
read it carefully.**

*In re GigaCloud Technology Inc
Securities Litigation*, Case No.
1:23-cv-10645-JMF (S.D.N.Y.)

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.***
***PLEASE VISIT WWW.GIGACLOUDSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.***

There has been a proposed settlement of claims against GigaCloud Technology Inc ("GigaCloud"), Larry Lei Wu, Xin Wan, Kwok Hei David Lau, Zhiwu Chen, Thomas Liu, Frank Lin, Xing Huang, Binghe Guo, and Aegis Capital Corp. (collectively, the "Defendants"). The settlement would resolve a lawsuit in which Co-Lead Plaintiffs allege Defendants disseminated materially false and misleading information to the investing public about GigaCloud between August 18, 2022 and May 22, 2024, both dates inclusive (the "Class Period") in violation of the federal securities laws. Defendants deny any wrongdoing, maintain that their disclosures were true and correct in all material respects, and maintain that they have agreed to resolve this case solely to avoid the expense and potential distraction of litigation. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired GigaCloud Class A ordinary shares during the Class Period.

Defendants have agreed to pay a settlement amount of $2,750,000. The settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Proof of Claim and Release form ("Claim Form"), in exchange for the settlement of this case and the Release of claims related to this case by Class Members. **For all details of the settlement, read the Stipulation and full Notice, available at www.gigacloudsecuritiessettlement.com.**

Your share of the settlement proceeds will depend on the number of valid Claim Forms submitted, and the number, size, and timing of your transactions in GigaCloud Class A ordinary shares. If every eligible Class Member submits a valid Claim Form, the average recovery will be $0.10 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the settlement website.

**To qualify for payment, you must submit a valid and timely Claim Form**. The Claim Form can be found at www.gigacloudsecuritiessettlement.com or will be mailed to you upon request to the Claims Administrator. **Claim Forms must be submitted online or postmarked by October 6, 2025**. If you do not want to be legally bound by the settlement, you must exclude yourself by September 18, 2025 or you will not be able to sue Defendants relating to the legal claims in this case. If you exclude yourself, you cannot share in the settlement proceeds. If you want to object to the settlement, you may file an objection by September 18, 2025. The detailed Notice explains how to submit a Claim Form, request exclusion from the Class, or file an objection.

The Court will hold a hearing in this Action on October 9, 2025 to consider whether to approve the proposed settlement and the request made by the lawyers representing Co-Lead Plaintiffs and the Class for attorneys' fees up to 33.4% of the Settlement Fund, plus actual expenses and compensatory awards up to $145,000 associated with conducting this litigation and negotiating the settlement. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866) 274-4004, email at info@strategicclaims.net, or visit the website www.gigacloudsecuritiessettlement.com and read the detailed Notice.

# AFFIDAVIT

**STATE OF NEW JERSEY**                        )
                                               ) **ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

JUL-21-2025;

ADVERTISER: GIGACLOUD TECHNOLOGY INC;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
 21   day of   July          2025

Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2028
STATE OF NEW JERSEY

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION | No. 1:23-cv-10645-JMF |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

**To:  All persons and entities who or that purchased or otherwise acquired Class A ordinary shares of GigaCloud Technology Inc ("GigaCloud") during the period from August 18, 2022 to May 22, 2024, both dates inclusive (the "Class Period"), and were allegedly damaged thereby (the "Settlement Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Co-Lead Plaintiffs, on behalf of themselves and all members of the proposed Settlement Class, and GigaCloud, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, Zhiwu Chen, Thomas Liu, and Aegis Capital Corp (collectively, the "Settling Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $2,750,000 (the "Settlement").

A hearing will be held remotely on October 9, 2025, at 3:30 p.m. before the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York, (the "Settlement Hearing") to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 16, 2025; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Settlement Class Members; and (iv) approve Co-Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing or change it to an in-person hearing without providing another written notice.  Information about the hearing, including instructions for remote access, will be posted at www.gigacloudsecuritiessettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting www.gigacloudsecuritiessettlement.com or by contacting the Claims Administrator at:

*In re GigaCloud Technology Inc Securities Settlement*
Strategic Claims Services
P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063
(866) 274-4004
info@strategicclaims.net

Inquiries, other than requests for information about the status of a claim, may also be made to Co-Lead Counsel:

| **POMERANTZ LLP** | **THE ROSEN LAW FIRM, P.A.** |
|---|---|
| Jeremy A. Lieberman, Esq. | Laurence M. Rosen, Esq. |
| Jonathan D. Park, Esq. | Brian B. Alexander, Esq. |
| 600 Third Avenue, 20th Floor, New York, NY 10016 | 275 Madison Avenue, 40th Floor, New York, NY 10016 |
| www.pomlaw.com | www.rosenlegal.com |
| (212) 661-1100 | (212) 686-1060 |

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than October 6, 2025.*  If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is *received no later than September 18, 2025.*  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Co-Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person or, for users of the Court's Electronic Case Filing system, by that system, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than September 18, 2025.*

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: JUNE 20, 2025                BY ORDER OF THE COURT
                                                   UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

[Mutual fund performance listings — multi-column fine-print tables with columns: 36 Mo Performance Rating | Fund | YTD % Chg | 12Wk % Chg | 5Yr After Tax Rtn | Net Asset Value | Chg — spanning the full width of the page top.]



INVESTOR'S BUSINESS DAILY

FREE WEBINAR

# How to Screen for Stocks Like a Pro

**Thursday, July 24**
@ 1:15pm PT / 4:15pm ET

In this free webinar from Investor's Business Daily, Scott St. Clair (IBD Senior Premium Product Group Manager) and Gerry Volkersz (Premium Product Coach) will show you how to use MarketSurge's powerful stock screener to quickly generate new trade ideas and identify high-probability setups.

**investors.com/webinar**

Scan QR code to learn more!

---

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION   No. 1:23-cv-10645-JMF

THIS DOCUMENT RELATES TO: ALL ACTIONS

### SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

To: All persons and entities who or that purchased or otherwise acquired Class A ordinary shares of GigaCloud Technology Inc ("GigaCloud") during the period from August 18, 2022 to May 22, 2024, both dates inclusive (the "Class Period"), and were allegedly damaged thereby (the "Settlement Class"),

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Co-Lead Plaintiffs, on behalf of themselves and all members of the proposed Settlement Class, and GigaCloud, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, Zhiwu Chen, Thomas Liu, and Aegis Capital Corp (collectively, the "Settling Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $2,750,000 (the "Settlement").

A hearing will be held remotely on October 9, 2025, at 3:30 p.m. before the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York, (the "Settlement Hearing") to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 16, 2025; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Settlement Class Members; and (iv) approve Co-Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing or change it to an in-person hearing without providing another written notice. Information about the hearing, including instructions for remote access, will be posted at www.gigacloudsecuritiessettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT. If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting www.gigacloudsecuritiessettlement.com or by contacting the Claims Administrator at:

In re GigaCloud Technology Inc Securities Settlement
Strategic Claims Services
P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063
(866) 274-4004
info@strategicclaims.net

Inquiries, other than requests for information about the status of a claim, may also be made to Co-Lead Counsel:

POMERANTZ LLP
Jeremy A. Lieberman, Esq.
Jonathan D. Park, Esq.
600 Third Avenue, 20th Floor, New York, NY 10016
www.pomlaw.com
(212) 661-1100

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq.
Brian J. Alexander, Esq.
275 Madison Avenue, 40th Floor, New York, NY 10016
www.rosenlegal.com
(212) 686-1060

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form postmarked or submitted online no later than October 6, 2025. If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is received no later than September 18, 2025. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Co-Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person or, for users of the Court's Electronic Case Filing system, by that system, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are received no later than September 18, 2025.

PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.
DATED: JUNE 20, 2025           BY ORDER OF THE COURT
                   UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,
   Plaintiffs,
v.
INNOVAGE HOLDING CORP., MAUREEN HEWITT, BARBARA GUTIERREZ, JOHN ELLIS BUSH, ANDREW CAVANNA, CAROLINE DECHERT, EDWARD KENNEDY, JR., PAVITHRA MAHESH, THOMAS SCULLY, MARILYN TAVENNER, SEAN TRAYNOR, RICHARD ZORETIC, WCAS MANAGEMENT CORPORATION, WCAS MANAGEMENT, L.P., WCAS MANAGEMENT, LLC, APAX PARTNERS US LLC, TCO GROUP HOLDINGS, L.P., J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., PIPER SANDLER & CO., CAPITAL ONE SECURITIES, INC., LOOP CAPITAL MARKETS LLC, SIEBERT WILLIAMS SHANK & CO., LLC, and ROBERTS & RYAN INVESTMENTS, INC.,
   Defendants.

### SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

TO: All persons or entities who (i) purchased or otherwise acquired the publicly traded common stock of InnovAge Holding Corp. ("InnovAge") between May 11, 2021, and December 22, 2021, inclusive; and/or (ii) purchased or otherwise acquired publicly traded InnovAge common stock either in or traceable to InnovAge's March 4, 2021 initial public offering ("IPO") and were damaged thereby (the "Class").

PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the U.S. District Court for the District of Colorado (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $27,000,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on November 26, 2025 at 10:30 a.m., before the Honorable William J. Martínez either in person or in the U.S. District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, Courtroom A801, 901 19th Street, Denver, CO 80294, or by telephone or videoconference, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated June 2, 2026 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's request for attorneys' fees, plus actual expenses for litigating the case, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Class, should be approved.

If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to a payment from the Settlement. If you have not yet received the Postcard Notice directing you to the location of the Notice and Proof of Claim and Release Form ("Claim Form"), you may obtain copies of these documents by contacting the Claims Administrator at InnovAge Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson Street, Suite 205, Media, PA 19063; calling toll-free (866) 274-4004; or emailing info@strategicclaims.net. Copies of the Notice and Claim Form can also be downloaded from the Settlement website, www.strategicclaims.net/InnovAge/.

If you are a member of the Class, in order to be eligible to receive a payment from the Settlement, you must submit a Claim Form to the Claims Administrator postmarked (or submitted online) no later than November 5, 2025. If you are a Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a request for exclusion to the Claims Administrator such that it is received no later than November 5, 2025, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement. Excluding yourself is the only option that may allow you to be part of any other current or future lawsuit against Defendants or any of the other released parties concerning the claims being resolved by the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's request for attorneys' fees, plus actual expenses for litigating the case, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Class, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than November 5, 2025, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.

Requests for the Notice and Claim Form should be made to:
InnovAge Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063
Tel: (866) 274-4004
Email: info@strategicclaims.net
www.strategicclaims.net/InnovAge/

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:
Cohen Milstein Sellers & Toll PLLC
Attn: Molly Bowen
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel.: (202) 408-4600
Email: mbowen@cohenmilstein.com

By Order of the Court

[1] Certain persons and entities are excluded from the Class by definition as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.strategicclaims.net/InnovAge/.

---

©2025 Investor's Business Daily, LLC. All rights reserved.

 Gmail

Josephine Bravata <jbravata@strategicclaims.net>

**GlobeNewswire Release Distribution Confirmation: Pomerantz LLP**
1 message

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                    Mon, Jul 21, 2025 at 9:01 AM
To: mcraig@strategicclaims.net
Cc: jbravata@strategicclaims.net, mcraig@strategicclaims.net

 notified

Boost the trust and credibility of your next press release. Get CLEAR Verified by GlobeNewswire

# Release Distribution Confirmation

## Pomerantz LLP and The Rosen Law Firm, P.A. Announce Proposed Class Action Settlement on Behalf of Purchasers of Class A Ordinary Shares of GigaCloud Technology Inc – GCT

Cross time: **07/21/25 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com

**This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.**

**If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930**

This message was distributed by GlobeNewswire.
2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

 

# Pomerantz LLP and The Rosen Law Firm, P.A. Announce Proposed Class Action Settlement on Behalf of Purchasers of Class A Ordinary Shares of GigaCloud Technology Inc – GCT

July 21, 2025 09:00 ET | Source: Pomerantz LLP

**Follow**

NEW YORK, July 21, 2025 (GLOBE NEWSWIRE) -- Pomerantz LLP and The Rosen Law Firm, P.A. announce that the United States District Court for the Southern District of New York has approved the following announcement of a proposed class action settlement that would benefit purchasers of Class A ordinary shares of GigaCloud Technology Inc (NASDAQ: GCT).

SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS
ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

**To:** All persons and entities who or that purchased or otherwise acquired Class A ordinary shares of GigaCloud Technology Inc ("GigaCloud") during the period from August 18, 2022 to May 22, 2024, both dates inclusive (the "Class Period"), and were allegedly damaged thereby (the "Settlement Class").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Co-Lead Plaintiffs, on behalf of themselves and all members of the proposed Settlement Class, and GigaCloud, Larry Lei Wu, Xin Wan, Kwok Hei David Lau, Zhiwu Chen, Thomas Liu, and Aegis Capital Corp (collectively, the "Settling Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $2,750,000 (the "Settlement").

A hearing will be held remotely on October 9, 2025 at 3:30 p.m. before the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York, (the "Settlement Hearing") to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 16, 2025; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Settlement Class Members; and (iv) approve Co-Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing or change it to an in-person hearing without providing another written notice. Information about the hearing, including instructions for remote access, will be posted at www.gigacloudsecuritiessettlement.com. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting www.gigacloudsecuritiessettlement.com or by contacting the Claims Administrator at:

*In re GigaCloud Technology Inc Securities Settlement*
Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
(866) 274-4004
info@strategicclaims.net

Inquiries, other than requests for information about the status of a claim, may also be made to Co-Lead Counsel:

<table>
<tr><td align="center"><b>POMERANTZ LLP</b><br>Jeremy A. Lieberman, Esq<br>Jonathan D. Park, Esq<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>www.pomlaw.com<br>(212) 661-1100</td><td align="center"><b>THE ROSEN LAW FIRM, P.A.</b><br>Laurence M. Rosen, Esq<br>Brian B. Alexander, Esq<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>www.rosenlegal.com<br>(212) 686-1060</td></tr>
</table>

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than October 6, 2025.* If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is *received no later than September 18, 2025.* If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Co-Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person or, for users of the Court's Electronic Case Filing system, by that system, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than September 18, 2025.*

PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR
DEFENDANTS' COUNSEL REGARDING THIS NOTICE.

DATED: JUNE 20, 2025      BY ORDER OF THE COURT
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK

**Tags**

Class Action

Share

**Company Profile**

Pomerantz LLP

**Industry:** Industrial Goods & Services

**Press Release Actions**

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript