**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE GIGACLOUD TECHNOLOGY INC SECURITIES LITIGATION** | **No. 1:23-cv-10645-JMF** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.    I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eighteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action settlements since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.    Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, dated June 20, 2025 (ECF No. 139, the "Preliminary Approval Order"), SCS was approved as the Claims Administrator.[1] I submit this declaration as a supplement to the previously filed Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice;

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth the Stipulation and Agreement of Settlement, dated June 16, 2025 (ECF No. 137, the "Stipulation") or the Initial Mailing Declaration.

(B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 4, 2025 (ECF No. 145-1, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As reported in the Initial Mailing Declaration, SCS mailed or e-mailed 2,464 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 97,808 Postcard Notices to potential Settlement Class Members or nominees. SCS also emailed 49,688 links to the Postcard Notices and the Notice and Claim Form on the Settlement Website.

4.    Since the Initial Mailing Declaration was executed, SCS received, from one nominee, the names and addresses for four additional potential Settlement Class Members and mailed them Postcard Notices, and one other nominee requested 143 Postcard Notices so that the nominee could forward them to their clients.  In addition, since the Initial Mailing Declaration was executed, an additional 25 potential Settlement Class Members requested the Notice and Claim Form be mailed to them. SCS immediately mailed the Notice and Claim Form to those potential Settlement Class Members. [2] No requests for additional emailed links to the Postcard Notice and the Notice and Claim Form were received after the Initial Mailing Declaration was executed.

5.    In total, 147,643 potential Settlement Class Members or nominees were notified either by mailed Postcard Notice or emailed a direct link to the Postcard Notice and the Notice and Claim Form.

---

[2] As noted in the Initial Mailing Declaration, SCS previously received three requests from potential Settlement Class Members for the Notice and Claim Form to be mailed to them, which SCS promptly fulfilled.

6.     Out of the 97,955 Postcard Notices mailed, 1,655 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 131, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 1,524 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses, and 596 were re-mailed to updated addresses.

### UPDATE ON TOLL-FREE PHONE LINE

7.     The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement, as well as request a copy of the Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and will address Settlement Class Members' inquiries through the administration process.

### UPDATE ON SETTLEMENT WEBSITE

8.     As noted in the Initial Mailing Declaration, on July 7, 2025, SCS established a case-specific website dedicated to the Settlement at www.gigacloudsecuritiessettlement.com. The Settlement Website is accessible 24 hours a day, 7 days a week, allows for online claim filing, and provides instructions and a claims filing template for institutional investors.  The Settlement Website contains a home page; an important document page with downloadable versions of the Notice and Claim Form, the Postcard Notice, the Preliminary Approval Order, and the Stipulation with exhibits.  On September 8, 2025, SCS updated the "Important Documents" section of the Settlement Website to include Plaintiffs' motion papers in support of final approval and requesting

3

attorneys' fees and expenses. To date, the Settlement Website has received 30,269 pageviews from 5,669 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website informed Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than September 18, 2025.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received no requests for exclusion.

10.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website further informed Settlement Class Members seeking to object to the proposed Settlement, the Plan of Allocation, and/or the application for attorneys' fees and Litigation Expenses that they were required to submit their objection in writing such that the request was filed with or received by the Clerk of the Court, as well as Co-Lead Counsel and Counsel for Defendants, no later than September 18, 2025.  As of the date of this declaration, SCS has neither received any misdirected objections nor been notified that any objections were received.

## CLAIMS RECEIVED TO DATE

11.      The Postcard Notice, Notice, Summary Notice, and the Settlement Website informed Settlement Class Members that claims must be filed online at www.gigacloudsecuritiessettlement.com by October 6, 2025 or postmarked no later than October 6, 2025.  As of the date of this declaration, SCS received 2,316 claims.  SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement

4

or complete their claims.  With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of October 2025, in Media, Pennsylvania.

Margery Craig